1  DAVID H. KRAMER, State Bar No. 168452
   TAIT GRAVES, State Bar No. 197923
2  CHAN PARK, State Bar No. 218328
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:  (650) 565-5100

6  Attorneys for Plaintiff
   Google Inc.

ORIGINAL FILED
APR 1 6 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADR E-FILING

GOOGLE INC.,

    Plaintiff,

    v.

DIGITAL ENVOY, INC.,

    Defendant..

CASE NO.: C04 01497 RS

PLAINTIFF GOOGLE INC.'S
FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT

GOOGLE INC.'S FED. R. CIV. P. 7.1 DISCLOSURE

2431613_1.DOC

1  Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned states that it has no parent company,
2  and that no publicly-held corporation owns 10% or more of Google Inc.'s stock.

4  Date: April 15, 2004                    WILSON SONSINI GOODRICH & ROSATI

5                                          Professional Corporation

7                                          _____
                                           David H. Kramer

8                                          Attorneys for Plaintiff
9                                          GOOGLE INC.