# United States District Court

Northern DISTRICT OF California

Google Inc.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Digital Envoy, Inc.

C04 01497 RS

Case 5:04-cv-01497-RS    Document 4    Filed 04/22/2004    Page 1 of 2

ADR

E-FILING

**TO:** (Name and address of defendant)
Digital Envoy, Inc.
250 Scientific Drive
Suite 800
Norcross, GA 30092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David H. Kramer, State Bar No. 168452
Tait Graves, State Bar No. 197923
Chan Park, State Bar No. 218328
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

APR 16 2004
DATE

RITA DIXON
(BY) DEPUTY CLERK

Dockets.Justia.com

2002 © American LegalNet, Inc.

PAGE 2/3 * RCVD AT 4/22/2004 2:16:48 PM [Eastern Daylight Time] * SVR:/10 * DNIS:7031 * CSID:404 627 2130 * DURATION (mm-ss):01-10

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE C04 01497 RS ADR |
|---|
| Service of the Summons and complaint was made by me(1)    DATE APRIL 20, 2004    2:03 pm |
| NAME OF SERVER (PRINT) NICOLE SKEEN    TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I SERVED DIGITAL ENVOY, INC. by serving ROBERT FRIEDMAN REGISTERED AGENT, AT THE BUSINESS ADDRESS OF 250 SCIENTIFIC DRIVE, NORCROSS GEORGIA 30092 ON THE 20TH DAY OF APRIL AT 2:03 pm.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-20-2004     *[signature]*
           Date                   Signature of Server

1425 BENTEEN AVE, ATLANTA GA 30315
      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 5:04-cv-01497-RS    Document 4    Filed 04/22/2004    Page 2 of 2

PAGE 3/3 * RCVD AT 4/22/2004 2:16:48 PM [Eastern Daylight Time] * SVR:/10 * DNIS:7031 * CSID:404 627 2130 * DURATION (mm-ss):01-10