AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern DISTRICT OF California

Google Inc.

V.

Digital Envoy, Inc.

ADR  E-FILING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C04 01497 RS

**TO:** (Name and address of defendant)
Digital Envoy, Inc.
250 Scientific Drive
Suite 800
Norcross, GA 30092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David H. Kramer, State Bar No. 168452
Tait Graves, State Bar No. 197923
Chan Park, State Bar No. 218328
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                    APR 16 2004

CLERK                                 DATE

(BY) DEPUTY CLERK

RITA DIXON

Dockets.Justia.com

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                    Signature of Server

                                            _____
                                            Address of Server

Case 5:04-cv-01497-RS   Document 5   Filed 04/16/2004   Page 2 of 2

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.