P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL ENVOY, INC., <br><br> Defendant. <br>―――――――――――――<br> DIGITAL ENVOY, INC., <br><br> Counterclaimant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Counterdefendant. | Case No. C 04 01497 RS <br><br> **[Proposed] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE** |

      The motion of Defendant Counterclaimant Digital Envoy, Inc. ("Digital Envoy" or "Defendant") to dismiss this action for improper venue based on the first to file rule came on for hearing at 9:30 a.m. on June 16, 2004, before the Honorable Richard Seeborg.  Alternatively, Digital Envoy moved to stay this action until the

-1-

Dockets.Justia.com

1  Plaintiff Counterdefendant Google, Inc.'s ("Google" or "Plaintiff") motion to dismiss or
2  transfer, pending in a different action between the same parties entitled *Digital Envoy,*
3  *Inc. v. Google, Inc.*, Case No. 1:04-CV-0864-CAP, is resolved.  Counsel, as stated in the
4  record, appeared on behalf of each party.

5        After due consideration of the parties' papers and supporting evidence, the
6  Court grants Digital Envoy's motion to dismiss for improper venue.  The Court finds
7  no grounds for departing from the first-to-file rule.  *Pacesetter Sys., Inc. v. Medtronic,*
8  *Inc.*, 678 F. 2d 93, 94-95 (9th Cir. 1982).  Plaintiff's action is DISMISSED without
9  prejudice.

10        IT IS SO ORDERED.

11

12  DATED:  June __, 2004

13

14

15                                      _____
                                        The Honorable Richard Seeborg
16                                      Magistrate Judge, Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

-2-