DAVID H. KRAMER, State Bar No. 168452
TAIT GRAVES, State Bar No. 197923
CHAN PARK, State Bar No. 218328
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL ENVOY, INC., <br><br> Defendant. | CASE NO.: C04 01497 RS <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| DIGITAL ENVOY, INC., <br><br> Counterclaimant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Counterdefendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

1  final judgment.  Appeal from the judgment shall be taken directly to the United Stated Court of

2  Appeals for the Ninth Circuit.

3

Dated:  May 12, 2004                                         /s/ David H. Kramer
4                                                                              David H. Kramer
                                                                                    Counsel for Plaintiff Google Inc.
5