1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947

6  TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
   LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GOOGLE, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| DIGITAL ENVOY, INC., | |
| Defendant. | |
| DIGITAL ENVOY, INC., | |
| Counterclaimant, | |
| v. | |
| GOOGLE, INC., | |
| Counterdefendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

-1-

1  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
2  final judgment. Appeal from the judgment shall be taken directly to the United States Court of
3  Appeals for the Ninth Circuit.

5  DATED: May 19, 2004

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  ‑s‑
P. CRAIG CARDON
Attorneys for DIGITAL ENVOY, INC.