1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  BRIAN R. BLACKMAN, Cal. Bar No. 196996
   KENDALL M. BURTON, Cal. Bar No. 228720
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:   415-434-9100
   Facsimile:   415-434-3947
6
   Attorneys for DIGITAL ENVOY, INC.
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 | GOOGLE, INC.,                  | Case No. C 04 01497 RS
12 |            Plaintiff,          | **CERTIFICATE OF SERVICE**
13 |     v.                         |
14 | DIGITAL ENVOY, INC.,           |
15 |            Defendant.          |
16 | DIGITAL ENVOY, INC.,           |
17 |            Counterclaimant,    |
18 |     v.                         |
19 | GOOGLE, INC.,                  |
20 |            Counterdefendant.   |

W02-SF:5DA\61415345.1                -1-

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On **May 28, 2004**, I served the following document(s) described as

**APPLICATION OF ADMISSION OF ATTORNEY JOHN A. LOCKETT, III**
*PRO HAC VICE*

**APPLICATION OF ADMISSION OF ATTORNEY LUKE ANDERSON**
*PRO HAC VICE*

**APPLICATION OF ADMISSION OF ATTORNEY TIMOTHY H. KRATZ**
*PRO HAC VICE*

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JOHN A. LOCKETT, III**
*PRO HAC VICE*

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LUKE ANDERSON**
*PRO HAC VICE*

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TIMOTHY H. KRATZ**
*PRO HAC VICE*

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

> David H. Kramer, Esq.
> Tait Graves, Esq.
> Chan Park, Esq.
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  650.493.9300
> Facsimile:  650.565.5100

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1 ☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 28, 2004**, at San Francisco, California.

/s/ Diane Anderson
Diane Anderson

W02-SF:5DA\61415345.1                         -3-