DAVID H. KRAMER, State Bar No. 168452
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GOOGLE INC., | ) | CASE NO.:  C 04 01497 RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER REALIGNING PARTIES** |
| v. | ) | **AND WITHDRAWING MOTION** |
| | ) | **TO TRANSFER AND/OR STAY** |
| DIGITAL ENVOY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The parties, through their undersigned counsel, stipulate and agree as follows:

1.      Digital Envoy's pending motion to dismiss for improper venue or, in the alternative, to stay the instant action is hereby withdrawn and the associated hearing date is hereby vacated;

2.      Digital Envoy is hereby reclassified as the plaintiff/counterdefendant in this action and the counterclaims asserted against Google in Digital Envoy's Answer are hereby reclassified as Digital Envoy's claims against Google;

3.      Google is hereby reclassified as the defendant/counterclaimant in this action and the claims asserted against Digital Envoy in Google's Complaint are hereby reclassified as Google's counterclaims against Digital Envoy;

STIPULATION AND  [PROPOSED] ORDER
REALIGNING PARTIES AND WITHDRAWING
MOTION TO TRANSFER/STAY
Case No:  C 04 01497 RS

1    4.    On a going forward basis, the caption of this litigation will be modified to reflect

2    the realignment of parties; and

3    5.    Except as provided for in paragraph 1 herein, all pending dates, deadlines and

4    periods of time in this case shall remain unchanged and be unaffected by the reclassification of

5    the parties.

6

7    IT IS SO STIPULATED:

8    Dated:  June 24, 2004                                WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation
9                                                                   David H. Kramer
                                                                    David L. Lansky
10                                                                  650 Page Mill Road
                                                                    Palo Alto, CA  94304
11                                                                  Telephone:  (650) 493-9300
                                                                    Facsimile: (650) 565-5100
12

13                                                         By:  _____/s/ David L. Lansky_____
                                                                    David L. Lansky
14                                                                  Attorneys for Google Inc.

15

16   Dated: June 24, 2004                                 SHEPPARD, MULLIN, RICHTER &
                                                                    HAMPTON  LLP
17                                                                  P. Craig Cardon
                                                                    Brian R. Blackman
                                                                    Kendall M. Burton
18                                                                  Four Embarcadero Center, 17th Floor
                                                                    San Francisco, CA 94111-4106
19                                                                  Telephone: (415) 434-9100
                                                                    Facsimile: (415) 434-3947
20

21                                                         By:  _____/s/ P. Craig Cardon_____
                                                                    P. Craig Cardon
22                                                                  Attorneys for Digital Envoy, Inc.

23
                                           **[PROPOSED] ORDER**
24
          Upon Stipulation of the Parties and good cause appearing therefor, IT IS SO ORDERED.
25

26   DATED: _____        _____
                                                                    Honorable Richard Seeborg
27                                                                  United States Magistrate Judge

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATION

I, David L. Lansky, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Realigning Parties and Withdrawing Motion to Transfer and/or Stay.  In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.


DATED:  June 24, 2004

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ David L. Lansky_____
         David L. Lansky
Attorneys for Google Inc.

STIPULATION AND  [PROPOSED] ORDER           -3-
REALIGNING PARTIES AND WITHDRAWING
MOTION TO TRANSFER/STAY
Case No:  C 04 01497 RS