DAVID H. KRAMER, State Bar No. 168452
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., | CASE NO.: C 04 01497 RS |
| Plaintiff, | **STIPULATION AND ORDER REALIGNING PARTIES AND WITHDRAWING MOTION TO TRANSFER AND/OR STAY** |
| v. | |
| DIGITAL ENVOY, INC., | |
| Defendant. | |

The parties, through their undersigned counsel, stipulate and agree as follows:

1. Digital Envoy's pending motion to dismiss for improper venue or, in the alternative, to stay the instant action is hereby withdrawn and the associated hearing date is hereby vacated;

2. Digital Envoy is hereby reclassified as the plaintiff/counterdefendant in this action and the counterclaims asserted against Google in Digital Envoy's Answer are hereby reclassified as Digital Envoy's claims against Google;

3. Google is hereby reclassified as the defendant/counterclaimant in this action and the claims asserted against Digital Envoy in Google's Complaint are hereby reclassified as Google's counterclaims against Digital Envoy;

4.   On a going forward basis, the caption of this litigation will be modified to reflect the realignment of parties; and

5.   Except as provided for in paragraph 1 herein, all pending dates, deadlines and periods of time in this case shall remain unchanged and be unaffected by the reclassification of the parties.

IT IS SO STIPULATED:

Dated: June 24, 2004

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation
David H. Kramer
David L. Lansky
650 Page Mill Road
Palo Alto, CA   94304
Telephone:  (650) 493-9300
Facsimile: (650) 565-5100


By:  _____/s/ David L. Lansky_____
          David L. Lansky
Attorneys for Google Inc.

Dated: June 24, 2004

SHEPPARD, MULLIN, RICHTER &
  HAMPTON  LLP
P. Craig Cardon
Brian R. Blackman
Kendall M. Burton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947


By:  _____/s/ P. Craig Cardon_____
          P. Craig Cardon
Attorneys for Digital Envoy, Inc.

## [~~PROPOSED~~] ORDER

Upon Stipulation of the Parties and good cause appearing therefor, IT IS SO ORDERED.

DATED:  6/28/04                                  /s/ Richard Seeborg
                                                  Honorable Richard Seeborg
                                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER                -2-
REALIGNING PARTIES AND WITHDRAWING
MOTION TO TRANSFER/STAY
Case No: C 04 01497 RS

# **CERTIFICATION**

I, David L. Lansky, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Realigning Parties and Withdrawing Motion to Transfer and/or Stay.  In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.

DATED:  June 24, 2004                         WILSON SONSINI GOODRICH & ROSATI
                                                              Professional Corporation


By:  _____/s/ David L. Lansky_____
         David L. Lansky
Attorneys for Google Inc.