1   DAVID H. KRAMER, State Bar No. 168452
    WILSON SONSINI GOODRICH & ROSATI
2   Professional Corporation
    650 Page Mill Road
3   Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
4   Facsimile: (650) 565-5100

5   Attorneys for Defendant/Counterclaimant
    Google Inc.

6

    P. CRAIG CARDON
7   BRIAN R. BLACKMAN
    KENDALL M. BURTON
8   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    Four Embarcadero Center, 17th Floor
9   San Francisco, CA 94111-4106
    Telephone: (415) 434-9100
10   Facsimile: (415) 434-3947

11   Attorneys for Plaintiff/Counterdefendant
     Digital Envoy, Inc.

12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17   DIGITAL ENVOY, INC.,                     )    CASE NO.: C 04 01497 RS
                                                )
18          Plaintiff/Counterdefendant,     )    **STIPULATION AND [PROPOSED]**
                                                  )    **ORDER SELECTING ADR**
19       v.                                          )    **PROCESS**
                                                  )
20   GOOGLE INC.,                                )    **ADR CERTIFICATION**
                                                  )
21          Defendant/Counterclaimant.      )
                                                  )
22   _____ )

23       The parties stipulate to participate in the following ADR process:

24   **Court Processes:**

25      ___ Arbitration            ___ ENE              ___ Mediation

26   **Private Process:**

27      _X_ Private ADR.

28

                                                          C:\NrPortbl\PALIB1\DAG\2492275_1.DOC

1  The parties have agreed to pursue ADR through a private process, such as Judicial Arbitration & Mediation Services ("JAMS"), by December 15, 2004.

Dated: August 12, 2004

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation
David H. Kramer
650 Page Mill Road
Palo Alto, CA  94304
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100


By:  _____/s/ David H. Kramer_____
         David H. Kramer
Attorneys for Google Inc.

Dated: August 12, 2004

SHEPPARD, MULLIN, RICHTER &
  HAMPTON  LLP
P. Craig Cardon
Brian R. Blackman
Kendall M. Burton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947


By:  _____/s/ P. Craig Cardon_____
         P. Craig Cardon
Attorneys for Digital Envoy, Inc.

**SO ORDERED.**

DATED: _____

_____
Honorable Richard Seeborg
United States Magistrate Judge

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site http://www.adr.cand.uscourts.gov/, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

**FOR GOOGLE INC.**

Dated: August 12, 2004                    /s/ David H. Kramer
                                          David H. Kramer

                                          WILSON SONSINI GOODRICH & ROSATI, P.C.
                                          Counsel for Google Inc.

Dated: August 12, 2004                    /s/ Michael Kwun
                                          Michael Kwun, for Google Inc.

**FOR DIGITAL ENVOY, INC.**

Dated: August 12, 2004                    /s/ P. Craig Cardon
                                          P. Craig Cardon

                                          SHEPPARD, MULLIN, RICHTER &
                                          HAMPTON LLP
                                          Counsel for Digital Envoy, Inc.

Dated: August 12, 2004                    /s/ Rob Friedman
                                          Rob Friedman, for Digital Envoy, Inc.

## **CERTIFICATION**

1. I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.

DATED: August 12, 2004

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ David H. Kramer_____
David H. Kramer
Attorneys for Google Inc