1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6
   P. CRAIG CARDON
7  BRIAN R. BLACKMAN
   KENDALL M. BURTON
8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
9  San Francisco, CA 94111-4106
   Telephone: (415) 434-9100
10 Facsimile: (415) 434-3947

11 Attorneys for Plaintiff/Counterdefendant
   Digital Envoy, Inc.
12

*E-FILED 8/16/04*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| | ) | |
| Plaintiff/Counterdefendant, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER SELECTING ADR** |
| v. | ) | **PROCESS** |
| | ) | |
| GOOGLE INC., | ) | **ADR CERTIFICATION** |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

___ Arbitration         ___ ENE         ___ Mediation

**Private Process:**

 X  Private ADR.

C:\NrPortbl\PALIB1\DAG\2492275_1.DOC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION
CASE NO: C 04 01497 RS

The parties have agreed to pursue ADR through a private process, such as Judicial Arbitration & Mediation Services ("JAMS"), by December 15, 2004.

Dated: August 12, 2004

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation
David H. Kramer
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100


By: _____/s/ David H. Kramer_____
      David H. Kramer
Attorneys for Google Inc.

Dated: August 12, 2004

SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
P. Craig Cardon
Brian R. Blackman
Kendall M. Burton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947


By: _____/s/ P. Craig Cardon_____
      P. Craig Cardon
Attorneys for Digital Envoy, Inc.

**SO ORDERED.**

DATED: 8/16/04

/s/ Richard Seeborg
Honorable Richard Seeborg
United States Magistrate Judge

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site http://www.adr.cand.uscourts.gov/, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

**FOR GOOGLE INC.**

Dated: August 12, 2004            /s/ David H. Kramer
                                  David H. Kramer

                                  WILSON SONSINI GOODRICH & ROSATI, P.C.
                                  Counsel for Google Inc.

Dated: August 12, 2004            /s/ Michael Kwun
                                  Michael Kwun, for Google Inc.

**FOR DIGITAL ENVOY, INC.**

Dated: August 12, 2004            /s/ P. Craig Cardon
                                  P. Craig Cardon

                                  SHEPPARD, MULLIN, RICHTER &
                                  HAMPTON LLP
                                  Counsel for Digital Envoy, Inc.

Dated: August 12, 2004            /s/ Rob Friedman
                                  Rob Friedman, for Digital Envoy, Inc.

# CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.

DATED: August 12, 2004              WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By:      /s/ David H. Kramer
                                          David H. Kramer
                                          Attorneys for Google Inc