1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11 DIGITAL ENVOY, INC.,              )   CASE NO.: C 04 01497 RS
                                     )
12          Plaintiff/Counterdefendant, )  **[PROPOSED] ORDER GRANTING**
                                     )   **GOOGLE INC.'S MOTION FOR**
13     v.                            )   **ENTRY OF A PROTECTIVE**
                                     )   **ORDER STAGING DISCOVERY**
14 GOOGLE INC.,                      )
                                     )   Judge:     Hon. Richard Seeborg
15          Defendant/Counterclaimant. )  Courtroom: 4, 5th Floor
                                     )   Date:      September 22, 2004
16                                   )   Time:      9:00 a.m.
                                     )
17

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION FOR ENTRY OF PROTECTIVE ORDER
STAGING DISCOVERY – C 04 01497 RSP

C:\NrPortbl\PALIB1\DAG\2512038_1.DOC

Dockets.Justia.com

1  Defendant and counterclaimant Google Inc. ("Google") has filed a motion for entry of a
2  protective order staging discovery in this case.
3  After considering the papers filed in connection with the motion and all other matters
4  presented to the Court, and good cause appearing therefore,
5  IT IS HEREBY ORDERED THAT:
6  1.  Discovery proceedings in the case shall be staged.
7  2.  All discovery other than that directed to the negotiation and interpretation of the
8  parties' November 2000 Agreement, including but not limited to discovery regarding Google's
9  alleged use of Digital Envoy's technology, Google's finances, advertisers and business plans, is
10 stayed pending further order of the Court.
11 3.  This Order is subject to modification for good cause shown.

Dated: _____, 2004.

_____
Honorable Richard Seeborg
United States District Magistrate Judge