**KRAMER DECLARATION EXHIBIT A**

**From:** Steve Schimmel [steve@google.com]
**Sent:** Tuesday, November 21, 2000 11:27 AM
**To:** rob@digitalenvoy.net
**Subject:** Re: Google geolocation bid request

Rob,

Hope to get a full response out by end of day.
Until then, I have a quick question:
Do your bids include updates?

Thanks,
Steve

Rob Friedman wrote:

> Thanks for the feedback Steve.  I appreciate Google's reasoning regarding
> PR--it makes a lot of sense.  We can certainly live without the press
> release.
>
> The fee that I quoted earlier would be for "all you can eat"
> metro-targeting-you can use it for everything and there is no volume cap.
> Again we can talk about possible trade-offs (maybe for advertising or
> something, if it makes sense).  Additionally, we can also talk about a
> graduated payment scale as your use increases (maybe one rate for use in
> advertising only, additional for use in the search engine when you decide to
> implement that)-don't know, just a thought.   As for other granularities,
> we can probably cut the price in half, if you were just interested in
> country targeting (unlimited use).  BTW, it seems that you should at least
> use country targeting for your "Google in your Language" feature.  I think
> that it would add a lot to be able to show a Japanese user his or her native
> language when he or she first hit your site rather than have to choose it
> from a menu. Anyway, my that's just my two cents.
>
> We definitely view Google as a very important customer-especially since it
> is the unofficial search engine of Digital Envoy (we all use it because it
> is so fast).  <grin>
>
> Let's talk on Monday!!
>
> Have a good weekend.
>
> Cheers,
>

> Rob
>
> Rob Friedman
> Chief Business Envoy
> Digital Envoy
> rob@digitalenvoy.net
> 678 474-9766 (ext 202)
>
> -----Original Message-----
> From:   Steve Schimmel [mailto:steve@google.com]
> Sent:   Friday, November 17, 2000 8:22 PM
> To:     Rob Friedman
> Subject:     Re: Google geolocation bid request
>
> << File: steve.vcf >> Rob,
>
> Thanks for getting back to me.
> I wanted to respond here, but Ill give you a call (probably Monday).
> [please feel free to respond via email before the call].
>
> We will probably, eventually use your product in all the ways
> mentioned..That
> being said, we will most likely just use it for advertising targeting for a
> while (but like to have flexibility).
>
> We like the ability to go down to the city level, but want to get your bids
> for
> if we used it at the different levels of granularity.
>
> As for volume, we do not want to have to deal with forecasting usage, so we
> would want to consider it on an "all you can eat" basis.
>
> We definitely appreciate your attitude and desire to be flexible.
>
> I do want to let you know our hard stance on PR.
> Google is first and foremost a technology company.  As such, all information
> regarding technology sources is to be treated as confidential by Google
> (you'll
> notice that we dont have any type of site vendor or contributors page- our
> "partners" page is really a partial customer list).
> As the leading search technology vendor, competitors constantly try to
> discover
> how we do what we do.  If we go outside our company for
> technology/expertise, we
> treat this knowledge as one of our competitive advantages.  I'm sure this is
> a
> position you can understand, especially given the current competitive
> landscape

```
> in search!
> That being said, we would not restrict you from mentioning Google when you
> list
> your clients, and perhaps we may act as a reference account to non-search
> prospective clients.
>
> I look forward to speaking with you,
>
> Steve
>
> Rob Friedman wrote:
>
> > Steve,
> >
> > One thing I neglected to ask is how Google would be using our service. I
> > was assuming that you'd be using NetAcuity to help determine relevant
> search
> > results, tailor language on your site for foreign users, as well aiding in
> > targeting your new advertising push. Also, I assumed that you'd need
> > information down to the city-level. These uses are reflected in the price
> I
> > quoted.
> >
> > Note that our prices vary based on our customer's use of our technology,
> the
> > approximate number of hits to be processed per month, and the granularity
> of
> > information needed (country, region and/or city-level). Please let me
> know
> > if my assumptions were incorrect.
> >
> > Again, please feel free to give me a call at 678 474-9766 (ext 202) to
> > discuss our products further.
> >
> > Cheers,
> >
> > Rob
> >
> > Rob Friedman
> > Chief Business Envoy
> > Digital Envoy
> > (678) 474-9766
> > rob@digitalenvoy.net
> >
> > -----Original Message-----
> > From: Steve Schimmel [mailto:steve@google.com]
> > Sent: Wednesday, November 15, 2000 6:29 PM
> > To: rob@digitalenvoy.net
```

\>> Subject: Google geolocation bid request
\>>
\>> Rob,
\>>
\>> I wanted to introduce myself.
\>> I am in the Strategic Alliances group here at Google.
\>> I am assisting Matt Cutts in getting a geolocation service for us.
\>>
\>> We have narrowed down potential alternative vendors for this service,
\>> and have included you in our finalists.
\>>
\>> At this point, I would like to get your best bid on providing us with
\>> geolocation services for a 6 month contract (with the option to renew
\>> for an additional 6 months at same terms).
\>>
\>> I want to make sure I understand the full cost, so please also indicate
\>> if there are additional items required (ie. if we must purchase any
\>> hardware from you, etc).
\>>
\>> I appreciate your timely response.
\>>
\>> Sincerely,
\>>
\>> Steve