Dockets.Justia.com

**KRAMER DECLARATION EXHIBIT D**

**From:** Steve Schimmel [steve@google.com]
**Sent:** Thursday, August 02, 2001 2:10 PM
**To:** dave.schindler@digitalenvoy.net
**Subject:** Re: FW: Advertising on Google

Dave,

We have systematically moved all barter deals to Adwords. This is how we plan on keeping the programs from now on. This is due to administrative and other issues. Note also that the CPM for the top slot is significantly higher, meaning that spending limits are reached much quicker. Given that your ads are so targeted and specialized, I would expect that you will not experience any degradation in click-thru vs. the other slot. Please allow this program to run for a while so you can gain experience and comfort with it. I think the flexibility it gives you for rewriting creatives and targeting is worthwhile. If after a few months, you are extremely unhappy, I will see what I can do.

Thank you,

Steve

Dave Schindler wrote:

> Steve -Any way we could have the Ad the way it used to be.....rather than on the side as it is running now on the right?Bart Woytowicz checked all of my keywords and phrases etc and there are no paying customers that have them anyway.I have added a bunch of new keywords and phrases, too by the way.Let me know if we can run the old ad the way it was. Sanjay and Rob liked it better than on the side. I do not have any of the statistics from our last run/campaign but I think Sanjay is sending them to me.Thanks.Dave
> -----Original Message-----
> **From:** Bart Woytowicz [mailto:bart@google.com]
> **Sent:** Thursday, August 02, 2001 4:17 PM
> **To:** dave.schindler@digitalenvoy.net
> **Cc:** Steve Schimmel
> **Subject:** Advertising on Google
>
> Dear Dave - Your barter campaign is up and running on Google. Feel free to monitor and make changes to keywords andcreatives as you see fit. Please do not add any money to your spending limit asthe system is being manually manipulated from the back endto accommodate this specific deal. Thank you for your continuing support. Cheers -     *****************************************************
>   Bart Woytowicz
>   Director Ad Ops/Sales
>   Google Inc.
>   2400 Bayshore Parkway     650-318-0200 x 1073
>   Mountain View, Ca. 94043     bart@google.com
>        *********************************************

Case 1:04-cv-01497-RS   Document 28-5   Filed 08/16/2004   Page 2 of 6

| | |
|---|---|
| **From:** | Steve Schimmel [steve@google.com] |
| **Sent:** | Wednesday, June 19, 2002 4:57 PM |
| **To:** | Sanjay Parekh |
| **Cc:** | olana@google.com |
| **Subject:** | Re: Fwd: Re: #527428: noad: Status is disabled [#528390] |

Hi Sanjay,

Case 5:04-cv-01497-RS    Document 28-5    Filed 08/16/2004    Page 3 of 6

Sorry for the confusion.
I spoke with our Sales Strategy Manager, Olana Hirsch, who is helping transition our old Adwords program accounts to our new Adwords Select (CPC)

program.
Unfortunately, it turns out that there are some manual steps you will need to take on your side.

You are going to need to create a new campaign and get a new Adwords Select advertiser ID.
(the old campaigns cannot be transferred automatically)

Start at:
https://adwords.google.com/select/main

Once you have entered all your info and signed up w/ the campaigns- you will get your ID, which you will need to send to Olana (cc'd on this email).

She can credit your account with the remaining $s.

Notes:
*new: you will need to input is the maximum CPC for your keywords
*if your ads drop <0.5% click-thru, they will not be shown on those keywords
*depending on the performance of your ads, your credit could run out very quickly

Please send Olana your ID when you have created the Adwords Select account and let me know if you have any more questions/problems.

Best,
Steve


Sanjay Parekh wrote:

> Steve,
>       I never heard back from these folks.  Can you prod someone into
> action?  Thanks dude.
>
> Sanjay
>
> >Date: Wed, 12 Jun 2002 21:23:42 -0400

