Dockets.Justia.com

**KRAMER DECLARATION EXHIBIT E**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIGITAL ENVOY, INC. )
    Plaintiff )
     ) CIVIL ACTION NO.
vs. ) 1:04-CV-0864 (CAP)
     )
GOOGLE INC. ) **CONFERENCE IS**
     ) **REQUESTED BY**
    Defendant ) **PLAINTIFF ONLY**
_____)

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Plaintiff Digital Envoy, Inc. ("Digital Envoy") and Defendant Google Inc. ("Google") (collectively, "the parties") jointly report the following:

**1.**     **Description of Case:**

    **A.**     **Describe briefly the nature of this action.**

Digital Envoy contends the nature of this action is defined by its claims for misappropriation of trade secrets, unfair business practices under federal, state and common law and unjust enrichment, arising from Google's

category is contained in Appendix F. The track to which a particular case is assigned is also stamped on the complaint and service copies of the complaint at the time of filing.

Please state below the subjects on which discovery may be needed.

**Digital Envoy's Position:**

At this time, in an effort to be as specific as possible, Digital Envoy anticipates that it may pursue the following subjects of discovery:

1.  Negotiation of the November 2000 License Agreement, including discussions between the parties, internal Google communication and analysis of the potential agreement, drafting and execution of the agreement.

2.  Negotiations, internal and external communications, analysis, drafting and execution of the amendments to the Agreement.

3.  Google's use of Digital Envoy's technology in its information search technology business, including details regarding the manner of use, the scope of the use, financial information pertaining to paid search revenue, accounting methods or other analytic data to consider revenue, expenses,

allocated overhead, profits, click-through rates comparison for geotargeted vs. non-geotargeted advertising.

4. The AdWords program, including promotional material,
communication with prospective customers, the interface for registration, changes to any of the above-detail, financial and statistical information differentiating results for geotargeted vs. non-geotargeted advertisements.

5. Detail regarding other paid link or advertising customers, programs in addition to or preceding the AdWords program, including the specifics set forth above.

6. Nature and scope, statistical and financial information pertaining to uses of Digital Envoy technology by Google other than geotargeting paid links or advertisements.

7. Details regarding Google's involvement with third-party websites, including the AdSense program, as well as any other involvement with any other third-party website in addition to or preceding the AdSense program and including all of the specific information set forth above.

8. Google's use of Digital Envoy's technology for purposes beyond its information search technology business, or beyond its own search

website, including details regarding the manner of use, the scope of the use, financial information pertaining to paid search revenue, accounting methods or other analytic data to consider revenue, expenses, allocated overhead, profits, click-through rates comparison for geotargeted vs. non-geotargeted advertising.

9. Public statements and other communication by Google pertaining to the AdSense program and its predecessors or programs in addition to AdSense, including the technology used by Google.

10. Corporate communication (including press releases and other standard corporate information), and changes made thereto, regarding Google, AdWords, AdSense and other relevant topics.

11. The information sought by Digital Envoy about Google's Gmail service set forth in its Motion for Expedited Discovery.

12. Marketplace data and third party discovery pertaining to interaction between Google and its advertisers and Google and its website owner customers, including all of the specifics set forth above.

13. Google's evaluation of its agreement with Digital Envoy in commencing additional use of Digital Envoy's technology and continuing

such use after communication with Digital Envoy in early 2004 and after commencement of lawsuit.

14. Financial results and projections regarding any of Google's paid link or advertisement programs, or any other program in which Digital Envoy's technology is used, in significant detail as set forth above.

15. Google policies and procedures in negotiating, drafting, monitoring, and complying with licensed technology and agreements.

16. Google's use of significant terms set forth in the agreement with Digital Envoy in any context.

17. Detailed information pertaining to any denials, affirmative defenses or counterclaims contained in Google's yet-to-be-filed Answer.

18. Discovery from any experts, or other witnesses who may offer opinion testimony.

19. Google internal and external communication pertaining to any of the above-subjects.

20. Documents and witnesses with information pertaining to any of the above-subjects.