UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:____NOT REPORTED_____          DATE:____8/18/04_____
COURTROOM DEPUTY:_MARTHA PARKER BROWN____
                                                                                CASE #:____C 04-01497 RS_____

CASE TITLE:_GOOGLE, INC._____VS.____DIGITAL ENVOY, INC._____

**Appearances for Plaintiff(s)**                    **Appearances for Defendant(s)**

_**DAVID KRAMER**_____          ___**TIMOTHY KRATZ**_____

                                                                    ___**P. CRAIG CARDON**_____

### TODAY'S PROCEEDINGS

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC       { } MOTIONS LISTED BELOW:

<u>Pltf.</u>   <u>Deft.</u>   <u>Cross Mot.</u>
{ }   { }   { }   1._____
{ }   { }   { }   2._____
{ }   { }   { }   3._____
{ }   { }   { }   4._____

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

### MOTION DISPOSITION SHOWN BELOW:

[   ] GRANTED          [   ] DENIED          [   ] SUBMITTED          [   ] DENIED/GRANTED in part

_____   _____   _____   _____

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)** {   } Cont'd to:_____@_____For_____

_____

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments:_____

_____CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER_____

HOURS IN SETTLEMENT:_____          Copies to:_____   _____   _____

Dockets.Justia.com