1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:     415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

| 14 | DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|---|
| 15 | Plaintiff/Counterdefendant, | **DECLARATION OF P. CRAIG CARDON IN SUPPORT OF DIGITAL ENVOY, INC.'S SURREPLY RE GOOGLE, INC.'S MOTION TO STAGE DISCOVERY** |
| 16 | v. | |
| 17 | GOOGLE, INC., | |
| 18 | Defendant/Counterclaimant. | |
| 19 | | |

20         I, P. Craig Cardon, declare as follows:

21         1.     On August 20, 2004, I received a fax letter from counsel for Google, Stephen

22  Holmes.  A true and correct copy of this letter is attached as Exhibit A hereto.  That letter asked

23  Digital Envoy to provide a California Code of Civil Procedure section 2019(d) trade secret

24  disclosure.

25         2.     After receiving Mr. Holmes letter of August 20, 2004, that same day I sent him an

26  email reminding him that this case was in Federal court and not State court.

27         3.     On August 23, 2004, I spoke with Mr. Holmes and told him that no case in the

28  Northern District nor any opinion of the Ninth Circuit had ever held that a CCP section 2019(d)

-1-

1  disclosure is required in Federal court. Mr. Holmes maintained that the case out of the Central
2  District did mandate such disclosure in the Northern District.
3      4.    Shortly after I got off of the phone with Mr. Holmes I received another letter from
4  him asserting that the Central District case applied and requiring that Digital Envoy provide a CCP
5  section 2019(d) disclosure. A true and correct copy of this letter is attached as Exhibit B.
6      I make the foregoing statements under penalty of perjury under the laws of the United
7  State. Executed this 23rd day of August, 2004.

_____

P. CRAIG CARDON

-2-

W02-SF:5BB\61425216.1

DECLARATION OF P. CRAIG CARDON IN SUPPORT OF SURREPLY