1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 DIGITAL ENVOY, INC.,            )   CASE NO.: C 04 01497 RS
                                   )
12         Plaintiff/Counterdefendant, )  **GOOGLE INC.'S OBJECTION TO**
                                   )   **DIGITAL ENVOY'S SURREPLY RE**
13    v.                           )   **GOOGLE INC.'S MOTION TO**
                                   )   **STAGE DISCOVERY**
14 GOOGLE INC.,                    )
                                   )   Judge:      Hon. Richard Seeborg
15         Defendant/Counterclaimant. )  Courtroom:  4, 5th Floor
                                   )   Date:       September 22, 2004
16                                 )   Time:       9:00 a.m.
                                   )
17

GOOGLE'S OBJECTION TO DIGITAL ENVOY'S            C:\NrPortbl\PALIB1\PBM\2520058_1.DOC
SURREPLY RE GOOGLE INC.'S MOTION TO
STAGE DISCOVERY
C 04 01497 RS

1  Google hereby objects to Digital Envoy's Surreply Re. Google Inc.'s Motion to Stage
2  Discovery filed just before midnight yesterday in violation of Civil Local Rule 7-3(d).  Digital
3  Envoy has neither sought nor received leave to file its Surreply and it should be stricken.

Respectfully Submitted:

Dated:  August 24, 2004                           WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation


                                                  By:      /s/ David H. Kramer
                                                           David H. Kramer

                                                  Attorneys for Defendant/Counterclaimant
                                                  Google Inc.

GOOGLE'S OBJECTION TO DIGITAL ENVOY'S                                    C:\NrPortbl\PALIB1\PBM\2520058_1.DOC
SURREPLY RE GOOGLE INC.'S MOTION TO
STAGE DISCOVERY
C 04 01497 RS