P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**REQUEST FOR ORDER ALLOWING SURRPELY IN OPPOSITION TO MOTION TO STAGE DISCOVERY**<br>[Local Rule 7-10(b)]<br><br>Date:    September 22, 2004<br>Time:    9:00 a.m.<br>Crtrm.:   4, 5th Floor<br><br>The Honorable Richard Seeborg |

Plaintiff and Counterdefendant Digital Envoy, Inc. ("Digital Envoy") requests an order, pursuant Local Rule 7-10(b), allowing Digital Envoy's Surreply—which was filed on August 23, 2004 at or about 11:30 p.m.—to defendant's Motion to Stage Discovery (the "Motion"). Good cause exists to grant Digital Envoy's request.

The Surreply addresses a very narrow issue, i.e., Google, Inc.'s ("Google") recent insistence on compliance with C.C.P. § 2019(d) while seeking to delay any discovery it must

1  respond to on trade secrets. Google only raised this issue after Digital Envoy filed its opposition[1]
2  and the parties' argued the Motion to the Court during the Case Management Conference. By
3  raising the issue for the first time after the opposition was filed and after the Case Management
4  Conference, Google denied Digital Envoy the opportunity to address this inconsistency in
5  Google's position while arguing the motion.

6      To ensure it might be heard on this issue, Digital Envoy filed its surreply within hours of
7  receiving a copy of Google's reply brief and letters confirming its reliance on C.C.P. § 2019(d).
8  (Declaration of Craig Cardon in Support of Request for Order Allowing Surreply ("Cardon Decl.")
9  at ¶ 2; see also Exhibits A and B attached to Cardon Decl.) Digital Envoy was not able to seek a
10 stipulation from Google's counsel at the time it filed the surreply due to the late hour in the day,
11 and accordingly did not file this request with the surreply. (Cardon Decl. at ¶ 2.) Digital Envoy,
12 however, did request a stipulation the following day, but was refused. (Declaration of Brian
13 Blackman in Support of Request for Order Allowing Surreply at ¶ 2.)

14     For these reasons, Digital Envoy requests the Court issue an order pursuant to Local Rule
15 7-10(b) accepting the Surreply filed last night and allowing its consideration in opposition to
16 Google's Motion to Stage Discovery.

17
18 DATED: August 24, 2004
19                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
20
21                       By    /s/
22                            P. CRAIG CARDON
                           BRIAN R. BLACKMAN
23                            Attorneys for DIGITAL ENVOY, INC.
24
25
26
---
[1] It should be noted that Digital Envoy identified its original opposition as a preliminary opposition
27 in order to have the issued before the Court in time to informally discuss the Motion at the Case
Management Conference.
28

-2-
W02-SF:5BB\61426252.1        REQUEST FOR ORDER ALLOWING SURRPELY IN
OPPOSITION TO MOTION TO STAGE DISCOVERY