# EXHIBIT A

# WSGR Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Date: August 20, 2004

**To:** P. Craig Cardon  **Fax:** (415) 434-3947  ☐ Use this fax number only
**Company:** Sheppard, Mullin, Richter & Hampton  **Phone:** (415) 434-9100  ☐ Notify recipient before sending

**From:** Stephen Holmes  **Phone:** (650) 493-9300 X 3256  **Return Fax:** (650) 565-5100
**Original:** ☒ To follow via mail  ☐ To follow via courier  ☐ To follow via email  ☐ Original will not follow
**Fax Contains:** __2__ pages (including this sheet). If incomplete, call Purita @ (650) 461-5220

**Message:** Please see attached letter

Ref: 21622.514   Return Original to: Purita Marquez   Location: BA 1-1

650 Page Mill Road, Palo Alto, CA 94304-1050 • 650.493.9300 Tel • 650.493.6811 Fax • www.wsgr.com

This fax may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and destroy all copies.
Entire Transmission Copyright © 2003 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.
2858189_1.DOC (471)



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

August 20, 2004

**Via Facsimile and U.S. Mail**

P. Craig Cardon
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Fax No.: (415) 434-3947

    Re:   *Digital Envoy, Inc. v. Google Inc.*
           Case No.: C 04-01497 RS

Dear Craig:

    As you know, I have just come into this case. I have been looking at the various pleadings and papers filed in the case and do not see Digital Envoy's identification of its alleged trade secrets pursuant to Section 2019(d) of the California Code of Civil Procedure.

    Please let me know when we may expect to receive this.

                          Very truly yours,

                          WILSON SONSINI GOODRICH & ROSATI
                          Professional Corporation

                          Stephen C. Holmes

cc: Timothy H. Kratz, McGuireWoods LLP

C:\NrPortbl\PALIB1\PBM\2518101_1.DOC

PALO ALTO   AUSTIN   KIRKLAND   NEW YORK   RESTON   SALT LAKE CITY   SAN FRANCISCO