P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:　415-434-9100
Facsimile:　415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S REQUEST FOR ORDER ALLOWING SURREPLY**<br><br>Date:　September 22, 2004<br>Time:　9:00 a.m.<br>Crtrm.:　4, 5th Floor<br><br>The Honorable Richard Seeborg |

I, Brian R. Blackman, declare:

1.　I am an attorney licensed to practice before this court and am associated with Sheppard Mullin Richter and Hampton, LLP, counsel of records for plaintiff and counterdefendant Digital Envoy, Inc. in this matter. I make this declaration based on my personal knowledge and would competently testify to these statements if called to do so.

2.　On August 24, 2004 I called David Kramer, counsel of records for Google, Inc., at 650.493.9300. In speaking with Mr. Kramer, I requested that Google stipulate to allowing Digital

-1-

1 | Envoy's previously filed Surreply in opposition to the Motion to Stage Discovery. Google's
2 | counsel refused.
3 |     I declare under the penalty of perjury that the above statements are true. Executed this
4 | 24th day of August in San Francisco, California.

                                          /s/
                                          BRIAN R. BLACKMAN