P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
bblackman@sheppardmullin.com

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO ALLOW DIGITAL ENVOY'S SURREPLY TO MOTION TO STAGE DISCOVERY** |

Before the Court is plaintiff and counterdefendant Digital Envoy, Inc.'s Request pursuant

to Local Rule 7-10(b) for an order allowing Digital's previously filed Surreply to defendant and

Counterclaimant Google, Inc.'s Motion to Stage Discovery.

////

////

////

-1-

W02-SF:5BB\61426261.1

ORDER GRANTING REQUEST TO ALLOW
SURREPLY TO MOTION TO STAGE DISCOVERY

Dockets.Justia.com

1        GOOD CAUSE appearing, it is order that Digital's Surreply in Opposition to Google's

2    Motion to Stage Discovery, which was filed on August 23, 2004, is accepted and will be

3    considered in deciding the motion.

4

5

6
     DATED:  August____, 2004
7

8

9
                                     By    _____
10
                                              The Honorable Richard Seeborg
11                                            United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-SF:5BB\61426261.1                           ORDER GRANTING REQUEST TO ALLOW
                                       SURREPLY TO MOTION TO STAGE DISCOVERY