P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counterdefendant, | Date:    October 6, 2004<br>Time:    9:30 a.m. |
| v. | |
| GOOGLE, INC., | **DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| Defendant/Counterclaimant. | |
| | The Honorable Richard Seeborg |

I, Brian R. Blackman, declare:

1.   I am an attorney licensed to practice before this court and am associated with Sheppard Mullin Richter and Hampton, LLP, counsel of records for plaintiff and counterdefendant Digital Envoy, Inc. in this matter.  I make this declaration based on my personal knowledge and would competently testify to these statements if called to do so.

2.   On August 27, 2004, I called David Kramer and his colleague Stephen C. Holmes, counsel of records for Google, Inc. in this matter, to see if Google would stipulate to allowing

Digital Envoy to file the Amended Complaint. The parties could not reach a final agreement. Plaintiff Digital Envoy brings this motion to preserve its rights to seek amendment of the pleadings.

    3.    Attached as Exhibit A is a true copy of the Amended Complaint.

I declare under the penalty of perjury that the above statements are true. Executed this 27th day of August in San Francisco, California.

                           /s/
                      BRIAN R. BLACKMAN