1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15            Plaintiff/Counterdefendant,  **[PROPOSED] ORDER GRANTING
                                           LEAVE TO FILE AMENDED
16       v.                                COMPLAINT AND RELIEF FROM CASE
                                           MANAGEMENT SCHEDULE**
17 GOOGLE, INC.,

18            Defendant/Counterclaimant.

19 _____

20        Before the Court is plaintiff and counterdefendant Digital Envoy, Inc.'s Motion for Leave

21 to File its Amended Complaint pursuant to Fed. R. Civ. P. 15(a) and for Relief from the Case

22 Schedule Order pursuant to Local Rule 16-2(d).

23        GOOD CAUSE appearing, it is order that:

24        1.    Plaintiffs Digital Envoy's Motion for Leave to File its Amended Complaint is

25 GRANTED; plaintiff shall file the Second Amended Complaint within five court days of

26 the entry of this Order.

27        2.    The Case Management Scheduling Order shall be amended to provide that any

28 amendments to the pleadings or the joinder of additional parties shall be complete on or before

                                           -1-

1   **November 15, 2004**.  All other deadlines and dates set in the Case Management Scheduling order

2   filed on August 27, 2004 remain.

3   DATED:  October __, 2004

4

5

6

7               By   _____

8                          The Honorable Richard Seeborg
                           United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-