1  DAVID H. KRAMER, State Bar No. 168452
   STEPHEN C. HOLMES, State Bar No. 200727
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                               SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                    )  CASE NO.: C 04 01497 RS
12                                         )
            Plaintiff/Counterdefendant,    )  **GOOGLE INC.'S STATEMENT OF**
13                                         )  **NONOPPOSITION TO DIGITAL**
       v.                                  )  **ENVOY'S MOTION FOR LEAVE**
14                                         )  **TO AMEND COMPLAINT AND**
   GOOGLE INC.,                            )  **RELIEF FROM CASE**
15                                         )  **MANAGEMENT SCHEDULE**
            Defendant/Counterclaimant.     )
16                                         )  Judge:      Hon. Richard Seeborg
                                           )  Courtroom:  4, 5th Floor
17                                         )  Date:       October 6, 2004
                                           )  Time:       9:30 a.m.
18                                         )

19

20

21

22

23

24

25

26

27

28

GOOGLE'S STATEMENT OF NONOPPOSITION                    C:\NrPortbl\PALIB1\PBM\2530605_1.DOC
TO DIGITAL ENVOY'S MOTION FOR LEAVE TO
AMEND COMPLAINT
C 04 01497 RS

Dockets.Justia.com

Google Inc. ("Google") responds, pursuant to Local Rule 7-3(b), that it does not oppose Digital Envoy's motion for leave to amend the complaint. In so doing, Google notes its strong disagreement with the factual and legal contentions set forth in Digital Envoy's motion for leave to amend and supporting papers. Google's decision not to oppose Digital Envoy's motion for leave to amend is not, and should be construed as, an admission that the proposed amended complaint states a claim for which relief may be granted, states a valid cause of action or otherwise has any merit. Google specifically reserves the right to move to dismiss and/or seek summary judgment on any of Digital Envoy's claims by separate motion at a later date.

Respectfully Submitted:

Dated: September 15, 2004

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation

By:    /s/ Stephen C. Holmes
       Stephen C. Holmes

Attorneys for Defendant/Counterclaimant Google Inc.