**United States District Court**
For the Northern District of California

*E-FILED 9/20/04*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | NO. 5:04-cv-1497 RS <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND RELIEF FROM CASE MANAGEMENT SCHEDULE** |

    Plaintiff and counterdefendant Digital Envoy, Inc. ("Digital") filed a motion for leave to file a First Amended Complaint and to amend the case management schedule to permit such amendment. The motion was noticed for hearing on October 6, 2004. On September 15, 2004, defendant Google, Inc. ("Google") filed a statement of non-opposition to the motion. Based on Google's statement, and good cause appearing therefor, the motion is granted and the hearing scheduled for October 6, 2004 is vacated. Digital shall file its amended complaint within five (5) court days of the date of this order.

Dated: September 20, 2004

                                                                     /s/ Richard Seeborg <br>
                                                                     RICHARD SEEBORG <br>
                                                                      United States Magistrate Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian R. Blackman     bblackman@sheppardmullin.com

P. Craig Cardon     ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves     tgraves@wsgr.com

Stephen C. Holmes     sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer     dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun     mkwun@google.com

David L. Lansky     dlansky@wsgr.com

Chan S. Park     cpark@wsgr.com,

**Dated: 9/20/04**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                                   **By:  /s/    BAK**