1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6
   P. CRAIG CARDON
7  BRIAN R. BLACKMAN
   KENDALL M. BURTON
8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
9  San Francisco, CA 94111-4106
   Telephone: (415) 434-9100
10 Facsimile: (415) 434-3947

11 Attorneys for Plaintiff/Counterdefendant
   Digital Envoy, Inc.
12

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

16
   DIGITAL ENVOY, INC.,                )    CASE NO.: C 04 01497 RS
17                                     )
           Plaintiff/Counterdefendant, )    **STIPULATION AND [PROPOSED]**
18                                     )    **ORDER AMENDING SCHEDULING**
       v.                              )    **ORDER REGARDING THE**
19                                     )    **MEDIATION DATE**
   GOOGLE INC.,                        )
20                                     )
           Defendant/Counterclaimant.  )
21                                     )
   _____)
22

23

24      The parties previously stipulated to participate in a private ADR process. Paragraph 1 of

25 the Court's Scheduling Order dated August 27, 2004 states that the mediation is "to be

26 completed by December 15, 2004, if possible." To accommodate the availabilities of the

27 mediator, the parties and their counsel, the date for the mediation through Judicial Arbitration &

28

STIPULATION AND [PROPOSED] ORDER AMENDING
SCHEDULING ORDER REGARDING MEDIATION DATE
CASE NO: C 04 01497 RS

1  Mediation Services ("JAMS") has been fixed for February 10, 2005.  The parties also wish to

2  allow a few extra days, if necessary, to complete the mediation pursuant to the Scheduling Order.

3      Accordingly, the parties respectfully request that paragraph 1 of the Court's Scheduling

4  Order be amended to read February 25, 2005, instead of December 15, 2004.

7  Dated:  December 14, 2004      WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
8       David H. Kramer
     650 Page Mill Road
9       Palo Alto, CA   94304
     Telephone:   (650) 493-9300
10       Facsimile:     (650) 565-5100

12       By:  _____/s/ David H. Kramer_____
         David H. Kramer
     Attorneys for Google Inc.

14  Dated: December 14, 2004      SHEPPARD, MULLIN, RICHTER &
    HAMPTON  LLP
15       P. Craig Cardon
     Brian R. Blackman
16       Kendall M. Burton
     Four Embarcadero Center, 17th Floor
17       San Francisco, CA 94111-4106
     Telephone:   (415) 434-9100
18       Facsimile:     (415) 434-3947

20       By:  _____/s/ P. Craig Cardon_____
         P. Craig Cardon
     Attorneys for Digital Envoy, Inc.

21  **SO ORDERED.**

23  DATED: _____

24       Honorable Richard Seeborg
     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER AMENDING
SCHEDULING ORDER REGARDING MEDIATION DATE
CASE NO:  C 04 01497 RS

**CERTIFICATION**

I, Stephen C. Holmes, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.

DATED: December 14, 2004

                      WILSON SONSINI GOODRICH & ROSATI
                      Professional Corporation

                      By:    /s/ Stephen C. Holmes
                              Stephen C. Holmes
                              Attorneys for Google Inc

-3-

STIPULATION AND [PROPOSED] ORDER AMENDING
SCHEDULING ORDER REGARDING MEDIATION DATE
CASE NO: C 04 01497 RS