DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*E-FILED 12/15/04*

Attorneys for Defendant/Counterclaimant
Google Inc.

P. CRAIG CARDON
BRIAN R. BLACKMAN
KENDALL M. BURTON
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Plaintiff/Counterdefendant
Digital Envoy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER REGARDING THE MEDIATION DATE** |

The parties previously stipulated to participate in a private ADR process. Paragraph 1 of the Court's Scheduling Order dated August 27, 2004 states that the mediation is "to be completed by December 15, 2004, if possible." To accommodate the availabilities of the mediator, the parties and their counsel, the date for the mediation through Judicial Arbitration &

STIPULATION AND [PROPOSED] ORDER AMENDING
SCHEDULING ORDER REGARDING MEDIATION DATE
CASE NO: C 04 01497 RS

Mediation Services ("JAMS") has been fixed for February 10, 2005. The parties also wish to allow a few extra days, if necessary, to complete the mediation pursuant to the Scheduling Order.

Accordingly, the parties respectfully request that paragraph 1 of the Court's Scheduling Order be amended to read February 25, 2005, instead of December 15, 2004.

Dated: December 14, 2004

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation
David H. Kramer
650 Page Mill Road
Palo Alto, CA   94304
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100


By:  ____/s/ David H. Kramer____
     David H. Kramer
Attorneys for Google Inc.

Dated: December 14, 2004

SHEPPARD, MULLIN, RICHTER &
  HAMPTON  LLP
P. Craig Cardon
Brian R. Blackman
Kendall M. Burton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947


By:  ____/s/ P. Craig Cardon____
     P. Craig Cardon
Attorneys for Digital Envoy, Inc.

**SO ORDERED.**

DATED: 12/15/04

/s/ Richard Seeborg
Honorable Richard Seeborg
United States Magistrate Judge

-2-

STIPULATION AND [PROPOSED] ORDER AMENDING
SCHEDULING ORDER REGARDING MEDIATION DATE
CASE NO:  C 04 01497 RS

**CERTIFICATION**

I, Stephen C. Holmes, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.

DATED: December 14, 2004    WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation


                            By:     /s/ Stephen C. Holmes
                                    Stephen C. Holmes
                                    Attorneys for Google Inc