| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| | STEPHEN C. HOLMES, State Bar No. 200727 |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 3 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 5 | |
| | Attorneys for Defendant/Counterclaimant |
| 6 | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| | ) | |
| Plaintiff/Counterdefendant, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **GOOGLE INC.'S MOTION FOR** |
| v. | ) | **LEAVE TO AMEND ITS** |
| | ) | **COUNTERCLAIMS AND FOR** |
| GOOGLE INC., | ) | **RELIEF FROM CASE** |
| | ) | **MANAGEMENT SCHEDULE** |
| Defendant/Counterclaimant. | ) | |
| | ) | Date: February 9, 2005 |
| | ) | Time: 9:30 a.m. |
| | ) | Courtroom: 4, 5th Floor |
| | ) | Judge: Hon. Richard Seeborg |
| | ) | |

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION FOR LEAVE TO AMEND
COUNTERCLAIMS – C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2579594_1.DOC

    Defendant and counterclaimant Google Inc. ("Google") has filed a motion for leave to amend its counterclaims and for relief from the case management schedule.

    After considering the papers filed in connection with the motion and all other matters presented to the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant/counterclaimant Google's Motion for Leave to Amend Its Counterclaims and for Relief from Case Management Schedule is GRANTED;  Google shall file its Amended Counterclaims within five (5) court days of the date of this Order.

2. Plaintiff/counterdefendant Digital Envoy shall be permitted to file an amended Answer to Google's Amended Counterclaims within twenty (20) days after Google files its Amended Counterclaims.

Dated: _____, 2005.

                                                       _____
                                                       Honorable Richard Seeborg
                                                       United States District Magistrate Judge