# HOLMES DECLARATION EXHIBIT D

**Spangenberg, Shea**

---

**From:** Steve Schimmel [steve@google.com]
**Sent:** Friday, November 17, 2000 5:22 PM
**To:** Rob Friedman
**Subject:** Re: Google geolocation bid request

Rob,

Thanks for getting back to me.
I wanted to respond here, but Ill give you a call (probably Monday).
[please feel free to respond via email before the call].

We will probably, eventually use your product in all the ways mentioned..That being said, we will most likely just use it for advertising targeting for a while (but like to have flexibility).

We like the ability to go down to the city level, but want to get your bids for if we used it at the different levels of granularity.

As for volume, we do not want to have to deal with forecasting usage, so we would want to consider it on an "all you can eat" basis.

We definitely appreciate your attitude and desire to be flexible.

I do want to let you know our hard stance on PR.
Google is first and foremost a technology company. As such, all information regarding technology sources is to be treated as confidential by Google (you'll notice that we dont have any type of site vendor or contributors page- our "partners" page is really a partial customer list).
As the leading search technology vendor, competitors constantly try to discover how we do what we do. If we go outside our company for technology/expertise, we treat this knowledge as one of our competitive advantages. I'm sure this is a position you can understand, especially given the current competitive landscape in search!
That being said, we would not restrict you from mentioning Google when you list your clients, and perhaps we may act as a reference account to non-search prospective clients.

I look forward to speaking with you,

Steve

Rob Friedman wrote:

> Steve,
>
> One thing I neglected to ask is how Google would be using our service. I
> was assuming that you'd be using NetAcuity to help determine relevant search

GOOG 009120

4/7/2004                                                        **CONFIDENTIAL**

> results, tailor language on your site for foreign users, as well aiding in
> targeting your new advertising push. Also, I assumed that you'd need
> information down to the city-level. These uses are reflected in the price I
> quoted.
>
> Note that our prices vary based on our customer's use of our technology, the
> approximate number of hits to be processed per month, and the granularity of
> information needed (country, region and/or city-level). Please let me know
> if my assumptions were incorrect.
>
> Again, please feel free to give me a call at 678 474-9766 (ext 202) to
> discuss our products further.
>
> Cheers,
>
> Rob
>
> Rob Friedman
> Chief Business Envoy
> Digital Envoy
> (678) 474-9766
> rob@digitalenvoy.net
>
> -----Original Message-----
> From: Steve Schimmel [mailto:steve@google.com]
> Sent: Wednesday, November 15, 2000 6:29 PM
> To: rob@digitalenvoy.net
> Subject: Google geolocation bid request
>
> Rob,
>
> I wanted to introduce myself.
> I am in the Strategic Alliances group here at Google.
> I am assisting Matt Cutts in getting a geolocation service for us.
>
> We have narrowed down potential alternative vendors for this service,
> and have included you in our finalists.
>
> At this point, I would like to get your best bid on providing us with
> geolocation services for a 6 month contract (with the option to renew
> for an additional 6 months at same terms).
>
> I want to make sure I understand the full cost, so please also indicate
> if there are additional items required (ie. if we must purchase any
> hardware from you, etc).
>
> I appreciate your timely response.
>
> Sincerely,
>
> Steve