**HOLMES DECLARATION EXHIBIT E**

Dockets.Justia.com

**Grubbs, Deborah**

| | |
|---|---|
| **From:** | Steve Schimmel [steve@google.com] |
| **Sent:** | Thursday, March 28, 2002 3:10 PM |
| **To:** | Susan Daw |
| **Cc:** | david@google.com |
| **Subject:** | Re: Matt Cutts Directed Me to You Guys |

Hi Susan,

I apologize for the delay in getting back to you.
Unfortunately, we cant accommodate your request on our use of your data.
This is our position, which Rob Friedman and I discussed last year.

Google is first and foremost a technology company. As such, all information regarding technology
sources is to be treated as confidential by Google (you'll
notice that we dont have any type of site vendor or contributors page- our "partners" page is really a
partial customer list).
Whenever we go outside our company for technology/expertise, we treat this knowledge as one of our
competitive advantages. I'm sure this is a position you can understand, especially given the current
competitive landscape.

While we do allow you to list us as a customer, we do not care to have the specifics of our use
publicized.

I am sorry we cant assist you on this.
We do appreciate our relationship with Digital Envoy.

Sincerely,

Steve


Susan Daw wrote:

> Steve and David - my name is Susan Daw, and I am the MarComm director for Digital Envoy. You
> guys use our geo-targeting technology to identify the location of website visitors and direct them to a
> country-specific web server. We are doing a trend-type press release, and were hoping to reference
> your use of our technology in this release, which will be targeted at advertising and marketing
> publications. I have attached the release for your review.Please let me know if we can refer to
> Google in this release.Sincerely, Susan Susan DawDirector, Marketing CommunicationsDigital
> Envoy678-258-6328susan.daw@digitalenvoy.net

Deft Exhibit 31
Dominique Isabeau, CSR
Depo of Friedman
Date 11-17-04

GOOG 007284

CONFIDENTIAL

4/5/2004