UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:    NOT REPORTED        DATE: 1/5/05

COURTROOM DEPUTY: MARTHA PARKER BROWN

CASE #: C 04-01497 RS

CASE TITLE:     GOOGLE, INC.     VS.    DIGITAL ENVOY, INC.

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

   DAVID KRAMER                    TIMOTHY KRATZ

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.    { } PRETRIAL CONF.    {X } FURTHER CMC     { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**   { } Cont'd to:       @       For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

    FURTHER CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:          Copies to: