1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11 DIGITAL ENVOY, INC.,              )   CASE NO.:  C 04 01497 RS
                                     )
12         Plaintiff/Counterdefendant,)   **[PROPOSED] ORDER GRANTING
                                     )   GOOGLE INC.'S MOTION FOR A
13    v.                             )   PROTECTIVE ORDER**
                                     )
14 GOOGLE INC.,                      )   Judge:     Hon. Richard Seeborg
                                     )   Courtroom: 4, 5th Floor
15         Defendant/Counterclaimant.)   Date:      January 26, 2005
                                     )              (pending motion)
16                                   )   Time:      9:30 a.m.
                                     )
17

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION FOR A PROTECTIVE ORDER
C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2591558_1.DOC

Dockets.Justia.com

Defendant/counterclaimant Google Inc. ("Google") has filed a Motion for a Protective Order.

After considering the papers filed in connection with the motion and all other matters presented to the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Digital Envoy shall withdraw today the nonparty subpoenas it has served.

2. Digital Envoy shall notify the third parties today be means reasonably calculated to ensure that they receive the notice, that compliance with the subpoena previously served by Digital Envoy is unnecessary.

Dated: _____, 2005.

_____
Honorable Richard Seeborg
United States District Magistrate Judge