1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11 DIGITAL ENVOY, INC.,                    )    CASE NO.: C 04 01497 RS
                                           )
12           Plaintiff/Counterdefendant,   )    **[PROPOSED] ORDER GRANTING
                                           )    GOOGLE INC.'S MOTION TO
13      v.                                 )    SHORTEN TIME ON THE
                                           )    HEARING OF ITS MOTION FOR A
14 GOOGLE INC.,                            )    PROTECTIVE ORDER
                                           )    (CIV.L.R. 6-3)**
15           Defendant/Counterclaimant.    )
                                           )    Judge:     Hon. Richard Seeborg
16                                         )    Courtroom: 4, 5th Floor
                                           )
17 _____ )

[PROPOSED] ORDER GRANTING GOOGLE'S                        C:\NrPortbl\PALIB1\DAG\2591207_1.DOC
MOTION TO SHORTEN TIME
C 04 01497 RS

Defendant/counterclaimant Google Inc. ("Google") has filed a Motion to Shorten Time on the Hearing of Its Motion for a Protective Order (Civ.L.R. 6-3).

After considering the papers filed in connection with the motion and all other matters presented to the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The hearing date for this motion will be January 26, 2005.
2. The briefing and hearing schedule is as follows:

| | |
|---|---|
| January 21, 2005 | Due date for Digital Envoy's Opposition to Google's Motion for a Protective Order. |
| January 24, 2005 | Due date for Google's Reply to that Opposition. |
| January 26, 2005 | Hearing on Google's Motion for a Protective Order. |

Dated: _____, 2005.

_____
Honorable Richard Seeborg
United States District Magistrate Judge