# EXHIBIT A

01/12/05   16:54    WILSON SONSINI GOODRICH ROSATI                                NO.278    P02



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

January 12, 2005

**Via Facsimile to (404) 443-5784 and US Mail**

Timothy H. Kratz, Esq.
McGuireWoods, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309

    Re:   *Digital Envoy v. Google*
           USDC, Northern District of California, Case No.: C-04-01497 RS

Dear Tim:

    I write about the twenty-two (22) third-party subpoenas that you have just served or attempted to serve.

    Google objects to the subpoenas on the grounds that all of the requests are overbroad, vague, unduly burdensome on the third-parties, not calculated to lead to the discovery of admissible evidence and appear to constitute harassment. Please explain in detail by close of business tomorrow the relevance of the requests to the present litigation between Digital Envoy and Google.

    Moreover, even if you could show that there were any relevant documents requested in your subpoenas, which you have not done and cannot do, the appropriate way would be to seek those documents from Google via a motion to compel. Asking for the same documents from third parties that you sought from Google and to which Google objected, is not appropriate and is vexatious and harassing.

    Google is ready to join the issue on a motion and in fact will be moving for a protective order. Therefore, we ask you to stay enforcement of the subpoenas until the protective order is resolved and to notify us and the third parties that you have done so.

                               Very truly yours,

                                 WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation

                               Stephen C. Holmes

cc:   P. Craig Cardon, Esq.

C:\NrPortbl\PALIB1\PBM\2588804_2.DOC

PAGE 2/2 * RCVD AT 1/12/2005 7:51:34 PM [Eastern Standard Time] * SVR:RIGHTFAX/6 * DNIS:4632 * CSID:650 565 5100 * DURATION (mm-ss):00-58