# EXHIBIT C

Case 5:04-cv-01497-RS    Document 65-3    Filed 01/20/2005    Page 1 of 2

01/17/05   15:49   WILSON SONSINI GOODRICH ROSATI → M G W LLP   NO.303   P02

**W S R** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

January 17, 2005

<u>Via Facsimile to (404) 443-5784</u>

Timothy H. Kratz, Esq.
McGuireWoods, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309

Re:   *Digital Envoy v. Google*
      USDC, Northern District of California, Case No.: C-04-01497 RS

Dear Tim:

In response to your email of January 15, your proposal on the schedule is unacceptable. Your proposal does not allow us to file a reply in time for the Court to consider all the papers. If you do not agree to our original briefing schedule, we'll file a motion to shorten time tomorrow asking the Court to adopt our schedule. If you have an alternative in mind, please let us know by noon Pacific time tomorrow.

As an aside, there is no reason for you to refuse to inform all of the third parties that they can wait to respond to your subpoena until the protective order motion is resolved. The fact that you won't suggests your intention is really to harass third parties with improper subpoenas.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Stephen Holmes*

Stephen C. Holmes

cc:   P. Craig Cardon, Esq.

C:\NrPortbl\PALIB1\STH\2591027_1.DOC

PAGE 2/2 * RCVD AT 1/17/2005 6:45:47 PM [Eastern Standard Time] * SVR:RIGHTFAX/21 * DNIS:4632 * CSID:650 565 5100 * DURATION (mm-ss):00-46