P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:   404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **DECLARATION OF TIMOTHY H. KRATZ IN OPPOSITION TO GOOGLE, INC.'S MOTION TO SHORTEN TIME** |

I, Timothy H. Kratz, declare as follows:

1. I am an attorney of law duly licensed to practice in the State of Georgia and admitted to practice before this court *pro hac vice*. I am a partner at the firm McGuireWoods LLP and attorney for the Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy"). I have personal knowledge of all facts set forth herein.

2. The opposed the briefing schedule set forth in Google, Inc.'s ("Google") Motion for Protective Order would prejudice Digital Envoy because it does not afford counsel for Digital Envoy sufficient time to draft an adequate response brief.

W02-SF:5BB\61441617.1      -1-

Dockets.Justia.com

3. If Digital Envoy is allowed to file its response brief *two days later*, on January 24, 2005, counsel for Digital Envoy will have sufficient time to draft an adequate response brief.

4. As counsel for Digital Envoy, I stipulated to the hearing date for Google's Motion for Protective Order to be on January 26, 2005. This stipulation was made in a good faith effort to allow Google the opportunity to have its motion heard before responses to Digital Envoy's non-party subpoenas become due.

5. My refusal to stipulate to Google's briefing schedule was done solely to protect the rights of my client and to ensure Digital Envoy's legal team was given sufficient time to draft a response brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2005, at Atlanta, Georgia.

/s/ Timothy H. Kratz
Timothy H. Kratz