1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **DIGITAL ENVOY INC.'S STATEMENT OF NON-OPPOSITION TO GOOGLE INC.'S MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS.** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | **Honorable Richard Seeborg** |
| | Courtroom:  4, 5th Floor<br>Date:  February 9, 2005<br>Time:  9:30 a.m. |

Digital Envoy Inc. ("Digital Envoy") responds pursuant to Local Rule 7-3(b), that it does not oppose Goggle Inc.'s motion for leave to amend its counterclaims. Digital Envoy disagrees with the factual and legal contentions stated in Goggle's Motion for Leave to Amend and supporting papers. Digital Envoy's non-opposition should not be construed as and is no way intended to be an admission that the amended counterclaims state a claim for which relief may be

-1-

granted or otherwise have any merit. Digital Envoy reserves all of its rights in responding to and taking action against Goggle's counterclaims by separate action at a later date.

DATED: January 20, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.