1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100

*E-FILED 1/21/05*

5  Attorneys for Defendant/Counterclaimant
   Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
|     Plaintiff/Counterdefendant, | **ORDER GRANTING GOOGLE INC.'S MOTION TO SHORTEN TIME ON THE HEARING OF ITS MOTION FOR A PROTECTIVE ORDER (CIV.L.R. 6-3)** |
| v. | |
| GOOGLE INC., | |
|     Defendant/Counterclaimant. | Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor |

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION TO SHORTEN TIME
C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2591207_1.DOC

Defendant/counterclaimant Google Inc. ("Google") has filed a Motion to Shorten Time on the Hearing of Its Motion for a Protective Order (Civ.L.R. 6-3).

After considering the papers filed in connection with the motion and all other matters presented to the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The hearing date for this motion will be January 26, 2005 at 9:30 a.m.
2. The briefing and hearing schedule is as follows:

> January 24, 2005    Due date for Digital Envoy's Opposition to Google's Motion for a Protective Order.

No reply brief shall be filed to that opposition.

> January 26, 2005    Hearing on Google's Motion for a Protective Order.

Dated: __January 21_____, 2005.

/s/ Richard Seeborg
_____
Honorable Richard Seeborg
United States District Magistrate Judge

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SHORTEN TIME
C 04 01497 RS

1

C:\NrPortbl\PALIB1\DAG\2591207_1.DOC