**United States District Court**
For the Northern District of California

\*E-FILED 1/21/05\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | NO. 5:04-cv-1497 RS |
| Plaintiff, | **ORDER GRANTING GOOGLE'S MOTION TO AMEND ITS COUNTERCLAIMS** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

Defendant Google, Inc. ("Google") filed a motion to amend its counterclaims and noticed the motion for hearing on February 9, 2005. On January 20, 2005, plaintiff Digital Envoy, Inc. ("Digital") filed a statement of non-opposition to the motion. Accordingly, the motion is granted and the hearing on February 9, 2005 is vacated. Google shall file its amended counterclaims within five (5) court days of the date of this order. Digital shall be permitted to amend its answer to such counterclaims, or to seek other appropriate relief, within twenty (20) days after the filing of the amended counterclaims. To the extent that the Court's case management schedule precluded Google from filing amended counterclaims at this time, it is amended to permit such filing in accordance

\\\

1 | with this order.

3 | Dated:   January 21, 2005                              /s/ Richard Seeborg
                                                            RICHARD SEEBORG
                                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER WERE ELECTRONICALLY PROVIDED TO:**

Brian R. Blackman    bblackman@sheppardmullin.com

P. Craig Cardon    ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves    tgraves@wsgr.com

Stephen C. Holmes    sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer    dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun    mkwun@google.com

David L. Lansky    dlansky@wsgr.com

Chan S. Park    cpark@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

Dated: January 21, 2005

                               /s/ BAK
                               Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California