1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:  415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,              | Case No. C 04 01497 RS

15       Plaintiff/Counter defendant,

16       v.                          | **DIGITAL ENVOY'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

17 GOOGLE, INC.,

18       Defendant/Counterclaimant.

-1-

1    Pursuant to Local Rule 79-5(d), plaintiff Digital Envoy, Inc. ("Digital Envoy") files this
2    request for an order for leave to file under seal Exhibits 8, 11, 25, 28, 48 and 49, attached to the
3    Declaration of Luke Anderson In Support Of Digital Envoy's Opposition to Google, Inc.'s Motion
4    for Protective Order, and the portions of the Opposition brief which reference these Exhibits.

5    Digital Envoy respectfully requests that Exhibits 8, 11, 25, 28, 48 and 49 be filed under
6    seal.  These Exhibits have been designated Confidential by Defendant Google, Inc. ("Google")
7    pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004
8    in this matter.  See *Exhibit A*, attached to *Declaration of Brian R. Blackman In Support Of*
9    *Plaintiff's Request For Leave to File Under Seal*, ¶ 3 ("Blackman Decl.").  Plaintiff's counsel call
10   and emailed Google's counsel, requesting it withdraw its Confidential designation for these
11   Exhibits.  See *Blackman Decl.,* ¶ 2.  However, plaintiff's counsel did not receive a response from
12   Google prior to the filing of Plaintiff's Memorandum in Opposition to Google, Inc.'s Motion for
13   Protective Order.  *Id*.  For the foregoing reasons, Digital Envoy respectfully requests that the
14   Court grant this request and order  DIGITAL ENVOY, INC.'S MEMORANDUM IN
15   OPPOSITION TO GOOGLE, INC.'S MOTION FOR A PROTECTIVE ORDER and the
16   DECLARATION OF LUKE ANDERSON IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION
17   TO GOOGLE'S MOTION FOR PROTECTIVE ORDER with its attached exhibits be filed under
18   seal to protect information Google has designated as Confidential.

1 | DATED: January 24, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/
    P. CRAIG CARDON
    BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

    Attorneys for DIGITAL ENVOY, INC.