1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,    |
                                           | **DECLARATION OF BRIAN R.**
16      v.                                 | **BLACKMAN IN SUPPORT OF**
                                           | **ADMINISTRATIVE MOTION FOR**
17 GOOGLE, INC.,                           | **LEAVE TO FILE UNDER SEAL**

18         Defendant/Counterclaimant.

-1-
W02-SF:5BK\61441970.1
DECLARATION OF BRIAN R. BLACKMAN IN
SUPPORT OF PLAINTIFF'S ADMINISTRATIVE
MOTION FOR
LEAVE TO FILE UNDER SEAL

Dockets.Justia.com

I, Brian R. Blackman, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. On January 24, 2005, I called Google, Inc.'s counsel, Stephen Holmes, and left a voice mail message requesting Google withdraw its designations of "Confidential" for Plaintiff's Exhibits 8, 11, 25, 28, 48 and 49. An email message making the same request was sent to Google's counsel earlier that morning by Digital Envoy's lead counsel, Tim Kratz. I did not hear back from Google's counsel regarding their "Confidential" designations of the 6 exhibits before Digital Envoy's Opposition had to be filed.

3. A true and correct copy of the Stipulation and Protective Order Regarding Confidentiality, filed August 8, 2004, is attached to this declaration as Exhibit A.

I declare under the penalty of perjury that the above statements are true. Executed this 24th day of January 2005 in San Francisco.

/s/
BRIAN R. BLACKMAN