```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 5

 6  TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
    LUKE ANDERSON (Admitted Pro Hac Vice)
 7  MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
 8  Atlanta, Georgia 30309
    Telephone: 404.443.5500
 9  Facsimile: 404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION
```

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | **MANUAL FILING NOTIFICATION** |
| v. | **Honorable Richard Seeborg** |
| GOOGLE, INC., | Courtroom: 4, 5th Floor |
| Defendant/Counterclaimant. | Date: January 26, 2005<br>Time: 9:30 a.m. |

W02-SF:5BB\61441963.1

-1-

MANUAL FILING NOTIFICATION

<u>DIGITAL ENVOY, INC. v. GOGGLE, INC.</u>

<u>MANUAL FILING NOTIFICATION</u>

Regarding: DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR A PROTECTIVE ORDER; AND

DECLARATION OF LUKE ANDERSON IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PROTECTIVE ORDER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

-2-

W02-SF:5BB\61441963.1                                    MANUAL FILING NOTIFICATION

1  DATED: January 24, 2005

2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4  By _____
   P. CRAIG CARDON
5  BRIAN R. BLACKMAN

6  TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
   LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5706
9  Facsimile: 404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

W02-SF:5BB\61441963.1

-3-

MANUAL FILING NOTIFICATION