P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff/Counter defendant, | **[REDACTED] DECLARATION OF LUKE ANDERSON IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | **[FILED CONDITIONALLY UNDER SEAL]** |
| | **Honorable Richard Seeborg** |
| | Courtroom:    4, 5th Floor<br>Date:    **January 26, 2005**<br>Time:    **9:30 a.m.** |

-1-

W02-SF:5BB\61441984.1

DECL. OF LUKE ANDERSON ISO OPPOSITION TO
GOOGLE'S MOTION FOR PROTECTIVE ORDER

Pursuant to the provisions of 28 U.S.C. §1746, I, Luke Anderson, declare:

1. My name is Luke Anderson, I am over 21 years of age, not under any disability, and competent to testify to the issues stated herein based upon my personal knowledge.

2. Attached hereto is a true and accurate copy of <u>Exhibit 1</u> that has been used as a deposition exhibit in this action.

3. Attached hereto is a true and accurate copy of <u>Exhibit 2</u> that has been used as a deposition exhibit in this action.

4. Attached hereto is a true and accurate copy of <u>Exhibit 4</u> that has been used as a deposition exhibit in this action.

5. Attached hereto is a true and accurate copy of <u>Exhibit 8</u> that has been used as a deposition exhibit in this action.

6. Attached hereto is a true and accurate copy of <u>Exhibit 11</u> that has been used as a deposition exhibit in this action.

7. Attached hereto is a true and accurate copy of <u>Exhibit 25</u> that has been used as a deposition exhibit in this action.

8. Attached hereto is a true and accurate copy of <u>Exhibit 28</u> that has been used as a deposition exhibit in this action.

9. Attached hereto is a true and accurate copy of <u>Exhibit 48</u> that has been used as a deposition exhibit in this action.

10. Attached hereto is a true and accurate copy of <u>Exhibit 49</u> that has been used as a deposition exhibit in this action.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this January 24, 2005, in Atlanta, Georgia.

_____
Luke Anderson