# EXHIBIT 1

```
-------- Original Message --------
Subject: Re: Digital Envoy Reference
Date: Tue, 20 Nov 2001 00:02:58 -0800 (PST)
From: Matt Cutts <matt@google.com>
To: Whiteaker, Tom <TWhiteak@visa.com>
CC: Matt Cutts <matt@google.com>


>
> Matt,
> Sanjay Parekh recommended you as a reference for Digital Envoy.
>
> My name is Tom Whiteaker with Visa International and I am in the
  process

> conducting an assessment on the geolocation space to determine the
> best companies currently offering geolocation solutions. I am
> primarily interested in talking to companies, such as Google, who have
> looked carefully at the main competitors (InfoSplit, Quova, NetGeo,
> and Digital
> Envoy) in this space and compared results to reach a decision on which
> technology to use.
>
> In Sanjay's email, he mentioned you would prefer to do the reference
> via e-mail. For this format, I've typed in my questions and you can
> respond as you see fit...
>
> Your contact information
> Name:    Matt Cutts
> Title: Software Engineer
> Phone: 650 330 0100 x1088
> Address: 2400 Bayshore Parkway, Mountain View CA 95043
> Any additonal comments about your background:
>
>
> 1.  How did you become acquainted with Digital Envoy (DE)?

I was tasked with finding a geolocation vendor, so I hunted around a lot on the net. We
did a comparison of all the vendors you mentioned except InfoSplit (I don't think they
were ready back then).

  2.  Which of DE's products is Google currently using?
      - If possible, please provide examples on how the technology is being
  applied

We license their raw data, updated weekly. We built our own server around it because we
```

EXHIBIT
Plf's 1
Cutts 9-1-04

like to control every aspect of out site. We use it to determine country targetting for ads, and to select which home page (e.g. google.ca, google.fr) to a visitor.

> 3.  What has your experience been in using DE's products?
>       -requirements development:
>       -product customization:
>       -implementation:
> -performance:
> -support:

Their server seems very good on uptime, and automatic updates. We licensed their data and built our own server because we needed super-high throughput and we need to control every one of the servers we run for our index.

>
> 4.  What factors influenced your decision to select DE?
>       Price?
>       Performance?
>       Sales Teams?
>       References?
>       Technical solution?
>       Other?

Accuracy of the data wa my main concern. Service and prompt support was the secondary goal. Finally, DE had to come in at the right price point. Their software was higher quality too, but the accuracy of the data is the main selling point to us. The other solutions were half-baked or inaccurate.

> 5.  When evaluating DE's products, did you consider other product offerings?
>       If so, which ones and what distinguished DE from their competitiors?
>       (Please be as specific as possible)

Their data is the best, bar none. I pulled 200 IP addresses and gave them to 5 geolocation vendors and said "see what you can do." Then I cross- checked each vendors data with each other. Digital Envoy was the clear leader, followed by Quova. Everyone else was far behind these two, and Digital Envoy was definitely a cut about Quova.

> 6.  Would you have any suggestions to DE for areas of improvement?
>       -things they need to address to improve their product?

None really.

> 7.  How would you rate your overall satisfaction with DE?
>       1= very satisfied; 3=satisfied; 5= not satisfied
>

1

> 8.  Is there anything else you would like to add in terms of your experience
> in working with DE?

Quite simply, they've been a joy to work with. Google has so much attention to detail that we end up writing almost everything we do ourselves. We wrote our own ad-serving system, our own file system, everything. Truthfully, every vendor that we've used, we end up writing out own version of the software. That includes spell checking software and language identification code. Digital Envoy is the only vendor that we've been happily surprised by each time. Our working relationship is very good, they speak techie language well, they always get back to us promptly, and their data is better than anyone else.

I'm gone from the office until Nov. 28, but feel free to write/call me if you need more tails. If you want accuracy, DE is better than anybody else in the market. Take it from neone who did a taste test.

>
>

2

DE008744

```
>
> Matt, thanks for your time in completing this. If you have any
> questions, please do not hesitate to give me a call.
>
> Sincerely,

  Tom Whiteaker
> Director of Business Development
> Strategic Alliances and Business Development
> Visa International
> PO Box 8999
> San Francisco, CA 94128-8999
>
> Phone: 650-432-4896
>
>
>
>
>
>
> -----Original Message-----
> From: Sanjay Parekh [mailto:sanjay@digitalenvoy.net]
> Sent: Monday, November 19, 2001 2:32 AM
> To: Whiteaker, Tom
> Subject: Digital Envoy Reference
>
>
> Tom,
>     I've got a guy from Google lined up as a reference.  He'd prefer
> doing it over email, but you can arrange a phone call with him if you
> prefer.  His name is Matt Cutts and he is at <matt@google.com>.  He
> said he'd be
leaving
> on vacation on Tuesday for a week or so vacation but said he could
  respond back today if you ping him.  Let me know if you need anything
  else.
Thanks!
>
> Sanjay
>
```