# EXHIBIT 4



**AdWords™ - It's All About Results™**

Contact Us - Help

Overview   Compare   Common Terms   Tips   Full-Strength FAQ   Editorial Guidelines   Login

**Programme Overview**
  Top 5 Questions
  The Basics
  Getting Started

**Account Set Up**
▶ Geo-Targeting
  Ad Creation
  Keywords
  Cost-Per-Click
  Daily Budget
  Billing

**Account Maintenance**
  Common Tasks
  Optimisation

**AdWords Standards**
  Security
  Guidelines

*View all questions*

**Account Set Up: Language and Geographic Targeting**

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location?
4. How does Google know a searcher's language?

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**1. To which languages and countries can I target my ads?**

You can select language and country targets from a selection of many languages and more than 250 countries. Choosing your target languages and countries is the first step in creating a Google AdWords account. You can also edit these settings at any time after establishing your account. Click here to learn how.

**2. Does targeting affect the keyword traffic and cost estimates I'll see?**

Yes, your estimates will take into account your language and geographic targets.

**3. How does Google determine a searcher's location?**

Location targeting is based on the IP (Internet Protocol) address of the searcher. This technique allows us to determine the searcher's country with close to 99% accuracy.

**4. How does Google know a searcher's language?**

Language targeting is based on the browser display language chosen by the user. For example, Google AdWords ads targeted to German will only be shown to people whose display language is set to German.

©2002 Google - AdWords Home - Terms and Conditions - Contact Us



EXHIBIT
Pff's 4
Cutts 9-1-04