# EXHIBIT 8

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT 11

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT 25

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT 28

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT 48

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT 49

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL