1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                | Case No. C 04 01497 RS
15         Plaintiff/Counter defendant,|
                                       | **PROOF OF SERVICE**
16    v.                               |
                                       | **Honorable Richard Seeborg**
17 GOOGLE, INC.,                       |
                                       | Courtroom:  4, 5th Floor
18         Defendant/Counterclaimant.  | Date:       February 9, 2005
                                       | Time:       9:30 a.m.

-1-

W02-SF:5WM\61442000.1

PROOF OF SERVICE

**PROOF OF SERVICE**
*DIGITAL ENVOY, INC. v. GOGGLE, INC.*
United States District Court, Northern District of California
San Jose Division
Case No. C 04 01497 RS

   I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

   On **January 24, 2005**, I served the following document(s) described as:

  **1. MANUAL FILING NOTIFICATION;**

  **2. DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR A PROTECTIVE ORDER;**

  **3. DECLARATION OF LUKE ANDERSON IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PROTECTIVE ORDER;**

  **4. DIGITAL ENVOY'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

  **5. DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE UNDER SEAL; and**

  **6. PROOF OF SERVICE**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

  David Kramer, Esq.
  Stephen Holmes, Esq.
  Wilson Sonsini Goodrich & Rosati
  650 Page Mill Road
  Palo Alto, CA 94304
  Telephone: 650-493-9300
  Facsimile: 650-565-5100

☐  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the

|   |   |   |
|---|---|---|
| 1 |   | overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier. |
| 2 | ☐ | **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration. |
| 7 | ☐ | **BY E-MAIL:** I served said document(s) to be transmitted by e-mail. The e-mail address of the person served is: dkramer@wsgr.com. |
| 8 | ☒ | **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s). |
| 10 | ☐ | **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 11 | ☒ | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on **January 24, 2005**, at San Francisco, California.

_/s/ Wanda Morris_
Wanda Morris