UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:   FTR                                   DATE:   1/26/05
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                        CASE #:   C 04-01497 RS

CASE TITLE:   DIGITAL ENVOY, INC.     VS.   GOOGLE, INC.

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

  TIMOTHY H. KRATZ                               DAVID H. KRAMER

### TODAY'S PROCEEDINGS

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {X}     { }     1. FOR PROTECTIVE ORDER
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to         @         For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: MATTER IS HEARD. THE COURT ORDERS SUBPENAS STAYED UNTIL FURTHER ORDER OF THE COURT.

HOURS IN SETTLEMENT:            Copies to: