**\*E-FILED 1/28/05\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | NO. 5:04-cv-1497 RS |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

Plaintiff Digital Envoy, Inc.'s ("Digital") administrative request for leave to file Exhibits 8, 11, 25, 28, 48, and 49, attached to the Declaration of Luke Anderson, as well as the portions of its opposition brief which refer to such exhibits, is granted. The exhibits contain information which is confidential and proprietary to Google and were submitted in support of Digital's opposition to Google's motion for a protective order, which was heard by the Court on January 26, 2005.

Dated: 1/28/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Brian R. Blackman    bblackman@sheppardmullin.com

P. Craig Cardon    ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves    tgraves@wsgr.com

Stephen C. Holmes    sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer    dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun    mkwun@google.com

David L. Lansky    dlansky@wsgr.com

Chan S. Park    cpark@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 1/28/05**                              **Chambers of Judge Richard Seeborg**

**By:    /s/ BAK**