1  DAVID H. KRAMER, State Bar No. 168452
   STEPHEN C. HOLMES, State Bar No. 200727
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,              )   CASE NO.: C 04 01497 RS
12                                   )
          Plaintiff/Counterdefendant,)   **[PROPOSED] ORDER GRANTING
13                                   )   GOOGLE INC.'S MOTION FOR
       v.                            )   PARTIAL SUMMARY JUDGMENT
14                                   )   ON COUNTS II, III, IV AND V OF
   GOOGLE INC.,                      )   THE AMENDED COMPLAINT**
15                                   )
          Defendant/Counterclaimant. )   Date:     March 16, 2005
16                                   )   Time:     9:30 a.m.
                                     )   Courtroom: 4, 5th Floor
17                                   )   Judge:    Hon. Richard Seeborg
                                     )
18 _____ )

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT -- CASE NO. 04-0197 RS

Dockets.Justia.com

1  Defendant and counterclaimant Google Inc.'s ("Google") Motion for Partial Summary
2  Judgment on Counts II, III, IV and V of the Amended Complaint came for hearing before this
3  Court on March 16, 2005.
4  After consideration of the papers filed in connection with the motion, the argument of
5  counsel, and all other matters presented to the Court, and good cause appearing therefor,
6  IT IS HEREBY ORDERED THAT:
7  Google Inc.'s Motion for Partial Summary Judgment on Counts II, III, IV and V of the
8  Amended Complaint is **GRANTED**.

11  Dated: _____, 2005

_____
Honorable Richard Seeborg
United States District Magistrate Judge

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT -- CASE NO. 04-0197 RS      -1-