1 DAVID H. KRAMER, State Bar No. 168452
STEPHEN C. HOLMES, State Bar No. 200727
2 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 650 Page Mill Road
Palo Alto, CA 94304-1050
4 Telephone: (650) 493-9300
Facsimile: (650) 565-5100
5
Attorneys for Defendant/Counterclaimant
6 Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., ) | CASE NO. C 04 01497 RS |
| ) | |
| Plaintiff/Counterdefendant, ) | **DECLARATION OF STEPHEN C.** |
| ) | **HOLMES IN SUPPORT OF** |
| v. ) | **GOOGLE INC.'S MOTION FOR** |
| ) | **PARTIAL SUMMARY JUDGMENT** |
| GOOGLE INC., ) | **ON COUNTS II, III, IV AND V OF** |
| ) | **THE AMENDED COMPLAINT** |
| Defendant/Counterclaimant. ) | |
| ) | Date: March 16, 2005 |
| ) | Time: 9:30 a.m. |
| ) | Courtroom: 4, 5th Floor |
| ) | Judge: Hon. Richard Seeborg |

HOLMES DECL. ISO GOOGLE'S MOTION FOR                                   C:\NrPortbl\PALIB1\DAG\2601207_1.DOC
PARTIAL SUMMARY JUDGMENT - C 04 01497 RS

I, Stephen C. Holmes, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an associate at Wilson Sonsini Goodrich & Rosati, counsel for defendant and counterclaimant Google, Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the November 30, 2000 agreement between Google and Digital Envoy, Inc. ("Digital Envoy") (along with its two amendments and subsequent ratification), which Digital Envoy has acknowledged as authentic in its pleadings in this case.

3. Attached hereto as Exhibit B is a true and correct copy of an email from Rob Friedman of Digital Envoy to Steve Schimmel of Google, dated November 21, 2000, which was retrieved from Google's electronic mail system. The email chain, which by convention is read from end to beginning, reflects Google's discussions with Digital Envoy concerning a license to certain Digital Envoy technology. It has been highlighted by our firm for emphasis.

4. Attached hereto as Exhibit C is a true and correct copy of an email from Steve Schimmel of Google to Rob Friedman of Digital Envoy, dated November 21, 2000, also retrieved from Google's electronic mail system. The email continues the discussion commenced in Exhibit B between representatives of Google and Digital Envoy. It too has been highlighted by our firm for emphasis.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition testimony of Rob Friedman, dated November 17, 2004. Mr. Friedman was designated by Digital Envoy pursuant to Fed. R. Civ. P. 30(b)(6). The excerpts reflect Mr. Friedman's acknowledgment that Digital Envoy's only breach of contract claim has been satisfied by Google and that all of Digital Envoy's claims are based on Google's allegedly unlicensed use of Digital Envoy's technology.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2005, at Palo Alto, California.

/s/ Stephen C. Holmes
Stephen C. Holmes