Dockets.Justia.com

# HOLMES DECLARATION EXHIBIT D

1 | DAVID H. KRAMER, State Bar No. 168452
2 | STEPHEN C. HOLMES, State Bar No. 200727
2 | WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
3 | 650 Page Mill Road
4 | Palo Alto, CA 94304-1050
4 | Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100

6 | Attorneys for Defendant/Counterclaimant
7 | Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC., ) CASE NO.: C 04 01497 RS
)
Plaintiff/Counterdefendant, ) **MANUAL FILING NOTIFICATION OF EXHIBIT D TO THE DECLARATION OF STEPHEN C. HOLMES**
)
v. )
)
GOOGLE INC., )
) Date: March 16, 2005
Defendant/Counterclaimant. ) Time: 9:30 a.m.
) Courtroom: 4, 5th Floor
) Judge: Hon. Richard Seeborg

# MANUAL FILING NOTIFICATION

Regarding: EXHIBIT D TO THE DECLARATION OF STEPHEN C. HOLMES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Item Under Seal.

Dated: February 7, 2004

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ David H. Kramer_____
　　　　　　David H. Kramer

Attorneys for Defendant/Counterclaimant
GOOGLE INC.

MANUAL FILING NOTIFICATION OF
CONFIDENTIAL EXHIBIT
CASE NO.: C04-01497

C:\NrPortbl\PALIB1\DAG\2601545_1.DOC