DAVID H. KRAMER, State Bar No. 168452
STEPHEN C. HOLMES, State Bar No. 200727
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,

    Plaintiff/Counterdefendant,

v.

GOOGLE INC.,

    Defendant/Counterclaimant.

CASE NO.: C 04 01497 RS

**DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

Date: March 16, 2005
Time: 9:30 a.m.
Courtroom: 4, 5th Floor
Judge: Hon. Richard Seeborg

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS

C:\NrPortbl\PALIB1\DAG\2601559_1.DOC

Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court permit it to file under seal Exhibit D to the Declaration of Stephen C. Holmes in Support of Google's Motion for Partial Summary Judgment on Counts II, III, IV and V of Digital Envoy Inc.'s Amended Complaint, as well as an unredacted copy of its Motion which contains excerpts from Exhibit D.

Plaintiff and counterdefendant Digital Envoy, Inc. ("Digital Envoy") has identified the documents attached as Exhibit D to the Holmes Declaration as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this matter on August 23, 2004. These documents are excerpts from the deposition testimony of Rob Friedman, dated November 17, 2004. The excerpts are quoted in Google's memorandum. A public memorandum with the designated material redacted is also being filed. Without concurring in Digital Envoy's view, in light of its designations, Google requests an order permitting it to file the deposition testimony and an unredacted copy of its brief under seal.

Dated: February 7, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ David H. Kramer_____
           David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.

-1-

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                    C:\NrPortbl\PALIB1\DAG\2601559_1.DOC