DAVID H. KRAMER, State Bar No. 168452
STEPHEN C. HOLMES, State Bar No. 200727
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>  Plaintiff/Counterdefendant,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERLCAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:    March 16, 2005<br>Time:    9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:   Hon. Richard Seeborg |

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO.: C04-01497 RS

C:\NrPortbl\PALIB1\DAG\2601575_1.DOC

1  Having considered Plaintiff / counterdefendant Google Inc.'s Administrative Request to
2  File Document Under Seal Pursuant to Local Rule 79-5 lodged with the Court on February 8,
3  2005, the Court HEREBY ORDERS that Exhibit D to the Declaration of Stephen C. Holmes in
4  Support of Google Inc.'s Motion for Partial Summary Judgment on Counts II, III, IV and V of
5  Digital Envoy's Amended Complaint along with the unredacted version of Google's supporting
6  memorandum shall be filed under seal.

8  IT IS SO ORDERED.

10 Dated:_____          _____
                                           Magistrate Judge Richard Seeborg

-1-

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO.: C04-01497 RS                                      C:\NrPortbl\PALIB1\DAG\2601575_1.DOC