1　DAVID H. KRAMER, State Bar No. 168452
2　STEPHEN C. HOLMES, State Bar No. 200727
　　WILSON SONSINI GOODRICH & ROSATI
3　Professional Corporation
　　650 Page Mill Road
4　Palo Alto, CA 94304-1050
　　Telephone: (650) 493-9300
5　Facsimile: (650) 565-5100

6　Attorneys for Defendant/Counterclaimant
7　Google Inc.

8
　　　　　　　　　　　　UNITED STATES DISTRICT COURT
9
　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
10
　　　　　　　　　　　　　　　　SAN JOSE DIVISION
11

12
13　DIGITAL ENVOY, INC.,　　　　　　　)　CASE NO.: C 04 01497 RS
　　　　　　　　　　　　　　　　　　　　　)
14　　　　Plaintiff/Counterdefendant,　　　)　**CERTIFICATE OF SERVICE**
　　　　　　　　　　　　　　　　　　　　　)
15　　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
16　GOOGLE INC.,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
17　　　　Defendant/Counterclaimant.　　　)
　　　　　　　　　　　　　　　　　　　　　)
18

19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE VIA FACSIMILE
AND U.S. MAIL -- CASE NO.: C 04-01497 RS　　　　　　　　　　　　　　　C:\NrPortbl\PALIB1\DAG\2561873_1.DOC

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3  the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4  Road, Palo Alto, California 94304-1050.

5  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
6  processing of documents for facsimile transmittal and correspondence for mailing with the
7  United States Postal Service. In the ordinary course of business, documents would be
8  transmitted via facsimile, and correspondence would be deposited with the United States Postal
9  Service on this date.

10 On this date, I served **CONFIDENTIAL VERSION OF GOOGLE'S NOTICE OF**
11 **MOTION AND MOTION FOR PARTIAL JUDGMENT ON COUNTS II, III, IV AND V**
12 **OF THE AMENDED COMPLAINT (CONDITIONALLY LODGED UNDER SEAL) and**
13 **EXHIBIT D TO THE DECLARATION OF STEPHEN HOLMES (CONDITIONALLY**
14 **LODGED UNDER SEAL)** on each person listed below, by consigning the document(s) to a
15 facsimile operator for transmittal and by placing the document(s) described above in an envelope
16 addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing
17 with the United States Postal Service on this day, following ordinary business practices at
18 Wilson Sonsini Goodrich & Rosati.

| | |
|---|---|
| P. Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter | McGuireWoods LLP |
| & Hampton LLP | 1170 Peachtree Street, N.E. Suite 2100 |
| Four Embarcadero Center, 17th Floor | Atlanta, GA 30309 |
| San Francisco, CA 94111-4106 | Fax No.: (404) 443-5784 |
| Fax No.: (415) 434-3947 | |

23 I declare under penalty of perjury under the laws of the State of California that the
24 foregoing is true and correct. Executed at Palo Alto, California on February 7, 2005.

Deborah Grubbs

-1-

CERTIFICATE OF SERVICE VIA FACSIMILE
AND U.S. MAIL -- CASE NO.: C 04-01497 RS                                C:\NrPortbl\PALIB1\DAG\2561873_1.DOC