| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone: 415-434-9100 |
| | Facsimile: 415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile: 404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | | Case No. C 04 01497 RS |
| | Plaintiff/Counter defendant, | |
| v. | | **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| GOOGLE, INC., | | |
| | Defendant/Counterclaimant. | |
| | | Date: March 16, 2005 |
| | | Time: 9:30 a.m. |
| | | Courtroom: 4, 5th Floor |
| | | The Honorable Richard Seeborg |

-1-

W02-SF:5BB\61445261.1                                MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:   DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND

DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

1  DATED: February 23, 2005

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                          By           /s/ Brian Blackman
                                       P. CRAIG CARDON
5                                      BRIAN R. BLACKMAN

6                              TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                               LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
7                              MCGUIRE WOODS, L.L.P
                               1170 Peachtree Street, N.E., Suite 2100
8                              Atlanta, Georgia 30309
                               Telephone: 404.443.5706
9                              Facsimile:  404.443.5751

10                                  Attorneys for DIGITAL ENVOY, INC.