P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[REDACTED] DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY, INC.'S OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS II, III, IV AND V OF THE AMENDED COMPLAINT** <br><br> Date:           March 16, 2005 <br> Time:          9:30 a.m. <br> Courtroom:   4, 5th Floor <br><br> **The Honorable Richard Seeborg** <br><br> **(REDACTED VERSION)** |

-1-

I, Timothy H. Kratz, declare:

1. I am an attorney duly licensed to practice in the State of Georgia and am admitted *pro hac vice* in this Court. I am a partner with McGuire Woods LLP, counsel for Plaintiff Digital Envoy, Inc. ("Digital Envoy"). I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Exhibit 15.

3. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of Steven L. Schimmel.

4. Attached as Exhibit C is a true and correct copy of Plaintiff's Exhibit 18.

5. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of Kulpreet Rana.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's Exhibit 25.

7. Attached as Exhibit F is a true and correct copy of Plaintiff's Exhibit 2.

8. Attached as Exhibit G is a true and correct copy of Plaintiff's Exhibit 28.

9. Attached as Exhibit H is a true and correct copy of Plaintiff's Exhibit 8.

10. Attached as Exhibit I is a true and correct copy of excerpts from Google's final prospectus.

11. Attached as Exhibit J is a true and correct copy of Plaintiff's Exhibit 11.

12. Attached as Exhibit K is a true and correct copy of Plaintiff's Exhibit 48.

13. Attached as Exhibit L is a true and correct copy of excerpts from the deposition of Robert L. Freidman.

14. Attached as Exhibit M is a true and correct copy of Plaintiff's Exhibit 38.

15. Attached as Exhibit N is a true and correct copy of Plaintiff's Exhibit 6.

16. Attached as Exhibit O is a true and correct copy of Plaintiff's Exhibit 8.

17. Attached as Exhibit P is a true and correct copy of Plaintiff's Exhibit 36.

18. Attached as Exhibit Q is a true and correct copy of the January 10, 2005 letter brief from Plaintiff's counsel to the Court.

19. Attached as Exhibit R is a true and correct copy of Plaintiff's Exhibit 49.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2005 at Atlanta, Georgia.

                                                     /s/
                                      Timothy H. Kratz