# EXHIBIT A

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

Case 5:04-cv-01497-RS   Document 91-2   Filed 02/23/2005   Page 1 of 5

# EXHIBIT B

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT C

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT D

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT E

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL