# EXHIBIT G


# SUBJECT TO PROTECTIVE ORDER
# AND MOTION TO FILE
# UNDER SEAL

# EXHIBIT H

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL