# EXHIBIT J

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT K

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT L

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT M

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT N

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT O

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL

# EXHIBIT P

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL