# EXHIBIT R

# SUBJECT TO PROTECTIVE ORDER AND MOTION TO FILE UNDER SEAL