```
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947


TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
LUKE ANDERSON (Admitted Pro Hac Vice)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751
```

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **DIGITAL ENVOY'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Local Rule 79-5(d), plaintiff Digital Envoy, Inc. ("Digital Envoy") files this request for an order for leave to file under seal Exhibits A, B, C, D, E, G, H, J, K, L, M, N, O, P and R, attached to the Declaration of Timothy H. Kratz In Support Of Digital Envoy's Opposition to Google, Inc.'s Motion for Partial Summary Judgment, and the portions of the Opposition brief which reference these Exhibits.

Digital Envoy respectfully requests that Exhibits A, B, C, D, E, G, H, J, K, L, M, N, O, P and R be filed under seal.  These Exhibits have been designated Confidential by Defendant Google, Inc. ("Google") pursuant to the Stipulation and Protective Order Regarding

-1-

W02-SF:5BB\61445238.1    PLAINTIFF'S ADMIN. REQUEST FOR ORDER FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH  OPPOSITION TO  GOOGLE'S MSJ

Dockets.Justia.com

Confidentiality filed August 23, 2004 in this matter. See *Exhibit 1*, attached to *Declaration of Brian R. Blackman In Support Of Plaintiff's Request For Leave to File Under Seal*, ¶ 3 ("Blackman Decl.").

For the foregoing reasons, Digital Envoy respectfully requests that the Court grant this request and order DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT and the DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT with its attached exhibits be filed under seal to protect information Google has designated as Confidential.

DATED: February 23, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.