1   P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
2   KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
4   Telephone:     415-434-9100
    Facsimile:     415-434-3947
5

6   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
    LUKE ANDERSON (Admitted *Pro Hac Vice*)
7   MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
8   Atlanta, Georgia 30309
    Telephone: 404.443.5500
9   Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,

16      v.                                  **DECLARATION OF BRIAN R.
                                            BLACKMAN IN SUPPORT OF
17  GOOGLE, INC.,                           ADMINISTRATIVE REQUEST FOR
                                            LEAVE TO FILE UNDER SEAL IN
18          Defendant/Counterclaimant.      CONNECTION WITH DIGITAL
                                            ENVOY'S OPPOSITION TO GOOGLE'S
19                                          MOTION FOR PARTIAL SUMMARY
                                            JUDGMENT**

20

21

22

23

24

25

26

27

28
                                    -1-

I, Brian R. Blackman, declare:

1.     I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter.  I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2.     A true and correct copy of the Stipulation and Protective Order Regarding Confidentiality, filed August 8, 2004, is attached to this declaration as Exhibit A.

I declare under the penalty of perjury that the above statements are true.  Executed this 23rd day of February 2005 in San Francisco.

_____/s/ Brian R. Blackman_____
BRIAN R. BLACKMAN

W02-SF:5BB\61445273.1

DECLARATION OF BRIAN R. BLACKMAN IN
SUPPORT OF PLAINTIFF'S REQUEST FOR
LEAVE TO FILE UNDER SEAL