DAVID H. KRAMER, State Bar No. 168452
STEPHEN C. HOLMES, State Bar No. 200727
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
|     Plaintiff/Counterdefendant, | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| GOOGLE INC., | Judge: Hon. Richard Seeborg |
|     Defendant/Counterclaimant. | Courtroom: 4, 5th Floor<br>Date: March 30, 2005<br>Time: 9:30 a.m. |

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION
FOR SUMMARY JUDGMENT -- CASE NO. 04-01497 RS

Dockets.Justia.com

1  Defendant and counterclaimant Google Inc.'s ("Google") Motion for Summary Judgment
2  came for hearing before this Court on March 30, 2005.
3  After consideration of the papers filed in connection with the motion, the argument of
4  counsel, and all other matters presented to the Court, and good cause appearing therefor,
5  IT IS HEREBY ORDERED THAT:
6  Google Inc.'s Motion for Summary Judgment is **GRANTED**.

9  Dated: _____, 2005

_____
Honorable Richard Seeborg
United States District Magistrate Judge

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION     -1-
FOR SUMMARY JUDGMENT -- CASE NO. 04-01497 RS