1  DAVID H. KRAMER, State Bar No. 168452
   STEPHEN C. HOLMES, State Bar No. 200727
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7                          UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF CALIFORNIA
9                                  SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                    )   CASE NO. C 04 01497 RS
12                                         )
           Plaintiff/Counterdefendant,     )   **DECLARATION OF DAVID H.**
13                                         )   **KRAMER IN SUPPORT OF**
       v.                                  )   **GOOGLE INC.'S MOTION FOR**
14                                         )   **SUMMARY JUDGMENT**
   GOOGLE INC.,                            )
15                                         )   Judge:      Hon. Richard Seeborg
           Defendant/Counterclaimant.      )   Courtroom:  4, 5th Floor
16                                         )   Date:       March 30, 2005
                                           )   Time:       9:30 a.m.
17                                         )
                                           )
18 _____)

KRAMER DECL. ISO GOOGLE'S MOTION FOR                      C:\NrPortbl\PALIB1\DAG\2606473_1.DOC
SUMMARY JUDGMENT - C 04 01497 RS

Dockets.Justia.com

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a member at Wilson Sonsini Goodrich & Rosati, counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Rob Friedman of Digital Envoy, Inc. ("Digital Envoy") to Sergey Brin and Craig Silverstein of Google, dated October 24, 2000, Bates numbered GOOG 000793-794. It has been highlighted by our firm for emphasis. This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 2.

3. Attached hereto as Exhibit B is a true and correct copy of an email exchange between Rob Friedman of Digital Envoy and Steve Schimmel of Google, dated November 21, 2000, Bates numbered GOOG 008756-8762. The email chain, which by convention is read from end to beginning, reflects Google's discussions with Digital Envoy concerning a license to certain Digital Envoy technology and data. It has been highlighted by our firm for emphasis. This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 5.

4. Attached hereto as Exhibit C is a true and correct copy of an email from Steve Schimmel of Google, forwarding an email to Rob Friedman of Digital Envoy, dated November 21, 2000, Bates numbered GOOG 009318-9324. The email continues the discussion commenced in Exhibit B between representatives of Google and Digital Envoy and contains many of the same messages. It has been highlighted by our firm for emphasis. This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 8.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition testimony of Robert B. Friedman, taken on November 17, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of the November 30, 2000 agreement between Google and Digital Envoy (along with its two amendments and subsequent ratification), which Digital Envoy has acknowledged as authentic in its pleadings in this case.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition testimony of Matthew D. Cutts, taken on September 1, 2004.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition testimony of Steven L. Schimmel, taken on September 23, 2004.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the deposition testimony of Kulpreet Rana, taken on November 16, 2004.

10. Attached hereto as Exhibit I is a true and correct copy of an email exchange between Robert Friedman and Steve Schimmel, dated February 2004, Bates numbered GOOG 007112-7123.  It has been highlighted by our firm for emphasis.  This document was authenticated by Steve Schimmel during his deposition on September 23, 2004, and marked as Plaintiff's Exhibit 39.

11. Attached hereto as Exhibit J is a true and correct copy of a draft Product and Electronic Database Evaluation and License Agreement between Google and Digital Envoy, Bates numbered GOOG 009217-9225.  This document was authenticated by Steve Schimmel during his deposition on September 23, 2004, and marked as Plaintiff's Exhibit 21.

12. Attached hereto as Exhibit K is a true and correct copy of Google press release, dated March 4, 2003, announcing the launch of Google's AdSense for Content program.  On February 17, 2005, I downloaded the press release from Google's website at http://www.google.com/press/pressrel/advertising.html.

13. Attached hereto as Exhibit L is a true and correct copy of an email from Susan Daw of Digital Envoy to Sanjay Parekh of Digital Envoy, dated May 1, 2003, Bates numbered DE007088-7091, regarding Google's April 2003 newsletter discussing Google's advertising network.  This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 28.

14. Attached hereto as Exhibit M is a true and correct copy of an email from Rob Friedman of Digital Envoy, dated October 24, 2003, Bates numbered DE008643-8644, referencing Google's advertising network.  It has been highlighted by our firm for emphasis.  This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 39.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 23, 2005, at Palo Alto, California.

                                              /s/ David H. Kramer
                                                David H. Kramer