**KRAMER DECLARATION EXHIBIT A**

```
From jane@google.com Tue Oct 24 14:17:07 2000
Return-Path: <jane@google.com>
Received: from BONDI (dhcp128.corp.google.com [10.3.1.128])
        by mail.corp.google.com (8.9.3/8.9.3) with SMTP id OAA31444;
        Tue, 24 Oct 2000 14:17:07 -0700
From: "Jane Manning" <jane@google.com>
To: "Urs Hoelzle" <urs@google.com>, <matt@google.com>
Subject: RE: another geolocator vendor
Date: Tue, 24 Oct 2000 14:17:22 -0700
Message-ID: <KEEJINEBECKEDFMGKFBLIEOGCAAA.jane@google.com>
MIME-Version: 1.0
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook IMO, Build 9.0.2416 (9.0.2910.0)
Importance: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6700
In-Reply-To: <14837.64352.890280.674754@pacheco.corp.google.com>
Status: RO

Thanks Urs.  The plan is to launch just at a country level (which we can do
ourselves) very soon. (Tim A. says he thinks countries will give them 80% of
what they want. We can worry about finer granularity later.)
j

> -----Original Message-----
> From: Urs Hoelzle [mailto:urs@google.com]
> Sent: Tuesday, October 24, 2000 2:15 PM
> To: matt@google.com; jane@google.com
> Subject: another geolocator vendor
>
>
> BTW my current take: lets get something working quickly (based on the
> wunderground data) so we don't need to rush through the eval of these
> guys or Akamai.  Larry also would like to see some form of geo info
> working as soon as possible--we could translate it into ad dollars
> fairly quickly.
>
> -Urs
>
> ------- start of forwarded message (RFC 934 encapsulation) -------
> Received: from meta.corp.google.com (meta.corp.google.com [10.3.4.20])
>        by mail.corp.google.com (8.9.3/8.9.3) with ESMTP id NAA08582;
>        Tue, 24 Oct 2000 13:33:15 -0700
> Received: (from csilvers@localhost)
>        by meta.corp.google.com (8.10.2/8.10.2) id e9OKXFF06487;
>        Tue, 24 Oct 2000 13:33:15 -0700
> Date: Tue, 24 Oct 2000 13:33:15 -0700
> Message-Id: <200010242033.e9OKXFF06487@meta.corp.google.com>
> Reply-to: csilvers@google.com
> From: Craig Silverstein <csilvers@google.com>
> To: urs@google.com
> Subject: [rob@digitalenvoy.net: Digital Envoy/Google----Geo-targeting]
>
> I would forward this to the people actually working on geolocation,
> but I forgot who they are.  :-( I figured you might want to be in the
> loop in any case.
>
> craig
>
> - ------- Start of forwarded message -------
> From: "Rob Friedman" <rob@digitalenvoy.net>
> To: <sergey@google.com>, <craig@google.com>
> Subject: Digital Envoy/Google----Geo-targeting
> Date: Tue, 24 Oct 2000 13:33:35 -0400
> Content-Type: text/plain;
>        charset="iso-8859-1"
> X-Priority: 3 (Normal)
> X-MSMail-Priority: Normal
> Importance: Normal
```

Deft Exhibit 2
Dominique Isabeau, CSR
Depo of Friedman
Date 11-17-04

Plf's Schimmel
EXHIBIT NO. 11
9-23-04
A. DUB, CSR RMR CRR

GOOG 000793
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

>
> Sergey and Craig,
>
> Digital Envoy is the world leader in real-time geo-targeting of
> web content.
> Our patent-pending NetAcuity(tm) technology
> uses a proprietary combination of over 20 different methods to allow web
> sites to accurately determine the country, state/region and metro-area of
> their users instantaneously, so that they can seamlessly customize content
> to reflect user origin. Importantly, our technology respects user privacy
> and does not collect ANY personal information or use cookies or on-line
> registrations. In addition, our technology can provide the speed at which
> users are connected to the Internet.
>
> We have significant alliances with Digital Island (a customer and a
> technology partner) and Siemens (a technology partner, customer, and
> distributor) that enabled us to create our industry-leading product---see
> these links for more information:
> http://biz.yahoo.com/prnews/000918/ga_digital.html
> http://www.digitalenvoy.net/press8-2.htm
>
> We would like to talk Google because I believe that our geo-targeting
> product could help you target search results and advertising on a
> geographic
> basis. We will be in the Mountain View area in early November and would
> like to meet then if you are interested.
>
> Please feel free to e-mail me or give me a call at 678 474-9766
> (ext 202) if
> you are interested in talking further. Also, please visit our web site at
> www.digitalenvoy.net for more information on Digital Envoy.
>
> Cheers,
>
> Rob
>
>
>
>
>
> Rob Friedman
> Chief Business Envoy
> Digital Envoy
> (678) 474-9766
> rob@digitalenvoy.net
> - ------- End of forwarded message -------
> ------- end -------
>

###################### End of email ######################

GOOG 000794
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY