DAVID H. KRAMER, State Bar No. 168452
STEPHEN C. HOLMES, State Bar No. 200727
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br>    Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br>    Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **NOTICE OF MANUAL FILING** <br><br> Judge:     Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date:      March 30, 2005 <br> Time:      9:30 a.m. |

NOTICE OF MANUAL FILING
CASE NO.: 04-01497 RS

3001998_1.DOC

# MANUAL FILING NOTIFICATION

Regarding: <u>Confidential Version of Google Inc.'s Motion for Summary Judgment and Exhibit D and Exhibit M to the Declaration of David H. Kramer In Support of Google Inc.'s Motion for Summary Judgment.</u>

This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

Item Under Seal

Dated: February 23, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ David H. Kramer_____
　　　　　　David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.