| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| | STEPHEN C. HOLMES, State Bar No. 200727 |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 3 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 5 | |
| | Attorneys for Defendant/Counterclaimant |
| 6 | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,               )   CASE NO.: C 04 01497 RS
                                   )
        Plaintiff/Counterdefendant,)   **NOTICE OF MANUAL FILING**
                                   )
    v.                             )
                                   )   Judge:     Hon. Richard Seeborg
GOOGLE INC.,                       )   Courtroom: 4, 5th Floor
                                   )   Date:      March 30, 2005
        Defendant/Counterclaimant. )   Time:      9:30 a.m.

NOTICE OF MANUAL FILING
CASE NO.: 04-01497 RS

3001998_1.DOC

# MANUAL FILING NOTIFICATION

Regarding: <u>Confidential Version of Google Inc.'s Motion for Summary Judgment and Exhibit D and Exhibit M to the Declaration of David H. Kramer In Support of Google Inc.'s Motion for Summary Judgment.</u>

This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

Item Under Seal

Dated: February 23, 2005              WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:    /s/ David H. Kramer
                                                  David H. Kramer

                                       Attorneys for Defendant / Counterclaimant
                                       GOOGLE INC.