1  DAVID H. KRAMER, State Bar No. 168452
   STEPHEN C. HOLMES, State Bar No. 200727
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8                       UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11

12
13  DIGITAL ENVOY, INC.,                )   CASE NO.: C 04 01497 RS
                                        )
14       Plaintiff/Counterdefendant,    )   **[PROPOSED]**
                                        )   **ORDER GRANTING DEFENDANT**
15       v.                             )   **AND COUNTERLCAIMANT**
                                        )   **GOOGLE INC.'S**
16  GOOGLE INC.,                        )   **MISCELLANEOUS**
                                        )   **ADMINISTRATIVE REQUEST TO**
17       Defendant/Counterclaimant.     )   **FILE DOCUMENTS UNDER SEAL**
                                        )   **PURSUANT TO LOCAL RULE 79-5**
18                                      )
                                        )   Judge:     Hon. Richard Seeborg
19                                      )   Courtroom: 4, 5th Floor
20                                      )   Date:      March 30, 2005
                                        )   Time:      9:30 a.m
21

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO.: C04-01497 RS                              C:\NrPortbl\PALIB2\DAG\3001947_1.DOC

1  Having considered plaintiff / counterdefendant Google Inc.'s Administrative Request to
2  File Document Under Seal Pursuant to Local Rule 79-5 lodged with the Court on February 23,
3  2005, the Court HEREBY ORDERS that the confidential unredacted version of Google Inc.'s
4  Motion for Summary Judgment, and Exhibit D and Exhibit M to the Declaration of David H.
5  Kramer in Support of Google Inc.'s Motion for Summary Judgment shall be filed under seal.
6
7  IT IS SO ORDERED.
8
9  Dated:_____            _____
                                            Magistrate Judge Richard Seeborg
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
    -1-
    [PROPOSED] ORDER GRANTING
    MISCELLANEOUS ADMINISTRATIVE REQUEST
    CASE NO.:  C04-01497 RS                                    C:\NrPortbl\PALIB2\DAG\3001947_1.DOC