1  DAVID H. KRAMER, State Bar No. 168452
   STEPHEN C. HOLMES, State Bar No. 200727
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL, PURSUANT LOCAL RULES 7-10(b) and 79-5** <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date: March 30, 2005 <br> Time: 9:30 a.m. |

DECL. ISO GOOGLE'S MISC. ADMIN. REQUEST
TO FILE UNDER SEAL - CASE NO.: 04-01497 RS

2608371_1.DOC

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a partner of Wilson Sonsini Goodrich & Rosati, counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Google's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-10(b) and 79-5, the confidential version of Google Inc.'s Motion for Summary Judgment, and Exhibit D and Exhibit M to David H. Kramer's Declaration In Support of Google Inc.'s Motion for Summary Judgment ("Kramer Declaration").

3. The confidential unredacted version of Google Inc.'s Motion for Summary Judgment contains an excerpt from a document produced in this litigation by plaintiff and counterdefendant Digital Envoy, Inc. ("Digital Envoy") and designated as "Highly Confidential – Attorneys' Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality ("Protective Order").

4. The documents attached as Exhibit D to the Kramer Declaration are excerpts from the deposition testimony of Rob Friedman, taken on November 17, 2004. The document attached as Exhibit M to the Kramer Declaration is a document produced in this litigation by Digital Envoy. Exhibit D and Exhibit M contain information designated by plaintiff and counterdefendant Digital Envoy, Inc. as "Highly Confidential – Attorneys' Eyes Only" under the terms of the Protective Order. Without concurring in Digital Envoy's view, in light of its designations, Google requests an order permitting it to file an unredacted copy of its brief and Exhibit D and Exhibit M under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2005, at Palo Alto, California.

/s/ David H. Kramer
David H. Kramer