1  DAVID H. KRAMER, State Bar No. 168452
2  STEPHEN C. HOLMES, State Bar No. 200727
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
13 | DIGITAL ENVOY, INC.,            )   CASE NO.: C 04 01497 RS
                                     )
14 |     Plaintiff/Counterdefendant, )   **CERTIFICATE OF SERVICE**
                                     )
15 | v.                              )
                                     )
16 | GOOGLE INC.,                    )
                                     )
17 |     Defendant/Counterclaimant.  )
                                     )
18

19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE VIA FACSIMILE
AND U.S. MAIL -- CASE NO.: C 04-01497 RS                    C:\NrPortbl\PALIB1\DAG\2561873_1.DOC

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3  the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4  Road, Palo Alto, California 94304-1050.

5  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
6  processing of documents for facsimile transmittal and correspondence for mailing with the
7  United States Postal Service. In the ordinary course of business, documents would be
8  transmitted via facsimile, and correspondence would be deposited with the United States Postal
9  Service on this date.

10 On this date, I served **CONFIDENTIAL VERSION OF GOOGLE'S NOTICE OF**
11 **MOTION AND MOTION FOR SUMMARY JUDGMENT (CONDITIONALLY LODGED**
12 **UNDER SEAL) and EXHIBIT D AND EXHIBIT M TO THE DECLARATION OF**
13 **DAVID H. KRAMER (CONDITIONALLY LODGED UNDER SEAL)** on each person listed
14 below, by consigning the document(s) to a facsimile operator for transmittal and by placing the
15 document(s) described above in an envelope addressed as indicated below, which I sealed. I
16 placed the envelope(s) for collection and mailing with the United States Postal Service on this
17 day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

18 
| P. Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter & Hampton LLP | McGuireWoods LLP |
| Four Embarcadero Center, 17th Floor | 1170 Peachtree Street, N.E. Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |
| Fax No.: (415) 434-3947 | Fax No.: (404) 443-5784 |

22 I declare under penalty of perjury under the laws of the State of California that the
23 foregoing is true and correct. Executed at Palo Alto, California on February 23, 2005.

24

25                                             /s/ Deborah Grubbs
                                                  Deborah Grubbs
26

27

28

-1-

CERTIFICATE OF SERVICE VIA FACSIMILE
AND U.S. MAIL -- CASE NO.: C 04-01497 RS                         C:\NrPortbl\PALIB1\DAG\2561873_1.DOC