| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DAVID H. KRAMER, State Bar No. 168452<br>STEPHEN C. HOLMES, State Bar No. 200727<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 6<br>7 | Attorneys for Defendant/Counterclaimant<br>Google Inc. |

*E-FILED 3/1/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC.,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: C 04 01497 RS<br><br>[PROPOSED]<br>ORDER GRANTING DEFENDANT AND COUNTERLCAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5<br><br>Date:      March 16, 2005<br>Time:      9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:     Hon. Richard Seeborg |

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO.: C04-01497 RS                                C:\NrPortbl\PALIB1\DAG\2601575_1.DOC

Dockets.Justia.com

1    Having considered Plaintiff / counterdefendant Google Inc.'s Administrative Request to
2 File Document Under Seal Pursuant to Local Rule 79-5 lodged with the Court on February 8,
3 2005, the Court HEREBY ORDERS that Exhibit D to the Declaration of Stephen C. Holmes in
4 Support of Google Inc.'s Motion for Partial Summary Judgment on Counts II, III, IV and V of
5 Digital Envoy's Amended Complaint along with the unredacted version of Google's supporting
6 memorandum shall be filed under seal.

8  IT IS SO ORDERED.

   Dated: March 1, 2005                    /s/ Richard Seeborg
                                           Magistrate Judge Richard Seeborg

-1-