P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>        Plaintiff/Counter defendant,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>        Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:           **March 16, 2005**<br>Time:          **9:30 a.m.**<br>Courtroom:   **4, 5th Floor**<br><br>**The Honorable Richard Seeborg** |

<u>**MANUAL FILING NOTIFICATION**</u>

Regarding: DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

       This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy shortly.

- 1 -

W02-SF:5BK\61446886.1
Case No. C-04-01497 RS

MEMORANDUM IN OPPOSITION TO MOTION FOR
PARTIAL SUMMARY JUDGMENT:
MANUAL FILING NOTIFICATION

Dockets.Justia.com

| | |
|---|---|
| 1 | For information on retrieving this filing directly from the court, please see the |
| 2 | court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 3 | |
| 4 | This filing was not efiled for the following reason(s): |
| 5 | |
| 6 | ___ Voluminous Document (PDF file size larger than the efiling system allows) |
| 7 | ___ Unable to Scan Documents |
| 8 | ___ Physical Object (description): _____ |
| 9 | ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 10 | XX Item Under Seal |
| 11 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 12 | ___ Other (description): _____ |
| 13 | |
| 14 | _____ |
| 15 | |
| 16 | Executed March 9, 2005, in San Francisco, California. |
| 17 | |
| 18 | By       /s/ |
| 19 |      P. CRAIG CARDON |
| 20 |      BRIAN R. BLACKMAN |
|    |      KENDALL M. BURTON |

- 2 -

W02-SF:5BK\61446886.1
Case No. C-04-01497 RS

MEMORANDUM IN OPPOSITION TO MOTION FOR
PARTIAL SUMMARY JUDGMENT:
MANUAL FILING NOTIFICATION

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

W02-SF:5BK\61446886.1
Case No. C-04-01497 RS

DECLARATION OF TIMOTHY KRATZ