1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                      | Case No. C 04 01497 RS

15            Plaintiff/Counter defendant,   | **DECLARATION OF TIMOTHY KRATZ IN SUPPORT OF DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
16    v.
17 GOOGLE, INC.,
18            Defendant/Counterclaimant.

19                                           Date:       March 16, 2005
                                             Time:       9:30 a.m.
20                                           Courtroom:  4, 5th Floor

21                                           The Honorable Richard Seeborg

22

23                          **MANUAL FILING NOTIFICATION**

24

25 Regarding: DECLARATION OF TIMOTHY KRATZ IN SUPPORT OF DIGITAL ENVOY,

26 INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL

27 SUMMARY JUDGMENT

28

- 1 -

W02-SF:5BK\61446884.1                                    DECLARATION OF TIMOTHY KRATZ:
Case No. C-04-01497 RS                                   MANUAL FILING NOTIFICATION

Dockets.Justia.com

1    This filing is in paper or physical form only, and is being maintained in the case file
2 in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy
3 shortly.

4    For information on retrieving this filing directly from the court, please see the
5 court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7    This filing was not efiled for the following reason(s):

8/9 ___ Voluminous Document (PDF file size larger than the efiling system allows)

10 ___ Unable to Scan Documents

11 ___ Physical Object (description): _____

12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13 <u>XX</u> Item Under Seal

14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

15 ___ Other (description): _____

17 _____

19    Executed March 9, 2005, in San Francisco, California.

22    By    /s/
        P. CRAIG CARDON
        BRIAN R. BLACKMAN
23      KENDALL M. BURTON

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

W02-SF:5BK\61446884.1
Case No. C-04-01497 RS

DECLARATION OF TIMOTHY KRATZ