1    P. CRAIG CARDON, Cal. Bar No. 168646
       BRIAN R. BLACKMAN, Cal. Bar No. 196996
2    KENDALL M. BURTON, Cal. Bar No. 228720
       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3    Four Embarcadero Center, 17th Floor
       San Francisco, California 94111-4106
4    Telephone:    415-434-9100
       Facsimile:     415-434-3947
5

6    TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
       LUKE ANDERSON (Admitted *Pro Hac Vice*)
7    MCGUIRE WOODS, L.L.P
       1170 Peachtree Street, N.E., Suite 2100
8    Atlanta, Georgia 30309
       Telephone: 404.443.5500
9    Facsimile: 404.443.5751

10    Attorneys for DIGITAL ENVOY, INC.

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

| | |
|---|---|
| 14   DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15        Plaintiff/Counter defendant, | **PLAINTIFF'S EXHIBIT 8** |
| 16   v. | Date:           March 16, 2005 |
| | Time:          9:30 a.m. |
| 17   GOOGLE, INC., | Courtroom:   4, 5th Floor |
| 18        Defendant/Counterclaimant. | The Honorable Richard Seeborg |

19

20

21                     **MANUAL FILING NOTIFICATION**

22

23    Regarding: PLAINTIFF'S EXHIBIT 8 TO DECLARATION OF ANDREW LINDER, FILED AS

24    PART OF EXHIBIT P TO DECLARATION OF TIMOTHY KRATZ IN SUPPORT OF

25    DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S

26    MOTION FOR PARTIAL SUMMARY JUDGMENT

27

28

- 1 -

W02-SF:5BK\61446902.1                                    PLAINTIFF'S EXHIBIT 8:
Case No. C-04-01497 RS                      MANUAL FILING NOTIFICATION

Dockets.Justia.com

1        This filing is in paper or physical form only, and is being maintained in the case file
2  in the Clerk's office.  If you are a participant on this case, this filing will be served in hard copy
3  shortly.
4        For information on retrieving this filing directly from the court, please see the
5  court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6
7        This filing was not efiled for the following reason(s):
8  ___ Voluminous Document (PDF file size larger than the efiling system allows)
9
10 ___ Unable to Scan Documents
11 ___ Physical Object (description): _____
12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13 XX Item Under Seal
14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 ___ Other (description): _____
16
17 _____
18
19       Executed March 9, 2005, in San Francisco, California.
20
21       By      /s/
22       P. CRAIG CARDON
      BRIAN R. BLACKMAN
23       KENDALL M. BURTON
24
25
26
27
28

- 2 -

W02-SF:5BK\61446902.1  
Case No. C-04-01497 RS

PLAINTIFF'S EXHIBIT 8:  
MANUAL FILING NOTIFICATION

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28