| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:    415-434-9100 |
| | Facsimile:    415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile: 404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | | |
| v. | | **DIGITAL ENVOY'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| GOOGLE, INC., | | |
| Defendant/Counterclaimant. | | |

Pursuant to Local Rule 79-5(d), plaintiff Digital Envoy, Inc. ("Digital Envoy") files this request for an order for leave to file under seal Exhibits A, B, C, D, E, G, H, J, K, L, M, N, O, P and R, attached to the Declaration of Timothy H. Kratz In Support Of Digital Envoy's Opposition to Google, Inc.'s Motion for Partial Summary Judgment, and the portions of the Opposition brief which reference these Exhibits.

Digital Envoy respectfully requests that Exhibits A, B, C, D, E, G, H, J, K, L, M, N, O, P and R be filed under seal. These Exhibits have been designated Confidential by Defendant Google, Inc. ("Google") pursuant to the Stipulation and Protective Order Regarding

-1-

1  Confidentiality filed August 23, 2004 in this matter.  See *Exhibit A*, attached to *Declaration of*
2  *Brian R. Blackman In Support Of Plaintiff's Request For Leave to File Under Seal*, ¶ 3
3  ("Blackman Decl.").
4        For the foregoing reasons, Digital Envoy respectfully requests that the Court grant this
5  request and order  DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO
6  GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT and the
7  DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY'S
8  OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT with its
9  attached exhibits be filed under seal to protect information Google has designated as Confidential.

11  DATED:  March 9, 2005

12                                                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14                         By                      /s/ Brian Blackman
15                                       P. CRAIG CARDON
                                     BRIAN R. BLACKMAN

16                                 TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
17                                 LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
                               MCGUIRE WOODS, L.L.P
18                                 1170 Peachtree Street, N.E., Suite 2100
                               Atlanta, Georgia 30309
19                                 Telephone: 404.443.5706
                               Facsimile:  404.443.5751
20
                                 Attorneys for DIGITAL ENVOY, INC.

-2-
W02-SF:5BB\61445328.1                            PLAINTIFF'S ADMIN. REQUEST FOR ORDER FOR
                                           LEAVE TO FILE UNDER SEAL IN CONNECTION
                                             WITH  OPPOSITION TO  GOOGLE'S MSJ