1    P. CRAIG CARDON, Cal. Bar No. 168646
     BRIAN R. BLACKMAN, Cal. Bar No. 196996
2    KENDALL M. BURTON, Cal. Bar No. 228720
     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3    Four Embarcadero Center, 17th Floor
     San Francisco, California  94111-4106
4    Telephone:    415-434-9100
     Facsimile:    415-434-3947
5

6    TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
     LUKE ANDERSON (Admitted *Pro Hac Vice*)
7    MCGUIRE WOODS, L.L.P
     1170 Peachtree Street, N.E., Suite 2100
8    Atlanta, Georgia 30309
     Telephone: 404.443.5500
9    Facsimile: 404.443.5751

10   Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14   DIGITAL ENVOY, INC.,                 | Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,

16      v.                                | **DECLARATION OF BRIAN R.
                                            BLACKMAN IN SUPPORT OF
17   GOOGLE, INC.,                          ADMINISTRATIVE REQUEST FOR
                                            LEAVE TO FILE UNDER SEAL IN
18          Defendant/Counterclaimant.      CONNECTION WITH DIGITAL
                                            ENVOY'S OPPOSITION TO GOOGLE'S
19                                          MOTION FOR PARTIAL SUMMARY
                                            JUDGMENT**

20

21

22

23

24

25

26

27

28

-1-

-2-

1    I, Brian R. Blackman, declare:

2    1.    I am an attorney licensed to practice before this Court and am associated with

3  Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital

4  Envoy") in this matter.  I make this declaration based on my personal knowledge, except where

5  noted otherwise, and would competently testify to these facts if called to do so.

6    2.    A true and correct copy of the Stipulation and Protective Order Regarding

7  Confidentiality, filed August 8, 2004, is attached to this declaration as Exhibit A.

8    I declare under the penalty of perjury that the above statements are true.  Executed this

9  23rd day of February 2005 in San Francisco.

10

11    _____/s/ Brian R. Blackman_____
      BRIAN R. BLACKMAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-SF:5BB\61445273.1

-2-

DECLARATION OF BRIAN R. BLACKMAN IN
SUPPORT OF PLAINTIFF'S REQUEST FOR
LEAVE TO FILE UNDER SEAL