1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,

16    v.                                   | **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

17 GOOGLE, INC.,

18         Defendant/Counterclaimant.

19

20

21

22    Having considered Plaintiff and Counter-defendant's Administrative Motion For An Order

23 For Leave To File Documents Under Seal In Connection With Its Opposition To Google's Motion

24 For Partial Summary Judgment, lodged with the Court on March 9, 2005, the Court HEREBY

25 ORDERS that that Exhibits A, B, C, D, E, G, H, J, K, L, M, N, O, P and R be filed under seal.

26 These Exhibits have been designated Confidential by Defendant Google, Inc. ("Google") pursuant

27 to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this

28 matter.

-1-

W02-SF:5BB\61446128.1    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Dockets.Justia.com

1  For the foregoing reasons, Digital Envoy respectfully requests that the Court grant this
2  request and order  DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO
3  GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT and the
4  DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY'S
5  OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT with its
6  attached exhibits be filed under seal to protect information Google has designated as Confidential.

DATED: _____, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge

-2-
W02-SF:5BB\61446128.1            [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMINISTRATIVE
MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER
SEAL IN CONNECTION WITH ITS OPPOSITION TO GOOGLE'S MOTION
FOR PARTIAL SUMMARY JUDGMENT