| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com) WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendant/Counterclaimant Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| | ) | |
| Plaintiff/Counterdefendant, | ) | **MANUAL FILING NOTIFICATION:** |
| | ) | |
| v. | ) | **GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | **(CONFIDENTIAL VERSION)** |
| | ) | |
| | ) | Judge: Hon. Richard Seeborg |
| | ) | Courtroom: 4, 5th Floor |
| | ) | Date: March 30, 2005 |
| | ) | Time: 9:30 a.m. |

**CONDITIONALLY LODGED UNDER SEAL
PURSUANT TO LOCAL RULE CIVIL L.R. 79-5(d)
AND MISCELLANEOUS ADMINISTRATIVE REQUEST FILED
ON MARCH 16, 2005**

1

# MANUAL FILING NOTIFICATION

2     Regarding: **GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR**

3 **SUMMARY JUDGMENT (CONFIDENTIAL VERSION).**

4     This filing is in paper or physical form only, and is being maintained in the case

5 file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-

6 copy shortly. For information on retrieving this filing directly from the court, please see the

7 court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8     This filing was not efiled for the following reason(s):

9 [_] Voluminous Document (PDF file size larger than the efiling system allows)

10 [_] Unable to Scan Documents

11 [_] Physical Object (description):

12 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

13 [X] Item Under Seal

14 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

15 [_] Other (description):

16

17

18 Dated: March 16, 2005                              WILSON SONSINI GOODRICH & ROSATI
19                                                                Professional Corporation

20

21                                                               By:        /s/ David H. Kramer
22                                                                          David H. Kramer

23                                    Attorneys for Defendant / Counterclaimant
                                   GOOGLE INC.

24

25

26

27

28