1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                )  CASE NO. C 04 01497 RS
12                                     )
          Plaintiff/Counterdefendant,  )  **SUPPLEMENTAL DECLARATION**
13                                     )  **OF DAVID H. KRAMER IN**
       v.                              )  **SUPPORT OF GOOGLE INC.'S**
14                                     )  **MOTION FOR SUMMARY**
   GOOGLE INC.,                        )  **JUDGMENT**
15                                     )
          Defendant/Counterclaimant.   )  Judge:     Hon. Richard Seeborg
16                                     )  Courtroom: 4, 5th Floor
                                       )  Date:      March 30, 2005
17                                     )  Time:      9:30 a.m.
                                       )
18 _____ )

19

20

21

22

23

24

25

26

27

28

SUPPL. KRAMER DECL. ISO GOOGLE'S MOTION FOR                C:\NrPortbl\PALIB1\DAG\2618517_1.DOC
SUMMARY JUDGMENT - C 04 01497 RS

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a member at Wilson Sonsini Goodrich & Rosati, counsel for defendant and counterclaimant Google, Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit N is a true and correct copy of Digital Envoy, Inc.'s Responses to Google, Inc.'s Second Set of Interrogatories, Interrogatory Nos. 5 and 6.

3. Attached hereto as Exhibit O is a true and correct copy of a Digital Envoy press release, dated December 11, 2000. This document was authenticated at the deposition of Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 11.

4. Attached hereto as Exhibit P is a true and correct copy of the Product and Electronic Database Evaluation and License Agreement between 24/7 Media and Digital Envoy, Inc., entered into as of November 22, 2000. This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 12.

5. Attached hereto as Exhibit Q is a true and correct copy of an email from Sanjay Parekh of Digital Envoy to Mike Polk of Advertising.com, dated June 26, 2003, attaching Digital Envoy marketing materials regarding Advertising.com's use of Digital Envoy's data in its online advertising network. The document was produced by Advertising.com in response to a subpoena issued by Google Inc.

6. Attached hereto as Exhibit R is a true and correct copy of the Electronic Database License Agreement between Advertising.com, Inc. and Digital Envoy, Inc., entered into as of March 10, 2000. This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 13.

7. Attached hereto as Exhibit S is a true and correct copy of Digital Envoy Due Diligence Replay of Conversation, dated April 5, 2001, produced in this action by Digital Envoy at Bates numbers DE009243-DE009244. This document was authenticated by Rob Friedman during his deposition on November 17, 2004, and marked as Defendant's Exhibit 41.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 16, 2005, at Palo Alto, California.

                                                /s/  David H. Kramer
                                                   David H. Kramer