# SUPPLEMENTAL KRAMER DECLARATION

# EXHIBIT N

```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:  415-434-9100
    Facsimile:  415-434-3947
 5
 6  TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
    LUKE ANDERSON (Admitted Pro Hac Vice)
 7  MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
 8  Atlanta, Georgia 30309
    Telephone: 404.443.5500
 9  Facsimile: 404.443.5751
10  Attorneys for DIGITAL ENVOY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>  Plaintiff/Counterdefendant,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>  Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DIGITAL ENVOY, INC.'S RESPONSE TO GOOGLE, INC.'S SECOND SET OF INTERROGATORIES** |

PROPOUNDING PARTY:    GOOGLE, INC.

RESPONDING PARTY:     DIGITAL ENVOY, INC.

SET NO.:              TWO

-1-

W02-SF:5BB\61433640.1

DIGITAL ENVOY'S RESPONSE TO GOOGLE'S SECOND SET OF INTERROGATORIES

Digital Envoy, Inc. ("Digital Envoy") responds to Google, Inc.'s ("Google") Second Set of Interrogatories as follows:

**INTERROGATORY NO. 5:**

IDENTIFY and DESCRIBE any ambiguity in the AGREEMENT, including but not limited to any ambiguity in its terms or the wording thereof.

**RESPONSE TO INTERROGATORY NO. 5:**

Digital Envoy objects to this interrogatory to the extent it seeks disclosure of attorney-client privileged communication or information protected by the work product doctrine.

Subject to this objection, Digital Envoy states that it has not identified any ambiguity in the Agreement at this time and does not contend, in the first instance, that there is any ambiguity in the terms of the Agreement, both as the parties understood them and agreed to during the negotiation of the Agreement, and as interpreted in accordance with their plain meanings and common understandings. Digital Envoy will not accept Google's proposed interpretation of the Agreement or that Google's proposed interpretation creates ambiguity where none exists. In the event that Google supports interpretations contrary to those given by Digital Envoy, Digital Envoy will seek rejection of such interpretations first through the unambiguous terms of the contract itself, and secondarily, with parole evidence supporting Digital Envoy's interpretation of the Agreement.

**INTERROGATORY NO. 6:**

For each ambiguity identified in response to Interrogatory No. 5, DESCRIBE DIGITAL ENVOY's understanding of the term, wording or other ambiguity.

**RESPONSE TO INTERROGATORY NO. 6:**

For the reasons set forth in response to Interrogatory No. 5, Digital Envoy has not presently identified any ambiguity.

**INTERROGATORY NO. 7:**

DESCRIBE all facts and circumstances supporting YOUR contention that GOOGLE'S AdSense for Content program is unlicensed by and/or beyond the scope of GOOGLE'S license in the AGREEMENT.