Dockets.Justia.com

**SUPPLEMENTAL KRAMER DECLARATION**

**EXHIBIT P**

DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS<br><br>**MANUAL FILING NOTIFICATION:**<br><br>**EXHIBIT P, Q, R AND S TO THE SUPPLEMENTAL DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　　　Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date:　　　March 30, 2005<br>Time:　　　9:30 a.m. |

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT P, Q, R AND S TO THE SUPPLEMENTAL DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: March 16, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ David H. Kramer_____
David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.