Dockets.Justia.com

# SUPPLEMENTAL KRAMER DECLARATION

# EXHIBIT Q

DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br>            Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br>            Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **MANUAL FILING NOTIFICATION:** <br><br> **EXHIBIT P, Q, R AND S TO THE SUPPLEMENTAL DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date: March 30, 2005 <br> Time: 9:30 a.m. |

# **MANUAL FILING NOTIFICATION**

Regarding: **EXHIBIT P, Q, R AND S TO THE SUPPLEMENTAL DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT.**

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated:  March 16, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ David H. Kramer_____
            David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.