| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |

Attorneys for Defendant/Counterclaimant
Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | Judge: Hon. Richard Seeborg |
|  | Courtroom: 4, 5th Floor |
|  | Date: March 30, 2005 |
|  | Time: 9:30 a.m. |

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                    C:\NrPortbl\PALIB1\DAG\2618471_1.DOC

Dockets.Justia.com

1  Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court
2 permit it to file under seal the confidential version of Google Inc.' Reply in Support of Its
3 Motion for Summary Judgment, and Exhibits P, Q, R and S to the Supplemental Declaration of
4 David H. Kramer in Support of Google Inc.'s Motion for Summary Judgment ("Supplemental
5 Kramer Declaration").

6  Exhibit M to the Declaration of David H. Kramer is a document produced in this
7 litigation by Digital Envoy and is quoted in Google's Reply memorandum.  A public
8 memorandum with the designated material redacted is also being filed.

9  Plaintiff and counterdefendant Digital Envoy, Inc. ("Digital Envoy") has identified the
10 documents attached as Exhibits P, R and S to the Supplemental Kramer Declaration as
11 "Confidential" and "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective
12 Order entered in this matter on August 23, 2004.

13  Exhibit Q to the Supplemental Kramer Declaration is a document produced by third party
14 Advertising.com, Inc. in response to a subpoena issued by Google Inc.  Advertising.com has
15 identified the document as "Highly Confidential – Attorneys' Eyes Only" pursuant to the
16 Protective Order.

17  Without concurring in Digital Envoy or Advertising.com's views, in light of their
18 designations, Google requests an order permitting it to file Exhibits P, Q, R and S under seal.

20 Dated:  March 16, 2005                   WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

23                                         By:     /s/ David H. Kramer
                                                   David H. Kramer

25                                         Attorneys for Defendant / Counterclaimant
                                           GOOGLE INC.

-1-

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS