1    DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
       STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com)
2    WILSON SONSINI GOODRICH & ROSATI
       Professional Corporation
3    650 Page Mill Road
       Palo Alto, CA 94304-1050
4    Telephone: (650) 493-9300
       Facsimile: (650) 565-5100
5

6    Attorneys for Defendant/Counterclaimant
       Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
|       Plaintiff/Counterdefendant, | ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT LOCAL RULE 79-5** |
|     v. | ) | |
| GOOGLE INC., | ) ) | |
|       Defendant/Counterclaimant. | ) ) | |
| | ) ) ) ) | Judge:    Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date:    March 30, 2005<br>Time:    9:30 a.m. |

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST     C:\NrPortbl\PALIB1\DAG\2618478_1.DOC
TO FILE UNDER SEAL - CASE NO. 04-0197 RS

Dockets.Justia.com

1  Having considered Defendant and counterclaimant Google Inc.'s Administrative Request
2  to File Documents Under Seal Pursuant to Local Rule 79-5 lodged with the Court on March 16,
3  2005, the Court HEREBY ORDERS that the confidential version of Google Inc.'s Reply in
4  Support of Its Motion for Summary Judgment, and Exhibits P, Q, R and S to the Supplemental
5  Declaration of David H. Kramer submitted in support of Google's Motion For Summary
6  Judgment shall be filed under seal.

8  IT IS SO ORDERED.

9  Dated: _____       _____
10                                              Magistrate Judge Richard Seeborg