| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 5 | |
| 6 | Attorneys for Defendant/Counterclaimant |
|   | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
|  | ) |  |
| Plaintiff/Counterdefendant, | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GOOGLE INC., | ) |  |
|  | ) |  |
| Defendant/Counterclaimant. | ) |  |
|  | ) |  |

2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.: C 04 01497 RS

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California. I am over the age of 18 years
3  and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati,
4  650 Page Mill Road, Palo Alto, California 94304-1050.

5  On this date, I served a copy of each of the following:

6  **1.   GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (CONFIDENTIAL VERSION)**

7

8  **2.   EXHIBITS P, Q, R AND S TO THE SUPPLEMENTAL DECLARATION OF DAVID H. KRAMER**

9
10  ☒  By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

11  Craig Cardon                              Timothy H. Kratz
12  Sheppard, Mullin, Richter                 McGuireWoods LLP
    & Hampton LLP                             170 Peachtree Street, N.E.
    Four Embarcadero Center, 17th Floor       Suite 2100
13  San Francisco, CA 94111-4106              Atlanta, GA 30309

14  ☒  By forwarding the document(s) by electronic transmission on this date to:

15  .   Craig Cardon                          Timothy H. Kratz
    Sheppard, Mullin, Richter                 McGuireWoods LLP
16    & Hampton LLP                           170 Peachtree Street, N.E.
    Four Embarcadero Center, 17th Floor       Suite 2100
17  San Francisco, CA 94111-4106              Atlanta, GA 30309
    Email: ccardon@sheppardmullin.com         Email: tkratz@mcguirewoods.com

18
19
20  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
21  processing of documents for delivery according to instructions indicated above. In the ordinary
22  course of business, documents would be handled accordingly.

23  I declare under penalty of perjury under the laws of the State of California that the
24  foregoing is true and correct. Executed at Palo Alto, California on March 16, 2005.

25
26                                              /s/ Deborah Grubbs
                                               Deborah Grubbs
27
28

-1-    2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.: C 04 01497 RS