DAVID H. KRAMER, State Bar No. 168452
STEPHEN C. HOLMES, State Bar No. 200727
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*E-FILED 3/21/05*

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **[PROPOSED]** <br> **ORDER GRANTING DEFENDANT AND COUNTERLCAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date: March 30, 2005 <br> Time: 9:30 a.m |

1  Having considered plaintiff / counterdefendant Google Inc.'s Administrative Request to
2  File Document Under Seal Pursuant to Local Rule 79-5 lodged with the Court on February 23,
3  2005, the Court HEREBY ORDERS that the confidential unredacted version of Google Inc.'s
4  Motion for Summary Judgment, and Exhibit D and Exhibit M to the Declaration of David H.
5  Kramer in Support of Google Inc.'s Motion for Summary Judgment shall be filed under seal.

7  IT IS SO ORDERED.

9  Dated: 3/21/05                    /s/ Richard Seeborg
                                     Magistrate Judge Richard Seeborg

-1-