P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:      415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

*E-FILED 3/21/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br>     Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br>     Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Plaintiff and Counter-defendant's Administrative Motion For An Order For Leave To File Documents Under Seal In Connection With Its Opposition To Google's Motion For Partial Summary Judgment, lodged with the Court on March 9, 2005, the Court HEREBY ORDERS that that Exhibits A, B, C, D, E, G, H, J, K, L, M, N, O, P and R be filed under seal. These Exhibits have been designated Confidential by Defendant Google, Inc. ("Google") pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter.

-1-

1  For the foregoing reasons, Digital Envoy respectfully requests that the Court grant this
2  request and order DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO
3  GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT and the
4  DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY'S
5  OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT with its
6  attached exhibits be filed under seal to protect information Google has designated as Confidential.

7  DATED: March 21, 2005

10  By  /s/ Richard Seeborg
11       The Honorable Richard Seeborg
         United States Magistrate Judge

-2-