DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*E-FILED 3/21/05*

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT LOCAL RULE 79-5** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | |
| | Judge: Hon. Richard Seeborg |
| | Courtroom: 4, 5th Floor |
| | Date: March 30, 2005 |
| | Time: 9:30 a.m. |

1  Having considered Defendant and counterclaimant Google Inc.'s Administrative Request
2  to File Documents Under Seal Pursuant to Local Rule 79-5 lodged with the Court on March 16,
3  2005, the Court HEREBY ORDERS that the confidential version of Google Inc.'s Reply in
4  Support of Its Motion for Summary Judgment, and Exhibits P, Q, R and S to the Supplemental
5  Declaration of David H. Kramer submitted in support of Google's Motion For Summary
6  Judgment shall be filed under seal.

8  IT IS SO ORDERED.

9  Dated:  3/21/05         /s/ Richard Seeborg
10                         Magistrate Judge Richard Seeborg

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQUEST
TO FILE UNDER SEAL - CASE NO. 04-0197 RS    -1-