1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100

5  Attorneys for Defendant/Counterclaimant
   Google Inc.
6
   TIMOTHY H. KRATZ
7  MCGUIRE WOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: (404) 443-5730
9  Facsimile: (404) 443-5784

10 Attorneys for Plaintiff/Counterdefendant
   Digital Envoy, Inc.
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15
   DIGITAL ENVOY, INC.,              )   CASE NO.: C 04 01497 RS
16                                   )
         Plaintiff/Counterdefendant, )   **STIPULATION AND [PROPOSED]**
17                                   )   **ORDER RE: AMENDING**
      v.                             )   **SCHEDULING ORDER**
18                                   )
   GOOGLE INC.,                      )
19                                   )
         Defendant/Counterclaimant.  )
20                                   )
                                     )
21

---

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER
CASE NO: C 04 01497 RS

Dockets.Justia.com

1 | Whereas the Court entered a Case Management Scheduling Order in this matter on
2 | August 27, 2004;
3 | Whereas the parties believe amendments to the Scheduling Order will serve the interests
4 | of efficiency and economy;
5 | Therefore, Parties through their undersigned counsel respectfully request that the Court
6 | amend the Scheduling Order as follows:

1. Deposition discovery in the case shall be completed by **June 24, 2005**. The discovery cut-off for all other discovery shall remain **April 29, 2005.**

2. On or before **July 14, 2005,** plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2) F.R.Civ.P.

3. On or before **August 1, 2005,** defendant shall disclose expert testimony and reports in accordance with Rule 26(a)(2) F.R.Civ.P.

4. On or before **August 31, 2005,** all discovery of expert witnesses pursuant to Rule 26(b)(4) F.R.Civ.P. shall be completed.

5. All pretrial motions shall be **heard** no later than **September 30, 2005**.

The Scheduling Order shall otherwise remain in full force and effect.

Dated: April 1, 2005

WILSON SONSINI GOODRICH & ROSATI
　Professional Corporation
David H. Kramer
650 Page Mill Road
Palo Alto, CA   94304
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100

By:　___/s/_____
　　　David H. Kramer
Attorneys for Google Inc.

-1-

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER
CASE NO:  C 04 01497 RS

-2-

| | |
|---|---|
| Dated: April 1, 2005 | MCGUIRE WOODS LLP<br>Timothy H. Kratz<br>1170 Peachtree Street, N.E., Suite 2100<br>Atlanta, Georgia 30309<br>Telephone: (404) 443-5730<br>Facsimile: (404) 443-5784<br><br>By: _____/s/_____<br>    Timothy H. Kratz<br>Attorneys for Digital Envoy, Inc. |

**SO ORDERED.**

DATED: _____

_____
Honorable Richard Seeborg
United States Magistrate Judge

## CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.

DATED: April 1, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                                          Professional Corporation


                                                 By:     /s/ David H. Kramer
                                                           David H. Kramer
                                                        Attorneys for Google Inc