1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
4  Facsimile:   (650) 565-5100

5  Attorneys for Defendant/Counterclaimant            *E-FILED 4/12/05*
   Google Inc.
6
   TIMOTHY H. KRATZ
7  MCGUIRE WOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone:  (404) 443-5730
9  Facsimile:  (404) 443-5784

10 Attorneys for Plaintiff/Counterdefendant
   Digital Envoy, Inc.
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15
   DIGITAL ENVOY, INC.,                    )    CASE NO.:  C 04 01497 RS
16                                         )
              Plaintiff/Counterdefendant,  )    **STIPULATION AND [PROPOSED]**
17                                         )    **ORDER RE:  AMENDING**
        v.                                 )    **SCHEDULING ORDER**
18                                         )
   GOOGLE INC.,                            )
19                                         )
              Defendant/Counterclaimant.   )
20                                         )
   _____)
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER
CASE NO:  C 04 01497 RS

1      Whereas the Court entered a Case Management Scheduling Order in this matter on

2   August 27, 2004;

3      Whereas the parties believe amendments to the Scheduling Order will serve the interests

4   of efficiency and economy;

5      Therefore, Parties through their undersigned counsel respectfully request that the Court

6   amend the Scheduling Order as follows:

7      1.      Deposition discovery in the case shall be completed by **June 24, 2005**.  The

8   discovery cut-off for all other discovery shall remain **April 29, 2005.**

9      2.      On or before **July 14, 2005,** plaintiff shall disclose expert testimony and reports in

10   accordance with Rule 26(a)(2) F.R.Civ.P.

11      3.      On or before **August 1, 2005,** defendant shall disclose expert testimony and

12   reports in accordance with Rule 26(a)(2) F.R.Civ.P.

13      4.      On or before **August 31, 2005,** all discovery of expert witnesses pursuant to Rule

14   26(b)(4) F.R.Civ.P. shall be completed.

15      5.      All pretrial motions shall be **heard** no later than **September 30, 2005**.

16

17      The Scheduling Order shall otherwise remain in full force and effect.

18

19

20   Dated:  April 1, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
21                                              David H. Kramer
                                                650 Page Mill Road
22                                              Palo Alto, CA   94304
                                                Telephone:    (650) 493-9300
23                                              Facsimile:    (650) 565-5100

24
                                                By: _____/s/_____
25                                                    David H. Kramer
                                                Attorneys for Google Inc.
26

27

28

-1-

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER
CASE NO:  C 04 01497 RS

-2-

1   Dated: April 1, 2005                           MCGUIRE WOODS LLP
                                                   Timothy H. Kratz
2                                                  1170 Peachtree Street, N.E., Suite 2100
                                                   Atlanta, Georgia 30309
3                                                  Telephone:  (404) 443-5730
                                                   Facsimile:  (404) 443-5784
4

5

6                                                  By:  _____/s/_____
                                                         Timothy H. Kratz
7                                                  Attorneys for Digital Envoy, Inc.

8

9

10

        **SO ORDERED.**
11

12
        DATED:  4/11/05                            /s/ Richard Seeborg
13      _____                      _____
                                                         Honorable Richard Seeborg
                                                         United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            -2-
_____
STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER
CASE NO:  C 04 01497 RS

-3-

| | |
|---|---|
| 1 | **CERTIFICATION** |
| 2 | I, David H. Kramer, am the ECF User whose identification and password are being used |
| 3 | to file this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that both |
| 4 | parties have concurred in this filing. |
| 5 | |
| 6 | DATED:  April 1, 2005 |

1

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that both parties have concurred in this filing.


DATED:  April 1, 2005                              WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation


                                                        By:  _____/s/ David H. Kramer_____
                                                                    David H. Kramer
                                                                    Attorneys for Google Inc

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING ORDER
CASE NO:  C 04 01497 RS