1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,  | **DECLARATION OF ANDREW LINDNER IN SUPPORT OF DIGITAL ENVOY,**
16      v.                               | **INC.'S OPPOSITION TO GOOGLE, INC.'S SECOND MOTION FOR**
17 GOOGLE, INC.,                         | **SUMMARY JUDGMENT**
18         Defendant/Counterclaimant.    | Date:       March 30, 2005
                                         | Time:       9:30 a.m.
19                                       | Courtroom:  4, 5th Floor
20                                       | **The Honorable Richard Seeborg**
21
22
                    **MANUAL FILING NOTIFICATION**
23
24
   Regarding: DECLARATION OF ANDREW LINDNER IN SUPPORT OF DIGITAL ENVOY,
25
   INC.'S OPPOSITION TO GOOGLE, INC.'S SECOND MOTION FOR SUMMARY
26
   JUDGMENT
27
28
                                    - 1 -
   W02-SF:5CC\61451323.1                              DECLARATION OF TIMOTHY KRATZ:
   Case No. C-04-01497 RS                             MANUAL FILING NOTIFICATION

1        This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy shortly.

      For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

      This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

XX Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Executed April 21, 2005 in San Francisco, California.

By /s/ Kendall Burton
        P. CRAIG CARDON
        BRIAN R. BLACKMAN
        KENDALL M. BURTON

- 2 -

W02-SF:5CC\61451323.1
Case No. C-04-01497 RS

DECLARATION OF TIMOTHY KRATZ:
MANUAL FILING NOTIFICATION