# EXHIBIT 8

| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:   415-434-9100 |
| | Facsimile:    415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile:  404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | **PLAINTIFF'S EXHIBIT 8** |
| v. | Date:         March 16, 2005 |
| | Time:         9:30 a.m. |
| GOOGLE, INC., | Courtroom:  4, 5th Floor |
| Defendant/Counterclaimant. | **The Honorable Richard Seeborg** |

**MANUAL FILING NOTIFICATION**

Regarding: PLAINTIFF'S EXHIBIT 8 TO DECLARATION OF ANDREW LINDER, FILED AS PART OF EXHIBIT P TO DECLARATION OF TIMOTHY KRATZ IN SUPPORT OF DIGITAL ENVOY, INC.'S MEMORANDUM IN OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- 1 -

1  This filing is in paper or physical form only, and is being maintained in the case file
2  in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy
3  shortly.
4  For information on retrieving this filing directly from the court, please see the
5  court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6
7  This filing was not efiled for the following reason(s):
8
\_\_\_ Voluminous Document (PDF file size larger than the efiling system allows)
9
10 \_\_\_ Unable to Scan Documents
11 \_\_\_ Physical Object (description): _____
12 \_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13 XX Item Under Seal
14
\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53).
15
16 \_\_\_ Other (description): _____
17 _____
18
19  Executed March 9, 2005, in San Francisco, California.
20
21
22  By     /s/
        P. CRAIG CARDON
23      BRIAN R. BLACKMAN
        KENDALL M. BURTON
24
25
26
27
28
             - 2 -

W02-SF:5BK\61446902.1                                   PLAINTIFF'S EXHIBIT 8:
Case No. C-04-01497 RS                                  MANUAL FILING NOTIFICATION