P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **DECLARATION OF TIMOTHY KRATZ IN SUPPORT OF DIGITAL ENVOY, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST AND SECOND SETS OF INTERROGATORIES AND ITS FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GOOGLE, INC.** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

**Date:**          June 15, 2005
**Time:**          9:30 a.m.
**Courtroom:**  4, 5th Floor

**The Honorable Richard Seeborg**

I, Timothy H. Kratz, declare as follows:

1.          I am an attorney of law duly licensed to practice in the State of Georgia and

admitted to practice before this court *pro hac vice*.  I am a partner at the firm McGuireWoods LLP

---

W02-SF:5BB\61451963.1                                    DEC. OF TIM KRATZ ISO MOTION TO COMPEL
                                                                      FURTHER REPONSES FROM GOOGLE

and attorney for the Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy"). I have personal knowledge of all facts set forth herein.

2. On July 29, 2004, Digital Envoy served its first Request for Production of Documents, Interrogatories, and Requests for Admissions on Google. On August 30, 2004, Google served its responses to Digital Envoy's first set of discovery requests. On November 10, 2004, Google served its Supplemental and Amended Responses to Digital Envoy's First Set of Interrogatories in response to numerous efforts on the part of Digital Envoy to obtain complete responses to its discovery requests.

3. On December 3, 2004, Digital Envoy served its second set of Interrogatories and second Request for Production of Documents to Google. On January 3, 2005, Google served its responses to Digital Envoy's second set of discovery requests.

4. Following Google's second discovery responses, Digital Envoy contacted Google in writing and by telephone to detail the deficiencies in the responses and to attempt to secure Google's commitment to supplement with appropriate responses. On February 9, 2005, Timothy H. Kratz sent a letter to David H. Kramer, counsel for Google describing each of the deficiencies in Google's responses to Digital Envoy's discovery requests. A true and correct copy of the February 9, 2005 letter is attached hereto as Exhibit A.

5. On March 9, 2005, undersigned counsel participated in a conference call with Steven C. Holmes to discuss the outstanding discovery issues. Digital Envoy followed this conference with additional written contact in a final effort to obtain the requested information from Google without court intervention. Notwithstanding these efforts, Google has not adequately responded or otherwise properly supplemented its responses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2005, at Atlanta, Georgia.

/s/ Timothy H. Kratz

Timothy H. Kratz

DEC. OF TIM KRATZ ISO MOTION TO COMPEL FURTHER REPONSES FROM GOOGLE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Timothy Kratz in Support of Digital Envoy, Inc.'s Motion To Compel Further Responses To Its First And Second Sets Of Interrogatories And Its First And Second Sets Of Requests For Production Of Documents To Google, Inc. In compliance with General Order 45.X.B., I hereby attest that Timothy Kratz has concurred in this filing.

DATED:  April 29, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____/s/ Brian Blackman_____
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-1-

PLAINTIFF'S OPPOSITION TO GOOGLE'S PARTIAL
MOTION FOR SUMMARY JUDGMENT