| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California  94111-4106 |
| 4 | Telephone:     415-434-9100 |
| | Facsimile:     415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile:  404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST AND SECOND SETS OF INTERROGATORIES AND ITS FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GOOGLE, INC.** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

-2-

1  Before the Court is plaintiff and counterdefendant Digital Envoy's Motion to Compel
2  Further Responses To Its First And Second Sets Of Interrogatories And Its First And Second Sets
3  Of Requests For Production Of Documents To Google, Inc. pursuant to Fed. R. Civ. P. 37(a).
4  Having considered the parties' moving and opposing papers and heard the argument of counsel,
5  the Court **ORDERS THAT,**
6      1. Digital Envoy's Motion To Compel Further Responses To Its First And
7  Second Sets Of Interrogatories And Its First And Second Sets Of Requests For Production Of
8  Documents To Google, Inc. is GRANTED. Google is order to serve full and complete responses,
9  without objections, to Interrogatory Nos. 5, 6, 10, and 11 and Requests for Production of
10 Documents Nos. 22, 23, 24, and 25 no later than _____, 2005.

12 DATED: June \_\_, 2005

15 By _____
16         The Honorable Richard Seeborg
        United States Magistrate Judge