P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>    Plaintiff/Counter defendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DECLARATION OF TIMOTHY KRATZ IN SUPPORT OF DIGITAL ENVOY, INC.'S MOTION FOR SANCTIONS AGAINST GOOGLE, INC.**<br><br>Date:         June 15, 2005<br>Time:        9:30 a.m.<br>Courtroom:  4, 5th Floor<br><br>**The Honorable Richard Seeborg** |

I, Timothy H. Kratz, declare as follows:

1.  I am an attorney of law duly licensed to practice in the State of Georgia and admitted to practice before this court *pro hac vice*. I am a partner at the firm McGuireWoods LLP and attorney for the Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy"). I have personal knowledge of all facts set forth herein.

W02-SF:5BB\61452135.1      DEC. OF TIM KRATZ ISO MOTION FOR SANCTIONS AGAINST GOOGLE, INC.

Dockets.Justia.com

2. On July 29, 2004, Digital Envoy served its first Request for Production of Documents, Interrogatories, and Requests for Admissions on Google. On August 30, 2004, Google served its responses to Digital Envoy's first set of discovery requests. On November 10, 2004, Google served its Supplemental and Amended Responses to Digital Envoy's First Set of Interrogatories in response to numerous efforts on the part of Digital Envoy to obtain complete responses to its discovery requests.

3. On December 3, 2004, Digital Envoy served its second set of Interrogatories and second Request for Production of Documents to Google. On January 3, 2005, Google served its responses to Digital Envoy's second set of discovery requests.

4. Following Google's second discovery responses, Digital Envoy contacted Google in writing and by telephone to detail the deficiencies in the responses and to attempt to secure Google's commitment to supplement with appropriate responses. On February 9, 2005, Timothy H. Kratz sent a letter to David H. Kramer, counsel for Google describing each of the deficiencies in Google's responses to Digital Envoy's discovery requests. A true and correct copy of the February 9, 2005 letter is attached hereto as Exhibit A.

5. On March 9, 2005, undersigned counsel participated in a conference call with Steven C. Holmes to discuss the outstanding discovery issues. Digital Envoy followed this conference with additional written contact in a final effort to obtain the requested information from Google without court intervention. Notwithstanding these efforts, Google has not adequately responded or otherwise properly supplemented its responses.

6. I have been practicing law for 16 years and I am a member in good standing of the bar of the State of Georgia.

7. My hourly rate is $375 per hour which is competitive, reasonable and consistent with the hourly rates charged by attorneys in the Atlanta market with similar experience and expertise. I have expended 5 hours of time preparing the Motion to Compel Discovery Responses and conferring with counsel in connection therewith. The amount of time that I have spent preparing the motion is reasonable.

-2-

1  8. Attorney Milo S. Cogan expended 8.9 hours of time at an hourly rate of $235 per hour preparing the Motion to Compel Discovery Responses and conferring with counsel in connection therewith.  Mr. Cogan has been practicing law since 2001 and is currently a member in good standing of the bar of the State of Georgia.  Mr. Cogan's hourly rate is competitive, reasonable and consistent with the hourly rates charged by attorneys in the Atlanta market with similar experience and expertise.  The amount of time that Mr. Cogan spent preparing the motion is also reasonable.

9. Attorney Sam H. Han expended 3.3 hours of time at an hourly rate of $240 per hour assisting with the preparation of the Motion to Compel Discovery Responses and conferring with counsel in connection therewith.  Mr. Han has been practicing law since 2001 and is currently a member in good standing of the bar of the State of Georgia.  Mr. Han's hourly rate is competitive, reasonable and consistent with the hourly rates charged by attorneys in the Atlanta market with similar experience and expertise.  The amount of time that Mr. Han spent working on the motion is also reasonable.

10. Digital Envoy has incurred attorneys' fees in connection with bringing the Motion to Compel Discovery Responses in the amount of $4,758.50.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on  April 29, 2005, at Atlanta, Georgia.

/s/ Timothy H. Kratz
Timothy H. Kratz

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration Of Timothy Kratz In Support Of Digital Envoy, Inc.'s Motion For Sanctions Against Google, Inc. In compliance with General Order 45.X.B., I hereby attest that Timothy Kratz has concurred in this filing.

DATED: April 29, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.