P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST GOOGLE, INC.** |

-1-

-2-

1  Before the Court is plaintiff and counterdefendant Digital Envoy's Motion For Sanctions
2  Against Google, Inc. pursuant to Fed. R. Civ. P. 37(a) and Civil Local Rules 7-8 and 37-4. Having
3  considered the parties' moving and opposing papers and heard the argument of counsel, the Court
4  **ORDERS THAT,**
5      1.    Digital Envoy's Motion For Sanctions Against Google, Inc. is GRANTED.
6  Google is order to pay Digital Envoy $4,758.50 in attorney's fees pursuant to Fed. R. Civ. P.
7  37(a)(4).
8  DATED: June __, 2005

11  By _____
12      The Honorable Richard Seeborg
    United States Magistrate Judge