1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:  415-434-9100
   Facsimile:  415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,    | [FILED CONDITIONALLY UNDER
16     v.                                   | SEAL]

17 GOOGLE, INC.,                            | SUPPLEMENTAL DECLARATION OF
                                            | TIMOTHY H. KRATZ IN OPPOSITION
18          Defendant/Counterclaimant.      | TO GOOGLE, INC.'S TWO MOTIONS
                                            | FOR SUMMARY JUDGMENT AND IN
19                                          | SUPPORT OF DIGITAL ENVOY, INC.'S
                                            | RULE 56(F) MOTION
20
                                            | [ENCLOSED RECORD IS SUBJECT TO
21                                          | AN ADMINISTRATIVE REQUEST TO
                                            | FILE UNDER SEAL]
22

1   I, Timothy H. Kratz, declare as follows:

2   1.   I am an attorney of law duly licensed to practice in the State of Georgia and admitted to practice before this court *pro hac vice*. I am a partner at the firm McGuireWoods LLP and attorney for the Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy"). I am over twenty-one years of ago and not under any disability. I have personal knowledge of all facts set forth herein.

2.   Attached to this declaration as Exhibit 1 are true and correct copies of the following documents produced by Google, Inc. ("Google") in this litigation: GOOG 012533-012536; GOOG 012327-012328; GOOG 012687 – 012688; GOOG 012338 – 012339; GOOG 012315 – 012317.

3.   Attached to this declaration as Exhibit 2 is a true and correct excerpt from Google's Securities and Exchange Commission S-1 Registration.

4.   Attached to this declaration as Exhibit 3 is a true and correct copy of a slide presented at www.Google.com regarding Adwords.

5.   Attached to this declaration at Exhibit 4 is a true and correct copy of a Google press release detailing Google's acquisition of Applied Semantics.

6.   Attached to this declaration as Exhibit 5 is a true and correct copy of a www.Google.com overview of the Adsense program.

7.   Attached to this declaration as Exhibit 6 is a true and correct copy of an Advertising Services Agreement between Ask Jeeves, Inc. and Google.

8.   Attached to this declaration as Exhibit 7 is a true and correct copy of Plaintiff's Exhibit 4.

9.   Attached to this declaration as Exhibit 8 is a true and correct copy of Plaintiff's Exhibit 5.

10.   Attached to this declaration as Exhibit 9 is a true and correct excerpt from the Deposition of Steven L. Schimmel.

-2-

1     11.    Attached to this declaration as Exhibit 10 is a true and correct copy of an e-mail communication between me and counsel for Google regarding Digital Envoy's proposed Fed.R.Civ.P. 30(b)(6) deposition topics to Google.

    12.    Attached to this declaration as Exhibit 11 is a true and correct copy of an news article regarding Google's Adwords program found at www.internetnews.com/IAM/article.php/3098431

    13.    Attached to this declaration as Exhibit 12 is a true and correct copy of Plaintiff's Exhibit 21.

    14.    Attached to this declaration as Exhibit 13 is a true and correct excerpt of the deposition of Matthew Cutts.

    15.    Attached to this declaration as Exhibit 14 is true and correct excerpt of the deposition of Robert Friedman.

    16.    Attached to this declaration as Exhibit 15 is true and correct of Insertion Order between Google and Epinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 2, 2005 at Atlanta, Georgia.

/s/ Timothy H. Kratz
Timothy H. Kratz

# CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration Of Timothy Kratz In Support Of Digital Envoy, Inc.'s Motion For Sanctions Against Google, Inc. In compliance with General Order 45.X.B., I hereby attest that Timothy H. Kratz has concurred in this filing.

DATED: May 2, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.