# EXHIBIT 3



**Learning Center**
Catalog: Setting Up an Account > Location/Language Targeting > Region and City Targeting

Learning Center Help
Quiz »

### Language and Location Targeting Topic 3

1. Topic 3 Region and City...
2. Objectives
3. Why Use Region/City...
4. Region/City Targeting...
5. Region/City Targeting
6. Region/City Targeting...
7. Region/City Targeting...
8. Region/City Targeting...
9. Targeting Accuracy
10. Parallel Campaigns Example

**Google AdWords — Region/City Targeting**

Region/City targeting displays as a fifth line

Example:

> 1 hr Pizza Delivery
> Fast and Reliable Bay Area
> Pizza Delivery Service
> www.sfpizzadeliverynow.org
> San Francisco-Oakland-San Jose, CA

©2004 Google

**Lecture [?] Tips**

- **Control the speed.** Use the controls located at the bottom of the player to pause, start, stop, and skip through lecture contents. You can also select items in the lecture outline to jump between topics.

- **Hide the outline to expand the video.** Click the screen icon ( ) in the bottom left-hand corner of the player to toggle between views. Click it once to hide the outline. Click it again to hide the controls. Finally, click it a third time to restore the outline.

---

©2004 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us