# EXHIBIT 4

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
 **Press Releases**
 Images and B-roll
 Media Coverage
 Case Studies
 Permissions

**Corporate Overview**
 Fast Facts
 History
 Timeline
 Executive Bios
 Awards

**Products & Technology**
 Product Descriptions
 Reviewer's Guides
 Technology Overview
 Google Labs

**Financial Info**
 Investor Relations

**Corporate Citizenship**
 Governance
 Software Principles
 Privacy Policy

### Google Acquires Applied Semantics

**New Technologies and Engineering Team Complement Google's Content Targeted Advertising Programs**

MOUNTAIN VIEW, Calif. (April 23, 2003) – Google, developer of the largest performance-based search advertising program, today announced that it acquired Applied Semantics, a Santa Monica, Calif.-based producer of software applications for the online advertising, domain name and enterprise information management markets. Applied Semantics' products and engineering team will strengthen Google's search and advertising programs, including its fast-growing content-targeted advertising offering. Additionally, the deal will enable Google to grow its engineering presence and recruiting efforts in the Southern California region.

"Applied Semantics is a proven innovator in semantic text processing and online advertising," said Sergey Brin, Google's co-founder and president of Technology. "This acquisition will enable Google to create new technologies that make online advertising more useful to users, publishers, and advertisers alike."

Applied Semantics' products are based on its patented CIRCA technology, which understands, organizes, and extracts knowledge from websites and information repositories in a way that mimics human thought and enables more effective information retrieval. A key application of the CIRCA technology is Applied Semantics' AdSense product that enables web publishers to understand the key themes on web pages to deliver highly relevant and targeted advertisements.

The Applied Semantics team will remain in Santa Monica, where Google will establish its Southern California product development center. Google also recently opened an East Coast engineering office in New York City. For a complete list of current job openings at Google, visit www.google.com/jobs.

**About Google**
Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program, which is the largest and fastest growing in the industry, provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout North America, Europe, and Asia. For more information, visit www.google.com.

### # #

*Google is a trademark of Google Technology Inc. All other company and product names may be trademarks of the respective companies with which they are associated.*

**Google contacts:**

Nathan Tyler          Michael Mayzel
650-623-4311          650-623-4565
nate@google.com       mmayzel@google.com



©2005 Google - <u>Home</u> - <u>About Google</u> - <u>We're Hiring</u> - <u>Site Map</u>