# EXHIBIT 5

Case 5:04-cv-01497-RS   Document 147-6   Filed 05/02/2005   Page 1 of 4



Invite a Friend - Contact Us - Help

**Google AdSense for content**

### AT A GLANCE

- Maximize your website revenue
- Show your users ads they'll be interested in
- Tap into a network of thousands of search advertisers
- Start serving Google ads in just minutes

Printer-friendly version [PDF]

## Enhance your site—and your profits.

**Keep your users coming back with contextually targeted ads.**

You want to make more money from advertising, but you don't want to serve untargeted ads to your users. Google AdSense™ solves this problem by automatically delivering text and image ads that are precisely targeted, on a page-by-page basis, to your site's content—ads so well-matched, in fact, that your readers will actually find them useful. And that means more clicks. And every click earns you more money.

**Access thousands of advertisers with minimal effort.**

Signing up and maintaining relationships with advertisers is a full-time job. Luckily, Google AdSense does it for you. Our advertisers range from global brands to small local companies, in categories ranging from Education to Travel, Mortgages to Patio Furniture and just about everything in between. Best of all, once you get started, the AdSense program requires virtually no maintenance.

**Rev up your site's revenue potential.**

When relevant ads appear on your web pages, people click on them—and Google pays you. The AdSense program means more money for you, with no financial investment and no staff time to implement it.*



Through AdSense, ads from Google's base of advertisers are served on content pages like this page from Petplace.com

Enlarge image.

**When your content changes, so do your ads.**

Google AdSense technology goes beyond simple keyword or category matching. We work hard to understand your content and deliver ads that are precisely targeted to specific pages, automatically, no matter how many thousands of pages your site may have, or how specialized or broad your content. As your content changes, Google's ads change to match. And since

our ads are also targeted by country, global businesses can display local advertising with no additional effort.

**Safeguarding your business standards is our business too.**

We're committed to maintaining our customers' business standards. That's why Google AdSense features these safeguards:

- **Competitive ad filters.** You can block competitive ads, or other ads you want to keep off your site, simply by telling us which URLs to block.
- **Ad Review.** Before ads appear on your site, they're reviewed using a combination of human and automated processes. The review process takes into account a variety of factors, including the quality of the ad and whether it's suitable for all audiences.
- **Sensitive content filters.** At times, certain ads may be inappropriate for some pages. For example, Google automatically filters out ads that would be inappropriate on a news page about a catastrophic event.
- **Choose your own default ads.** In the unlikely event that Google is unable to serve targeted ads on your page, we offer you the option of displaying a default ad of your choice. This ensures that your advertising space is always being used as effectively as possible.

**Customize ads to complement your site.**

You spend lots of time perfecting your website's look and feel, and we want AdSense to fit in. So we let you customize the appearance of your ads to fully complement your site by choosing from over 200 colors and 24 pre-set color palettes (you can create and save your own custom palettes using a simple point-and-click color selection tool.

**Track your earnings with online reports.**

With AdSense, you can monitor your ad performance with customizable online reports that offer details like the number of page impressions, clicks and click-through rate. You can track the performance of specific ad formats, colors and pages, and spot trends quickly and easily. Our flexible reporting tools let you group your pages however you want, so you can gain insight into your earnings by viewing results by URL, domain, ad type, category and more.

And best of all, of course, you can check your earnings anytime.

**Getting started is fast and easy.**

Getting started as a Google AdSense publisher is easy. It only takes a few moments to apply online for both content and search ads. Once you're approved, simply log in to your account, copy a block of HTML code and paste it into your existing ad server or any of your web pages. And that's it—you're done. Contextually targeted ads start to appear on your web pages, and your earnings start to add up.

To learn more and to apply, go to www.google.com/adsense, or click here.

---

**Premium AdSense service**

If your site receives more than 20 million page views a month, you may be eligible for premium service, which includes:

- Flexible ad formats
- More robust filtering
- Assistance with site optimization
- Technical support from a sales engineer
- Dedicated account manager

To apply for premium service, click here.

---

### Google AdSense for search

When you join the AdSense program, you get access to Google AdSense for search, and that's a good thing; adding a Google search box to your site means monetizing more web pages while offering your users an even better site experience. Visitors hang around longer, since they can search from right on your site. And since AdSense serves targeted ads on search results pages, you can make more money from your Google search box as well. Learn more about Google AdSense for search.

---

* AdSense is available in a dozen languages.

© 2005 Google - AdSense Home - Contact Us - Privacy Policy