# EXHIBIT 7

 **AdWords™ - It's All About Results™**              Contact Us - Help

Overview    Compare    Common Terms    Tips    **Full-Strength FAQ**    Editorial Guidelines    Login

Programme Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
▶**Geo-Targeting**
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimisation

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Language and Geographic Targeting

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location?
4. How does Google know a searcher's language?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

### 1. To which languages and countries can I target my ads?

You can select language and country targets from a selection of many languages and more than 250 countries. Choosing your target languages and countries is the first step in creating a Google AdWords account. You can also edit these settings at any time after establishing your account. Click here to learn how.

### 2. Does targeting affect the keyword traffic and cost estimates I'll see?

Yes, your estimates will take into account your language and geographic targets.

### 3. How does Google determine a searcher's location?

Location targeting is based on the IP (Internet Protocol) address of the searcher. This technique allows us to determine the searcher's country with close to 99% accuracy.

### 4. How does Google know a searcher's language?

Language targeting is based on the browser display language chosen by the user. For example, Google AdWords ads targeted to German will only be shown to people whose display language is set to German.

©2002 Google - AdWords Home - Terms and Conditions - Contact Us

