# EXHIBIT 8

Case 5:04-cv-01497-RS    Document 147-9    Filed 05/02/2005    Page 1 of 2

Google Search: "digital envoy" quova                                                                                          Page 1 o


Web  Images  Groups  News  Froogle^New!  more »
"digital envoy" quova        Search   Advanced Groups Search / Preferences

**Groups**                                                                                          Search result 2 for "digital envoy" quo

**Free Whois lookup** • Free Forwarding with purchase $6.99 Domain Transfers • www.domainsite.com                Sponsored Li
**Global Whois Gateway** • US & International domain ownership information. No banners or popups. • whois.zoneedit.com
**Whois** • Determine the realtime geographic location of your web site visitors • www.quova.com

From: GoogleGuy (googleguy@google.com)                                                              Search Resul
Subject: Re: Automatic Re-direction
Newsgroups: google.public.support.general                                                           View: Complete Thread (2 article
Date: 2002-05-02 12:45:11 PST                                                                       Original Forn

```
> Hi,
>
> Can someone tell me the tool(s) used by Google to accomplish their
> country redirects.  I am looking for similar tools to use for a number
> of different purposes.  I'm more interested in the IP database used to
> determine country of origin.  I'm sure the IP database is cached
> locally, however, how does one get a full dump of the ARIN, RIPE &
> APNIC whois databases.
>
> Thanks,
>
> Brian

Data from ARIN/RIPE/APNIC can be hard to get. There are also commercial
 golocation vendors such as Digital Envoy, Quova, and NetGeo/CAIDA that
 ap IP addresses to locations.

Hope this helps,
GoogleGuy
(I don't reply to direct emails, but I'll try to stop by to answer
questions and dispel myths.)
```

Google Home - Advertising Solutions - Business Solutions - About Google

©2004 Google

