# EXHIBIT 11



Jupiterimages. The premier destination for creative professionals >>  click for details.



Search Engine STRATEGIES 2005 CONFERENCE & EXPO
San Jose, CA, Aug. 8 - 11, 2005

Event Info  Email Updates

Featuring renowned search engin expert, Danny Sullivan & speakers from major search engines.



ClickZ.    You are in the: ClickZ Network E

ClickZ Network
Solutions for Marketers

SEARCH FOR          FIND IT!          ClickZ is a Jupiterweb Network

>>ClickZ Navigation
ClickZ Network Home
News
Experts >
Stats >
Features >
Search Engine Watch
Resources >

SUBSCRIBE



Marketing Excellence AWARD 2004 Click Here!

About
Advertise
Conferences
Contact
Custom Events
E-mail Offers
FAQ
Feedback
Images
Research
Write for ClickZ

ClickZ News
Formerly Internet Advertising Report

print this article | e-mail a colleague

# Google Beta Tests Regional AdWords Targeting

> > >   ClickZ News

By Pamela Parker | Susan Kuchinskas | October 24, 2003

Search giant Google is testing a feature for its AdWords program that would allow marketers to target their ads regionally, so they appear only when users in certain areas perform searches.

The feature is designed to make Google more attractive for local and regional advertisers. Previously, a Boston-area attorney who bought the keyword "lawyer" would have to compete with all of the other lawyers in the nation who bid on the same word. Alternatively, he could buy keywords like "Boston lawyer" and hope that a searcher typed in the city name.

"It's going to be a big boon to advertisers who are trying to target certain markets and could only do it by keywords," said Danny Sullivan, editor of SearchEngineWatch.com, which shares a parent company with this publication.

Local search has long been a hot topic for companies providing paid search. Google competitor Overture, a division of Yahoo!(Quote, Chart), has been testing local search, and is expected to release a product within the next couple of months. Google itself last month released



**internet.commerce**

Partners & Affiliates
web hosting company
Mortgage
Online Degrees
Mortgage Refinance
Desktop Computers
Cheap Flights
Compare Book Prices
T-Shirts
Televisions
Web Search
Web Hosting
Conference Calling
Online Degrees

**Newsletter Sign Up**

**Subscribe to ClickZ
News Daily**

☐ HTML  ☐ Text

my@email

**SIGN UP**

Click for More
Newsletters

"Search By Location" in its Google Labs area, which allows users to segment their searches by location, including address or zip code.

Google's new AdWords feature lets marketers target by Designated Market Areas (DMAs), Nielsen Media Research's method of determining the geographic scope of markets based on broadcast television stations' reach. There are currently 210 DMAs in the United States. Regional targeting options appear as part of the campaign management interface.

"It's an incredibly powerful tool for local and regional advertisers," says Kevin Lee, CEO of search marketing agency Did-it.com. "It also could be used by national advertisers looking to message locally, speaking differently to different audiences."

What ads searchers get at Google is determined by their IP address, which is mapped to the appropriate DMA. Google hasn't said whether it's developed the technology to map IP addresses to DMAs by itself or is using a partner, but most approaching the issue use a combination of methods, looking at the ISP or company assigned the IP, the network delay, and routes for Internet traffic. It isn't a foolproof system.

"I know for a fact from living abroad that sometimes they [Google] think I'm in Germany," says Sullivan. "But those are fairly rare problems."

When Google can't determine where a searcher is, it will serve national advertisements, as it has done in the past. It will also continue to serve national ads on partner sites like America Online. Currently, only Google.com will carry the regionally-targeted ads, which will be displayed with a fifth line of text indicating the chosen region.

Regionally targeted ads are not given preference in the AdWords system, says product manager Richard Holden. They still have to compete for placement based on relevancy and price-per-click. "So any auction may have a mix of national and regional ads," he said.

The biggest difference for regionally-targeted advertisers will likely be in the impressions their ads receive. Regionally-targeted ads will probably receive significantly fewer overall impressions, Holden says, but, "It delivers more clicks because it's a regionally specific offer, and it will deliver more relevant leads."

For example, without regional targeting, Lee says, "If I'm a New York lawyer, I buy the generic keyword 'lawyer', and my headline says 'New York Lawyer,' no one who's not in New York will click on it, so I'll be penalized for relevancy." In other words, because the ad receives few clicks, the ad will



receive lower placement in Google's ranking system.

With regional targeting, Lee said, even those New Yorkers who searched for the generic term "lawyer" might be more likely to click on an ad that said "New York lawyer" than on another that doesn't have a specific local message. "That 'New York Lawyer' ad would never have won in a national bidding war," Lee said, "but in a regional war it might do better."

Whether that proves true remains to be seen, but Lee said, "This gives regional advertisers the potential to compete against national advertisers, because they can target their messages better."

**print this article | e-mail a colleague**

## ClickZ ClickZ News Archives

 **Don't miss the next ClickZ News column. Subscribe and receive full text columns in your inbox!**

◉ Subscribe        ○ Unsubscribe

your@email        **Send**

 

How are we doing? Send us feedback!.
Having trouble? Tell us about technical questions or bug reports.
Let us know about newsletter problems or issues.
**XML RSS** Receive news and information via ClickZ XML/RSS feeds. Click here to see the list.

**JupiterWeb networks:**

 |  | **ClickZ** | **graphics**.com

**Search JupiterWeb:**        **Find**

Jupitermedia Corporation has four divisions:
JupiterWeb, JupiterResearch, JupiterEvents and JupiterImages

Copyright 2005 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | E-mail Offers