# EXHIBIT 13

P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S OPPOSITION TO GOOGLE, INC.'S TWO MOTIONS FOR SUMMARY JUDGMENT AND IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

W02-SF:5BA1\61452390.1                                    MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:  DIGITAL ENVOY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION; and

SUPPLEMENTAL DECLARATION OF TIMOTHY H. KRATZ IN OPPOSITION TO GOOGLE, INC.'S TWO MOTIONS FOR SUMMARY JUDGMENT AND IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION with its attached exhibits be filed under seal to protect information Google has designated as Confidential

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

-2-

W02-SF:5BA1\61452390.1                                              MANUAL FILING NOTIFICATION

1 | DATED: May 2, 2005

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4 | By    /s/ Brian Blackman
5 |      P. CRAIG CARDON
       BRIAN R. BLACKMAN

6 | TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
7 | LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
    MCGUIRE WOODS, L.L.P
8 | 1170 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30309
9 | Telephone: 404.443.5706
    Facsimile:  404.443.5751

10 | Attorneys for DIGITAL ENVOY, INC.

-3-