# EXHIBIT 15

```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 5

 6  TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
    LUKE ANDERSON (Admitted Pro Hac Vice)
 7  MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
 8  Atlanta, Georgia 30309
    Telephone: 404.443.5500
 9  Facsimile: 404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                        SAN JOSE DIVISION
```

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S OPPOSITION TO GOOGLE, INC.'S TWO MOTIONS FOR SUMMARY JUDGMENT AND IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

W02-SF:5BA1\61452390.1                                     MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:   DIGITAL ENVOY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION; and

SUPPLEMENTAL DECLARATION OF TIMOTHY H. KRATZ IN OPPOSITION TO GOOGLE, INC.'S TWO MOTIONS FOR SUMMARY JUDGMENT AND IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION with its attached exhibits be filed under seal to protect information Google has designated as Confidential

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

-2-

W02-SF:5BA1\61452390.1                                MANUAL FILING NOTIFICATION

| | |
|---|---|
| 1 | DATED: May 2, 2005 |

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By          /s/ Brian Blackman
                    P. CRAIG CARDON
                    BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

          Attorneys for DIGITAL ENVOY, INC.