1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS
15 |      Plaintiff/Counter defendant,       |
                                             | **DIGITAL ENVOY'S ADMINISTRATIVE
16 |   v.                                    | MOTION FOR AN ORDER FOR LEAVE
                                             | TO FILE DOCUMENTS UNDER SEAL
17 | GOOGLE, INC.,                           | SEAL IN CONNECTION WITH ITS
                                             | OPPOSITION TO GOOGLE, INC.'S TWO
18 |      Defendant/Counterclaimant.         | MOTIONS FOR SUMMARY JUDGMENT
                                             | AND IN SUPPORT OF ITS RULE 56(F)
19                                           | MOTION**

20

21      Pursuant to Local Rule 79-5(d), plaintiff Digital Envoy, Inc. ("Digital Envoy") files this
22 request for an order for leave to file under seal Digital Envoy's Rule 56(f) Motion and Exhibits 1,
23 9, 10, 12, 13, 14, and 15, attached to the Supplemental Declaration of Timothy H. Kratz In
24 Support Of Digital Envoy's Opposition to Google, Inc.'s Two Motions for Summary Judgment and
25 In Support of Its Rule 56(f) Motion.
26      Digital Envoy respectfully requests that Digital Envoy's Rule 56(f) Motion and Exhibits 1,
27 9, 10, 12, 13, 14, and 15, attached to the Declaration of Timothy H. Kratz In Support Of Digital
28

-1-

Envoy's Opposition to Google, Inc.'s Two Motions for Summary Judgment and In Support of Its Rule 56(f) Motion be filed under seal. These Exhibits have been designated Confidential by Defendant Google, Inc. ("Google") pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter.

For the foregoing reasons, Digital Envoy respectfully requests that the Court grant this request and order DIGITAL ENVOY'S RULE 56(F) MOTION AND EXHIBITS 1, 9, 10, 12, 13, 14, AND 15, ATTACHED TO THE DECLARATION OF TIMOTHY H. KRATZ IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE, INC.'S TWO MOTIONS FOR SUMMARY JUDGMENT AND IN SUPPORT OF ITS RULE 56(F) MOTION BE FILED UNDER SEAL TO PROTECT INFORMATION GOOGLE HAS DESIGNATED AS CONFIDENTIAL.

DATED: May 2, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.