1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,
                                           [PROPOSED] ORDER GRANTING
16     v.                                  PLAINTIFF AND COUNTER-
                                           DEFENDANT'S ADMINISTRATIVE
17 GOOGLE, INC.,                           MOTION FOR AN ORDER FOR LEAVE
                                           TO FILE DOCUMENTS UNDER SEAL IN
18          Defendant/Counterclaimant.     CONNECTION WITH ITS OPPOSITION
                                           TO GOOGLE, INC.'S TWO MOTIONS
19                                         FOR SUMMARY JUDGMENT AND IN
                                           SUPPORT OF ITS RULE 56(F) MOTION
20

21

22
         Having considered Plaintiff and Counter-defendant's Administrative Motion For An Order
23
   For Leave To File Documents Under Seal In Connection With Its Opposition To Google's Second
24
   Motion For Summary Judgment and In Support Of Its Rule 56(f) Motion, the Court HEREBY
25
   ORDERS:
26
         1.     that Digital Envoy's Rule 56(f) Motion and Exhibits 1, 9, 10, 12, 13, 14, and 15,
27
   attached to the Supplemental Declaration of Timothy H. Kratz In Support Of Digital Envoy's
28
                                          -1-

1  Opposition to Google, Inc.'s Two Motions for Summary Judgment and In Support of Its Rule 56(f)
2  Motion be filed under seal.  These Exhibits have been designated Confidential by Defendant
3  Google, Inc. ("Google") pursuant to the Stipulation and Protective Order Regarding
4  Confidentiality filed August 23, 2004 in this matter.

6  DATED: May __, 2005

                                By _____
                                      The Honorable Richard Seeborg
                                      United States Magistrate Judge

-2-

W02-SF:5BA1\61452376.1        [PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-
                              DEFENDANT'S ADMINISTRATIVE MOTION FOR AN ORDER FOR LEAVE
                              TO FILE DOCUMENTS UNDER SEAL I/C/W ITS OPPOSITION TO
                              GOOGLE'S TWO SJMs AND I/S/O ITS RULE 56(F) MOTION