P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING DIGITAL ENVOY, INC.'S RULE 56(F) MOTION** |

-2-

1  Before the Court is plaintiff and counterdefendant Digital Envoy, Inc.'s Rule 56(f) Motion
2  seeking a continuance of Google's motions for summary judgment until such time as the
3  completion of fact discovery and a ruling on Digital Envoy's Motion to Compel. Having
4  considered the parties' moving and opposing papers and heard the argument of counsel, the Court
5  **ORDERS THAT,**
6  1.  Digital Envoy's Rule 56(f) Motion is GRANTED. Google's two pending
7  motions for summary judgment are continued until _____, 2005 at 9:30 a.m.

9  DATED: May __, 2005

12                              By  _____
                                     The Honorable Richard Seeborg
13                                   United States Magistrate Judge