P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **SECOND SUPPLEMENTAL DECLARATION OF TIMOTHY H. KRATZ IN OPPOSITION TO GOOGLE, INC.'S TWO MOTIONS FOR SUMMARY JUDGMENT AND IN SUPPORT OF DIGITAL ENVOY, INC.'S RULE 56(F) MOTION** |

I, Timothy H. Kratz, declare as follows:

1.    I am an attorney of law duly licensed to practice in the State of Georgia and admitted to practice before this court *pro hac vice*. I am a partner at the firm McGuireWoods LLP and attorney for the Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy"). I am over twenty-one years of ago and not under any disability. I have personal knowledge of all facts set forth herein.

-2-

1    2.    Attached to this declaration as Exhibit 1 is a true and correct copy of a print out
2  from the Google website, www.google.com, regarding AdWords.
3    3.    Attached to this declaration as Exhibit 2 is a true and correct copy of an email from
4  the Google website, www.google.com, regarding Internet advertising.
5    4.    Attached to this declaration as Exhibit 3 is a true and correct copy of the
6  "Frequently Asked Questions" page on the Google website, www.google.com.
7    5.    Attached to this declaration as Exhibit 4 are true and correct copies of pages 7, 37,
8  51, 57 and 58 of Google's Securities and Exchange Commission S-1 Registration.
9     I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct. Executed on May 3, 2005 at San Jose, California.

/s/ Timothy H. Kratz

Timothy H. Kratz

W02-SF:5BA1\61452506.1

-2-

SECOND DECL. OF TIMOTHY H. KRATZ AGAINST
GOOGLE'S SJM AND ISO RULE 56 MOTION.

# CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Second Supplemental Declaration Of Timothy Kratz In Support of Digital Envoy, Inc.'s Opposition to Google, Inc.'s Two Motions for Summary Judgment and in Support of its Rule 56(f) Motion. In compliance with General Order 45.X.B., I hereby attest that Timothy H. Kratz has concurred in this filing.

DATED: May 3, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.