# EXHIBIT 1

   It's All About Results™                                                    Contact Us - Help

AdWords Home

**Google AdWords FAQ: Google Ad Network**

**AdWords FAQ**

1. What is the Google ad network?
2. Where will my ads appear?

**AdWords Overview**
3. How much does participation in the ad network cost?
AdWords Advantages
4. How will ads be displayed on ad network sites?
Program Comparison
5. Can I choose the specific sites in the ad network where my ads appear?
Success Stories
6. How does Google target AdWords ads to content-based web pages?
**Getting Started**
7. How does participation in the ad network affect my account's performance?
Step-by-Step
8. Why is my clickthrough rate lower for content ads than search ads?
Pricing & Billing
9. How do I get AdWords ads to show up on my site?

Glossary

Keyword Tools

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

**Ad Guidelines**

1. **What is the Google ad network?**

Style & Grammar

Keyword Relevance

Content & Links

The Google ad network is made up of sites who partner with Google to publish targeted AdWords ads on their web pages. Google can target your ads to search results and Web content pages on a wide variety of sites to help you reach a vast and highly-targeted audience. We are constantly expanding the number of sites in our network through our premium services and our new online Google AdSense program. All web sites are reviewed and monitored according to the same rigorous standards, so as the network grows, your AdWords ads will continue to appear only on high-quality sites.

**Running a Campaign**

Optimization Tips

Account Navigation

Common Tasks

AdWords ads are always displayed on Google search results pages, but you can choose whether your Google AdWords campaigns also appear on our network of search sites, content sites, or both. Your ads are automatically eligible for our ad network, so if you want your ads to appear on Google, search, and content sites, you don't need to do a thing. To learn how to view or edit your distribution preferences, please click here.

Other ad network facts you might like to know:

- No additional fee to participate in this program.
- Pay per click, based on the maximum cost-per-click (CPC) you set.
- Some sites show as few as the top 3 ads per page, so the higher your average ad position, the more exposure you'll get.
- All ads are reviewed before appearing on sites in our ad network, so you may see your ad on Google first. Please note that if you edit a previously reviewed ad, your ad will show on ad network sites once it is reviewed again.

2. **Where will my ads appear?**

Your ads are automatically eligible to appear on sites in Google's ad network when you create your Google AdWords account. Your ad may be shown on search results pages for Google and on the content and search pages of Google's ad network sites. We recommend that you participate in Google's ad network to maximize the number of qualified customers who will see your ads.

Search sites in our ad network:

- America Online, Inc.
- Ask Jeeves
- AT&T Worldnet
- CompuServe
- EarthLink, Inc.
- Netscape
- Sympatico Inc.
- and more…

Content sites in our ad network:

- HowStuffWorks
- Mac Publishing (includes Macworld.com, MacCentral, JavaWorld, LinuxWorld)
- New York Post Online Edition
- Reed Business Information (includes Variety.com and Manufacturing.net)
- U.S.News & World Report online
- and more…

Please note that Content-Targeted AdWords is currently only available for AdWords campaigns targeted to English, French, and German languages.

3. **How much does participation in the ad network cost?**

   There is no fee to run your ads on sites in the Google ad network. Ad distribution is an added benefit of the Google AdWords program, and your ads are automatically eligible.

   You pay only when users click on your ad, regardless of how many times it appears, and you control how much you spend by choosing the maximum cost-per-click (CPC) and the daily budget that fit your advertising goals. For more information on AdWords pricing and billing, please click here.

4. **How will ads be displayed on ad network sites?**

   Ad placement and format vary by website. For example, on some ad network search sites, ads may appear as text links at the top of the search results page or as text ads above or beside search results. On some ad network content sites, these text ads may appear either above or to the side of the content on the page. Click here to see an example of what AdWords ads look like on one of our partner sites.

   Regardless of where your Google AdWords ads appear, they are always text-based, relevant, and unobtrusive – they never include annoying pop-ups. Ads are also priced and ranked in the same way as on Google (clickthrough rate multiplied by cost-per-click). This ensures that the most relevant ads are shown on each page.

5. **Can I choose the specific sites in the ad network where my ads appear?**

   At this time, it is not possible to select specific sites on which you want your ads to appear, and we do not guarantee placement on any sites. However, you do have the flexibility to decide which type of site displays your ads. Your ads will always appear on the Google search site, but you can choose whether your Google AdWords campaigns also appear on our network of search sites, content sites, or both. To view or edit your distribution preferences, please click here.

6. **How does Google target AdWords ads to content-based web pages?**

The technology that drives Content-Targeted AdWords comes from Google's award-winning search and page ranking technology. Based on a sophisticated algorithm, we can comprehend a page's meaning and then figure out which keywords relate best to the content page. Then, we match ads that are precisely targeted to the content page based on the associated keywords. This means that in addition to reaching customers who specifically search on your keywords, you can now reach customers who view Web content directly related to your AdWords ads. For example, if someone visits a web page on astronomy he/she would be served Google AdWords ads for telescopes. Content-Targeted Advertising benefits Web users by linking content with relevant products and services. This is great for Google advertisers like you, because you can now reach more prospective customers on more places on the Web. And, as always with AdWords, you only pay for clicks to your site.

7. **How does participation in the ad network affect my account performance?**

To ensure your advertising is as effective as possible for you and your users, we require that your account and individual keywords maintain a minimum CTR. However, because we only consider the CTR on Google search pages when evaluating your account and keywords, the performance of ads distributed to our ad network do not affect the CTR Google uses in evaluating your performance.

8. **Why is my clickthrough rate lower for content ads than search ads?**

You will see a line for Content-Targeted AdWords performance in your Ad Group reports, so you can easily track how your ads are performing on content sites. Due to the differences in user behavior on search results versus content sites, some advertisers may notice a difference between the clickthrough rate (CTR) for ads on search pages and those on content pages. However, since you only pay for the clicks, the additional clicks you get from targeted ads are generally beneficial. To see if Content-Targeted AdWords is right for your business, the best thing to do, if your company is set up for it, is to track how many clicks convert to sales both before and after running ads on the content sites in our network.

9. **How do I get AdWords ads to show up on my site?**

Google offers several ways for you to display AdWords ads on your site.

**Google AdSense**
A fast and easy way to unleash the true revenue potential of your web content pages. Web publishers of any size can apply online. Once approved, you can publish AdWords ads on your site within minutes. If your site receives more than 20 million page views a month, you may be eligible for premium service.

**Google Sponsored Links Program**
Websites that conduct a minimum of 5 million searches per month can display AdWords ads on their search results pages.

©2003 Google - AdWords Home - Terms and Conditions