# EXHIBIT 2

Google Answers: Internet Advertising    Page 1 of 3
Case 5:04-cv-01497-RS    Document 152-3    Filed 05/03/2005    Page 2 of 4



Log in | Google Answers Home

View Question

Ask a Question

## Q: Internet Advertising ( Answered ★★★★★, 0 Comments )

Sponsored Links:

| Job Search Engines | Lawyer Advertising | Job Search Engines $100K+ | $50-$300/Hr Job |
|---|---|---|---|
| The most local jobs of any major job site. Your dream job is waiting | The Leader in Law Firm Marketing! More calls equals more cases. | Over 18,000/month executive-level positions. Find the best-paid jobs! | Apply In Seconds. Start Today No Experience Necessary. F/ |
| CareerBuilder.com | www.rwlynch.com | www.TheLadders.com | MaximumPayJobs.con |

### Question

Subject: **Internet Advertising**
Category: Computers > Internet
Asked by: **denvoy-ga**
List Price: $5.00

Posted: 26 Jul 2004 13:48 PDT
Expires: 25 Aug 2004 13:48 PDT
Question ID: 379329

```
What is the difference between "contextual" advertising and
"information search"?  Is contextual advertising considered the same
as "information search" or is it somehow different?
```

### Answer

Subject: **Re: Internet Advertising**
Answered By: **easterangel-ga** on 26 Jul 2004 16:23 PDT
Rated: ★★★★★

```
Hi! Thanks for the question.

It seems that in marketing terms, the two concepts are very different.
In contextual advertising, the audience or viewer is being served up
by ads as he or she searches for information on the web. The
information being sought after could be about a product or could be
something very personal like info about a friend or data for a paper.
Nonetheless ads are served up in the hopes that the viewer will be
interested. It seems that in the present world this has been more used
in the internet.

Again in terms of marketing concepts, "information search" meanwhile
is a process wherein the viewer is actively seeking knowledge or info
on a particular product or company. Unlike in contextual advertising
when the customer is most of the time passively being fed with
marketing ads, information, in "information search" activities, the
customer is actively seeking knowledge whether online or offline about
a product he or she will buy.

I have found the following websites defining the characteristics of
"contextual advertising" and "information search".


-------------------------------
Contextual Advertising:

"For me, contextual advertising is when ads are delivered based on the
content of a web page that's being viewed, usually in an automated or
semi-automated manner. In other words, the ad system sees that you are
viewing a page about travel, which it knows by having examined the
words on the page or other factors. The system then delivers up in
some fashion an ad that's related to travel. That's the "contextual"
```

http://answers.google.com/answers/threadview?id=379329                5/3/2005

part of all this. The ad about travel fits the "context" or subject of the page."

"Google Throws Hat Into The Contextual Advertising Ring"
http://searchenginewatch.com/sereport/article.php/2183531

"A contextual ad system scans the text of a Web site for keywords and returns ads to the Web page based on what the user is viewing, either through ads placed on the page or pop-up ads. For example, if the user is viewing a site about sports, and the site uses contextual advertising, the user might see ads for sports-related companies, such as memorabilia dealers or ticket sellers."

"contextual advertising"
http://www.webopedia.com/TERM/C/contextual_advertising.html

--------------------------------
Information Search:

"The process by which a buyer seeks to identify the most appropriate supplier(s) once a need has been recognized. The information search process may vary based upon variables such as organizational size and buying situation."

"Dictionary of Marketing Terms"
http://www.marketingpower.com/live/mg-dictionary-view1527.php

Search terms used:
Contextual advertising
marketing glossary "information search"

I hope these links would help you in your research. Before rating this answer, please ask for a clarification if you have a question or if you would need further information.

Thanks for visiting us.

Regards,
Easterangel-ga
Google Answers Researcher

**denvoy-ga** rated this answer: ★★★★★

Thank you for your quick and thorough work!

## Comments                                                         Log in to add a comment
There are no comments at this time.

**Important Disclaimer:** Answers and comments provided on Google Answers are general information, and are not intended to substitute for informed professional medical, psychiatric, psychological, tax, legal, investment, accounting, or other professional advice. Google does not endorse, and expressly disclaims liability for any product, manufacturer, distributor, service or service provider mentioned or any opinion expressed in answers or comments. Please read carefully the Google Answers Terms of Service.

If you feel that you have found inappropriate content, please let us know by emailing us at answers-

editors@google.com with the question ID listed above. Thank you.

Search Google Answers for [ ] all questions [ Google Search ]

Google Home - Answers Help & Tips - Answers FAQ - Terms of Service - Privacy Policy
©2005 Google