# EXHIBIT 3



Google Answers: Frequently Asked Questions                                    Google Answers Home

# Google Answers: Frequently Asked Questions

**About Google Answers**

1. What is Google Answers?
2. Do I need to create an account to use Google Answers?
3. How do I create a Google Account to use with Google Answers?
4. Do I need to log in to Google Answers every time I visit?
5. What happens if I check the "Remember me" box on the login page?
6. Why am I being asked to reenter my password?
7. How do I contact Google with more questions about Google Answers?
8. Where do I find Google Answers' Terms of Service?

**Asking a question**

1. What questions can I ask?
2. How do I clarify my own question?
3. Do you answer medical, financial, or legal questions?
4. What are locked questions?
5. Will Google Answers answer my homework questions?

**Pricing a question**

1. How much do answers cost?
2. How much should I pay for my question? What price should I set?
3. Will I be charged for more than one answer?
4. Is my credit card information safe?

**Google Answers Researchers**

1. Who will answer my question?
2. What is the difference between a Google Answers Researcher and a registered user?
3. Are Researchers experts in their field?
4. How does Google make sure Researchers provide high quality answers?
5. How do I sign up to become a Researcher?

**Answers to your questions**

1. How will I know when my question has been answered?
2. What if a question doesn't have a clear answer?
3. The Researcher only partially answered my question. How do I get further clarification?
4. How do I rate an answer?
5. What if I don't like my answer? Can I get a refund?
6. How do I tip my Researcher?

**Comments to questions**

1. What is the difference between an "answer" and a "comment"?
2. Do I get charged for comments on my question?
3. I posted my question and a registered user answered it in a comment. Can I cancel my question to the paid Researchers?
4. How do I provide comments on questions?

### Your privacy

1. What is Google Answers' Privacy Policy?
2. Will my question and answer be publicly viewable?
3. Will others be able to see my email address if I ask a question?
4. Should I post my email address to Google Answers if someone asks for it?

### Proper use of the site

1. What happens to users who spam Google Answers?
2. How do I report questionable content to editors at Google Answers?

### Your account

1. When am I billed?
2. How do I change my profile?
3. Can I change my Google Answers nickname?

^ back to top

## About Google Answers

1. **What is Google Answers?**
   Google's search engine is a great way to find information online. But sometimes even experienced users need help finding exactly the answer they want to a question. Google Answers is a way to get that help from Researchers with expertise in online searching. When you post a question to Google Answers, you specify how much you're willing to pay for an answer. A Researcher will search for the information you want. When they find it, they will post it to Google Answers, and you will be notified via email. You will only be charged for your question if and when an answer is posted to it.

   Your question will also be publicly viewable on the Google Answers website so other registered users can add their insights and share the benefit of the research. Users who provide comments will not be paid for their posts, but they may add interesting perspectives to the data gathered by the Researcher. Your identity and personal information will not be revealed to either the Researcher or the community of registered users at any time; instead you will be identified only by a Google Answers 'Nickname' that you select.

   While our Researchers will do their best to help with every request, some questions simply don't have clear answers (e.g., "Should I have married my high school sweetheart?"). And sometimes, the price posted for a question is too little to justify the time commitment required for an answer. It's also possible the answer to your question is simply not available. If you do receive an answer, but are not satisfied with it, you can first request additional research through an "Answer Clarification" request. If still unsatisfied, you can request to have your question reposted for a new

answer, you can apply for a refund, or you can give the answer a poor rating.

2. **Do I need to create an account to use Google Answers?**
   If you want to ask a question or add a comment, you will need to create an account. You don't need an account to read other people's questions, answers and comments. There is no charge for creating an account with Google Answers. You are only charged when you post a question to the site and an "Answer" is posted to it.

3. **How do I create a Google Account to use with Google Answers?**
   To create a Google Account, click "Sign up now!" on our log in page. All you need is an email address. There is no charge to create an account.

4. **Do I need to log in to Google Answers every time I visit?**
   We recommend you log in every time you visit Google Answers. It enables you to track your questions more effectively as well as use the full range of features on the site.

5. **What happens if I check the "Remember me" box on the login page?**
   If you check the "Remember me" box, Google Answers will remember who you are when you return to the site by setting a cookie to automatically log you in. This will make it easier to access and interact with your questions and other content on the site. You will still need to re-enter your password to do certain things on Google Answers: to view or edit your personal account information (e.g. password, email address, personal address), to view or edit your credit card information, and to post a question to the site and authorize a credit card transaction. If you do not check the "Remember me" box, you will need to log in each time you return to the site.

