# EXHIBIT 4

Table of Contents

# SUMMARY

*This summary highlights information contained elsewhere in this offering circular and does not contain all of the information you should consider in deciding whether to accept or reject the rescission offer. You should read this summary together with the more detailed information, including our financial statements and the related notes, elsewhere in this offering circular. You should carefully consider, among other things, the matters discussed in "Risk Factors."*

## Google Inc.

Google is a global technology leader focused on improving the ways people connect with information. Our innovations in web search and advertising have made our web site a top Internet destination and our brand one of the most recognized in the world. We maintain the world's largest online index of web sites and other content, and we make this information freely available to anyone with an Internet connection. Our automated search technology helps people obtain nearly instant access to relevant information from our vast online index.

We generate revenue by delivering relevant, cost-effective online advertising. Businesses use our AdWords program to promote their products and services with targeted advertising. In addition, the thousands of third-party web sites that comprise our Google Network use our Google AdSense program to deliver relevant ads that generate revenue and enhance the user experience. Advertisers in our AdWords program pay us a fee each time a user clicks on one of their ads displayed either on our web sites or on the web sites of Google Network members that participate in our AdSense program. When a user clicks on an ad displayed on a web site of a Google Network member, we retain only a small portion of the advertiser fee, while most of the fee is paid to the Google Network member.

Our mission is to organize the world's information and make it universally accessible and useful. We believe that the most effective, and ultimately the most profitable, way to accomplish our mission is to put the needs of our users first. We have found that offering a high-quality user experience leads to increased traffic and strong word-of-mouth promotion. Our dedication to putting users first is reflected in three key commitments we have made to our users:

- We will do our best to provide the most relevant and useful search results possible, independent of financial incentives. Our search results will be objective and we will not accept payment for inclusion or ranking in them.
- We will do our best to provide the most relevant and useful advertising. Whenever someone pays for something, we will make it clear to our users. Advertisements should not be an annoying interruption.
- We will never stop working to improve our user experience, our search technology and other important areas of information organization.

We believe that our user focus is the foundation of our success to date. We also believe that this focus is critical for the creation of long-term value. We do not intend to compromise our user focus for short-term economic gain.

## Corporate Information

We were incorporated in California in September 1998. In August 2003, we reincorporated in Delaware. Our principal executive offices are located at 1600 Amphitheatre Parkway, Mountain View, California 94043, and our telephone number is (650) 623-4000. We maintain a number of web sites including *www.google.com* . The information on our web sites is not part of this offering circular.

Google ® is a registered trademark in the U.S. and several other countries. Our unregistered trademarks include: AdSense, AdWords, Blogger, Froogle, Gmail, I'm Feeling Lucky and PageRank. All other trademarks, trade names and service marks appearing in this offering circular are the property of their respective holders.

7

Table of Contents

the purchaser owns the securities and fails to accept such offer within 30 days of its receipt, that purchaser will no longer have any right of rescission under District of Columbia law. If the purchaser receives such offer at a time when the purchaser does not own the securities, that purchaser will no longer have any right of rescission under District of Columbia law unless the purchaser rejects the offer in writing within 30 days of its receipt.

We believe this rescission offer complies in all material respects with the rescission offer requirements of the District of Columbia Securities Act of 2000.

*Maryland*

Under Maryland law, an issuer is civilly liable to a purchaser of its securities sold in violation of the registration or qualification requirements of the Maryland Securities Act. The purchaser may sue either at law or in equity to recover the consideration paid for such securities, together with interest at the rate of 10% per year from the date of payment, costs and reasonable attorneys' fees, less the amount of any income received on the securities, or for damages if the purchaser no longer owns the securities, at any time prior to the one year anniversary of the noncompliance with the registration or qualification requirements.

However, we may terminate the rights of the purchasers to seek additional remedies under the Maryland Securities Act by making a written rescission offer, before suit, to refund the consideration paid together with interest at the rate of 10% per year from the date of payment, less the amount of any income received on the securities. If the purchaser owns the securities and fails to accept such offer within 30 days of its receipt, that purchaser will no longer have any right of rescission under Maryland law. If the purchaser receives such offer at a time when the purchaser does not own the securities, that purchaser will no longer have any right of rescission under Maryland law unless the purchaser rejects the offer in writing within 30 days of its receipt.

