UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:    PETER TORREANO                DATE:    5/4/05
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                 CASE #:   C 04-01497 RS

CASE TITLE:      DIGITAL ENVOY, INC.     VS.    GOOGLE, INC,

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

   TIMOTHY H. KRATZ                              DAVID H. KRAMER

   JOHN LOCKETT, III                             DAVID L. LANSKY

   P. CRAIG CARDON

### TODAY'S PROCEEDINGS

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.    {X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {X }    { }    1.  FOR PARTIAL SUMMARY JUDGMENT
{ }     {X }    { }    2.  FOR SUMMARY JUDGMENT
{ }     { }     { }    3.
{ }     { }     { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to              @              For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:   MATTER IS ARGUED BY COUNSEL.  COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:             Copies to: