| | |
|---|---|
| 1 | P. CRAIG CARDON, State Bar No. 168646 |
|   | BRIAN R. BLACKMAN, State Bar No. 196996 |
| 2 | KENDALL M. BURTON, State Bar No. 228720 |
|   | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, California  94111-4106 |
| 4 | Telephone:  (415) 434-9100 |
|   | Facsimile:   (415) 434-3947 |
| 5 | |
|   | TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*) |
| 6 | LUKE ANDERSON, (Admitted *Pro Hac Vice*) |
|   | MCGUIRE WOODS, LLP |
| 7 | 1170 Peachtree Street, N.E., Suite 2100 |
|   | Atlanta, Georgia  30309 |
| 8 | Telephone:  (404) 443-5500 |
|   | Facsimile:   (404) 443-5751 |
| 9 | |
|   | Attorneys for Plaintiff/Counterdefendant, |
| 10 | Digital Envoy, Inc. |
| 11 | DAVID H. KRAMER, State Bar No. 168452 |
|    | STEPHEN C. HOLMES, State Bar No. 200727 |
| 12 | WILSON SONSINI GOODRICH & ROSATI |
|    | Professional Corporation |
| 13 | 650 Page Mill Road |
|    | Palo Alto, CA 94304-1050 |
| 14 | Telephone:  (650) 493-9300 |
|    | Facsimile:   (650) 565-5100 |
| 15 | |
|    | Attorneys for Defendant/Counterclaimant |
| 16 | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.:  C 04 01497 RS |
|   | ) | |
| Plaintiff/Counterdefendant, | ) | **STIPULATION AND [PROPOSED]** |
|   | ) | **ORDER TO EXTEND TIME TO** |
| v. | ) | **FILE MOTIONS TO COMPEL** |
|   | ) | **DISCOVERY** |
| GOOGLE INC., | ) | |
|   | ) | |
| Defendant/Counterclaimant. | ) | |
|   | ) | |
|   | ) | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND    C:\NrPortbl\PALIB1\DAG\2655527_1.DOC
TIME TO FILE MOTIONS TO COMPEL DISCOVERY
C 04 01497 RS

Dockets.Justia.com

1  WHEREAS, the fact discovery cut-off in this action was April 29, 2005;

2  WHEREAS, pursuant to Civil L.R. 26-2, all motions to compel discovery are due on or
3  before May 10, 2005;

4  WHEREAS, the parties have agreed to extend the deadline to file motions to compel to
5  discovery until May 17, 2005;

6  NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and
7  request an order extending time to file motions to compel discovery until May 17, 2005.

9  Dated: May 13, 2005                     MCGUIRE WOODS, LLP

11                                          By: /s/ Timothy H. Kratz
                                                 Timothy H. Kratz

12                                          Attorneys for Plaintiff and Counterdefendant
                                            DIGITAL ENVOY, INC.

15  Dated: May 13, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

17                                          By: /s/ David H. Kramer
                                                 David H. Kramer

18                                          Attorneys for Defendant and Counterclaimant
19                                          GOOGLE INC.

22  Based on the foregoing, and good cause appearing therefore, the deadline to file any
23  motions to compel discovery in this action is extended to May 17, 2005.
24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated:_____, 2005               _____
                                           HONORABLE RICHARD SEEBORG
27                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND         1         C:\NrPortbl\PALIB1\DAG\2655527_1.DOC
TIME TO FILE MOTIONS TO COMPEL DISCOVERY
C 04 01497 RS

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order to Extend Time to File Motions to Compel Discovery. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: May 13, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ David H. Kramer
       David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.