1  P. CRAIG CARDON, State Bar No. 168646
   BRIAN R. BLACKMAN, State Bar No. 196996
2  KENDALL M. BURTON, State Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone: (415) 434-9100
   Facsimile: (415) 434-3947
5
   TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON, (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, LLP
7  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
8  Telephone: (404) 443-5500
   Facsimile: (404) 443-5751
9
   Attorneys for Plaintiff/Counterdefendant,
10 Digital Envoy, Inc.

11 DAVID H. KRAMER, State Bar No. 168452
   STEPHEN C. HOLMES, State Bar No. 200727
12 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
13 650 Page Mill Road
   Palo Alto, CA 94304-1050
14 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
15
   Attorneys for Defendant/Counterclaimant
16 Google Inc.

*E-FILED 5/13/05*

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN JOSE DIVISION

21

22 DIGITAL ENVOY, INC.,              )   CASE NO.: C 04 01497 RS
                                     )
23        Plaintiff/Counterdefendant,)   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER TO EXTEND TIME TO**
24    v.                             )   **FILE MOTIONS TO COMPEL**
                                     )   **DISCOVERY**
25 GOOGLE INC.,                      )
                                     )
26        Defendant/Counterclaimant. )
                                     )
27 _____ )

28

1  WHEREAS, the fact discovery cut-off in this action was April 29, 2005;

2  WHEREAS, pursuant to Civil L.R. 26-2, all motions to compel discovery are due on or
3  before May 10, 2005;

4  WHEREAS, the parties have agreed to extend the deadline to file motions to compel to
5  discovery until May 17, 2005;

6  NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and
7  request an order extending time to file motions to compel discovery until May 17, 2005.

9  Dated:  May 13, 2005                    MCGUIRE WOODS, LLP

11  By: /s/ Timothy H. Kratz
    Timothy H. Kratz

12  Attorneys for Plaintiff and Counterdefendant
    DIGITAL ENVOY, INC.

15  Dated:  May 13, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

17  By: /s/ David H. Kramer
    David H. Kramer

18  Attorneys for Defendant and Counterclaimant
    GOOGLE INC.

22  Based on the foregoing, and good cause appearing therefore, the deadline to file any
23  motions to compel discovery in this action is extended to May 17, 2005.
24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: May 13, 2005                    /s/ Richard Seeborg
                                           HONORABLE RICHARD SEEBORG
27                                         UNITED STATES ~~DISTRICT JUDGE~~
                                                          MAGISTRATE JUDGE

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order to Extend Time to File Motions to Compel Discovery. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: May 13, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
          David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.