1    P. CRAIG CARDON, Cal. Bar No. 168646
      BRIAN R. BLACKMAN, Cal. Bar No. 196996
2    KENDALL M. BURTON, Cal. Bar No. 228720
      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3    Four Embarcadero Center, 17th Floor
      San Francisco, California 94111-4106
4    Telephone:    415-434-9100
      Facsimile:     415-434-3947

6    TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
      LUKE ANDERSON (Admitted *Pro Hac Vice*)
7    MCGUIRE WOODS, L.L.P
      1170 Peachtree Street, N.E., Suite 2100
8    Atlanta, Georgia 30309
      Telephone: 404.443.5500
9    Facsimile: 404.443.5751

10   Attorneys for DIGITAL ENVOY, INC.

11                            UNITED STATES DISTRICT COURT

12                            NORTHERN DISTRICT OF CALIFORNIA

13                                     SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **NOTICE OF CONTINUANCE OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST AND SECOND SETS OF INTERROGATORIES AND ITS FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GOOGLE, INC.** <br><br> Date:         June 22, 2005 <br> Time:        9:30 a.m. <br> Courtroom:   4, 5th Floor <br><br> The Honorable Richard Seeborg |

-1-

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(a) and by agreement of the parties, Digital Envoy, Inc. ("Digital Envoy") is continuing the hearing on its Motion To Compel Further Responses To Its First And Second Sets Of Interrogatories And Its First And Second Sets Of Requests For Production Of Documents To Google, Inc. to **June 22, 2005 at 9:30 a.m**. in Courtroom 4, Fifth Floor of the United States District Court for the Northern District of California, United States Courthouse, 280 South First Street, San Jose, California.  Digital Envoy makes its motion pursuant to Fed. R. Civ. P. 37 and seeks an order compelling further responses from Google, Inc. to Digital Envoy's First and Second sets of Interrogatories and Requests for Production of Documents and for and award of attorney fees.

The motion is based upon the moving papers, the Declaration of Timothy H. Kratz, the pleadings on file herein, matters of which the court may take judicial notice, and upon such other and further oral and documentary argument and evidence as the Court may permit at the hearing of this motion.

DATED:  May 17, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.