P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947


TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **NOTICE OF CONTINUANCE OF HEARING ON DIGITAL ENVOY'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST GOOGLE, INC.** |
| v. | |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | Date:         June 22, 2005<br>Time:         9:30 a.m.<br>Courtroom:   4, 5th Floor<br><br>The Honorable Richard Seeborg |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(a) and by agreement of the parties, Digital Envoy, Inc. ("Digital Envoy") is continuing the hearing on its Motion for Sanctions Against Google, Inc. to **June 22, 2005 at 9:30 a.m**. in Courtroom 4, Fifth Floor of the United States District Court for the Northern District of California, United States Courthouse, 280 South First Street, San Jose, California.  Digital Envoy makes its motion pursuant to Fed. R. Civ. P. 37(a) and Civil Local Rules 7-8 and 37-3, and seeks an order sanctioning Google in the amount of $4,758.50, representing the total amount of attorney's fees Digital Envoy incurred as a result of

-1-

W02-SF:5BB\61454269.1

NOTICE OF CONTINUANCE OF MOTION FOR SANCTIONS AGAINST GOOGLE, INC.

Dockets.Justia.com

1  Google's failure and refusal to provide complete and adequate responses to Digital Envoy's first
2  and second sets of Request for Production of Documents and Interrogatories.
3       The motion is based upon the moving papers, the Declaration of Timothy H. Kratz, the
4  pleadings on file herein, matters of which the court may take judicial notice, and upon such other
5  and further oral and documentary argument and evidence as the Court may permit at the hearing of
6  this motion.

DATED: May 17, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By     /s/ Brian Blackman
       P. CRAIG CARDON
       BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.