1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   STEPHEN C. HOLMES, State Bar No. 200727 (sholmes@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                )   CASE NO.: C 04 01497 RS
12                                     )
            Plaintiff/Counterdefendant,)   **[PROPOSED]**
13                                     )   **ORDER GRANTING GOOGLE**
        v.                             )   **INC.'S MOTION TO PRECLUDE**
14                                     )   **AND/OR TO COMPEL**
                                       )
15 GOOGLE INC.,                        )   Judge:     Hon. Richard Seeborg
                                       )   Courtroom: 4, 5th Floor
16          Defendant/Counterclaimant. )   Date:      June 22, 2005
                                       )   Time:      9:30 a.m.
17                                     )
                                       )
18                                     )
                                       )
19

[PROPOSED] ORDER
CASE NO.: C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2658366_1.DOC

Dockets.Justia.com

Defendant and counterclaimant Google Inc.'s ("Google") Motion to Preclude and/or Compel came for hearing before this Court on June 22, 2005.

After consideration of the papers filed in connection with the motion, the argument of counsel, and all other matters presented to the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:  Google's motion is GRANTED.

Pursuant to Fed. R. Civ. Proc 37(c), Digital Envoy shall not offer at trial or any future proceeding in this case, evidence in support of the contentions specified in Google Interrogatory Nos. 8-10, 19;

OR

Pursuant to Fed. R. Civ. Proc 37(c), Digital Envoy shall provide complete and substantive further responses, without objection, to Google Interrogatory Nos. 8-10 and within ten days of the date of this Order, and shall be barred from offering at trial or any future proceeding in this case, any evidence not provided in those further responses.

AND

Digital Envoy shall provide further responses, without objection, to Google's Requests for Admission Nos. 3-4, and, if applicable, a complete and substantive further response, without objection, to Google Interrogatory No. 20, both within ten days of the date of this Order.

Dated: _____, 2005

_____
The Honorable Richard Seeborg
United States District Magistrate Judge