1

2

3

4

5

6

7

8

9

10

11

12

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER WERE ELECTRONICALLY PROVIDED TO:**

13

Brian R. Blackman     bblackman@sheppardmullin.com

14

P. Craig Cardon     ccardon@sheppardmullin.com, msariano@sheppardmullin.com

15

Charles Tait Graves     tgraves@wsgr.com

16

Stephen C. Holmes     sholmes@wsgr.com, pmarquez@wsgr.com

17

David H. Kramer     dkramer@wsgr.com, dgrubbs@wsgr.com

18

Michael S. Kwun     mkwun@google.com

19

David L. Lansky     dlansky@wsgr.com

20

Chan S. Park     cpark@wsgr.com

21

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

22

23

**Dated: 5/20/05**                              **Richard W. Wieking, Clerk**

24

25

**By:___DM_____**
       **Chambers**

26

27

28