DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **[PROPOSED] ORDER DENYING DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND DOCUMENTS REQUESTS, AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19 AND 26 AND *IN CAMERA* REVIEW** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | |
| | Judge: Hon. Richard Seeborg |
| | Courtroom: 4, 5th Floor |
| | Date: June 22, 2005 |
| | Time: 9:30 a.m. |

Plaintiff and counterdefendant Digital Envoy, Inc.'s ("Digital Envoy") Motion Compel Further Responses to Interrogatories and Documents Requests and Motion to Compel Further Responses to Requests for Production of Documents Nos. 3, 14, 18, 19 and 26 and *In Camera* Review came for hearing before this Court on June 22, 2005.

After consideration of the papers filed in connection with the motion, the argument of counsel, and all other matters presented to the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT: Digital Envoy's motions are DENIED.

Dated: _____, 2005                         _____
                                                    The Honorable Richard Seeborg
                                                    United States District Magistrate Judge