1 DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 650 Page Mill Road
Palo Alto, CA 94304-1050
4 Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19 AND 26** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date: June 22, 2005<br>Time: 9:30 a.m. |
| | **(CONFIDENTIAL VERSION)** |

**MANUAL FILING NOTIFICATION**

Regarding: Google Inc.'s Opposition to Digital Envoy's Motion to Compel Further Responses to Requests for Production of Documents Nos. 3, 14, 18, 19 and 26

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Item Under Seal.

Dated: June 1, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:      /s/ David H. Kramer
                                                David H. Kramer

                                       Attorneys for Defendant/Counterclaimant
                                       GOOGLE INC.