1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                )   CASE NO.: C 04 01497 RS
12                                     )
              Plaintiff/Counterdefendant, )  **DECLARATION OF MICHAEL S.
13                                     )   KWUN IN OPPOSITION TO
       v.                              )   DIGITAL ENVOY'S MOTION TO
14                                     )   COMPEL FURTHER RESPONSES
   GOOGLE INC.,                        )   TO REQUESTS FOR PRODUCTION
15                                     )   OF DOCUMENTS NOS. 3, 14, 18, 19
              Defendant/Counterclaimant. ) AND 26**
16                                     )
                                       )   Judge:     Hon. Richard Seeborg
17                                     )   Courtroom: 4, 5th Floor
                                       )   Date:      June 22, 2005
18                                     )   Time:      9:30 a.m.
                                       )
19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL KWUN IN                                    2665655_1.DOC
OPPOSITION TO DIGITAL ENVOY'S MOTION TO
COMPEL - C 04 01497 RS

I, Michael S. Kwun, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am litigation counsel at Google Inc. ("Google"), the defendant and counterclaimant in this action. One of my responsibilities is to oversee and coordinate Google's response to potential litigation threats. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I was involved in discussions with Google employees concerning a dispute with Digital Envoy in early February 2004. Upon becoming involved in those discussions, I became concerned that, notwithstanding what I believed to be a baseless position, Digital Envoy was likely to commence litigation against Google. Accordingly, starting in early February 2004, my actions, directions and communications concerning the dispute with Digital Envoy were in anticipation of such litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2005, at Mountain View, California.

                                                /s/ Michael S. Kwun
                                                    Michael S. Kwun

## **CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Declaration of Michael Kwun in Opposition to Digital Envoy's Motion to Compel. In compliance with General Order 45.X.B, I hereby attest that Michael Kwun has concurred in this filing.

DATED: June 1, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By: /s/ David H. Kramer
                                           David H. Kramer

                                       Attorneys for Defendant / Counterclaimant
                                       GOOGLE INC.