1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                )  CASE NO.: C 04 01497 RS
12                                     )
         Plaintiff/Counterdefendant,   )  **DECLARATION OF EDMOND**
13                                     )  **CHOI IN OPPOSITION TO**
      v.                               )  **DIGITAL ENVOY'S MOTION TO**
14                                     )  **COMPEL FURTHER RESPONSES**
   GOOGLE INC.,                        )  **TO REQUESTS FOR PRODUCTION**
15                                     )  **OF DOCUMENTS NOS. 3, 14, 18, 19**
         Defendant/Counterclaimant.    )  **AND 26**
16                                     )
                                       )  Judge:     Hon. Richard Seeborg
17                                     )  Courtroom: 4, 5th Floor
                                       )  Date:      June 22, 2005
18                                     )  Time:      9:30 a.m.
                                       )
19

20

21

22

23

24

25

26

27

28

DECLARATION EDMOND CHOI IN OPPOSITION TO                              2665658_1.DOC
DIGITAL ENVOY'S MOTION TO COMPEL
C 04 01497 RS

1  I, Edmond Choi, declare as follows:

2  1. I am a Legal Assistant with Google Inc. ("Google"), the defendant and counterclaimant in this action. One of my responsibilities is to respond to subpoenas and other requests for information for litigation purposes. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3  2. I understand that Digital Envoy has demanded in this case that Google produce its RFC 822 headers for the emails that appear on Google's privilege log, arguing that such header information appears as part of Google's emails as they are kept in the "usual course of business." It does not. At Google, RFC 822 headers are not displayed to email users unless they are specially requested. Likewise, absent special request, the headers are not printed with an email message.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 1, 2005, at Mountain View, California.

                                                /s/ Edmond Choi
                                                Edmond Choi

## **CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Declaration of Edmond Choi in Opposition to Digital Envoy's Motion to Compel. In compliance with General Order 45.X.B, I hereby attest that Edmond Choi has concurred in this filing.

DATED: June 1, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.