1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11
   DIGITAL ENVOY, INC.,                )  CASE NO.: C 04 01497 RS
12                                      )
            Plaintiff/Counterdefendant, )  **MANUAL FILING NOTIFICATION**
13                                      )  **OF THE DECLARATION OF**
        v.                              )  **DAVID DINUCCI IN OPPOSITION**
14                                      )  **TO DIGITAL ENVOY'S MOTION**
   GOOGLE INC.,                         )  **TO COMPEL FURTHER**
15                                      )  **RESPONSES TO REQUESTS FOR**
            Defendant/Counterclaimant.  )  **PRODUCTION OF DOCUMENTS**
16                                      )  **NOS. 3, 14, 18, 19 AND 26**
                                        )
17                                      )  Judge:      Hon. Richard Seeborg
                                        )  Courtroom:  4, 5th Floor
18                                      )  Date:       June 22, 2005
                                        )  Time:       9:30 a.m.
19  _____ )

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION OF
CONFIDENTIAL DECLARATION
CASE NO.: C04-01497

2666893_1.DOC

**MANUAL FILING NOTIFICATION**

Regarding:  Declaration of David Dinucci in Opposition to Digital Envoy's Motion To Compel Further Responses to Requests for Production of Documents Nos. 3, 14, 18, 19 and 26

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Item Under Seal.


Dated:  June 1, 2005                             WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


                                                 By:  _____/s/ David H. Kramer_____
                                                          David H. Kramer

                                                 Attorneys for Defendant/Counterclaimant
                                                 GOOGLE INC.