1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **[PROPOSED] ORDER DENYING DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND DOCUMENTS REQUESTS, AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19 AND 26 AND *IN CAMERA* REVIEW** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | |
| | Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date: June 22, 2005<br>Time: 9:30 a.m. |

[PROPOSED] ORDER
CASE NO.: C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2666930_1.DOC

Dockets.Justia.com

1  Plaintiff and counterdefendant Digital Envoy, Inc.'s ("Digital Envoy") Motion Compel
2  Further Responses to Interrogatories and Documents Requests and Motion to Compel Further
3  Responses to Requests for Production of Documents Nos. 3, 14, 18, 19 and 26 and *In Camera*
4  Review came for hearing before this Court on June 22, 2005.
5  After consideration of the papers filed in connection with the motion, the argument of
6  counsel, and all other matters presented to the Court, and good cause appearing therefore,
7  IT IS HEREBY ORDERED THAT:  Digital Envoy's motions are DENIED.

12  Dated: _____, 2005       _____
                                       The Honorable Richard Seeborg
13                                     United States District Magistrate Judge

[PROPOSED] ORDER
CASE NO.: C 04 01497 RS                - 1 -                C:\NrPortbl\PALIB1\DAG\2666930_1.DOC