1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., ) | CASE NO. C 04 01497 RS |
| ) | |
| Plaintiff/Counterdefendant, ) | **MANUAL FILING NOTIFICATION OF THE DECLARATION OF KIM MALONE IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST AND SECOND SETS OF INTERROGATORIES AND ITS FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GOOGLE INC.** |
| v. ) | |
| GOOGLE INC., ) | |
| Defendant/Counterclaimant. ) | |
| ) | Judge: Hon. Richard Seeborg |
| ) | Courtroom: 4, 5th Floor |
| ) | Date: June 22, 2005 |
| ) | Time: 9:30 a.m. |

MANUAL FILING NOTIFICATION OF
CONFIDENTIAL DECLARATION
CASE NO.: C04-01497RS

C:\NrPortbl\PALIB1\DAG\2666927_1.DOC

## MANUAL FILING NOTIFICATION

Regarding: Declaration of Kim Malone in Support of Google Inc.'s Opposition

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Item Under Seal.

Dated: June 1, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ David H. Kramer
         David H. Kramer

Attorneys for Defendant/Counterclaimant
GOOGLE INC.