# KRAMER DECLARATION EXHIBIT B

Dockets.Justia.com

Timothy H. Kratz
McGuireWoods LLP
1170 Peachtree Street, NE
Suite 2100
Atlanta, GA 30309
Telephone: (404) 443-5730
Facsimile: (404) 443-5784

Attorney for Plaintiff/Counterdefendant
Digital Envoy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br>    Plaintiff/Counterdefendant, <br><br>v. <br><br>GOODLE INC., <br><br>    Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br>**DIGITAL ENVOY'S RESPONSE TO GOOGLE'S FIRST SET OF REQUESTS FOR ADMISSION** |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant Digital Envoy Inc. ("Digital Envoy") responds to Google's First set of Requests for Admission as follows:

### RESPONSES TO REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1.

GOOGLE has paid all monthly fees due to DIGITAL ENVOY under the AGREEMENT.

### RESPONSE

Admitted.

**REQUEST FOR ADMISSION NO. 27.**

DIGITAL ENVOY has authorized various parties to utilize DIGITAL ENVOY'S data to geotarget advertisements across a network of third party sites.

**RESPONSE**

Admitted.

**REQUEST FOR ADMISSION NO. 28.**

Advertising.com has not breached its license agreement with DIGITAL ENVOY.

**RESPONSE**

Denied.

**REQUEST FOR ADMISSION NO. 29.**

Advertising.com uses DIGITAL ENVOY'S technology to geotarget advertisements to visitors of third party web sites participating in its advertising network.

**RESPONSE**

Denied.

**REQUEST FOR ADMISSION NO. 30.**

DIGITAL ENVOY does not believe that Advertising.com has "distribute[d], disclose[d] or otherwise ma[d]e available" DIGITAL ENVOY'S Database Libraries or any information contained therein to any third party, within the meaning of its license agreement with Advertising.com.

**RESPONSE**

Denied.

**REQUEST FOR ADMISSION NO. 31.**

Double Click has not breached its license agreement with DIGITAL ENVOY.