Dockets.Justia.com

**KRAMER DECLARATION EXHIBIT C**

| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | |
| 7 | Attorneys for Defendant/Counterclaimant Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **EXHIBIT C TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITIONS TO DIGITAL ENVOY'S MOTIONS TO COMPEL** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | Judge: Hon. Richard Seeborg |
| | Courtroom: 4, 5th Floor |
| | Date: June 22, 2005 |
| | Time: 9:30 a.m. |

**EXHIBIT C CONDITIONALLY LODGED UNDER SEAL
PURSUANT TO LOCAL RULE CIVIL L.R. 79-5(d)
AND MISCELLANEOUS ADMINISTRATIVE REQUEST FILED
ON JUNE 1, 2005**

# MANUAL FILING NOTIFICATION

Regarding: EXHIBIT C TO THE DECLARATION OF DAVID H. KRAMER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Item Under Seal.

Dated: June 1, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ David H. Kramer_____
          David H. Kramer

Attorneys for Defendant/Counterclaimant
GOOGLE INC.

-2-