Dockets.Justia.com

**KRAMER DECLARATION EXHIBIT D**

DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant/Counterclaimant. | CASE NO. C 04 01497 RS<br><br>**EXHIBIT D TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITIONS TO DIGITAL ENVOY'S MOTIONS TO COMPEL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date: June 22, 2005<br>Time: 9:30 a.m. |

**EXHIBIT D CONDITIONALLY LODGED UNDER SEAL
PURSUANT TO LOCAL RULE CIVIL L.R. 79-5(d)
AND MISCELLANEOUS ADMINISTRATIVE REQUEST FILED
ON JUNE 1, 2005**

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | |
| 3 | Regarding: EXHIBIT D TO THE DECLARATION OF DAVID H. KRAMER |
| 4 | This filing is in paper or physical form only, and is being maintained in the case file in |
| 5 | the Clerk's office. |
| 6 | If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 7 | For information on retrieving this filing directly from the Court, please see the Court's |
| 8 | main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 9 | This filing was not e-filed for the following reason: |
| 10 | Item Under Seal. |

Dated: June 1, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ David H. Kramer___
       David H. Kramer

Attorneys for Defendant/Counterclaimant
GOOGLE INC.

-2-