Dockets.Justia.com

**KRAMER DECLARATION EXHIBIT F**

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **EXHIBIT F TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITIONS TO DIGITAL ENVOY'S MOTIONS TO COMPEL** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date: June 22, 2005<br>Time: 9:30 a.m. |

**EXHIBIT F CONDITIONALLY LODGED UNDER SEAL
PURSUANT TO LOCAL RULE CIVIL L.R. 79-5(d)
AND MISCELLANEOUS ADMINISTRATIVE REQUEST FILED
ON JUNE 1, 2005**

# MANUAL FILING NOTIFICATION

Regarding: EXHIBIT F TO THE DECLARATION OF DAVID H. KRAMER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

Item Under Seal.

Dated: June 1, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/ David H. Kramer_____
David H. Kramer

Attorneys for Defendant/Counterclaimant
GOOGLE INC.