**KRAMER DECLARATION EXHIBIT G**



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

March 25, 2005

**VIA FACSIMILE (404) 443-5751 & MAIL**

Timothy H. Kratz
McGuireWoods, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309

Re: *Digital Envoy, Inc. v. Google Inc.*
United States District Court, Northern District of California
Case No.: C-04-01497

Dear Mr. Kratz:

Enclosed please find Google Inc.'s Privilege Log.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Lori Murray
Senior Paralegal

Enclosure
cc: P. Craig Cardon, Esq. (w/ enclosure)

| | | | | Digital Envoy, Inc. v. Google Inc. | |
|---|---|---|---|---|---|
| | | | | U.S. District Court - Northern District of California<br>Case No. C 04 01497 RS | |
| | | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | |
| Doc No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
| 1 | 11/10/2003 | Matt Cutts | Jeff Donovan, Esq. | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship and upcoming meeting with DE re same. | AC |
| 2 | 11/10/2003 | Matt Cutts | Jeff Donovan, Esq. | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship and upcoming meeting with DE re same. | AC |
| 3 | 11/10/2003 | Matt Cutts | Jeff Donovan, Esq. | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship and upcoming meeting with DE re same. | AC |
| 4 | 11/3/2003 | Matt Cutts | Jeff Donovan, Esq. | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship and upcoming meeting with DE re same. | AC |
| 5 | 2/13/2004 | Matt Cutts | Michael Kwun, Esq.<br>cc: Steve Schimmel<br>Matt Cutts<br>Keith Randall | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 6 | 11/3/2003 | Jeff Donovan, Esq. | Matt Cutts | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship. | AC |
| 7 | 11/3/2003 | Jeff Donovan, Esq. | Matt Cutts | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship. | AC |
| 8 | 11/10/2003 | Jeff Donovan, Esq. | Matt Cutts | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship and upcoming meeting with DE re same. | AC |
| 9 | 11/10/2003 | Jeff Donovan, Esq. | Matt Cutts | Email containing and reflecting advice of Jeffrey Donovan re Google/DE relationship and upcoming meeting with DE re same. | AC |
| 10 | 2/13/2004 | Matt Cutts | Michael Kwun, Esq.<br><br>cc: Steve Schimmel<br>Keith Randall | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 11 | 2/13/2004 | Matt Cutts | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 12 | 2/13/2004 | Matt Cutts | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 13 | 12/3/2003 | Sergey Brin | Larry Page<br>cc: Kulpreet Rana, Esq.<br>David Drummond, Esq.<br>Daniel Dulitz<br>Paul Haahr<br>Alexander MacGillivray, Esq.<br>Matt Cutts<br>Ben Gomes | Email seeking and containing advice of Kulpreet Rana and seeking advice of David Drummond and Alexander MacGillivray re website filtering policy and work performed in connection therewith. | AC |

