**KRAMER DECLARATION EXHIBIT H**

Dockets.Justia.com

**McGuireWoods LLP**
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309
Phone: 404.443.5500
Fax: 404.443.5599
www.mcguirewoods.com

John A. Lockett III
Direct: 404.443.5727

# McGUIREWOODS

jlockett@mcguirewoods.com
Direct Fax: 404.443.5781

March 25, 2005

**VIA FACSIMILE & U.S. MAIL**

David H. Kramer, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050

>  Re:  Digital Envoy, Inc. v. Google, Inc.
>       USDC Northern District of California Case No.: C-04-014997 RS

Dear David:

Enclosed please find Plaintiff's Privilege Log. Please call me if you have any questions.

Yours very truly,

John A. Lockett III

JAL/amh
cc:  Timothy H. Kratz, Esq. (w/encl.)
     P. Craig Cardon, Esq. (w/encl.)

::ODMA\PCDOCS\COMMERCIAL LIT\495613\1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

GOOGLE INC.,                              :

        Plaintiff,              :

                  :

      vs.                              :      CASE NUMBER: C 04 1497 RS

                  :

DIGITAL ENVOY, INC.,                      :

        Defendant.              :

_____              :

DIGITAL ENVOY, INC.,                      :

        Counterclaimant,        :

                  :      DEFENDANT/COUNTER-
      vs.                              :      CLAIMANT DIGITAL ENVOY'S
                  :      PRIVILEGE LOG

GOOGLE, INC.,                             :

                  :

        Counterdefendant.       :

_____

## DEFENDANT/COUNTERCLAIMANT DIGITAL ENVOY'S
## PRIVILEGE LOG

Defendant and Counterclaimant Digital Envoy, Inc. ("Digital Envoy"), by and through its attorneys, McGuireWoods LLP, hereby files its Privilege Log in conjunction with Plaintiff/Counterdefendant's Second Request for Production of Documents

Digital Envoy reserves the right to supplement its Privilege Log and the information contained herein. Some or all of these documents identified in this Privilege Log may be responsive to Plaintiff/Counterdefendant's Second Request for Production of Documents, but such documents are being withheld from production for the following reasons:

| Document Date | Author | Recipient(s) | Document Description and Bates Range | Basis for Withholding |
|---|---|---|---|---|
| 03/31/2000 | Geoff L. Sutcliffe | Sanjay Parekh | Facsimile regarding signature of officer of company (2 pages Bates labeled DE 009245 – DE009246) | Attorney/Client |
| 04/03/2000 | Geoff L. Sutcliffe | Sanjay Parekh and Robert B. Friedman | Correspondence regarding filing of patent application (1 page Bates labeled DE 009247) | Attorney/Client |
| 05/09/2000 | Karen D. Stark | Robert B. Friedman | Correspondence regarding filing of PCT application (2 pages Bates labeled DE 009248 – DE 09249) | Attorney/Client |
| 06/26/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding request for refund (1 page Bates labeled DE 009250) | Attorney/Client |
| 06/26/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding request for refund (1 page Bates labeled DE 009251) | Attorney/Client |
| 06/27/2000 | Karen D. Stark | Sanjay Parekh and Robert B. Friedman | Correspondence regarding filing receipt (1 page Bates labeled DE 009252) | Attorney/Client |
| 06/27/2000 | Karen D. Stark | Sanjay Parekh and Robert B. Friedman | Correspondence regarding official notification (1 page Bates labeled DE 009253) | Attorney/Client |
| 07/11/2000 | Karen D. Stark | Sanjay Parekh and Robert B. Friedman | Correspondence regarding IDS (1 page Bates labeled DE 009254) | Attorney/Client |
| 07/11/2000 | Karen D. Stark | Sanjay Parekh and Robert B. Friedman | Correspondence regarding IDS (1 page Bates labeled DE 009255) | Attorney/Client |
| 07/24/2000 | Sara K. Stadler | Robert B. Friedman | Correspondence regarding registration applications (2 pages Bates labeled DE 009256 – DE 009257) | Attorney/Client |
| 08/08/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding CIP (1 page Bates labeled DE 009258) | Attorney/Client |
| 08/08/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding CIP (1 page Bates labeled DE 009259) | Attorney/Client |
| 08/09/2000 | Sara K. Stadler | Assistant Commissioner for Trademarks | Correspondence regarding registration (1 page Bates labeled DE 009260) | Attorney/Client |

| 08/09/2000 | Sara K. Stadler | Assistant Commissioner for Trademarks | Correspondence regarding registration (1 page Bates labeled DE 009261) | Attorney/Client |
|---|---|---|---|---|
| 08/15/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding filing confirmation (4 pages Bates labeled DE 009262 – DE 009265) | Attorney/Client |
| 09/25/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Facsimile regarding PCT (22 pages Bates labeled DE 009266 – DE 009287) | Attorney/Client |
| 09/29/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding assignment (11 pages Bates labeled DE 009288 – DE 009298)) | Attorney/Client |
| 10/10/2000 | Sara K. Stadler | Robert B. Friedman | Correspondence regarding application for registration (1 page Bates labeled DE 009299) | Attorney/Client |
| 10/23/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding filing receipt (1 page Bates labeled DE 009300) | Attorney/Client |
| 10/31/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding non-provisional patent (1 page Bates labeled DE 009301) | Attorney/Client |
| 11/07/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding notice of missing parts (1 page Bates labeled DE 009302) | Attorney/Client |
| 11/20/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding recordation form (1 page Bates labeled DE 009303) | Attorney/Client |
| 11/20/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding recordation form (1 page Bates labeled DE 009304) | Attorney/Client |
| 11/20/2000 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding application confirmation (4 pages Bates labeled DE 009305 – DE 009308) | Attorney/Client |
| 01/26/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding filing receipt (1 page Bates labeled DE 009309) | Attorney/Client |
| 02/14/2001 | Geoff Sutcliffe | Robert B. Friedman | Correspondence regarding IPEA (3 pages Bates labeled DE 009311 – DE 009313) | Attorney/Client |

