DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date: June 22, 2005 <br> Time: 9:30 a.m |

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS

2666714_1.DOC

1   Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court
2   permit it to file under seal the following documents:
3       1.  Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy's
4           Motion to Compel Further Responses to Its First and Second Sets of Interrogatories
5           and Its First and Second Sets of Requests for Production of Documents to Google
6           Inc.;
7       2.  Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy's
8           Motion to Compel Further Responses to Requests for Production of Documents Nos.
9           3, 14, 18, 19 and 26;
10      3.  Declaration of Kim Malone in Support of Google Inc.'s Opposition to Digital
11          Envoy's Motion to Compel Further Responses to Interrogatories and Document
12          Requests ("Malone Declaration");
13      4.  Declaration of David DiNucci in Opposition to Digital Envoy's Motion to Compel
14          Further Responses to Requests for Production of Documents ("DiNucci
15          Declaration"); and
16      5.  Exhibits C, D and F to the Declaration of David H. Kramer in Support of Google
17          Inc.'s Oppositions to Digital Envoy's Motions to Compel ("Kramer Declaration").
18  Google's opposition briefs, the Malone Declaration and the DiNucci Declaration contain
19  information confidential to Google. Public memorandums with the designated material redacted
20  are also being filed. Exhibit C contains excerpts from the deposition of Steven Schimmel, taken
21  on September 23, 2004. Google has designated the transcript as "Highly Confidential –
22  Attorneys' Eyes Only" pursuant to the Protective Order entered in this matter on August 23,
23  2004. Exhibit D contains excerpts from the deposition of Robert Friedman, taken on November
24  17, 2004. Plaintiff and counterdefendant Digital Envoy, Inc. has designated the transcript as
25  "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order. Exhibit F is a
26  redacted copy of a contract between Google and a third party that the third party has designed as
27  "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.
28

-1-

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS

1  Google hereby requests an order permitting it to file unredacted copies of its opposition
2  briefs, the Malone Declaration, the DiNucci Declaration, and Exhibits C, D and F to the Kramer
3  Declaration under seal.

5  Dated: June 1, 2005                                    WILSON SONSINI GOODRICH & ROSATI
                                                          Professional Corporation

8                                                         By:     /s/ David H. Kramer
                                                                    David H. Kramer

                                                          Attorneys for Defendant / Counterclaimant
                                                          GOOGLE INC.

-2-

MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS