1   DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
5

6   Attorneys for Defendant/Counterclaimant
    Google Inc.
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12
    DIGITAL ENVOY, INC.,                    )   CASE NO.:  C 04 01497 RS
13                                          )
            Plaintiff/Counterdefendant,     )   **[PROPOSED] ORDER GRANTING**
14                                          )   **DEFENDANT AND**
                                            )   **COUNTERCLAIMANT GOOGLE**
15          v.                              )   **INC.'S MISCELLANEOUS**
                                            )   **ADMINISTRATIVE REQUEST TO**
16   GOOGLE INC.,                           )   **FILE DOCUMENTS UNDER SEAL**
                                            )   **PURSUANT TO LOCAL RULE 79-5**
17          Defendant/Counterclaimant.      )
                                            )   Judge:      Hon. Richard Seeborg
18                                          )   Courtroom:  4, 5th Floor
                                            )   Date:       June 22, 2005
19   _____)   Time:        9:30 a.m
20

21

22

23

24

25

26

27

28

1    Having considered Defendant and counterclaimant Google Inc.'s Administrative Request

2  to File Documents Under Seal Pursuant to Local Rule 79-5 lodged with the Court on June 1,

3  2005, the Court HEREBY ORDERS that the following documents shall be filed under seal:

4    1.  Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy's

5        Motion to Compel Further Responses to Its First and Second Sets of Interrogatories

6        and Its First and Second Sets of Requests for Production of Documents to Google

7        Inc.;

8    2.  Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy's

9        Motion to Compel Further Responses to Requests for Production of Documents Nos.

10       3, 14, 18, 19 and 26;

11   3.  Declaration of Kim Malone in Support of Google Inc.'s Opposition to Digital

12       Envoy's Motion to Compel Further Responses to Interrogatories and Document

13       Requests;

14   4.  Declaration of David DiNucci in Opposition to Digital Envoy's Motion to Compel

15       Further Responses to Requests for Production of Documents; and

16   5.  Exhibits C, D and F to the Declaration of David H. Kramer in Support of Google

17       Inc.'s Oppositions to Digital Envoy's Motions to Compel.

18

19  IT IS SO ORDERED.

20

21  Dated:_____                  _____

22                                               Magistrate Judge Richard Seeborg

23

24

25

26

27

28

-1-

[PROPOSED] ORDER GRANTING MISC. ADMIN.
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO.:  C04-01497 RS