1   DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
5

6   Attorneys for Defendant/Counterclaimant
    Google Inc.
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12

13  DIGITAL ENVOY, INC.,                    )   CASE NO.:  C 04 01497 RS
                                            )
14        Plaintiff/Counterdefendant,       )   **DECLARATION OF DAVID H.**
                                            )   **KRAMER IN SUPPORT OF**
15        v.                                )   **GOOGLE INC.'S MISCELLANEOUS**
                                            )   **ADMINISTRATIVE REQUEST TO**
16  GOOGLE INC.,                            )   **FILE DOCUMENTS UNDER SEAL**
                                            )   **PURSUANT TO LOCAL RULES 7-11**
17        Defendant/Counterclaimant.        )   **AND 79-5**
                                            )
18                                          )   Judge:        Hon. Richard Seeborg
                                            )   Courtroom:  4, 5th Floor
19  _____)   Date:         June 22, 2005
                                                Time:         9:30 a.m
20

21

22

23

24

25

26

27

28

I, David H. Kramer, declare as follows:

1.    I am an attorney at law duly licensed to practice in the State of California and before this Court.  I am a member at Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for defendant and counterclaimant Google Inc. ("Google").  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I submit this declaration in support of Google's Miscellaneous Administrative Request to File Documents Under Seal Pursuant to Local Rule 79-5.

3.    The confidential unredacted versions of Google Inc.'s Opposition to Digital Envoy's Motion to Compel Further Responses to Its First and Second Sets of Interrogatories and Its First and Second Sets of Requests for Production of Documents to Google Inc. and Google Inc.'s Opposition to Digital Envoy's Motion to Compel Further Responses to Requests for Production of Documents Nos. 3, 14, 18, 19 and 26 contain information confidential to Google. Public memorandums with the designated material redacted are also being filed.

4.    The Declaration of Kim Malone in Support of Google Inc.'s Opposition to Digital Envoy's Motion to Compel Further Responses to Interrogatories and Document Requests ("Malone Declaration") and the Declaration of David DiNucci in Opposition to Digital Envoy's Motion to Compel Further Responses to Requests for Production of Documents ("DiNucci Declaration") contain information confidential to Google.

5.    The document attached as Exhibit C to the Declaration of David H. Kramer in Support of Google Inc.'s Oppositions to Digital Envoy's Motions to Compel ("Kramer Declaration") contains excerpts from the deposition of Steven Schimmel, taken on September 23, 2004. Google has designated the transcript as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this matter on August 23, 2004.  The document attached as Exhibit D to the Kramer Declaration contains excerpts from the deposition of Robert Friedman, taken on November 17, 2004.  Plaintiff and counterdefendant Digital Envoy, Inc. has designated the transcript as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  The document attached as Exhibit F to the Kramer Declaration is a redacted

-1-

1    copy of a contract between Google and a third party.  Google has confidentiality obligations to

2    the third party.

3         6.    In light of these designations, Google hereby requests an order permitting it to file

4    unredacted copies of its opposition briefs, the Malone Declaration, the DiNucci Declaration, and

5    Exhibits C, D and F to the Kramer Declaration under seal.

6

7         I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed on June 1, 2005, at Palo Alto, California.

9

10                                         /s/ David H. Kramer
                                          David H. Kramer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. ISO GOOGLE'S MISC. ADMIN. REQUEST
TO FILE DOCUMENTS UNDER SEAL
CASE NO.:  C04-01497 RS