| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendant/Counterclaimant<br>Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| GOOGLE INC., | ) | |
| Defendant/Counterclaimant. | ) | |

2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.: C 04 01497 RS

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California. I am over the age of 18 years
3  and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati,
4  650 Page Mill Road, Palo Alto, California 94304-1050.

5  On this date, I served a copy of each of the following:

6  **1.  GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST AND SECOND SETS OF INTERROGATORIES AND ITS FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GOOGLE INC. (CONFIDENTIAL VERSION) (CONDITIONALLY LODGED UNDER SEAL)**

**2.  GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS TO PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19 AND 26 (CONFIDENTIAL VERSION) (CONDITIONALLY LODGED UNDER SEAL)**

**3.  DECLARATION OF DAVID DINUCCI IN OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19 AND 26 (CONDITIONALLY LODGED UNDER SEAL)**

**4.  DECLARATION OF KIM MALONE IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST AND SECOND SETS OF INTERROGATORIES AND ITS FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO GOOGLE INC. (CONDITIONALLY LODGED UNDER SEAL)**

**5.  EXHIBITS C, D AND F TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITIONS TO DIGITAL ENVOY'S MOTIONS TO COMPEL (CONDITIONALLY LODGED UNDER SEAL)**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter | McGuireWoods LLP |
| & Hampton LLP | 170 Peachtree Street, N.E. |
| Four Embarcadero Center, 17th Floor | Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |

-1-                                                                 2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.:  C 04 01497 RS

1   ☒   By forwarding the document(s) by electronic transmission on this date to:

2   .   Craig Cardon                              Timothy H. Kratz
        Sheppard, Mullin, Richter                 McGuireWoods LLP
3           & Hampton LLP                         170 Peachtree Street, N.E.
        Four Embarcadero Center, 17th Floor       Suite 2100
4       San Francisco, CA 94111-4106              Atlanta, GA 30309
        Email:  ccardon@sheppardmullin.com        Email: tkratz@mcguirewoods.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on June 1, 2005.

                                          /s/ Deborah Grubbs
                                          Deborah Grubbs