DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*E-FILED 6/7/05*

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** <br><br> Judge:    Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date:    June 22, 2005 <br> Time:    9:30 a.m |

1  Having considered Defendant and counterclaimant Google Inc.'s Administrative Request
2  to File Documents Under Seal Pursuant to Local Rule 79-5 lodged with the Court on June 1,
3  2005, the Court HEREBY ORDERS that the following documents shall be filed under seal:

4  1. Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy's
5     Motion to Compel Further Responses to Its First and Second Sets of Interrogatories
6     and Its First and Second Sets of Requests for Production of Documents to Google
7     Inc.;
8  2. Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy's
9     Motion to Compel Further Responses to Requests for Production of Documents Nos.
10    3, 14, 18, 19 and 26;
11 3. Declaration of Kim Malone in Support of Google Inc.'s Opposition to Digital
12    Envoy's Motion to Compel Further Responses to Interrogatories and Document
13    Requests;
14 4. Declaration of David DiNucci in Opposition to Digital Envoy's Motion to Compel
15    Further Responses to Requests for Production of Documents; and
16 5. Exhibits C, D and F to the Declaration of David H. Kramer in Support of Google
17    Inc.'s Oppositions to Digital Envoy's Motions to Compel.

19 IT IS SO ORDERED.

21 Dated: June 7, 2005                    /s/ Richard Seeborg
                                          Magistrate Judge Richard Seeborg

-1-

[PROPOSED] ORDER GRANTING MISC. ADMIN.
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS