1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
650 Page Mill Road
4 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100

6 | Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **SUPPLEMENTAL DECLARATION OF DAVID H. KRAMER IN SUPPORT OF REPLY IN SUPPORT OF GOOGLE INC.'S MOTION TO PRECLUDE AND/OR TO COMPEL** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | Judge: Hon. Richard Seeborg<br>Courtroom: 4, 5th Floor<br>Date: June 22, 2005<br>Time: 9:30 a.m. |

SUPPL. KRAMER DECL. ISO GOOGLE'S REPLY ISO
MOTION TO PRECLUDE – C 04 01497 RS

2669365_1.DOC

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a member at Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Google Inc.'s Third Set of Interrogatories (Nos. 8-10 and 19-24), served on Digital Envoy on March 30, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of Digital Envoy's Supplemental and Amended Responses to Google's Third Set of Interrogatories (Nos. 8-10 and 19-24), served on June 1, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 7, 2005, at Palo Alto, California.

    /s/   David H. Kramer
            David H. Kramer