# EXHIBIT C

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
**Press Releases**
Images and B-roll
Awards
Permissions

**Products & Technology**
Product Descriptions
Reviewer's Guides

...........................

**Related Product Info**
Google Labs
Software Principles

**Related Corporate Info**
History
Timeline
Executive Bios
Governance
Privacy Policy

**Investor Relations**

...........................

*Find on this site:*



### Google Licenses Web Search and Sponsored Links to Amazon.com

SEATTLE & MOUNTAIN VIEW, Calif. - April 3, 2003 - Amazon.com (Nasdaq: AMZN) and Google, developer of the largest performance-based search advertising program, today announced a multi-year agreement that will make Google's search technology and targeted sponsored links available on Amazon.com. Google's services will provide Amazon.com customers with access to billions of web pages through Google's web-wide search results.

Both Google's sponsored links and web search will be available to Amazon.com customers within the next several months; sponsored links are now available on a selection of Amazon.com pages.

"Both Google and Amazon.com built their businesses by developing exceptional user experiences and providing relevant and comprehensive information," said Omid Kordestani, senior vice president of Google's Worldwide Sales and Field Operations. "Google's services will enable Amazon.com customers to conduct research across the web."

Google's global search services provide websites and portals with access to billions of web pages and the world's most advanced search technology. Additionally, Google partner sites have access to revenue opportunities through sponsored links from Google's worldwide network of more than 100,000 advertisers. Google's advertisers gain broad exposure across Google's partner websites, including many of the largest websites in the world such as AOL, Ask Jeeves, and Earthlink.

"Amazon.com is constantly seeking new ways to provide our customers with the best and most relevant information on the web," said Owen Van Natta, vice president of Worldwide Business Development, Amazon.com. "Working with another industry leader such as Google is in keeping with our relentless commitment to excellence throughout every aspect of the customer experience."

For more information on Google's advertising programs, visit www.google.com/ads.

**About Amazon.com**
Amazon.com, a Fortune 500 company based in Seattle, opened its virtual doors on the World Wide Web in July 1995 and today offers Earth's Biggest Selection. Amazon.com seeks to be Earth's most customer-centric company, where customers can find and discover anything they might want to buy online, and endeavors to offer its customers the lowest possible prices. Amazon.com and sellers list millions of unique new and used items in categories such as apparel and accessories, electronics, computers, kitchenware and housewares, books, music, DVDs, videos, cameras and photo items, toys, baby items and baby registry, software, computer and video games, cell phones and service, tools and hardware, travel services, magazine subscriptions and outdoor living items.

Amazon.com operates five international Web sites: www.amazon.co.uk,

www.amazon.de, www.amazon.fr, www.amazon.co.jp and www.amazon.ca.

This announcement contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Actual results may differ significantly from management's expectations. These forward-looking statements involve risks and uncertainties that include, among others, risks related to potential future losses, significant amount of indebtedness, competition, commercial agreements and strategic alliances, seasonality, potential fluctuations in operating results and rate of growth, foreign exchange rates, management of potential growth, system interruption, international expansion, consumer trends, inventory, fulfillment center optimization, limited operating history, government regulation and taxation, fraud, and new business areas. More information about factors that potentially could affect Amazon.com's financial results is included in Amazon.com's filings with the Securities and Exchange Commission, including its Annual Report on Form 10-K for the year ended December 31, 2002, and all subsequent filings.

**About Google**
Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program, which is the largest and fastest growing in the industry, provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout North America, Europe, and Asia. For more information, visit www.google.com.

### 

*Google is a trademark of Google Technology Inc. All other company and product names may be trademarks of the respective companies with which they are associated.*

**Contacts:**

Jani Baker            Michael Mayzel
Amazon.com            Google Inc.
+1-206-266-2824       +1-650-623-4565
jani@amazon.com       mmayzel@google.com



©2005 Google - Home - About Google - We're Hiring - Site Map