P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>        Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DIGITAL ENVOY'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19, and 26**<br><br>Date:            June 15, 2005<br>Time:           9:30 a.m.<br>Courtroom:    4, 5th Floor<br><br>The Honorable Richard Seeborg |

1  Because Google has lodged the very same objections and arguments in opposition to both
2  of Digital Envoy's Motions to Compel, Digital Envoy incorporates by reference the arguments set
3  forth in its Reply in Support of Digital Envoy's Motion to Compel Further Responses to Its First
4  and Second Sets of Interrogatories and restates them here.  Further, based on Google's
5  representations in its Opposition, Digital Envoy is willing to stay its request for *in camera* review
6  of certain documents contained in Google's privilege log on the condition that Google honors its
7  offer to address Digital Envoy's concerns regarding its claims of privilege.  If Digital Envoy has
8  any remaining concerns, it respectfully requests the opportunity to bring this issue before the
9  Court at a later date.

11  DATED:  June 8, 2005

12  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14  By      /s/ Brian Blackman
               P. CRAIG CARDON
15             BRIAN R. BLACKMAN

16  TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
17  LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
    MCGUIRE WOODS, L.L.P
18  1170 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30309
19  Telephone: 404.443.5706
    Facsimile:  404.443.5751

20  Attorneys for DIGITAL ENVOY, INC.