1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS

15            Plaintiff/Counterdefendant, | **DECLARATION OF ROBERT FRIEDMAN IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 3, 14, 18, 19, and 26**

16       v.

17  GOOGLE, INC.,

18            Defendant/Counterclaimant.

19                                         The Honorable Richard Seeborg

20

I, Robert Friedman, declare as follows:

1. I am Executive Vice-President and General Counsel for Digital Envoy, Inc. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein.

2. Digital Envoy has many web site customers who have built their own infrastructures.

3. Google itself built its own ad infrastructure solely for use on www.google.com before it considered the idea of third-party advertising and licensed Digital Envoy's technology to geo-target advertisements on Google.com.

4. AdSense is deployed on 60% of the Top 100 properties on the Internet, properties that typically license Digital Envoy's technology for thousands or tens of thousands of dollars per month each. *See* the Corporate Information page of Google's web site, located at http://www.google.com/corporate/facts.html.

5. DoubleClick and Accipter deploy enterprise ad servers to web sites so that those web sites can serve ads to their users.

6. Digital Envoy has contractual relationships with various companies who pay Digital Envoy when customers of those companies use geo-targeting. Digital Envoy receives revenue for the use of Digital Envoy's technology in geo-targeting, sometimes as much as 72% and up to tens-of-thousands of dollars per year per web site.

7. For some ad networks with which Digital Envoy has ongoing relationships or has had relationships, Digital Envoy receives $0.10 per CPM ("cost per 1,000 impressions"), $500 per million lookups, $750.00 per 250,000 lookups, and $4,000.00 per billion lookups of IP addresses.

8. Ask Jeeves, a Digital Envoy customer, has stated "Just by virtue of our relationship with Google, we benefit from their improvements with AdWords in the local space," said Lanzone. "They've done a lot of work in geotargeting, and we are recipients of that." Under Ask Jeeves' license agreement, it is only entitled to use Digital Envoy's technology for limited purposes (and specifically not for ad targeting, typically the most lucrative use). The Ask Jeeves deal alone was valued at $100 million by Google according to its public statements and Digital

- 1 -

Envoy received $0 as a result of this relationship and, in fact, Digital Envoy believes that its prospects were damaged through its lost business opportunity. *See* ClickZ News article "Yahoo!, Ask Jeeves Bow Local Search Tools" dated August 3, 2004, a true copy of which is attached hereto as Exhibit B.

9. In many cases, Digital Envoy supplies geo-targeting directly to individual web sites (its customers include many of the largest properties on the Internet – such as AOL, CNN.com, InfoSpace, CNet, Disney.com, ESPN.com, ABCNews.com, Guardian UK), many of whom have developed their own internal ad networks.

10. Google's SEC filings indicate that their AdSense program is an important part of their revenue stream. *See, e.g.*, Amendment No. 2 to Form S-1 Registration Statement filed June 21, 2004, a true copy of which is attached as Exhibit A.

11. Google has admitted that it "licenses" AdSense to third parties. *See* April 3, 2003 Google Press Release, a true copy of which is attached hereto as Exhibit C.

I declare these things under penalty of perjury and under the laws of the United States of America. Executed on June 8, 2005, at Atlanta, Georgia.

                                              /s/ Robert Friedman
                                              Robert Friedman

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration Of Robert Friedman In Support Of Digital Envoy's Motion To Compel Further Responses To Digital Envoy's Requests For Production Of Documents Nos. 3, 14, 18, 19, and 26. In compliance with General Order 45.X.B., I hereby attest that Robert Friedman has concurred in this filing.

DATED: June 8, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.