DAVID H. KRAMER, State Bar No. 168452
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO. C 04 01497 RS <br><br> **DECLARATION OF STEPHEN C. HOLMES IN SUPPORT OF GOOGLE INC.'S OBJECTION TO AND MOTION TO STRIKE PARTS OF DIGITAL ENVOY'S REPLY BRIEFS AND EVIDENCE SUBMITTED IN REPLY TO GOOGLE'S OPPOSITIONS TO DIGITAL ENVOY'S MOTIONS TO COMPEL** <br><br> Date: June 22, 2005 <br> Time: 9:30 a.m. <br> Courtroom: 4, 5th Floor <br> Judge: Hon. Richard Seeborg |

HOLMES DECL. ISO GOOGLE'S OBJECTION TO
REPLY BRIEFS AND EVIDENCE AND MTN TO
STRIKE. CASE NO. C 04 01497 RS

C:\NrPortbl\PALIB1\PBM\2673885_1.DOC

I, Stephen C. Holmes, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an associate at Wilson Sonsini Goodrich & Rosati, counsel for defendant and counterclaimant Google, Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a marked-up copy of the Reply Brief of Digital Envoy, Inc. ("Digital Envoy") submitted in reply to Google's Opposition to Digital Envoy's Motion To Compel (Docket No. 189). The parts of Exhibit A struck through represent those parts Google objects to and moves to strike as set forth in Google's accompanying Objection and Motion to Strike.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2005, at Palo Alto, California.

/s/ Stephen C. Holmes
Stephen C. Holmes

HOLMES DECL. ISO GOOGLE'S OBJECTION TO REPLY BRIEFS AND EVIDENCE AND MTN TO STRIKE.  CASE NO. C 04 01497 RS     -1-     C:\NrPortbl\PALIB1\PBM\2673885_1.DOC