1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:  415-434-9100
   Facsimile:  415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                        SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,              | Case No. C 04 01497 RS
15        Plaintiff/Counterdefendant,| GOOGLE, INC.'S STIPULATION OF
                                     | AUTHENTICITY AS TO CERTAIN
16        v.                         | DOCUMENTS
17 GOOGLE, INC.,                     |
                                     | The Honorable Richard Seeborg
18        Defendant/Counterclaimant. |

W02-SF:5BB\61456766.1                       GOOGLE'S STIPULATION. AS TO
                                     AUTHENTICITY OF CERTAIN DOCUMENTS

## STIPULATION OF AUTHENTICITY

Defendant Google, Inc. ("Google") submits this stipulation to authenticate the following documents:

1. Plaintiff's Deposition Exhibit No. 48 (Documents GOOG 009876 – GOOG 009877).

2. Plaintiff's Deposition Exhibit No. 49 (Documents GOOG 009696 – GOOG 9698).

Google stipulates that the above documents are authentic, that the documents were created and transmitted by Google employees acting within the scope of their responsibility to and authority from Google, and that the documents are admissible for any purpose at any trial or hearing in the above-styled action, except that Google reserves the right to object to the documents pursuant to Federal Rule of Evidence 401 and 403.

IT IS SO STIPULATED.

DATED: June 10, 2005

WILSON, SONSINI, GOODRICH & ROSATI P.C.

By _____
DAVID H. KRAMER
Attorneys for GOOGLE, INC.

DATED: June 10, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____

W02-SF:5BB\61456766.1

- 1 -

GOOGLE'S STIPULATION, AS TO
AUTHENTICITY OF CERTAIN DOCUMENTS

|   |   |
|---|---|
| 1 | P. CRAIG CARDON |
| 2 | TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For) |
| 3 | LUKE ANDERSON (*Pro Hac Vice* To Be Applied For) MCGUIRE WOODS, L.L.P |
| 4 | 1170 Peachtree Street, N.E., Suite 2100 Atlanta, Georgia 30309 |
| 5 | Telephone: 404.443.5706 Facsimile: 404.443.5751 |
| 6 | Attorneys for DIGITAL ENVOY, INC. |

W02-SF:5BB\61456494.1

-2-

DIGITAL ENVOY'S SUPP. BRIEF IN OPPOSITION TO GOOGLE'S MTN. FOR SUMMARY JUDGMENT.