UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:  IRENE RODRIGUEZ                     DATE:    6/22/05
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                     CASE #:   C 04-01497 RS

CASE TITLE:    DIGIAL ENVOY, INC.     VS.   GOOGLE, INC.

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 TIMOTHY KRATZ                              DAVID KRAMER

### TODAY'S PROCEEDINGS

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.    {X} MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{X}      { }      { }      1. TO COMPEL
{X}      { }      { }      2. FOR SANCTIONS
{ }      {X}      { }      3. TO PRECLUDE AND/OR COMPEL
{ }      { }      { }      4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments:  MATTERS ARE HEARD. COUNSEL GIVEN UNTIL 7/1/05 TO SUBMIT FURTHER WRITTEN ARGUMENT LIMITED TO 10 PAGES. COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:          Copies to: