1  P. CRAIG CARDON, State Bar No. 168646
   BRIAN R. BLACKMAN, State Bar No. 196996
2  KENDALL M. BURTON, State Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:  (415) 434-9100
   Facsimile:  (415) 434-3947
5
   TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON, (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, LLP
7  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia  30309
8  Telephone:  (404) 443-5500
   Facsimile:  (404) 443-5751
9
   Attorneys for Plaintiff/Counterdefendant,
10 Digital Envoy, Inc.

11 DAVID H. KRAMER, State Bar No. 168452
   DAVID L. LANSKY, State Bar No. 199952
12 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
13 650 Page Mill Road
   Palo Alto, CA 94304-1050
14 Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
15
   Attorneys for Defendant/Counterclaimant
16 Google Inc.

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                           SAN JOSE DIVISION

21

22 DIGITAL ENVOY, INC.,                )   CASE NO.:  C 04 01497 RS
                                       )
23           Plaintiff/Counterdefendant,)  **STIPULATION AND [PROPOSED]**
                                       )   **ORDER TO EXTEND TIME TO**
24      v.                             )   **FILE SUPPLEMENTAL BRIEFS**
                                       )
25 GOOGLE INC.,                        )
                                       )
26           Defendant/Counterclaimant.)
                                       )
27                                     )
                                       )
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND                    C:\NrPortbl\PALIB1\DAG\2681227_1.DOC
TIME TO FILE SUPPLEMENTAL BRIEFS
C 04 01497 RS

Dockets.Justia.com

1  WHEREAS, argument on Digital Envoy, Inc.'s motions to compel and motion for
2  sanctions and on Google Inc.'s motion to preclude and/or compel was heard on June 22, 2005;
3  WHEREAS, the Court gave the parties until July 1, 2005 to submit further written
4  argument relating to the afore-mentioned motions;
5  WHEREAS, the parties have agreed to extend the deadline to file such supplemental
6  briefs until July 5, 2005 in light of existing vacation schedules;
7  NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and
8  request an order extending time to supplemental briefs until July 5, 2005.

Dated: June 28, 2005                    MCGUIRE WOODS, LLP

                                        By: /s/
                                            Timothy H. Kratz

                                        Attorneys for Plaintiff and Counterdefendant
                                        DIGITAL ENVOY, INC.


Dated: June 28, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By: /s/
                                            David H. Kramer

                                        Attorneys for Defendant and Counterclaimant
                                        GOOGLE INC.

1  Based on the foregoing, and good cause appearing therefore, the deadline to file any
2  supplemental briefs relating to the discovery motions heard on June 22, 2005 is extended to
3  July 5, 2005.
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated:_____, 2005           _____
                                        HONORABLE RICHARD SEEBORG
7                                         United States Magistrate Judge

1  **CERTIFICATION**

2  I, David H. Kramer, am the ECF User whose identification and password are being used
3  to file the Stipulation and [Proposed] Order to Extend Time to File Motions to Compel
4  Discovery. In compliance with General Order 45.X.B, I hereby attest that all parties have
5  concurred in this filing.

6

7  DATED: June 28, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
8

9
                                            By:    /s/
10                                                 David H. Kramer

11                                          Attorneys for Defendant / Counterclaimant
                                            GOOGLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28