1  P. CRAIG CARDON, State Bar No. 168646
   BRIAN R. BLACKMAN, State Bar No. 196996
2  KENDALL M. BURTON, State Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:  (415) 434-9100                    *E-FILED 6/29/05*
   Facsimile:  (415) 434-3947
5
   TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON, (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, LLP
7  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia  30309
8  Telephone:  (404) 443-5500
   Facsimile:  (404) 443-5751
9
   Attorneys for Plaintiff/Counterdefendant,
10 Digital Envoy, Inc.

11 DAVID H. KRAMER, State Bar No. 168452
   DAVID L. LANSKY, State Bar No. 199952
12 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
13 650 Page Mill Road
   Palo Alto, CA 94304-1050
14 Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
15
   Attorneys for Defendant/Counterclaimant
16 Google Inc.

17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                             SAN JOSE DIVISION

21

22 DIGITAL ENVOY, INC.,              )   CASE NO.:  C 04 01497 RS
                                     )
23         Plaintiff/Counterdefendant,)   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER TO EXTEND TIME TO**
24      v.                           )   **FILE SUPPLEMENTAL BRIEFS**
                                     )
25 GOOGLE INC.,                      )
                                     )
26         Defendant/Counterclaimant.)
                                     )
27                                   )
                                     )
28

1  WHEREAS, argument on Digital Envoy, Inc.'s motions to compel and motion for
2  sanctions and on Google Inc.'s motion to preclude and/or compel was heard on June 22, 2005;
3  WHEREAS, the Court gave the parties until July 1, 2005 to submit further written
4  argument relating to the afore-mentioned motions;
5  WHEREAS, the parties have agreed to extend the deadline to file such supplemental
6  briefs until July 5, 2005 in light of existing vacation schedules;
7  NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and
8  request an order extending time to supplemental briefs until July 5, 2005.

Dated: June 28, 2005                      MCGUIRE WOODS, LLP

                                          By: /s/
                                              Timothy H. Kratz

                                          Attorneys for Plaintiff and Counterdefendant
                                          DIGITAL ENVOY, INC.


Dated: June 28, 2005                      WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By: /s/
                                              David H. Kramer

                                          Attorneys for Defendant and Counterclaimant
                                          GOOGLE INC.

1  Based on the foregoing, and good cause appearing therefore, the deadline to file any
2  supplemental briefs relating to the discovery motions heard on June 22, 2005 is extended to
3  July 5, 2005.
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated: June 28 , 2005           /s/ Richard Seeborg
                                   _____
7                                  HONORABLE RICHARD SEEBORG
                                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND         2         C:\NrPortbl\PALIB1\DAG\2681227_1.DOC
TIME TO FILE SUPPLEMENTAL BRIEFS
C 04 01497 RS

# CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order to Extend Time to File Motions to Compel Discovery. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: June 28, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/
         David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.