P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-10(b) AND 79-5, EXHIBIT M ATTACHED TO DIGITAL ENVOY'S SUPPLEMENTAL BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL** |
| v. | |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-
W02-SF:5BB\61460190.1   DIGITAL ENVOY'S ADMIN. REQUEST TO FILE UNDER SEAL EXHIBIT M TO SUPP. BRIEF ISO OF DIGITAL ENVOY'S MOTION TO COMPEL

Dockets.Justia.com

1 | Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal Exhibit M attached to Digital Envoy's Supplement Brief in Support of Digital Envoy's Motion to Compel.

Defendant Google, Inc. has identified the document attached as Exhibit M to Digital Envoy's Supplement Brief in Support of Digital Envoy's Motion to Compel as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter. The documents attached as Exhibit M were produced by Google during discovery and were Bates labeled GOOG 012016 – 012027.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Exhibit M under seal.

DATED: July 5, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.