P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-10(b) AND 79-5, EXHIBIT M ATTACHED TO DIGITAL ENVOY'S SUPPLEMENTAL BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL** |

-1-

W02-SF:5BB\61460219.1     ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST FILE UNDER SEAL EXHIBIT M ATTACHED TO ITS SUPP. BRIEF ISO DIGITAL ENVOY'S MOTION TO COMPEL

Dockets.Justia.com

-2-

1  Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request To File
2  Under Seal, Pursuant To Local Rules 7-10(B) And 79-5, Exhibit M Attached To Digital Envoy's
3  Supplemental Brief In Support Of Digital Envoy's Motion To Compel, lodged with the Court on
4  July 5, 2005, the Court HEREBY ORDERS that Exhibit M to Digital Envoy's Supplemental Brief
5  In Support Of Digital Envoy's Motion to Compel be filed under seal.

6  DATED: _____, 2005

By  _____
The Honorable Richard Seeborg
United States Magistrate Judge