1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,

16    v.                                   **DECLARATION OF BRIAN R.
                                           BLACKMAN IN SUPPORT OF DIGITAL
17 GOOGLE, INC.,                           ENVOY'S MISCELLANEOUS
                                           ADMINISTRATIVE REQUEST TO FILE
18          Defendant/Counterclaimant.     UNDER SEAL, PURSUANT TO LOCAL
                                           RULE 7-10(b) AND 79-5, EXHIBIT M
19                                         ATTACHED TO DIGITAL ENVOY'S
                                           SUPPLEMENTAL BRIEF IN SUPPORT
20                                         OF DIGITAL ENVOY'S MOTION TO
                                           COMPEL**
21

22

23

24

25

26

27

28
                                -1-
   W02-SF:5BB\61460191.1                   DEC. OF BRIAN BLACKMAN ISO DIGITAL
                                           ENVOY'S ADMINISTRATIVE REQUEST
                                           TO FILE EXHIBIT  M UNDER SEAL

Dockets.Justia.com

1    I, Brian R. Blackman, declare:

2    1.    I am an attorney licensed to practice before this Court and am associated with

3 Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital

4 Envoy") in this matter.  I make this declaration based on my personal knowledge, except where

5 noted otherwise, and would competently testify to these facts if called to do so.

6    2.    I submit this declaration in support of Digital Envoy's Miscellaneous

7 Administrative Request to File Under Seal, Pursuant to Local Rules 7-10(b) and 79-5, Exhibit M

8 Attached to Digital Envoy's Supplemental Brief in Support of Digital Envoy's Motion to Compel.

9    3.    Exhibit M attached to Digital Envoy's Supplemental Brief contains information

10 designated by defendant Google, Inc. as "Highly Confidential – Attorney's Eyes Only" under the

11 terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality.

12 The documents attached as Exhibit M were produced by Google during discovery and were Bates

13 labeled GOOG 012016 – 012027.  Without concurring in Google's view, in light of its

14 designation, Digital Envoy requests an order permitting it to file Exhibit M under seal.

15    I declare under the penalty of perjury that the above statements are true.  Executed this 5th

16 day of July 2005 in San Francisco.

17

18    /s/ Brian R. Blackman
     BRIAN R. BLACKMAN

19

20

21

22

23

24

25

26

27

28

-2-

DEC. OF BRIAN BLACKMAN ISO DIGITAL
ENVOY'S ADMINISTRATIVE REQUEST
TO FILE EXHIBIT M UNDER SEAL