# EXHIBIT G



Google AdSense - Case Study

Page 1 of 2

Invite a Friend - Contact Us - Help

Search AdSense Help

**Google AdSense Case Study**

---

**How WiFinder gets revenue it can count on through Google AdSense.**
Case study : WiFinder : www.wifinder.com

---

The epitome of the mobile worker, software entrepreneur Scott Rafer may be his own best customer. Rafer is the chairman of WiFinder, the largest directory of wireless hotspots and public locations offering Internet access. The WiFinder.com site is the de facto global directory where thousands of mobile professionals seek Internet access location information every day.



As the largest global directory of wireless hotspots, WiFinder gets a high volume of calls from equipment vendors such as Palm and Hewlett-Packard about doing inbound advertising. And chains such as McDonalds also want to tout new wireless access in their restaurants on WiFinder.com.

But the company has no dedicated staff to handle online advertising sales, which meant there was only intermittent revenue from interested advertisers. "We were getting spotty income from our advertisers," says Rafer, "nothing we could count on regularly."

**Approach**

Recently, Rafer and WiFinder CEO Oren Michels learned about Google's AdSense program, which offers publishers a new way to earn advertising revenue by featuring ads relevant to specific page content. For a service like WiFinder, AdSense is a strategic plus. "A lot of people frequently look for wireless hotspots," says Rafer. "Google AdSense lets us show geographically targeted ads, which gives them a better search experience."

**Results**

"AdSense let us raise the bar for a minimum revenue level we could count on to run the site," Rafer says. "Now we actually turn down random requests if the CPM is too low, because we can make more money with Google. Of course, we continue to accept advertising from companies that want to spend more money."

Rafer says AdSense advertising revenue is consistent enough to hire an employee dedicated to improving geographical listings, increasing the effectiveness of WiFinder.com searches. That enables Rafer and Michels to focus on business and product development, rather than tracking down one-off advertising deals or spending time gathering database information themselves.

Rafer says that it took just 20 minutes to implement AdSense, and he likes the ability to try new implementations of the ads on his site. "The consistent revenue we make is an incentive to try things like changing the ad colors, or ad size and placement to see how any of them affects response and revenue," he says.

> Now WiFinder can focus on business and product development, rather than tracking down one-off advertising deals or spending time gathering database information themselves.

Global roamer though he may be, Rafer doesn't lose sight of business basics. "In just five weeks, we have not only established consistent ad revenue flow," he says, "We are now earning the cost of an extra employee. That's the kind of hotspot we really enjoy."

https://www.google.com/adsense/wifinder

7/5/2005

**About Google AdSense**

Google AdSense™ programme for online businesses, enabling them to earn revenue from serving ads precisely targeted to specific web content and search pages. A broad universe of sites profit from AdSense, with service levels ranging from online sign-up to dedicated support management. Google's thousands of advertisers also benefit from AdSense by gaining exposure on sites across the Google Network, including Ask Jeeves, Blueyonder, Lycos Europe and Dealtime.co.uk. For more information, visit www.google.co.uk/services/.

© 2005 Google - AdSense Home - Contact Us - Privacy Policy