# EXHIBIT K

Page 1

```
 1
 2
        UNITED STATES DISTRICT COURT
 3      NORTHERN DISTRICT OF CALIFORNIA
        SAN JOSE DIVISION
 4
        ------------------------------------
 5      DIGITAL ENVOY, INC.,
 6                 Plaintiff/Counterdefendant,
 7            vs.              No. C0401497RS
 8      GOOGLE, INC,
 9                 Defendant/Counterclaimant,
        ------------------------------------
10
11
12
13            DEPOSITION OF SCOTT SPENCER
14                 New York, New York
15                Friday, June 10, 2005
16
17
18
19                   CONFIDENTIAL
20
21
22
23
24      Reported by:
        Adrienne M. Mignano
25      JOB NO. 173940
```

CONFIDENTIAL

COPY

```
                                                      Page 49
 1                S. Spencer
 2   knowledge, ever told DoubleClick that the
 3   availability of geotargeting data from
 4   Digital Envoy was important to its decision
 5   to participate in the DART Advertising --
 6   DART for Advertisers program?
 7           MR. ZUCKERMAN:  Objection.  To
 8       the extent that you know.
 9       A.    To the extent that I know, it's
10   never been that it's Digital Envoy's data,
11   it's always been a question of how much, how
12   accurate.
13       Q.    Has any website publisher, to your
14   knowledge, ever told DoubleClick that the
15   availability of geotargeting data in general
16   was important to its decision to participate
17   in the DART for Publishers program?
18       A.    To use the DART for Publishers
19   service, not program?
20       Q.    Correct.
21       A.    Having geodata is important, yes.
22       Q.    So publishers have said
23   geotargeting, the availability of some
24   geotargeting capability is important to their
25   decision to participate in the DART for
```

Page 50

1                S. Spencer

2    Publishers service?

3        A.    Yes.

4        Q.    And who has told you that?

5        A.    Geotargeting is a common feature
6    provided by every provider of ad serving
7    solutions. To not have it would be a missing
8    common feature. It's in almost every RFP as
9    a check box, do you have geotargeting, yes.

10       Q.    So when a publisher -- so your
11   testimony is based on your understanding of
12   geotargeting data as a feature of the service
13   rather than on someone's specific statement
14   to you that the existence of geotargeting
15   data was important to their decision to
16   participate?

17       A.    My statement is based on having
18   RFPs which say do you provide geotargeting.

19       Q.    From publishers or advertisers?

20       A.    From both.

21       Q.    Do you know how much money
22   DoubleClick has earned from its use of
23   Digital Envoy's data?

24       A.    I do not, no.

25       Q.    Do you have any idea how you could