# EXHIBIT L

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4    ------------------------------------X

 5    DIGITAL ENVOY, INC.                  :

 6         Plaintiff/Counter-Defendant     :

 7         v.                              :   Case No.:

 8    GOOGLE, INC.                         :   C 04 01497 RS

 9         Defendant/Counterclaimant       :

10    ------------------------------------X

11        HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

12         Videotaped deposition of MICHAEL WILLIAM POLK

13                      Baltimore, Maryland

14                   Wednesday, June 8, 2005

15                         10:02 a.m.

16    Job No.:  5-57041

17    Pages 1 - 86

18    Reported by:  Beatriz D. Fefel, RPR
```

COPY    CONFIDENTIAL



L.A.D
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL WILLIAM POLK
CONDUCTED ON WEDNESDAY, JUNE 8, 2005

73

| | | |
|---|---|---|
| 1 | so I don't manage those relationships and I have not | 11:31:21 |
| 2 | heard of any. That doesn't mean there were or | 11:31:23 |
| 3 | weren't. I just don't know. | 11:31:27 |
| 4 | Q   In your experience is it reasonable to | 11:31:28 |
| 5 | believe that if a publisher couldn't get geo-targeted | 11:31:30 |
| 6 | advertisements from Advertising.com, they would take a | 11:31:33 |
| 7 | license from Digital Envoy directly to do their own | 11:31:36 |
| 8 | geo-targeting? | 11:31:39 |
| 9 | A   Can you repeat that one more time? | 11:31:40 |
| 10 | Q   Sure. Is it reasonable in your experience | 11:31:42 |
| 11 | to believe that if a publisher in your network | 11:31:44 |
| 12 | couldn't get geo-targeted advertisements from | 11:31:46 |
| 13 | Advertising.com, a publisher -- | 11:31:51 |
| 14 | A   Publisher, okay. | 11:31:54 |
| 15 | Q   -- that publisher would take a license | 11:31:55 |
| 16 | directly from Digital Envoy so that they could run | 11:31:56 |
| 17 | geo-targeted advertisements on their site? | 11:32:01 |
| 18 | A   No, I don't believe so. Most of our | 11:32:03 |
| 19 | publishers have an ad serving system that has | 11:32:05 |
| 20 | geo-targeting as part of it. | 11:32:12 |
| 21 | Q   So they could get their geo-targeting | 11:32:14 |
| 22 | information elsewhere, they wouldn't license the data | 11:32:16 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL WILLIAM POLK
CONDUCTED ON WEDNESDAY, JUNE 8, 2005

74

| | | |
|---|---|---|
| 1 | directly, in your view? | 11:32:19 |
| 2 | A    It depends.  In most cases, no. | 11:32:22 |
| 3 | Q    Because they'd have to have their own | 11:32:26 |
| 4 | software and hardware to run an advertising system -- | 11:32:28 |
| 5 | A    Correct. | 11:32:31 |
| 6 | Q    -- in order to take advantage of -- | 11:32:32 |
| 7 | A    Or license it -- | 11:32:33 |
| 8 | Q    -- Digital Envoy data? | 11:32:33 |
| 9 | A    -- from somebody else, and that somebody | 11:32:34 |
| 10 | else may have the -- have geo-targeting data, they may | 11:32:37 |
| 11 | buy it from Digital Envoy or one of their competitors | 11:32:42 |
| 12 | to use in the ad serving that the publisher would, | 11:32:45 |
| 13 | would license. | 11:32:48 |
| 14 | MR. KRAMER:  Sorry.  Let's go off the record | 11:32:52 |
| 15 | for a second. | 11:32:55 |
| 16 | THE VIDEOGRAPHER:  We are going off the | 11:32:56 |
| 17 | record.  The time is 11:33 a.m. | 11:32:57 |
| 18 | (A short recess was taken.) | 11:33:23 |
| 19 | THE VIDEOGRAPHER:  We are back on the | 11:38:02 |
| 20 | record.  The time is 11:38 a.m. | 11:38:03 |
| 21 | BY MR. KRAMER: | 11:38:06 |
| 22 | Q    Mr. Polk, looking back at Exhibit 60 -- | 11:38:06 |