| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendant/Counterclaimant<br>Google Inc. |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 12 | DIGITAL ENVOY, INC., ) | CASE NO.: C 04 01497 RS |
| 13 | Plaintiff/Counterdefendant, ) ) | **NOTICE OF MANUAL FILING** |
| 14 | v. ) ) | |
| 15 | GOOGLE INC., ) | |
| 16 | ) | Judge: Hon. Richard Seeborg |
| 17 | Defendant/Counterclaimant. ) ) | |
| 18 | ) | |

NOTICE OF MANUAL FILING
CASE NO.: C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2685611_1.DOC

# MANUAL FILING NOTIFICATION

Regarding: **GOOGLE INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DIGITAL ENVOY, INC.'S MOTIONS TO COMPEL (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: July 5, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:      /s/ David H. Kramer
                                                David H. Kramer

                                       Attorneys for Defendant / Counterclaimant
                                       GOOGLE INC.