DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** <br><br> Judge:  Hon. Richard Seeborg |

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS

2685208_1.DOC

Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court permit it to file under seal the following documents:

1. Confidential unredacted version of Google Inc.'s Supplemental Brief in Opposition to Digital Envoy, Inc.'s Motions to Compel.

Google's supplemental brief contains information confidential to Google. A public memorandum with the designated material redacted is also being filed. Google hereby requests an order permitting it to file its unredacted version of its supplemental brief under seal.

Dated: July 5, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ David H. Kramer
             David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.

-1-

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS