1   DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
5

6   Attorneys for Defendant/Counterclaimant
    Google Inc.
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12
    DIGITAL ENVOY, INC.,                    )   CASE NO.: C 04 01497 RS
13                                          )
            Plaintiff/Counterdefendant,     )   **[PROPOSED] ORDER**
14                                          )   **GRANTING DEFENDANT AND**
                                            )   **COUNTERCLAIMANT GOOGLE**
15          v.                              )   **INC.'S MOTION FOR**
                                            )   **ADMINISTRATIVE RELIEF TO**
16   GOOGLE INC.,                           )   **FILE DOCUMENTS UNDER SEAL**
                                            )   **PURSUANT TO LOCAL RULES 7-11**
17          Defendant/Counterclaimant.      )   **AND 79-5**
                                            )
18                                          )
                                            )
19   _____    )   Judge:     Hon. Richard Seeborg

20

21

22

23

24

25

26

27

28

1        Having considered Defendant and counterclaimant Google Inc.'s Motion for

2  Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed

3  with the Court on July 5, 2005, the Court HEREBY ORDERS that the following documents shall

4  be filed under seal:

5       1.     Confidential unredacted version of Google Inc.'s Supplemental Brief in

6             Opposition to Digital Envoy's Motions to Compel.

7

8  IT IS SO ORDERED.

9

10  Dated:_____          _____

11                     Magistrate Judge Richard Seeborg

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS