DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** <br><br> Judge: Hon. Richard Seeborg |

DECL. ISO GOOGLE'S MOTION FOR ADMIN. RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS

2685212_1.DOC

1  I, David H. Kramer, declare as follows:

2  1.  I am an attorney at law duly licensed to practice in the State of California and
3  before this Court. I am a member at Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for
4  defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts
5  set forth herein and, if called as a witness, could and would testify competently thereto.

6  2.  I submit this declaration in support of Google's Motion for Administrative Relief
7  to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5.

8  3.  The confidential unredacted version of Google Inc.'s Supplemental Brief in
9  Opposition to Digital Envoy, Inc.'s Motions to Compel contains information confidential to
10 Google. A public memorandum with the designated material redacted is also being filed.

12 I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct. Executed on July 5, 2005, at Palo Alto, California.

                                  /s/ David H. Kramer
                                    David H. Kramer

-1-

DECL. ISO GOOGLE'S MOTION FOR ADMIN. RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS