| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 5 | |
| 6 | Attorneys for Defendant/Counterclaimant<br>Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
|  | ) |  |
| Plaintiff/Counterdefendant, | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GOOGLE INC., | ) |  |
|  | ) |  |
| Defendant/Counterclaimant. | ) |  |
|  | ) |  |

2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.: C 04 01497 RS

Dockets.Justia.com

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served a copy of each of the following:

**1.   GOOGLE INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DIGITAL ENVOY, INC.'S MOTIONS TO COMPEL (CONFIDENTIAL VERSION)**

☒   By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter | McGuireWoods LLP |
| & Hampton LLP | 1170 Peachtree Street, N.E. |
| Four Embarcadero Center, 17th Floor | Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |

☒   By forwarding the document(s) by electronic transmission on this date to:

| | |
|---|---|
| .   Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter | McGuireWoods LLP |
| & Hampton LLP | 1170 Peachtree Street, N.E. |
| Four Embarcadero Center, 17th Floor | Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |
| Email: ccardon@sheppardmullin.com | Email: tkratz@mcguirewoods.com |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 5, 2005.

/s/ Deborah Grubbs
Deborah Grubbs