1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15       Plaintiff/Counterdefendant, | **DIGITAL ENVOY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES** |
| 16   v. | |
| 17  GOOGLE, INC., | |
| 18       Defendant/Counterclaimant. | Date:      August 10, 2005<br>Time:      9:30 a.m.<br>Courtroom: 4, 5th Floor |
| 19 | |
| 20 | **The Honorable Richard Seeborg** |

PLEASE TAKE NOTICE THAT on August 10, 2005, at 9:30 a.m. or as soon thereafter as it may be heard, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy") will move and hereby does move for entry of Partial Summary Judgment solely on the issue of contract interpretation and Google, Inc.'s ("Google") violation of the contract between Digital Envoy and Google.

Digital Envoy makes this motion on the grounds that there are no remaining triable issues of fact with respect to the Breach of Contract claim, and that Digital Envoy is entitled to judgment as a matter of law on that claim.

Digital Envoy's motion is supported by the following memorandum, the declarations of Sam S. Han and attached exhibits, and any other matters properly before the Court.

DATED: July 6, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/ Brian Blackman
         P. CRAIG CARDON
         BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admited *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -