P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **DECLARATION OF SAM S. HAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | Date:          **August 10, 2005**<br>Time:         **9:30 a.m.**<br>Courtroom:  **4, 5th Floor**<br><br>**The Honorable Richard Seeborg** |

-1-

I, Sam S. Han, declare:

1.  I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia and before the United States Patent and Trademark Office. I am an attorney at McGuireWoods LLP, counsel of record for Digital Envoy in this matter.

2.  Attached hereto as Exhibit A is a true and correct copy of the Product and Electronic Database Evaluation and License Agreement that was produced in this action.

3.  Attached hereto as Exhibit B is a true and correct copy of the *Merriam-Webster Online Dictionary*. I downloaded the website and printed it on June 9, 2005. The source of the site was: <http://www.m-w.com/cgi-bin/dictionary>.

4.  Attached hereto as Exhibit C is a true and correct copy of cited portions of the *Uniform Computer Information Transactions Act*, approved for adoption in 2002. I downloaded the Act and printed it on June 16, 2005. The source of the site was: <http://www.law.upenn.edu/bll/ulc/ucita/2002final.htm>.

5.  Attached hereto as Exhibit D is a true and correct copy of the *Google Licenses Web Search and Sponsored Links to Amazon.com* press release, from April 3, 2003. I downloaded the press release and printed it on June 16, 2005. The source for the site was: <http://www.google.com/press/pressrel/amazon.html>.

6.  Attached hereto as Exhibit E is a true and correct copy of the *Google AdSense Program Policies* Internet page. I downloaded the Internet page and printed it on June 16, 2005. The source for the site was: <http://www.google.com/adsense/policies>.

7.  Attached hereto as Exhibit F is a true and correct copy of the *Google Press Centre: Product Descriptions* Internet page. I downloaded and printed this on June 16, 2005. The source of the site was: <http://www.google.co.uk/press/descriptions.html>.

8.  Attached hereto as Exhibit G is a true and correct copy of the *Sample Contracts and Business Forms - Advertising Services Agreement* Internet page, dated April 14, 2003. I downloaded and printed this on June 16, 2005. The source of the site was: <http://contracts.onecle.com/shopping/google.sales.2003.04.14.shtml>.

9. Attached hereto as Exhibit H is a true and correct copy of cited portions of the Internet page titled *Securities and Exchange Commission, Form 10-Q, Ask Jeeves, Inc., For the Quarterly Period Ended June 30, 2002*. I downloaded and printed this on July 6, 2005. The source of the site was: <http://yahoo.brand.edgar-online.com/EFX_dll/EDGARpro.dll?FetchFilingHTML1?SessionID=jKwBIuNdQ_VRQM2&ID=1963121>.

10. Attached hereto as Exhibit I is a true and correct copy of the Internet page titled *Local Search Part 3: Google Gets Local with AdWords*. I downloaded and printed this on July 6, 2005. The source of the site was: <http://searchenginewatch.com/searchday/article.php/3099591>.

11. Attached hereto as Exhibit J is a true and correct copy of the Internet page titled *Google AdSense*. I downloaded and printed this on July 6, 2005. The source of the site was: <http://www.google.com/services/adsense_tour/page7.html>.

12. Attached hereto as Exhibit K is a true and correct copy of relevant portions of the Certified Copy of the Transcript of the Deposition of Susan Wojcicki, taken on June 23, 2005, in Palo Alto, California.

13. Attached hereto as Exhibit L is a true and correct copy of the document marked as Exhibit 61 in the Certified Copy of the Transcript of the Deposition of Susan Wojcicki, taken on June 23, 2005, in Palo Alto, California

I declare these things under penalty of perjury and under the laws of the United States of America. Executed on July 6, 2005, at Atlanta, Georgia.

/s/ Sam S. Han
SAM S. HAN

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Sam S. Han in Support of Digital Envoy, Inc.'s Motion For Partial Summary Judgment. In compliance with General Order 45.X.B., I hereby attest that Sam S. Han has concurred in this filing.

DATED: July 6, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.