# Exhibit B

*Merriam-Webster Online Dictionary*





**Merriam-Webster Online Dictionary**

5 entries found for **license**.
To select an entry, click on it.

license[1,noun]
license[2,transitive verb]
driver's license
license plate
poetic license

Main Entry: ²**license**
Variant(s): *also* **licence**
Function: *transitive verb*
Inflected Form(s): **li·censed; li·cens·ing**
**1 a :** to issue a license to **b :** to permit or authorize especially by formal license
**2 :** to give permission or consent to
- **li·cens·able** /-s&n(t)-s&-b&l/ *adjective*
- **li·cens·er** /-s&r/ *or* **li·cen·sor** /-s&r, "lI-s&n-'sor/ *noun*

For **More Information on "license" go to Britannica.com**
Get the **Top 10 Search Results for "license"**

**Merriam-Webster Online**
○ **Dictionary**
○ **Thesaurus**





**Palm & Pocket PC**
Browse and download Merriam-Webster e-books and games for Palm and Pocket PC PDAs and Mobile Phones
**Merriam-Webster Online Store**

**Handheld Collegiate**
Now you can take the Eleventh Edition with you anywhere as Franklin's new Speaking Electronic Handheld!
**Franklin.com/estore**

**Merriam-Webster**
**Collegiate.com**
**14-day Free Trial**

Pronunciation Symbols

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy

© 2005 Merriam-Webster, Incorporated





Merriam-Webster Online Dictionary

**Merriam-Webster Online**
- Dictionary
- Thesaurus

5 entries found for **license**.
To select an entry, click on it.

license[1,noun]
license[2,transitive verb]
driver's license
license plate
poetic license



Main Entry: ¹li·cense
Variant(s): *or* li·cence  /'lī-sᵊn(t)s/
Function: *noun*
Etymology: Middle English, from Middle French *licence*, from Latin *licentia*, from *licent-*, *licens*, present participle of *licēre* to be permitted
**1 a** : permission to act **b** : freedom of action
**2 a** : a permission granted by competent authority to engage in a business or occupation or in an activity otherwise unlawful **b** : a document, plate, or tag evidencing a license granted
**3 a** : freedom that allows or is used with irresponsibility **b** : disregard for standards of personal conduct : LICENTIOUSNESS
**4** : deviation from fact, form, or rule by an artist or writer for the sake of the effect gained
**synonym** see FREEDOM

For **More Information on "license" go to Britannica.com**
Get the **Top 10 Search Results for "license"**





**Palm & Pocket PC**
Browse and download Merriam-Webster e-books and games for Palm and Pocket PC PDAs and Mobile Phones
**Merriam-Webster Online Store**

**Handheld Collegiate**
Now you can take the Eleventh Edition with you anywhere as Franklin's new Speaking Electronic Handheld!
**Franklin.com/estore**

**Merriam-Webster Collegiate.com**
**14-day Free Trial**

## I want a Bachelor's degree in ...

| Criminal Justice Administration ▼ |

Submit

## I want a Master's degree in ...

| Business Administration ▼ |

Pronunciation Symbols

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy

© 2005 Merriam-Webster, Incorporated