# Exhibit E

*Google AdSense Program Policies*

**Exhibit E**



Invite a Friend - Contact Us - Help

Search AdSense Help

### Google AdSense Program Policies

To uphold the quality and reputation of Google AdSense, all publishers who apply are reviewed according to these program policies.

You may notice that some policies are only relevant to publishers who have elected to receive certain Google services. For example, references to "search box" only apply to publishers who have elected to receive Google search services, and policies regarding the placement of Google ads on a site are only relevant to publishers who have elected to receive contextual ads. Please read the policies carefully and assume that they all apply to you, unless the specific policy explicitly states otherwise.

Please note that we may change our policies at any time, and pursuant to our Terms and Conditions, it is your responsibility to keep up-to-date with and adhere to the policies posted here.

**Account Transferability**

AdSense accounts are not transferable, assignable or resalable in connection with the sale of your site or otherwise. For example, when a site changes ownership or management, the prior owner or manager must cancel the AdSense account for the site, and the new owner or manager may sign up for a new AdSense account in his or her own name.

**Ad Placement**

- Up to three ad units may be displayed on each Web site page.
- A maximum of two Google AdSense for search boxes may be placed on a page.
- A single link unit may be placed on each Web site page, in addition to the ad units and search boxes specified above. Link units are considered to be 'Google ads' for purposes of these program policies.
- No Google ad may be placed on any non-content-based pages. This includes error, login, registration, "thank you" or welcome pages.
- No Google ad or Google search box may be displayed on any domain parking websites, pop-ups, pop-unders, or in any email.
- No Google ad may be placed on pages published specifically for the purpose of showing ads, whether or not the page content is relevant.
- Elements on a page must not obscure any portion of the ads, and the ad colors must be such that any ad elements, including text and URL, are visible.
- Clicks on Google ads must not result in a new browser window being launched.

**Alternate Ads**

If you have elected to receive content-based ads, you can make sure that your advertising space is always being used effectively, either by targeted Google ads, or by your own choice of content by specifying an image or ad server of your choice. However, you may not specify Google ads as your alternate ads.

**Client Software**

A site or third party cannot display our ads, search box, or search results as a result of the actions of any software application such as a toolbar. No Google ad or search box code may be pasted into any software application. We may not accept sites that are associated with some types of client-side software or offer these types of client-side software.

### Code Modification

Any AdSense ad code or search box code must be pasted directly into Web pages without modification. AdSense participants are not allowed to alter any portion of the ad code or change the layout, behaviour, or delivery of ads for any reason.

### Competitive Ads and Services

We do not permit Google ads or search boxes accessing Google search services to be published on web pages that also contain what could be considered competing ads or services. If you have elected to receive contextually-targeted Google ads, this would include all other contextually-targeted ads or links on the same page as Google ads. This would also include ads throughout the site that mimic Google ads or otherwise appear to be associated with Google on your site. Although you may sell ads directly on your site, it is your responsibility to ensure these ads do not mimic Google ads. If you have elected to receive Google search services, this would include other search services on the same site and non-Google query-targeted ads. We do allow affiliate or limited-text links.

### Copyrighted Material

In order to avoid associations with copyright claims, website publishers may not display Google ads on web pages with MP3, Video, News Groups, and Image Results.

### Dialers

Your site must not require or prompt an end user to download a dialer in order to view content of the site.

### Incentives

Web pages may not include incentives of any kind for users to click on ads. This includes encouraging users to click on the ads or to visit the advertisers' sites as well as drawing any undue attention to the ads. This activity is strictly prohibited in order to avoid potential inflation of advertiser costs. For example, your site cannot contain phrases such as "click here," "support us," "visit these links," or other similar language that could apply to any ad, regardless of content.

### Labeling Ads

Publishers may not label the ads with text other than "sponsored links" or "advertisements." This includes any text directly above our ads that could be confused with, or attempt to be associated with Google ads.

### Language

The AdSense ad code for content-based ads may be placed on pages with content primarily in any of our supported languages.

### Prohibited Clicks

Any method that artificially generates clicks is strictly prohibited. These prohibited methods include but are not limited to: repeated manual clicks, incentives to click, using robots, automated clicking tools, or other deceptive software. Please note that clicking on your own ads for any reason is prohibited, to avoid potential inflation of advertiser costs.

**Site Content**

Site may not include:

- Excessive profanity
- Violence, racial intolerance, or advocate against any individual, group, or organization
- Hacking/cracking content
- Illicit drugs and drug paraphernalia
- Pornography, adult, or mature content
- Gambling or casino-related content
- Excessive advertising
- Any other content that promotes illegal activity or infringes on the legal rights of others
- Pop-ups, pop-unders or exit windows that interfere with site navigation, obscure Google ads, change user preferences, or are for downloads. Other types of pop-ups, pop-unders, or exit windows may be allowed, provided that they do not exceed a combined total of 5 per user session
- Excessive, repetitive, or irrelevant keywords in the content or code of web pages
- Deceptive or manipulative content or construction to improve your site's search engine ranking, e.g., your site's PageRank
- Incentives (monetary or point-based) to users to click on links or ads while visiting a site containing Ads
- Sales or promotion of certain weapons, such as firearms, ammunition, balisongs, butterfly knives, and brass knuckles
- Sales or promotion of beer or hard alcohol
- Sales or promotion of tobacco or tobacco-related products
- Sales or promotion of prescription drugs
- Sales or promotion of products that are replicas or imitations of designer goods

**Site Functionality**

Your site must not contain broken links and must be launched, functioning, and easily navigable.

**Site Responsiveness**

Sites must respond adequately to support requests and enquiries of their users.

**Webmaster Guidelines**

In addition to the standards above, AdSense participants are required to adhere to the webmaster guidelines posted at http://www.google.com/webmasters/guidelines.html. Some relevant items from the guidelines are included below for your reference:

- Do not load pages with irrelevant or excessive key words.

- Do not employ cloaking or sneaky redirects.
- Do not create multiple pages, subdomains, or domains with substantially duplicate content.
- Avoid hidden text or hidden links.
- Keep the links on a given page to a reasonable number (fewer than 100).
- Do not participate in link schemes designed to increase your site's ranking or PageRank. In particular, avoid links to web spammers or "bad neighborhoods" on the web as your website may be affected adversely by those links.

*Last updated: May 16, 2005*

© 2005 Google - AdSense Home - Contact Us - Privacy Policy