# *Exhibit J*

# *Google AdSense*

**Exhibit J**

 AdSense

## Show only appropriate ads

 

- What's AdSense?
- Earn more revenue
- Get started in minutes
- Access thousands of advertisers
- Grasps the meaning of your content
- Make money from a Google search box
- **Show only appropriate ads**
- Customize AdSense for your site
- See what our customers say
- Apply now

Google's ad review process ensures that the ads you serve are not only family-friendly, but also comply with our strict editorial guidelines. We combine sensitive language filters, your input, and a team of linguists with good hard common sense to automatically filter out ads that may be inappropriate for your content. What's more, you can block competitive ads and choose your own default ads. It's your show from start to finish.





filters keep out inappropriate and competitive ads.

**Competitive Filter**
Enables you to filter out specific competitors or specific advertisers

**Contextual Filter**
Eliminate delivery of ads that would be inappropriate to serve on pages

**Editorial Review**
All Google ads are reviewed and approved before being served on your pages

**Customizable default ads**
In the unlikely event that Google is unable to serve targeted ads on your page, we provide the option to display a default ad of your choice

© Google 2004

AdSense Home    Apply Now