*Exhibit K*

*Relevant Portions of*

*Wojcicki Deposition*

## DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION

Regarding: EXHIBIT K ATTACHED TO DECLARATION OF SAM S. HAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: July 6, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Brian Blackman_____
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-2-