1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 

| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff/Counter defendant, | **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBITS K AND L ATTACHED TO THE DECLARATION OF SAM S. HAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES** |
| v. | |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | **Date:     August 10, 2005**<br>**Time:     9:30 a.m.**<br>**Courtroom: 4, 5th Floor** |
| | **The Honorable Richard Seeborg** |

-1-

1  Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal Exhibits K and L attached to the Declaration of Sam S. Han In Support Of Digital Envoy's Motion For Partial Summary Judgment of Contract Issues ("Han Declaration").

Defendant Google, Inc. has identified the documents attached as Exhibits K and L to the Han Declaration as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter.  The document attached as Exhibit K is relevant portions of the June 23, 2005 deposition of Susan Wojcicki taken in this action.  The document attached as Exhibit L are documents produced by Google during discovery used as exhibits to Ms. Wojcicki's deposition, bates labeled GOOG 012016, 012017, 012019-012027.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Exhibits K and L under seal.

DATED: July 6, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By    /s/ Brian Blackman
         P. CRAIG CARDON
         BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.