1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS
15 |     Plaintiff/Counter defendant,       |
16 | v.                                     | **[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBITS K AND L ATTACHED TO THE DECLARATION OF SAM S. HAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES**
17 | GOOGLE, INC.,                          |
18 |     Defendant/Counterclaimant.         |

-1-

W02-SF:5BB\61460343.1    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST
                         FILE UNDER SEAL EXHIBITS K AND L TO HAN DECL.

Dockets.Justia.com

1  Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request To File
2  Under Seal, Pursuant To Local Rules 7-11 and 79-5, Exhibits K and L Attached To The
3  Declaration Of Sam S. Han In Support Of Digital Envoy's Motion For Partial Summary Judgment
4  Of Contract Issues, lodged with the Court on July 6, 2005, the Court HEREBY ORDERS that
5  Exhibits K and L to the Declaration of Sam S. Han be filed under seal.

6  DATED: _____, 2005

By   _____
     The Honorable Richard Seeborg
     United States Magistrate Judge