1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:  415-434-9100
   Facsimile:  415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                      SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15         Plaintiff/Counter defendant, | |
| 16   v. | **DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULE 7-11 AND 79-5, EXHIBITS K AND L ATTACHED TO THE DECLARATION OF SAM S. HAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES** |
| 17  GOOGLE, INC., | |
| 18         Defendant/Counterclaimant. | |
| | **Date:       August 10, 2005**<br>**Time:        9:30 a.m.**<br>**Courtroom:  4, 5th Floor** |
| | **The Honorable Richard Seeborg** |

-1-

W02-SF:5BB\61460344.1                    DEC. OF BRIAN BLACKMAN ISO DIGITAL
                                         ENVOY'S ADMINISTRATIVE REQUEST
                                         TO FILE EXHIBITS K AND L UNDER SEAL

Dockets.Justia.com

I, Brian R. Blackman, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Exhibits K and L Attached to the Declaration of Sam S. Han In Support Of Digital Envoy's Motion for Partial Summary Judgment of Contract Issues ("Han Declaration").

3. Exhibits K and L attached to the Han Declaration contain information designated by defendant Google, Inc. as "Highly Confidential – Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. The document attached as Exhibit K is relevant portions of the June 23, 2005 deposition of Susan Wojcicki taken in this action. The document attached as Exhibit L are documents produced by Google during discovery used as exhibits to Ms. Wojcicki's deposition, bates labeled GOOG 012016, 012017, 012019-012027. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Exhibits K and L under seal.

I declare under the penalty of perjury that the above statements are true. Executed this 6th day of July 2005 in San Francisco.

/s/ Brian R. Blackman
BRIAN R. BLACKMAN