P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>            Plaintiff/Counter defendant,<br><br>      v.<br><br>GOOGLE, INC.,<br><br>            Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DECLARATION OF JOHN A. LOCKETT III IN SUPPORT OF DIGITAL ENVOY, INC.'S MOTION FOR LEAVE TO FILE ITS MOTION FOR RECONSIDERATION**<br><br>**Date:**    No Hearing Set Per L.R. 7-9(d)<br>**Courtroom:**  4, 5th Floor<br><br>**The Honorable Richard Seeborg** |

-1-

I, John A. Lockett, III, declare as follows:

1. I am over twenty-one years of age, not under any disability and otherwise competent to testify. The statements set forth below are based on my own personal knowledge.

2. I am an attorney with the law firm McGuireWoods LLP. My firm represents Digital Envoy, Inc. in the above-styled litigation.

3. Attached hereto as Exhibit A to this declaration is a true and correct copy of Google, Inc.'s Stipulation of Authenticity as to Certain Documents.

4. Attached as Exhibit B to this declaration is a true and correct copy of documents GOOG 009876-009877 and GOOG 009696-009698.

I declare these things to be true under penalty or perjury and under the laws of the United States of America. Executed this 6th day of July, 2005 at Atlanta, Georgia.

/s/ John Lockett III
_____
John Lockett III

-2-

W02-SF:5BB\61460346.1

DECLARATION OF JOHN LOCKETT III, ISO OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of John A. Lockett, III, in Support of Digital Envoy, Inc.'s Motion For Leave To File Its Motion For Reconsideration. In compliance with General Order 45.X.B., I hereby attest that John A. Lockett, III, has concurred in this filing.

DATED: July 6, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.