1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                        Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,        **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBIT B ATTACHED TO DECLARATION OF JOHN LOCKETT III IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR LEAVE TO FILE ITS MOTION FOR RECONSIDERATION**

16    v.

17 GOOGLE, INC.,

18         Defendant/Counterclaimant.

19

20                                             Date:     August 10, 2005
                                               Time:     9:30 a.m.
21                                             Courtroom: 4, 5th Floor

22                                             **The Honorable Richard Seeborg**

23

24

25

26

27

28

-1-

W02-SF:5BB\61460307.1            DIGITAL ENVOY'S ADMIN. REQUEST TO FILE
                                 UNDER SEAL EXHIBIT B TO LOCKETT DECL.

Dockets.Justia.com

1  Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal Exhibit B attached to the Declaration of John Lockett, III In Support Of Digital Envoy's Motion For Leave To File Its Motion For Reconsideration ("Lockett Declaration").

Defendant Google, Inc. has identified the document attached as Exhibit B to the Lockett Declaration as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter.  The documents attached as Exhibit B were produced by Google during discovery and were Bates labeled GOOG 009876-009877 and GOOG 009696-009698.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Exhibit B under seal.

DATED:  July 6, 2005

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By        /s/ Brian Blackman
                P. CRAIG CARDON
                BRIAN R. BLACKMAN

        TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
        LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
        MCGUIRE WOODS, L.L.P
        1170 Peachtree Street, N.E., Suite 2100
        Atlanta, Georgia 30309
        Telephone: 404.443.5706
        Facsimile:  404.443.5751

            Attorneys for DIGITAL ENVOY, INC.