1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,
                                           **[PROPOSED] ORDER GRANTING**
16      v.                                 **PLAINTIFF DIGITAL ENVOY'S**
                                           **MISCELLANEOUS ADMINISTRATIVE**
17 GOOGLE, INC.,                           **REQUEST TO FILE UNDER SEAL,**
                                           **PURSUANT TO LOCAL RULES 7-11**
18         Defendant/Counterclaimant.      **AND 79-5, EXHIBIT B ATTACHED**
                                           **DECLARATION OF JOHN LOCKETT III**
19                                         **IN SUPPORT OF DIGITAL ENVOY'S**
                                           **MOTION FOR LEAVE TO FILE ITS**
20                                         **MOTION FOR RECONSIDERATION**

21

22

23

24

25

26

27

28

                              -1-
W02-SF:5BB\61460309.1          [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST
                               FILE UNDER SEAL EXHIBIT B ATTACHED TO LOCKETT DECL.

1    Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request To File

2  Under Seal, Pursuant To Local Rules 7-11 and 79-5, Exhibit B Attached To Declaration of John

3  Lockett III In Support Of Digital Envoy's Motion For Leave To File Its Motion For

4  Reconsideration ("Lockett Declaration"), lodged with the Court on July 6, 2005, the Court

5  HEREBY ORDERS that Exhibit B to the Lockett Declaration be filed under seal.

6
   DATED: _____, 2005

7

8

9
                                 By  _____
10                                        The Honorable Richard Seeborg
                                         United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-