1 | P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
2 | KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3 | Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
4 | Telephone: 415-434-9100
Facsimile: 415-434-3947

6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
7 | MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
8 | Atlanta, Georgia 30309
Telephone: 404.443.5500
9 | Facsimile: 404.443.5751

10 | Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff/Counter defendant, | |
| v. | **DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULE 7-11 AND 79-5, EXHIBIT B ATTACHED TO DECLARATION OF JOHN LOCKETT III IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR LEAVE TO FILE ITS MOTION FOR RECONSIDERATION** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | Date: **August 10, 2005**<br>Time: **9:30 a.m.**<br>Courtroom: **4, 5th Floor** |
| | **The Honorable Richard Seeborg** |

-1-

W02-SF:5BB\61460191.1     DEC. OF BRIAN BLACKMAN ISO DIGITAL ENVOY'S ADMINISTRATIVE REQUEST TO FILE EXHIBIT B UNDER SEAL

Dockets.Justia.com

I, Brian R. Blackman, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Exhibit B Attached to the Declaration of John Lockett III In Support Of Digital Envoy's Motion For Leave To File Its Motion For Reconsideration ("Lockett Declaration").

3. Exhibit B attached to the Lockett Declaration contains information designated by defendant Google, Inc. as "Highly Confidential – Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. The documents attached as Exhibit B were produced by Google during discovery and were Bates labeled GOOG 009876-009877 and GOOG 009696-009698. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Exhibit B under seal.

I declare under the penalty of perjury that the above statements are true. Executed this 6th day of July 2005 in San Francisco.

/s/ Brian R. Blackman  
BRIAN R. BLACKMAN