P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **DECLARATION OF JOHN A. LOCKETT III IN SUPPORT OF DIGITAL ENVOY, INC.'S MOTION FOR NEW PROTECTIVE ORDER** <br><br> Date:        August 10, 2005 <br> Time:       9:30 a.m. <br> Courtroom:   4, 5th Floor <br><br> **The Honorable Richard Seeborg** |

-1-

-2-

I, John A. Lockett III, declare as follows:

1. I am over twenty-one years old, not under any disability and competent to testify to the matters set forth below. I have personal knowledge of all facts set forth herein.

2. I am a attorney with the law firm McGuireWoods LLP. My firm represents Digital Envoy, Inc. in the above-styled litigation.

3. At no time during the course of this litigation have I or any other attorney at McGuireWoods LLP shown or attempted to show to Robert Friedman or any other employee of Digital Envoy, Inc. any document produced by Google which contains any information related to or concerning Google financial metrics, Google's future business plans or any contracts or agreements with any alternative suppliers of geotargeting capabilities.

4. To the best of my knowledge no employee of Digital Envoy, Inc. has been shown any document produced by Google, Inc. in this litigation which contained any information related to or concerning Google financial metrics, Google's future business plans or any contracts or agreements with any alternative suppliers of geotargeting capabilities.

I declare these things under penalty of perjury and the laws of the United States. Executed July 6, 2005, at Atlanta, Georgia.

/s/ John Lockett III
_____
John Lockett III

# CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of John A. Lockett, III, in Support of Digital Envoy, Inc.'s Motion For New Protective Order. In compliance with General Order 45.X.B., I hereby attest that John A. Lockett, III, has concurred in this filing.

DATED: July 6, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-1-