| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:  415-434-9100 |
| | Facsimile:   415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile:  404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **DECLARATION OF ROBERT FRIEDMAN IN SUPPORT OF DIGITAL ENVOY, INC.'S MOTION FOR NEW PROTECTIVE ORDER** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | Date:       **August 10, 2005**<br>Time:       **9:30 a.m.**<br>Courtroom: **4, 5th Floor**<br><br>**The Honorable Richard Seeborg** |

-1-

-2-

1   I, Robert Friedman, declare as follows:

2   1.   I am over twenty-one years of age and not under any legal disability. I have
3   personal knowledge of all facts set forth herein.

4   2.   I am Executive Vice-President and General Counsel for Digital Envoy, Inc. I have
5   been employed in this position throughout the entirety of this litigation.

6   3.   I am the only in-house attorney employed by Digital Envoy.

7   4.   At no time during this litigation have I seen any document produced by Google that
8   contains any information related to or concerning Google's financial metrics, Google's future
9   business plans or any contracts or agreements with any alternative suppliers of geotargeting
10  capabilities.

11  5.   At no time during this litigation has Digital Envoy's counsel or anyone else
12  attempted to show me any document produced by Google that contained any information
13  concerning or related to or concerning Google's financial metrics, Google's future business plans
14  or any contracts or agreements with any alternative suppliers of geotargeting capabilities.

15  I declare these things under penalty of perjury and under the laws of the United States of
16  America. Executed on July 6, 2005, at Norcross, Georgia.

18                                          /s/ Robert Friedman
19                                          _____
                                            Robert Friedman

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration Of Robert Friedman In Support Of Digital Envoy, Inc.'s Motion For New Protective Order. In compliance with General Order 45.X.B., I hereby attest that Robert Friedman, has concurred in this filing.

DATED: July 6, 2005

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


        By         /s/ Brian Blackman
                   P. CRAIG CARDON
                   BRIAN R. BLACKMAN

                TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
                MCGUIRE WOODS, L.L.P
                1170 Peachtree Street, N.E., Suite 2100
                Atlanta, Georgia 30309
                Telephone: 404.443.5706
                Facsimile:  404.443.5751

                Attorneys for DIGITAL ENVOY, INC.