1   DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road                            *E-FILED 7/11/05*
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
5   Facsimile:   (650) 565-5100

6   Attorneys for Defendant/Counterclaimant
    Google Inc.
7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12
    DIGITAL ENVOY, INC.,                 )    CASE NO.:  C 04 01497 RS
13                                        )
          Plaintiff/Counterdefendant,    )    **[PROPOSED] ORDER
14                                        )    GRANTING DEFENDANT AND
                                          )    COUNTERCLAIMANT GOOGLE
15        v.                              )    INC.'S MOTION FOR
                                          )    ADMINISTRATIVE RELIEF TO
16   GOOGLE INC.,                         )    FILE DOCUMENTS UNDER SEAL
                                          )    PURSUANT TO LOCAL RULES 7-11
17        Defendant/Counterclaimant.      )    AND 79-5**
                                          )
18                                        )
                                          )
19                                        )    Judge:      Hon. Richard Seeborg
                                          )
20

21

22

23

24

25

26

27

28

1    Having considered Defendant and counterclaimant Google Inc.'s Motion for

2 Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed

3 with the Court on July 5, 2005, the Court HEREBY ORDERS that the following documents shall

4 be filed under seal:

5         1.    Confidential unredacted version of Google Inc.'s Supplemental Brief in

6              Opposition to Digital Envoy's Motions to Compel.

7

8 IT IS SO ORDERED.

9

        7/11/05                           /s/ Richard Seeborg
10 Dated:_____    _____

                              Magistrate Judge Richard Seeborg
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   -1-
[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.:  C04-01497 RS