1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106        *E-FILED 7.11.05*
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                | Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,|
                                       | **[PROPOSED] ORDER GRANTING
16     v.                              | PLAINTIFF DIGITAL ENVOY'S
                                       | MISCELLANEOUS ADMINISTRATIVE
17 GOOGLE, INC.,                       | REQUEST TO FILE UNDER SEAL,
                                       | PURSUANT TO LOCAL RULES 7-10(b)
18         Defendant/Counterclaimant.  | AND 79-5, EXHIBIT M ATTACHED TO
                                       | DIGITAL ENVOY'S SUPPLEMENTAL
19                                     | BRIEF IN SUPPORT OF DIGITAL
                                       | ENVOY'S MOTION TO COMPEL**

-1-

-2-

Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request To File Under Seal, Pursuant To Local Rules 7-10(B) And 79-5, Exhibit M Attached To Digital Envoy's Supplemental Brief In Support Of Digital Envoy's Motion To Compel, lodged with the Court on July 5, 2005, the Court HEREBY ORDERS that Exhibit M to Digital Envoy's Supplemental Brief In Support Of Digital Envoy's Motion to Compel be filed under seal.

DATED: July 11, 2005

By /s/ Richard Seeborg
The Honorable Richard Seeborg
United States Magistrate Judge

W02-SF:5BB\61460219.1

-2-
ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST FILE UNDER SEAL EXHIBIT M ATTACHED TO ITS SUPP. BRIEF ISO DIGITAL ENVOY'S MOTION TO COMPEL