| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
|   | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
|   | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, California 94111-4106 |
| 4 | Telephone:  415-434-9100 |
|   | Facsimile:  415-434-3947 |

\*E-FILED 7/11/05\*

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED]** ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBITS K AND L ATTACHED TO THE DECLARATION OF SAM S. HAN IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

1  Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request To File
2  Under Seal, Pursuant To Local Rules 7-11 and 79-5, Exhibits K and L Attached To The
3  Declaration Of Sam S. Han In Support Of Digital Envoy's Motion For Partial Summary Judgment
4  Of Contract Issues, lodged with the Court on July 6, 2005, the Court HEREBY ORDERS that
5  Exhibits K and L to the Declaration of Sam S. Han be filed under seal.

6  DATED: __July 11__, 2005

9  By  /s/ Richard Seeborg
10
      The Honorable Richard Seeborg
      United States Magistrate Judge