1 | P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
2 | KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3 | Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
4 | Telephone:   415-434-9100
Facsimile:   415-434-3947          *E-FILED 7/11/05*

6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
7 | MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
8 | Atlanta, Georgia 30309
Telephone: 404.443.5500
9 | Facsimile: 404.443.5751

10 | Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,

   Plaintiff/Counter defendant,

   v.

GOOGLE, INC.,

   Defendant/Counterclaimant.

Case No. C 04 01497 RS

**[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBIT B ATTACHED DECLARATION OF JOHN LOCKETT III IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR LEAVE TO FILE ITS MOTION FOR RECONSIDERATION**

-1-

W02-SF:5BB\61460309.1          [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST
FILE UNDER SEAL EXHIBIT B ATTACHED TO LOCKETT DECL.

1  Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request To File
2  Under Seal, Pursuant To Local Rules 7-11 and 79-5, Exhibit B Attached To Declaration of John
3  Lockett III In Support Of Digital Envoy's Motion For Leave To File Its Motion For
4  Reconsideration ("Lockett Declaration"), lodged with the Court on July 6, 2005, the Court
5  HEREBY ORDERS that Exhibit B to the Lockett Declaration be filed under seal.

DATED: ___July 11___, 2005

By    /s/ Richard Seeborg
      The Honorable Richard Seeborg
      United States Magistrate Judge