1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC.,<br><br>15         Plaintiff/Counterdefendant,<br><br>16  v.<br><br>17  GOOGLE, INC.,<br><br>18         Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**NOTICE OF CONTINUANCE OF HEARING ON DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES AND MOTION FOR NEW PROTECTIVE ORDER**<br><br>[Civil L.R. 7-7(a)]<br><br>Date:       **August 31, 2005**<br>Time:       **9:30 a.m.**<br>Courtroom:  **4, 5th Floor**<br><br>**The Honorable Richard Seeborg** |

1  PLEASE TAKE NOTICE THAT pursuant to Civil L.R. 7-7(a) the hearings on Digital Envoy, Inc.'s ("Digital Envoy") Motion for Partial Summary Judgment on Contract Issues and Motion for New Protective Order have been continued to August 31, 2005, at 9:30 a.m. or as soon thereafter as it may be heard, in Courtroom 4, 5th Floor, of the United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California 95113.

At this hearing, Digital Envoy will move and hereby does move for entry of Partial Summary Judgment solely on the issue of contract interpretation and Google, Inc.'s ("Google") violation of the contract between Digital Envoy and Google. Digital Envoy makes its Motion for Partial Summary Judgment on the grounds that there are no remaining triable issues of fact with respect to the Breach of Contract claim, and that Digital Envoy is entitled to judgment as a matter of law on that claim. Digital Envoy's Motion for Partial Summary Judgment is supported by the previously filed memorandum, the declarations of Sam S. Han and attached exhibits, and any other matters properly before the Court.

At this hearing, Digital Envoy will also move and hereby does move, pursuant to Fed. R. Civ. P. 26(b)(2), (c), and 42(b), for entry of a new protective order regarding confidentiality in this case. This new protective order would prohibit the parties' in-house counsel from viewing documents determined to contain "extremely confidential competitive information." Digital Envoy's Motion for New Protective Order is supported by the previously filed memorandum, the declarations of John A. Lockett, III and Robert Friedman, the argument of counsel and any other matters properly before the Court.

1 | DATED: July 14, 2005

2                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4          By       /s/ Brian Blackman
                         P. CRAIG CARDON
5                         BRIAN R. BLACKMAN

6          TIMOTHY H. KRATZ (Admited *Pro Hac Vice*)
7          MCGUIRE WOODS, L.L.P
          1170 Peachtree Street, N.E., Suite 2100
8          Atlanta, Georgia 30309
          Telephone: 404.443.5706
9          Facsimile: 404.443.5751

10                   Attorneys for DIGITAL ENVOY, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

W02-SF:5BB\61461401.1                   NOTICE OF CONTINUANCE OF HEARING ON MOTION
                                          FOR PARTIAL SUMMARY. JUDGMENT AND
                                          MOTION FOR NEW PROTECTIVE ORDER