UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:    PETER TORREANO              DATE:  7/15/05
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                               CASE #:   C 04-01497 RS

CASE TITLE:  DIGITAL ENVOY, INC.    VS.   GOOGLE, INC.

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

 TIMOTHY KRATZ                              DAVID KRAMER

                                            DAVID LANSKY

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X } FURTHER CMC    { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }      { }      { }    1.
{ }      { }      { }    2.
{ }      { }      { }    3.
{ }      { }      { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED      [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  {   } Cont'd to:              @              For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

          CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:              Copies to: