***E-FILED 7/15/05***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,

Plaintiff,

v.

GOOGLE, INC.,

Defendant.

_______________________________________/

NO. 5:04-cv-1497 RS

**ORDER DIRECTING PARTIES TO CONTACT MAGISTRATE JUDGE SPERO TO SCHEDULE SETTLEMENT CONFERENCE**

Based on the case management conference held on July 15, 2005, the parties are referred to Magistrate Judge Joseph Spero for settlement. The parties shall contact Judge Spero's chambers, at (415) 522-3691, within five (5) days of the date of this order to schedule a conference.

IT IS SO ORDERED.

Dated: 7/15/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

Dockets.Justia.com

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Brian R. Blackman bblackman@sheppardmullin.com

P. Craig Cardon ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves tgraves@wsgr.com

Stephen C. Holmes sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun mkwun@google.com

David L. Lansky dlansky@wsgr.com

Chan S. Park cpark@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/15/05** **Chambers of Judge Richard Seeborg**

**By: /s/BAK**