P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC., | Case No. C 04 01497 RS |
| Plaintiff, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY ROBERT J. WADDELL, JR.** *PRO HAC VICE* |
| DIGITAL ENVOY, INC., | |
| Defendant. | |
| DIGITAL ENVOY, INC., | |
| Counterclaimant, | |
| v. | |
| GOOGLE, INC., | |
| Counterdefendant. | |

-1-

Pursuant to Civil Local Rule 11-3, Robert J. Waddell Jr., an active member in good standing of the bar of the State of Georgia, applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Digital Envoy, Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of the United States District Court for the Northern District of Georgia, Eleventh Circuit Court of Appeals, and the Georgia Supreme Court;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> P. Craig Cardon, Esq.
> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, CA  94111-4106
> Tel: (415) 434-9100
> Fax: (415) 434-3947

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  July 19, 2005

/s/ Robert J. Waddell, Jr.
ROBERT J. WADDELL, JR.

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Application of Robert J. Waddell, Jr., for Admission *Pro Hac Vice*.  In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED:  July 19, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.