| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone: 415-434-9100 |
| | Facsimile: 415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile: 404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | | Case No. C 04 01497 RS |
|      Plaintiff/Counterdefendant, | | **[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |
|      v. | | |
| GOOGLE, INC., | | |
|      Defendant/Counterclaimant. | | |

1  Robert J. Waddell, Jr., an active member in good standing of the bar of the United States
2  District Court for the Northern District of Georgia, Eleventh Circuit Court of Appeals, and the
3  Georgia Supreme Court, whose business address and telephone number are 1170 Peachtree Street,
4  N.E., Suite 2100, Atlanta, Georgia 30309, 404.443.5500, having applied in the above-entitled
5  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
6  representing Digital Envoy, Inc.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party.

12 DATED: July __, 2005

15 Richard Seeborg
16 Magistrate Judge, United States District Court