1 P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
2 KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3 Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
4 Telephone: 415-434-9100
Facsimile: 415-434-3947

6 TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
7 MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
8 Atlanta, Georgia 30309
Telephone: 404.443.5500
9 Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **NOTICE OF WITHDRAWAL OF DIGITAL ENVOY'S MOTION FOR NEW PROTECTIVE ORDER** |
| v. | |
| GOOGLE, INC., | [Civil L.R. 7-7(e)] |
| Defendant/Counterclaimant. | **The Honorable Richard Seeborg** |

W02-SF:5BB\61461870.1        NOTICE OF WITHDRAWAL OF
MOTION FOR NEW PROTECTIVE ORDER

Dockets.Justia.com

1    PLEASE TAKE NOTICE THAT pursuant to Civil L.R. 7-7(e) Digital Envoy, Inc. ("Digital Envoy") withdraws its Motion for New Protective Order, which was scheduled for hearing on August 31, 2005, at 9:30 a.m., in Courtroom 4, 5th Floor, of the United States District Court, Northern District of California.

DATED: July 19, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

- 1 -