P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER** |

Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered by the Court in this matter on August 27, 2004, and amended by Order of the Court on April 11 and July 13, 2005. as follows:

1.  EXPERT WITNESSES: The disclosure and discovery of expert witness opinions shall proceed as follows:

    a.  On or before **October 21, 2005**, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

    b.  On or before **November 21, 2005**, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

    c.  On or before **December 21, 2005**, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

2.  PRETRIAL MOTIONS: All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be **heard** no later than _____ **(dated back from trial 55 days)**.

3.  PRETRIAL STATEMENTS: At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement and on or before _____ **(dated back from final pre-trial conference 10 days)**., counsel shall file a Joint Pretrial Statement in accordance with the Court's Standing Order For Final Pretrial Conference In Jury Cases Before Magistrate Judge Richard Seeborg.

4.  PRETRIAL CONFERENCE: The final pretrial conference will be held on _____, 2006 at _____, in Courtroom 4 at the United States Courthouse, 280 S. First Street, San Jose, California (at a date and time convenient with the Court's schedule). Each party or lead counsel who will try the case shall attend personally. Counsel shall comply with the Court's Standing Order For Final Pretrial Conference In Jury Cases Before Magistrate Judge Richard Seeborg.

    5.    <u>TRIAL DATE</u>:  Trial shall commence on April __, 2006 at _____, in Courtroom 4, United States Courthouse, San Jose, California (at a date and time convenient with the Court's schedule).

    In all other respects the Scheduling Order remains in full force and effect. Nothing in this stipulation shall operate to re-open fact discovery or extend the period for fact discovery. Nothing in this stipulation shall prohibit any party from seeking to amend this or any subsequent Scheduling Order if it believes that such relief is warranted.

IT IS SO STIPULATED.

DATED:  July 25, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
    P. CRAIG CARDON
    BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

    Attorneys for DIGITAL ENVOY, INC.

DATED:  July 25, 2005

WILSON SONSINI GOODRICH & ROSATI PC

By _____
    DAVID H. KRAMER
    STEPHEN C. HOLMES
    Attorneys for GOOGLE INC.

IT IS SO ORDERED.

DATED: _____

_____
HON. RICHARD SEEBORG
United States Magistrate Judge

**CERTIFICATION**

I, P. Craig Cardon, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order re: Amending Scheduling Order. In compliance with General Order 45.X.B I hereby attest that all parties have concurred in this filing.

DATED: July 25, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____
P. CRAIG CARDON

Attorneys for DIGITAL ENVOY, INC.