1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                            SAN JOSE DIVISION
12

13 DIGITAL ENVOY, INC.,                 )  CASE NO.: C 04 01497 RS
                                        )
14        Plaintiff/Counterdefendant,   )  **DEFENDANT AND
                                        )  COUNTERCLAIMANT GOOGLE
15   v.                                 )  INC.'S MOTION FOR
                                        )  ADMINISTRATIVE RELIEF TO
16 GOOGLE INC.,                         )  FILE DOCUMENTS UNDER SEAL
                                        )  PURSUANT TO LOCAL RULES 7-11
17        Defendant/Counterclaimant.    )  AND 79-5**
                                        )
18                                      )
                                        )  Judge:   Hon. Richard Seeborg
19                                      )
                                        )
20 ─────────────────────────────────────

21
22
23
24
25
26
27
28

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                        2703483_1.DOC

Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court permit it to file under seal the following documents:

1. Confidential unredacted version of Google's Opposition to Digital Envoy, Inc.'s Motion for Partial Summary Judgment on Contract Issues.

2. Exhibits A, B, C, E, F, H, I, K and O to the Declaration of David H. Kramer in Support of Google's Opposition to Digital Envoy, Inc.'s Motion for Partial Summary Judgment on Contract Issues.

Google's brief and Exhibits A, B, C and O of the David H. Kramer Declaration contain information confidential to Google. Exhibits E, F, H and I were designated as confidential by Digital Envoy, Inc. Exhibit K was designated as confidential by Advertising.com, Inc. A public memorandum with the designated material redacted is also being filed. Google hereby requests an order permitting it to file its unredacted version of its supplemental brief under seal.

Dated: August 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ David H. Kramer___
     David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.

-1-

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS