1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN JOSE DIVISION

13 DIGITAL ENVOY, INC.,                ) CASE NO.: C 04 01497 RS
                                       )
14        Plaintiff/Counterdefendant,  ) **[PROPOSED] ORDER
                                       ) GRANTING DEFENDANT AND
15        v.                           ) COUNTERCLAIMANT GOOGLE
                                       ) INC.'S MOTION FOR
16                                     ) ADMINISTRATIVE RELIEF TO
   GOOGLE INC.,                        ) FILE DOCUMENTS UNDER SEAL
17                                     ) PURSUANT TO LOCAL RULES 7-11
          Defendant/Counterclaimant.   ) AND 79-5**
18                                     )
                                       )
19                                     ) Judge: Hon. Richard Seeborg
                                       )
20

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                    2703487_1.DOC

1  Having considered Defendant and counterclaimant Google Inc.'s Motion for
2  Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed
3  with the Court on August 10, 2005, the Court HEREBY ORDERS that the following documents
4  shall be filed under seal:
5      1.    Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy,
6          Inc.'s Motion for Partial Summary Judgment on Contract Issues.
7      2.    Exhibits A, B, C, E, F, H, I, K and O to the Declaration of David H. Kramer in
8          Support of Google Inc.'s Opposition to Digital Envoy, Inc.'s Motion for Partial
9          Summary Judgment on Contract Issues.
10
11 IT IS SO ORDERED.
12
13 Dated:_____    _____
14                                       Magistrate Judge Richard Seeborg

-1-

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS