1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                )  CASE NO.:  C 04 01497 RS
                                        )
14        Plaintiff/Counterdefendant,   )  **DECLARATION OF
                                        )  DAVID H. KRAMER
15     v.                               )  IN SUPPORT OF GOOGLE INC.'S
                                        )  MOTION FOR ADMINISTRATIVE
16                                      )  RELIEF TO FILE DOCUMENTS
    GOOGLE INC.,                        )  UNDER SEAL PURSUANT TO
17                                      )  LOCAL RULES 7-11 AND 79-5**
          Defendant/Counterclaimant.    )
18                                      )
                                        )  Judge:  Hon. Richard Seeborg
19                                      )
                                        )
20  ―――――――――――――――――――――――

21

22

23

24

25

26

27

28

DECL. ISO GOOGLE'S MOTION FOR ADMIN. RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                          2703485_1.DOC

Dockets.Justia.com

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a member at Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Google's Motion for Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5.

3. The confidential unredacted version of Google's Opposition to Digital Envoy, Inc.'s Motion for Partial Summary Judgment on Contract Issues contains information confidential to Google. A public memorandum with the designated material redacted is also being filed.

4. Exhibits A, B, C and O to the Declaration of David H. Kramer in Support of Google's Opposition to Digital Envoy, Inc.'s Motion for Partial Summary Judgment on Contract Issues ("Kramer Declaration") contain information confidential to Google. Exhibits E, F, H and I to the Kramer Declaration were designated as confidential by Digital Envoy, Inc. Exhibit K to the Kramer Declaration was designated as confidential by Advertising.com, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2005, at Palo Alto, California.

                                                   /s/ David H. Kramer
                                                   David H. Kramer