| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com) <br> WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation <br> 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendant/Counterclaimant <br> Google Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | ) ) | |
| v. | ) ) | **GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES** |
| GOOGLE INC., | ) ) ) | |
| Defendant/Counterclaimant. | ) ) | **(CONFIDENTIAL VERSION)** |
| | ) ) ) ) ) ) | Date: August 31, 2005 <br> Time: 9:30 a.m. <br> Courtroom: 4, 5th Floor <br> Judge: Hon. Richard Seeborg |

**<u>CONFIDENTIAL VERSION OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT CONDITIONALLY LODGED UNDER SEAL PURSUANT TO LOCAL RULE CIVIL 79-5(c) AND MOTION FOR ADMINISTRATIVE RELIEF FILED ON AUGUST 10, 2005</u>**

NOTICE OF MANUAL FILING
CASE NO.: C 04 01497 RS

2703493_1.DOC

# MANUAL FILING NOTIFICATION

Regarding: **GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ David H. Kramer
         David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.