**KRAMER DECLARATION EXHIBIT A**

Dockets.Justia.com

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | DIGITAL ENVOY, INC.,                ) CASE NO.:  C 04 01497 RS
                                         )
13 |         Plaintiff/Counterdefendant, )
                                         ) **EXHIBIT A TO THE**
14 |    v.                               ) **DECLARATION OF DAVID H.**
                                         ) **KRAMER IS SUPPORT OF**
15 |                                     ) **GOOGLE INC.'S OPPOSITION TO**
   GOOGLE INC.,                          ) **DIGITAL ENVOY, INC.'S MOTION**
16 |                                     ) **FOR PARTIAL SUMMARY**
           Defendant/Counterclaimant.    ) **JUDGMENT ON CONTRACT**
17 |                                     ) **ISSUES**
                                         )
18                                       )
                                         )
19                                       ) Date:       August 31, 2005
                                         ) Time:       9:30 a.m.
20                                       ) Courtroom:  4, 5th Floor
                                         ) Judge:      Hon. Richard Seeborg
21                                       )
                                         )
22

23

24       **EXHIBIT LODGED UNDER SEAL PURSUANT TO**
         **LOCAL RULE CIVIL 79-5(c)**
25       **AND MOTION FOR ADMINISTRATIVE RELIEF**
         **FILED ON AUGUST 10, 2005**
26

27

28

NOTICE OF MANUAL FILING                              2703512_1.DOC
CASE NO.:  C 04 01497 RS

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT A TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):


Dated: August 10, 2005        WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:    /s/ David H. Kramer
                                       David H. Kramer

                              Attorneys for Defendant / Counterclaimant
                              GOOGLE INC.