**KRAMER DECLARATION EXHIBIT B**

Dockets.Justia.com

1   DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
    Facsimile:   (650) 565-5100
5
    Attorneys for Defendant/Counterclaimant
6   Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  DIGITAL ENVOY, INC.,                    )    CASE NO.:  C 04 01497 RS
                                            )
13          Plaintiff/Counterdefendant,     )
                                            )    **EXHIBIT B TO THE**
14       v.                                 )    **DECLARATION OF DAVID H.**
                                            )    **KRAMER IS SUPPORT OF**
15                                          )    **GOOGLE INC.'S OPPOSITION TO**
    GOOGLE INC.,                            )    **DIGITAL ENVOY, INC.'S MOTION**
16                                          )    **FOR PARTIAL SUMMARY**
            Defendant/Counterclaimant.      )    **JUDGMENT ON CONTRACT**
17                                          )    **ISSUES**
                                            )
18                                          )
                                            )
19                                          )    Date:       August 31, 2005
                                            )    Time:       9:30 a.m.
20                                          )    Courtroom:  4, 5th Floor
                                            )    Judge:      Hon. Richard Seeborg
21                                          )
                                            )
22  _____)

23

24          <u>EXHIBIT LODGED UNDER SEAL PURSUANT TO</u>
                  <u>LOCAL RULE CIVIL 79-5(c)</u>
25          <u>AND MOTION FOR ADMINISTRATIVE RELIEF</u>
                  <u>FILED ON AUGUST 10, 2005</u>
26

27

28

1

## MANUAL FILING NOTIFICATION

2    Regarding:  **EXHIBIT B TO THE DECLARATION OF DAVID H. KRAMER IN**

3    **SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION**

4    **FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

5            This filing is in paper or physical form only, and is being maintained in the case

6    file in the Clerk 's office.  If you are a participant in this case, this filing will be served in hard-

7    copy shortly.  For information on retrieving this filing directly from the court, please see the

8    court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9            This filing was not efiled for the following reason(s):

10    [_] Voluminous Document (PDF file size larger than the efiling system allows)

11    [_] Unable to Scan Documents

12    [_] Physical Object (description):

13    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

14    [X] Item Under Seal

15    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

16    [_] Other (description):

17

18

19    Dated:  August 10, 2005              WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
20

21
                                          By: _____/s/ David H. Kramer_____
22                                                David H. Kramer

23                                        Attorneys for Defendant / Counterclaimant
                                          GOOGLE INC.
24

25

26

27

28