# KRAMER DECLARATION EXHIBIT E

Dockets.Justia.com

DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br>    Plaintiff/Counterdefendant, <br><br>    v. <br><br> GOOGLE INC., <br><br>    Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **EXHIBIT E TO THE DECLARATION OF DAVID H. KRAMER IS SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES** <br><br> Date:      August 31, 2005 <br> Time:      9:30 a.m. <br> Courtroom: 4, 5th Floor <br> Judge:     Hon. Richard Seeborg |

**EXHIBIT LODGED UNDER SEAL PURSUANT TO
LOCAL RULE CIVIL 79-5(c)
AND MOTION FOR ADMINISTRATIVE RELIEF
FILED ON AUGUST 10, 2005**

NOTICE OF MANUAL FILING
CASE NO.: C 04 01497 RS

2703516_1.DOC

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT E TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
       David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.