**KRAMER DECLARATION EXHIBIT F**

Dockets.Justia.com

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | DIGITAL ENVOY, INC.,              ) CASE NO.: C 04 01497 RS
                                       )
13 |         Plaintiff/Counterdefendant,)
                                       ) **EXHIBIT F TO THE**
14 |   v.                              ) **DECLARATION OF DAVID H.**
                                       ) **KRAMER IS SUPPORT OF**
15 |                                   ) **GOOGLE INC.'S OPPOSITION TO**
   | GOOGLE INC.,                      ) **DIGITAL ENVOY, INC.'S MOTION**
16 |                                   ) **FOR PARTIAL SUMMARY**
   |         Defendant/Counterclaimant.) **JUDGMENT ON CONTRACT**
17 |                                   ) **ISSUES**
                                       )
18                                     )
                                       )
19                                     ) Date:       August 31, 2005
                                       ) Time:       9:30 a.m.
20                                     ) Courtroom:  4, 5th Floor
                                       ) Judge:      Hon. Richard Seeborg
21                                     )
                                       )

22

23

24        **EXHIBIT LODGED UNDER SEAL PURSUANT TO
             LOCAL RULE CIVIL 79-5(c)**
25        **AND MOTION FOR ADMINISTRATIVE RELIEF
             FILED ON AUGUST 10, 2005**
26

27

28

NOTICE OF MANUAL FILING                                    2703518_1.DOC
CASE NO.: C 04 01497 RS

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT F TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk 's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 10, 2005                     WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:   /s/ David H. Kramer
                                                    David H. Kramer

                                           Attorneys for Defendant / Counterclaimant
                                           GOOGLE INC.