# KRAMER DECLARATION EXHIBIT G

Dockets.Justia.com

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4   DIGITAL ENVOY, INC.,        )   C-04-01497-RS
                                 )
 5              Plaintiffs,      )
                                 )   San Jose, CA
 6                  vs.          )   May 4, 2005
                                 )
 7   GOOGLE, INC.,               )
                                 )
 8              Defendant.       )
     _____)

 9

10              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE RICHARD SEEBORG
11         UNITED STATES MAGISTRATE JUDGE

12   A P P E A R A N C E S:                  COPY

13   For the Plaintiff:      McGuireWoods LLP
                             By:  TIMOTHY H. KRATZ
14                           JOHN A. LOCKETT III
                             1170 Peachtree Street,
15                           N.E.
                             Suite 2100
16                           Atlanta, GA  30309

17                           Sheppard Mullin
                             Richter & Hampton LLP
18                           By:  P. CRAIG CARDON
                             Four Embarcadero
19                           Center
                             Seventeenth Floor
20                           San Francisco, CA
                             94111-4106
21

22        (APPEARANCES CONTINUED ON THE NEXT PAGE)

23   Court Reporter:         PETER TORREANO, CSR
                             License Number C-7623
24

25
                                                           1
```

PETER TORREANO, CSR 7623

```
 1              THE COURT:  You mean going to the third
 2   party?
 3              MR. KRATZ:  Yes, absolutely.
 4              THE COURT:  What's your theory there?
 5              MR. KRATZ:  The theory there is that
 6   when they have a contract with an AdSense user
 7   they are effectively licensing their AdSense
 8   ability and it includes effectively the ability
 9   to Geo-Target which includes our Geo-Targeting
10   process and they --
11              THE COURT:  How can that be?  I mean,
12   how can you say that a third party, that
13   effectively what Google has done in the AdSense
14   program is to license any aspect of its
15   intellectual property to the extent it includes
16   yours or otherwise to a third party?
17              They are not licensing anything.  They
18   are providing a service for which they are
19   getting some monetary benefit, but they are
20   not turning anything over to a third party.
21              MR. KRATZ:  If that's the case, then why
22   in the AskJeeves agreement, the portions of which
23   we can find does it read like a license, why does
24   it make clear that by entering into this we're
25   not giving up any of our intellectual property       43
```

PETER TORREANO, CSR 7623

```
 1      deliver content-targeted ads to your users.
 2               THE COURT:  If your decision is right,
 3      there's a whole lot of licensing going on that I
 4      don't think has ever been characterized as
 5      licensing.  I mean, that is broadening out the
 6      concept of licensing to the point that I've got
 7      to tell you I just don't see it.
 8               MR. KRATZ:  All right.  Well, then they
 9      say it in their SEC thing and if you look at what
10      portions of the AskJeeves contract we were able
11      to come up with, the idea that they're doing all
12      this provision of services and we're doing all
13      these things and enabling, sorry, AskJeeves to do
14      certain things and then making sure they reserve
15      the right that they didn't transfer the
16      intellectual property by doing so implicates a
17      typical language of the license.
18               Because what they've done is they are
19      letting AskJeeves do it and using the service,
20      but they don't want AskJeeves by virtue of that
21      kind of transfer of rights not to take with it
22      the transfer of the whole pie.  That's a
23      license.  You can only do it for specific uses in
24      this contract and by doing that specific use in
25      the contract you're not getting any more than
```

46