**KRAMER DECLARATION EXHIBIT I**

Dockets.Justia.com

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  DIGITAL ENVOY, INC.,                )  CASE NO.:  C 04 01497 RS
                                        )
13          Plaintiff/Counterdefendant, )
                                        )  **EXHIBIT I TO THE**
14      v.                              )  **DECLARATION OF DAVID H.**
                                        )  **KRAMER IS SUPPORT OF**
15                                      )  **GOOGLE INC.'S OPPOSITION TO**
    GOOGLE INC.,                        )  **DIGITAL ENVOY, INC.'S MOTION**
16                                      )  **FOR PARTIAL SUMMARY**
          Defendant/Counterclaimant.    )  **JUDGMENT ON CONTRACT**
17                                      )  **ISSUES**
                                        )
18                                      )
                                        )
19                                      )  Date:      August 31, 2005
                                        )  Time:       9:30 a.m.
20                                      )  Courtroom:  4, 5th Floor
                                        )  Judge:      Hon. Richard Seeborg
21                                      )
22  _____)

23

24           **EXHIBIT LODGED UNDER SEAL PURSUANT TO**
                  **LOCAL RULE CIVIL 79-5(c)**
25           **AND MOTION FOR ADMINISTRATIVE RELIEF**
                  **FILED ON AUGUST 10, 2005**
26

27

28

## **MANUAL FILING NOTIFICATION**

Regarding:  **EXHIBIT I TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk 's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):


Dated:  August 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____ /s/ David H. Kramer _____
            David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.

NOTICE OF MANUAL FILING
CASE NO.:  C 04 01497 RS

-1-

C:\NrPortbl\PALIB1\DAG\2703520_1.DOC