**KRAMER DECLARATION EXHIBIT J**



NEWSLETTER | SITEMAP | CONTACT

24/7 Media Selects Digital Envoy to Further Enhance Its Global, Real-Time Geo-Targeting Advertising Capabilities

ATLANTA, Dec. 11 (PRNewswire) -- Digital Envoy, Inc., the global leader in highly accurate, non-cookies based, geographic targeting solutions, today announced an agreement to supply its advanced geo-targeting NetAcuity(TM) technology to 24/7 Media (Nasdaq: TFSM), a leading global provider of marketing and technology solutions that enable their advertising client groups to attract and retain customers.

According to Dave Schindler, vice president of business development for Digital Envoy, the relationship between Digital Envoy and 24/7 Media marks a new era in Internet advertising. "We are very excited to be chosen to supply 24/7 Media with our NetAcuity(TM) geographic targeting technology. Demand for this technology is growing rapidly and 24/7 Media will be able to meet this demand with global coverage and high accuracy while protecting the privacy of its clients' customers."

Digital Envoy's patent-pending NetAcuity(TM) technology will allow 24/7 Media the ability to geographically tailor the Web-based marketing activities of its advertisers in real time for targeted groups of consumers and to better determine the overall geographic make-up of their target audience. "Our technology will give 24/7 Media the most precise geographic targeting capability available and allow them to further personalize their optimized messaging campaigns," said Rob Friedman, Chief Business Envoy.

Vivienne Dacey, senior vice president and general manager for 24/7 Connect said, "This agreement with Digital Envoy gives us a competitive advantage in the industry by allowing us to globally target users by country, region and city in a highly reliable manner. Utilizing Digital Envoy's industry leading NetAcuity(TM) product, we will better serve our clients who desire to reach local audiences with regionally specific advertising without collecting personal information such as a user's street address or phone number."

**About Digital Envoy**
Digital Envoy is a leading Internet solutions company focused on the targeting of content to users while maintaining their privacy. Digital Envoy's work force is comprised of some of the Internet's leading programmers and engineers, including one of the founders of Excite, Inc. The company's headquarters are located in Atlanta, GA, and has a satellite office in San Francisco, CA. For more information about Digital Envoy or its NetAcuity product line, call 678-474-9766 or visit the company's site at http://www.digitalenvoy.net.

**About 24/7 Media Inc.**
24/7 Media Inc. is a leading global provider of end-to-end interactive technology and marketing solutions and services for Web publishers, online advertisers, advertising agencies, e-marketers and e-commerce merchants. 24/7 Media provides a comprehensive suite of media and technology products and services that enable these client groups to attract and retain customers worldwide, and to reap the benefits of interactive and other electronic media. Their solutions include advertising and direct marketing sales, ad serving, promotions, email list management, email list brokerage email delivery, data analysis, loyalty marketing, wireless and convergence solutions, all delivered from their industry-leading data and technology platforms. Our 24/7 Connect ad serving technology solutions are designed specifically for the demands and needs of advertisers and agencies, Web publishers and e-commerce merchants. Based in New York, 24/7 Media Inc. has offices in 51 cities in 28 countries. For more information, please visit http://www.247media.com.

Copyright © 2004 Digital Envoy. All rights reserved. Privacy Policy.

Deft Exhibit 11
Dominique Isabeau, CSR
Depo of Friedman
Date 11-17-04