**KRAMER DECLARATION EXHIBIT K**

Dockets.Justia.com

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | DIGITAL ENVOY, INC.,                 ) | CASE NO.: C 04 01497 RS
13 |         Plaintiff/Counterdefendant,  ) |
14 |    v.                                ) | **EXHIBIT K TO THE DECLARATION OF DAVID H. KRAMER IS SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES**
15 | GOOGLE INC.,                         ) |
16 |         Defendant/Counterclaimant.   ) |
17 |                                      ) |
18 |                                      ) |
19 |                                      ) | Date:       August 31, 2005
   |                                      ) | Time:       9:30 a.m.
20 |                                      ) | Courtroom:  4, 5th Floor
   |                                      ) | Judge:      Hon. Richard Seeborg
21

22

23

24           **EXHIBIT LODGED UNDER SEAL PURSUANT TO
                   LOCAL RULE CIVIL 79-5(c)
25           AND MOTION FOR ADMINISTRATIVE RELIEF
                   FILED ON AUGUST 10, 2005**

26

27

28

NOTICE OF MANUAL FILING                                                    2703521_1.DOC
CASE NO.: C 04 01497 RS

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT K TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 10, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ David H. Kramer_____
     David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.