Doc. 259 Att. 13

# KRAMER DECLARATION EXHIBIT M

## Susan Daw

| | |
|---|---|
| **From:** | Susan Daw [susan.daw@digitalenvoy.net] |
| **Sent:** | Thursday, May 01, 2003 9:26 AM |
| **To:** | 'Sanjay Parekh' |
| **Subject:** | RE: [google-friends] April Google Friends Newsletter |

Thanks :)

-----Original Message-----
From: Sanjay Parekh [mailto:sanjay@digitalenvoy.net]
Sent: Thursday, May 01, 2003 1:50 AM
To: Sue Daw
Subject: Fwd: [google-friends] April Google Friends Newsletter


        FYI.  Just got the latest Google newsletter.  Thought I'd send it
to you and maybe you can get some ideas off of it.  Or not.  Whatever.

Sanjay

>Delivered-To: sparekh@cliffclavin.digitalenvoy.net
>Delivered-To: sanjay@digitalenvoy.net
>X-eGroups-Return:
>sentto-1104449-23-1051750185-newsletters=parekh.org@returns.groups.yaho
>o.com
>X-eGroups-Return: newsletter@google.com       .
>X-Sender: newsletter@google.com
>X-Apparently-To: google-friends@yahoogroups.com
>To: Google Friends <google-friends@yahoogroups.com>
>From: Google Newsletter <newsletter@google.com>
>X-eGroups-Approved-By: allegratudisco <allegra@google.com> via web; 01 May
. >2003 00:49:25 -0000
>Mailing-List: list google-friends@yahoogroups.com; contact
>google-friends-owner@yahoogroups.com
>Delivered-To: mailing list google-friends@yahoogroups.com
>List-Unsubscribe: <mailto:google-friends-unsubscribe@yahoogroups.com>
>Date: Wed, 30 Apr 2003 17:48:40 -0700
>Subject: [google-friends] April Google Friends Newsletter
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>Google Friends Newsletter - April 2003
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>
>A New Approach
>
>Google's commitment to providing useful information in an easy to use
>format doesn't stop with our search service. That's why this month's
>newsletter includes some changes we hope will make it more valuable to
>you. We've abbreviated the stories and linked to more information on
>Google.com. And we've organized the information by category, so you can
>get right to the news that's most relevant to you.
>
>As with all things Google, you are the ultimate judge of how useful
>information we provide is to you. Please take a moment to share your
>thoughts on the newsletter's new format and content, as well as your
>suggestions for additions or changes. We look forward to your feedback
>at newsletter@google.com.
>
>The Google Team
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>IN THIS ISSUE

1

Deft Exhibit 28
Dominique Isabeau, CSR
Depo of Friedman
Date 11-17-04

DE007088

```
.>
>-------------------------------------------------------------------
>SEARCH AND TECHNOLOGY NEWS
>* Hack writers take on Google
>* Want to drive traffic? Take the Free way
>* How do you say "Google" in.
>* Donate your brain to science
>* Logo genius
>
>NEWS ABOUT THE INDUSTRY
>* New Google partners
>      o Amazon
>      o Disney
>      o Daum (Korea)
>* 100,000 advertisers can't be wrong
>* Up and at it Down Down UnderUnder
>* Making web publishing pay
>* Adding Applied Semantics
>
>INTERESTING FINDS
>* Choice opportunity to support Google
>* Gearing up for the Google US Puzzle Championship
>* Books on our shelf
>* Website favorites of Googlers who live online
>* Coming Up: Q&A with Krishna Bharat
>
>-------------------------------------------------------------------
>SEARCH AND TECHNOLOGY NEWS
>-------------------------------------------------------------------
>* Hack writers take on Google
>
>Google Hacks, a new O'Reilly book for Google power users offers 100
>industrial-strength tips on how to use Google to maximum effect.
>--> http://www.google.com/googlefriends/moreapr03.html#hack
>
>-------------------------------------------------------------------
>* Want to drive traffic? Take the Free way
>
>Adding search to your site is a great way to increase user
>satisfaction, which is why Google offers a number of search options to
>webmasters. And the good news is that some of them are free.
>--> http://www.google.com/googlefriends/moreapr03.html#good_as
>
>-------------------------------------------------------------------
>* How do you say "Google" in.
>
>Want your Google homepage to reflect a particular country? We offer 67
>versions to choose from, as well as 86 language interfaces, the latest
>of which are The latest languages in which Google's interface is
>available are Xhosa and Zulu, bringing the total number to 86. You can
>help make Google available in your favorite language, whether it's Urdu
>or Elmer Fudd, and also set your homepage to that of you any one of 67
>different national versions of Google.
>--> http://www.google.com/googlefriends/moreapr03.html#say_Google
>
>-------------------------------------------------------------------
>* Donate your brain to science
>
>Google Compute, a Google Toolbar feature fresh from Google Labs, makes
>it easy to donate your computer's unused processing cycles to worthy
>scientific causes, such as medical research and global climate
>modeling.
>--> http://www.google.com/googlefriends/moreapr03.html#donate
>
>-------------------------------------------------------------------
>* Logo genius
>
```

