# KRAMER DECLARATION EXHIBIT N

Susan Daw

From: Susan Daw [susan.daw@digitalenvoy.net]
Sent: Tuesday, June 10, 2003 10:57 AM
To: 'Sanjay Parekh'
Cc: 'Rob Friedman'
Subject: RE: "Competitors"

BIG TIME value in those ads...drives almost all of our site traffic

-----Original Message-----
From: Sanjay Parekh [mailto:sanjay@digitalenvoy.net]
Sent: Tuesday, June 10, 2003 10:44 AM
To: Susan Daw
Cc: 'Rob Friedman'
Subject: Re: "Competitors"

Those ads (originally from the page
http://www.experts-exchange.com/Web/Web_Languages/JavaScript/Q_10180075.html)
are from our ad purchase on Google.  Apparently Google does the ad
syndication for experts-exchange.  Lots of value, I've gotta say, in those
Google ads.

Sanjay

At 10:12 AM 6/10/2003, Susan Daw wrote:
>Not that I view any of these as threatening competitors, but I was
>looking
>at daily web logs. and came across this...
>
>&lt;http://pagead.googlesyndication.com/search?output=cahtml&num=0&client=
>ca-tribalfusion_sky&ca_format=120x600_new&ca_random=1055141442167&hl=en
>&q=http%3A//www.experts-exchange.com/Web/Web_Languages/JavaScript/Q_10180075.html&gt;
>&q=http%3A//www.experts-exchange.com/Web/Web_Languages/JavaScript/Q_10180075.html
>http://pagead.googlesyndication.com/search?output=cahtml&num=0&client=ca-
>tribalfusion_sky&ca_format=120x600_new&ca_random=1055141442167&hl=en&q=http%
>3A//www.experts-exchange.com/Web/Web_Languages/JavaScript/Q_10180075.html
>Susan Daw
>Director, Marketing Communications
>Digital Envoy
>678-258-6328
>&lt;mailto:susan.daw@digitalenvoy.net&gt;susan.daw@digitalenvoy.net
>



DEFENDANT'S EXHIBIT 89

DE007083

1