# KRAMER DECLARATION EXHIBIT O

Dockets.Justia.com

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12 DIGITAL ENVOY, INC.,              )   CASE NO.:  C 04 01497 RS
                                     )
13            Plaintiff/Counterdefendant, )
                                     )   **EXHIBIT O TO THE**
14       v.                          )   **DECLARATION OF DAVID H.**
                                     )   **KRAMER IS SUPPORT OF**
15                                   )   **GOOGLE INC.'S OPPOSITION TO**
   GOOGLE INC.,                      )   **DIGITAL ENVOY, INC.'S MOTION**
16                                   )   **FOR PARTIAL SUMMARY**
              Defendant/Counterclaimant. )   **JUDGMENT ON CONTRACT**
17                                   )   **ISSUES**
                                     )
18                                   )
                                     )
19                                   )   Date:       August 31, 2005
                                     )   Time:       9:30 a.m.
20                                   )   Courtroom:  4, 5th Floor
                                     )   Judge:      Hon. Richard Seeborg
21                                   )
                                     )
22

23

24          **EXHIBIT LODGED UNDER SEAL PURSUANT TO**
            **LOCAL RULE CIVIL 79-5(c)**
25          **AND MOTION FOR ADMINISTRATIVE RELIEF**
            **FILED ON AUGUST 10, 2005**
26

27

28

NOTICE OF MANUAL FILING                                        2703522_1.DOC
CASE NO.:  C 04 01497 RS

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT O TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 10, 2005        WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:     /s/ David H. Kramer
                                         David H. Kramer

                              Attorneys for Defendant / Counterclaimant
                              GOOGLE INC.