```
 1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
 2  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 3  650 Page Mill Road
    Palo Alto, CA 94304-1050
 4  Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
 5
    Attorneys for Defendant/Counterclaimant
 6  Google Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| GOOGLE INC., | ) | |
| Defendant/Counterclaimant. | ) | |

2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.: C 04 01497 RS

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California.  I am over the age of 18 years

3  and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati,

4  650 Page Mill Road, Palo Alto, California 94304-1050.

5  On this date, I served a copy of each of the following:

6  **1.    GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT ISSUES (CONFIDENTIAL VERSION)**

**2.    EXHIBITS A, B, C, E, F, H, I, K, AND O TO THE DECLARATION OF DAVID H. KRAMER**

☒  By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

P Craig Cardon                           Timothy H. Kratz
Sheppard, Mullin, Richter                McGuireWoods LLP
   & Hampton LLP                         1170 Peachtree Street, N.E.
Four Embarcadero Center, 17th Floor      Suite 2100
San Francisco, CA 94111-4106             Atlanta, GA 30309

☒  By forwarding the document(s) by electronic transmission on this date to:

.    P. Craig Cardon                     Timothy H. Kratz
Sheppard, Mullin, Richter                McGuireWoods LLP
   & Hampton LLP                         1170 Peachtree Street, N.E.
Four Embarcadero Center, 17th Floor      Suite 2100
San Francisco, CA 94111-4106             Atlanta, GA 30309
Email:  ccardon@sheppardmullin.com       Email: tkratz@mcguirewoods.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on August 10, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Deborah Grubbs
　　　　　　　　　　　　　　　　　　　　　　　　　　Deborah Grubbs