1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 DIGITAL ENVOY, INC.,                 )   CASE NO.: C 04 01497 RS
                                        )
13         Plaintiff/Counterdefendant,  )   **[PROPOSED]**
                                        )   **ORDER GRANTING GOOGLE**
14    v.                                )   **INC.'S MOTION FOR PARTIAL**
                                        )   **SUMMARY JUDGMENT**
15                                      )   **REGARDING DIGITAL ENVOY,**
   GOOGLE INC.,                         )   **INC.'S DAMAGES CLAIMS**
16                                      )
         Defendant/Counterclaimant.     )   Judge:     Hon. Richard Seeborg
17                                      )   Courtroom: 4, 5th Floor
                                        )   Date:      September 21, 2005
18                                      )   Time:      9:30 a.m.
                                        )
19                                      )
                                        )
20                                      )
                                        )
21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                          C:\NrPortbl\PALIB1\DAG\2701813_1.DOC
CASE NO.: C 04 01497 RS

1   Defendant and counterclaimant Google Inc.'s ("Google") Motion for Partial Summary
2   Judgment Regarding Digital Envoy, Inc.'s ("Digital Envoy") Damages Claims came for hearing
3   before this Court on September 21, 2005.
4   After consideration of the papers filed in connection with the motion, the argument of
5   counsel, and all other matters presented to the Court, and good cause appearing therefor,
6   IT IS HEREBY ORDERED THAT:
7   Google's Motion for Partial Summary Judgment is **GRANTED**.  Digital Envoy is not
8   entitled to any recovery from Google in this case, as Digital Envoy cannot show Google engaged
9   in willful misconduct; OR Digital Envoy's monetary recovery from Google in this case is
10  $308,600, the amount Google paid to Digital Envoy under the parties' agreement AND/OR
11  Digital Envoy may not pursue any recovery in this case under Cal. Civ. Code § 3426.3(a).

16  Dated: _____, 2005            _____
17                                          The Honorable Richard Seeborg
                                            United States District Magistrate Judge