1 DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 650 Page Mill Road
Palo Alto, CA 94304-1050
4 Telephone: (650) 493-9300
Facsimile: (650) 565-5100
5
Attorneys for Defendant/Counterclaimant
6 Google Inc.

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 DIGITAL ENVOY, INC., ) CASE NO. C 04 01497 RS
)
13 Plaintiff/Counterdefendant, ) **DECLARATION OF SUSAN**
) **WOJCICKI IN SUPPORT OF**
14 v. ) **GOOGLE INC.'S MOTION FOR**
) **PARTIAL SUMMARY JUDGMENT**
15 GOOGLE INC., ) **REGARDING DIGITAL ENVOY,**
) **INC.'S DAMAGES CLAIMS**
16 Defendant/Counterclaimant. )
) Judge: Hon. Richard Seeborg
17 ) Courtroom: 4, 5th Floor
) Date: September 21, 2005
18 ) Time: 9:30 a.m.
)

19

20

21

22

23

24

25

26

27

28

WOJCICKI DECL. ISO GOOGLE'S MOTION FOR          C:\NrPortbl\PALIB1\DAG\2701774_1.DOC
PARTIAL SUMMARY JUDGMENT RE DIGITAL
ENVOY'S DAMAGES CLAIMS - C 04 01497 RS

I, Susan Wojcicki, declare as follows:

1. I am an employee of defendant and counterclaimant Google, Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The advertising program that Google offers to advertisers is known as AdWords. AdWords permits hundreds of thousands of advertisers to display their messages to Internet users all over the world. If a user "clicks" on a given advertising message, the sponsoring advertiser pays Google for that click.

3. The principal factor Google uses to locate advertisements to display to a user is the user's demonstrated interest in a particular subject. Thus, for example, when a visitor queries Google's web index for "basketball," Google will search its inventory for basketball-related advertisements that match the user's interest. To select the specific message or messages to display, Google then uses a host of other factors, for example, the "clickthrough" rate for a particular advertisement, and the amount of money that an advertiser is willing to pay for a user's click.

4. In the Google AdWords program, Google's advertisers inform Google of the "keywords" to which they want display of their advertisements connected (e.g. display only when users search for the term "basketball" or a viewing a web page about basketball). Advertisers also select the maximum amount they are willing to pay Google each time a user "clicks" on their message (e.g. $.50 per click). Where two advertisers are interested in the same keywords, one advertiser can generally increase its chance of having its message displayed by offering a higher maximum payment per click than another. But because Google is interested in locating advertisements that users find relevant, the advertiser with the highest offer will not necessarily have its message displayed. Users may find another advertiser's message more appealing, and thus "click" on that message more often. Google uses the comparative "clickthrough rates" of competing messages as another factor in its analysis of which message to display. Nevertheless, in most, but not all cases, the ads ultimately displayed would be those from the advertiser that offered the highest amount per click for the word "basketball."

5. Another factor Google sometimes uses in its search for a relevant advertisement is the perceived geographic location of the Internet user. Google uses this factor, among many others, in those instances in which an advertiser has asked that Google display its messages only to users in particular places (e.g., where the advertiser chooses to target its messages only to users in Nebraska). For a time, Google often used Digital Envoy's Address/Location data in connection with its geotargeting efforts. Google does not and has never charged advertisers for the ability to target their messages to a particular geographic location. As it has never allowed advertisers to use or access to Digital Envoy's data, Google has never charged for such use or access. According to Google company records, during the term of its agreement with Digital Envoy, Google paid Digital Envoy a total of $308,600.

6. In early 2002, Google formally launched what is now known as its AdSense program. AdSense affords third party web sites or "publishers" the ability to display to those visiting their own web sites the advertising messages of participants in Google's AdWords program. If a user clicks on a message displayed on the third party site, the advertiser pays Google, and Google shares a portion of that payment with the third party publisher.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2005, in Palo Alto, California.

                                                  /s/ Susan Wojcicki
                                                  Susan Wojcicki

## CERTIFICATION

1. I, David H. Kramer, am the ECF User whose identification and password are being used to file the Declaration of Susan Wojcicki in Support of Google Inc.'s Motion for Summary Judgment. In compliance with General Order 45.X.B, I hereby attest that Susan Wojcicki has concurred in this filing.

DATED: August 17, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
    David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.