1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7                       UNITED STATES DISTRICT COURT
8                     NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION
10

11
   DIGITAL ENVOY, INC.,                  )   CASE NO. C 04 01497 RS
12                                       )
          Plaintiff/Counterdefendant,    )   **DECLARATION OF DAVID H.**
13                                       )   **KRAMER IN SUPPORT OF**
       v.                                )   **GOOGLE INC.'S MOTION FOR**
14                                       )   **PARTIAL SUMMARY JUDGMENT**
   GOOGLE INC.,                          )   **REGARDING DIGITAL ENVOY,**
15                                       )   **INC.'S DAMAGES CLAIMS**
          Defendant/Counterclaimant.     )
16                                       )   Judge:      Hon. Richard Seeborg
                                         )   Courtroom:  4, 5th Floor
17                                       )   Date:       September 21, 2005
                                         )   Time:       9:30 a.m.
18  _____)

19
20
21
22
23
24
25
26
27
28
   KRAMER DECL. ISO GOOGLE'S MOTION FOR                              C:\NrPortbl\PALIB1\DAG\2701330_1.DOC
   PARTIAL SUMMARY JUDGMENT RE DIGITAL
   ENVOY'S DAMAGES CLAIMS - C 04 01497 RS

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a member at Wilson Sonsini Goodrich & Rosati, counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the November 30, 2000 agreement between Google and Digital Envoy (along with its two amendments and subsequent ratification), which Digital Envoy has acknowledged as authentic in its pleadings in this case.

3. Attached hereto as Exhibit B is a true and correct copy of a redlined draft of the Product and Electronic Database Evaluation and License Agreement between Google and Digital Envoy, Bates numbered GOOG 009217-9225. This document was authenticated by Steve Schimmel during his deposition on September 23, 2004, described as Google's revisions to the contract and marked as Plaintiff's Exhibit 21.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition testimony of Matthew D. Cutts, taken on September 1, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition testimony of Steven L. Schimmel, taken on September 23, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition testimony of Kulpreet Rana, taken on November 16, 2004.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition testimony of Robert B. Friedman, taken on November 17, 2004.

8. Attached hereto as Exhibit G is a true and correct copy of Digital Envoy, Inc.'s Responses to Google, Inc.'s Second Set of Interrogatories, Interrogatory Nos. 5 and 6, dated November 3, 2004.

9. Attached hereto as Exhibit H is a true and correct copy of Digital Envoy, Inc.'s Rule 26(a)(1) Disclosures, dated August 4, 2004.

1   10. Attached hereto as Exhibit I is a true and correct copy of Digital Envoy, Inc.'s Responses to Google, Inc.'s Fourth Set of Interrogatories, Interrogatory Nos. 11-14, 17 and 18, dated March 7, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 17, 2005, at Palo Alto, California.

/s/ David H. Kramer
David H. Kramer