# KRAMER DECLARATION EXHIBIT B

1 DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 650 Page Mill Road
Palo Alto, CA 94304-1050
4 Telephone: (650) 493-9300
Facsimile: (650) 565-5100
5
Attorneys for Defendant/Counterclaimant
6 Google Inc.

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11

12 DIGITAL ENVOY, INC.,                 ) CASE NO. C 04 01497 RS
                                        )
13       Plaintiff/Counterdefendant,    ) **EXHIBIT B TO THE**
                                        ) **DECLARATION OF**
14   v.                                 ) **DAVID H. KRAMER IN SUPPORT**
                                        ) **OF GOOGLE INC.'S MOTION FOR**
15 GOOGLE INC.,                         ) **PARTIAL SUMMARY JUDGMENT**
                                        ) **REGARDING DIGITAL ENVOY,**
         Defendant/Counterclaimant.     ) **INC.'S DAMAGES CLAIMS**
16                                      )
                                        ) Judge:      Hon. Richard Seeborg
17                                      ) Courtroom:  4, 5th Floor
                                        ) Date:       September 21, 2005
18                                      ) Time:       9:30 a.m.
                                        )
19

20

21       **EXHIBIT LODGED UNDER SEAL PURSUANT TO**
                **LOCAL RULE CIVIL 79-5(c)**
22       **AND MOTION FOR ADMINISTRATIVE RELIEF**
                **FILED ON AUGUST 17, 2005**
23

24

25

26

27

28

NOTICE OF MANUAL FILING                                        2701997_1.DOC
CASE NO.: C 04 01497 RS

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT B TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 17, 2005             WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By:     /s/ David H. Kramer
                                              David H. Kramer

                                   Attorneys for Defendant / Counterclaimant
                                   GOOGLE INC.