# KRAMER DECLARATION EXHIBIT D

DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO. C 04 01497 RS <br><br> **EXHIBIT D TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS** <br><br> Judge:      Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date:       September 21, 2005 <br> Time:       9:30 a.m. |

**EXHIBIT LODGED UNDER SEAL PURSUANT TO
LOCAL RULE CIVIL 79-5(c)
AND MOTION FOR ADMINISTRATIVE RELIEF
FILED ON AUGUST 17, 2005**

NOTICE OF MANUAL FILING
CASE NO.: C 04 01497 RS

2702002_1.DOC

**MANUAL FILING NOTIFICATION**

Regarding:  **EXHIBIT D TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated:  August 17, 2005         WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:      /s/ David H. Kramer
                                         David H. Kramer

                                Attorneys for Defendant / Counterclaimant
                                GOOGLE INC.