**KRAMER DECLARATION EXHIBIT E**

1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **EXHIBIT E TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | |
| | Judge:     Hon. Richard Seeborg |
| | Courtroom: 4, 5th Floor |
| | Date:      September 21, 2005 |
| | Time:      9:30 a.m. |

**EXHIBIT LODGED UNDER SEAL PURSUANT TO**
**LOCAL RULE CIVIL 79-5(c)**
**AND MOTION FOR ADMINISTRATIVE RELIEF**
**FILED ON AUGUST 17, 2005**

NOTICE OF MANUAL FILING
CASE NO.: C 04 01497 RS

2702004_1.DOC

## MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT E TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 17, 2005    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ David H. Kramer
             David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.