**KRAMER DECLARATION EXHIBIT F**

Dockets.Justia.com

DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., ) | CASE NO. C 04 01497 RS |
| ) | |
| Plaintiff/Counterdefendant, ) | **EXHIBIT F TO THE** |
| ) | **DECLARATION OF** |
| v. ) | **DAVID H. KRAMER IN SUPPORT** |
| ) | **OF GOOGLE INC.'S MOTION FOR** |
| GOOGLE INC., ) | **PARTIAL SUMMARY JUDGMENT** |
| ) | **REGARDING DIGITAL ENVOY,** |
| Defendant/Counterclaimant. ) | **INC.'S DAMAGES CLAIMS** |
| ) | |
| ) | Judge:      Hon. Richard Seeborg |
| ) | Courtroom: 4, 5th Floor |
| ) | Date:       September 21, 2005 |
| ) | Time:       9:30 a.m. |

**EXHIBIT LODGED UNDER SEAL PURSUANT TO
LOCAL RULE CIVIL 79-5(c)
AND MOTION FOR ADMINISTRATIVE RELIEF
FILED ON AUGUST 17, 2005**

NOTICE OF MANUAL FILING
CASE NO.: C 04 01497 RS

2702006_1.DOC

## MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT F TO THE DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: August 17, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By:        /s/ David H. Kramer
                                                     David H. Kramer

                                          Attorneys for Defendant / Counterclaimant
                                          GOOGLE INC.