1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                )   CASE NO.: C 04 01497 RS
                                         )
14         Plaintiff/Counterdefendant,   )   **DEFENDANT AND**
                                         )   **COUNTERCLAIMANT GOOGLE**
15     v.                                )   **INC.'S MOTION FOR**
                                         )   **ADMINISTRATIVE RELIEF TO**
16                                       )   **FILE DOCUMENTS UNDER SEAL**
    GOOGLE INC.,                         )   **PURSUANT TO LOCAL RULES 7-11**
17                                       )   **AND 79-5**
           Defendant/Counterclaimant.    )
18                                       )
                                         )   Judge:    Hon. Richard Seeborg
19                                       )
                                         )
20  ─────────────────────────────────────)

21

22

23

24

25

26

27

28

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                                            2701849_1.DOC

Dockets.Justia.com

Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court permit it to file under seal the following documents:

1. Exhibits B through F to the Declaration of David H. Kramer in Support of Google's Motion For Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims.

Exhibits B through E to the Declaration of David H. Kramer contain information confidential to Google. Exhibit F was designated as confidential by Digital Envoy, Inc. Google hereby requests an order permitting it to file Exhibits B through F under seal.

Dated: August 17, 2005                          WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By:     /s/ David H. Kramer
                                                            David H. Kramer

                                                Attorneys for Defendant / Counterclaimant
                                                GOOGLE INC.