1 DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2 DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
3 Professional Corporation
650 Page Mill Road
4 Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 Facsimile: (650) 565-5100

6 Attorneys for Defendant/Counterclaimant
7 Google Inc.

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

13 DIGITAL ENVOY, INC., ) CASE NO.: C 04 01497 RS
14      Plaintiff/Counterdefendant, )
15    v. ) **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5**
16
17 GOOGLE INC.,
18      Defendant/Counterclaimant. )
19 ) Judge: Hon. Richard Seeborg

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                        2701898_1.DOC

1  Having considered Defendant and counterclaimant Google Inc.'s Motion for
2  Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed
3  with the Court on August 17, 2005, the Court HEREBY ORDERS that the following documents
4  shall be filed under seal:
5      1.    Exhibits B through F to the Declaration of David H. Kramer in Support of Google
6            Inc.'s Motion For Partial Summary Judgment Regarding Digital Envoy, Inc.'s
7            Damages Claims.
8
9  IT IS SO ORDERED.
10
11 Dated:_____       _____
12                                                     Magistrate Judge Richard Seeborg

-1-