1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                )   CASE NO.: C 04 01497 RS
                                        )
14       Plaintiff/Counterdefendant,    )   **DECLARATION OF**
                                        )   **DAVID H. KRAMER**
15       v.                             )   **IN SUPPORT OF GOOGLE INC.'S**
                                        )   **MOTION FOR ADMINISTRATIVE**
16                                      )   **RELIEF TO FILE DOCUMENTS**
    GOOGLE INC.,                        )   **UNDER SEAL PURSUANT TO**
17                                      )   **LOCAL RULES 7-11 AND 79-5**
         Defendant/Counterclaimant.     )
18                                      )
                                        )   Judge:   Hon. Richard Seeborg
19                                      )
                                        )
20  _____)

21

22

23

24

25

26

27

28

DECL. ISO GOOGLE'S MOTION FOR ADMIN. RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                                              2701870_1.DOC

I, David H. Kramer, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a member at Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Google's Motion for Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5.

3. Exhibits B through E to the Declaration of David H. Kramer in Support of Google's Motion For Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims contain information confidential to Google. Exhibit F was designated as confidential by Digital Envoy, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2005, at Palo Alto, California.

                                          /s/ David H. Kramer
                                            David H. Kramer