DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., ) | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| GOOGLE INC., ) | |
| Defendant/Counterclaimant. ) | |

2579531_1.DOC

Certificate of Service via Email and U.S. Mail
Case No.: C 04 01497 RS

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served a copy of each of the following:

**1.  EXHIBITS B, C, D, E, AND F TO THE DECLARATION OF DAVID H. KRAMER**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| P Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter | McGuireWoods LLP |
| & Hampton LLP | 1170 Peachtree Street, N.E. |
| Four Embarcadero Center, 17th Floor | Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |

☒ By forwarding the document(s) by electronic transmission on this date to:

| | |
|---|---|
| .  P. Craig Cardon | Timothy H. Kratz |
| Sheppard, Mullin, Richter | McGuireWoods LLP |
| & Hampton LLP | 1170 Peachtree Street, N.E. |
| Four Embarcadero Center, 17th Floor | Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |
| Email: ccardon@sheppardmullin.com | Email: tkratz@mcguirewoods.com |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on August 17, 2005.

/s/ Deborah Grubbs
Deborah Grubbs