1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                       UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS
15 |        Plaintiff/Counter defendant,   | **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, ITS REPLY BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES AND THE DECLARATION OF P. CRAIG CARDON**
16 |   v.                                  |
17 | GOOGLE, INC.,                         |
18 |        Defendant/Counterclaimant.     |
19 |                                       |
20 |                                       | **Date:**       August 10, 2005
   |                                       | **Time:**       9:30 a.m.
21 |                                       | **Courtroom:**  4, 5th Floor
22 |                                       | **The Honorable Richard Seeborg**

-1-

W02-SF:5BB\61465623.1                    DIGITAL ENVOY'S ADMIN. REQUEST TO FILE
                                         REPLY BRIEF UNDER SEAL.

1 | Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal its Reply Brief In Support Of Digital Envoy's Motion For Partial Summary Judgment of Contract Issues ("Reply Brief") and the Declaration of P. Craig Cardon In Support Of Reply Brief ("Cardon Declaration") with attached exhibits A, B, C, D, E, F, and G.

Defendant Google, Inc. has identified exhibits A through G to the Cardon Declaration as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter. Exhibits A through G to the Cardon Declaration are referenced and discussed in detail in the Reply Brief.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file the Reply Brief and the Cardon Declaration with its attached exhibits under seal.

DATED: August 17, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

W02-SF:5BB\61465623.1              DIGITAL ENVOY'S ADMIN. REQUEST TO FILE REPLY BRIEF UNDER SEAL.