P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br>     Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br>     Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, ITS REPLY BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES AND THE DECLARATION OF P. CRAIG CARDON** |

-2-

Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Its Reply Brief In Support Of Digital Envoy's Motion For Partial Summary Judgment Of Contract Issues And The Declaration Of P. Craig Cardon, lodged with the Court on August 17, 2005, the Court HEREBY ORDERS that the Reply Brief and the Cardon Declaration with attached exhibits be filed under seal.

DATED: _____, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge