P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,

Plaintiff/Counter defendant,

v.

GOOGLE, INC.,

Defendant/Counterclaimant.

Case No. C 04 01497 RS

**DECLARATION OF KENDALL M. BURTON IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ITS REPLY BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF CONTRACT ISSUES AND THE DECLARATION OF P. CRAIG CARDON**

**Date: August 10, 2005**
**Time: 9:30 a.m.**
**Courtroom: 4, 5th Floor**

**The Honorable Richard Seeborg**

I, Kendall M. Burton, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Its Reply Brief In Support Of Digital Envoy's Motion For Partial Summary Judgment Of Contract Issues And The Declaration Of P. Craig Cardon.

3. Exhibits A, B, C, D, E, F and G attached to the Declaration of P. Craig Cardon ("Cardon Declaration") contain information designated by defendant Google, Inc. as "Highly Confidential – Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. Exhibits A through G are referenced and discussed in detail in the Reply Brief In Support Of Digital Envoy's Motion For Partial Summary Judgment Of Contract Issues ("Reply Brief"). Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file the Cardon Declaration with attached Exhibits A through G, and the Reply Brief, under seal.

I declare under the penalty of perjury that the above statements are true. Executed this 17th day of August 2005 in San Francisco.

/s/ Kendall M. Burton
KENDALL M. BURTON