1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5
6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,  | **DECLARATION OF CRAIG CARDON**

16      v.                                | **Date:**      **August 10, 2005**
                                            **Time:**      **9:30 a.m.**
17  GOOGLE, INC.,                         | **Courtroom:**  **4, 5th Floor**

18          Defendant/Counterclaimant.    | **The Honorable Richard Seeborg**

19

20

21

22              **MANUAL FILING NOTIFICATION**

23

24  Regarding:  DECLARATION OF CRAIG CARDON, with attached Exhibits A through G.

25          This filing is in paper or physical form only, and is being maintained in the case file

26  in the Clerk's office.  If you are a participant on this case, this filing will be served in hard copy

27  shortly.

28

- 1 -

1    For information on retrieving this filing directly from the court, please see the

2 court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3    This filing was not efiled for the following reason(s):

4

5 ___ Voluminous Document (PDF file size larger than the efiling system allows)

6 ___ Unable to Scan Documents

7 ___ Physical Object (description): _____

8 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

9 XX Item Under Seal

10 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

11 ___ Other (description): _____

12

13    _____

14

15    Executed August 17, 2005, in San Francisco, California.

16

17                    By    _____  /s/  Kendall M. Burton

18                                    P. CRAIG CARDON
                                    BRIAN R. BLACKMAN
19                                    KENDALL M. BURTON

20

21

22

23

24

25

26

27

28
                            - 2 -