DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*E-FILED 8/23/05*

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** <br><br> Judge:   Hon. Richard Seeborg |

1  Having considered Defendant and counterclaimant Google Inc.'s Motion for
2  Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed
3  with the Court on August 10, 2005, the Court HEREBY ORDERS that the following documents
4  shall be filed under seal:
5      1.    Confidential unredacted version of Google Inc.'s Opposition to Digital Envoy,
6          Inc.'s Motion for Partial Summary Judgment on Contract Issues.
7      2.    Exhibits A, B, C, E, F, H, I, K and O to the Declaration of David H. Kramer in
8          Support of Google Inc.'s Opposition to Digital Envoy, Inc.'s Motion for Partial
9          Summary Judgment on Contract Issues.
10
11  IT IS SO ORDERED.
12
13  Dated: 8/23/05    /s/ Richard Seeborg
14          Magistrate Judge Richard Seeborg
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS