P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE OPPOSITION AND REPLY PAPERS FOR GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

  Digital Envoy, Inc. ("Digital Envoy") and Google, Inc. ("Google") submit, through their counsel of record, this stipulation to extend the time to file their opposition to Google's Motion for Partial Summary Judgment Regarding Digital Envoy's Damages Claims, set for hearing on September 21, 2005 ("Google's Motion" or "Motion").

  1. Google filed its Motion on August 17, 2005. Digital Envoy's opposition papers to Google's Motion are currently due on August 31, 2005, and Google's reply papers are due on September 7, 2005;

-1-

1    2.    As of August 30, 2005, Digital Envoy's counsel is experiencing a firm-wide computer network shutdown due to a computer virus. The network shutdown has prevented access to the Internet and research services, access to stored documents on the network system, and the ability to send and receive email attachments or email messages, and has therefore significantly hindered counsel's ability to finalize and prepare Digital Envoy's opposition to Google's Motion.

3.    The parties have agreed to grant Digital Envoy a one-day extension to file its opposition brief and grant Google a one-day extension to file its reply brief. Under this schedule, opposition papers are due for filing and service on or before September 1, 2005 and reply papers are due for filing and service on or before September 8, 2005.

IT IS SO STIPULATED.

DATED: August 30, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ P. Craig Cardon
P. CRAIG CARDON
BRIAN R. BLACKMAN
KENDALL M. BURTON

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

1 | DATED: August 30, 2005

2 | WILSON SONSINI GOODRICH & ROSATI PC

3

4 | By  /s/ David H. Kramer

5 | DAVID H. KRAMER
STEPHEN C. HOLMES
Attorneys for GOOGLE, INC.

6

7

8 | **ORDER**

9 | Based on the parties' stipulation and good cause appearing, IT IS ORDERED THAT:

10 | 1. Digital Envoy's opposition to Google's Motion for Partial Summary Judgment

11 | Regarding Digital Envoy's Damages Claims shall be due on September 1, 2005.

12 | 2. Google's Reply in Support of its Motion for Partial Summary Judgment Regarding

13 | Digital Envoy's Damages Claims shall be due on September 8, 2005.

14 | IT IS SO ORDERED.

15

16 | DATED: _____, 2005

17

18

19 | RICHARD SEEBORG
Magistrate Judge, United States District Court

20

21

22

23

24

25

26

27

28

-3-