1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106           *E-FILED 8/31/05*
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                  Case No. C 04 01497 RS

15        Plaintiff/Counterdefendant,    **STIPULATION AND [PROPOSED]**
                                         **ORDER TO EXTEND THE TIME TO**
16     v.                                **FILE OPPOSITION AND REPLY**
                                         **PAPERS FOR GOOGLE'S MOTION FOR**
17 GOOGLE, INC.,                         **PARTIAL SUMMARY JUDGMENT**

18        Defendant/Counterclaimant.

19

20

21        Digital Envoy, Inc. ("Digital Envoy") and Google, Inc. ("Google") submit, through their

22 counsel of record, this stipulation to extend the time to file their opposition to Google's Motion for

23 Partial Summary Judgment Regarding Digital Envoy's Damages Claims, set for hearing on

24 September 21, 2005 ("Google's Motion" or "Motion").

25        1.    Google filed its Motion on August 17, 2005. Digital Envoy's opposition papers to

26 Google's Motion are currently due on August 31, 2005, and Google's reply papers are due on

27 September 7, 2005;

28

1    2.    As of August 30, 2005, Digital Envoy's counsel is experiencing a firm-wide

2    computer network shutdown due to a computer virus.  The network shutdown has prevented

3    access to the Internet and research services, access to stored documents on the network system,

4    and the ability to send and receive email attachments or email messages, and has therefore

5    significantly hindered counsel's ability to finalize and prepare Digital Envoy's opposition to

6    Google's Motion.

7    3.    The parties have agreed to grant Digital Envoy a one-day extension to file its

8    opposition brief and grant Google a one-day extension to file its reply brief.  Under this schedule,

9    opposition papers are due for filing and service on or before September 1, 2005 and reply papers

10   are due for filing and service on or before September 8, 2005.

11

12   IT IS SO STIPULATED.

13

14   DATED:  August 30, 2005

15   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16

17   By _____ /s/ P. Craig Cardon _____

18   P. CRAIG CARDON
     BRIAN R. BLACKMAN
     KENDALL M. BURTON

19

20   TIMOTHY H. KRATZ (Admited *Pro Hac Vice*)
     MCGUIRE WOODS, L.L.P

21   1170 Peachtree Street, N.E., Suite 2100
     Atlanta, Georgia 30309

22   Telephone: 404.443.5706
     Facsimile:  404.443.5751

23   Attorneys for DIGITAL ENVOY, INC.

24

25

26

27

28

-2-

STIPULATION AND ORDER EXTENDING TIME TO FILE
OPPOSITION AND REPLY PAPERS

1  DATED:  August 30, 2005

2                    WILSON SONSINI GOODRICH & ROSATI PC

3

4                    By      /s/ David H. Kramer
                                  DAVID H. KRAMER
5                                 STEPHEN C. HOLMES
                                  Attorneys for GOOGLE, INC.
6

7

8                              <u>**ORDER**</u>

9        Based on the parties' stipulation and good cause appearing, IT IS ORDERED THAT:

10       1.      Digital Envoy's opposition to Google's Motion for Partial Summary Judgment

11  Regarding Digital Envoy's Damages Claims shall be due on September 1, 2005.

12       2.      Google's Reply in Support of its Motion for Partial Summary Judgment Regarding

13  Digital Envoy's Damages Claims shall be due on September 8, 2005.

14       IT IS SO ORDERED.

15
                        8/31
16  DATED:  _____, 2005

17

18                         /s/ Richard Seeborg

19                              RICHARD SEEBORG
                        Magistrate Judge, United States District Court
20

21

22

23

24

25

26

27

28

                                    -3-
W02-SF:5BK\61467070.1                STIPULATION AND ORDER EXTENDING TIME TO FILE
                                     OPPOSITION AND REPLY PAPERS