UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR: FTR                         DATE: 8/31/05
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                            CASE #: C 04-01497 RS

CASE TITLE: DIGITAL ENVOY    VS.    GOOGLE, INC.

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

TIMOTHY H. KRATZ                            DAVID KRAMER

                                            DAVID L. LANSKY

### TODAY'S PROCEEDINGS

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.    { X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{x}     { }     { }      1. FOR PARTIAL SUMMARY JUDGMENT
{ }     { }     { }      2.
{ }     { }     { }      3.
{ }     { }     { }      4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

### MOTION DISPOSITION SHOWN BELOW:

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to         @          For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL. COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:          Copies to: