P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>       Plaintiff/Counter defendant,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>       Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DECLARATION OF ROBERT J. WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY, INC.'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY RE?: DAMAGE ISSUES**<br><br>Date:          September 21, 2005<br>Time:          9:30 a.m.<br>Courtroom:  4, 5th Floor<br><br>**The Honorable Richard Seeborg** |

-1-

W02-SF:5BB\61467366.1            DECLARATION OF ROBERT J. WADDELL, JR., ISO OF
                                 OPPOSITION TO GOOGLE'S MTN. FOR PARTIAL SUMMARY
                                 JUDGMENT RE: DAMAGES

Dockets.Justia.com

I, Robert J. Waddell, Jr., declare as follows:

1.     I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia.

2.     Attached hereto as Exhibit A is a true and correct copy of excerpts taken from the Deposition of Steven L. Schimmel, taken on September 23, 2004. The attached exhibits were produced to Digital Envoy from Google's files.

3.     Attached hereto as Exhibit B is a true and correct copy of excerpts taken from the Deposition of Matthew D. Cutts, taken on September 1, 2004. The attached exhibits were produced to Digital Envoy from Google's files.

4.     Attached hereto as Exhibit C is a true and correct copy of a contract template, Bates numbered GOOG 013885-013888, which was produced to Digital Envoy from Google's files.

5.     Attached hereto as Exhibit D is a true and correct copy of the *Local Search Part 3: Google Gets Local With AdWords* Internet page, which was downloaded and printed on July 6, 2005. The source for the site was:
<http://searchenginewatch.com/searchday/article/php/3099591>

6.     Attached hereto as Exhibit E is a true and correct copy of the *October 24, 2003 Google Beta Tests Regional AdWords Targeting* Internet page, which was downloaded and printed on September 1, 2005. The source for the site was:
<http://siliconvalley.internet.com/news/article.php/3098431>

7.     Attached hereto as Exhibit F is a true and correct copy of the *BellSouth's Alliance with Google Connects RealPages.com Advertisers to Local Consumers* Internet page, which was downloaded and printed on September 1, 2005. The source for the site was:
<http://volokh.blogspot.com/2004/10/bellsouths-alliance-with-google.html>

8.     Attached hereto as Exhibit G is a true and correct copy of the *Google AdSense Case Study: How Greenwich 2000 Ltd doubled ad revenue with Google AdSense* Internet page, which was downloaded and printed on August 31, 2005. The source for the site was:
<https://www.google.com/adsense/greenwich2000?hl=en_GB>.

9. Attached hereto as Exhibit H is a true and correct copy of the *Google AdSense Tour* Internet page, which was downloaded and printed on September 1, 2005. The source for the site was: <http://www.google.co.uk/services/adsense_tour/page4.html>.

10. Attached hereto as Exhibit I is a true and correct copy of the *Google AdSense Case Study: How Our-Hometown.com's local newspaper publishers profit from Google AdSense* Internet page, which was downloaded and printed on September 1, 2005. The source for the site was: <www.google.com/adsense/ourhometown>.

11. Attached hereto as Exhibit J is a true and correct copy of the *Google AdSense Case Study: How WiFinder gets revenue it can count on through Google AdSense* Internet page, which was downloaded and printed on September 1, 2005. The source for the site was: <http://www.google.com/adsense/wifinder>.

12. Attached hereto as Exhibit K is a true and correct copy of the *Google AdWords: Step-by-Step* Internet page, which was downloaded and printed on August 31, 2005. The source for the site was: <http://adwords.google.com/select/steps.html>.

13. Attached hereto as Exhibit L is a true and correct copy of the *Google AdWords: Optimisation Tips* Internet page, which was downloaded and printed on August 31, 2005. The source for the site was: <http://adwords.google.com/select/tips.html>.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts taken from the Deposition of Susan Wojcicki, taken on June 23, 2005. The attached exhibits were produced to Digital Envoy from Google's files.

15. Attached hereto as Exhibit N is a true and correct copy of financial information, Bates numbered GOOG 013593 - 013600, which were produced to Digital Envoy from Google's files.

I declare these things under penalty of perjury and under the laws of the United States of America. Executed on September 1, 2005.

Robert J. Waddell

Robert J. Waddell, Jr.

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Robert J. Waddell, Jr., in Support of Digital Envoy, Inc.'s Opposition to Google's Motion For Partial Summary Judgment Re: Damage Issues. In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED: September 1, 2005

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By       /s/ Brian Blackman
        P. CRAIG CARDON
        BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

    Attorneys for DIGITAL ENVOY, INC.