# EXHIBIT A

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15         Plaintiff/Counter defendant, | |
| 16    v. | **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE ISSUES** |
| 17  GOOGLE, INC., | |
| 18         Defendant/Counterclaimant. | |
| 19 | **The Honorable Richard Seeborg** |

20
21
22
23
24
25
26
27
28

W02-SF:5BB\61460377.1                    -1-                    MANUAL FILING NOTIFICATION

1  **DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

2  Regarding:    EXHIBIT A ATTACHED TO THE DECLARATION OF ROBERT J.
             WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO
3            GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE
             ISSUES
4
   This filing is in paper or physical form only, and is being maintained in the case file in the
5
   Clerk's office.
6
   If you are a participant in this case, this filing will be served in hard-copy shortly.
7
   For information on retrieving this filing directly from the court, please see the court's main
8
   web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
9
   This filing was not e-filed for the following reason(s):
10

11  ___ Voluminous Document (PDF file size larger than the efiling system allows)

12  ___ Unable to Scan Documents

13  ___ Physical Object (description): _____

14
   ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15
   _x_ Item Under Seal
16
17  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

18  ___ Other (description): _____

19  DATED: September 1, 2005

20                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22                              By        /s/ Brian Blackman
                                     P. CRAIG CARDON
23                                   BRIAN R. BLACKMAN
24                              TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                                LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
25                              MCGUIRE WOODS, L.L.P
                                1170 Peachtree Street, N.E., Suite 2100
26                              Atlanta, Georgia 30309
                                Telephone: 404.443.5706
27                              Facsimile:  404.443.5751

28                              Attorneys for DIGITAL ENVOY, INC.