# EXHIBIT B

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:     415-434-9100
   Facsimile:     415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |

15 |    Plaintiff/Counter defendant, | |

16 | v. | **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE ISSUES** |

17 | GOOGLE, INC., | |

18 |    Defendant/Counterclaimant. | |

19 | | **The Honorable Richard Seeborg** |

20

21

22

23

24

25

26

27

28

-1-

1

## DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION

2   Regarding:    EXHIBIT B ATTACHED TO THE DECLARATION OF ROBERT J.
                  WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO
3                 GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE
                  ISSUES

4

5       This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.

6

7       If you are a participant in this case, this filing will be served in hard-copy shortly.

        For information on retrieving this filing directly from the court, please see the court's main

8

web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9

10      This filing was not e-filed for the following reason(s):

11   ___ Voluminous Document (PDF file size larger than the efiling system allows)

12   ___ Unable to Scan Documents

13
     ___ Physical Object (description): _____
14
     ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15
     _x__ Item Under Seal
16

17   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

18   ___ Other (description): _____

19   DATED:  September 1, 2005

20                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22                   By    _____/s/ Brian Blackman_____
                                        P. CRAIG CARDON
23                                      BRIAN R. BLACKMAN
24                              TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                                LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
25                              MCGUIRE WOODS, L.L.P
                                1170 Peachtree Street, N.E., Suite 2100
26                              Atlanta, Georgia 30309
                                Telephone: 404.443.5706
27                              Facsimile:  404.443.5751

28                                Attorneys for DIGITAL ENVOY, INC.

W02-SF:5BB\61460377.1                                         MANUAL FILING NOTIFICATION