# EXHIBIT C

1 | P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
2 | KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3 | Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
4 | Telephone:    415-434-9100
Facsimile:    415-434-3947
5 |

6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
7 | MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
8 | Atlanta, Georgia 30309
Telephone: 404.443.5500
9 | Facsimile: 404.443.5751

10 | Attorneys for DIGITAL ENVOY, INC.

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC.,                              Case No. C 04 01497 RS

15 | Plaintiff/Counter defendant,

16 | v.                                                **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE ISSUES**

17 | GOOGLE, INC.,

18 | Defendant/Counterclaimant.

19 |                                                   **The Honorable Richard Seeborg**

20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-1-

W02-SF:5BB\61460377.1                               MANUAL FILING NOTIFICATION

1    **DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

2    Regarding:    EXHIBIT C ATTACHED TO THE DECLARATION OF ROBERT J.
                   WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO
3                  GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE
                   ISSUES

4            This filing is in paper or physical form only, and is being maintained in the case file in the

5    Clerk's office.

6            If you are a participant in this case, this filing will be served in hard-copy shortly.

7            For information on retrieving this filing directly from the court, please see the court's main

8    web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9            This filing was not e-filed for the following reason(s):

10

11    ___ Voluminous Document (PDF file size larger than the efiling system allows)

12    ___ Unable to Scan Documents

13    ___ Physical Object (description): _____

14
      ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15
      _x__ Item Under Seal
16

17    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

18    ___ Other (description): _____

19    DATED:  September 1, 2005

20                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22                        By    _____ /s/ Brian Blackman _____
23                                          P. CRAIG CARDON
                                          BRIAN R. BLACKMAN
24                              TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                                LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
25                              MCGUIRE WOODS, L.L.P
                                1170 Peachtree Street, N.E., Suite 2100
26                              Atlanta, Georgia 30309
                                Telephone: 404.443.5706
27                              Facsimile:  404.443.5751

28                                Attorneys for DIGITAL ENVOY, INC.

                                            -2-