# EXHIBIT E



**FREE TECHNICAL EVENTS**
- Online Demos
- Hands-on Workshops
- Seminars and Industry Events

Regional News: Boston | D.C.| New York | Silicon Valley  More Tech News: Newslin:
Business | Developer | Ecommerce | Enterprise | Networking | Security
Storage | Wireless | xSP | Special Reports | Stats | Commentary

internetnews.com ▶ siliconvalley.internet.com ▶ News

Search News  Find

FREE IC Nanometer Technical Papers *~* Click Here *~*

siliconvalley.internet.com.

**October 24, 2003**
**Google Beta Tests Regional AdWords Targeting**
By **Pamela Parker** and **Susan Kuchinskas**

Search giant Google is testing a feature for its AdWords program that would allow marketers to target their ads regionally, so they appear only when users in certain areas perform searches.

The feature is designed to make Google more attractive for local and regional advertisers. Previously, a Boston-area attorney who bought the keyword "lawyer" would have to compete with all of the other lawyers in the nation who bid on the same word. Alternatively, he could buy keywords like "Boston lawyer" and hope that a searcher typed in the city name.

"It's going to be a big boon to advertisers who are trying to target certain markets and could only do it by keywords," said Danny Sullivan, editor of SearchEngineWatch.com, which shares a parent company with this publication.

Local search has long been a hot topic for companies providing paid search. Google competitor Overture, a division of Yahoo!(Quote, Chart), has been testing local search, and is expected to release a product within the next couple of months. Google itself last month released "Search By Location" in its Google Labs area, which allows users to segment their searches by location, including address

**FREE** Inside Technology Tech Papers

Topics
- IC Design & Verification
- Simulation
- Custom IC Design
- Physical Verification
- Extraction

Mentor Graphics. To get your free technical papers CLICK HERE

Most Popular
- The Pain in the Endpoints
- BMC Buys to Boost Service Desk Software
- GAO: Feds Not Protecting Citizen Privacy
- Zotob Writer Had Busy Summer
- Katrina's Path Wends Through Web

Stats
- Cisco Leads Router Race
- Tech Paychecks Dip
- MSN Feels 'Virtual Earth' Move
- PDA Market Up And Down (Again)
- Novell Claims Linux Lead in China

E

Be a Commerce Partner
Trade Show Items
Franchise Directory
web hosting company
Best Digital Camera
Desktop Computers
Logo Design
Online Degrees
PDA Phones & Cases
Music
Cheap Plane Tickets
Cheap Web Hosting
Website Marketing
T-Shirts

**Newsletter Signup**

☑ **Internet Daily**
**ClickZ News**
☐ Html ☐ Text
☐ **Boston News** ☐ **DC News** ☐ **NY News**
☐ **SiliconValley News**

[email]  ▶

select a newsletter above, type your email and click the arrow to sign up!

**Stocks**
DJ 30     9650.94  -145.86
NASDAQ 1564.74   -30.52
S&P 500  1032.70  -17.20
          02:41 PM
Market data delayed a minimum of 15 minutes

Get Quotes:
[   ]  ▶

**internet.com**
Developer
Downloads
International
Internet Lists
Internet News
Internet Resources
IT
Linux/Open Source
Personal Technology
Small Business
Windows Technology
xSP Resources

Search internet.com
Advertise
Corporate Info
Newsletters
Tech Jobs
E-mail Offers

or zip code.

Google's new AdWords feature lets marketers target by Designated Market Areas (DMAs), Nielsen Media Research's method of determining the geographic scope of markets based on broadcast television stations' reach. There are currently 210 DMAs in the United States. Regional targeting options appear as part of the campaign management interface.

"It's an incredibly powerful tool for local and regional advertisers," says Kevin Lee, CEO of search marketing agency Did-it.com. "It also could be used by national advertisers looking to message locally, speaking differently to different audiences."

