# EXHIBIT H

# Google AdSense

## Access thousands of advertisers

4 of 10 

- What is AdSense?
- Earn more revenue
- Get started in minutes
- **Access thousands of advertisers**
- Grasp the meaning of your content
- Make money from a Google search box
- Show appropriate ads
- Customise AdSense for your site
- See what our customers say
- Apply now

With Google's extensive advertiser base, we have ads for all categories of businesses—and for practically all types of content, no matter how broad or specialised. And since Google provides the ads, you have no advertiser relationships to maintain.

The AdSense programme represents advertisers ranging from large global brands to small and local companies. Ads are also targeted by geography, so global businesses can display local advertising with no additional effort. And you can use AdSense in many languages.



Google's large advertiser base means we have relevant ads for you - no matter how specialised your content.

© Google 2004

AdSense Home　　Apply Now　