# EXHIBIT K



It's All About Results™                                                                 Contact Us - Help

AdWords Home

Help Centre

AdWords Overview
  AdWords Advantages

Programme Comparison
  Success Stories
  News and Updates
  Demos and Guides

Getting Started
  Editorial Guidelines
  Step-by-Step
  Optimisation Tips
  Account Navigation
  Keyword Tools

## Step-by-Step

The Google AdWords account set-up process consists of the four basic steps listed below. Scroll down this page for a more detailed tour of what you wi'll see when creating your account.

**Step 1: Target customers**
Choose from dozens of languages and nearly 200 countries. You can even choose to show your ads only to users in specific cities or regions.

**Step 2: Create your ad**
Write your ad text and choose the keywords that will trigger those ads.

**Step 3: Set pricing**
Choose the currency you want to use, then set your cost per click (CPC) and your daily budget. Spend as much or as little as you like each day; no minimum budget is required.

**Step 4: Sign up**
Finish creating an AdWords account by providing your email address and choosing a password. When you are ready to activate your ads, log in to your new account and submit your billing information.

### Step 1 of 4: Target customers

**Choose the languages and locations you'd like to target.**

Begin by naming your new Ad Group, then tell us the languages and locations you would like to target. Your ads will be available to all users who have chosen the same primary language(s) you select. Note that the ad itself will not be translated.

You can target customers by countries, by regions, or by custom parameters you set yourself. Make your selection, click 'Continue,' and you'll be taken to a page where you can choose the specific locations you want to target.



To target a country or region, click its name in the left window. Then click 'Add' to move the country or region to the selection window on the right.

The language and country selections together will determine who may see your ad. For instance, if you target the language French and the countries France and Spain, your ad may appear to users in

those two countries who have set French as their language preference.

### Step 2 of 4: Create your ad

**A. Write your ad text.**

Create a headline and two lines of ad text, with up to 95 characters total. The Display URL field is where you enter the website URL that will be displayed in your AdWords ad. The Display URL must fit within a 35-character limit. The Destination URL can be up to 1,024 characters and is the actual web page users will land on when they click on your ad.



**B. Select your keywords.**

Each keyword should be on its own line. (Press **Enter** on your keyboard after typing each keyword or keyword phrase.) Make sure that the keywords you enter are specific to your site or product to ensure that you receive the most cost-effective results.

The Keyword Tool can help you find useful alternate keywords which you may not have considered.

You can create additional keyword lists or edit this one later, so you may want to start with just a few keywords to test what works and what doesn't.

### Step 3 of 4: Set pricing

### A. Choose your currency.

Please note that the currency you select will apply to both billing and payment. Therefore, if you select Pounds, payment will be requested and accepted only in Pounds. Once you have selected a currency for your account, it will not be possible to change the currency again later. Also note that in some cases the currency you select will affect the payment options available to you.

### B. Set your maximum cost-per-click (CPC).

Based on the keywords you entered, the AdWords system will calculate a suggested maximum CPC and show you the clicks and costs per day that would result. You can accept that CPC or enter one of your own.



Click 'View Traffic Estimator' for a closer look at positioning and costs for individual keywords. You can also make changes to your maximum CPC and see the effect those changes would have on your ad's average position, clicks and cost.

### C. Select your daily budget.

Your daily budget should equal the amount you want to spend on this ad campaign each month, divided by the number of days in the month. For instance: If you want to spend £3000 in a 30-day month, your daily budget should be £100 per day.

**Set your daily budget**

Your daily budget is the amount you are willing to spend on a specific campaign each day and can be changed as often as you like. We make your daily budget recommendation based on several factors, such as historical click data for the same or similar keywords as yours and your targeting options.

- We suggest: £150.00
  Estimates for this daily budget: £1,050.00 cost per week; £4,500.00 cost per month.
- Enter your own daily budget: £ [     ]

**If our suggestions or the traffic estimates are too high...**

There are several ways to create a budget that better fits your business needs:

- Use our Traffic Estimator - Plug your own maximum CPC into the Traffic Estimator above until the estimates returned suit your needs.
- Edit your keyword list - More specific keywords increase relevancy and can lower cost. Trimming your keyword list can also help lower costs.
- Change your customer targeting - Costs are determined in part by what your nearest competitors are willing to pay, so targeting your ads to a specific market can lower your costs.

The AdWords system will suggest a daily budget, based on your targeting options and on historical click data for keywords similar to yours. This budget will help ensure maximum exposure of your ad throughout each day. You can raise or lower this amount depending on how much you would like to spend; your ad impressions will be spread throughout the day accordingly.

Click 'Continue.' You will now be given a chance to review all your ad and pricing selections before completing the signup process.

### Step 4 of 4: Sign up

**Enter your email address and password for your account.**

**Sign up**

Your email address will be your login. If you already have an AdSense account, you can enter your AdSense login and password below. You can also create a unique AdWords login and password if you prefer.

Email address: [                    ]

Your privacy is important to us. Google protects your email address as described in our Privacy Policy.

Your password must be at least seven characters long. Use both numbers and letters.

Password: [          ]
Re-enter password: [          ]

When necessary, we'll send you service announcements that relate to your advertising agreement with Google.

☑ In addition, send me periodic newsletters with tips and best practices, timely account performance suggestions, and occasional surveys to help Google improve AdWords.

When you click the button below, you will receive an email to verify your account. Your ads will not run - and you are not committed to a purchase - until you have logged in and submitted your billing information.

[ Create My AdWords Account ]

The email address should be one you check often, as we will send all account information to this address. You will receive feature updates, performance alerts, and if you opt to receive non-account communication from us, newsletters.

After providing this information, click **Create My AdWords Account** to complete the account

Case 5:04-cv-01497-RS    Document 295-12    Filed 09/01/2005    Page 6 of 6

creation process. You will then receive an email asking you to verify your request. When you have done so and are ready to activate your ads, log in to your account and submit your billing information. Your ads will start running on Google almost immediately.

©2005 Google - AdWords Home - Terms and Conditions