# EXHIBIT L

 It's All About Results™                                           Contact Us - Help

AdWords Home

**Optimisation Tips**

Help Centre

With Google AdWords, it is all about results. We have collected these tips to guide you through creating and maintaining an effective keyword-targeted ad campaign with our programme.

AdWords Overview
   AdWords Advantages

**Show your ads more often.**

Programme Comparison
   Success Stories
   News and Updates
   Demos and Guides

**Your daily budget determines how often your ad is shown for your keywords.**

- To maximise the number of times your ad is shown throughout the day, set your daily budget to the amount we recommend during the campaign creation process.

Getting Started
   Editorial Guidelines
   Step-by-Step
   Optimisation Tips
   Account Navigation
   Keyword Tools

- Click here to learn how to increase your daily budget.

**Improve your ad's position.**

**Your keyword-targetted ad's position is determined by your ad's maximum cost-per-click (CPC) and Quality Score.**

- Increasing performance factors such as your maximum CPC and/or Quality Score will improve your ad's position.

- Click here to learn how to increase your maximum CPC.

- Read "Optimise your content and keyword targetting" below to learn how to improve your campaign's performance.

**Optimise ad serving for your ads.**

**Ads with higher CTRs are more likely to draw relevant clicks and qualified leads.**

- When there are multiple ads in an Ad Group, our system will favor ads with higher clickthrough rates (CTRs), showing them more often than ads with lower CTRs in the same Ad Group. When you create a campaign, optimisation is already selected. You can view or change your settings at the campaign level by doing the following:

    o Log in to your AdWords account.
    o In the **Campaign Summary** table, select the checkbox(es) next to the campaign(s) you wish to edit.
    o Click **Edit Settings** in the header row of the table.
    o Select the checkbox next to 'Automatically optimise ad serving for my ads' (section 4).
    o Click **Save Changes** at the top or bottom of the page.

**Optimise your content and keyword targeting.**

**Target your audience. Create compelling ads. Link to relevant content.**

| Targeting - Who should see your ad? |
|---|

**Refine your keywords.**

**Select keywords and phrases relevant to your product or service.**

General keywords will generate the most impressions, but will often result in the fewest number of clicks.

For example, if you sell tennis equipment, you wouldn't want to choose the keyword "tennis", because your ads could appear to people searching for subjects (such as tennis lessons) unrelated to your business. Instead, you should select more descriptive phrases for your products or services so your ads will appear to those who matter—prospective customers searching for what you have to offer.

You might want to try:

- *tennis racquets*
- *tennis shoes*
- *tennis ball machines*

For help refining your keywords, try our Keyword Tool.

**Use keyword variations to reach more prospects.**

Not everyone will enter the same keyword spellings to search for your type of product or service. You can increase your chances of reaching more prospects by including spelling variations and plurals in your keyword list.

*Examples:*

- *tennis racket*
- *tennis racquets*
- *tennis racquet*

**Change keyword matching options to better target your ads.**

By specifying the types of keyword matching options that will trigger your ads, you can widen or narrow your focus on prospective customers. Your options are:

- **Broad match.** *Simply enter your keyword(s), such as 'tennis shoes'*
  Your ad will show when users search on the keywords tennis and shoes, in any order, and even if the query includes other terms, such as tennis racquets and shoes. With broad matching, you'll also automatically enjoy expanded matching. This means that Google will analyse your keyword list, ad text and millions of daily Google search queries, then show your ads for other relevant terms and variations (such as tennis

strings) even if you didn't include these terms in your keyword list. (You may stop these expanded matches by changing your broad match keywords to exact or phrase matches.)

- **Exact match.** *Include brackets around your keyword: [tennis shoes]*
  Your ad shows when users search for *tennis shoes*, in this order, and without any other terms in the query. For example, your ad won't show for the queries *red tennis shoes* or *tennis bags* and *shoes*.

- **Phrase match.** *Include quotes around your keyword: "tennis shoes"*
  Your ad shows when users search for *tennis shoes*, in this order, and possibly with other search terms in the query. For example, your ad will show for *red tennis shoes* but not for *shoes for tennis*.

- **Negative keyword.** *Include a dash before your keyword: -red*
  If your keyword phrase is *tennis shoes* and your negative keyword is *-red*, your ad will not show if a user searches for *red tennis shoes*.

(Please note that keyword matching options don't apply to content targeted ads.)

**Geo-target.**

- Choose your target countries and languages. Learn how.

**Group related keywords together.**

- Organise your campaign by grouping similar keywords and creating a separate Ad Group for each group. This allows you to write more specific ads for those keywords.

### Content - What should your ad say?

**Include keywords in your ad text or title.**

- If your keywords appear in your ad text, users will be able to immediately recognise that your ad is relevant to their search.
- One way to create targeted ads is to create multiple ads within an Ad Group. In each ad, include one or more of the keywords from your keyword list.
- Another way to customise your ad text is to create multiple Ad Groups, each with one keyword and one ad that contains that keyword.

**Adopt a clear style.**

- Short, non-repetitive sentences work best.
- Double-check spelling and grammar.

**Test multiple ads per Ad Group.**

- Try different messages and see what works best.
- Our system tracks the CTR for each of your ads, so you can identify and remove ads that perform poorly.

**Identify the unique aspects of your product or service.**

- What makes your product or service useful, relevant, better and different?
- Call attention to the unique benefits you offer to set you apart from the competition and to attract more searchers.

*Example: "Wholesale prices on brand names"*

**Use a strong call-to-action.**

- Use a call-to-action to prepare your audience for what you want them to do.
- Make sure that this phrase is unique and specific to your business so that it is more informative and compelling and distinguishes you from the competition.

*Example: "Register for membership now", "Save on DVDs", "Get cheap stereos", or "Join now for 20% discount".*

### Links - landing pages & conversion tracking

**Link to relevant and informative web pages.**

- Users click on your ad when they are interested in what you offer. Make it easy for them to find out more by sending them to a relevant destination (landing) page.
- Make your landing page easy and intuitive for the user to understand.

*Example: If your ad offers a free product, link directly to a page that clearly displays that product.*

**Track conversion by creative.**

- Google automatically tracks the clickthrough rate for each of your ads, but you can also use unique tracking URLs for each ad or keyword, to clearly identify how many of your customers clicked through to your site from your Google AdWords ad. This will also tell you which ads and keywords converted the most clicks to sales.

*Example: If your web site address is www.yoursite.com, you could use the unique URL www.yoursite.com?referrer=google in your Google AdWords ad campaigns.*