# EXHIBIT M

1   P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
2   KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
4   Telephone:     415-434-9100
    Facsimile:     415-434-3947
5

6   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
    LUKE ANDERSON (Admitted *Pro Hac Vice*)
7   MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
8   Atlanta, Georgia 30309
    Telephone: 404.443.5500
9   Facsimile: 404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,
                                            **MANUAL FILING NOTIFICATION IN**
16      v.                                  **CONNECTION WITH DIGITAL**
                                            **ENVOY'S OPPOSITION TO GOOGLE'S**
17  GOOGLE, INC.,                           **MOTION FOR PARTIAL SUMMARY**
                                            **JUDGMENT RE: DAMAGE ISSUES**
18          Defendant/Counterclaimant.

19                                          **The Honorable Richard Seeborg**

20

21

22

23

24

25

26

27

28

                                    -1-
W02-SF:5BB\61460377.1                           MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT M ATTACHED TO THE DECLARATION OF ROBERT J. WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE ISSUES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x__ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED:  September 1, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By    _____/s/ Brian Blackman_____

P. CRAIG CARDON
BRIAN R. BLACKMAN
TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-2-

W02-SF:5BB\61460377.1