# EXHIBIT N

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                   | Case No. C 04 01497 RS

15          Plaintiff/Counter defendant,   |
                                           | **MANUAL FILING NOTIFICATION IN**
16      v.                                 | **CONNECTION WITH DIGITAL**
                                           | **ENVOY'S OPPOSITION TO GOOGLE'S**
17  GOOGLE, INC.,                          | **MOTION FOR PARTIAL SUMMARY**
                                           | **JUDGMENT RE: DAMAGE ISSUES**
18          Defendant/Counterclaimant.     |

19                                         | **The Honorable Richard Seeborg**

W02-SF:5BB\61460377.1

-1-

MANUAL FILING NOTIFICATION

**<u>DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION</u>**

Regarding: EXHIBIT N ATTACHED TO THE DECLARATION OF ROBERT J. WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE ISSUES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: September 1, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/ Brian Blackman
          P. CRAIG CARDON
          BRIAN R. BLACKMAN
          TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
          LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
          MCGUIRE WOODS, L.L.P
          1170 Peachtree Street, N.E., Suite 2100
          Atlanta, Georgia 30309
          Telephone: 404.443.5706
          Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-2-