P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>　　　　Plaintiff/Counter defendant,<br><br>　　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBITS A, B, C, M AND N TO THE DECLARATION OF ROBERT J. WADDELL AND PORTIONS OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DIGITAL ENVOY'S DAMAGES CLAIMS**<br><br>**Date:**　　September 21, 2005<br>**Time:**　　9:30 a.m.<br>**Courtroom:**　4, 5th Floor<br><br>**The Honorable Richard Seeborg** |

-1-

W02-SF:5BB\61467345.1                    DIGITAL ENVOY'S ADMIN. REQUEST TO FILE
                                         EXHIBITS AND OPPOSITION UNDER SEAL.

Dockets.Justia.com

Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal Exhibit A, B, C, M, and N to the Declaration of Robert J. Waddell ("Waddell Declaration") and portions of its Opposition to Google's Motion for Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims ("Opposition").

Defendant Google, Inc. ("Google") has identified Exhibit A, B, C, M, and N to the Waddell Declaration as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter. Exhibit A, B, C, M, and N to the Waddell Declaration are referenced and discussed in detail in the Opposition.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Exhibit A, B, C, M, and N to the Waddell Declaration and portions of the Opposition under seal.

DATED: September 1, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.