P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBITS A, B, C, M, AND N TO THE DECLARATION OF ROBERT J. WADDELL AND PORTIONS OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DIGITAL ENVOY'S DAMAGE CLAIMS** |

Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Exhibits A, B, C, M, and N to the Declaration of Robert J. Waddell ("Waddell Declaration") and Digital Envoy's Opposition to Google's Motion for Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims ("Opposition"), lodged with the Court on September 1, 2005, the Court HEREBY ORDERS that portions of the Opposition and Exhibits A, B, C, M, and N to the Waddell Declaration be filed under seal.

DATED: _____, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge