1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947

*E-FILED 9/2/05*

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,

16     v.                                  **[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, EXHIBITS A, B, C, M, AND N TO THE DECLARATION OF ROBERT J. WADDELL AND PORTIONS OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DIGITAL ENVOY'S DAMAGE CLAIMS**

17 GOOGLE, INC.,

18         Defendant/Counterclaimant.

1  Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File
2  Under Seal, Pursuant to Local Rules 7-11 and 79-5, Exhibits A, B, C, M, and N to the Declaration
3  of Robert J. Waddell ("Waddell Declaration") and Digital Envoy's Opposition to Google's Motion
4  for Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims ("Opposition"),
5  lodged with the Court on September 1, 2005, the Court HEREBY ORDERS that portions of the
6  Opposition and Exhibits A, B, C, M, and N to the Waddell Declaration be filed under seal.

7  DATED: __9/2_____, 2005

By   /s/ Richard Seeborg
     _____
     The Honorable Richard Seeborg
     United States Magistrate Judge