1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                )  CASE NO.:  C 04 01497 RS
                                        )
14       Plaintiff/Counterdefendant,    )  **ORDER
                                        )  GRANTING DEFENDANT AND
15       v.                             )  COUNTERCLAIMANT GOOGLE
                                        )  INC.'S MOTION FOR
16                                      )  ADMINISTRATIVE RELIEF TO
    GOOGLE INC.,                        )  FILE DOCUMENTS UNDER SEAL
17                                      )  PURSUANT TO LOCAL RULES 7-11
         Defendant/Counterclaimant.     )  AND 79-5**
18                                      )
                                        )
19                                      )  Judge:   Hon. Richard Seeborg
                                        )
20  _____

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                          2701898_1.DOC

Having considered Defendant and counterclaimant Google Inc.'s Motion for Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed with the Court on August 17, 2005, the Court HEREBY ORDERS that the following documents shall be filed under seal:

1. Exhibits B through F to the Declaration of David H. Kramer in Support of Google Inc.'s Motion For Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims.

IT IS SO ORDERED.

Dated:___9/8/05_____        _/s/RichardSeeborg_____
                                    Magistrate Judge Richard Seeborg

-1-
[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS