1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                    )   CASE NO.: C 04 01497 RS
                                            )
14          Plaintiff/Counterdefendant,     )   **DEFENDANT AND**
                                            )   **COUNTERCLAIMANT GOOGLE**
15      v.                                  )   **INC.'S MOTION FOR**
                                            )   **ADMINISTRATIVE RELIEF TO**
16  GOOGLE INC.,                            )   **FILE DOCUMENTS UNDER SEAL**
                                            )   **PURSUANT TO LOCAL RULES 7-11**
17          Defendant/Counterclaimant.      )   **AND 79-5**
                                            )
18                                          )
                                            )   Judge:   Hon. Richard Seeborg
19                                          )
                                            )
20  _____)

21

22

23

24

25

26

27

28

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                                            2720004_1.DOC

Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court permit it to file under seal Google Inc.'s Objection to Evidence Submitted in Opposition to Motion For Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims ("Objection to Evidence"), filed September 8, 2005. Google's Objection to Evidence contains information confidential to Google as it discusses confidential information contained in documents designated by Google as "Highly Confidential – Attorney's Eyes Only." Google hereby requests an order permitting it to file its Objection to Evidence under seal.

Dated: September 8, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      /s/ David L. Lansky
             David L. Lansky

Attorneys for Defendant / Counterclaimant
GOOGLE INC.

-1-

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS