1   DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
    DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300
    Facsimile:  (650) 565-5100
5

6   Attorneys for Defendant/Counterclaimant
    Google Inc.
7

8

9                           UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                    )    CASE NO.:  C 04 01497 RS
                                            )
14        Plaintiff/Counterdefendant,       )    **DECLARATION OF**
                                            )    **DAVID L. LANSKY**
15        v.                                )    **IN SUPPORT OF GOOGLE INC.'S**
                                            )    **MOTION FOR ADMINISTRATIVE**
16                                          )    **RELIEF TO FILE DOCUMENTS**
    GOOGLE INC.,                            )    **UNDER SEAL PURSUANT TO**
17                                          )    **LOCAL RULES 7-11 AND 79-5**
          Defendant/Counterclaimant.        )
18                                          )
                                            )
19                                          )    Judge:     Hon. Richard Seeborg
                                            )
20  ────────────────────────────────────────)

21

22

23

24

25

26

27

28

DECL. ISO GOOGLE'S MOTION FOR ADMIN. RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                               2719989_1.DOC

Dockets.Justia.com

1      I, David L. Lansky, declare as follows:

2          1.      I am an attorney at law duly licensed to practice in the State of California and

3  before this Court.  I am associated with Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel

4  for defendant and counterclaimant Google Inc. ("Google").  I have personal knowledge of the

5  facts set forth herein and, if called as a witness, could and would testify competently thereto.

6          2.      I submit this declaration in support of Google's Motion for Administrative Relief

7  to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5.

8          3.      A portion of Google Inc.'s Objection to Evidence Submitted in Opposition to

9  Motion For Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims (filed

10  on September 8, 2005) contains information confidential to Google in that it discusses

11  confidential information contained in documents designated by Google as "Highly Confidential

12  – Attorney's Eyes Only."

13

14      I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct.  Executed on September 8, 2005, at Palo Alto, California.

16

17                                   /s/ David L. Lansky
                                      David L. Lansky

18

19

20

21

22

23

24

25

26

27

28

-1-

DECL. ISO GOOGLE'S MOTION FOR ADMIN. RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.:  C04-01497 RS