| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | |
| | Attorneys for Defendant/Counterclaimant |
| 7 | Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| | ) | |
| Plaintiff/Counterdefendant, | ) | **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |
| v. | ) | |
| GOOGLE INC., | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | Judge: Hon. Richard Seeborg |

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS

2720000_1.DOC

1     Having considered Defendant and counterclaimant Google Inc.'s Motion for

2 Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed

3 with the Court on September 8, 2005, the Court HEREBY ORDERS that Google Inc.'s

4 Objection to Evidence Submitted in Opposition to Motion For Partial Summary Judgment

5 Regarding Digital Envoy, Inc.'s Damages Claims shall be filed under seal.

6

7 IT IS SO ORDERED.

8

9 Dated:_____   _____

10                                                               Magistrate Judge Richard Seeborg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS