DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.:  C 04 01497 RS |
| Plaintiff/Counterdefendant, | **MANUAL FILING NOTIFICATION:** |
| v. | **GOOGLE INC.'S OBJECTION TO EVIDENCE SUBMITTED IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS** |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | |
| | **(CONFIDENTIAL VERSION)** |

**CONDITIONALLY LODGED UNDER SEAL
PURSUANT TO LOCAL RULE CIVIL L.R. 79-5(d)
AND MISCELLANEOUS ADMINISTRATIVE REQUEST FILED
ON SEPTEMBER 8, 2005**

# MANUAL FILING NOTIFICATION

Regarding: **GOOGLE INC.'S OBJECTION TO EVIDENCE SUBMITTED IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS (CONFIDENTIAL VERSION).**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: September 8, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By:    /s/ David L. Lansky
                                                    David L. Lansky

                                            Attorneys for Defendant / Counterclaimant
                                            GOOGLE INC.