1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12

13 | DIGITAL ENVOY, INC.,                    ) CASE NO.: C 04 01497 RS
                                            )
14 |       Plaintiff/Counterdefendant,      ) **CERTIFICATE OF SERVICE**
                                            )
15 | v.                                     )
                                            )
16 | GOOGLE INC.,                           )
                                            )
17 |       Defendant/Counterclaimant.       )
                                            )
18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE VIA FACSIMILE
AND U.S. MAIL -- CASE NO.: C 04-01497 RS                C:\NrPortbl\PALIB1\NVG\2720151_1.DOC

1  I, Norma Carvalho, declare:

2  I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3  the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4  Road, Palo Alto, California 94304-1050.

5  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
6  processing of documents for facsimile transmittal and correspondence for mailing with the
7  United States Postal Service. In the ordinary course of business, documents would be
8  transmitted via facsimile, and correspondence would be deposited with the United States Postal
9  Service on this date.

10  On this date, I served **GOOGLE INC.'S OBJECTION TO EVIDENCE**
11  **SUBMITTED IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**
12  **REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS (CONFIDENTIAL**
13  **VERSION)** on each person listed below, by consigning the document(s) to a facsimile operator
14  for transmittal and by placing the document(s) described above in an envelope addressed as
15  indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the
16  United States Postal Service on this day, following ordinary business practices at Wilson Sonsini
17  Goodrich & Rosati.

| P. Craig Cardon | Timothy H. Kratz |
|---|---|
| Sheppard, Mullin, Richter & Hampton LLP | McGuireWoods LLP |
| Four Embarcadero Center, 17th Floor | 1170 Peachtree Street, N.E. Suite 2100 |
| San Francisco, CA 94111-4106 | Atlanta, GA 30309 |
| Fax No.: (415) 434-3947 | Fax No.: (404) 443-5784 |

22  I declare under penalty of perjury under the laws of the State of California that the
23  foregoing is true and correct. Executed at Palo Alto, California on September 8, 2005.

   /s/ Norma Carvalho
   Norma Carvalho