1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                           SAN JOSE DIVISION
12

13  DIGITAL ENVOY, INC.,                ) CASE NO.: C 04 01497 RS
                                        )
14        Plaintiff/Counterdefendant,   ) **ORDER
                                        ) GRANTING DEFENDANT AND
15        v.                            ) COUNTERCLAIMANT GOOGLE
                                        ) INC.'S MOTION FOR
16                                      ) ADMINISTRATIVE RELIEF TO
    GOOGLE INC.,                        ) FILE DOCUMENTS UNDER SEAL
17                                      ) PURSUANT TO LOCAL RULES 7-11
         Defendant/Counterclaimant.     ) AND 79-5**
18                                      )
                                        )
19                                      ) Judge:    Hon. Richard Seeborg
                                        )
20  _____

21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                              2720000_1.DOC

1  Having considered Defendant and counterclaimant Google Inc.'s Motion for
2  Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed
3  with the Court on September 8, 2005, the Court HEREBY ORDERS that Google Inc.'s
4  Objection to Evidence Submitted in Opposition to Motion For Partial Summary Judgment
5  Regarding Digital Envoy, Inc.'s Damages Claims shall be filed under seal.

7  IT IS SO ORDERED.

9  Dated:__9/9/05_____          _/sRichardSeeborg_____
10                                    Magistrate Judge Richard Seeborg

-1-

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.:  C04-01497 RS