1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counterdefendant, | **DIGITAL ENVOY'S MOTION UNDER CIVIL L.R. 7-2 FOR LEAVE TO FILE ITS MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(F)** |
| v. | |
| GOOGLE, INC., | Date:       No Hearing Set |
| Defendant/Counterclaimant. | Courtroom:  4, 5th Floor |
| | The Honorable Richard Seeborg |

W02-SF:5BK\61469025.1

DIGITAL ENVOY'S MOTION FOR LEAVE TO FILE
MOTION PURSUANT TO FRCP 56(F)

Dockets.Justia.com

1  Pursuant to Local Rule 7-2, Digital Envoy, Inc. ("Digital Envoy") seeks leave of the Court to file a Motion pursuant to Federal Rule of Civil Procedure 56(f). In support of this Motion, Digital Envoy shows the Court as follows:

  1. Digital Envoy filed its Opposition to Google Inc.'s Motion for Partial Summary Judgment on September 1, 2005.

  2. On September 2, 2005, counsel for Google Inc. stated that it did not intend to produce additional documents or information, which Digital Envoy contends the Court required Google to produce in its July 15, 2005 Order Granting in Part and Denying in Part Digital's Motions to Compel and Denying Motion for Sanctions or a corporate witness to testify on key issues. *See* Exhibit B to Declaration of Robert J. Waddell, Jr. in support of Rule 56(f) Motion.

  3. On September 8, 2005, Google filed its Reply in Support of Motion for Partial Summary Judgment Regarding Digital Envoy, Inc.'s Damages Claims asserting that the record was insufficient to support a finding that Google was unjustly enriched due to its use of Digital Envoy's proprietary technology. *See* Reply at 12-13.

  4. Notwithstanding the sufficiency of the record to establish Google's unjust enrichment due to its misappropriation of Digital Envoy's trade secrets, Google in its Reply flaunts the alleged absence of evidence as justification of its entitlement to partial summary judgment. *See, e.g.*, Google's Reply at 11-12. However, the very evidence that Google contends is absent *resides in the hands of Google*, which Google has refused to produce. Digital Envoy will be forced once again to seek relief from the Court to obtain the discovery to which it is entitled.

  5. Under the circumstances, it would be unjust indeed for Google to use its own refusal to provide meaningful discovery responses as the very basis justifying its entitlement to partial summary judgment.

  6. Therefore, to the extent the Court were to accept Google's contention that the record does not establish its unjust enrichment, Digital Envoy respectfully requests that the Court continue Google's motion for partial summary judgment until such time as Digital Envoy can bring Google's non-compliance with its discovery obligations before the Court.

DATED:  September 16, 2005

                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
          P. CRAIG CARDON
          BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.