1   P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
2   KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
4   Telephone:    415-434-9100
    Facsimile:     415-434-3947
5

6   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
    LUKE ANDERSON (Admitted *Pro Hac Vice*)
7   MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
8   Atlanta, Georgia 30309
    Telephone: 404.443.5500
9   Facsimile: 404.443.5751

10   Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF DIGITAL ENVOY'S MOTION FOR LEAVE TO FILE MOTION PURSUANT TO FEDERAL RULE FOR CIVIL PROCEDURE 56(F)** |

Having considered Plaintiff Digital Envoy's Miscellaneous Motion for Leave to File a Motion Pursuant to Federal Rule of Civil Procedure 56(f), and GOOD CAUSE appearing, the Court HEREBY ORDERS that:

1. Digital Envoy may files its Motion Pursuant to Federal Rule of Civil Procedure 56(f);

2. The hearing on Digital Envoy's Motion Pursuant to Rule 56(f) shall be set for September 21, 2005; and

3. Any opposition to Digital Envoy's Motion Pursuant to Federal Rule of Civil Procedure 56(f) shall be filed and served no later than _____, 2005.

DATED: _____, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge