1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                 SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **DECLARATION OF ROBERT J. WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY, INC.'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(F).** <br><br> Date:  September 21, 2005 <br> Time:  9:30 a.m. <br> Courtroom:  4, 5th Floor <br><br> **The Honorable Richard Seeborg** |

-1-

W02-SF:5BB\61469010.1   DECLARATION OF ROBERT J. WADDELL, JR., ISO MTN.
PURSUANT TO RULE 56(f)

Dockets.Justia.com

I, Robert J. Waddell, Jr., declare as follows:

1. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia, and admitted *pro hac vice* as an attorney for Plaintiff Digital Envoy, Inc. in this case.

2. A true and correct copy of Digital Envoy, Inc.'s First Set of Interrogatories and Requests for Production are attached hereto as Exhibit A.

3. Interrogatory Number 6 requested Google to "[i]dentify by month and web site, the total revenue received by Google for the placement of advertisements on third party web sites WHERE THE PLACEMENT OF THE ADVERTISEMENT INCLUDED THE USE OF DIGITAL ENVOY'S DATA." *See* Exhibit A (emphasis added). Granting Digital Envoy's Motion to Compel, the Court ordered Google to provide this information. *See* July 15, 2005 Order in Part Digital's Motions to Compel and Denying Motion for Sanctions ("July 15, 2005 Order") at 5. However, Google has provided only general and unsupported gross revenue information and unsubstantiated deductions from the gross revenue figure and on September 2, 2005 stated that it intends to provide no additional information in response to this interrogatory. *See* Declaration of Robert J. Waddell, Jr. in Support of Digital Envoy, Inc.'s Opposition to Google's Motion for Partial Summary Judgment, Exhibit N; September 2, 2005 E-mail from David H. Kramer to Timothy H. Kratz, a true and correct copy of which is attached hereto as Exhibit B  Such information would establish the precise revenue Google derived from the placement of advertisements where that placement included the use of Digital Envoy's technology.

4. A true and correct copy of Digital Envoy, Inc.'s Second Set of Interrogatories are attached hereto as Exhibit C.

5. Digital Envoy, Inc.'s Second Set of Interrogatories, Interrogatory Numbers 10 and 11 requested Google to provide detailed revenue information for Google's AdSense programs and state whether such revenue was derived from advertisements that were geotargeted and those advertisements that were not geotargeted. *See* Exhibit C  Granting Digital Envoy's Motion to Compel, the Court ordered Google to provide this information. *See* July 15, 2005 Order at 5.

1  However, Google has provided only general and unsupported gross revenue information and
2  unsubstantiated deductions from the gross revenue figure and on September 2, 2005 stated that it
3  intends to provide no additional information in response to this interrogatory.  *See* Exhibit B.
4  Such information would establish the precise revenue Google derived from the placement of
5  advertisements where that placement included the use of Digital Envoy's technology.

6.  A true and correct copy of Digital Envoy, Inc.'s Second Set of Requests for Production of Documents is attached hereto as Exhibit D.

7.  Digital Envoy's Requests for Production 14, 18 and 19 requested that Google provide detailed information related to communications with and revenue from advertisers.  *See* Exhibit D.  The Court ordered Google to produce a subset of this requested information.  *See* July 15, 2005 Order at 6.  However, Google has only produced a small number of documents which appear to be less than all of the "communications" and "revenue information required by the Court's July 15, 2005 Order.  These requested point-of-sale and revenue information would be direct evidence of the importance and value of geotargeted advertising to the advertising customers as well provide a more precise basis for the revenue derived from geotargeted advertisements.

8.  Digital Envoy has noticed the Rule 30(b)(6) deposition of a Google witness to testify regarding Google's use of Digital Envoy's technology and revenue information requested in Interrogatories 6, 10 and 11.  True and correct copies of Plaintiff's Rule 30(b)(6) Deposition Notice of Defendant Google, Inc. and Google's Objections are attached hereto as Exhibits E and F.  Despite Digital Envoy's effort to meet and confer on this issue, Google recently refused to make such a witness available.  *See* Exhibit C.

9. Pursuant to the Case Management and Scheduling Order the date on which Digital Envoy must designate expert witnesses is not until October 21, 2005. *See* July 28, 2005 Stipulated Amended Scheduling Order. Digital Envoy anticipates designating an expert witness to address the valuation issues raised in Google's Motion for Partial Summary Judgment.

I declare these things under penalty of perjury and under the laws of the United States of America the above statements are true. Executed on September 16, 2005.

/s/ Robert J. Waddell, Jr.<br>
Robert J. Waddell, Jr.

# CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Robert J. Waddell, Jr., in Support of Digital Envoy, Inc.'s Opposition to Google's Motion For Partial Summary Judgment Re: Damage Issues.  In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED:  September 16, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By    /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.