# ATTACHMENT

| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:   415-434-9100 |
| | Facsimile:   415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile: 404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | [PROPOSED] ORDER GRANTING DIGITAL ENVOY, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR. IN OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | Date:         September 21, 2005 |
| | Time:         9:30 a.m. |
| | Courtroom:   4, 5th Floor |
| | **The Honorable Richard Seeborg** |

-1-

W02-SF:5BA1\61469141.1     [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
ADMIN. REQUEST TO FILE DOCUMENT SEAL.

1

2    Having considered Plaintiff Digital Envoy, Inc.'s ("Digital Envoy") Miscellaneous
3  Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, the
4  Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial
5  Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an
6  Excerpt from the Deposition Transcript of Robert B. Friedman, lodged with the Court on
7  September 19, 2005, the Court **HEREBY ORDERS** that:

8    1.    The Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's
9  Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as
10  **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman, be filed
11  under seal.

12    **IT IS SO ORDERED.**

13

14  DATED: _____, 2005
15

16

17
                                    By _____
18                                        The Honorable Richard Seeborg
                                          United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

-2-

W02-SF:5BA1\61469141.1                          [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
                                                ADMIN. REQUEST TO FILE DOCUMENT SEAL.