1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15       Plaintiff/Counter defendant, | |
| 16       v. | **DECLARATION OF KENDALL M. BURTON IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR. IN OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS** |
| 17  GOOGLE, INC., | |
| 18       Defendant/Counterclaimant. | |
| | Date:       September 21, 2005 |
| | Time:       9:30 a.m. |
| | Courtroom:  4, 5th Floor |
| | **The Honorable Richard Seeborg** |

-1-

I, Kendall M. Burton, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, the Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman.

3. The Deposition Transcript of Robert B. Friedman contains information designated by defendant Google, Inc. as "Highly Confidential—Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file under seal the Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman.

I declare under the penalty of perjury that the above statements are true. Executed this 19th day of September 2005 in San Francisco, California.

/s/ Kendall M. Burton
KENDALL M. BURTON