1    P. CRAIG CARDON, Cal. Bar No. 168646
     BRIAN R. BLACKMAN, Cal. Bar No. 196996
2    KENDALL M. BURTON, Cal. Bar No. 228720
     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3    Four Embarcadero Center, 17th Floor
     San Francisco, California 94111-4106
4    Telephone:    415-434-9100
     Facsimile:     415-434-3947
5

6    TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
     LUKE ANDERSON (Admitted *Pro Hac Vice*)
7    MCGUIRE WOODS, L.L.P
     1170 Peachtree Street, N.E., Suite 2100
8    Atlanta, Georgia 30309
     Telephone: 404.443.5500
9    Facsimile: 404.443.5751

10    Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

| | |
|---|---|
| 14   DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15        Plaintiff/Counterdefendant, | **MOTION FOR LEAVE TO FILE THE SUPPLEMENTAL DECLARATION OF** |
| 16      v. | **ROBERT J. WADDELL, JR. IN OPPOSITION TO GOOGLE INC.'S** |
| 17   GOOGLE, INC., | **MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL** |
| 18        Defendant/Counterclaimant. | **ENVOY, INC.'S DAMAGES CLAIMS** |
| 19 | Date:         **September 21, 2005** |
| 20 | Time:         **9:30 a.m.** <br> Courtroom:   **4, 5th Floor** |
| 21 | **The Honorable Richard Seeborg** |

22

23

24

25

26

27

28

1    Digital Envoy, Inc. ("Digital Envoy") respectfully moves for leave to file the Supplemental

2    Declaration of Robert J. Waddell, Jr. ("Waddell Declaration") attaching as **Exhibit A** thereto

3    excerpts from the transcript of the November 17, 2004 Deposition of Robert B. Friedman in

4    opposition to Google Inc.'s Motion for Partial Summary Judgment Regarding Digital Envoy, Inc.'s

5    Damages Claims.  In support of this motion, Digital Envoy shows the Court as follows:

6    1.    On September 8, 2005, Google Inc. ("Google") filed a Reply in Support of its

7    Motion for Partial Summary Judgment ("Reply").  Invoking Section 8 of the parties' Agreement,

8    Google attempts to limit significantly its liability for misappropriation of Digital Envoy's trade

9    secrets. *See* Reply at 2-10.

10    2.    Google also asserts that Digital Envoy fails to offer a "single factual cite" opposing

11    Google's proffered contractual interpretation.  *See* Reply at 8.   Although Google's proffered

12    interpretation of the Agreement is incorrect as a matter of law, *see* Digital Envoy, Inc.'s

13    Opposition to Google Inc. Motion for Partial Summary Judgment Regarding Digital Envoy, Inc.'s

14    Damages Claims at 7-16, Google ignores the factual record in this case.  *See* Transcript of

15    Deposition of Robert B. Friedman at 258-64, attached to Waddell Declaration as **Exhibit A**

16    (Digital Envoy's representative in contract negotiations with Google states that the intent of the

17    parties was for Section 8 to apply to breach of contract claims).

18    3.    Therefore, Digital Envoy respectfully requests leave to file the Waddell Declaration

19    in order to reflect accurately the record in this case.

20

21

22

23

24

25

26

27

28

W02-SF:5BA1\61469182.1

1

2 DATED: September 19, 2005

3

4 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5 By _____
                        /s/ Brian Blackman
6                       P. CRAIG CARDON
                        BRIAN R. BLACKMAN
7
        TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
8       LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
        MCGUIRE WOODS, L.L.P
9       1170 Peachtree Street, N.E., Suite 2100
        Atlanta, Georgia 30309
10      Telephone: 404.443.5706
        Facsimile:  404.443.5751
11
        Attorneys for DIGITAL ENVOY, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

W02-SF:5BA1\61469182.1                    DIGITAL ENVOY'S MOTION FOR LEAVE TO
                                          SUPP. DEC. OF ROBERT J. WADDELL JR.