# ATTACHMENT

```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 5

 6  TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
    LUKE ANDERSON (Admitted Pro Hac Vice)
 7  MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
 8  Atlanta, Georgia 30309
    Telephone: 404.443.5500
 9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.
```

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15       Plaintiff/Counter defendant, | SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR. IN |
| 16  v. | OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY |
| 17  GOOGLE, INC., | JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS |
| 18       Defendant/Counterclaimant. | |
| 19 | Date:       September 21, 2005<br>Time:       9:30 a.m.<br>Courtroom:  4, 5th Floor |
| 20 | |
| 21 | The Honorable Richard Seeborg |

24                      **MANUAL FILING NOTIFICATION**

-1-

W02-SF:5BA1\61469209.1                               SUPP. DEC. OF ROBERT J. WADDELL JR.
Case No. C-04-01497 RS

-1-

Regarding: <u>SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR. IN OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS, with attached Exhibit A.</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

**XX Item Under Seal**

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Executed September 19, 2005, in San Francisco, California.

By     /s/ Brian R. Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN
KENDALL M. BURTON

-2-