# ATTACHMENT

1 | P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
2 | KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3 | Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
4 | Telephone:    415-434-9100
Facsimile:    415-434-3947

5

6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
7 | MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
8 | Atlanta, Georgia 30309
Telephone: 404.443.5500
9 | Facsimile:  404.443.5751

10 | Attorneys for DIGITAL ENVOY, INC.

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC.,                          Case No. C 04 01497 RS

15 |                 Plaintiff/Counter defendant,

16 |     v.                                        **[PROPOSED] ORDER GRANTING
DIGITAL ENVOY, INC.'S MOTION FOR
17 | GOOGLE, INC.,                                 LEAVE TO FILE THE SUPPLEMENTAL
DECLARATION OF ROBERT J.
18 |                 Defendant/Counterclaimant.    WADDELL, JR. IN OPPOSITION TO
GOOGLE INC.'S MOTION FOR
19 |                                               PARTIAL SUMMARY JUDGMENT
REGARDING DIGITAL ENVOY, INC.'S
20 |                                               DAMAGES CLAIMS**

21 |                                               **Date:          September 21, 2005
Time:          9:30 a.m.
22 |                                               Courtroom:     4, 5th Floor**

23 |                                               **The Honorable Richard Seeborg**

24

25

26

27

28

-1-

Having considered Plaintiff Digital Envoy, Inc.'s ("Digital Envoy") Motion for Leave to File the Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman, lodged with the Court on September 19, 2005, the Court **HEREBY ORDERS** that:

1.    Digital Envoy may file the Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman.

**IT IS SO ORDERED**.

DATED: _____, 2005

By    _____
                    The Honorable Richard Seeborg
                    United States Magistrate Judge

[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MOTION FOR LEAVE.