UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR: FTR  DATE: 9/21/05
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: C 04-01497 RS

CASE TITLE: DIGITAL ENVOY VS. GOOGLE

**Appearances for Plaintiff(s)**                **Appearances for Defendant(s)**

TIMOTHY H. KRATZ                                 DAVID H. KRAMER

ROBERT WADDELL                                   DAVID L. LANSKY

### TODAY'S PROCEEDINGS

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { X }   { }   1. FOR PARTIAL SUMMARY JUDGMENT
{ X }   { }     { }   2. UNDER CIVIL L.R. 7-2 FOR LEAVE TO FILE MTN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(F)
{ }     { }     { }   3.
{ }     { }     { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL. PLAINTIFF'S MOTION TO FILE PURSUANT TO 56(F) IS DENIED. BOTH COUNSEL TO FILE SIMULTANEOUS BRIEFS AS DIRECTED BY 10/6/05, RESPONSES DUE ONE WEEK LATER. THEN THE MATTER WILL BE DEEMED SUBMITTED.

HOURS IN SETTLEMENT: _____   Copies to: _____