327

P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

**FILED**
SEP 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> [~~PROPOSED~~] ORDER GRANTING DIGITAL ENVOY, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR. IN OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS <br><br> Date:         September 21, 2005 <br> Time:        9:30 a.m. <br> Courtroom: 4, 5th Floor <br><br> The Honorable Richard Seeborg |

-1-

W02-SF:5BA1\61469141.1     [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
ADMIN. REQUEST TO FILE DOCUMENT SEAL.

Dockets.Justia.com

Having considered Plaintiff Digital Envoy, Inc.'s ("Digital Envoy") Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, the Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman, lodged with the Court on September 19, 2005, the Court **HEREBY ORDERS** that:

1. The Supplemental Declaration of Robert J. Waddell, Jr. in Opposition to Google's Motion for Partial Summary Judgment regarding Digital Envoy's Damages Claim, attaching as **Exhibit A** thereto an Excerpt from the Deposition Transcript of Robert B. Friedman, be filed under seal.

**IT IS SO ORDERED.**

DATED: 9/21/____, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge