# DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION

Regarding: EXHIBIT C ATTACHED TO DIGITAL ENVOY'S SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGE ISSUES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: October 5, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian Blackman
P. CRAIG CARDON
**BRIAN R. BLACKMAN**
TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-1-

W02-SF:5BB\61460377.1    MANUAL FILING NOTIFICATION

Dockets.Justia.com