P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **REDACTED EXHIBITS** <br><br> **DECLARATION OF ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY'S SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS** <br><br> **The Honorable Richard Seeborg** |

-1-
W02-SF:5BB\61471136.1
WADDELL DEC. ISO SUPPLEMENT BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE DAMAGES

Dockets.Justia.com

I, Robert J. Waddell, Jr., declare as follows:

1. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia, and admitted *pro hac vice* as an attorney for Plaintiff Digital Envoy, Inc. in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the September 23, 2004 Deposition of Steven L. Schimmel.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the November 17, 2004 Deposition of Robert B. Friedman.

4. Attached hereto as Exhibit 3 are true and correct copies of Exhibits 25 and 38 from the September 23, 2004 Deposition of Steven L. Schimmel, which were authenticated therein by Mr. Schimmel. These same documents were produced by Google Inc. from Google Inc.'s files in response to discovery requests in this case as GOOG 09358 -09360 and GOOG 007124 -007135.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the September 1, 2004 Deposition of Matthew D. Cutts.

6. Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 49 from the January 13, 2005 Deposition of Salar Kamangar, which was authenticated therein by Mr. Kamangar. These same documents were produced by Google Inc. from Google Inc.'s files in response to discovery requests in this case as GOOG 009696 - 009698.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the November 16, 2004 Deposition of Kulpreet Rana.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the January 13, 2005 Deposition of Salar Kamangar.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the May 24, 2005 Deposition of Mark Rose.

-3-

1     I declare these things under penalty of perjury and under the laws of the United States.
Executed on October 5, 2005.

/s/ Robert J. Waddell, Jr.<br>Robert J. Waddell, Jr.

## CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Robert J. Waddell, Jr., in Support of Digital Envoy, Inc.'s Supplemental Brief In Opposition to Google's Motion For Partial Summary Judgment Re: Damage Issues.  In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED:  October 5, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.