1

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

2     Regarding:     EXHIBITS 1 through 8 ATTACHED TO THE DECLARATION OF ROBERT J.
                WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S SUPPLEMENTAL
3               BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY
                JUDGMENT RE: DAMAGE ISSUES

4
        This filing is in paper or physical form only, and is being maintained in the case file in the

5
Clerk's office.

6
        If you are a participant in this case, this filing will be served in hard-copy shortly.

7
        For information on retrieving this filing directly from the court, please see the court's main

8
web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9
        This filing was not e-filed for the following reason(s):

10

11    ___ Voluminous Document (PDF file size larger than the efiling system allows)

12    ___ Unable to Scan Documents

13    ___ Physical Object (description): _____

14
___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15
_x__ Item Under Seal

16

17    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

18    ___ Other (description): _____

19     DATED:  October 5, 2005

20                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22                    By     _____
                                      /s/ Brian Blackman
23                                      P. CRAIG CARDON
                                    BRIAN R. BLACKMAN
24                        TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                         LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
25                        MCGUIRE WOODS, L.L.P
                         1170 Peachtree Street, N.E., Suite 2100
26                        Atlanta, Georgia 30309
                         Telephone: 404.443.5706
27                        Facsimile:  404.443.5751

28                           Attorneys for DIGITAL ENVOY, INC.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

W02-SF:5BB\61460377.1    MANUAL FILING NOTIFICATION