1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

15        Plaintiff/Counter defendant,     | **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGES CLAIMS AND DECLARATION OF ROBERT J. WADDELL IN SUPPORT THEREOF**

16    v.

17 GOOGLE, INC.,

18        Defendant/Counterclaimant.

19

20                                         | **The Honorable Richard Seeborg**

21

-1-

W02-SF:5BB\61471189.1                      DIGITAL ENVOY'S ADMIN. REQUEST TO FILE
                                           SUPP. BRIEF AND WADDELL DEC. UNDER SEAL.

1  Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal its Supplemental Brief In Opposition To Google's Motion For Partial Summary Judgment Re: Damages Claims And Declaration Of Robert J. Waddell in support thereof.

Defendant Google, Inc. ("Google") has identified Exhibits 1-8 to the Waddell Declaration as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter.  Exhibit 1-8 to the Waddell Declaration are referenced and discussed in detail in Digital Envoy's Supplemental Brief in Opposition.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file its Supplemental Brief in Opposition and the Waddell Declaration in support thereof under seal.

DATED:  October 5, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
      P. CRAIG CARDON
      BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

-2-