| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 <br> BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 <br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor <br> San Francisco, California  94111-4106 |
| 4 | Telephone:     415-434-9100 <br> Facsimile:      415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) <br> LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P <br> 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 <br> Telephone: 404.443.5500 |
| 9 | Facsimile:  404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGES CLAIMS AND DECLARATION OF ROBERT J. WADDELL IN SUPPORT THEREOF** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

W02-SF:5BB\61471185.1    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN.  REQUEST TO FILE SUPP. BRIEF AND WADDELL DECLARATION  UNDER SEAL.

Dockets.Justia.com

-2-

1  Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File
2  Under Seal, Pursuant to Local Rules 7-11 and 79-5, its Supplement Brief in Opposition to
3  Google's Motion fro Partial Summary Judgment Re: Damage Issues and Declaration of Robert J.
4  Waddell, Jr., in support thereof, lodged with the Court on October 5, 2005, the Court HEREBY
5  ORDERS that portions of the Opposition and the Waddell Declaration be filed under seal.

DATED: October __, 2005

By _____
   The Honorable Richard Seeborg
   United States Magistrate Judge