1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULE 7-11 AND 79-5, SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DAMAGES CLAIMS AND DECLARATION OF ROBERT J. WADDELL IN SUPPORT THEREOF** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | **The Honorable Richard Seeborg** |

-1-

I, Brian R. Blackman, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Supplemental Brief In Opposition To Google's Motion For Partial Summary Judgment Re: Damages Claims And Declaration Of Robert J. Waddell in support thereof.

3. Exhibits 1-8 to the Waddell Declaration contain information designated by defendant Google, Inc. as "Highly Confidential – Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. Exhibits 1-8 are also referenced and discussed in detail in Digital Envoy's Supplemental Brief in Opposition. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file Supplemental Brief In Opposition To Google's Motion For Partial Summary Judgment Re: Damages Claims and Declaration Of Robert J. Waddell in support thereof under seal.

I declare under the penalty of perjury that the above statements are true. Executed this 5th day of October 2005 in San Francisco.

        /s/ Brian R. Blackman
        BRIAN R. BLACKMAN