1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106                    *E-FILED 10/6/06*
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15           Plaintiff/Counter defendant,

16      v.                                 [~~PROPOSED~~] ORDER GRANTING
                                           DIGITAL ENVOY'S MISCELLANEOUS
17 GOOGLE, INC.,                           ADMINISTRATIVE REQUEST TO FILE
                                           UNDER SEAL, PURSUANT TO LOCAL
18           Defendant/Counterclaimant.    RULES 7-11 AND 79-5, SUPPLEMENTAL
                                           BRIEF IN OPPOSITION TO GOOGLE'S
19                                         MOTION FOR PARTIAL SUMMARY
                                           JUDGMENT RE: DAMAGES CLAIMS
20                                         AND DECLARATION OF ROBERT J.
                                           WADDELL IN SUPPORT THEREOF
21

22

23

24

25

26

27

28

-1-

1    Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File

2    Under Seal, Pursuant to Local Rules 7-11 and 79-5, its Supplement Brief in Opposition to

3    Google's Motion fro Partial Summary Judgment Re: Damage Issues and Declaration of Robert J.

4    Waddell, Jr., in support thereof, lodged with the Court on October 5, 2005, the Court HEREBY

5    ORDERS that portions of the Opposition and the Waddell Declaration be filed under seal.

6    DATED:  October _6_, 2005

7

8

9                                                    /s/ Richard Seeborg

10                        By    _____

                                    The Honorable Richard Seeborg
11                                  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-SF:5BB\61471185.1                    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN.  REQUEST
                                         TO FILE SUPP. BRIEF AND WADDELL DECLARATION  UNDER SEAL.