P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>          Plaintiff/Counter defendant,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>          Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DECLARATION OF ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY'S REPLY TO GOOGLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DIGITAL ENVOY, INC.'S DAMAGES CLAIMS**<br><br>**The Honorable Richard Seeborg** |

I, Robert J. Waddell, Jr., declare as follows:

1. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia, and admitted *pro hac vice* as an attorney for Plaintiff Digital Envoy, Inc. in this case.

2. Attached hereto as Exhibit A is a true and correct copy of information obtained from Google Inc.'s Internet web site at http://www.google.com/intl/en/corporate/tenthings.html.

3. Attached hereto as Exhibit B is a true and correct copy of information obtained from Google Inc.'s Internet web site at http://www.google.com/intl/en/corporate/culture.html.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from Google Inc.'s Amendment No. 7 to Form S-1 Registration Statement filed with the United States Securities and Exchange Commission ("SEC") pursuant to the Securities Act of 1933 on August 13, 2004 obtained from the SEC's official web site at http://www.sec.gov/Archives/edgar/data/1288776/000119312504139655/ds1a.htm.

I declare these things under penalty of perjury and under the laws of the United States. Executed on October 13, 2005.

                                                /s/ Robert J. Waddell, Jr.
                                                Robert J. Waddell, Jr.

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Robert J. Waddell, Jr., in Support of Digital Envoy's Reply to Google Supplemental Brief In Support of Its Motion For Partial Summary Judgment Re: Damage Claims. In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED: October 13, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.