DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **DECLARATION OF DAVID L. LANSKY IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL REPLY BRIEF** |
| v. | |
| GOOGLE INC., | Judge: Hon. Richard Seeborg |
| Defendant/Counterclaimant. | |

DECL. ISO GOOGLE'S SUPP. REPLY BRIEF
CASE NO.: C04-01497 RS

2743022_1.DOC

-1-

I, David L. Lansky, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am associated with Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of a chart I prepared noting discrepancies between the assertions in Digital Envoy's supplemental brief and the evidence cited in support thereof.

3. Attached as Exhibit B is a true and correct copy of excerpts from Digital Envoy's Supplemental and Amended Responses to Google's Third Set of Interrogatories (Nos. 8-10 and 19).

4. Attached as Exhibit C is a true and correct copy of an excerpt from an email thread between Rob Friedman and Steve Schimmel, Bates-numbered GOOG 006730.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2005 at Palo Alto, California.

                                         /s/ David L. Lansky
                                          David L. Lansky

-2-

## CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file the **DECLARATION OF DAVID L. LANSKY IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL REPLY BRIEF**.  In compliance with General Order 45.X.B, I hereby attest that David Lansky has concurred in this filing.

DATED: October 13, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
David H. Kramer
Attorneys for Defendant / Counterclaimant
GOOGLE INC.