Dockets.Justia.com

**LANSKY DECLARATION EXHIBIT A
FILED UNDER SEAL**

# MANUAL FILING NOTIFICATION

Regarding: **CONFIDENTIAL EXHIBIT A TO THE DECLARATION OF DAVID L. LANSKY IN SUPPORT OF GOOGLE, INC.'S SUPPLEMENTAL REPLY BRIEF.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: October 13, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ David L. Lansky
       David L. Lansky

Attorneys for Defendant / Counterclaimant
GOOGLE INC.