Dockets.Justia.com

**LANSKY DECLARATION EXHIBIT C
FILED UNDER SEAL**

| | |
|---|---|
| 1 | <div align="center">**MANUAL FILING NOTIFICATION**</div> |
| 2 | Regarding: **CONFIDENTIAL EXHIBIT C TO THE DECLARATION OF DAVID L.** |
| 3 | **LANSKY IN SUPPORT OF GOOGLE, INC.'S SUPPLEMENTAL REPLY BRIEF.** |

# MANUAL FILING NOTIFICATION

Regarding: **CONFIDENTIAL EXHIBIT C TO THE DECLARATION OF DAVID L. LANSKY IN SUPPORT OF GOOGLE, INC.'S SUPPLEMENTAL REPLY BRIEF.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: October 13, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:    /s/ David L. Lansky
                                                  David L. Lansky

                                           Attorneys for Defendant / Counterclaimant
                                           GOOGLE INC.