1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                    )    CASE NO.: C 04 01497 RS
                                            )
14       Plaintiff/Counterdefendant,        )    **DEFENDANT AND**
                                            )    **COUNTERCLAIMANT GOOGLE**
15       v.                                 )    **INC.'S MOTION FOR**
                                            )    **ADMINISTRATIVE RELIEF TO**
16                                          )    **FILE DOCUMENTS UNDER SEAL**
    GOOGLE INC.,                            )    **PURSUANT TO LOCAL RULES 7-11**
17                                          )    **AND 79-5**
         Defendant/Counterclaimant.         )
18                                          )
                                            )    Judge:    Hon. Richard Seeborg
19                                          )
                                            )
20  _____)

21

22

23

24

25

26

27

28

MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                                              2743044_1.DOC

Dockets.Justia.com

Defendant and counterclaimant Google Inc. ("Google") hereby requests that the Court permit it to file under seal Exhibits A and C to the Declaration of David L. Lansky In Support of Google Inc.'s Supplemental Reply Brief, filed October 13, 2005. Exhibit A contains information confidential to Google and Digital Envoy in that it contains excerpts of confidential information contained in documents and testimony designated by the parties as "Confidential" or "Highly Confidential – Attorney's Eyes Only." Exhibit C is an email designated by Google as Confidential and contains information confidential to Google. Accordingly, Google hereby requests an order permitting it to file Exhibits A and C under seal.

Dated: October 13, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
            David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.

-1-