DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant/Counterclaimant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.:  C 04 01497 RS |
| Plaintiff/Counterdefendant, | **DECLARATION OF DAVID H. KRAMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | Judge:      Hon. Richard Seeborg |

1    I, David H. Kramer, declare as follows:

2    1.    I am an attorney at law duly licensed to practice in the State of California and

3    before this Court.  I am associated with Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel

4    for defendant and counterclaimant Google Inc. ("Google").  I have personal knowledge of the

5    facts set forth herein and, if called as a witness, could and would testify competently thereto.

6    2.    I submit this declaration in support of Google's Motion for Administrative Relief

7    to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5.

8    3.    Exhibit A to the Declaration of David L. Lansky In Support Of Google Inc.'s

9    Supplemental Reply Brief (filed on October 13, 2005) ("Lansky Decl.") contains information

10   confidential to Google and Digital Envoy in that it contains excerpts of confidential information

11   contained in documents and testimony designated by the parties as "Confidential" or "Highly

12   Confidential – Attorney's Eyes Only."

13   4.    Exhibit C to the Lansky Declaration is an email designated by Google as

14   Confidential and contains information confidential to Google.

15

16   I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct.  Executed on October 13, 2005, at Palo Alto, California.

18

19   _____/s/ David H. Kramer_____
                David H. Kramer

20

21

22

23

24

25

26

27

28

Decl. iso Google's Motion for Admin. Relief
to File Documents Under Seal
Case No.:  C04-01497 RS