1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road                                    *E-FILED 10/14/05*
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13  DIGITAL ENVOY, INC.,                ) CASE NO.:  C 04 01497 RS
                                        )
14          Plaintiff/Counterdefendant, ) **[PROPOSED] ORDER
                                        ) GRANTING DEFENDANT AND
15      v.                              ) COUNTERCLAIMANT GOOGLE
                                        ) INC.'S MOTION FOR
16                                      ) ADMINISTRATIVE RELIEF TO
    GOOGLE INC.,                        ) FILE DOCUMENTS UNDER SEAL
17                                      ) PURSUANT TO LOCAL RULES 7-11
            Defendant/Counterclaimant.  ) AND 79-5**
18                                      )
                                        )
19                                      ) Judge:     Hon. Richard Seeborg
                                        )
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS                                              2743041_1.DOC

1  Having considered Defendant and counterclaimant Google Inc.'s Motion for
2  Administrative Relief to File Documents Under Seal Pursuant to Local Rules 7-11 and 79-5 filed
3  with the Court on October 13, 2005, the Court HEREBY ORDERS that Exhibits A and C to the
4  Declaration of David L. Lansky In Support Of Google's Supplemental Reply Brief shall be filed
5  under seal.

7  IT IS SO ORDERED.

9  Dated: 10/14/05                          /s/ Richard Seeborg
                                            Magistrate Judge Richard Seeborg

-1-
[PROPOSED] ORDER GRANTING MOTION FOR ADMIN.
RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NO.: C04-01497 RS