1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
3  San Francisco, California  94111-4106
   Telephone:     415-434-9100
4  Facsimile:     415-434-3947

5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
   ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
7  JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, L.L.P
8  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
9  Telephone:     404.443.5500
   Facsimile:     404.443.5751
10

   Attorneys for DIGITAL ENVOY, INC.
11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15  DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

16           Plaintiff/Counterdefendant,    **STIPULATION AND [PROPOSED]
                                            ORDER RE: AMENDING SCHEDULING**
17      v.                                   **ORDER**

18  GOOGLE, INC.,

19           Defendant/Counterclaimant.

20

21

22

23

24

25

26

27

28

                              -1-

Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered by the Court in this matter on August 27, 2004, and amended by Order of the Court on July 28, 2005. Digital Envoy states that the parties currently have a discovery dispute, which they are attempting to resolve by agreement or, if necessary, by motion. Digital Envoy states that these proposed amendments to the Scheduling Order will serve the interests of efficiency and economy, and anticipates that the dispute will be resolved by agreement or order of the Court in advance of the proposed amended dates. Google does not agree with these statements, but does not oppose Digital Envoy's proposed amendment. Therefore, through their undersigned counsel, Digital Envoy requests and Google does not oppose an amendment to the Scheduling Order as follows:

1. <u>EXPERT WITNESSES</u>: The disclosure and discovery of expert witness opinions shall proceed as follows:

a. On or before **December 19, 2005**, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

b. On or before **January 31, 2006**, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

c. On or before **February 24, 2006**, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

2. <u>PRETRIAL MOTIONS</u>: All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be **<u>heard</u>** no later than **March 15, 2006**.

In all other respects the Scheduling Order as amended remains in full force and effect. Nothing in the parties' stipulation shall operate to re-open fact discovery or extend the period for fact discovery. Nothing in the parties' stipulation shall prohibit any party from seeking to amend this or any subsequent Scheduling Order if it believes that such relief is warranted.

IT IS SO STIPULATED.

*[SIGNATURES ON FOLLOWING PAGE]*

1  DATED:  October 20, 2005

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                    By    _____/s/ Brian R. Blackman_____

5                                        P. CRAIG CARDON
                                        BRIAN R. BLACKMAN

6
                                   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
7                                  LUKE ANDERSON (Admitted *Pro Hac Vice*)
                                   MCGUIRE WOODS, L.L.P
8                                  1170 Peachtree Street, N.E., Suite 2100
                                   Atlanta, Georgia 30309
9                                  Telephone: 404.443.5706
                                   Facsimile:  404.443.5751

10                                    Attorneys for DIGITAL ENVOY, INC.

11

12  DATED:  October 20, 2005

13                                    WILSON SONSINI GOODRICH & ROSATI PC

14

15                    By    _____/s/ David H. Kramer_____
                                        DAVID H. KRAMER
16                                      STEPHEN C. HOLMES
                                   Attorneys for GOOGLE, INC.
17

18                                      **ORDER**

19         FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

20  DATED: _____

21

22

23                                    _____
                                        HON. RICHARD SEEBORG
24                                      United States Magistrate Judge

25

26

27

28

W02-SF:5BB\61473180.1                                STIPULATION AND [PROPOSED] ORDER
                                                     RE: AMENDING SCHEDULING ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION

I, Brian R. Blackman, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order re: Amending Scheduling Order. In compliance with General Order 45.X.B I hereby attest that all parties have concurred in this filing.

DATED: October 20, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By         /s/ Brian R. Blackman
_____
BRIAN R. BLACKMAN

Attorneys for DIGITAL ENVOY, INC.

-2-