P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

FILED
OCT 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER** |

1  Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered by the Court in this matter on August 27, 2004, and amended by Order of the Court on July 28, 2005.  Digital Envoy states that the parties currently have a discovery dispute, which they are attempting to resolve by agreement or, if necessary, by motion.  Digital Envoy states that these proposed amendments to the Scheduling Order will serve the interests of efficiency and economy, and anticipates that the dispute will be resolved by agreement or order of the Court in advance of the proposed amended dates.  Google does not agree with these statements, but does not oppose Digital Envoy's proposed amendment.  Therefore, through their undersigned counsel, Digital Envoy requests and Google does not oppose an amendment to the Scheduling Order as follows:

    1.    <u>EXPERT WITNESSES</u>: The disclosure and discovery of expert witness opinions shall proceed as follows:

    a.    On or before **December 19, 2005**, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

    b.    On or before **January 31, 2006**, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

    c.    On or before **February 24, 2006**, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

    2.    <u>PRETRIAL MOTIONS</u>: All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be <u>**heard**</u> no later than **March 15, 2006**.

In all other respects the Scheduling Order as amended remains in full force and effect.  Nothing in the parties' stipulation shall operate to re-open fact discovery or extend the period for fact discovery.  Nothing in the parties' stipulation shall prohibit any party from seeking to amend this or any subsequent Scheduling Order if it believes that such relief is warranted.

IT IS SO STIPULATED.

*[SIGNATURES ON FOLLOWING PAGE]*

DATED: October 20, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian R. Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

DATED: October 20, 2005

WILSON SONSINI GOODRICH & ROSATI PC

By    /s/ David H. Kramer
DAVID H. KRAMER
STEPHEN C. HOLMES
Attorneys for GOOGLE, INC.

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: OCT 21 2005

_____
HON. RICHARD SEEBORG
United States Magistrate Judge

CERTIFICATION

I, Brian R. Blackman, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order re: Amending Scheduling Order. In compliance with General Order 45.X.B I hereby attest that all parties have concurred in this filing.

DATED: October 20, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian R. Blackman
    BRIAN R. BLACKMAN

Attorneys for DIGITAL ENVOY, INC.