1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS

15          Plaintiff/Counterdefendant,  | **STIPULATION AND [PROPOSED]
                                         | ORDER TO SPECIALLY SET THE
16     v.                                | HEARING FOR DIGITAL ENVOY'S
                                         | MOTION TO COMPEL**
17 GOOGLE, INC.,

18          Defendant/Counterclaimant.

-1-

Dockets.Justia.com

Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their counsel of record, this stipulation to specially set the hearing on Digital Envoy's Motion to Compel.

1. Digital Envoy and Google currently have a discovery dispute, which they have been unable to resolve by agreement.

2. By standing order, all civil motion matters set before Judge Seeborg must be noticed for hearing on Wednesdays at 9:30 a.m.

3. Counsel discussed possible hearing dates for Digital Envoy's motion to compel and agreed to have the motion heard on Wednesday, November 30, 2006;

4. Judge Seeborg, however, is unavailable on Wednesday, November 30, 2005 and December 7, 2005.

5. Judge Seeborg's staff informed counsel that Judge Seeborg may be available to hear Digital Envoy's motions to compel on Monday, December 5, 2005 at 10:00 a.m.

5. Pursuant to the Amended Scheduling Order, the deadline for Digital Envoy to designate expert witnesses and submit expert reports is Monday, December 19, 2005. Digital Envoy believes that its motion to compel should be heard prior that deadline in order to avoid further disruption to the current case schedule. Google contends that Digital Envoy's motion to compel is neither necessary nor timely.

6. Nevertheless, the parties have agreed – subject to the Court's approval – to set the hearing on Digital Envoy's motion to compel, filed contemporaneously herewith, for Monday, December 5, 2005 at 10:00 a.m.

IT IS SO STIPULATED.

*[SIGNATURES ON FOLLOWING PAGE]*

1  DATED: October 31, 2005

2                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4            By      /s/ Brian Blackman
                    P. CRAIG CARDON
5                      BRIAN R. BLACKMAN

                    TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
                    MCGUIRE WOODS, L.L.P
                    1170 Peachtree Street, N.E., Suite 2100
                    Atlanta, Georgia 30309
                    Telephone: 404.443.5706
                    Facsimile: 404.443.5751

                    Attorneys for DIGITAL ENVOY, INC.

DATED: October 31, 2005

                WILSON SONSINI GOODRICH & ROSATI PC

          By      /s/ David Lansky
                    DAVID H. KRAMER
                    DAVID LANSKY
                    Attorneys for GOOGLE, INC.

### **ORDER**

Based on the parties' stipulation and good cause appearing, IT IS ORDERED THAT:

Digital Envoy's Motion to Compel shall be set for hearing on Monday, December 5, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: November __, 2005

                    RICHARD SEEBORG
                Magistrate Judge, United States District Court

## CERTIFICATION

I, Brian R. Blackman, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order To Specially Set The Hearing For Digital Envoy's Motion To Compel. In compliance with General Order 45.X.B I hereby attest that all parties have concurred in this filing.

DATED: October 31, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Brian R. Blackman
BRIAN R. BLACKMAN
Attorneys for
DIGITAL ENVOY, INC.