| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
|   | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | Four Embarcadero Center, 17th Floor |
| 3 | San Francisco, California 94111-4106 |
|   | Telephone: 415-434-9100 |
| 4 | Facsimile: 415-434-3947 |

5

6 TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
7 1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
8 Telephone: 404.443.5500
Facsimile: 404.443.5751

9

Attorneys for DIGITAL ENVOY, INC.

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15 | Plaintiff/Counterdefendant, | **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES** |
| 16 | v. | |
| 17 | GOOGLE, INC., | |
| 18 | Defendant/Counterclaimant. | |
| 19 | | Date: December 5, 2005 |
|    | | Time: 10:00 a.m. |
|    | | Courtroom: 4, 5th Floor |
| 20 | | |
| 21 | | The Honorable Richard Seeborg |

PLEASE TAKE NOTICE that on December 5, 2005 at 10:00 a.m. in Courtroom 4, Fifth Floor of the United States District Court for the Northern District of California, United States Courthouse, 280 South First Street, San Jose, California, plaintiff/counterdefendant Digital Envoy, Inc. ("Digital Envoy") shall move the court pursuant to Fed. R. Civ. P. 37 for an order compelling further responses from Google, Inc. to Digital Envoy's Interrogatories and Requests for Production

-1-

of Documents, as well as the production of persons most qualified to testify on Google's behalf to properly noticed deposition topics.

Digital Envoy certifies that it has in good faith conferred with Google, Inc. in an effort to secure further responses and disclosures to these interrogatories, document requests and deposition categories without court action, and that those efforts were unsuccessful.  Digital Envoy respectfully requests that this Court enter an order compelling Google to: (1) provide *full and complete responses* to Digital Envoy's Interrogatory nos. 6, 10, and 11 for both AdSense for Content and AdSense for Search; (2) provide full and complete responses to Document Requests Nos. 14, 18 and 19, including *all* documents concerning geotargeting for Google's top 100 advertisers (including Google's use of Digital Envoy's technology), *all* communications with Google's top 100 advertisers that refer to geotargeting (including the use of Digital Envoy's data), *all* revenue information for Google's top 100 advertisers, and *all* other responsive documents regarding its AdSense programs for Google's top 100 advertisers; (3) designate one or more 30(b)(6) deponents for Digital Envoy's designated topics, noticed on May 13, 2005; and (4) pay costs and fees associated with this pending motion.

DATED:  October 31, 2005

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By         /s/ Brian Blackman
            P. CRAIG CARDON
           BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.