1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

Before the Court is plaintiff and counterdefendant Digital Envoy's Motion to Compel Further Responses To Interrogatories, Requests For Production Of Documents, and 30(B)(6) Deposition Notices pursuant to Fed. R. Civ. P. 37.  Having considered the parties' moving and opposing papers and heard the argument of counsel, the Court **ORDERS GOOGLE TO:**

1. Provide *full and complete responses* to Digital Envoy's Interrogatory nos. 6, 10, and 11 for both AdSense for Content and AdSense for Search;

2. Provide full and complete responses to Document Requests Nos. 14, 18 and 19, including *all* documents concerning geotargeting for Google's top 100 advertisers (including Google's use of Digital Envoy's technology), *all* communications with Google's top 100 advertisers that refer to geotargeting (including the use of Digital Envoy's data), *all* revenue information for Google's top 100 advertisers, and *all* other responsive documents regarding its AdSense programs for Google's top 100 advertisers;

3. Designate one or more 30(b)(6) deponents for Digital Envoy's designated topics, noticed on May 13, 2005; and

4. Pay Digital Envoy's costs and fees associated with this pending motion.

IT IS SO ORDERED.

DATED:  December __, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge