P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>        Plaintiff/Counter defendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>        Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES**<br><br>Date:           December 5, 2005<br>Time:           10:00 a.m.<br>Courtroom:    4, 5th Floor<br><br>The Honorable Richard Seeborg |

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding: [REDACTED VERSION] THE DECLARATION OF ROBERT J. WADDELL, JR., WITH EXHIBITS A-JJ, IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

X  Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

1  DATED: October 31, 2005

2                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4           By            /s/ Brian Blackman
                          P. CRAIG CARDON
5                         BRIAN R. BLACKMAN
6           TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
            LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
7           MCGUIRE WOODS, L.L.P
            1170 Peachtree Street, N.E., Suite 2100
8           Atlanta, Georgia 30309
            Telephone: 404.443.5706
9           Facsimile:  404.443.5751

10                        Attorneys for DIGITAL ENVOY, INC.