1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                               SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS

15             Plaintiff/Counter defendant, **DIGITAL ENVOY'S MISCELLANEOUS
                                            ADMINISTRATIVE REQUEST TO FILE
16        v.                                UNDER SEAL, PURSUANT TO LOCAL
                                            RULES 7-11 AND 79-5, THE
17  GOOGLE, INC.,                           DECLARATION OF ROBERT J.
                                            WADDELL AND DIGITAL ENVOY'S
18             Defendant/Counterclaimant.   POINTS AND AUTHORITIES IN
                                            SUPPORT OF ITS MOTION TO
19                                          COMPEL FURTHER RESPONSES TO
                                            DIGITAL ENVOY'S
20                                          INTERROGATORIES, REQUESTS FOR
                                            PRODUCTION OF DOCUMENTS, AND
21                                          30(b)(6) DEPOSITION NOTICES**

22                                          **Date:**       December 5, 2005
                                            **Time:**       10:00 a.m.
23                                          **Courtroom:**  4, 5th Floor

24                                          **The Honorable Richard Seeborg**

25

26

27

28

-1-

1  Plaintiff Digital Envoy, Inc. ("Digital Envoy") requests that the Court permit it to file under seal the Declaration of Robert J. Waddell, Jr., and its Points and Authorities in support of its Motion to Compel Further Responses to Digital Envoy's Interrogatories, Requests for Production of Documents, and 30(b)(6) Deposition Notices.

Defendant Google, Inc. ("Google") has identified portions of the exhibits to the Waddell Declaration as "Highly Confidential—Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter.  Further, Digital Envoy has referenced the content of those exhibits in its Points and Authorities.

Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file under seal, The Declaration of Robert J. Waddell and its Points and Authorities in support of its Motion to Compel Further Responses to Digital Envoy's Interrogatories, Requests for Production of Documents, and 30(b)(6) Deposition Notices.

DATED:  October 31, 2005

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By       /s/ Brian Blackman
        P. CRAIG CARDON
        BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

        Attorneys for DIGITAL ENVOY, INC.