P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947


TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>    Plaintiff/Counter defendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**[PROPOSED] ORDER GRANTING DIGITAL ENVOY, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE DECLARATION OF ROBERT J. WADDELL AND THE POINTS AND AUTHORITIES IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES**<br><br>**The Honorable Richard Seeborg** |

-1-

W02-SF:5BA1\61474282.1     [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
ADMIN. REQUEST TO FILE DOCUMENT SEAL.

Dockets.Justia.com

-2-

1   Having considered Plaintiff Digital Envoy, Inc.'s ("Digital Envoy") Miscellaneous
2   Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, The
3   Declaration Of Robert J. Waddell And The Points And Authorities In Support Of its Motion to
4   Compel Further Responses to Digital Envoy's Interrogatories, Requests for Production of
5   Documents, and 30(b)(6) Deposition Notices, lodged with the Court on October 31, 2005, the
6   Court **HEREBY ORDERS** that:

7   1.   The Declaration of Robert J. Waddell and the Points and Authorities in support of
8   Digital Envoy's Motion to Compel Further Responses to Digital Envoy's Interrogatories, Requests
9   for Production of Documents, and 30(b)(6) Deposition Notices be filed under seal.

10   **IT IS SO ORDERED.**

11   DATED: November __, 2005

                    By _____
                        The Honorable Richard Seeborg
                        United States Magistrate Judge

-2-