1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                       UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                              SAN JOSE DIVISION

| | |
|---|---|
| 14  DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| 15         Plaintiff/Counter defendant, | |
| 16     v. | **DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE DECLARATION OF ROBERT J. WADDELL AND DIGITAL ENVOY'S POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES** |
| 17  GOOGLE, INC., | |
| 18         Defendant/Counterclaimant. | |
| | **The Honorable Richard Seeborg** |

-1-

I, Brian R. Blackman, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, The Declaration Of Robert J. Waddell And Digital Envoy's Points And Authorities In Support Of Its Motion To Compel Further Responses To Digital Envoy's Interrogatories, Requests For Production Of Documents, and 30(b)(6) Deposition Notices.

3. Portions of the Exhibits to the Waddell Declaration have been designated by defendant Google, Inc. ("Google") as "Highly Confidential—Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. Moreover, those exhibits have been referenced in Digital Envoy's points and authorities. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file under seal it's the Declaration of Robert J. Waddell and the Points and Authorities in support of its Motion to Compel Further Responses to Digital Envoy's Interrogatories, Requests for Production of Documents, and 30(b)(6) Deposition Notices.

I declare under the penalty of perjury that the above statements are true. Executed this 31st day of October 2005 in San Francisco, California.

/s/ Brian R. Blackman
BRIAN R. BLACKMAN

-2-

W02-SF:5BA1\61474281.1   DEC. OF BRIAN R. BLACKMAN ISO DIGITAL ENVOY'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL