1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:     415-434-9100
   Facsimile:     415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                Case No. C 04 01497 RS

15        Plaintiff/Counterdefendant,  **STIPULATION AND [PROPOSED]
                                        ORDER TO SPECIALLY SET THE
16   v.                                 HEARING FOR DIGITAL ENVOY'S
                                        MOTION TO COMPEL**
17 GOOGLE, INC.,

18        Defendant/Counterclaimant.

19

20

21

22

23

24

25

26

27

28

-1-

FILED

NOV - 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dockets.Justia.com

1    Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their

2  counsel of record, this stipulation to specially set the hearing on Digital Envoy's Motion to

3  Compel.

4    1.    Digital Envoy and Google currently have a discovery dispute, which they have

5  been unable to resolve by agreement.

6    2.    By standing order, all civil motion matters set before Judge Seeborg must be

7  noticed for hearing on Wednesdays at 9:30 a.m.

8    3.    Counsel discussed possible hearing dates for Digital Envoy's motion to compel and

9  agreed to have the motion heard on Wednesday, November 30, 2006;

10    4.    Judge Seeborg, however, is unavailable on Wednesday, November 30, 2005 and

11  December 7, 2005.

12    5.    Judge Seeborg's staff informed counsel that Judge Seeborg may be available to hear

13  Digital Envoy's motions to compel on Monday, December 5, 2005 at 10:00 a.m.

14    5.    Pursuant to the Amended Scheduling Order, the deadline for Digital Envoy to

15  designate expert witnesses and submit expert reports is Monday, December 19, 2005. Digital

16  Envoy believes that its motion to compel should be heard prior that deadline in order to avoid

17  further disruption to the current case schedule.  Google contends that Digital Envoy's motion to

18  compel is neither necessary nor timely.

19    6.    Nevertheless, the parties have agreed – subject to the Court's approval – to set the

20  hearing on Digital Envoy's motion to compel, filed contemporaneously herewith, for Monday,

21  December 5, 2005 at 10:00 a.m.

22    IT IS SO STIPULATED.

23

24

25

26

27    *[SIGNATURES ON FOLLOWING PAGE]*

28

W02-SF:5BB\61460809.1

STIPULATION AND ORDER SPECIALLY SETTING
HEARING ON DIGITAL ENVOY'S MOTION TO COMPEL

1  DATED:  October 31, 2005

2                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4           By          /s/ Brian Blackman
                         P. CRAIG CARDON
5                        BRIAN R. BLACKMAN

6                    TIMOTHY H. KRATZ (Admited *Pro Hac Vice*)
                     MCGUIRE WOODS, L.L.P
7                    1170 Peachtree Street, N.E., Suite 2100
                     Atlanta, Georgia 30309
8                    Telephone: 404.443.5706
                     Facsimile:  404.443.5751
9
                         Attorneys for DIGITAL ENVOY, INC.
10

11  DATED:  October 31, 2005

12                   WILSON SONSINI GOODRICH & ROSATI PC

13

14          By          /s/ David Lansky
                         DAVID H. KRAMER
15                       DAVID LANSKY
                     Attorneys for GOOGLE, INC.
16

17                              **ORDER**

18      Based on the parties' stipulation and good cause appearing, IT IS ORDERED THAT:

19      Digital Envoy's Motion to Compel shall be set for hearing on Monday, December 5, 2005

20  at 10:00 a.m.

21      IT IS SO ORDERED.

22  DATED:  November 2, 2005

23

24

25                    RICHARD SEEBORG
26          Magistrate Judge, United States District Court

27

28