1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

**FILED**

NOV - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> [~~PROPOSED~~] ORDER GRANTING DIGITAL ENVOY, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE DECLARATION OF ROBERT J. WADDELL AND THE POINTS AND AUTHORITIES IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES <br><br> The Honorable Richard Seeborg |

-1-

W02-SF:5BA1\61474282.1

[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
ADMIN. REQUEST TO FILE DOCUMENT SEAL.

Dockets.Justia.com

1. Having considered Plaintiff Digital Envoy, Inc.'s ("Digital Envoy") Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, The Declaration Of Robert J. Waddell And The Points And Authorities In Support Of its Motion to Compel Further Responses to Digital Envoy's Interrogatories, Requests for Production of Documents, and 30(b)(6) Deposition Notices, lodged with the Court on October 31, 2005, the Court **HEREBY ORDERS** that:

   1. The Declaration of Robert J. Waddell and the Points and Authorities in support of Digital Envoy's Motion to Compel Further Responses to Digital Envoy's Interrogatories, Requests for Production of Documents, and 30(b)(6) Deposition Notices be filed under seal.

**IT IS SO ORDERED.**

DATED: November 3, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge

-2-

W02-SF:5BA1\61474282.1          [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
                                ADMIN. REQUEST TO FILE DOCUMENT SEAL.