UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>GOOGLE, INC.,<br><br>    Defendant(s).<br>_____/ | No. C-04-1497 RS (JCS)<br><br>**CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, pursuant to the joint request of counsel, the Settlement Conference previously scheduled for November 17, 2005, at 9:30 a.m., has been continued until **December 13, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

**On or before November 29, 2005**, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties shall notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference.

Dated: November 3, 2005          RICHARD W. WIEKING, CLERK


                                              By: /s/ Mary A. Macudzinski-Gomez
                                                  Deputy Clerk