1 DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2 DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
3 Professional Corporation
650 Page Mill Road
4 Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 Facsimile: (650) 565-5100

6 Attorneys for Defendant/Counterclaimant
7 Google Inc.

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

12

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant/Counterclaimant. | CASE NO.: C 04 01497 RS <br><br> **DECLARATION OF DAVID L. LANSKY IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL** <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 4, 5th Floor <br> Date: December 5, 2005 <br> Time: 10:00 a.m. |

DECL. ISO GOOGLE'S OPP. TO MOTION TO COMPEL
CASE NO.: C04-01497 RS                                                                                2760911_1.DOC

1   I, David L. Lansky, declare as follows:

2   1.   I am an attorney at law duly licensed to practice in the State of California and
3   before this Court. I am associated with Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel
4   for defendant and counterclaimant Google Inc. ("Google"). I have personal knowledge of the
5   facts set forth herein and, if called as a witness, could and would testify competently thereto.

6   2.   Attached hereto as Exhibit A is a true and correct copy of excerpts from the
7   transcript of the September 21, 2005 hearing on Google's Motion for Partial Summary Judgment
8   on Digital Envoy's Damage Claims.

9   3.   Attached hereto as Exhibit B is a true and correct copy of excerpts from the
10  transcript of the deposition of Mark Rose.

11  4.   Attached hereto as Exhibit C is a true and correct copy of excerpts from the
12  transcript of the deposition of Marissa Mayer.

13  5.   I have reviewed Google's production of documents in response to Digital Envoy's
14  discovery requests and the Court's July 15, 2005 Order. Following the Order and Google's
15  document collection and review, Google produced 1,207 pages of communications with its top
16  100 advertisers concerning its AdSense program. Google also produced one AdSense revenue
17  projection it prepared for an advertiser, which I am informed and believe to be the only such
18  projection Google located.

19  6.   While Digital Envoy formally served a notice for a 30(b)(6) deposition of Google
20  in May, 2005, it apprised Google of its intended topics much earlier, in correspondence dated
21  March 30, 2005.

22  7.   On April 1, 2005, Digital Envoy requested that it be permitted to redepose Matt
23  Cutts on issues relating to Google's counterclaims which were added after his first deposition in
24  the case. Google agreed to that request. It further agreed that Mr. Cutts would testify on specific
25  topics in Digital Envoy's 30(b)(6) deposition notice relating to Google's counterclaims. For its
26  part, Digital Envoy agreed that Google would be permitted to depose a Digital Envoy designee
27  on limited topics in a notice served on June 8, 2005. The parties have repeatedly agreed to
28  continue the dates of these limited depositions but have made no other agreements concerning

-1-

-2-

1  depositions, extensions of the discovery cut-off or extensions of the deadline for filing motions
2  to compel.  In fact, in letters of May 18 and May 19, 2005 Google expressly confirmed with
3  Digital Envoy that it was not agreeing to extend the deadline for motions to compel.
4      I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.  Executed on November 14, 2005 at Palo Alto, California.

                                        /s/ David L. Lansky
                                        David L. Lansky

-2-

DECL. ISO GOOGLE'S OPP. TO MOTION TO COMPEL
CASE NO.: C04-01497 RS

-3-

# CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file the **DECLARATION OF DAVID L. LANSKY IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL**.  In compliance with General Order 45.X.B, I hereby attest that David Lansky has concurred in this filing.

DATED: November 14, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ David H. Kramer
      David H. Kramer
Attorneys for Defendant / Counterclaimant
GOOGLE INC.