Dockets.Justia.com

**LANSKY DECLARATION EXHIBIT B**

```
1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                    SAN JOSE DIVISION
3
4   DIGITAL ENVOY, INC.,        )
                                )
5           Plaintiff/          )
            Counterdefendant,   )
6                               )
            vs.                 ) No. C 04 014997
7                               )
    GOOGLE INC.,                )
8                               )
            Defendant/          )
9           Counterclaimant.    )
                                )
10  _____)
11
12
13
14
15           HIGHLY CONFIDENTIAL
16           ATTORNEYS' EYES ONLY
17               DEPOSITION OF
18                 MARK ROSE
19           PALO ALTO, CALIFORNIA
20              MAY 24, 2005
21
22
23
24  REPORTED BY: JANE H. STULLER, CSR NO. 7223, RPR
25  (367440)
```

Highly Confidential - Attorneys' Eyes Only

1   his testimony.

2           Does it?

3           THE WITNESS: I think I said that the ad
4   mixer does -- is the server, and I can testify to
5   that.

Case 5:04-cv-01497-RS    Document 368-3    Filed 11/14/2005    Page 3 of 5

6   BY MR. KRATZ:

7       Q. Well, I know that.

8       A. It does the look up.

9       Q. So I don't think -- I don't know what David
10  it is saying mischaracterizes, but I understand
11  that's your testimony.

12          My question is: Is there a document or any
13  way to confirm that other than just looking at code?

14          MR. KRAMER: Objection; calls for
15  speculation.

16          THE WITNESS: I believe a design doc would
17  men -- there is a design doc that probably mentions
18  that look up occurs in the ad mixer.

19  BY MR. KRATZ:

20      Q. Well, for example, how did you confirm that
21  when you say you did confirm that?

22          What did you do?

23      A. I wrote portions of the code associated
24  with that.

25      Q. Okay. Specific to the Ad Sense for Content

1    Program or the selection process in general?

2        A.   Just as a general process.

3        Q.   Okay.  But that -- well, let me ask you

4    this:  You started in October 2003.  Was it your

5    understanding that IP look ups were being done

6    before that?

Case 5:04-cv-01497-RS    Document 368-3    Filed 11/14/2005    Page 4 of 5

7        A.   Yes.

8        Q.   Okay.  So the code you wrote, did that

9    change how things were done?

10           MR. KRAMER:  The question is vague.

11           THE WITNESS:  The code I wrote did change

12   the way in which we processed geodata in the ad

13   mixer.

14   BY MR. KRATZ:

15       Q.   Okay.  There would be point in time of the

16   look ups -- or being that the ad mixer is one that

17   makes the call in all instances, which I understand

18   is your testimony now, did that change, or was that

19   always the case?

20           MR. KRAMER:  Objection to the extent it

21   mischaracterizes the testimony.

22           You can answer

23           THE WITNESS:  So certainly from the time

24   that I started the call from the ad system to look

25   up an IP address was done in the ad mixer.  I don't

CERTIFICATE OF REPORTER

I, JANE H. STULLER, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: _____

*Jane H. Stuller* (signature)

JANE H. STULLER, CSR #7223