Dockets.Justia.com

**LANSKY DECLARATION EXHIBIT C**

```
 1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2               SAN JOSE DIVISION
 3
 4   DIGITAL ENVOY, INC.,        )
                                 )
 5         Plaintiff/            )
           Counterdefendant,     )
 6                               )
           vs.                   ) No. C 04 014997
 7                               )
     GOOGLE INC.,                )
 8                               )
           Defendant/            )
 9         Counterclaimant.      )
                                 )
10   _____)
11
12
13           HIGHLY CONFIDENTIAL
14           ATTORNEYS' EYES ONLY
15              DEPOSITION OF
16              MARISSA MAYER
17
18          PALO ALTO, CALIFORNIA
19             AUGUST 5, 2005
20
21
22
23
24   REPORTED BY: JANE H. STULLER, CSR NO. 7223, RPR
25   (370450)
```

Highly Confidential - Attorneys' Eyes Only

1    THE WITNESS: I don't know exactly what
2    it's saying.
3    BY MR. WADDELL:
4    **Q. Do you know generally what it's saying?**
5    MR. KRAMER: Calls for speculation, the
6    document speaks for itself. Lacks foundation
7    because she didn't write it or even see it.
8    THE WITNESS: It seems that they ran a test
9    with a company named Table for Six. They previously
10   had run ads including a location key word, ala
11   San Francisco, California. They removed that key
12   word from their campaign and used regional targeting
13   instead.
14        And overall, the balance between where the
15   clicks came from shifted. They received fewer
16   clicks from the nationally -- from around the
17   nation, and more from the regional, and also that
18   didn't increase.
19   BY MR. WADDELL:
20   **Q. How much increase does this letter appear**
21   **to suggest --**
22   MR. KRAMER: Come on, Robert. You know
23   what, she didn't write it, she didn't read it. She
24   -- you are asking her questions about a document
25   that's sitting right in front of you. You guys can

Case 5:04-cv-01497-RS    Document 368-4    Filed 11/14/2005    Page 3 of 5

1   interpret this document as well as she can. And it

2   is not fair to ask the witness questions about a

3   document that she has never seen before and

4   interpret -- asking her to interpret it on the fly.

5   BY MR. WADDELL:

6       Q.  You can answer the question.

7       A.  117 percent.

8       Q.  Okay.

9           MR. KRAMER: Let the record reflect that

10  the witness is reading from the document and has no

11  insight into this document, other than what it says

12  on its face.

13  BY MR. WADDELL:

14      Q.  Is that true, that you have no insight into

15  this document, other than what it says on its face?

16      A.  I have never seen this case study before.

17      Q.  Okay. Are you familiar with case studies

18  such as this one being conducted by Google?

19      A.  Only very peripherally.

20      Q.  What do you mean by that?

21      A.  It is operated by another department, and

22  products I don't generally work on or work in close

23  proximity to.

24      Q.  And I should be clear. When I said case

25  studies such as this one, case studies that study

Case 5:04-cv-01497-RS   Document 368-4   Filed 11/14/2005   Page 4 of 5

# CERTIFICATE OF REPORTER

I, JANE H. STULLER, HEREBY CERTIFY:

That I am a Certified Shorthand Reporter, License No. 7223, in and for the State of California;

That said proceeding was taken by me at the time and place therein set forth and was taken down by me in stenotype and thereafter transcribed into typewriting under my direction and supervision.

I FURTHER CERTIFY that I am neither of counsel nor related in any way to any party to said action or otherwise interested in the result or outcome thereof.

Date: August 8, 2005

*Jane H. Stuller*

JANE H. STULLER

Certified Shorthand Reporter