1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant/Counterclaimant
6  Google Inc.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  DIGITAL ENVOY, INC.,                )   CASE NO. C 04 01497 RS
                                        )
13         Plaintiff/Counterdefendant,  )   **DECLARATION OF HILARY
                                        )   WARE IN SUPPORT OF GOOGLE
14     v.                               )   INC.'S OPPOSITION TO DIGITAL
                                        )   ENVOY'S MOTION TO COMPEL**
15  GOOGLE INC.,                        )
                                        )   Judge:     Hon. Richard Seeborg
16         Defendant/Counterclaimant.   )   Courtroom: 4, 5th Floor
                                        )   Date:      December 5, 2005
17                                      )   Time:      10:00 a.m.
                                        )
18                                      )
                                        )
19

WARE DECL. ISO GOOGLE'S OPPOSITION TO MOTION                    2760122_1.DOC
TO COMPEL
C 04 01497 RS

I, Hilary Ware, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am commercial litigation counsel at Google Inc. ("Google"), the defendant and counterclaimant in this action. One of my responsibilities is to oversee and coordinate Google's response to litigation discovery requests. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The document collection and production effort in this case was performed by Google's in house and outside counsel or at their explicit direction. Issues such as what methods were to be employed to locate responsive documents, who was likely to possess responsive documents, and what documents were, in fact, responsive to requests, all were determined by counsel.

3. Following receipt of the Court's Order concerning Digital Envoy's document request Nos. 18 and 19, Google conducted a thorough search for the documents called for by the requests (as modified by the Order). The search consumed at least 51 hours of attorney, paralegal and IT support time. All of the non-privileged documents located as a result of that process and called for by the Order have been produced.

4. After reasonable and repeated inquiries over several months, I have determined to the best of my abilities that Google has not undertaken any analysis of any measure of improvement in performance of advertisements associated with geo-targeted vs. non-geotargeted advertisements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 14, 2005, at Mountain View, California.

/s/ Hilary Ware
Hilary Ware

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this **DECLARATION OF HILARY WARE IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO DIGITAL ENVOY'S MOTION TO COMPEL**. In compliance with General Order 45.X.B, I hereby attest that Hilary Ware has concurred in this filing.

DATED: November 14, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
David H. Kramer
Attorneys for Google Inc.