1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

| 14 | DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|---|
| 15 | Plaintiff/Counter defendant, | **REDACTED VERSION** |
| 16 | v. | **SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY INC.'S MOTION TO COMPEL** |
| 17 | GOOGLE, INC., | |
| 18 | Defendant/Counterclaimant. | **The Honorable Richard Seeborg** |

-1-

I, Robert J. Waddell, Jr., declare as follows:

1. I am over twenty-one years of age and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia, and admitted *pro hac vice* as an attorney for Plaintiff Digital Envoy, Inc. in this case.

2. Attached hereto as Exhibit A is a true and correct copy of Google's patent application, "Determining and/or using location information in an ad system," having publication number 20050050027, claiming priority to September 3, 2003, and published on March 3, 2005, obtained from http://appft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.html&r=8&f=G&l=50&d=PG01&p=1&S1=%28Mark+AND+Rose%29.IN.&OS=IN/(Mark+and+Rose)&RS=IN/(Mark+AND+Rose).

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the Deposition of Susan Wojcicki, which was taken on June 23, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of GOOG 012016 - GOOG 012027, produced by Google, attached as Exhibit 61 to the Deposition of Susan Wojcicki, which was taken on June 23, 2005, and authenticated by Ms. Wojcicki during that deposition.

5. Attached hereto as Exhibit D is a true and correct copy of Google Inc.'s Supplemental and Amended Responses to Digital Envoy's First Set of Document Requests, served on November 10, 2004.

I declare these things under penalty of perjury and under the laws of the United States. Executed on November 21, 2005.

/s/ Robert J. Waddell, Jr.<br>Robert J. Waddell, Jr.

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Robert J. Waddell, Jr., in Support of Digital Envoy, Inc.'s Supplemental Brief In Opposition to Google's Motion For Partial Summary Judgment Re: Damage Issues.  In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED:  November 21, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.