**EXHIBIT B TO SUPPLEMENTAL DECLARATION OF**

**ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY'S**

**MOTION TO COMPEL**

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14 | DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS
15 |            Plaintiff/Counter defendant, |
16 |        v.                               | **MANUAL FILING NOTIFICATION IN CONNECTION WITH REPLY IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES**
17 | GOOGLE, INC.,                           |
18 |            Defendant/Counterclaimant.   |
19 |
20 |                                         | Date:         December 5, 2005
   |                                         | Time:         10:00 a.m.
21 |                                         | Courtroom:    4, 5th Floor
22 |                                         | The Honorable Richard Seeborg
23

24

25

26

27

28

-1-

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:    EXHIBITS B AND C TO THE SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR., AND DIGITAL ENVOY'S REPLY BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___    Voluminous Document (PDF file size larger than the efiling system allows)

___    Unable to Scan Documents

___    Physical Object (description): _____

___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X    Item Under Seal

___    Conformance with the Judicial Conference Privacy Policy (General Order 53).

___    Other (description): _____

W02-SF:5BB\61474274.1                                              MANUAL FILING NOTIFICATION

1  DATED:  November 21, 2005

2                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                  By          /s/ Brian Blackman
                                 P. CRAIG CARDON
5                               BRIAN R. BLACKMAN
                   TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
6                   LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
                    MCGUIRE WOODS, L.L.P
7                   1170 Peachtree Street, N.E., Suite 2100
                    Atlanta, Georgia 30309
8                   Telephone: 404.443.5706
                    Facsimile:  404.443.5751
9
                         Attorneys for DIGITAL ENVOY, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

W02-SF:5BB\61474274.1                                    MANUAL FILING NOTIFICATION