**EXHIBIT C TO SUPPLEMENTAL DECLARATION OF**

**ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY'S**

**MOTION TO COMPEL**

| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | KENDALL M. BURTON, Cal. Bar No. 228720 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:   415-434-9100 |
| | Facsimile:   415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | MCGUIRE WOODS, L.L.P |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 8 | Atlanta, Georgia 30309 |
| | Telephone: 404.443.5500 |
| 9 | Facsimile:  404.443.5751 |
| 10 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | | Case No. C 04 01497 RS |
| | Plaintiff/Counter defendant, | |
| v. | | **MANUAL FILING NOTIFICATION IN CONNECTION WITH REPLY IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES** |
| GOOGLE, INC., | | |
| | Defendant/Counterclaimant. | |

Date:         December 5, 2005
Time:         10:00 a.m.
Courtroom:    4, 5th Floor

The Honorable Richard Seeborg

-1-

W02-SF:5BB\61474274.1                                    MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS B AND C TO THE SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL, JR., AND DIGITAL ENVOY'S REPLY BRIEF IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL FURTHER RESPONSES TO DIGITAL ENVOY'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND 30(b)(6) DEPOSITION NOTICES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X   Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

-2-

| | |
|---|---|
| 1 | DATED: November 21, 2005 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN
TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

W02-SF:5BB\61474274.1

-3-

MANUAL FILING NOTIFICATION