P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>  Plaintiff/Counter defendant,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>  Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, REPLY BRIEF AND SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL**<br><br>**The Honorable Richard Seeborg** |

-1-

W02-SF:5BB\61476726.1                    DIGITAL ENVOY'S ADMIN. REQUEST TO FILE
                                         REPLY BRIEF AND SUPP. WADDELL DEC. UNDER SEAL.

Dockets.Justia.com

1      Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal its Reply Brief and Supplemental Declaration Of Robert J. Waddell in support of Digital Envoy's Motion To Compel, which is set for hearing on December 5, 2005.

     Defendant Google, Inc. ("Google") has identified the deposition of Exhibits B-C to the Supplemental Waddell Declaration as "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter. Exhibit B to the Supplemental Waddell Declaration are referenced in Digital Envoy's Reply Brief.

     Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file its Reply Brief and Supplemental Declaration Of Robert J. Waddell in support of Digital Envoy's Motion To Compel under seal.

DATED: November 21, 2005

                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By        /s/ Brian Blackman
                                            P. CRAIG CARDON
                                            BRIAN R. BLACKMAN

                                TIMOTHY H. KRATZ (*Pro Hac Vice* To Be Applied For)
                                LUKE ANDERSON (*Pro Hac Vice* To Be Applied For)
                                MCGUIRE WOODS, L.L.P
                                1170 Peachtree Street, N.E., Suite 2100
                                Atlanta, Georgia 30309
                                Telephone: 404.443.5706
                                Facsimile:  404.443.5751

                                Attorneys for DIGITAL ENVOY, INC.