1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:     415-434-9100
   Facsimile:     415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, REPLY BRIEF AND SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

W02-SF:5BB\61476727.1          [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST
                               TO FILE REPLY BRIEF AND SUPP. WADDELL DEC. UNDER SEAL.

Dockets.Justia.com

Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, its Reply Brief and Supplemental Declaration Of Robert J. Waddell in support of Digital Envoy's Motion To Compel, lodged with the Court on November 21, 2005, the Court HEREBY ORDERS that portions of the Reply Brief and the Waddell Declaration be filed under seal.

DATED: November __, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge