1 | P. CRAIG CARDON, Cal. Bar No. 168646
2 | BRIAN R. BLACKMAN, Cal. Bar No. 196996
  | KENDALL M. BURTON, Cal. Bar No. 228720
3 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  | Four Embarcadero Center, 17th Floor
4 | San Francisco, California 94111-4106
  | Telephone: 415-434-9100
5 | Facsimile: 415-434-3947

6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
  | LUKE ANDERSON (Admitted *Pro Hac Vice*)
7 | MCGUIRE WOODS, L.L.P
  | 1170 Peachtree Street, N.E., Suite 2100
8 | Atlanta, Georgia 30309
  | Telephone: 404.443.5500
9 | Facsimile: 404.443.5751

10 | Attorneys for DIGITAL ENVOY, INC.

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **DECLARATION OF BRIAN R. BLACKMAN IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULE 7-11 AND 79-5, REPLY BRIEF AND SUPPLEMENTAL ROBERT J. WADDELL IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | The Honorable Richard Seeborg |

-1-

I, Brian R. Blackman, declare:

1. I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. ("Digital Envoy") in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

2. I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, Reply Brief And Supplemental Robert J. Waddell In Support Of Digital Envoy's Motion To Compel.

3. Exhibits B-C to the Waddell Declaration contain information designated by defendant Google, Inc. as "Highly Confidential – Attorney's Eyes Only" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. Exhibits B is referenced in Digital Envoy's Reply Brief. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file its Reply Brief and Supplemental Declaration Of Robert J. Waddell In Support of Digital Envoy's Motion to Compel under seal.

I declare under the penalty of perjury that the above statements are true. Executed this 21st day of November 2005 in San Francisco.

/s/ Brian R. Blackman
BRIAN R. BLACKMAN