```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  KENDALL M. BURTON, Cal. Bar No. 228720
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106                    *E-FILED 11/22/05*
 4  Telephone:    415-434-9100
    Facsimile:    415-434-3947
 5

 6  TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
    LUKE ANDERSON (Admitted Pro Hac Vice)
 7  MCGUIRE WOODS, L.L.P
    1170 Peachtree Street, N.E., Suite 2100
 8  Atlanta, Georgia 30309
    Telephone: 404.443.5500
 9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **[PROPOSED]** ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, REPLY BRIEF AND SUPPLEMENTAL DECLARATION OF ROBERT J. WADDELL IN SUPPORT OF DIGITAL ENVOY'S MOTION TO COMPEL |

-1-

W02-SF:5BB\61476727.1                [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST
                                     TO FILE REPLY BRIEF AND SUPP. WADDELL DEC. UNDER SEAL.

Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, its Reply Brief and Supplemental Declaration Of Robert J. Waddell in support of Digital Envoy's Motion To Compel, lodged with the Court on November 21, 2005, the Court HEREBY ORDERS that portions of the Reply Brief and the Waddell Declaration be filed under seal.

DATED: November 22, 2005

By /s/ Richard Seeborg
The Honorable Richard Seeborg
United States Magistrate Judge