1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
   JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
8  MCGUIREWOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
9  Atlanta, Georgia 30309
   Telephone:    404.443.5500
10 Facsimile:    404.443.5751

11 Attorneys for DIGITAL ENVOY, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15 DIGITAL ENVOY, INC.,                 | Case No. C 04 01497 RS

16           Plaintiff/Counterdefendant,| **STIPULATION AND [PROPOSED]
                                        | ORDER RE: AMENDING SCHEDULING
17    v.                                | ORDER**

18 GOOGLE, INC.,

19           Defendant/Counterclaimant.

-1-

W02-SF:5BB\61477537.1                                STIPULATION AND [PROPOSED] ORDER
                                                     RE: AMENDING SCHEDULING ORDER

Dockets.Justia.com

1   Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their
2   counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered
3   by the Court in this matter on August 27, 2004, and amended by Order of the Court on October
4   21, 2005. Digital Envoy has filed a Motion to Compel, which was noticed for hearing for
5   December 5, 2005. The Court in its November 22, 2005 Order continued the hearing on Digital
6   Envoy's Motion to Compel indefinitely. Digital Envoy states that the discovery issues raised in its
7   Motion to Compel should be resolved prior to expert disclosures and the commencement of expert
8   discovery. (At the time the previous Stipulation to Amend the Scheduling Order was submitted,
9   the parties understood that the Motion to Compel would be heard prior to the date for expert
10  disclosures).

11  Digital Envoy further states that these proposed amendments to the Scheduling Order will
12  serve the interests of efficiency and economy. Google does not agree with these statements, but
13  does not oppose Digital Envoy's proposed amendment. Therefore, through their undersigned
14  counsel, Digital Envoy requests and Google does not oppose an amendment to the Scheduling
15  Order as follows:

16  <u>EXPERT WITNESSES</u>: The disclosure and discovery of expert witness opinions shall
17  proceed as follows:

18  a.   On or before **January 20, 2006**, plaintiff shall disclose expert testimony and
19  reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

20  b.   On or before **February 24, 2006**, defendant shall disclose expert testimony and
21  reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

22  c.   On or before **March 17, 2006**, all discovery of expert witnesses pursuant to Federal
23  Rule of Civil Procedure 26(b)(4) shall be completed.

24  In all other respects the Scheduling Order as amended remains in full force and effect.
25  Nothing in the parties' stipulation shall prohibit any party from seeking to amend this or any
26  subsequent Scheduling Order if it believes that such relief is warranted.

27  IT IS SO STIPULATED.

28  *[SIGNATURES ON FOLLOWING PAGE]*

1  DATED: October 20, 2005

2                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                         By            /s/ Brian R. Blackman
                                    P. CRAIG CARDON
5                                   BRIAN R. BLACKMAN

6                         TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
                          LUKE ANDERSON (Admitted *Pro Hac Vice*)
7                         MCGUIRE WOODS, L.L.P
                          1170 Peachtree Street, N.E., Suite 2100
8                         Atlanta, Georgia 30309
                          Telephone: 404.443.5706
9                         Facsimile:  404.443.5751

10                             Attorneys for DIGITAL ENVOY, INC.

11

12 DATED: December 1, 2005

13                         WILSON SONSINI GOODRICH & ROSATI PC

14

15                         By            /s/ David H. Kramer
                                    DAVID H. KRAMER
16                                  STEPHEN C. HOLMES
                             Attorneys for GOOGLE, INC.
17

18                              **ORDER**

19     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

20 DATED: _____

21

22

23                                  _____
                                    HON. RICHARD SEEBORG
24                                  United States Magistrate Judge

25

26

27

28

-3-

W02-SF:5BB\61477537.1                              STIPULATION AND [PROPOSED] ORDER
                                                   RE: AMENDING SCHEDULING ORDER

1 | CERTIFICATION

2 |     I, Brian R. Blackman, am the ECF user whose identification and password are being used
3 | to file the Stipulation and [Proposed] Order re: Amending Scheduling Order.  In compliance with
4 | General Order 45.X.B I hereby attest that all parties have concurred in this filing.
5 | DATED:  December 1, 2005

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By          /s/ Brian R. Blackman
                                  BRIAN R. BLACKMAN

                        Attorneys for DIGITAL ENVOY, INC.