```
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947


TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
LUKE ANDERSON (Admitted Pro Hac Vice)
ROBERT J. WADDELL, JR. (Admitted Pro Hac Vice)
JOHN A. LOCKETT III (Admitted Pro Hac Vice)
MCGUIREWOODS LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone:    404.443.5500
Facsimile:    404.443.5751
```

Attorneys for DIGITAL ENVOY, INC.

**FILED DEC 1 2005**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,

    Plaintiff/Counterdefendant,

v.

GOOGLE, INC.,

    Defendant/Counterclaimant.

Case No. C 04 01497 RS

**STIPULATION AND [~~PROPOSED~~] ORDER RE: AMENDING SCHEDULING ORDER**

-1-

W02-SF:5BB\61477537.1

STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER

Dockets.Justia.com

1  Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their
2  counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered
3  by the Court in this matter on August 27, 2004, and amended by Order of the Court on October
4  21, 2005. Digital Envoy has filed a Motion to Compel, which was noticed for hearing for
5  December 5, 2005. The Court in its November 22, 2005 Order continued the hearing on Digital
6  Envoy's Motion to Compel indefinitely. Digital Envoy states that the discovery issues raised in its
7  Motion to Compel should be resolved prior to expert disclosures and the commencement of expert
8  discovery. (At the time the previous Stipulation to Amend the Scheduling Order was submitted,
9  the parties understood that the Motion to Compel would be heard prior to the date for expert
10 disclosures).
11 Digital Envoy further states that these proposed amendments to the Scheduling Order will
12 serve the interests of efficiency and economy. Google does not agree with these statements, but
13 does not oppose Digital Envoy's proposed amendment. Therefore, through their undersigned
14 counsel, Digital Envoy requests and Google does not oppose an amendment to the Scheduling
15 Order as follows:
16 EXPERT WITNESSES: The disclosure and discovery of expert witness opinions shall
17 proceed as follows:
18     a.     On or before **January 20, 2006**, plaintiff shall disclose expert testimony and
19 reports in accordance with Federal Rule of Civil Procedure 26(a)(2);
20     b.     On or before **February 24, 2006**, defendant shall disclose expert testimony and
21 reports in accordance with Federal Rule of Civil Procedure 26(a)(2);
22     c.     On or before **March 17, 2006**, all discovery of expert witnesses pursuant to Federal
23 Rule of Civil Procedure 26(b)(4) shall be completed.
24 In all other respects the Scheduling Order as amended remains in full force and effect.
25 Nothing in the parties' stipulation shall prohibit any party from seeking to amend this or any
26 subsequent Scheduling Order if it believes that such relief is warranted.
27 IT IS SO STIPULATED.
28 *[SIGNATURES ON FOLLOWING PAGE]*

-2-

DATED: October 20, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Brian R. Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

DATED: December 1, 2005

WILSON SONSINI GOODRICH & ROSATI PC

By  /s/ David H. Kramer
DAVID H. KRAMER
STEPHEN C. HOLMES
Attorneys for GOOGLE, INC.

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 12/1/05

HON. RICHARD SEEBORG
United States Magistrate Judge