1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
4  Telephone:     415-434-9100
   Facsimile:      415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile:  404.443.5751

10  Attorneys for DIGITAL ENVOY, INC.

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14  DIGITAL ENVOY, INC.,                | Case No. C 04 01497 RS
15          Plaintiff/Counter defendant,|
                                        | **[PROPOSED] ORDER GRANTING**
16       v.                             | **DIGITAL ENVOY'S REQUEST FOR**
                                        | **ORAL ARGUMENT ON GOOGLE INC.'S**
17  GOOGLE, INC.,                       | **MOTION FOR RECONSIDERATION**
18          Defendant/Counterclaimant.  |

-1-
W02-SF:5BB\61478018.1         [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S  REQUEST FOR
                                ORAL ARGUMENT ON MOTION FOR RECONSIDERATION.

Dockets.Justia.com

-2-

Having considered Plaintiff Digital Envoy's miscellaneous request for oral argument On Google Inc.'s Motion For Reconsideration, the Court HEREBY ORDERS that a hearing on Google's Motion for Reconsideration is set for December ___, 2005 at _____ in Courtroom 4, 5th Floor, of the above reference Court.

DATED: December __, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge