1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
7  Google Inc.

8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

13  DIGITAL ENVOY, INC.,                )  CASE NO.: C 04 01497 RS
                                        )
14          Plaintiff/Counterdefendant, )
                                        )  **GOOGLE'S RESPONSE TO**
15                                      )  **DIGITAL ENVOY'S REQUEST**
            v.                          )  **FOR ORAL ARGUMENT**
16                                      )
    GOOGLE INC.,                        )
17                                      )  Judge:   Hon. Richard Seeborg
            Defendant/Counterclaimant.  )
18                                      )
                                        )
19                                      )
                                        )
20  ————————————————————————)

21
22
23
24
25
26
27
28

GOOGLE'S RESPONSE TO DIGITAL ENVOY'S
REQUEST FOR ORAL ARGUMENT
CASE NO.: C04-01497 RS

1  Google Inc. ("Google") is happy to submit its reconsideration motion without further
2  argument. It is equally happy to participate in a further hearing on the matter if the Court
3  believes it necessary.
4  Digital Envoy, Inc.'s arguments, ostensibly in support of its request for another hearing
5  are gratuitous and meritless. Google will address them, as appropriate, in its reply in support of
6  its motion.

8  Dated: December 7, 2005                WILSON SONSINI GOODRICH & ROSATI

                                          By:        /s/ David H. Kramer

                                          Attorneys for Defendant/Counterclaimant
                                          Google Inc.

-1-