P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **REDACTED VERSION** <br><br> **DECLARATION OF ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY INC.'S OPPOSITION TO GOOGLE'S MOTION FOR RECONSIDERATION** <br><br> **The Honorable Richard Seeborg** |

I, Robert J. Waddell, Jr., declare as follows:

1. I am over twenty-one years old and not under any legal disability. I have personal knowledge of all facts set forth herein. I am an attorney at law, duly licensed to practice in the State of Georgia, and admitted *pro hac vice* as an attorney for Plaintiff Digital Envoy, Inc. in this case.

2. Attached as **Exhibit A** is a true and correct copy of documents GOOG 007350 - GOOG 007368 produced by Google from its files during discovery in this litigation.

3. Attached as **Exhibit B** is a true and correct copy of Google's contract with its AdSense customers obtained from https://www.google.com/adsense/terms on December 7, 2005.

I declare these things under penalty of perjury and the laws of the United States.

/s/ Robert J. Waddell, Jr.

ROBERT J. WADDELL, JR..

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Declaration of Robert J. Waddell, Jr., in Support of Digital Envoy's Opposition to Google's Motion for Reconsideration. In compliance with General Order 45.X.B., I hereby attest that Robert J. Waddell, Jr., has concurred in this filing.

DATED: December 7, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.