**EXHIBIT A TO THE DECLARATION OF ROBERT J. WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR RECONSIDERATION**

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
3  San Francisco, California 94111-4106
   Telephone:    415-434-9100
4  Facsimile:    415-434-3947

5  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
6  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
7  Atlanta, Georgia 30309
   Telephone: 404.443.5500
8  Facsimile: 404.443.5751

9  Attorneys for DIGITAL ENVOY, INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13 DIGITAL ENVOY, INC.,                | Case No. C 04 01497 RS
14        Plaintiff/Counter defendant, |
                                       | **MANUAL FILING NOTIFICATION IN**
15    v.                               | **CONNECTION WITH DIGITAL**
                                       | **ENVOY'S OPPOSITION TO GOOGLE'S**
16 GOOGLE, INC.,                       | **MOTION FOR RECONSIDERATION**
17        Defendant/Counterclaimant.   |
                                       | **The Honorable Richard Seeborg**
18

W02-SF:5BB\61460377.1                                -1-                MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOGGLE, INC. MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT A ATTACHED TO THE DECLARATION OF ROBERT J. WADDELL, JR., IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR RECONSIDERATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: December 7, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Brian Blackman_____
P. CRAIG CARDON
BRIAN R. BLACKMAN
TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.