1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
3  San Francisco, California 94111-4106
   Telephone:   415-434-9100
4  Facsimile:   415-434-3947

5  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
6  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
7  Atlanta, Georgia 30309
   Telephone: 404.443.5500
8  Facsimile: 404.443.5751

9  Attorneys for DIGITAL ENVOY, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE DECLARATION OF ROBERT J. WADDELL IN SUPPORT OF DIGITAL ENVOY'S OPPOSITION TO GOOGLE'S MOTION FOR RECONSIDERATION** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |

-1-

W02-SF:5BB\61478216.1    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
ADMIN. REQUEST TO FILE WADDELL DEC. UNDER SEAL.

Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, the Declaration Of Robert J. Waddell in support of Digital Envoy's Opposition to Google's Motion for Reconsideration, lodged with the Court on December 7, 2005, the Court HEREBY ORDERS that the Waddell Declaration be filed under seal.

DATED: December __, 2005

By _____
The Honorable Richard Seeborg
United States Magistrate Judge

-2-

W02-SF:5BB\61478216.1   [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S ADMIN. REQUEST TO FILE WADDELL DEC. UNDER SEAL.