1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  BRIAN R. BLACKMAN, Cal. Bar No. 196996
   KENDALL M. BURTON, Cal. Bar No. 228720
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:   415-434-9100
   Facsimile:   415-434-3947
6

7  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
8  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
9  Atlanta, Georgia 30309
   Telephone: 404.443.5500
10 Facsimile: 404.443.5751

11 Attorneys for DIGITAL ENVOY, INC.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15 | DIGITAL ENVOY, INC.,             | Case No. C 04 01497 RS
16 |     Plaintiff/Counter defendant, |
17 | v.                                | **CERTIFICATE OF SERVICE**
18 | GOOGLE, INC.,                     |
19 |     Defendant/Counterclaimant.    |

-1-

W02-SF:FML\61465632.1
Case No. C-04-01497 RS

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE
*Digital Envoy, Inc. v. Google, Inc.*
U.S.D.C./San Jose Case No. C 04 01497 RS

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On **December 7, 2005**, I served the following documents described as follows:

**DECLARATION OF ROBERT J. WADDELL, JR. IN SUPPORT OF DIGITAL ENVOY INC.'S OPPOSITION TO GOOGLE'S MOTION FOR RECONSIDERATION**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

David Kramer, Esq.
Purita B. Marquez, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

[x] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

[ ] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

W02-SF:FML\61465632.1
Case No. C-04-01497 RS

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | ☒ | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on **December 7, 2005**, at San Francisco, California.

_____
Anna Carr

-3-

W02-SF:FML\61465632.1
Case No. C-04-01497 RS

CERTIFICATE OF SERVICE