# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

CASE NO.: <u>C-04-1497 RS (JCS)</u>

CASE NAME: *Digital Envoy, Inc. v. Google, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO     CLERK: Mary Macudzinski-Gomez

DATE: <u>12/13/2005</u>     TIME: <u>1.5 hrs.</u>     COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>     <u>COUNSEL FOR DEFENDANT(S):</u>

Timothy H. Kratz     David Kramer

### PROCEEDINGS

- [X] SETTLEMENT CONFERENCE
- [ ] FURTHER SETTLEMENT CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] STATUS CONFERENCE RE: _____
- [G] TELEPHONIC CONFERENCE RE: _____
- [ ] OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

A settlement conference was held; the case did not settle. The parties were invited to contact Magistrate Judge Spero if they wish to have a further settlement conference.