1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
3  San Francisco, California 94111-4106
   Telephone:    415-434-9100
4  Facsimile:    415-434-3947                    *E-FILED 12/16/05*

5  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
6  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
7  Atlanta, Georgia 30309
   Telephone: 404.443.5500
8  Facsimile: 404.443.5751

9  Attorneys for DIGITAL ENVOY, INC.

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13 DIGITAL ENVOY, INC.,                Case No. C 04 01497 RS

14           Plaintiff/Counter defendant,

15     v.                              [~~PROPOSED~~] ORDER GRANTING
                                       DIGITAL ENVOY'S MISCELLANEOUS
16 GOOGLE, INC.,                       ADMINISTRATIVE REQUEST TO FILE
                                       UNDER SEAL, PURSUANT TO LOCAL
17           Defendant/Counterclaimant. RULES 7-11 AND 79-5, THE
                                       DECLARATION OF ROBERT J.
18                                     WADDELL IN SUPPORT OF DIGITAL
                                       ENVOY'S OPPOSITION TO GOOGLE'S
19                                     MOTION FOR RECONSIDERATION

20

21

22

23

24

25

26

27

28

-1-

W02-SF:5BB\61478216.1                    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
                                         ADMIN. REQUEST TO FILE WADDELL DEC. UNDER SEAL.

1    Having considered Plaintiff Digital Envoy's Miscellaneous Administrative Request to File

2  Under Seal, Pursuant to Local Rules 7-11 and 79-5, the Declaration Of Robert J. Waddell in

3  support of Digital Envoy's Opposition to Google's Motion for Reconsideration, lodged with the

4  Court on December 7, 2005, the Court HEREBY ORDERS that the Waddell Declaration be filed

5  under seal.

6  DATED:  December 14, 2005

7

8

9                              By        /s/ Richard Seeborg

10                                        _____

                                          The Honorable Richard Seeborg
11                                        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-SF:5BB\61478216.1                                    [PROPOSED] ORDER GRANTING DIGITAL ENVOY'S
                                                         ADMIN.  REQUEST TO FILE WADDELL DEC.  UNDER SEAL.