1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  MCGUIRE WOODS, L.L.P
   1170 Peachtree Street, N.E., Suite 2100
8  Atlanta, Georgia 30309
   Telephone: 404.443.5500
9  Facsimile: 404.443.5751

10 Attorneys for DIGITAL ENVOY, INC.

**FILED**

DEC 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                     Case No. C 04 01497 RS

15         Plaintiff/Counter defendant,     *RS*

16   v.                                     [PROPOSED] ORDER GRANTING
                                            DIGITAL ENVOY'S REQUEST FOR
17 GOOGLE, INC.,                            ORAL ARGUMENT ON GOOGLE INC.'S
                                            MOTION FOR RECONSIDERATION
18         Defendant/Counterclaimant.

19

20

21

22

23

24

25

26

27

28

-1-

Dockets.Justia.com

1        Having considered Plaintiff Digital Envoy's miscellaneous request for oral argument On

2  Google Inc.'s Motion For Reconsideration, the Court HEREBY ORDERS that a hearing on

3  Google's Motion for Reconsideration is set for ~~December~~ _January_ 12, 2005 at _10:00 am_ in Courtroom

4  4, 5th Floor, of the above reference Court.

5  DATED: December 14, 2005

6

7

8               By

9                        The Honorable Richard Seeborg
                           United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

W02-SF:5BB\61478018.1

[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S REQUEST FOR
ORAL ARGUMENT ON MOTION FOR RECONSIDERATION.