P. CRAIG CARDON, Cal. Bar. No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
KENDALL M. BURTON, Cal. Bar No. 228720
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404-443-5500
Facsimile: 404-443-5599

PATRICK J. FLINN, Cal. Bar No. 104423
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. C 04 01497 RS <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** <br><br> The Honorable Richard Seeborg |

PLEASE TAKE NOTICE that SHEPPARD, MULLIN, RICHTER & HAMPTON LLP and MCGUIREWOODS LLP, attorneys of record for Plaintiff DIGITAL ENVOY, INC., hereby associate ALSTON & BIRD LLP as co-counsel for DIGITAL ENVOY, INC. in this matter. The name, office address, telephone number, and facsimile number of the associated counsel are:

> Patrick J. Flinn
> Alston & Bird LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Telephone: 404-881-7000
> Facsimile: 404-881-7777

P. Craig Cardon of SHEPPARD, MULLIN, RICHTER & HAMPTON LLP and Timothy H. Kratz of MCGUIREWOODS LLP concur in the filing of this Notice of Association of Counsel.

DATED: January 6, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/ Craig Cardon
         P. Craig Cardon
         Attorneys for Plaintiff
         DIGITAL ENVOY, INC.

DATED: January 6, 2006

MCGUIREWOODS LLP

By       /s/ Timothy Kratz
         Timothy H. Kratz
         Attorneys for Plaintiff
         DIGITAL ENVOY, INC.

1  ALSTON & BIRD LLP hereby accepts the above association.

2  DATED: January 6, 2006

3                    ALSTON & BIRD LLP

4

5              By          /s/ Patrick Flynn
6                          PATRICK J. FLINN

7                    Attorneys for Plaintiff
                     DIGITAL ENVOY, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Association of Counsel. In compliance with General Order 45.X.B., I hereby attest that Craig Cardon, Timothy Kratz and Patrick Flynn, have concurred in this filing.

DATED: January 6, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.