UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __PETER TORREANO__          DATE: __1/12/06__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                                CASE #: __C 04-01497 RS__

CASE TITLE: __DIGITAL ENVOY__ VS. __GOOGLE, INC.__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__TIMOTHY KRATZ__                __DAVID KRAMER__

__PATRICK FLINN__                  __DAVID LANSKY__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.       {X} MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }     {X}     { }    1. __FOR RECONSIDERATION__
{ }     { }      { }    2.
{ }     { }      { }    3.
{ }     { }      { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED      [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED         [ ] DENIED         [ ] SUBMITTED         [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to        @        For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: __MATTER IS ARGUED BY COUNSEL. COURT WILL ISSUE WRITTEN ORDER.__

HOURS IN SETTLEMENT: _____       Copies to: _____