1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:     415-434-9100
   Facsimile:     415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
   JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
8  MCGUIREWOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
9  Atlanta, Georgia 30309
   Telephone:     404.443.5500
10 Facsimile:     404.443.5751

11 PATRICK J. FLINN, Cal. Bar No. 104423
   ALSTON & BIRD LLP
12 One Atlantic Center
   1201 West Peachtree Street
13 Atlanta, Georgia 30309
   Telephone: 404-881-7000
14 Facsimile: 404-881-7777

15 Attorneys for DIGITAL ENVOY, INC.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                            SAN JOSE DIVISION

19 DIGITAL ENVOY, INC.,                          Case No. C 04 01497 RS

20            Plaintiff/Counterdefendant,        **STIPULATION AND [PROPOSED]**
                                                 **ORDER RE: AMENDING SCHEDULING**
21       v.                                      **ORDER**

22 GOOGLE, INC.,

23            Defendant/Counterclaimant.

24

25

26

27

28

-1-

Dockets.Justia.com

1    Digital Envoy, Inc. ("Digital Envoy") and Google Inc. ("Google") submit, through their

2  counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered

3  by the Court in this matter on August 27, 2004, and amended by Order of the Court on October

4  21, 2005 and December 1, 2005.  Digital Envoy filed a Motion to Compel, which was noticed for

5  hearing for December 5, 2005.  The Court in its November 22, 2005 Order continued the hearing

6  on Digital Envoy's Motion to Compel indefinitely.  Digital Envoy states that the discovery issues

7  raised in its Motion to Compel should be resolved prior to expert disclosures and the

8  commencement of expert discovery.  (At the time the previous Stipulation to Amend the

9  Scheduling Order was submitted, the parties understood that the Motion to Compel would be

10  heard prior to the date for expert disclosures.)  During the January 12, 2006 hearing, the Court

11  suggested that the parties propose amendments to the Scheduling Order.

12    The parties state that these proposed amendments to the Scheduling Order will

13  serve the interests of efficiency and economy.  Therefore, the parties, through their undersigned

14  counsel, propose an amendment to the Scheduling Order as follows:

15    1.    <u>EXPERT WITNESSES</u>.  The disclosure and discovery of expert witness opinions

16  shall proceed as follows:

17    a.    On or before **March 3, 2006**, plaintiff shall disclose expert testimony and

18        reports in accordance with Rule 26(a)(2), F.R. Civ. P.

19    b.    On or before **April 7, 2006**, defendant shall disclose expert testimony and

20        reports in accordance with Rule 26(a)(2), F.R. Civ. P.

21    c.    On or before **April 28, 2006**, all discovery of expert witnesses pursuant to

22        Rule 26(b)(4), F.R. Civ. P. shall be completed.

23    2.    <u>PRETRIAL MOTIONS</u>.  All pretrial motions must be filed and served pursuant to

24  Civil Local Rule 7.  All pretrial motions shall be **<u>heard</u>** no later than **June 7, 2006**.

25    3.    <u>PRETRIAL STATEMENTS</u>.  At a time convenient to both, counsel shall meet and

26  confer to discuss preparation of a joint pretrial statement and on or before **June 16, 2006**, counsel

27  shall file a Joint Pretrial Statement in accordance with the attached Standing Order re: Pretrial

28  Preparation.

1      4.    <u>PRETRIAL CONFERENCE</u>.  The final pretrial conference will be held **after June

2  16, 2006**, on such date as the Court shall order.  Each party or lead counsel who will try the case

3  shall attend personally.  Counsel shall comply with the attached Standing Order re: Pretrial

4  Preparation.

5      5.    <u>TRIAL DATE</u>.  Jury trial shall commence **after June 16, 2006**, on such date as the

6  Court shall order.

7      In all other respects, the Scheduling Order remains in full force and effect. Nothing

8  contained in the parties' stipulation shall operate to re-open fact discovery or extend the period for

9  fact discovery.  Nothing in the stipulation shall prohibit any party from seeking to amend this or

10  any subsequent Scheduling Order if it believes that such relief is warranted.

11      IT IS SO STIPULATED.

12

13

14          *[SIGNATURES ON FOLLOWING PAGE]*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER
RE: AMENDING SCHEDULING ORDER

1  DATED:  January 20, 2006

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                     By     _____/s/ Brian R. Blackman_____
                                              P. CRAIG CARDON
5                                             BRIAN R. BLACKMAN

6
                              TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
7                              LUKE ANDERSON (Admitted *Pro Hac Vice*)
                              MCGUIRE WOODS, L.L.P
8                              1170 Peachtree Street, N.E., Suite 2100
                              Atlanta, Georgia 30309
9                              Telephone: 404.443.5706
                              Facsimile:  404.443.5751
10
                                   Attorneys for DIGITAL ENVOY, INC.
11

12 DATED:  January 20, 2006

13                                   WILSON SONSINI GOODRICH & ROSATI PC

14

15                    By     _____/s/ David Lansky_____
                                              DAVID H. KRAMER
16                                            DAVID LANSKY
                                   Attorneys for GOOGLE, INC.
17

18                                         **<u>ORDER</u>**

19       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

20 DATED: _____

21

22

23                     _____
                                   HON. RICHARD SEEBORG
24                                 United States Magistrate Judge

25

26

27

28

-3-

CERTIFICATION

I, Brian R. Blackman, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order re: Amending Scheduling Order. In compliance with General Order 45.X.B I hereby attest that all parties have concurred in this filing.

DATED: January 20, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____/s/ Brian R. Blackman_____
BRIAN R. BLACKMAN

Attorneys for DIGITAL ENVOY, INC.

W02-SF:5BB\61482940.1