**United States District Court**
For the Northern District of California

1

2

3                                                    **\*E-FILED 1/24/06\***

4

5

6

7

8

9

10                          IN THE UNITED STATES DISTRICT COURT

11                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

DIGITAL ENVOY, INC.,                            NO. 04-cv-1497 RS

14            Plaintiff,                         **JUDGMENT**

15      v.

16  GOOGLE, INC.,

17            Defendant.
    _____/

18

19      Based on the orders issued on November 8, 2005 and January 24, 2006, granting the

20  summary judgment motion regarding damages filed by defendant Google, Inc. ("Google"), the Court

21  enters judgment in favor of Google and against plaintiff Digital Envoy, Inc. ("Digital") in the above-

22  entitled action.

23  IT IS SO ORDERED.

24  Dated: 1/24/06                              _____
                                                RICHARD SEEBORG
25                                              United States Magistrate Judge

26

27

28

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Brian R. Blackman      bblackman@sheppardmullin.com

P. Craig Cardon      ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves      tgraves@wsgr.com

Stephen C. Holmes      sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer      dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun      mkwun@google.com

David L. Lansky      dlansky@wsgr.com

Chan S. Park      cpark@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.


**Dated: 1/24/06**                                    **Chambers of Judge Richard Seeborg**

                                                      **By:** _____ **/s/ BAK** _____