*E-FILED 1/25/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | NO. 04-cv-1497 RS <br><br> **ORDER VACATING JUDGMENT AND SETTING STATUS CONFERENCE ON GOOGLE'S AMENDED COUNTERCLAIMS** |

The judgment entered in the above-entitled action on January 24, 2006, is vacated due to the pendency of the amended counterclaims filed by defendant Google, Inc. ("Google") against plaintiff Digital Envoy, Inc. ("Digital").  The Court will conduct a telephonic conference with all counsel on February 8, 2006 at 2:30 p.m. to discuss the status of Google's amended counterclaims.  Prior to the conference, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

IT IS SO ORDERED.

Dated: 1/25/06

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Brian R. Blackman    bblackman@sheppardmullin.com

P. Craig Cardon    ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves    tgraves@wsgr.com

Stephen C. Holmes    sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer    dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun    mkwun@google.com

David L. Lansky    dlansky@wsgr.com

Chan S. Park    cpark@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 1/25/06**                                            **Chambers of Judge Richard Seeborg**

                                                              **By:    /s/ BAK**