UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:_____NOT REPORTED_____          DATE:__2/8/06_____
COURTROOM DEPUTY:_MARTHA PARKER BROWN___
                                                            CASE #:__C 04-01497 RS_____

CASE TITLE:_____DITIGAL ENVOY, INC_____VS. ___GOOGLE, INC_____

**Appearances for Plaintiff(s)**                        **Appearances for Defendant(s)**

__TIMOTHY KRATZ_____                    ___DAVID KRAMER_____

_____                    _____

_____                    _____

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.    {X} TELEPHONIC STATUS CONF.        { } MOTIONS LISTED BELOW:

Pltf.      Deft.      Cross Mot.
{ }      { }      { }    1._____
{ }      { }      { }    2._____
{ }      { }      { }    3._____
{ }      { }      { }    4._____

DISPOSITION of TODAY'S PROCEEDINGS

[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

_____      _____      _____      _____

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to_____@_____For_____

_____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:_STATUS CONFERENCE HELD.  COURT WILL ISSUE WRITTEN ORDER._____

HOURS IN SETTLEMENT:_____    Copies to:_____ _____ _____