1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
   JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
8  MCGUIREWOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
9  Atlanta, Georgia 30309
   Telephone:    404.443.5500
10 Facsimile:    404.443.5751

11 PATRICK J. FLINN, Cal. Bar No. 104423
   ALSTON & BIRD LLP
12 One Atlantic Center
   1201 West Peachtree Street
13 Atlanta, Georgia 30309
   Telephone: 404-881-7000
14 Facsimile: 404-881-7777

15 Attorneys for DIGITAL ENVOY, INC.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

20         Plaintiff/Counter defendant,

21    v.                                   | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MOTION TO DISMISS GOOGLE'S DECLARATORY JUDGMENT COUNTERCLAIM AND MOTION FOR ENTRY OF JUDGMENT**

22 GOOGLE, INC.,

23         Defendant/Counterclaimant.

24
25
26
27
28

-1-

W02-SF:5BB\61485230.1                ORDER GRANTING MOTION TO DISMISS AND
                                     MOTION FOR ENTRY OF JUDGMENT

Dockets.Justia.com

-2-

Before the Court is plaintiff and counterdefendant Digital Envoy's Motion to Dismiss Google's Counterclaim for Declaratory Judgment pursuant to Fed. R. Civ. P. 12(b)(1) and Motion for Entry of Judgment on Digital Envoy's claims pursuant to Fed. R. Civ. P. 54(b).  Having considered the parties' moving and opposing papers and heard the argument of counsel, the Court HEREBY ORDERS that:

1. Digital Envoy's Motion to Dismiss Google's counterclaim for Declaratory Judgment is GRANTED;

2. Digital Envoy's Motion for Entry of Judgment on all of its claims is GRANTED.

IT IS SO ORDERED.

DATED:  March __, 2006

By _____
The Honorable Richard Seeborg
United States Magistrate Judge