1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   COLLEEN BAL, State Bar No. 167637 (cbal@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
   Google Inc.
7
   P. CRAIG CARDON, State Bar No. 168646
8  BRIAN R. BLACKMAN, State Bar No. 196996
   KENDALL M. BURTON, State Bar No. 228720
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111-4106
   Telephone: (415) 434-9100
11 Facsimile: (415) 434-3947

12 TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
   LUKE ANDERSON, (Admitted *Pro Hac Vice*)
13 MCGUIRE WOODS, LLP
   1170 Peachtree Street, N.E., Suite 2100
14 Atlanta, Georgia 30309
   Telephone: (404) 443-5500
15 Facsimile: (404) 443-5751

16 Attorneys for Plaintiff/Counterdefendant,
   Digital Envoy, Inc.

17
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | CASE NO.: C 04 01497 RS |
| Plaintiff/Counterdefendant, | **STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER** |
| v. | |
| GOOGLE INC., | |
| Defendant/Counterclaimant. | |

STIPULATION AND [PROPOSED]
RE : AMENDING SCHEDULING ORDER
C 04 01497 RS

C:\NrPortbl\PALIB1\DAG\2817903_2.DOC

Google Inc. ("Google") and Digital Envoy, Inc. ("Digital Envoy") submit, through their counsel of record, this stipulation and proposed order to amend the Case Scheduling Order entered by the Court on this matter on August 27, 2004, and amended by Orders of the Court on October 21, 2005 and December 5, 2005.

In light of the resolution of Digital Envoy's claims in the action and the pendency of Google's counterclaims, the parties propose these amendments to the Scheduling Order in the interests of efficiency and economy:

1. <u>EXPERT WITNESSES</u>.  The disclosure and discovery of expert witness opinions shall proceed as follows:

    a. On or before **April 28, 2006**, defendant shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R. Civ. P.

    b. On or before **May 29, 2006**, plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R. Civ. P.

    c. On or before **June 23, 2006**, all discovery of expert witnesses pursuant to Rule 26(b)(4), F.R. Civ. P. shall be completed.

2. <u>PRETRIAL MOTIONS</u>.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be **heard** no later than **August 16, 2006**.

3. <u>PRETRIAL STATEMENTS</u>.  At a time convenient to both, counsel shall meet and confer to discuss preparation of joint pretrial statement and on or before **September 6, 2006**, counsel shall file a Joint Pretrial Statement in accordance with the Court's Standing Order re: Pretrial Preparation.

4. <u>PRETRIAL CONFERENCE</u>.  The final conference will be held on _____.  Each party or lead counsel who will try the case shall attend personally. Counsel shall comply with the Court's Standing Order re: Pretrial Preparation.

5. <u>TRIAL DATE</u>.  Jury trial shall commence on _____.

In all other respects, the Scheduling Order remains in full force and effect.  Nothing contained in the parties' stipulation shall operate to re-open fact discovery or extend the period

for fact discovery.  Nothing in the stipulation shall prohibit any party from seeking to amend this or any subsequent Scheduling Order it is believes that such relief is warranted.

Dated:  February 15, 2006　　　　　　　　　　　MCGUIRE WOODS, LLP

By: /s/ Timothy H. Kratz
　　　　Timothy H. Kratz

Attorneys for Plaintiff and Counterdefendant
DIGITAL ENVOY, INC.

Dated:  February 15, 2006　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
　　　　David H. Kramer

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2006　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER**. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: February 16, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ David H. Kramer
David H. Kramer

Attorneys for Defendant / Counterclaimant
GOOGLE INC.