**\*E-FILED 2/16/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | NO. 5:04-cv-1497 RS |
| Plaintiff, | **ORDER SETTING HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

On February 15, 2006, plaintiff Digital Envoy, Inc. ("Digital") requested that the Court revisit its prior motion to compel on the basis that some of the discovery requests involved in that motion remain at issue pending the outcome of the counterclaims filed by defendant Google, Inc. ("Google"). The motion was previously fully briefed. Good cause appearing therefore, the Court grants Digital's request and will hear the motion to compel on March 22, 2006 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 2/16/06

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Brian R. Blackman     bblackman@sheppardmullin.com

P. Craig Cardon     ccardon@sheppardmullin.com, msariano@sheppardmullin.com

Charles Tait Graves     tgraves@wsgr.com

Stephen C. Holmes     sholmes@wsgr.com, pmarquez@wsgr.com

David H. Kramer     dkramer@wsgr.com, dgrubbs@wsgr.com

Michael S. Kwun     mkwun@google.com

David L. Lansky     dlansky@wsgr.com

Chan S. Park     cpark@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 2/16/06**                                   **Chambers of Richard Seeborg**

                                                     **By:     /s/ BAK**