UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR                                          DATE: 3/22/06
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                             CASE #: C 04-01497RS

CASE TITLE: DIGITAL ENVOY, INC   VS.   GOOGLE, INC

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

TIMOTHY KRATZ                              DAVID KRAMER

                                           DAVID LANSKY

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{X}     { }     { }         1. TO DISMISS
{X}     { }     { }         2. TO COMPEL
{ }     { }     { }         3.
{ }     { }     { }         4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED     [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: MATTER IS HEARD. COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT: _____     Copies to: _____   _____   _____