1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  KENDALL M. BURTON, Cal. Bar No. 228720
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
   JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
8  MCGUIREWOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
9  Atlanta, Georgia 30309
   Telephone:    404.443.5500
10 Facsimile:    404.443.5751

11 PATRICK J. FLINN, Cal. Bar No. 104423
   ALSTON & BIRD LLP
12 One Atlantic Center
   1201 West Peachtree Street
13 Atlanta, Georgia 30309
   Telephone: 404-881-7000
14 Facsimile: 404-881-7777

15 Attorneys for DIGITAL ENVOY, INC.

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                            SAN JOSE DIVISION

19 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

20        Plaintiff/Counterdefendant,      | **VOLUNTARY DISMISSAL OF DIGITAL ENVOY'S CLAIM FOR INJUNCTIVE RELIEF**

21    v.

22 GOOGLE, INC.,                           | **[Fed. R. Civ. P. 41(a)(2)]**

23        Defendant/Counterclaimant.       | The Honorable Richard Seeborg

-1-

W02-SF:5BB\61489768.1                     VOLUNTARY DISMISSAL OF DIGITAL
                                          ENVOY'S REQUEST FOR INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 41(a)(2) and Judge Richard Seeborg's March 28, 2006 Order Granting Motion to Dismiss, Denying Motion for Entry of Judgment, Denying Motion to Compel and Setting Further Dates, plaintiff Digital Envoy, Inc. ("Digital Envoy") dismisses without prejudice its request for an injunction as set forth in its Amended Complaint.

DATED: March 31, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian R. Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.