UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__        DATE: __4/6/06__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                      CASE #: __C 04-01497RS__

CASE TITLE: __DIGITAL ENVOY__ VS. __GOOGLE, INC.__

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

__ROBERT J. WADDELL, JR__           __DAVID KRAMER__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.    {X} TELEPHONIC CMC     { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**   { } Cont'd to:       @       For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments:

__CASE MANAGEMENT CONFERENCE HELD__

HOURS IN SETTLEMENT: _____       Copies to: _____