| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com) |
| | COLLEEN BAL, State Bar No. 167637 (cbal@wsgr.com) |
| 2 | DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendant/Counterclaimant |
| | Google Inc. |
| 7 | |
| | P. CRAIG CARDON, State Bar No. 168646 |
| 8 | BRIAN R. BLACKMAN, State Bar No. 196996 |
| | KENDALL M. BURTON, State Bar No. 228720 |
| 9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | Four Embarcadero Center, 17th Floor |
| 10 | San Francisco, California 94111-4106 |
| | Telephone: (415) 434-9100 |
| 11 | Facsimile: (415) 434-3947 |
| 12 | TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON, (Admitted *Pro Hac Vice*) |
| 13 | ROBERT J. WADDELL, JR. (*Admitted Pro Hac Vice*) |
| | MCGUIREWOODS LLP |
| 14 | 1170 Peachtree Street N.E., Suite 2100 |
| | Atlanta, Georgia 30309 |
| 15 | Telephone: (404) 443-5500 |
| | Facsimile: (404) 443-5751 |
| 16 | |
| | Attorneys for Plaintiff/Counterdefendant, |
| 17 | Digital Envoy, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | ) | CASE NO.: C 04 01497 RS |
| | ) | |
| Plaintiff/Counterdefendant, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE: AMENDING** |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| | ) | |

STIPULATION AND [PROPOSED]
RE : AMENDING SCHEDULING ORDER
C 04 01497 RS

C:\NrPortbl\PALIB1\NVG\2857023_1.DOC

Dockets.Justia.com

1  Google Inc. ("Google") and Digital Envoy, Inc. ("Digital Envoy") submit, through their
2  counsel of record, this stipulation and proposed order to amend the Case Scheduling Order
3  entered by the Court on this matter on August 27, 2004, and amended by Orders of the Court on
4  October 21, 2005, December 5, 2005 and March 28, 2006.
5  In light of the resolution of Digital Envoy's claims in the action and the pendency of
6  Google's counterclaims, the parties propose these amendments to the Scheduling Order in the
7  interests of efficiency and economy:
8      1.    <u>EXPERT WITNESSES</u>.  The disclosure and discovery of expert witness opinions
9  shall proceed as follows:

        a.    On or before **April 28, 2006**, defendant shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R. Civ. P.

        b.    The deposition of defendant's expert is scheduled to take place on **May 16, 2006**.

        c.    On or before **May 19, 2006**, plaintiff shall disclose expert testimony and reports in accordance with Rule 26(a)(2), F.R. Civ. P.

        d.    The deposition of plaintiff's expert will take place during the week of **May 22, 2006**.

        e.    On or before **June 1, 2006**, all discovery of expert witnesses pursuant to Rule 26(b)(4), F.R. Civ. P. shall be completed.

        f.    The parties may serve subpoenas on the opposing party's expert in advance of the deadline for that expert's deposition, and the production of documents in response to such subpoena will take place on or before the date the expert's deposition is to take place.  The parties are not required to produce communications with the expert or draft reports.

        g.    Any pretrial motions concerning experts must be filed by **June 2, 2006**, with any opposition due **June 5, 2005** and will be deemed submitted on the papers.

2. In all other respects, the Scheduling Order remains in full force and effect. Nothing contained in the parties' stipulation shall operate to re-open fact discovery or extend the period for fact discovery. Nothing in the stipulation shall prohibit any party from seeking to amend this or any subsequent Scheduling Order it is believes that such relief is warranted.

Dated: April 11, 2006                         MCGUIREWOODS LLP

                                          By:  /s/ Timothy H. Kratz
                                                     Timothy H. Kratz

Attorneys for Plaintiff and Counterdefendant
DIGITAL ENVOY, INC.

Dated: April 11, 2006                         WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                          By:  /s/ David L. Lansky
                                                     David L. Lansky

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2006
                                              HONORABLE RICHARD SEEBORG
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I, David L. Lansky, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER**. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: April 11, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ David L. Lansky
     David L. Lansky

Attorneys for Defendant / Counterclaimant
GOOGLE INC.