1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   COLLEEN BAL, State Bar No. 167637 (cbal@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050                *E-FILED 4/12/06*
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
   Google Inc.
7
   P. CRAIG CARDON, State Bar No. 168646
8  BRIAN R. BLACKMAN, State Bar No. 196996
   KENDALL M. BURTON, State Bar No. 228720
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111-4106
   Telephone: (415) 434-9100
11 Facsimile: (415) 434-3947

12 TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
   LUKE ANDERSON, (Admitted *Pro Hac Vice*)
13 ROBERT J. WADDELL, JR. (*Admitted Pro Hac Vice*)
   MCGUIREWOODS LLP
14 1170 Peachtree Street N.E., Suite 2100
   Atlanta, Georgia 30309
15 Telephone: (404) 443-5500
   Facsimile: (404) 443-5751
16
   Attorneys for Plaintiff/Counterdefendant,
17 Digital Envoy, Inc.

18                 UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
20                       SAN JOSE DIVISION
21

22 DIGITAL ENVOY, INC.,           ) CASE NO.: C 04 01497 RS
                                  )
23         Plaintiff/Counterdefendant, ) **STIPULATION AND [PROPOSED]**
                                  ) **ORDER RE: AMENDING**
24    v.                          ) **SCHEDULING ORDER**
                                  )
25 GOOGLE INC.,                   )
                                  )
26         Defendant/Counterclaimant. )
                                  )
27 _____ )
28

STIPULATION AND [PROPOSED]                C:\NrPortbl\PALIB1\NVG\2857023_1.DOC
RE: AMENDING SCHEDULING ORDER
C 04 01497 RS

1  Google Inc. ("Google") and Digital Envoy, Inc. ("Digital Envoy") submit, through their
2  counsel of record, this stipulation and proposed order to amend the Case Scheduling Order
3  entered by the Court on this matter on August 27, 2004, and amended by Orders of the Court on
4  October 21, 2005, December 5, 2005 and March 28, 2006.
5  In light of the resolution of Digital Envoy's claims in the action and the pendency of
6  Google's counterclaims, the parties propose these amendments to the Scheduling Order in the
7  interests of efficiency and economy:
8      1.    <u>EXPERT WITNESSES</u>.  The disclosure and discovery of expert witness opinions
9  shall proceed as follows:
10         a.    On or before **April 28, 2006**, defendant shall disclose expert testimony and
11         reports in accordance with Rule 26(a)(2), F.R. Civ. P.
12         b.    The deposition of defendant's expert is scheduled to take place on **May 16,**
13         **2006**.
14         c.    On or before **May 19, 2006**, plaintiff shall disclose expert testimony and
15         reports in accordance with Rule 26(a)(2), F.R. Civ. P.
16         d.    The deposition of plaintiff's expert will take place during the week of **May**
17         **22, 2006**.
18         e.    On or before **June 1, 2006**, all discovery of expert witnesses pursuant to
19         Rule 26(b)(4), F.R. Civ. P. shall be completed.
20         f.    The parties may serve subpoenas on the opposing party's expert in advance
21         of the deadline for that expert's deposition, and the production of
22         documents in response to such subpoena will take place on or before the
23         date the expert's deposition is to take place.  The parties are not required to
24         produce communications with the expert or draft reports.
25         g.    Any pretrial motions concerning experts must be filed by **June 2, 2006**,
26         with any opposition due **June 5, 2005** and will be deemed submitted on the
27         papers.
28

2.    In all other respects, the Scheduling Order remains in full force and effect. Nothing contained in the parties' stipulation shall operate to re-open fact discovery or extend the period for fact discovery. Nothing in the stipulation shall prohibit any party from seeking to amend this or any subsequent Scheduling Order it is believes that such relief is warranted.

Dated: April 11, 2006                    MCGUIREWOODS LLP

                                         By: /s/ Timothy H. Kratz
                                              Timothy H. Kratz

                                         Attorneys for Plaintiff and Counterdefendant
                                         DIGITAL ENVOY, INC.


Dated: April 11, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By: /s/ David L. Lansky
                                              David L. Lansky

                                         Attorneys for Defendant and Counterclaimant
                                         GOOGLE INC.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 12, 2006                    _____
                                         HONORABLE RICHARD SEEBORG
                                         UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATION**

I, David L. Lansky, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: AMENDING SCHEDULING ORDER**. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: April 11, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation


                                               By:   /s/ David L. Lansky
                                                        David L. Lansky

                                               Attorneys for Defendant / Counterclaimant
                                               GOOGLE INC.