P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
BRIAN D. ANDERSON, Cal. Bar No. 221645
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE DECLARATIONS OF ANDREW LINDER, ROBERT B. FRIEDMAN AND ROBERT J. WADDELL, AND ALL EXHIBITS THERETO, AND DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT** <br><br> **The Honorable Richard Seeborg** |

-1-

1  Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal the
2  Declarations of Andrew Linder, Robert B. Friedman, and Robert J. Waddell, and all exhibits
3  thereto, and Digital Envoy's Motion for Summary Judgment.
4  Defendant Google, Inc. has identified these documents (and information contained in these
5  documents) as "Confidential" pursuant to the Stipulation and Protective Order Regarding
6  Confidentiality filed August 23, 2004 in this matter. Without concurring in Google's view, in light
7  of its designation, Digital Envoy requests an order permitting it to file these documents under seal.
8  Respectfully submitted,

10 DATED: April 12, 2006

11              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13              By      /s/ Brian D. Anderson
                        P. CRAIG CARDON
14                      BRIAN D. ANDERSON

                TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
16              LUKE ANDERSON (Admitted *Pro Hac Vice*)
                MCGUIRE WOODS, L.L.P
17              1170 Peachtree Street, N.E., Suite 2100
                Atlanta, Georgia 30309
18              Telephone: 404.443.5706
                Facsimile:  404.443.5751

                Attorneys for DIGITAL ENVOY, INC.