P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
BRIAN D. ANDERSON, Cal. Bar No. 221645
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIGITAL ENVOY, INC.,

    Plaintiff/Counter defendant,

v.

GOOGLE, INC.,

    Defendant/Counterclaimant.

Case No. C 04 01497 RS

**DECLARATION OF BRIAN D. ANDERSON IN SUPPORT OF DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, THE DECLARATIONS OF ANDREW LINDER, ROBERT B. FRIEDMAN AND ROBERT J. WADDELL, AND ALL EXHIBITS THERETO, AND DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT**

**The Honorable Richard Seeborg**

-1-

1  I, Brian D. Anderson, declare:

2  1.  I am an attorney licensed to practice before this Court and am associated with Sheppard Mullin Richter & Hampton LLP, counsel of record for Digital Envoy, Inc. in this matter. I make this declaration based on my personal knowledge, except where noted otherwise, and would competently testify to these facts if called to do so.

3  2.  I submit this declaration in support of Digital Envoy's Miscellaneous Administrative Request to File Under Seal, Pursuant to Local Rules 7-11 and 79-5, The Declarations of Andrew Linder, Robert B. Friedman, and Robert J. Waddell, and all exhibits thereto, and Digital Envoy's Motion for Summary Judgment.

4  3.  Each of these documents (and information contained in these documents) has been designated by defendant Google, Inc. as "Confidential" under the terms of the Court's August 23, 2004 Stipulation and Protective Order Regarding Confidentiality. Without concurring in Google's view, in light of its designation, Digital Envoy requests an order permitting it to file under seal the Declarations of Andrew Linder, Robert B. Friedman, and Robert J. Waddell, and all exhibits thereto, and Digital Envoy's Motion for Summary Judgment.

I declare under penalty of perjury that the above statements are true and correct. Executed this 12th day of April 2006 in San Francisco, California.

　　　　　　　　　/s/ Brian D. Anderson
　　　　　　　　　BRIAN D. ANDERSON