1   P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
2   BRIAN D. ANDERSON, Cal. Bar No. 221645
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
4   Telephone:    415-434-9100
    Facsimile:    415-434-3947
5
    TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
6   LUKE ANDERSON (Admitted *Pro Hac Vice*)
    MCGUIRE WOODS, L.L.P
7   1170 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30309
8   Telephone: 404.443.5500
    Facsimile: 404.443.5751
9
    Attorneys for DIGITAL ENVOY, INC.
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN JOSE DIVISION
13
    DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS
14
             Plaintiff/Counter defendant,
15                                          **[PROPOSED] ORDER GRANTING
        v.                                  DIGITAL ENVOY'S MISCELLANEOUS
16                                          ADMINISTRATIVE REQUEST TO FILE
    GOOGLE, INC.,                           UNDER SEAL, PURSUANT TO LOCAL
17                                          RULES 7-11 AND 79-5, THE
             Defendant/Counterclaimant.     DECLARATIONS OF ANDREW LINDER,
18                                          ROBERT B. FRIEDMAN AND ROBERT
                                            J. WADDELL, AND ALL EXHIBITS
19                                          THERETO, AND DIGITAL ENVOY'S
                                            MOTION FOR SUMMARY JUDGMENT**
20
                                            **The Honorable Richard Seeborg**
21

22

23

24

25

26

27

28
                              -1-
Dockets.Justia.com

1         Having considered Plaintiff Digital Envoy, Inc.'s Miscellaneous Administrative Request to

2    File Under Seal, Pursuant to Local Rules 7-11 and 79-5, the Declarations of Andrew Linder,

3    Robert B. Friedman, and Robert J. Waddell, and all exhibits thereto, and Digital Envoy's Motion

4    for Summary Judgment, lodged with the Court, the Court HEREBY ORDERS that the

5    Declarations of Andrew Linder, Robert B. Friedman, and Robert J. Waddell, and all exhibits

6    thereto, and Digital Envoy's Motion for Summary Judgment be filed under seal.

7

8    DATED:  April __, 2006

9

10

11

12                      By                 _____

                                 The Honorable Richard Seeborg

13                                     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER GRANTING
ADMIN. REQUEST TO FILE UNDER SEAL