P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
BRIAN D. ANDERSON, Cal Bar No. 221645
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404-443-5500
Facsimile: 404-443-5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counter defendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **MANUAL FILING NOTIFICATION IN CONNECTION WITH DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT** <br><br> **The Honorable Richard Seeborg** |

**<u>DIGITAL ENVOY, INC. v. GOOGLE, INC. MANUAL FILING NOTIFICATION</u>**

Regarding:   THE DECLARATION OF ROBERT B. FRIEDMAN AND EXHIBITS A-R THERETO IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 12, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____/s/ Brian D. Anderson_____
P. CRAIG CARDON
BRIAN R. BLACKMAN
BRIAN D. ANDERSON
Attorneys for DIGITAL ENVOY, INC.