Digital Envoy Inc., v. Google Inc., Doc. 425

```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  BRIAN D. ANDERSON, Cal Bar No. 221645
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 5
    TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
 6  LUKE ANDERSON (Admitted Pro Hac Vice)
    ROBERT J. WADDELL, JR. (Admitted Pro Hac Vice)
 7  JOHN A. LOCKETT III (Admitted Pro Hac Vice)
    MCGUIRE WOODS, L.L.P
 8  1170 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30309
 9  Telephone: 404-443-5500
    Facsimile: 404-443-5751
10
    Attorneys for DIGITAL ENVOY, INC.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14
    DIGITAL ENVOY, INC.,              Case No. C 04 01497 RS
15
              Plaintiff/Counter defendant,
16                                    MANUAL FILING NOTIFICATION IN
         v.                           CONNECTION WITH DIGITAL
17                                    ENVOY'S MOTION FOR SUMMARY
    GOOGLE, INC.,                     JUDGMENT
18
              Defendant/Counterclaimant.
19                                    The Honorable Richard Seeborg
20
21
22
23
24
25
26
27
28
```

-1-

W02-SF:5MPF1\61491431.1                                MANUAL FILING NOTIFICATION

Dockets.Justia.com

1  **DIGITAL ENVOY, INC. v. GOOGLE, INC. MANUAL FILING NOTIFICATION**

2  Regarding: DECLARATION OF ROBERT J. WADDELL, JR AND EXHIBITS A-S
   THERETO, FILED IN SUPPORT OF DIGITAL ENVOY'S MOTION FOR
3  SUMMARY JUDGMENT

4      This filing is in paper or physical form only, and is being maintained in the case file in the

5  Clerk's office.

6      If you are a participant in this case, this filing will be served in hard-copy shortly.

7      For information on retrieving this filing directly from the court, please see the court's main

8  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9      This filing was not e-filed for the following reason(s):

10

11 ___ Voluminous Document (PDF file size larger than the efiling system allows)

12 ___ Unable to Scan Documents

13 ___ Physical Object (description): _____

14 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15 **X** Item Under Seal

16 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

17 ___ Other (description): _____
18

19

20 DATED: April 12, 2006

21                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

22

23         By        /s/ Brian D. Anderson
                   P. CRAIG CARDON
24               BRIAN R. BLACKMAN
                 BRIAN D. ANDERSON
25        Attorneys for DIGITAL ENVOY, INC.

26

27

28