*E-FILED 4/13/06*

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON, Cal. Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5
   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON (Admitted *Pro Hac Vice*)
   McGUIRE WOODS, L.L.P
7  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
8  Telephone: 404.443.5500
   Facsimile: 404.443.5751
9
10 Attorneys for DIGITAL ENVOY, INC.

DENIED WITHOUT PREJUDICE

Judge Richard Seeborg

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN JOSE DIVISION

14 DIGITAL ENVOY, INC.,                    | Case No. C 04 01497 RS

15            Plaintiff/Counter defendant,

16     v.                                  **[PROPOSED] ORDER GRANTING
                                            DIGITAL ENVOY'S MISCELLANEOUS
17 GOOGLE, INC.,                            ADMINISTRATIVE REQUEST TO FILE
                                            UNDER SEAL, PURSUANT TO LOCAL
18            Defendant/Counterclaimant.    RULES 7-11 AND 79-5, THE
                                            DECLARATIONS OF ANDREW LINDER,
19                                          ROBERT B. FRIEDMAN AND ROBERT
                                            J. WADDELL, AND ALL EXHIBITS
20                                          THERETO, AND DIGITAL ENVOY'S
                                            MOTION FOR SUMMARY JUDGMENT**

21                                          **The Honorable Richard Seeborg**

22

23

24

25

26

27

28

-1-

Dockets.Justia.com

1    Having considered Plaintiff Digital Envoy, Inc.'s Miscellaneous Administrative Request to

2 File Under Seal, Pursuant to Local Rules 7-11 and 79-5, the Declarations of Andrew Linder,

3 Robert B. Friedman, and Robert J. Waddell, and all exhibits thereto, and Digital Envoy's Motion

4 for Summary Judgment, lodged with the Court, the Court HEREBY ORDERS that the

5 Declarations of Andrew Linder, Robert B. Friedman, and Robert J. Waddell, and all exhibits

6 thereto, and Digital Envoy's Motion for Summary Judgment be filed under seal.

7

8
DATED:  April ___, 2006

9

10

11



12                                                    The Honorable Richard Seeborg
                                                     United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-SF:5BA1\61491418.1

[PROPOSED] ORDER GRANTING
ADMIN. REQUEST TO FILE UNDER SEAL