# ATTACHMENT

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON, Cal. Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5
   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, L.L.P
7  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
8  Telephone:    404-443-5500
   Facsimile:    404-443-5751
9
   Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff/Counter defendant, | |
| v. | **[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, PORTIONS OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT; PORTIONS OF THE DECLARATION OF ROBERT B. FRIEDMAN; EXHIBIT A TO THE DECLARATION OF ANDREW LINDER; AND EXHIBITS K AND M-R TO THE DECLARATION OF ROBERT WADDELL, JR.** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | **The Honorable Richard Seeborg** |

-1-

W02-SF:5BA1\61491418.1                             [PROPOSED] ORDER GRANTING
                                                   ADMIN. REQUEST TO FILE UNDER SEAL

-2-

1

2  Having considered Plaintiff Digital Envoy, Inc.'s Miscellaneous Administrative Request to
3  File Under Seal, Pursuant to Local Rules 7-11 and 79-5, portions of Digital Envoy's Motion for
4  Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the
5  Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.,
6  lodged with the Court, the Court HEREBY ORDERS that portions of Digital Envoy's Motion for
7  Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the
8  Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.
9  be filed under seal.

10

11  DATED: April __, 2006
12

13

14
                               By  _____
15                                    The Honorable Richard Seeborg
                                      United States Magistrate Judge
16