# ATTACHMENT

P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
BRIAN D. ANDERSON, Cal. Bar No. 221645
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone:    404-443-5500
Facsimile:    404-443-5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>Plaintiff/Counter defendant,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, PORTIONS OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT; PORTIONS OF THE DECLARATION OF ROBERT B. FRIEDMAN; EXHIBIT A TO THE DECLARATION OF ANDREW LINDER; AND EXHIBITS K AND M-R TO THE DECLARATION OF ROBERT WADDELL, JR.**<br><br>**The Honorable Richard Seeborg** |

-2-

1
2  Having considered Plaintiff Digital Envoy, Inc.'s Miscellaneous Administrative Request to
3  File Under Seal, Pursuant to Local Rules 7-11 and 79-5, portions of Digital Envoy's Motion for
4  Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the
5  Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.,
6  lodged with the Court, the Court HEREBY ORDERS that portions of Digital Envoy's Motion for
7  Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the
8  Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.
9  be filed under seal.

DATED: April __, 2006

By _____
The Honorable Richard Seeborg
United States Magistrate Judge