# ATTACHMENT A

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON, Cal Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5
   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON (Admitted *Pro Hac Vice*)
   ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
7  JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, L.L.P
8  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
9  Telephone: 404-443-5500
   Facsimile:  404-443-5751
10
   Attorneys for DIGITAL ENVOY, INC.
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14

| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff/Counter defendant, | |
| v. | **MANUAL FILING NOTIFICATION OF PORTIONS OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | **The Honorable Richard Seeborg** |

---

W02-SF:5BA1\61491736.1                    -1-                    MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOOGLE, INC. MANUAL FILING NOTIFICATION**

Regarding: PORTIONS OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 14, 2006

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By      /s/ Brian D. Anderson
                            P. CRAIG CARDON
                            BRIAN R. BLACKMAN
                            BRIAN D. ANDERSON

                    Attorneys for DIGITAL ENVOY, INC.