1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON, Cal. Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5

6  TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
   LUKE ANDERSON (Admitted *Pro Hac Vice*)
7  ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
   JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
8  MCGUIREWOODS LLP
   1170 Peachtree Street, N.E., Suite 2100
9  Atlanta, Georgia 30309
   Telephone:   404.443.5500
10 Facsimile:   404.443.5751

11 PATRICK J. FLINN, Cal. Bar No. 104423
   ALSTON & BIRD LLP
12 One Atlantic Center
   1201 West Peachtree Street
13 Atlanta, Georgia 30309
   Telephone: 404-881-7000
14 Facsimile: 404-881-7777

15 Attorneys for DIGITAL ENVOY, INC.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19 DIGITAL ENVOY, INC.,                  | Case No. C 04 01497 RS
20        Plaintiff/Counterdefendant,    | **DECLARATION OF ANDREW LINDER**
21   v.                                  | [EXHIBIT A THERETO SUBMITTED
                                         | UNDER SEAL]
22 GOOGLE, INC.,                         |
                                         | The Honorable Richard Seeborg
23        Defendant/Counterclaimant.

I, Andrew Lindner, declare as follows:

1. I am over twenty-one years of age, not under any disability and otherwise competent to testify. I have personal knowledge of the facts set forth herein.

2. I am a Partner of Frontier Funds, a venture capital firm headquartered in Charlotte, North Carolina.

3. Frontier Funds is an investor in Digital Envoy, Inc. ("Digital Envoy"). Prior to Frontier Funds investing in Digital Envoy, I was responsible for conducting due diligence into the business of Digital Envoy.

4. In connection with my due diligence of Digital Envoy, on April 5, 2001, I had a telephone conversation with Matt Cutts, who was a senior software engineer for Google. I spoke with Mr. Cutts about Google's use of Digital Envoy's data and technology.

5. Soon after my conversation with Mr. Cutts I made notes of those aspects of our conversation that I deemed important. A true and correct copy of those notes is attached hereto as Exhibit A.

6. These notes were made when my memory of the conversation was fresh and accurately reflect the conversation. These notes were made in the course of regularly conducted business activity and it was regular practice for me to make these notes.

7. At no time did Mr. Cutts tell me that any portion of our conversation was confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Andrew Lindner
Andrew Lindner