# EXHIBIT C

Dockets.Justia.com

 Learning Center

## Lesson 2a: Creating an Account

**AdWords Account Structure**

Objective: Understand the structure of an AdWords account, including the differences and unique characteristics of campaigns and Ad Groups. Get practical tips for designing good keyword lists and organizing campaigns into structured, relevant Ad Groups.

**Account Structure**

There are several layers to an AdWords account: account, campaign, and Ad Group, each with its own components:

- Account: Unique email address, password and billing information.
- Campaign: Daily budget, target languages and locations, start and end dates, and ad distribution preferences (whether or not to show ads on the Google Network).
- Ad Group: Ads, keyword list, and maximum cost-per-click (CPC).

An AdWords account contains up to 25 campaigns; a campaign can have up to 100 Ad Groups; and Ad Groups combine keywords with the ads that will show when those keywords are searched on Google. Successful advertisers tend to build many small, highly targeted Ad Groups around their products or keywords.

Most advertisers won't need more than one campaign, though additional campaigns may be required to use specific features that are set at the campaign level. You have the ability to name your campaigns.

Account
Unique email address
Password
Billing information

| Campaign | Campaign |
|---|---|
| Daily budget | Daily budget |
| Language targeting | Language targeting |
| Location targeting | Location targeting |
| Ad distribution preference | Ad distribution preference |
| Start & end dates | Start & end dates |

| Ad Group | Ad Group | Ad Group | Ad Group |
|---|---|---|---|
| One set of keywords | One set of keywords | One set of keywords | One set of keywords |
| One or more ads | One or more ads | One or more ads | One or more ads |

Google JumpStart

For expert assistance, you can choose Google JumpStart. After you provide us with information about your business, Google AdWords Specialists will call you to go over your advertising goals. Once we have all the necessary information, we'll create a customized campaign specifically for you.

Each advertiser will get an expert-level campaign, plus a model to follow for any additional campaigns they create on their own. Google JumpStart charges a one time US$299 fee which is credited toward your account and applied to your initial ad clicks. Learn more.

## Campaigns vs. Ad Groups

There are reasons to create a new campaign instead of simply adding a new Ad Group. For instance, language and location targets are set at the campaign level. If you want to target multiple languages or regions, with different ad text for each language or region, then you should create a new campaign for each one.

You might also create a new campaign to set a separate daily budget for a particular set of keywords. Your daily budget can affect how frequently your ad shows, so you might want to separate an important set of keywords into its own campaign, where you can boost the daily budget to make sure those ads show as often as possible.

If you're planning your ad budget by product line, you can create a campaign for each product and adjust your daily totals accordingly. Also, you might create multiple campaigns if you want them to start and end on different dates. Lastly, while your ad will always show on Google domains, you can create one campaign to appear only on the search network, and a second campaign only for the content network. To learn more about the search and content networks please refer to the lesson on Ad Distribution.

## Campaign Strategy

When you start a campaign, think hard about your keywords. What exact words would a prospect search for on Google if he or she was looking for your product? The most specific keywords are usually combinations of words that describe your product or service. For example, instead of the keyword 'exercise,' try 'exercise equipment' or 'women's exercise barbells.'

Consider removing any single-word or general keywords; these are often too broad and can lead to clicks from people who don't really want what you're offering.

The right keywords lay the groundwork for the Ad Groups and ads you'll soon create. For extra efficiency, group your keyword list into similar items, either by product line or keyword theme. Then group your keywords by theme. For each theme, you can write ads that target that particular interest. For example, you can create different Ad Groups promoting 'truffles,' 'premium chocolates,' and 'chocolate stores online.'

| Truffles | Premium Chocolates | Chocolate Stores Online |
|---|---|---|
| Gourmet truffles | Gourmet chocolate | Chocolate online |
| Nut truffles | Gourmet chocolates | Chocolate stores |
| Truffles | Premium chocolate | |

**Targeting by Language and Location**

Objective: Learn how to target your prospects by language and location.

**Name your campaign and Ad Group**

The first step in the sign-up wizard is to name your campaign and your Ad Group. Both will help you find your ads and keywords easily, so the names you choose should reflect the contents of the campaign and Ad Group.

We'll get into more Ad Group details later in this lesson.

**Choose Your Language Targeting**

Pick the language(s) of the users you want to reach.

We use this setting to target your AdWords campaign to the right users, based on the language preference individual Google users indicate for searches on Google domains. For example, if you choose French as your target language, your ad will be shown only to Google users who have selected French as their search language.

**Choose Your Location Targeting**

To make full use of this feature, it's important to understand how Google determines the location of each user. The AdWords system interprets the user's Internet Protocol or IP address, Internet domain, and query location.

*IP Address*: The IP address is the unique number assigned to every computer connected to the internet. An IP address looks like this: 10.32.20.135. Clues to the computer's physical geographic location are contained in that address.

