# EXHIBIT D

Dockets.Justia.com

 **Learning Center**   Learning Center Help - AdWords Help
Print this lesson

## Lessons Catalog

**Lesson 2d: Language & Location Targeting**

**How AdWords Targets Users**
- IP Address
- Internet Domain
- Query Parsing
- Language Preference
- Quiz

**Language and Country Targeting**
- Targeting by Language or Country
- Implementation
- Quiz

**Region and City Targeting**
- Why and When Should I Target a Region or City?
- What Will Regionally Targeted Ads Look Like?
- Implementation
- Region and City Targeting Accuracy
- Quiz

**Customized Targeting**
- When to Use Customized Targeting
- Three Types of Customized Targeting
- Implementation
- Quiz

**How AdWords Targets Users**  « Previous Topic   Next Topic »

Objective: We can use an advertiser's language and location targeting settings to reach users in many different areas around the world. Learn how Google determines the location and/or language of a user by Internet Protocol (IP) address, Internet domain, query parsing, and language preference detection.

**IP Address**  Back to Top

Google can identify a user's IP address, which is the unique number assigned to each computer connected to the Internet such as 10.32.20.135, to pinpoint a user's general physical location. The IP address is always a series of four numbers separated by three decimal points. Ads on Google and other sites in the Google Network are shown in a language according to a user's IP address. For example, if a user is searching on Google.com and his/her IP address is registered in France, the user will see ads targeted to France and/or French speakers.

**Internet Domain**  Back to Top

Google has over 100 country-specific domain extensions to which AdWords ads can be targeted. The Internet domain is the suffix attached to each web address, such as .com, .fr, and .es. Google.com is geared to English speakers, Google.fr to French speakers, and Google.es to Spanish speakers.

If a user searches on any of the hundreds of Google domains, ads will be displayed according to the domain extension used. For example, if a user located in Spain searches on Google.fr, the user will see ads targeted to France and/or French speakers.

**Query Parsing**  Back to Top

With query parsing, Google can use the user's search query to determine when to show ads targeted to a specific city, regardless of the user's IP address. For example, if a user with an IP address in New York searches for 'hotels in Hollywood,' the user will see ads targeted to users in Hollywood.

This feature is only available in the United States.

**Language Preference**  Back to Top

The **Preferences** link on the Google home page lets users choose the language in which they want to search. When the user sets the language preference, Google will only display ads that are targeted to the chosen language. For example, users who choose Spanish as their language preference will see ads targeted to Spanish speakers.

Google does not translate ads. If an advertiser writes an ad in English and targets the Spanish language, the ad will appear in English, regardless of the targeted language.

« Previous Topic    Next Topic »

©2005 Google - AdWords Home - Editorial Guidelines - Contact Us