>>To: adwords@google.com
>>From: Sanjay Parekh <sanjay@digitalenvoy.net>
>>Subject: Re: #527428: noad: Status is disabled [#528390]
>>
>>      I don't see this. The problem may be related to the fact that
>>this is a comp account set up when we did our service deal with
>>you. Please see/talk to Matt Cutts (matt@google.com) or Steve Schimmel
>>(steve@google.com) for verification. We were supposed to have $10k of ad
>>money to spend of which we've used $5.8k or so. Thanks!
>>
>>Sanjay
>>
>>At 07:27 PM 6/12/2002, adwords@google.com wrote:
>>>Hello Sanjay,
>>>
>>>Thank you for your email.
>>>
>>>To re-enable a campaign:
>>>
>>>1. Please login to your account at
>>>https://adwords.google.com/AdWords/Welcome.html.
>>>2. Click the "Edit" link in the Campaign Name box.
>>>3. You will see a message indicating that your campaign is currently
>>>inactive. Click the "Start running the ads in this campaign link." You
>>>will not be billed for your campaign until the ads start running.
>>>
>>>However, as your AdWords campaign is already disabled, now would be a
>>>perfect time to switch over to AdWords Select, our new Cost-Per-Click
>>>(CPC) advertising program.
>>>
>>>Google's new AdWords Select program was designed to help you generate
>>>leads and capture sales easily and effectively with minimal cost. If you
>>>are a current original Google AdWords advertiser and want to improve your
>>>ad campaigns, maximize your budget, and reach a large audience, we suggest
>>>that you consider switching to Google AdWords Select, our new
>>>cost-per-click (CPC) program. Some advantages of AdWords select are that
>>>you:
>>>
>>>1. Pay only for clicks that you receive.
>>>2. Display your ads on all of our partner sites, including AOL.com,
>>>CompuServe, Netscape, Earthlink, and Sympatico-Lycos.
>>>3. Choose the maximum amount you want to pay for each click.
>>>4. Control your daily budget.
>>>5. Earn a higher position by performing well - not just by paying more.
>>>6. Pay only a penny more than necessary to maintain your ad's position.
>>>7. Automatically receive notification when your campaigns or keywords are
>>>not performing well.
>>>
>>>With so many account management tools, Google AdWords Select offers the
>>>best way to meet your advertising goals and create highly targeted ad
>>>campaigns for all Google searchers and the expanded advertising audience

Case 5:04-cv-01497-RS     Document 28-5     Filed 08/16/2004     Page 4 of 6

```
> >>of our partner sites. Plus, Google AdWords Select ads are shown above ads
> >>from the original Google AdWords.
> >>
> >>Why pay for ad impressions when you can simply pay for clicks? Visit the
> >>URL below to learn more about the Google AdWords Select program:
> >>https://adwords.google.com/select/
> >>
> >>Then, to begin advertising today, click on the 'Try AdWords Select'
> >>button.
> >>
> >>Please feel free to email us at adwords-support@google.com if you have
> >>additional questions or concerns.
> >>
> >>Thanks again for your message. We look forward to providing you with the
> >>most effective advertising available.
> >>
> >>To access your AdWords Select account, please log in at:
> >>https://adwords.google.com
> >>
> >>
> >>Sincerely,
> >>The Google AdWords Team
> >>
> >>
> >>
> >>Original Message Follows:
> >>------------------------
> >>From: sanjay@digitalenvoy.net
> >>Subject: #527428: noad: Status is disabled
> >>Date: Mon, 10 Jun 2002 06:37:16 -0700
> >>
> >>    Just noticed that my ad campaign shows
> >>    "disabled by user". I never disabled it
> >>    and I don't know how to enable it. Help!
> >>
> >>    Sanjay
> >>--
> >>This message was sent by the AdWords user feedback form.
> >>
> >>Feedback ID:   527428
> >>Subject:       Status is disabled
> >>Category:      noad
> >>
> >>Advertiser ID: 524076
> >>
> >>    NOTE: the user was logged in, so the
> >>    name and email address provided below
> >>    were taken from their account records.
> >>
> >>Name:          Sanjay Parekh
```

```
> >>Email:        sanjay@digitalenvoy.net
> >>
> >>Campaign ID:   548972
> >>Campaign Name:  Digital Envoy, Inc campaign 72601
> >>
> >>IP address = 209.187.140.69
> >>
> >>HTTP Headers:
> >>-------------
> >>cookie = bcomID=7831017860277154;
> >>PREF=ID=1acb2bbd3115732e:TM=1021907488:LM=1021907488:S=K29_qgJi1Tg;
> >>JSESSIONID=jgcf4rw6v1
> >>connection = keep-alive
> >>accept-encoding = gzip, deflate, compress;q=0.9
> >>referer = https://adwords.google.com/AdWords/main?cmd=ContactUs
> >>accept =
> >>text/xml,application/xml,application/xhtml+xml,text/html;q=0.9,text/plain;q=0.8,video/x-
mng,image/png,image/jpeg,image/gif;q=0.2,text/css,*/*;q=0.1

> >>content-length = 294
> >>accept-charset = utf-8, *
> >>accept-language = en-us, en;q=0.50
> >>user-agent = Mozilla/5.0 (Windows; U; Windows NT 5.0; en-US; rv:1.0.0)
> >>Gecko/20020530
> >>keep-alive = 300
> >>content-type = application/x-www-form-urlencoded
> >>host = adwords.google.com
```

Case 5:04-cv-01497-RS    Document 28-5    Filed 08/16/2004    Page 6 of 6