6. **Why am I being asked to reenter my password?**
   If you have checked the "Remember me" option in the login box, Google Answers will still periodically ask you to reenter your password for your own protection. This can happen in the following instances: when you view or edit your personal account information (e.g. password, email address, personal address), when you view or edit your credit card information, or when you post a question to the site and authorize a credit card transaction.

7. **How do I contact Google with more questions about Google Answers?**
   Please e-mail us at: answers-support@google.com.

8. **Where do I find Google Answers' Terms of Service?**
   The Terms of Service for Google Answers can be found at http://answers.google.com/answers/termsofservice.html.

^ back to top

## Asking a question

1. **What questions can I ask?**
   You can ask any question that can be answered with words or numbers. And you can edit your question's parameters at any time as long as it is not 'locked.' That is, as long as it is not being worked on by a Researcher, you can change the question's price or its category. Most askers are looking for a specific piece of information like, "How much tea was sold in China last year?" or "Why is the sky blue?". Our Researchers are not necessarily experts in the field related to your question, but they are experts in locating hard to find information on the web. If the answer to your question is online, chances are pretty good they'll find it. Keep in mind that Google Answers is not a substitute for professional advice or services, nor will we knowingly provide answers to

assist in illegal activities. We reserve the right to delete questions on a case-by-case basis if they do not comply with our editorial policy and guidelines for "Proper Use," as specified in our Terms of Service.

Google Answers discourages and may remove questions that:
- request private information about individuals
- want assistance in conducting illegal activities
- are meant to sell or advertise products
- refer or relate to adult content
- are homework or exam questions
- seek specific information about Google or Google Answers (email answers-support@google.com instead)

2. **How do I clarify my own question?**
   You may decide that your question is not clear or specific enough or that it just needs a little change. We do not provide a way for you to modify the original text of your question, but you do have a way to clarify your question with a Question Clarification posting. To clarify your question, first log in and then click on the "My Questions" tab on your account page. Click on the link to the question you wish to clarify. Click the "Clarify Question" button just above your question, enter the new information you wish to add in the box provided and click the "Post Clarification" button once you have finished. If you decide you want to discard your clarification before posting it, click the "Cancel Clarification" button.

   Sometimes a Researcher will issue a Request for Question Clarification on your question. When you log in, click the "My Questions" tab. Select the question you wish to clarify and follow the procedure as described above to post your clarification.

3. **Do you answer medical, financial, or legal questions?**
   We will provide background information and links to other sources for questions of a professional nature, but Google Answers is not a substitute for professional advice and counsel. If you have a question of this nature, we strongly recommend you consult a professional.

4. **What are locked questions?**
   Questions that Researchers are currently answering are locked to ensure that only one Researcher works on them at a time. Right now, questions are locked for four hours unless the question price is $100 or more, in which case the question is locked for eight hours. During this period, no other Researcher can answer the locked question, nor can other users make comments. Once the Researcher responds to the question, its status changes from "locked" to "answered." If the Researcher does not answer the question in the locked time period, then the question's status reverts to "unanswered" and another Researcher can choose to answer it.

5. **Will Google Answers answer my homework questions?**
   It is not always possible for Google Answers to tell when a question posted to the site is a "homework" question. In general, we recommend that you use Google Answers as a tool to assist you with your homework rather than as a substitute for you doing your homework yourself. Please note that we reserve the right to remove questions from the site for any reason, and questions that are clearly homework may be subject to deletion.

^ back to top

**Pricing a question**

1. **How much do answers cost?**
   There is a non-refundable listing fee of $0.50 per question plus an additional 'price' you set for your question that reflects how much you're willing to pay for an answer. At present, that price can be as low as $2 or as high as $200. If you decide you are willing to pay more for an answer after setting your price, you can increase the amount any time your question is not 'locked' (being actively worked on by a Researcher). You'll only be charged the price you set when and if your question is answered to your satisfaction. However, there is a non-refundable listing fee of $0.50 that is charged even if your question is not answered.

2. **How much should I pay for my question? What price should I set?**
   The more research required to find an answer, the higher the price you should set for your question. Three-quarters of your question price goes directly to the Researcher who answers your question; the other 25 percent goes to Google to support the service. Setting a price too low to compensate for the time required may result in your question not receiving an answer. The more you are willing to pay, the more likely your question is to get answered quickly.

3. **Will I be charged for more than one answer?**
   No. You can only be charged for an "answer", and only one answer can be provided to a question. You will be charged the amount you specified when posting your question when a Researcher posts an answer to your question on the Google Answers site. All comments posted to your question are free.