We believe that this rescission offer complies in all material respects with the rescission offer requirements of the Maryland Securities Act.

*New York*

Under New York law, there is no requirement to register or qualify securities, and there is no provision for rescission offers. Accordingly, the rescission offer is being made with respect to individuals who purchased shares of our common stock in New York, pursuant only to federal rights of rescission. The acceptance or non-acceptance of the rescission offer by these individuals will have no effect under New York law.

**Funding the Rescission Offer**

The rescission offer will be funded from our existing cash balances. If all persons eligible to participate accept our offer to repurchase common stock or options to the full extent, our results of operations, cash balances or financial condition will not be affected materially.

**Directors, Officers and Major Stockholders**

One of our officers, who holds 52,783 shares of common stock, all of which shares are subject to rescission is eligible to participate in the rescission offer. We have been advised that this officer does not intend to accept the rescission offer. None of our directors are eligible to participate in this offer. If our eligible officer does not participate in the rescission offer but all other eligible persons accept the rescission offer in full, our officers and directors would not materially increase their respective ownership interests in Google.

37

Table of Contents

## Costs and Expenses

*Cost of Revenues.* Cost of revenues consists primarily of traffic acquisition costs. Traffic acquisition costs consist of amounts owed to our Google Network members. These amounts owed are primarily based on revenue share arrangements under which we pay our Google Network members most of the fees we receive from our advertisers whose ads we place on those Google Network member sites. In addition, certain AdSense agreements obligate us to make guaranteed minimum revenue share payments to Google Network members based on their achieving defined performance terms, such as number of search queries or advertisements displayed. We amortize guaranteed minimum revenue share prepayments (or accrete an amount payable to our Google Network member if the payment is due in arrears) based on the number of search queries or advertisements displayed on the Google Network member's web site. In addition, concurrent with the commencement of certain AdSense agreements we have purchased certain items from, or provided other consideration to, our Google Network members. These amounts are amortized on a pro-rata basis over the related term of the agreement.

The following table presents our traffic acquisition costs (in millions), traffic acquisition costs as a percentage of advertising revenues from Google Network web sites and traffic acquisition costs as a percentage of advertising revenues, for the periods presented.

|  | Year Ended December 31, | | | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|---|---|---|
|  | 2001 | 2002 | 2003 | June 30, 2004 | September 30, 2004 | September 30, 2003 | September 30, 2004 |
|  |  | (unaudited) |  | (unaudited) | | (unaudited) | |
| Traffic acquisition costs | — | $94.5 | $526.5 | $277.0 | $ 302.9 | $ 310.2 | $ 851.0 |
| Traffic acquisition costs as a percentage of advertising revenues from Google Network web sites | — | 91% | 84% | 80% | 79% | 83% | 80% |
| Traffic acquisition costs as a percentage of advertising revenues | — | 23% | 37% | 40% | 38% | 34% | 40% |

In addition, cost of revenues consists of the expenses associated with the operation of our data centers, including depreciation, labor, energy and bandwidth costs. Cost of revenues also includes credit card and other transaction fees related to processing customer transactions, as well as amortization of expenses related to purchased and licensed technologies.

Cost of revenues increased by $35.7 million to $362.1 million (or 44.9% of revenues) in the three months ended September 30, 2004, from $326.4 million (or 46.6% of revenues) in the three months ended June 30, 2004. This increase in dollars was primarily the result of additional traffic acquisition costs and the depreciation of additional information technology assets purchased in the current and prior periods and additional data center costs required to manage more Internet traffic, advertising transactions and new products and services. There was an increase in traffic acquisition costs of $25.9 million and an increase in data center costs of $6.1 million primarily resulting from the depreciation of additional information technology assets purchased in the current and prior periods.