| Doc No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | **LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS** | | |
| 14 | 12/3/2003 | Sergey Brin | Joan Braddi<br><br>cc: quality@google<br>Anurag Acharya<br>Matt Cutts<br>Jonathan Rosenberg<br>David Drummond, Esq. | Email seeking advice of David Drummond re spam elimination request and work to be performed in connection therewith. | AC |
| 15 | 2/13/2004 | Steve Schimmel | Matt Cutts | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 16 | 2/13/2004 | Steve Schimmel | Matt Cutts | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 17 | 10/18/2001 | Tim Armstrong | Ad-Tech@google<br>Cynthia Ross<br>Stacy Sullivan<br>Fabio Selmoni<br>Joan Braddi<br>Sadaf Fazal<br>Cara Murray<br>Pietro Dova<br>Doug Edwards<br>Kulpreet Rana, Esq.<br>Salar Kamangar<br>Cindy McCaffrey<br>Omid Kordestani<br><br>cc: Ad Team | Email seeking and reflecting advice of Kulpreet Rana re terms and conditions process and work to be performed in connection therewith. [Redacted document produced at GOOG 012378-12381.] | AC |
| 18 | 2/11/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun and Kulpreet Rana and seeking advice of Alexander MacGillivray re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 19 | 2/11/2004 | Michael Kwun, Esq. | Steve Schimmel<br>Kulpreet Rana, Esq. | Email seeking and containing advice of Michael Kwun and Kulpreet Rana and seeking advice of Alexander MacGillivray re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 20 | 2/11/2004 | Kulpreet Rana, Esq. | Grace Kawahira<br><br>cc: Alexander MacGillivray, Esq.<br>contractsgroup@google<br>Steve Schimmel | Email seeking and containing advice of Kulpreet Rana and seeking advice of Alexander MacGillivray re Google/ DE license agreement and work to be performed in connection therewith. | AC/WP |
| 21 | 2/10/2004 | Grace Kawahira | Kulpreet Rana, Esq.<br>Alexander MacGillivray, Esq.<br><br>cc: contractsgroup@google<br>Steve Schimmel | Email seeking advice of Kulpreet Rana and Alexander MacGillivray re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 22 | 2/10/2004 | Keith Randall | Steve Schimmel | Email seeking advice of Google Legal Department re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 23 | 2/10/2004 | Steve Schimmel | contractsgroup@ google | Email seeking advice of Google Legal Department re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 24 | 2/13/2004 | Steve Schimmel | Matt Cutts | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 25 | 2/13/2004 | Matt Cutts | Michael Kwun, Esq.<br><br>cc: Steve Schimmel<br>Matt Cutts<br>Keith Randall | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 26 | 2/13/2004 | Steve Schimmel | Michael Kwun, Esq. | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 27 | 2/13/2004 | Michael Kwun, Esq. | Steve Schimmel<br><br>cc: Matt Cutts<br>Keith Randall | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 28 | 2/13/2004 | Steve Schimmel | Matt Cutts<br>Keith Randall<br><br>cc: Michael Kwun, Esq. | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 29 | 2/13/2004 | Michael Kwun, Esq. | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 30 | 2/13/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 31 | 2/12/2004 | Keith Randall | Steve Schimmel<br><br>cc: Matt Cutts<br>Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 32 | 2/12/2004 | Steve Schimmel | Keith Randall<br>Matt Cutts<br><br>cc: Michael Kwun, Esq. | Email seeking and containing advice of Kulpreet Rana and Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 33 | 2/12/2004 | Michael Kwun, Esq. | Steve Schimmel | Email containing advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 34 | 2/12/2004 | Steve Schimmel | Matt Cutts | Email seeking and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 35 | 2/11/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 36 | 3/17/2004 | Michael Kwun, Esq. | Steve Schimmel<br><br>cc: Jeff Donovan, Esq. | Email containing and reflecting advice of Michael Kwun re pending DE action against Google | AC/WP |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 37 | 3/9/2004 | Steve Schimmel | Salar Kamangar<br><br>cc: Leslie Yeh | Email containing and reflecting advice of Kulpreet Rana re DE geolocation issues. | AC/WP |
| 38 | 3/8/2004 | Michael Kwun, Esq. | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re anticipated DE/Google litigation and issues associated therewith. | AC/WP |
| 39 | 3/4/2004 | Michael Kwun, Esq. | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re anticipated DE/Google litigation and issues associated therewith. | AC/WP |
| 40 | 3/4/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking advice of Michael Kwun re Google/DE relationship status and work to be performed in connection therewith. | AC/WP |
| 41 | 2/10/2004 | Steve Schimmel | Grace Kawahira | Email seeking and containing advice of Grace Kawahira (Contracts Manager) re Google/DE license agreement and amendments related thereto. | AC/WP |
| 42 | 2/6/2004 | Steve Schimmel | Steve Schimmel | Email seeking and containing advice of Kulpreet Rana re Google/DE license agreement and issues arising in connection therewith. | AC/WP |
| 43 | 1/14/2003 | Steve Schimmel | Alissa Lee, Esq. | Email seeking and containing advice of Alissa Lee re revised reinstatement agreement between Google and Digital Envoy and execution matters pertaining to same. | AC |
| 44 | 2/26/2004 | Steve Schimmel | Salar Kamangar | Email containing and reflecting advice of Kulpreet Rana re DE geolocation issues. | AC/WP |
| 45 | 2/25/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking advice of Michael Kwun re Google/DE license agreement and issues arising in connection therewith. | AC/WP |
| 46 | 2/23/2004 | Steve Schimmel | Salar Kamangar | Email containing and reflecting advice of Kulpreet Rana re DE geolocation issues. | AC/WP |
| 47 | 2/23/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and reflecting advice of Michael Kwun re DE geolocation issues. | AC/WP |