| 03/07/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding notice of missing parts response (1 page Bates labeled DE 009314) | Attorney/Client |
|---|---|---|---|---|
| 03/07/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding notice of recordation (1 page Bates labeled DE 009315) | Attorney/Client |
| 03/20/2001 | Joan L. Dillon | Robert B. Friedman | Correspondence regarding office action (2 pages Bates labeled DE 009316 – DE 009317) | Attorney/Client |
| 03/26/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding patent application (1 page Bates labeled DE 009318) | Attorney/Client |
| 04/04/2001 | Sara K. Stadler | Robert B. Friedman | Correspondence regarding trademark registration (2 pages Bates labeled DE 009319 – DE 009320) | Attorney/Client |
| 04/04/2001 | Sara K. Stadler | Robert B. Friedman | Correspondence regarding trademark registration (2 pages Bates labeled DE 009321 – DE 009322) | Attorney/Client |
| 04/17/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding assignment recordation (1 page Bates labeled DE 009323) | Attorney/Client |
| 04/18/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding supplemental IDS (1 page Bates labeled DE 009324) | Attorney/Client |
| 05/21/2001 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding assignment (3 pages Bates labeled DE 009325 – DE 009327) | Attorney/Client |
| 08/21/2001 | Michael K. Dixon | Robert B. Friedman | Correspondence regarding IPER (4 pages Bates labeled DE 009328 – DE 009331) | Attorney/Client |
| 10/30/2001 | Geoff L. Sutcliffe | David Langton | Correspondence regarding PCT (2 pages Bates labeled DE 009332 – DE 009333) | Attorney/Client |
| 10/30/2001 | Geoff L. Sutcliffe | Davies Collison Cave | Correspondence regarding PCT (2 pages Bates labeled DE 009334 – DE 009335) | Attorney/Client |

4

| 10/30/2001 | Geoff L. Sutcliffe | Rob Weston | Correspondence regarding PCT (2 pages Bates labeled DE 009336 – DE 009337) | Attorney/Client |
|---|---|---|---|---|
| 11/06/2001 | Bess K. Murray | Robert B. Friedman | Correspondence regarding foreign associates (1 page Bates labeled DE 009338) | Attorney/Client |
| 11/13/2001 | Bess K. Burray | Robert B. Friedman | Correspondence regarding invitation to correct defects (1 page Bates labeled DE 009339) | Attorney/Client |
| 03/06/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding PCT (1 page Bates labeled DE 009340) | Attorney/Client |
| 03/07/2002 | Geoff Sutcliffe | Robert B. Friedman | Correspondence regarding international search report (3 pages Bates labeled DE 009341 – DE 009343) | Attorney/Client |
| 03/18/2002 | Keith Leslie | Kilpatrick Stockton LLP | Correspondence regarding preliminary amendment (6 pages Bates labeled DE 009344 – DE 009349) | Attorney/Client |
| 03/25/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding supplemental IDS (1 page Bates labeled DE 009350) | Attorney/Client |
| 04/10/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding filing confirmation (3 pages Bates labeled DE 009351 – DE 009353) | Attorney/Client |
| 05/10/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding written opinion (2 pages Bates labeled DE 009354 – DE 009355) | Attorney/Client |
| 05/24/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding written opinion (6 pages Bates labeled DE 009356 – DE 009361) | Attorney/Client |
| 05/29/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding status inquiry (1 page Bates labeled DE 009362) | Attorney/Client |
| 06/03/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding national phase (1 page Bates labeled DE 009363) | Attorney/Client |
| 06/04/2002 | N/A | N/A | Country Application (2 pages Bates labeled DE 009364 – DE 009365) | Attorney/Client |

5

| 06/17/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding assignment (1 page Bates labeled DE 009366) | Attorney/Client |
|---|---|---|---|---|
| 06/17/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding voluntary amendment (10 pages Bates labeled DE 009367 – DE 009376) | Attorney/Client |
| 07/23/2002 | Bess K. Murray | Robert B. Friedman | Facsimile regarding PCT (8 pages Bates labeled DE 009377 – DE 009384) | Attorney/Client |
| 07/23/2002 | Theodore H. Harris | Robert B. Friedman | Correspondence regarding notice of publication (1 page Bates labeled DE 009385) | Attorney/Client |
| 09/13/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding IPER (3 pages Bates labeled DE 009386 – DE 009388) | Attorney/Client |
| 11/04/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding supplemental IDS (1 page Bates labeled DE 009389) | Attorney/Client |
| 11/25/2002 | Cheryl A. McKinzie | Robert B. Friedman | Correspondence regarding annuity fee (2 pages Bates labeled DE 009390 – DE 009391) | Attorney/Client |
| 12/13/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding international filing (2 pages Bates labeled DE 009392 – DE 009393) | Attorney/Client |
| 12/18/2002 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding status inquiry (1 page Bates labeled DE 009394) | Attorney/Client |
| 01/06/2003 | Bess K. Murray | Robert B. Friedman | Correspondence regarding national phase patent (3 pages Bates labeled DE 009395 – DE 009397) | Attorney/Client |
| 05/06/2003 | Geoff Sutcliffe | Robert B. Friedman | Correspondence regarding international search report (2 pages Bates labeled DE 009398 – DE 009399) | Attorney/Client |
| 05/06/2003 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding non-final office action (14 pages Bates labeled DE 009400 – DE 009413) | Attorney/Client |