2

DE007089

>The Google logo celebrated two notable birthdays in the month of March,
>paying tribute to Michelangelo (March 6) and Albert Einstein (March
>14).
>-> http://www.google.com/googlefriends/moreapr03.html#logo
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>NEWS ABOUT THE INDUSTRY
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>
>* New Google partners
>
>  o Amazon
>    Amazon plans to implement Google search and sponsored listings
>    throughout its site.
>    -> http://www.google.com/press/pressrel/amazon.html
>
>  o Disney
>    Google will provide search and advertising to Walt Disney
>    Interactive Group (Go.com), which also includes ABC and ESPN.
>    -> http://www.google.com/press/pressrel/disney.html
>
>  o Daum
>    Search results for one of the largest South Korean websites is
>    now powered by Google.
>    -> http://www.google.com/googlefriends/moreapr03.html#daum
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* 100,000 advertisers can't be wrong
>
>Google has become the world's largest and fastest- growing advertising
>network in record time. And the number of searches conducted per day on
>Google and its partner sites is up quite a bit as well -- now topping
>200 million.
>-> http://www.google.com/googlefriends/moreapr03.html#100K
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* Up and at it Down Under
>
>Google's new sales office in Sydney brings Google's performance-based
>ad programs to advertisers and agencies throughout Australia and New
>Zealand.
>-> http://www.google.com/googlefriends/moreapr03.html#down_under
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* Making web publishing pay
>
>Google's new content-targeted ad service automatically serves relevant
>ads into content pages across the web, enabling web publishers to make
>additional revenue from unsold pages.
>-> http://www.google.com/googlefriends/moreapr03.html#web
>
>* Adding Applied Semantics
>Google announced the acquisition of Applied Semantics, a producer of
>software applications for the online advertising, domain name and
>enterprise information management markets. Applied Semantics' technical
>expertise in analyzing page content will help Google to improve search
>and ad targeting.
>-> http://www.google.com/googlefriends/moreapr03.html#adding
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>INTERESTING FINDS
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* Choice opportunity to support Google
>
>Google has been nominated for two Webby People's Voice awards and your
>vote can help us bring them home. To support Google in the Technical
>Achievement or News categories, register to vote at:

3

DE007090

```
>-> http://www.webbyawards.com/peoplesvoice/index.html
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* Gearing up for the Google US Puzzle Championship
>
>Google is proud to be the name sponsor of the Google US Puzzle
>Championship, open to anyone with a logical mind and an inclination to
>solve numeric and visual puzzles.
>-> http://www.google.com/googlefriends/moreapr03.html#puzzle
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* Books on our shelf
>
>Books we've seen lying around on Googlers desks and why they're reading
>them.
>-> http://www.google.com/googlefriends/moreapr03.html#wait
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>* Coming Up: Q&A with Krishna Bharat
>
>With events making it more vital than ever to grasp diverse points of
>view, it seems like a good time to check in with Google senior research
>scientist Krishna Bharat, original creator of Google News. Have a
>question you've been dying to ask? Send your comments and Queries to
>newsletter@google.com. We'll take a representative selection and
>provide Krishna's replies in the next Google Friends newsletter.
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>These are exciting times at Google. Thanks for your interest and
>support as we continue to work on providing better access to
>information. We look forward to sharing news with you in the coming
>months and wish you the very best.
>
>The Google Team
>
>-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-~-
>We encourage you to pass this newsletter on to anyone you know with an
>interest in Google.
>
>For past issues of this newsletter, browse our archive at:
>-> http://www.google.com/googlefriends/archive.html
>
>To subscribe to the Google Friends Newsletter, please visit:
>-> http://www.google.com/contact/newsletter.html
>
>
>
>--
>To unsubscribe, send an empty message to:
>google-friends-unsubscribe@egroups.com
>
>
>
>
>
>Your use of Yahoo! Groups is subject to
>http://docs.yahoo.com/info/terms/
```

DE007091