What ads searchers get at Google is determined by their IP address, which is mapped to the appropriate DMA. Google hasn't said whether it's developed the technology to map IP addresses to DMAs by itself or is using a partner, but most approaching the issue use a combination of methods, looking at the ISP or company assigned the IP, the network delay, and routes for Internet traffic. It isn't a foolproof system.

"I know for a fact from living abroad that sometimes they [Google] think I'm in Germany," says Sullivan. "But those are fairly rare problems."

When Google can't determine where a searcher is, it will serve national advertisements, as it has done in the past. It will also continue to serve national ads on partner sites like America Online. Currently, only Google.com will carry the regionally-targeted ads, which will be displayed with a fifth line of text indicating the chosen region.

Regionally targeted ads are not given preference in the AdWords system, says product manager Richard Holden. They still have to compete for placement based on relevancy and price-per-click. "So any auction may have a mix of national and regional ads," he said.

The biggest difference for regionally-targeted advertisers will likely be in the impressions their ads receive. Regionally-targeted ads will probably receive significantly fewer overall impressions, Holden says, but, "It delivers more clicks because it's a regionally specific offer, and it will deliver more relevant leads."

For example, without regional targeting, Lee says, "If I'm a New York lawyer, I buy the generic keyword 'lawyer', and my headline says 'New York Lawyer,' no one who's not in New York will click on it, so I'll be penalized for relevancy." In other words, because the ad receives few clicks, the ad will receive lower placement in Google's ranking system.

With regional targeting, Lee said, even those New Yorkers who searched for the generic term "lawyer" might be more likely to click on an ad that said "New York lawyer" than on another that doesn't have a specific local message. "That 'New York Lawyer' ad would never have won in a national bidding war," Lee said, "but in a regional war it might do better."

Whether that proves true remains to be seen, but Lee said, "This gives regional advertisers the potential to compete against national advertisers, because they can target their messages better."

 Email this article    Print this article

News Archives

**Current Headlines by Topic**

**Business**
- IBM's Banks on Deal With Dutch
- Technical Analysis: S&P, Nasdaq Break Out
- Telecom, Chip Stocks Weigh In

**Developer**
- 'Roll Your Own' Linux
- IBM Readies Smoother BPM
- Tweaks, Regressions in Latest Linux Kernel

**Ecommerce**
- PayPal Reduces Micropayments
- Coming Soon ... the Outernet
- Google Extends Book Scanning Operation

**Enterprise**
- EMC Eyeing New Markets in Backup Software
- Tech Community Rallies For Katrina Relief
- 'Roll Your Own' Linux

**Networking**
- Skype Goes Mobile in Germany
- Microsoft Acquires VoIP Company
- WiMax Trials Spreading With Airspan

**Security**
- Microsoft Attempts Phishing Slowdown
- Yahoo Funding Spyware?
- Mytob Variant Still Trolling The Web

**Stats**
- Work Remains for Sarbox Compliance
- Still Clamoring For The Unix Lead
- Battle for Search Share in Lower Tier

**Storage**
- EMC Eyeing New Markets in Backup Software
- QLogic Dumps Drive Biz for $225M
- SAN Scores Big With SMB User

**Wireless**
- Skype Goes Mobile in Germany
- I Phone for iTunes
- The Pain in the Endpoints

**xSP**
- Microsoft Attempts Phishing Slowdown
- PayPal Reduces Micropayments
- Google Extends Book Scanning Operation



ISPCON — The Definitive Event for ISPs and WISPs
October 18-20, 2005 • Santa Clara, CA
Use Customer Code JPMF5

Contact internetnews.com staff

JupiterWeb networks:

 

internet.com | EARTHWEB | dev | graphics.com

Search JupiterWeb: [ ]  Find

Jupitermedia Corporation has four divisions:
JupiterWeb, JupiterResearch, JupiterEvents and JupiterImages

Copyright 2005 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | Shopping | E-mail Offers