*Internet Domain*: The internet domain is the suffix attached to every web address. It also specifies location. Examples of domains for different countries include:

    www.google.fr      (France)
    www.google.es      (Spain)
    www.google.de      (Germany)
    www.google.co.uk   (Great Britain)

*Query Location*: Query location is the most obvious form of targeting. When a user enters a location as part of their query, they'll see ads targeted to that location. For example: a Google.com user types 'home loans Texas' as their search. Google understands that this user is looking for home loans in Texas, and displays ads targeted to Texas. This is also true for a user searching on other Google domains. For instance, a user searching on the keyword 'hotels Madrid' (hoteles Madrid) on Google.es will see ads targeted to Madrid, Spain.

**Location Targeting Options**

You should only target Google users who can purchase your products or use your services. For example, if you don't ship your products outside of Europe, then you'll want to select only European country targets. If you're advertising a day spa in

Paris, France, you may prefer to target only the Paris area. On the other hand, if you think a sufficient number of Europeans may want spa services while visiting Paris, you might consider targeting France or other countries or regions.

You have three targeting options: country, region and city, and customized.

After you make your selection, click **Continue**. You'll be able to further target your audience on the following page of the wizard.

### Choose Your Location Targeting

To select individual countries in which to show your ads, select **Countries**. (On the next page you'll pick a country or countries to target.) Selecting **English** and **All Countries** will show your ads to users around the world who have their Google language preference set to English. Choosing the country 'United States' will show your ads only to users in the U.S. Overall, this option is the best for businesses that sell globally or across all of specific countries.

### Regional Location Targeting

To target your campaigns to certain regions or cities within one country, choose the **Regions and Cities** option during the account set-up process. (On the next page you'll specify a country and then choose the regions or cities where your ads will display.) This option works best for local businesses operating in certain cities and regions, and for stores with customers located only throughout certain cities. If you don't see the region or city you are looking for within the regional options, you can also add specific cities. Please note that not all cities are recognized by the AdWords system at this time.

### Customized Targeting

This option lets you restrict your ad to Internet users within a specified distance from your business. On the next page you'll identify this territory using either the street address of your business or by selecting a point on an interactive map to find its geographic coordinates (that is, its latitude and longitude). For even greater control, click the **Multi-point option** link to create your own region by specifying three or more points on a map, or by entering latitude and longitude coordinates manually.

Targeting by street address is currently only available to advertisers targeting the U.S. and Canada. For more information on location targeting capabilities, review the Language and Location lesson.

### Ad Groups, Ads, and Maximum Cost-Per-Click

Objective: Learn how to create a successful Ad Group by writing effective ad text, choosing the right maximum cost-per-click, and estimating traffic and potential costs.

### What is an Ad Group?

An Ad Group is the combination of a set of keywords with one or more ads. Here's a sample Ad Group with its keywords and ads:

| Keywords: | Ad 1: | Ad 2: |
|---|---|---|
| gourmet chocolate premium chocolate truffles | Gourmet Chocolates Shop Our Premium Selection of Delicious Chocolate Truffles! www.ChocolateStore.com | Gourmet Chocolates Nuts, Darks & Milks Galore! The Web's Premier Chocolatier. www.ChocolateStore.com |

These ads would display when 'gourmet chocolate' or the other keywords are searched for. When an Ad Group has multiple ads (as with the example above), the ads will rotate evenly until one ad's clickthrough rate (CTR) begins to outperform the others. Then the higher-performing ad will be shown more frequently. You can see the CTR for each ad on your **Campaign Management** screen.

### Ad Group Naming

You named your Ad Group at the start of the sign-up wizard process. For the Ad Group in the example above, you might have named the Ad Group 'Gourmet Chocolates.'

### Ad Creation

Your text ad contains three lines of text: a headline of up to 25 characters, and two description lines of up to 35 characters (limit is lower with double-byte characters and some special symbols that require more space). Ad Groups are limited to a maximum of 50 text or image ads.

It's generally best to avoid putting your company's name in the headline of your ad. Instead, write a headline that is closely tied to the keywords you'll be placing in this Ad Group and to the users who search for those keywords.

To maximize your Quality Score, and thus improve your ad's position on the page, be as specific as you possibly can in the description lines. Avoid hype; you'll see the best results when you tell users in plain language exactly what you have to offer.

After your three lines of text you'll enter a Display URL, which is the main URL of the website you are advertising. This URL must be 35 characters or less. The Destination URL is the page on which users will actually land on your website. This URL can be up to 1024 characters (it won't appear on your ad). Many advertisers link their ads to particular destination pages within their website, but use the simpler URL of their homepage as the Display URL.

Be sure your ad meets the format and content requirements listed in the AdWords Editorial Guidelines.

After completing your ad text, click **Continue**.