4. **Is my credit card information safe?**
   We understand that making a purchase online involves a great deal of trust on your part. We take this trust very seriously, and make it our highest priority to ensure the security and confidentiality of the information you provide. Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the Google Answers system. This protects your credit card and other personal information. Once we receive your information, we not only store it behind a firewall, but we also encrypt the sensitive credit card information.

   When credit cards are submitted through our secure online form, they are checked against the account information by our third-party credit card processor. If information submitted is invalid, the credit card will not be accepted.

   The information you provide us with will only be used by Google in an effort to serve you better. We don't share or sell your personal information. For more details please see our Privacy Policy.

                                                                                              ^ back to top

## Google Answers Researchers

1. **Who will answer my question?**
   Your question will be answered by a Researcher. Google Answers Researchers are experts at locating hard-to-find information on the web, and through offline resources as well. Your question may also receive comments from other registered users who can volunteer suggestions and advice at no additional charge to you. Researchers must go through an application process that tests their research skills and the quality of their answers. Google also spot-checks their answers once they've been approved. If a Google editor sees a problem with an answer, that answer will be pulled and your question will be put back into the system. You are strongly encouraged to provide feedback on the quality of the response you receive by ranking the answer returned by the Researcher. If the Researcher's rating falls below a certain level or the Researcher has several returned questions, he or she will no longer be allowed to respond to questions as part of the

Google Answers service.

2. **What is the difference between a Google Answers Researcher and a registered user?**
   Google Answers Researchers are screened and approved independent contractors who are paid for posting "answers" to the site. Registered users can ask questions and post comments to the site. However, they cannot post "answers." Users are neither paid for comments that they post, nor are they charged for comments that are posted to the questions that they ask.

3. **Are Researchers experts in their field?**
   All Google Researchers are tested to ensure that they are expert searchers with excellent communication skills. Some of them also have expertise in various fields. Your question may be answered by an expert in a particular field or by an expert searcher. Either way, if you are unsatisfied with your answer for any reason, you may apply for a full refund.

4. **How does Google make sure Researchers provide high quality answers?**
   Google Answers has a stringent process for screening Researchers before they're allowed to participate. Each applicant must write an essay explaining why he or she wants to take part in the program and successfully answer a number of test questions. Once Researchers begin answering live questions, you're encouraged to rate their responses to ensure they continue to provide useful information. If an individual's rating falls below an acceptable level, he or she will no longer be allowed to participate as a Researcher.

5. **How do I sign up to become a Researcher?**
   Because of an overwhelming response by qualified candidates, we are temporarily not accepting additional applications. Please check back with us again, as we likely will begin accepting applications again in the near future.

^ back to top

## Answers to your questions

1. **How will I know when my question has been answered?**
   You will be sent an email that a Researcher has answered your question. If you prefer not to receive email from Google, you can set this as a preference in your profile when you first open a Google Answers account, or go to "My Account" and change your preferences on the tab "My Profile".

2. **What if a question doesn't have a clear answer?**
   Some questions simply don't have clear, straightforward answers that can be answered through an online search or through another reference source (e.g. "Which is prettier - blue or green?"). In such cases, Researchers will attempt to provide links to useful background information on the question.

3. **The Researcher only partially answered my question. How do I get further clarification?**
   You have the option to make a comment or request a clarification once you receive your answer from a Researcher. To request further clarification, log in and go to "My Account". When you see the list of questions you have asked, click on the question with the answer you wish to clarify. Once you have clicked on the question, look at the Answer section and click on the "Request Answer Clarification" button. Then enter the clarification you desire into the box. The Researcher will be alerted that a clarification has been requested.

4. **How do I rate an answer?**

First, log in to your Google Answers account. On the "My Questions" page, you'll see a list of all the questions you've asked so far. Click on the question whose answer you want to rate. Rate the answer and add a comment in the dialog box to explain your rating. Then click the "Submit Rating" button to post your rating to the site. Please remember that you cannot revise your rating. Therefore, you should only rate an answer after you have completed the "Answer Clarification" process and are satisfied with the researcher's work.

5. **What if I don't like my answer? Can I get a refund?**
   If you are not fully satisfied with your answer for whatever reason, the first step is to request a clarification of your answer from the original Researcher. If you are still dissatisfied after clarification, you can request your question be re-posted once again. If you receive a second answer and are still not satisfied, you may apply for a full refund, less the non-refundable $0.50 listing fee, using our refund request form. Finally, you can give the Researcher a poor rating. If you want a refund, you'll be asked to explain why you were unsatisfied with your answer, and this information, along with the question and returned answer, will be posted on the Google Answers website. Google grants full refunds for all reasonable requests for up to 30 days after answers are posted.