Traffic acquisition costs decreased as a percentage of advertising revenues from Google Network web sites in the three months ended September 30, 2004 compared to the prior quarter because more of these revenues came from members with whom we generally have lower revenue share obligations. Also, the aggregate dollar amount by which guaranteed revenue share and other payments to Google Network members exceeded the fees we received from advertisers under certain AdSense agreements was less in the three months ended September 30, 2004 compared to the three months ended June 30, 2004, which contributed to the decrease in traffic acquisition costs as a percentage of advertising revenues from Google Network web sites. In addition, traffic acquisition costs decreased as a percentage of advertising revenues in the three months ended September 30, 2004, primarily because of proportionately lower advertising revenues from ads on our Google Network members' web sites compared to Google web sites and as a result of the reasons noted above.

51

Table of Contents

**Provision for Income Taxes**

We recorded an income taxes benefit of $37.0 million in the three months ended September 30, 2004 compared to a $90.4 million provision for income taxes and a 53% effective tax rate in the three months ended June 30, 2004, primarily as a result of a $46.0 million benefit recorded in the third quarter related to certain stock-based compensation charges recognized prior to the initial public offering. No reductions had been made previously to our provision for income taxes related to such charges and the associated tax benefit is only now being recognized as a result of our transformation from a private to a publicly-held company. As the accounting reflects a change in estimate to our provision for income taxes for the remainder of 2004, we will record an additional reduction to our provision for income taxes in the fourth quarter related to these stock-based compensation charges recognized prior to the initial public offering. In addition, as we continue to recognize stock-based compensation related to these options, we will also record a reduction to our provision for income taxes. We expect our effective tax rate for the fourth quarter and all of 2004 to be significantly lower than the 53% effective tax rate in the second quarter.

Our provision for income taxes decreased to $145.0 million, or an effective tax rate of 43% in the nine months ended September 30, 2004, from $178.8 million or an effective tax rate of 70% in the nine months ended September 30, 2003 primarily due to the reasons noted above and as a result of lower stock-based compensation charges in relation to income before income taxes.

Our provision for income taxes increased to $241.0 million or an effective tax rate of 70% during 2003, from $85.3 million or an effective tax rate of 46% during 2002, and from $3.1 million or an effective tax rate of 31% during 2001. The increases in provision for income taxes primarily resulted from increases in Federal and state income taxes, driven by higher taxable income year over year. Our effective tax rate is our provision for income taxes expressed as a percentage of our income before income taxes. Our effective tax rate is higher than the statutory rate because, in arriving at income before income taxes, we include in our costs and expenses significant non-cash expenses related to stock-based compensation, which are recognized for financial reporting purposes, but are not deductible for income tax purposes. The increases in our effective tax rates over each of 2001, 2002 and 2003 were primarily the result of an increase in stock-based compensation amounts.

A reconciliation of the federal statutory income tax rate to our effective tax rate is set forth in Note 11 of Notes to Consolidated Financial Statements included in this offering circular.

57

Google Inc. (Form: S-1/A, Received: 11/23/2004 15:07:55)    Page 66 of 189
Case 5:04-cv-01497-RS   Document 152-5   Filed 05/03/2005   Page 6 of 6

Table of Contents

## Quarterly Results of Operations

You should read the following tables presenting our quarterly results of operations in conjunction with the consolidated financial statements and related notes contained elsewhere in this offering circular. We have prepared the unaudited information on the same basis as our audited consolidated financial statements. You should also keep in mind, as you read the following tables, that our operating results for any quarter are not necessarily indicative of results for any future quarters or for a full year.

The following table presents our unaudited quarterly results of operations for the eleven quarters ended September 2004. This table includes all adjustments, consisting only of normal recurring adjustments, that we consider necessary for fair presentation of our financial position and operating results for the quarters presented. We believe that we experience increased levels of Internet traffic focused on commercial transactions in the fourth quarter and decreased levels of Internet traffic in the summer months. Prior to the second quarter of 2004, these seasonal trends may have been masked by the substantial quarter over quarter growth in our revenues.