| 48 | 2/23/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun re Google/DE license agreement and issues arising in connection therewith. | AC/WP |
| 49 | 2/20/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun re Google/DE license agreement and issues arising in connection therewith. | AC/WP |
| 50 | 2/20/2004 | Michael Kwun, Esq. | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and issues arising in connection therewith. | AC/WP |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 51 | 2/20/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and reflecting advice of Michael Kwun re Google/DE license agreement and issues arising in connection therewith. | AC/WP |
| 52 | 2/19/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and reflecting advice of Michael Kwun re geotargeting status issues. | AC/WP |
| 53 | 2/18/2004 | Steve Schimmel | Keith Randall | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement status and work to be performed in connection therewith. | AC/WP |
| 54 | 2/18/2004 | Keith Randall | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement status and work to be performed in connection therewith. | AC/WP |
| 55 | 2/17/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and reflecting advice of Michael Kwun re Google/DE license agreement status and work to be performed in connection therewith. | AC/WP |
| 56 | 2/17/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 57 | 2/17/2004 | Steve Schimmel | Sridhar Ramaswamy | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 58 | 2/17/2004 | Steve Schimmel | Jeff Huber | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 59 | 2/16/2004 | Jeff Huber | Steve Schimmel | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 60 | 2/16/2004 | Steve Schimmel | Jeff Huber | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 61 | 2/16/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 62 | 2/16/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 63 | 2/13/2004 | Steve Schimmel | Keith Randall | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 64 | 2/13/2004 | Keith Randall | Steve Schimmel | Email seeking and reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 65 | 2/13/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 66 | 2/13/2004 | Steve Schimmel | Matt Cutts | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |
| 67 | 2/13/2004 | Steve Schimmel | Keith Randall | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |
| 68 | 2/13/2004 | Matt Cutts | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |
| 69 | 3/11/2004 | Steve Schimmel | Sridhar Ramaswamy<br>Vikram Asrani | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 70 | 3/11/2004 | Steve Schimmel | Vikram Asrani<br>Urs Hoelzle<br>cc: Sumit Agarwal | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 71 | 3/8/2004 | Steve Schimmel | Sumit Agarwal | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/IDE license agreement dispute. [Redacted document produced at GOOG 012383-12384.] | AC/WP |
| 72 | 3/8/2004 | Steve Schimmel | Sheryl Sandberg | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. [Redacted document produced at GOOG 012385-12386.] | AC/WP |
| 73 | 3/3/2004 | Steve Schimmel | Sridhar Ramaswamy | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 74 | 3/1/2004 | Steve Schimmel | Sridhar Ramaswamy | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 75 | 2/27/2004 | Steve Schimmel | Leslie Yeh<br>Salar Kamangar | Email reflecting advice of Michael Kwun and Kulpreet Rana re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |
| 76 | 2/26/2004 | Steve Schimmel | Sridhar Ramaswamy | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 77 | 2/26/2004 | Jeff Donovan, Esq. | Steve Schimmel | Email containing advice of Jeffrey Donovan re work performed in connection with Google/DE license agreement dispute. | AC/WP |
| 78 | 2/23/2004 | Steve Schimmel | Gokul Rajaram | Email relating to advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 79 | 2/23/2004 | Gokul Rajaram | Steve Schimmel | Email relating to advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 80 | 2/23/2004 | Steve Schimmel | Gokul Rajaram | Email relating to advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 81 | 2/23/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. | AC/WP |
| 82 | 2/19/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and reflecting advice of Michael Kwun re geotargeting status issues. | AC/WP |
| 83 | 2/11/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun and Kulpreet Rana re Google/DE license agreement and work to be performed in connection therewith. | AC |
| 84 | 2/16/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 85 | 2/13/2004 | Steve Schimmel | Michael Kwun, Esq. | Email containing and reflecting advice of Michael Kwun re Google/DE relationship and work to be performed in connection therewith. | AC/WP |
| 86 | 3/22/2004 | Steve Schimmel | Ken Crawford | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 87 | 3/22/2004 | Steve Schimmel | Ken Crawford | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | AC/WP |
| 88 | 2/11/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and containing advice of Michael Kwun and Kulpreet Rana re Google/DE license agreement and work to be performed in connection therewith. [Redacted document produced at GOOG 006695-6709.] | AC |
| 89 | 3/13/2004 | Steve Schimmel | Urs Hoelzle | Email containing and reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. [Redacted document produced at GOOG 006813-6814.] | AC/WP |
| 90 | 3/8/2004 | Steve Schimmel | Sumit Agarwal | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. [Redacted document produced at GOOG 006889-6890.] | AC/WP |
| 91 | 3/8/2004 | Steve Schimmel | Sheryl Sandberg | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. [Redacted document produced at GOOG 6891-6892.] | AC/WP |
| 92 | 2/13/2004 | Michael Kwun, Esq. | Steve Schimmel | Email containing and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. [Redacted document produced at GOOG 008095-8097.] | AC/WP |