| 06/24/2003 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding reporting letter (6 pages Bates labeled DE 009414 – DE 009419) | Attorney/Client |
|---|---|---|---|---|
| 07/22/2003 | Geoff L. Sutcliffe | Robert B. Friedman | Correspondence regarding PCT (4 pages Bates labeled DE 009420 – DE 009423) | Attorney/Client |
| 10/10/2003 | Michael J. Turton | Robert B. Friedman | Correspondence regarding amendment (1 page Bates labeled DE 009424) | Attorney/Client |
| 10/14/2003 | Michael J. Turton | Robert B. Friedman | Correspondence regarding amendment (1 page Bates labeled DE 009425) | Attorney/Client |
| 12/11/2003 | Michael J. Turton | Robert B. Friedman | Correspondence regarding amendment (1 page Bates labeled DE 009426) | Attorney/Client |
| 12/15/2003 | Michael J. Turton | Robert B. Friedman | Correspondence regarding office action (2 pages Bates labeled DE 009427 – DE 009428) | Attorney/Client |
| 01/29/2004 | Michael J. Turton | Robert B. Friedman | Correspondence regarding office action (2 pages Bates labeled DE 009429 – DE 009430) | Attorney/Client |
| 03/22/2004 | Michael J. Turton | Robert B. Friedman | Correspondence regarding IDS (1 page Bates labeled DE 009431) | Attorney/Client |
| 03/22/2004 | Michael J. Turton | Robert B. Friedman | Correspondence regarding amendment (1 page Bates labeled DE 009432) | Attorney/Client |
| 04/01/2004 | Michael J. Turton | Robert B. Friedman | Correspondence regarding claims (2 pages Bates labeled DE 009433 – DE 009434) | Attorney/Client |
| 05/04/2004 | Gregory J. Kirsch | Robert B. Friedman | Correspondence regarding revocation (2 page Bates labeled DE 009435 – DE 009436) | Attorney/Client |
| 06/21/2004 | Gregory J. Kirsch | Robert B. Friedman | Correspondence regarding response (1 page Bates labeled DE 009437) | Attorney/Client |
| 09/14/2004 | Gregory J. Kirsch | Robert B. Friedman | Correspondence regarding patent application (3 pages Bates labeled DE 009438 – DE 009440) | Attorney/Client |

| 11/22/2004 | Alicia C. Sheffield | Robert B. Friedman | Correspondence regarding application (1 page Bates labeled DE 009441) | Attorney/Client |
| 02/09/2005 | Gregory J. Kirsch | Robert B. Friedman | Correspondence regarding missing parts (1 page Bates labeled DE 009442) | Attorney/Client |
| 10/24/2004 | Greg Kirsch | Rob Friedman | Email regarding Geo-Intelligent Traffic Manager—Patent App (1 page Bates labeled DE 55627) | Attorney/Client |
| 11/03/2004 | Devon K. Grant | Rob@digitalenvoy.net | Email regarding Geo-Intelligent Traffic Manager—Patent App (3 pages Bates labeled DE 55628 – DE 55630) | Attorney/Client |
| 11/04/2004 | Rob Friedman | Sanjay Parekh | Email regarding Determining Geographic Locations of Private Network Internet Users (2 pages Bates labeled DE 55631 – DE 55632) | Attorney/Client |
| 11/06/2004 | Rob Friedman | Devon K. Grant | Email regarding Geo-Intelligent Traffic Manager—Patent App (4 pages Bates labeled DE 55633 – DE55636) | Attorney/Client |
| 11/10/2004 | Greg Kirsch | Rob Friedman | Email regarding Geo-Intelligent Traffic Manager—Patent App (4 pages Bates labeled DE 55637 – DE 55640) | Attorney/Client |
| 11/10/2004 | Rob Friedman | Greg Kirsch; Devon K. Grant | Email regarding Geo-Intelligent Traffic Manager—Patent App (5 pages Bates labeled DE 55641 – DE 55645) | Attorney/Client |
| 11/10/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Determining Geographic Locations of Private Network Internet Users (4 pages Bates labeled DE 55646 – DE 55649) | Attorney/Client |

| 11/11/2004 | Devon K. Grant | Rob Friedman; Greg Kirsch | Email regarding Determining Geographic Locations of Private Network Users (5 pages Bates labeled DE 55650 – DE 55654) | Attorney/Client |
|---|---|---|---|---|
| 11/11/2004 | Rob Friedman | Devon K. Grant; Sanjay Parekh | Email regarding Determining Geographic Locations of Private Network Internet Users (5 pages Bates labeled DE 55655 – DE 55659) | Attorney/Client |
| 11/11/2004 | Greg Kirsch | Rob Friedman | Email regarding Determining Geographic Locations of Private Network Internet Users (5 pages Bates labeled DE 55660 – DE 55664) | Attorney/Client |
| 12/13/2004 | Rob Friedman | Sanay@digitalenvoy.net | Email regarding Response to Office Action (1 page Bates labeled DE 55665) | Attorney/Client |
| 11/28/2000 | Dave Schindler | Sanjay Parekh; Rob Friedman; Dennis Maicon | Email regarding Digital Island Announces Major Content-Aware Routing Patent (2 pages Bates labeled DE 55666 – DE 55667) | Attorney/Client |
| 11/28/2000 | Dennis Maicon; Rob Friedman; Sanjay Parekh; Dave Schindler | Dave Schindler | Email regarding DI Patent Links (1 page Bates labeled DE 55668) | Attorney/Client |
| 11/28/2000 | Rob Friedman | Gsutcliffe@kilstock.com | Email regarding Digital Island Patent—Country targeting (1 page Bates labeled DE 55669) | Attorney/Client |
| 11/28/2000 | Sutcliffe, Geoff | Rob@digitalenvoy.net | Email regarding Digital Island Patent—Country targeting (1 page Bates labeled DE 55670) | Attorney/Client |
| 11/28/2000 | Rob Friedman | Sutcliffe, Geoff | Email regarding Digital Island Patent—Country targeting (2 pages Bates labeled DE 55671 – DE 55672) | Attorney/Client |