### Enter Keywords

Now it's time to place the keywords you've chosen into the text box provided. Each keyword should be on its own line. The keywords you enter should be highly specific to the nature of your Ad Group to ensure that you receive the most cost-effective results.

You can also find additional relevant keywords by entering a term into the Keyword Tool box and clicking **Get More Keywords**. Our system will suggest related keywords which you may find useful.

You'll be able to create additional Ad Groups or edit existing Ad Groups later, so you may want to start with just a few keywords here to begin testing what works. If you delay the account set-up process for too long, your session may expire and you'll lose your work. It's best to move purposefully through the set-up process, save your account, and then log in to your completed account to make additional changes.

Once you enter your keywords, click **Continue** to move on to the pricing page.

### Choose a Currency

Now you'll select the currency to be used for your account. The currency you choose will apply to both billing and payment. For example, if you select U.S. dollars, payment will be accepted only in U.S. dollars. Once you've selected the currency for your account, it is not possible to change it later. The currency you select will also affect the payment options available to you. To learn more, please visit our payment options page.

### Choose Your Maximum Cost-Per-Click (CPC)

Now you'll select a maximum cost-per-click (CPC) for your keywords.

Your maximum CPC is a lot like a bid at an auction. It represents the highest amount that you're willing to pay for a click on your ad. The maximum CPC helps determine whether your ad appears above or below other advertisers' ads.

However, Ad Rank is based on more than just the maximum CPC. To ensure that users find useful information on Google and Google's partner sites, ads are also rewarded for being relevant. The higher an ad's Quality Score, the more relevant it is. Your keyword-targeted ad's position on search and content results pages is determined by your maximum CPC multiplied by the matched keyword's Quality Score. The higher your ad on the search results page, the more likely it is to receive clicks.

The most important factor in setting your maximum CPC is understanding how much a visitor to your website is worth. In other words, what is the likelihood someone who clicks on your ad will purchase your product or use your services? You may not need to have your ad in the number one position if you find that you get a better return on your investment with a lower CPC.

During the sign-up process, the AdWords program will suggest a maximum CPC for your keywords. You can accept this value, or adjust it to fit your advertising goals and budget. Your maximum CPC should not be higher than your intended daily budget.

Once you set a maximum CPC for each of your Ad Groups, you'll also have the option of setting a maximum CPC for individual keywords. If you don't specify a maximum CPC for a given keyword, the Ad Group maximum CPC will automatically apply to that keyword.

### The AdWords Discounter

With AdWords, you never need to worry about overbidding for keywords. The actual cost-per-click (CPC) you pay is always reduced by the AdWords Discounter.

The AdWords Discounter discounts your maximum CPC to only what you should pay to stay above your nearest competitor.

When you view your account reports, you'll see the actual CPC shown as an average. This reflects the dynamic, market-driven nature of pricing in AdWords.

### Calculate Traffic Estimates

After you select your preferred currency and maximum cost-per-click (CPC), click **View Traffic Estimator**. You'll see estimates of the number of clicks per day, the average CPC, your cost per day, your average positioning, and keyword status - all based on your chosen keywords, targeting, and maximum CPC.

If necessary, you can raise or lower your maximum CPC and recalculate by clicking the **Get New Estimates** button until you reach your desired daily ad placement and cost balance.

Here's a little more information about the categories you'll see:

*Average Position*: This is the estimated rank of your ad on the page. 1.0 is the highest possible position. (Because these positions are averages, you may see fractional numbers like 1.2 or 7.4.) Keep in mind that Google domains display up to 10 ads on the search results pages. If your estimated position is higher than 8, your ad may appear on our second page of search results, where it is likely to receive fewer clicks.

*Clicks*: This column displays the estimated number of clicks your ad will receive per day. If your account is new, these estimates are based on the past performance of similar keywords in other accounts. If you already have an account, and are building a new campaign with keywords you've used in other campaigns, then the estimate is based on the past performance of those keywords in your account.

*Cost*: This is the estimated total daily cost of running your ad, based on the maximum CPC you have set. The quick formula for daily cost is: estimated clicks per day multiplied by the average CPC. These values are rounded to the nearest cent for your convenience, and may not match exactly. Remember the daily cost figure when setting your daily budget. If you set your daily budget lower than this estimated daily budget, your ads may not receive maximum exposure.

*Average CPC*: This column shows your expected average CPC. This is based on the minimum amount necessary to stay ranked above the next lowest ad. (See notes on the AdWords Discounter, above). The average CPC may be similar to your full maximum CPC bid, or it may be significantly lower, depending on the popularity of your keywords and other factors.

*Status*: This column gives you a peek at how we expect your ad to perform, based on your keyword's Quality Score and maximum CPC. Active keywords are expected to perform well and trigger your ads to run. Inactive keywords don't have a high enough Quality Score and maximum CPC to perform well, in which case your ads would stop running for those keywords. If you have keywords labeled 'inactive,' we strongly suggest you delete them now, or refine them so that they more precisely fit your target audience. In addition, you can try raising your maximum CPC to the minimum bid listed to move them into an active state.