6. **How do I tip my Researcher?**
   When you rate your answer, you can also tip the researcher who provided it. Just enter an amount between $1 - $100 in the tip box next to the rating. The researcher will receive 100% of the amount you tip them; Google will not take a percentage of the tip. Tips are not refundable. Thank you for tipping your researcher! They appreciate it.

^ back to top

## Comments to questions

1. **What is the difference between an "answer" and a "comment"?**
   Each question can receive only one formal "Answer" from a Researcher who can also provide follow up clarifications to their answer. Answers cost money. Comments can be posted by anyone with a Google Answers account. People who comment are not paid for their Comments, and they are not rated for the quality of their Comments by the asker. Comments are free - there is no charge to the asker of a question for Comments posted to their question.

2. **Do I get charged for comments on my question?**
   No, you are not charged for a "comment". You are only charged for an "answer". Answers and comments are not the same. Answers are provided by Google Answers-approved Researchers. Comments can be provided by any registered user on the site, which includes but is not limited to approved researchers. Thus, your fees for a posted question are as follows: $0.50 for posting the question to the site plus the price at which you have listed the question when and only when an "answer" is posted to it.

3. **I posted my question and a registered user answered it in a comment. Can I cancel my question?**
   Yes, you can cancel your question, as long as the question has not been locked or answered. You will still be charged the $.50 listing fee, but you will not need to pay the price to answer the question. To cancel your question, log into to your account and go to "My Account". When you see the list of questions you have asked, click on the question you wish to cancel. Then click on the "Cancel Question" button at the top of the page. Confirm your decision by clicking "Yes, Cancel Question."

4. **How do I provide comments on questions?**

You'll need to create an account as a registered user with Google Answers before you can provide comments. There is no fee to do this. Once registered, you can start commenting on any questions and answers posted in the system. (Note that old content may be closed from commenting). While you will not be compensated for providing comments, it is a good way to demonstrate your suitability to be a paid Researcher.

^ back to top

## Your privacy

1.  **What is Google Answers' Privacy Policy?**
    The privacy policy for Google Answers is the same for Google search. You can find this policy at http://www.google.com/privacy.html.

2.  **Will my question and answer be publicly viewable?**
    Yes. Your question and the corresponding answer will be posted on the web and viewable by the public. However, your personal information will never be posted with your question, so your privacy is protected. We are not answering questions privately at this time.

3.  **Will others be able to see my email address if I ask a question?**
    No. Google Answers users see only your Google Answers nickname. Google respects the privacy of our users and we have a comprehensive privacy policy that we encourage you to review at http://www.google.com/privacy.html.

4.  **Should I post my email address to Google Answers if someone asks for it?**
    To protect your privacy, we recommend that you not post your email address or any other personal information about yourself on Google Answers. The site is available for public viewing and may be indexed and crawled by search engines. Researchers are asked to not answer questions that contain or ask for personal contact information.

^ back to top

## Proper use of the site

1.  **What happens to people who spam Google Answers?**
    Users who spam Google Answers will have their posting privileges revoked. If you see evidence of spamming, please report it to us by sending us email at answers-editors@google.com.

2.  **How do I report questionable content to editors at Google Answers?**
    At the bottom of every question page we provide a link to answers-editors@google.com. We encourage you to use this link whenever you see questionable content posted to the site. In your email, please provide information about the question, its ID number, and the reason you find the content questionable.

^ back to top

## Your account

1.  **When am I billed?**
    Google Answers lists all your transactions on your "My Invoices" page. For your convenience, your balance accrues with us until it reaches $25.00 or until the end of our 30-day billing cycle. At that point, your credit card is charged. Your account is charged $0.50 for every question you post with us. You will be charged the amount you have listed as your question "Price" when a

Researcher posts an answer to it. You are only charged for one answer per question. Any comments posted to your question are free. Please note: there are no subscription fees for this service. You are charged on a per question basis only.

2. **How do I change my profile?**
   If you click on "My Account", you will see a tab labeled "My Profile." Click there to change your profile information (e.g., your email address or billing information).

3. **Can I change my Google Answers nickname?**
   At the moment, you cannot change the nickname you chose when you first signed up. Feel free to check back with us to find out when this will be possible.

^ back to top

Google Home - Answers Help & Tips - Answers FAQ - Terms of Service - Privacy Policy - Become a Researcher

©2003 Google