| | Quarter Ended | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar 31, 2002 | Jun 30, 2002 | Sep 30, 2002 | Dec 31, 2002 | Mar 31, 2003 | Jun 30, 2003 | Sep 30, 2003 | Dec 31, 2003 | Mar 31, 2004 | Jun 30, 2004 | Sep 30, 2004 |
| | (in thousands, except per share amounts) (unaudited) | | | | | | | | | | |
| **Consolidated Statements of Income Data:** | | | | | | | | | | | |
| Revenues | $42,285 | $78,525 | $130,787 | $187,911 | $248,618 | $311,199 | $393,942 | $512,175 | $651,623 | $700,212 | $805,887 |
| Costs and expenses: | | | | | | | | | | | |
| Cost of revenues | 5,692 | 20,407 | 39,622 | 65,789 | 87,195 | 117,401 | 170,390 | 250,868 | 315,398 | 326,377 | 362,099 |
| Research and development(1) | 6,183 | 6,457 | 9,053 | 10,055 | 12,505 | 17,492 | 32,774 | 28,457 | 35,019 | 45,762 | 57,409 |
| Sales and marketing | 7,294 | 11,176 | 11,704 | 13,675 | 17,767 | 24,822 | 36,575 | 41,164 | 47,904 | 56,777 | 65,512 |
| General and administrative | 4,135 | 5,653 | 7,313 | 7,199 | 10,027 | 12,535 | 13,853 | 20,284 | 21,506 | 25,577 | 40,774 |
| Stock-based compensation(2) | 3,774 | 3,735 | 6,182 | 7,944 | 36,418 | 34,165 | 73,794 | 84,984 | 76,473 | 74,761 | 67,981 |
| Non-recurring portion of settlement of disputes with Yahoo | — | — | — | — | — | — | — | — | — | — | 201,000 |
| Total costs and expenses | 27,078 | 47,428 | 73,874 | 104,662 | 163,912 | 206,415 | 327,386 | 425,757 | 496,300 | 529,254 | 794,775 |
| Income from operations | 15,207 | 31,097 | 56,913 | 83,249 | 84,706 | 104,784 | 66,556 | 86,418 | 155,323 | 170,958 | 11,112 |
| Interest income, expense and other, net | (501) | (310) | (677) | (63) | (47) | 766 | 464 | 3,007 | 300 | (1,498) | 3,866 |
| Income before income taxes | 14,706 | 30,787 | 56,236 | 83,186 | 84,659 | 105,550 | 67,020 | 89,425 | 155,623 | 169,460 | 14,978 |
| Provision (benefit) for income taxes | 6,780 | 14,194 | 25,929 | 38,356 | 58,859 | 73,382 | 46,594 | 62,171 | 91,650 | 90,397 | (37,005) |
| Net income | $ 7,926 | $16,593 | $ 30,307 | $ 44,830 | $ 25,800 | $ 32,168 | $ 20,426 | $ 27,254 | $ 63,973 | $ 79,063 | $ 51,983 |
| Net income per share: | | | | | | | | | | | |
| Basic | $ 0.07 | $ 0.15 | $ 0.26 | $ 0.37 | $ 0.20 | $ 0.24 | $ 0.14 | $ 0.19 | $ 0.42 | $ 0.51 | $ 0.25 |
| Diluted | $ 0.04 | $ 0.08 | $ 0.13 | $ 0.19 | $ 0.10 | $ 0.12 | $ 0.08 | $ 0.10 | $ 0.24 | $ 0.30 | $ 0.19 |

(1) The results for the quarter ended September 30, 2003 includes $11.6 million of in-process research and development expense related to an acquisition.

(2) Stock-based compensation, consisting of amortization of deferred stock-based compensation and the reassessed values of options issued to non-employees for services rendered, is allocated in the table that follows. Stock-based compensation in any quarter is affected by the number of grants in the current and prior quarters, and the difference between the values of the underlying stock determined by the board of directors on the date of grant and the reassessed values used for financial accounting purposes for stock options granted prior to the date of our initial public offering. After the initial public offering, options have been granted at exercise prices equal to the fair market value of the underlying stock on the date of grant. The use of the accelerated basis of amortization results in significantly greater stock-based compensation in the first year of vesting compared to subsequent years.

58