3/25/2005

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 93 | 2/13/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. [Redacted document produced at GOOG 008098-8099.] | AC/WP |
| 94 | 2/13/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. [Redacted document produced at GOOG 008100-8101.] | AC/WP |
| 95 | 2/12/2004 | Steve Schimmel | Michael Kwun, Esq. | Email seeking and reflecting advice of Michael Kwun re Google/DE license agreement and work to be performed in connection therewith. [Redacted document produced at GOOG 008105-8117.] | AC/WP |
| 96 | 2/00/2004 | Urs Hoelzle | Steve Schimmel | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 97 | 3/1/2004 | Urs Hoelzle | Steve Schimmel | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 98 | 2/27/2004 | Urs Hoelzle | Steve Schimmel | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 99 | 2/00/2004 | Urs Hoelzle | Vikram Asrani | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 100 | 2/23/2004 | Urs Hoelzle | Vikram Asrani | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 101 | 3/27/2004 | Urs Hoelzle | Anna Itoi, Esq. cc: Chris Sacca, Esq. | Email containing and reflecting advice of Anna Itoi and David Drummond re Google IPO and work to be performed in connection therewith. | AC |
| 102 | 2/00/2004 | Urs Hoelzle | Vikram Asrani | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 103 | 2/00/2004 | Urs Hoelzle | Vikram Asrani | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 104 | 2/17/2004 | Urs Hoelzle | Steve Schimmel | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 105 | 2/16/2004 | Urs Hoelzle | Steve Schimmel | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | AC/WP |
| 106 | 11/00/2003 | Urs Hoelzle | Jeff Donovan, Esq. | Email seeking and reflecting advice of Jeffrey Donovan re Google/DE meeting and work to be considered in connection therewith. | AC |
| 107 | 3/27/2004 | Anna Itoi, Esq. | Urs Hoelzle cc: Chris Sacca, Esq. | Email containing and reflecting advice of Anna Itoi and David Drummond re Google IPO and work to be performed in connection therewith. | AC |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 108 | 3/15/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with the Google/DE license agreement dispute. | AC/WP |
| 109 | 3/12/2004 | Vikram Asrani | Steve Schimmel cc: Sridhar Ramaswamy Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 110 | 3/11/2004 | Steve Schimmel | Vikram Asrani Urs Hoelzle cc: Sumit Agarwal | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 111 | 3/3/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 112 | 3/1/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 113 | 3/1/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 114 | 2/27/2004 | Vikram Asrani | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 115 | 2/27/2004 | Vikram Asrani | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 116 | 2/27/2004 | Vikram Asrani | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 117 | 2/27/2004 | Vikram Asrani | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 118 | 2/26/2004 | Vikram Asrani | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 119 | 2/23/2004 | Vikram Asrani | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 120 | 2/17/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 121 | 2/16/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | AC/WP |
| 122 | 2/16/2004 | Steve Schimmel | Urs Hoelzle | Email reflecting advice of Michael Kwun re work performed under the direction of the Google Legal Department in connection with the Google/DE license agreement dispute. | AC/WP |
| 123 | 11/17/2003 | Jeff Donovan, Esq. | Urs Hoelzle | Email seeking and containing advice of Jeffrey Donovan re Google/DE meeting and work to be considered in connection therewith. | AC |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 124 | 11/17/2003 | Jeff Donovan, Esq. | Urs Hoelzle | Email containing advice of Jeffrey Donovan re Google/DE meeting and work to be considered in connection therewith. | AC |