| 01/05/2001 | Sutcliffe, Geoff | Sanjay Parekh | Email regarding Heads up... (1 page Bates labeled DE 55673) | Attorney/Client |
|---|---|---|---|---|
| 03/20/2001 | Sutcliffe, Geoff | Rob Friedman | Email regarding patent (1 page Bates labeled DE 55674) | Attorney/Client |
| 03/20/2001 | Rob Friedman | Gsutcliffe@kilpatrickstockton.com | Email regarding patent (1 page Bates labeled DE 55675) | Attorney/Client |
| 03/26/2001 | Rob Friedman | Sutcliffe, Geoff | Email regarding Question (5 pages Bates labeled DE 55676 – DE 55680) | Attorney/Client |
| 03/26/2001 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Makes Sense (1 page Bates labeled DE 55681) | Attorney/Client |
| 11/26/2001 | Rob Friedman | Sutcliffe, Geoff; Rob Friedman; Sanjay Parekh | Email regarding Makes Sense (1 page Bates labeled DE 55682) | Attorney/Client |
| 04/06/2001 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Preliminary Amendment (1 page Bates labeled DE 55683) | Attorney/Client |
| 04/10/2001 | Rob Friedman | Gsutcliffe@kilpatrickstockton.com | Email regarding Liquid Audio (2 pages Bates labeled DE 55684 – DE 55685) | Attorney/Client |
| 04/15/2001 | Rob Friedman | Gsutcliffe@kilpatrickstockton.com | Email regarding patent amend (1 page Bates labeled DE 55686) | Attorney/Client |
| 04/15/2004 | Rob Friedman | Sanjay Parekh | Email regarding patent amend (1 page Bates labeled DE 55687) | Attorney/Client |
| 05/01/2001 | Sutcliffe, Geoff | Sanjay Parekh; Rob Friedman | Email regarding Revised Preliminary Amendment (1 page Bates labeled DE 55688) | Attorney/Client |
| 05/04/2001 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Revised Preliminary Amendment (1 page Bates labeled DE 55689) | Attorney/Client |
| 05/07/2001 | Sutcliffe, Geoff | Sanjay Parekh | Email regarding Revised Preliminary Amendment (1 page Bates labeled DE 55690) | Attorney/Client |

| 05/07/2001 | Rob Friedman | Sutcliffe, Geoff | Email regarding Revised Preliminary Amendment (2 pages Bates labeled DE 55691 – DE 55692) | Attorney/Client |
|---|---|---|---|---|
| 05/08/2001 | Sutcliffe, Geoff | Sanjay Parekh | Email regarding Digital Envoy Amendment (1 page Bates labeled DE 55693) | Attorney/Client |
| 08/03/2001 | Sutcliffe, Geoff | Rob Friedman | Email regarding PCT filing deadline (1 page Bates labeled DE 55694) | Attorney/Client |
| 08/03/2001 | Sutcliffe Geoff | Sanjay Parekh | Email regarding PCT filing deadline (1 page Bates labeled DE 55695) | Attorney/Client |
| 08/03/2001 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding PCT filing deadline (2 pages Bates labeled DE 55696 – DE 55697) | Attorney/Client |
| 08/28/2001 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding DE/Patents (2 pages Bates labeled DE 55698 – DE 55699) | Attorney/Client |
| 01/15/2002 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding European Patent Application (2 pages Bates labeled DE 55700 – 55701) | Attorney/Client |
| 01/18/2002 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding European Patent Application (2 pages Bates labeled DE 55702 – DE 55703) | Attorney/Client |
| 02/04/2002 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Revised Preliminary Amendment (2 pages labeled DE 55704 – DE 55705) | Attorney/Client |
| 02/04/2002 | Rob Friedman | Sanjay Parekh | Email regarding Revised Preliminary Amendment (3 pages Bates labeled DE 55706 – DE 55708) | Attorney/Client |
| 02/09/2002 | Rob Friedman | Sanjay Parekh | Email regarding route control (1 page Bates labeled DE 55709) | Attorney/Client |
| 02/09/2002 | Rob Friedman | Gsutcliffe@kilpatrickstockton.com; sanjay@digitalenvoy.net | Email regarding geo-intelligent traffic manage (1 page Bates labeled DE 55710) | Attorney/Client |

11

| 02/11/2002 | Sutcliffe, Geoff | Rob Friedman; sanjay@digitalenvoy.net | Email regarding geo-intelligent traffic manager (2 pages Bates labeled DE 55711 – DE 55712) | Attorney/Client |
|---|---|---|---|---|
| 02/11/2002 | Rob Friedman | Sutcliffe, Geoff; sanjay@digitalenvoy.net | Email regarding geo-intelligent traffic manager (2 pages Bates labeled DE 55713 – De 55714 | Attorney/Client |
| 02/11/2002 | Sutcliffe, Geoff | Rob Friedman; sanjay@digitalenvoy.net | Email regarding geo-intelligent traffic manager (2 pages Bates labeled DE 55715 – De 55716) | Attorney/Client |
| 02/21/2002 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding geo-intelligent traffic manager (4 pages Bates labeled DE 55717 – DE 55720) | Attorney/Client |
| 03/01/2002 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Draft Traffic Reporter Patent Application (1 page Bates labeled DE 55721) | Attorney/Client |
| 03/12/2002 | Rob Friedman | Scott.williamson@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding patent apps (1 page Bates labeled DE 55722) | Attorney/Client |
| 03/30/2002 | Rob Friedman | Gsutcliffe@kilpatrickstockton.com; sanjay@digitalenvoy.net | Email regarding one more thing (1 page Bates labeled DE 55723) | Attorney/Client |
| 04/02/2002 | Sutcliffe, Geoff | Sanjay Parekh | Email regarding Phone Call (1 page Bates labeled DE 55724) | Attorney/Client |
| 04/02/2002 | Sutcliffe, Geoff | Sanjay Parekh | Email regarding Phone Call (1 page Bates labeled DE 55725) | Attorney/Client |
| 11/01/2002 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Patent (3 pages Bates labeled DE 55726 – DE 55728) | Attorney/Client |
| 11/03/2002 | Rob Friedman | Dave.keller@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding WIPO Patent filing—Geo-Intelligent Traffic Manager (1 page Bates labeled DE 55729) | Attorney/Client |
| 11/04/2002 | Rob Friedman | Sanjay Parekh; dave.keller@dkgitalenvoy.net | Email regarding WIPO Patent filing (2 pages Bates labeled DE 55730 – DE 55731) | Attorney/Client |