### Traffic Strategy

Using the Keyword Tool (linked from the Traffic Estimator), you can add or delete keywords, or ask for keyword terms related to a particular keyword you have chosen.

If you're not satisfied with the estimated volume of clicks, use the Keyword Tool to generate additional keywords that might help increase your traffic. If the estimated cost is more than you want to spend, reduce your maximum cost-per-click or delete some of your less-specific keywords to cut back on traffic.

Keep in mind that the results generated by the Traffic Estimator are only estimates. The actual performance and cost of your keywords may vary.

The next step in creating your campaign is setting your daily budget.

## Daily Budget

Objective: Learn how to set a daily budget, and grasp the impact that daily budget has on your ad delivery.

### What is a Daily Budget?

The daily budget is the primary way to control your overall costs. You set a daily budget for each campaign in your account. So, if you have multiple campaigns, adding up all of your daily budgets will give you an idea of how much you could spend per day for your entire account.

There are no limits to your minimum or maximum daily budget in the AdWords program as long as your maximum CPC setting is lower than your daily budget.

The daily budget determines how often we can show your ads throughout the day. If your daily budget doesn't support the number of times your ads could be clicked in a day, we'll stagger the appearance of your ad, showing it less frequently but over the course of the entire day rather than only in the beginning. Therefore, Daily budgets that are too low will result in ads that don't show every time a search is performed on one of your keyword.

A campaign's actual charges on any given day may be up to 20% more than your daily budget. This gives the AdWords system the flexibility to provide your ad(s) with extra exposure on days of heavy demand and to make up for other days when demand is below normal.

However, your monthly budget will not be exceeded. (Multiply your daily budget by the number of days in the month to calculate your full monthly budget.) The maximum charges for a 30-day month will never be more than 30 times your daily budget. At the end of each month you'll be credited for any charges in excess of your monthly budget. If you don't reach your full monthly budget, of course, you are charged only for the clicks you actually receive.

### Setting a Daily Budget

Based on your keywords, maximum cost-per-click and estimated traffic, the AdWords system recommends a daily budget. This is the amount our system predicts will be necessary in order for your ads to receive maximum exposure throughout each day.

If you choose a lower amount, the ads from this campaign may not show every time searches are performed on your keywords. In that case, your ad delivery will be spread evenly throughout the day to ensure that you don't accrue all of your charges early in the day, and that your campaign doesn't generate charges far in

excess of the daily budget you set.

(Note: This is the most common reason why advertisers can't see their ads when they search for them.)

Once you set your daily budget, click **Continue**.

Next you'll be able to review all the account details you've entered so far, including your language preferences, ad text, keywords and daily budget. You can make adjustments to any of these choices before proceeding on to the final step of setting up your account.

When you've confirmed that all the details are as you like them, click **Continue to Sign Up**.

## Completing the Account Set-Up Process

Objective: Learn what it takes to complete the account set-up process, how to confirm your email address, and how to activate your new account.

### Setting Your Login Information

Creating an AdWords account requires only an email address and a password, which you'll use to log in to your AdWords account.

If you entered your email address at the start of the sign-up process, you'll see it already entered here in the final step of creating your account. If not, enter your email address now.

Make sure you use an email address you check often: it's the address our support specialists will use to contact you about billing issues or other important account-related matters. You'll be asked to verify your address before your account goes live.

Choose a secure password. For security, your password must be seven characters or more, and must include both letters and numbers.

When you're ready, click the **Create my AdWords Account** button. You've now saved your new AdWords account and your first Ad Group. You'll soon receive an email telling you how to verify your email address and activate your ads.

You aren't committed to spending any money until you've completed the activation steps. Your ads will not run until you log in to your account and enter your credit card or direct debit information. Depending on your currency and billing location, you may be able to select bank transfer as a payment option. Bank transfer is a prepay method, and your ads won't run until we receive your first payment.

Note: If you're an agency or will be managing multiple accounts for different advertisers, you'll want to review the My Client Center lesson.

### Email Verification and Billing Information

You will receive an email asking you to verify the information you have provided. Click the link in that email to visit the AdWords login page, where you can access your account using the email address and password you chose.

Once you log in to your account, you'll see a large red box at the top of your account page asking you to submit your billing information. Click on the link in that message to begin the process of selecting your payment options and entering your billing information.

The payment options available to you will depend on your billing currency and location, so please review our payment options page. If you choose to pay by direct debit or credit card (recommended), your ads will begin to run soon after you submit your billing information. If you opt for bank transfer, your ads will run after we receive your first payment (typically 2-4 weeks after you initiate the transfer).

--------