| 125 | 1/14/2004 | meetingdb@google | Jen Fitzpatrick<br>Julia Gonzales<br>Alan Eustace<br>Cos Nicolaou<br>Bill Couthran<br>Urs Hoelzle<br>Larry Page<br>Ross Koningstein<br>Jeff Huber<br>Louis Perrochon<br>Anvi Shah<br>Amit Patel<br>Michael Frumkin<br>Narayana Shivakumar<br>Eric Veach<br>Sergey Brin<br>waynesworld@google | Email seeking and containing advice of Google Legal Department re pending litigation arising in connection with spam.<br>[Redacted document produced at GOOG 009638-9641.] | AC |
| 126 | 1/12/2004 | Mark Rose | | Discussion of Proximity Geo Targeting in Ads reflecting advice of Google Legal Department re patent work in progress.<br>[Redacted document produced at GOOG 010036-10041.] | AC |
| 127 | 3/9/2004 | Steve Schimmel | Salar Kamangar<br><br>cc: Leslie Yeh | Email reflecting advice of Michael Kwun and Kulpreet Rana re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |
| 128 | 4/3/2002 | Salar Kamangar | Tim Armstrong<br>Omid Kordestani<br>Larry Page<br>Sergey Brin<br>Jonathan Rosenberg<br>Eric Schmidt<br>Wayne Rosing<br><br>cc: David Drummond, Esq.<br>Miriam Rivera<br>Joan Braddi<br>John Barabina<br>Alan Louie | Email seeking advice of David Drummond and Miriam Rivera re local sales advertising issues. | AC |
| 129 | 4/3/2002 | Salar Kamangar | David Drummond, Esq. | Email seeking advice of David Drummond and Miriam Rivera re local sales advertising issues. | AC |
| 130 | 4/3/2002 | Salar Kamangar | Omid Kordestani | Email seeking and reflecting advice of David Drummond and Miriam Rivera re local sales advertising issues. | AC |
| 131 | 2/27/2004 | Leslie Yeh | Salar Kamangar<br>Steve Schimmel | Email reflecting advice of Michael Kwun and Kulpreet Rana re Google/DE license agreement dispute and work to be performed in connection therewith. | AC/WP |
| 132 | 4/3/2002 | Wayne Rosing | Omid Kordestani<br>Sergey Brin<br>Salar Kamangar | Email seeking and reflecting advice of David Drummond and Miriam Rivera re local sales advertising issues. | AC |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 133 | 4/3/2002 | Omid Kordestani | Sergey Brin<br>Salar Kamangar<br><br>cc: Tim Armstrong<br>Larry Page<br>Jonathan Rosenberg<br>Eric Schmidt<br>Wayne Rosing<br>David Drummond, Esq.<br>Miriam Rivera<br>Joan Braddi<br>John Barabina<br>Alan Louie | Email seeking and reflecting advice of David Drummond and Miriam Rivera re local sales advertising issues. | AC |
| 134 | 4/3/2002 | Sergey Brin | Salar Kamangar<br><br>cc: Tim Armstrong<br>Omid Kordestani<br>Larry Page<br>Jonathan Rosenberg<br>Eric Schmidt<br>Wayne Rosing<br>David Drummond, Esq.<br>Miriam Rivera<br>Joan Braddi<br>John Barabina<br>Alan Louie | Email seeking and reflecting advice of David Drummond and Miriam Rivera re local sales advertising issues. | AC |
| 135 | 2/25/04 - 2/26/04 | Mark Rose | Sridhar Ramaswamy<br><br>cc: reviewlog@google | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with the Google/DE license agreement dispute. | WP |
| 136 | 1/12/2004 | Mark Rose | | Discussion of Proximity Geo Targeting in Ads reflecting advice of Google Legal Department re patent work in progress.<br>[Redacted document produced at GOOG 010376-10381.] | AC |
| 137 | 3/9/2004 | Steve Schimmel | Salar Kamangar<br><br>cc: Leslie Yeh | Email reflecting advice of Michael Kwun and Kulpreet Rana re geolocation issues and work to be performed in connection therewith. | AC/WP |
| 138 | 2/27/2004 | Steve Schimmel | Leslie Yeh<br>Salar Kamangar | Email reflecting advice of Michael Kwun and Kulpreet Rana re geolocation issues and work to be performed in connection therewith. | AC/WP |
| 139 | 2/26/2004 | Salar Kamangar | Steve Schimmel<br><br>cc: Leslie Yeh | Email reflecting advice of Michael Kwun and Kulpreet Rana re geolocation issues and work to be performed in connection therewith. | AC/WP |
| 140 | 2/6/2004 | Steve Schimmel | Leslie Yeh | Email reflecting advice of Michael Kwun re geolocation issues. | WP |
| 141 | 12/12/2003 | Sumit Agarwal | Sukhinder Singh<br>Jeff Donovan, Esq.<br><br>cc: Bret Taylor<br>Leslie Yeh<br>Jeremy Wenokur | Email seeking advice of Jeffrey Donovan re potential acquisition. | AC |
| 142 | 2/27/2004 | Zhe Qian | Sridhar Ramaswamy<br><br>cc: Vikram Asrani | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 143 | 2/26/2004 | Vikram Asrani | Zhe Qian<br><br>cc: Sridhar Ramaswamy | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |

| Doc. No. | Date | Author | Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|
| | | | LOG OF GOOGLE INC.'S PRIVILEGED DOCUMENTS | | |
| 144 | 2/24/2004 | Zhe Qian | Vikram Asrani<br><br>cc: Sridhar Ramaswamy | Email reflecting advice of Michael Kwun re work performed under the direction of Google Legal Department in connection with Google/DE license agreement dispute. | WP |
| 145 | 1/20/2004 | Shrish Agarwal<br>Lawrence Greenfield<br>Sridhar Ramaswamy<br>Mark Rose | | Discussion of Ads for Local 2.0 Geotargeting Enhancement reflecting advice of Google Legal Department re patent work in progress. [Redacted document produced at GOOG 010187-10194.] | AC |
| 146 | Undated | Sumit Agarwal | Kulpreet Rana, Esq. | Geolocation testing material sent to Kulpreet Rana seeking and reflecting advice of counsel re contents thereof. | AC/WP |
| 147 | Undated | Matt Cutts | Kulpreet Rana, Esq. | Geolocation testing material prepared at direction of counsel. | WP |
| 148 | Undated | Matt Cutts | Kulpreet Rana, Esq. | Geolocation testing material prepared at direction of counsel. | WP |
| 149 | Undated | Sumit Agarwal | Kulpreet Rana, Esq. | Geolocation testing material sent to Kulpreet Rana seeking and reflecting advice of counsel re contents thereof. | AC/WP |
| 150 | 11/7/2003 | Shuman Ghosemajumde | Karen Roter Davis, Esq.<br>Mike Herman<br>Colin Wong<br>jeffs@google.com<br>cc: Brian Axe<br>Kulpreet Rana, Esq. | Email containing and reflecting advice of Karen Roter Davis re technical implementation matters. | AC |
| 151 | 2/3/2004 | Alana Karen | Lauren DeBonis<br>Gokul Rajaram<br>Joel Slovacek<br>Karen Roter Davis, Esq.<br>cc: Brian Axe<br>Michelle Vidano | Email seeking advice of Karen Roter Davis re privacy matters pertaining to IP addresses. | AC |