| 11/04/2002 | Rob Friedman | Sanjay@digitalenvoy.net ; dave.keller@digitalenvoy.net | Email regarding WIPO Patent filing (2 pages Bates labeled DE 55732 – DE 55733) | Attorney/Client |
|---|---|---|---|---|
| 11/18/2002 | Rob Freidman | Sanjay@digitalenvoy.net | Email regarding meeting (1 page Bates labeled DE 55734) | Attorney/Client |
| 11/18/2002 | Rob Friedman | Sutcliffe, Geoff; sanjay@digitalenvoy.net | Email regarding meeting (2 pages Bates labeled DE 55735 – DE 55736) | Attorney/Client |
| 11/18/2002 | Sutcliffe, Cliff | Sanjay Parekh; Rob Friedman | Email regarding Telecord a patent filing (1 page Bates labeled DE 55737) | Attorney/Client |
| 11/18/2002 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Telecord a patent filing (1 page Bates labeled DE 55738) | Attorney/Client |
| 11/25/2002 | Sutcliffe, Geoff | Sanjay Parekh; Rob Friedman | Email regarding GeoBytes (1 page Bates labeled DE 55739) | Attorney/Client |
| 11/26/2002 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Traffic Manager PCT & Letters to Telecordia and GeoBytes (1 page Bates labeled DE 55740) | Attorney/Client |
| 11/26/2002 | Rob Friedman | Sutcliffe, Geoff; Rob Friedman; Sanjay Parekh | Email regarding Traffic Manager PCT & Letters to Telecordia and GeoBytes (1 page Bates labeled DE 55741) | Attorney/Client |
| 12/05/2002 | Sutcliffe Geoff | Rob Friedman; Sanjay Parekh | Email regarding Network Engineering (1 page Bates labeled DE 55742) | Attorney/Client |
| 01/23/2003 | Sutcliffe Geoff | Rob Friedman; Sanjay Parekh | Email regarding Examiner Docket (1 page Bates labeled DE 55743) | Attorney/Client |
| 01/23/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Examiner Docket (1 page Bates labeled DE 55744) | Attorney/Client |
| 02/11/2003 | Sutcliffe Geoff | Rob Friedman; Sanjay Parekh | Email regarding Interview (1 page Bates labeled DE 55745) | Attorney/Client |
| 02/11/2003 | Sutcliffe Geoff | Sanjay Parekh; Rob Friedman | Email regarding Interview (1 page Bates labeled DE 55746) | Attorney/Client |

| 02/11/2003 | Sutcliffe, Geoff | Sanjay Parekh; Rob Friedman | Email regarding Interview (2 pages Bates labeled DE 55747 – DE 55748 | Attorney/Client |
|---|---|---|---|---|
| 02/11/2003 | Sutcliffe, Geoff | Sanjay Parekh; Rob Friedman | Email regarding Interview (2 pages Bates labeled DE 55749 – DE 55750) | Attorney/Client |
| 02/18/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Reschedule (1 page Bates labeled DE 55751) | Attorney/Client |
| 02/18/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Reschedule (1 page Bates labeled DE 55752) | Attorney/Client |
| 04/01/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Restriction Requirement (1 page Bates labeled DE 55753) | Attorney/Client |
| 04/01/2003 | Rob Friedman | Sutcliffe, Geoff; Rob Friedman; Sanjay Parekh | Email regarding Restriction Requirement (2 pages Bates labeled DE 55754 – DE 55755) | Attorney/Client |
| 04/01/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Restriction Requirement (2 pages Bates labeled DE 55756 – DE 55757) | Attorney/Client |
| 04/01/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Restriction Requirement (2 pages Bates labeled DE 55758 – DE 55759) | Attorney/Client |
| 04/01/2003 | Sutcliffe Geoff | Rob Friedman; Sanjay Parekh | Email regarding Restriction Requirement (2 pages Bates labeled DE 55760 – DE 55761) | Attorney/Client |
| 04/01/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Restriction Requirement (3 pages Bates labeled DE 55762 – DE 55764) | Attorney/Client |
| 04/01/2003 | Sutcliffe Geoff | Rob Friedman; Sanjay Parekh | Email regarding Restriction Requirement (3 pages Bates labeled DE 55765 – DE 55767) | Attorney/Client |
| 04/01/2003 | Rob Friedman | Geoff Sutcliffe; Sanjay Parekh | Email regarding Restriction Requirement (3 pages Bates labeled DE 55768 – DE 55770) | Attorney/Client |

14

| 05/08/2003 | Rob Friedman | Sutcliffe, Geoff; sanjay@digitalenvoy.net | Email regarding Restriction requirement (5 pages Bates labeled DE 55771 – DE 55775) | Attorney/Client |
|---|---|---|---|---|
| 05/08/2003 | Sutcliffe, Geoff | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Restriction Requirement (5 pages Bates labeled DE 55776 – DE 55780) | Attorney/Client |
| 05/12/2002 | Rob Friedman | Sanjay Parekh | Email regarding Patent ca 1 (1 page Bates labeled DE 55781) | Attorney/Client |
| 05/11/2003 | Rob Friedman | Sutcliffe, Geoff; sanjay@digitalenvoy.net | Email regarding Restriction Requirement (5 pages Bates labeled DE 55782 – DE 55786) | Attorney/Client |
| 05/12/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay2digitalenvoy.net | Email regarding Restriction Requirement (5 pages Bates labeled DE 55787 – DE 55791) | Attorney/Client |
| 05/12/2003 | Sutcliffe, Geoff | Sanjay Parekh; Rob Friedman | Email regarding Restriction Requirement (5 pages Bates labeled DE 55792 – DE 55796) | Attorney/Client |
| 05/12/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Restriction Requirement (6 pages Bates labeled DE 55797 – DE 55802) | Attorney/Client |
| 05/12/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Restriction Requirement (6 pages Bates labeled DE 55803 – DE 55808) | Attorney/Client |
| 05/21/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Restriction Requirement (7 pages Bates labeled DE 55809 – DE 55815) | Attorney/Client |
| 05/21/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Claims/Interview (1 page Bates labeled DE 55816) | Attorney/Client |
| 05/28/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Draft Response & claim revisions (1 page Bates labeled DE 55817) | Attorney/Client |

| 05/28/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Draft Response & claim revisions (2 pages Bates labeled DE 55818 – DE 55819) | Attorney/Client |
|---|---|---|---|---|
| 05/28/2003 | Rob Friedman | Sutcliffe, Geoff; Rob Friedman; Sanjay Parekh | Email regarding Draft Response & claim revisions (2 pages Bates labeled DE 55820 – DE 55821) | Attorney/Client |
| 06/01/2003 | Rob Friedman | Sutcliffe, Geoff; Rob Friedman; Sanjay Parekh | Email regarding Draft Response & claim revisions (1 page Bates labeled DE 55822) | Attorney/Client |
| 06/02/2003 | Sutcliffe, Geoff | Sanjay Parekh; Rob Friedman | Email regarding Draft Response & claim revisions (2 pages Bates labeled DE 55823 – DE 55824) | Attorney/Client |
| 06/03/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Revised Amendment (1 page Bates labeled DE 55825) | Attorney/Client |
| 06/03/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Revised Amendment (2 pages Bates labeled DE 55826 – DE 55827) | Attorney/Client |
| 06/03/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Revised Amendment (2 pages Bates labeled DE 55828 – DE 55829) | Attorney/Client |
| 06/09/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Revised Amendment (2 pages Bates labeled DE 55830 – DE 55831) | Attorney/Client |
| 06/10/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Revised Amendment (2 pages Bates labeled DE 55832 – DE 55833) | Attorney/Client |
| 06/10/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Revised Amendment (3 pages Bates labeled DE 55834 – DE 55836) | Attorney/Client |
| 06/18/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parckh | Email regarding Update with Examiner (1 page Bates labeled DE 55837) | Attorney/Client |

| 06/18/2003 | Rob Friedman | Sutcliffe, Geoff; Rob Friedman; Sanjay Parekh | Email regarding Update with Examiner (1 page Bates labeled DE 55838) | Attorney/Client |
|---|---|---|---|---|
| 06/03/2003 | Rob Friedman | Sutcliffe, Geoff; Sanjay Parekh | Email regarding Update with Examiner (2 pages Bates labeled DE 55839 – DE 55840) | Attorney/Client |
| 07/07/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding Update with Examiner (2 pages Bates labeled DE 55841 – DE 55842) | Attorney/Client |
| 08/12/2003 | Sutcliffe, Geoff | Rob Friedman; Sanjay Parekh | Email regarding News (1 page Bates labeled DE 55843) | Attorney/Client |
| 09/12/2003 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Revised Claims (1 page Bates labeled DE 55844) | Attorney/Client |
| 10/08/2003 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (1 page Bates labeled DE 55845) | Attorney/Client |
| 10/08/2003 | Rob Friedman | Turton, Michael; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55846 – DE 55847) | Attorney/Client |
| 10/08/2003 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Specification as Filed (1 page Bates labeled DE 55848) | Attorney/Client |
| 10/08/2003 | Turton, Michael | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55849 – DE 55850) | Attorney/Client |
| 10/10/2003 | Turton, Michael | Sanjay Parekh; Rob Friedman | Email regarding Draft Office Action Response (3 pages Bates labeled DE 55851 – DE 55853) | Attorney/Client |
| 01/14/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Draft Patent Application for Domain Expansion (2 pages Bates labeled DE 55854 – DE 55855) | Attorney/Client |

| 01/19/2004 | Jeff Burdette | Sanjay Parekh | Email regarding Draft Patent Application for Domain Expansion (2 pages Bates labeled DE 55856 – DE 55857) | Attorney/Client |
|---|---|---|---|---|
| 01/26/2004 | Rob Friedman | Don Telage; Andrew Linder; Frank Dalton; Sanjay Parekh; Dennis Maicon | Email regarding Weather Problems (1 page Bates labeled DE 55858) | Attorney/Client |
| 02/01/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Claims for Response (1 page Bates labeled DE 55859) | Attorney/Client |
| 02/01/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Claims for Response (2 pages Bates labeled DE 55860 – DE 55861) | Attorney/Client |
| 02/18/2004 | Jeff Burdette | Sanjay Parekh | Email regarding Draft Patent Application for Domain Expansion (2 pages Bates labeled DE 55862 – DE 55863) | Attorney/Client |
| 02/20/2004 | Jeff Burdette | Sanjay Parekh | Email regarding Draft Patent Application for Domain Expansion (2 pages Bates labeled DE 55864 – DE 55865) | Attorney/Client |
| 02/29/2004 | Turton, Michael | Sanjay@digitalenvoy.net; Rob Friedman | Email regarding Response For Application (1 page Bates labeled DE 55866) | Attorney/Client |
| 02/29/2004 | Rob Friedman | Turton, Michael; sanjay@digitalenvoy.net | Email regarding Response For Application (1 page Bates labeled DE 55867) | Attorney/Client |
| 02/29/2004 | Turton, Michael | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Response For Application (1 page Bates labeled DE 55868) | Attorney/Client |
| 03/01/2004 | Rob Friedman | Turton, Michael; sanjay@digitalenvoy.net | Email regarding Response For Application (2 pages Bates labeled DE 55869 – DE 55870) | Attorney/Client |
| 03/01/2004 | Turton, Michael | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Response For Application (2 pages Bates labeled DE 55871 – DE 55872) | Attorney/Client |

| 03/01/2004 | Rob Friedman | Turton, Michael; sanjay@digitalenvoy.net | Email regarding Response For Application (2 pages Bates labeled DE 55873 – DE 55874) | Attorney/Client |
|---|---|---|---|---|
| 03/01/2004 | Turton, Michael | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Response For Application (2 pages Bates labeled DE 55875 – DE 55876) | Attorney/Client |
| 03/08/2004 | Jeff Burdette | Sanjay Parekh | Email regarding Draft Patent Application for Domain Expansion (3 pages Bates labeled DE 55877 – DE 55879) | Attorney/Client |
| 04/20/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding Digital Envoy (3 pages Bates labeled DE 55880 – DE 55882) | Attorney/Client |
| 04/20/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Digital Envoy (4 pages Bates labeled DE 55883 – DE 55886) | Attorney/Client |
| 04/20/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding Digital Envoy (4 pages Bates labeled DE 55887 – DE 55890) | Attorney/Client |
| 04/20/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Digital Envoy (4 pages Bates labeled DE 55891 – DE 55894) | Attorney/Client |
| 04/21/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Digital Envoy (5 pages Bates labeled DE 55895 – DE 55899) | Attorney/Client |
| 05/12/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Digital Envoy (5 pages Bates labeled DE 55900 – DE 55904) | Attorney/Client |
| 05/18/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding Digital Envoy (7 pages Bates labeled DE 55905 – DE 55911) | Attorney/Client |
| 05/18/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding Digital Envoy (8 pages Bates labeled DE 55912 – DE 55919) | Attorney/Client |

| 05/20/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (1 page Bates labeled DE 55920) | Attorney/Client |
|---|---|---|---|---|
| 05/20/2004 | Greg Kirsch | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55921 – DE 55922) | Attorney/Client |
| 05/20/2004 | Rob Friedman | Gkirsch@needlerosenberg.com; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55923 – DE 55924) | Attorney/Client |
| 05/21/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55925 – DE 55926) | Attorney/Client |
| 06/01/2004 | Rob Friedman | Sanjay Parekh; Greg Kirsch | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55927 – DE 55928) | Attorney/Client |
| 06/09/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Draft Office Action Response (2 pages Bates labeled DE 55929 – DE 55930) | Attorney/Client |
| 06/13/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding Draft Office Action Response ( page Bates labeled DE 55931) | Attorney/Client |
| 06/25/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Good news (1 page Bates labeled DE 55932) | Attorney/Client |
| 06/25/2004 | Rob Friedman | Greg Kirsch | Email regarding Good news (1 page Bates labeled DE 55933) | Attorney/Client |
| 06/29/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Digital Envoy's U.S. Patent (1 page Bates labeled DE 55934) | Attorney/Client |
| 07/02/2004 | Rob Friedman | Bill.calpin@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Quova meeting (1 page Bates labeled DE 55935) | Attorney/Client |
| 07/02/2004 | Rob Friedman | Bill.calpin@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding Quova meeting (1 page Bates labeled DE 55936) | Attorney/Client |

| 07/18/2004 | Greg Kirsch | Sanjay@digitalenvoy.net ; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent (1 page Bates labeled DE 55937) | Attorney/Client |
|---|---|---|---|---|
| 07/20/2004 | Greg Kirsch | Sanjay@digitalenvoy.net ; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (2 pages Bates labeled DE 55938 – DE 55939) | Attorney/Client |
| 07/20/2004 | Greg Kirsch | Sanjay@digitalenvoy.net ; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (2 pages Bates labeled DE 55940 – DE 55941) | Attorney/Client |
| 07/29/2004 | Greg Kirsch | Sanjay@digitalenvoy.net ; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (3 pages Bates labeled DE 55942 – DE 55944) | Attorney/Client |
| 08/02/2004 | Greg Kirsch | Sanjay@digitalenvoy.net ; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (3 pages Bates labeled DE 55945 – DE 55947) | Attorney/Client |
| 08/26/2004 | Jeff Burdette | Sanjay Parekh; Jeff Burdette; Rick Cabrera | Email regarding New Digital Envoy Patent App (1 page Bates labeled DE 55948) | Attorney/Client |
| 08/26/2004 | Greg Kirsch | Sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (4 pages Bates labeled DE 55949 – DE 55952) | Attorney/Client |
| 08/26/2004 | Greg Kirsch | Snjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (5 pages Bates labeled DE 55953 – DE 55957) | Attorney/Client |
| 08/26/2004 | Greg Kirsch | Sanjay@digitalenvoy.net ; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (6 pages Bates labeled DE 55958 – DE 55963) | Attorney/Client |
| 08/26/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding New Digital Envoy Paten App (6 pages Bates labeled DE 55964 – DE 55969) | Attorney/Client |
| 08/26/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (6 pages Bates labeled DE 55970 – DE 559775) | Attorney/Client |

| 08/27/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (6 pages Bates labeled DE 55976 – DE 55981) | Attorney/Client |
| --- | --- | --- | --- | --- |
| 08/31/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (7 pages Bates labeled DE 55982 – DE 55988) | Attorney/Client |
| 09/01/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (8 pages Bates labeled DE 55989 – DE 559996) | Attorney/Client |
| 09/03/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (11 pages Bates labeled DE 55997 – DE 56007) | Attorney/Client |
| 09/03/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (11 pages Bates labeled DE 56008 – DE 56018) | Attorney/Client |
| 09/08/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (33 pages Bates labeled DE 56019 – DE 56051) | Attorney/Client |
| 09/08/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (11 pages Bates labeled DE 56052 – DE 56062) | Attorney/Client |
| 09/08/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (24 pages Bates labeled DE 56063 – DE 56086) | Attorney/Client |
| 09/08/2004 | Greg Kirsch | Sanjay@digitalenvoy.net; rob@digitalenvoy.net | Email regarding New Digital Envoy Patent App (24 pages Bates labeled DE 56087 – DE 56110) | Attorney/Client |
| 09/09/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (24 pages Bates labeled DE 56111 – DE 56134) | Attorney/Client |
| 09/09/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (20 pages Bates labeled DE 56135 – DE 56154) | Attorney/Client |

| 09/10/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (20 pages Bates labeled DE 56155 – DE 56174) | Attorney/Client |
|---|---|---|---|---|
| 09/10/2004 | Rob Friedman | Greg Kirsch; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (21 pages Bates labeled DE 56175 – DE 56195) | Attorney/Client |
| 09/10/2004 | Greg Kirsch | Rob@digitalenvoy.net; sanjay@digitalenvoy.net | Email regarding New Digital Envoy Patent App (39 pages Bates labeled DE 56196 – DE 56234) | Attorney/Client |
| 10/29/2004 | Rob Friedman | Gkirsch@nnedlerosenberg.com; sanjay@digitalenvoy.net | Email regarding Geo-Intelligent Traffic Manager (1 page Bates labeled DE 56235) | Attorney/Client |
| 10/29/2004 | Greg Kirsch | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Geo-Intelligent Traffic Manager (1 page Bates labeled DE 56236) | Attorney/Client |
| 11/03/2004 | Devon K. Grant | Rob@digitalenvoy.net; sanjay@digitalenvoy.net; Greg Kirsch | Email regarding Geo-Intelligent Traffic Manager (3 pages Bates labeled DE 56237 – DE 56239) | Attorney/Client |
| 11/04/2004 | Rob Friedman | Sanjay Parekh | Email regarding Determining Geographic Locations on Private Network Internet Users (2 pages Bates labeled DE 56240 – DE 56241) | Attorney/Client |
| 11/06/2004 | Rob Friedman | Devon K. Grant; sanjay@digitalenvoy.net; Greg Kirsch | Email regarding Geo-Intelligent Traffic Manager (4 pages Bates labeled DE 56242 – DE 56245) | Attorney/Client |
| 11/10/2004 | Greg Kirsch | Rob Friedman; Devon K. Grant; sanjay@digitalenvoy.net | Email regarding Geo-Intelligent Traffic Manager (4 pages Bates labeled DE 56246 – DE 56249) | Attorney/Client |
| 11/10/2004 | Rob Friedman | Greg Kirsch; Devon K. Grant; sanjay@digitalenvoy.net | Email regarding Geo-Intelligent Traffic Manager (5 pages Bates labeled DE 56250 – DE 56254) | Attorney/Client |

| 11/10/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Determining geographic Locations of Private Network Internet Users (4 pages Bates labeled DE 56255 – DE 56258) | Attorney/Client |
|---|---|---|---|---|
| 11/11/2004 | Devon K. Grant | Sanjay Parekh; Rob Friedman; Greg Kirsch | Email regarding Determining Geographic Locations of Private Network Internet Users (5 pages Bates labeled DE 56259 – DE 56263) | Attorney/Client |
| 11/11/2004 | Rob Friedman | Devon K. Grant; Sanjay Parekh; Greg Kirsch | Email regarding Determining Geographic Locations of Private Network Internet Users (5 pages Bates labeled DE 56264 – DE 56268) | Attorney/Client |
| 11/11/2004 | Greg Kirsch | Rob Friedman; sanjay@digitalenvoy.net | Email regarding Determining Geographic Locations of Private Network Internet Users (5 pages Bates labeled DE 56269 – DE 56273) | Attorney/Client |
| 12/13/2004 | Rob Friedman | Sanjay@digitalenvoy.net | Email regarding Response to Office Action (1 page Bates labeled DE 56274) | Attorney/Client |
| 01/18/2005 | Greg Kirsch | Rob@digitalenvoy.net | Email regarding Status of Digital Envoy patent applications/patent (1 pages Bates labeled DE 56276 – DE 56276) | Attorney/Client |

This _25_ day of March, 2005.

Timothy H. Kratz
Georgia Bar No. 429297
Luke Anderson
Georgia Bar No. 018330
John A. Lockett III
Georgia Bar No. 455549

Attorneys for Plaintiff
Digital Envoy, Inc.

24

MCGUIREWOODS LLP
1170 Peachtree Street
Suite 2100
Atlanta, Georgia 30309
Telephone:    (404) 443-5730
Facsimile:    (404) 443-5784

## CERTIFICATE OF SERVICE AND COMPLIANCE

This certifies that the foregoing **DEFENDANT/COUNTERCLAIMANT DIGITAL ENVOY'S PRIVILEGE LOG** was served as follows:

By Facsimile and U.S. Mail:

    David H. Kramer, Esquire
    Wilson, Sonsini, Goodrich & Rosati, P.C.
    650 Page Mill Road
    Palo Alto, California 94304-1050

This _25_ day of March, 2005.

                      John A. Lockett III
                      Georgia Bar No. 455549

::ODMA\PCDOCS\COMMERCIAL LIT\495639\1