# EXHIBIT E

Dockets.Justia.com

 **Learning Center**

# 2. Setting Up an Account

## 2a. Creating an Account

**AdWords Account Structure**

Objective: Understand the structure of an AdWords account, including the differences and unique characteristics of campaigns and Ad Groups. Get practical tips for designing good keyword lists and organizing campaigns into structured, relevant Ad Groups.

**Account Structure**

There are several layers to an AdWords account: account, campaign, and Ad Group, each with its own components:

- Account: Unique email address, password and billing information.
- Campaign: Daily budget, target languages and locations, start and end dates, and ad distribution preferences (whether or not to show ads on the Google Network).
- Ad Group: Ads, keyword list, and maximum cost-per-click (CPC).

An AdWords account contains up to 25 campaigns; a campaign can have up to 100 Ad Groups; and Ad Groups combine keywords with the ads that will show when those keywords are searched on Google. Successful advertisers tend to build many small, highly targeted Ad Groups around their products or keywords.

Most advertisers won't need more than one campaign, though additional campaigns may be required to use specific features that are set at the campaign level. You have the ability to name your campaigns.

Account

Unique email address
Password
Billing information


Campaign | Campaign

Daily budget
Language targeting
Location targeting
Ad distribution preference
Start & end dates

Daily budget
Language targeting
Location targeting
Ad distribution preference
Start & end dates

| Ad Group | Ad Group | Ad Group | Ad Group |
|---|---|---|---|
| One set of keywords | One set of keywords | One set of keywords | One set of keywords |

One or more ads    One or more ads    One or more ads    One or more ads

## Google JumpStart

For expert assistance, you can choose Google JumpStart. After you provide us with information about your business, Google AdWords Specialists will call you to go over your advertising goals. Once we have all the necessary information, we'll create a customized campaign specifically for you.

Each advertiser will get an expert-level campaign, plus a model to follow for any additional campaigns they create on their own. Google JumpStart charges a one time US$299 fee which is credited toward your account and applied to your initial ad clicks. Learn more.

## Campaigns vs. Ad Groups

There are reasons to create a new campaign instead of simply adding a new Ad Group. For instance, language and location targets are set at the campaign level. If you want to target multiple languages or regions, with different ad text for each language or region, then you should create a new campaign for each one.

You might also create a new campaign to set a separate daily budget for a particular set of keywords. Your daily budget can affect how frequently your ad shows, so you might want to separate an important set of keywords into its own campaign, where you can boost the daily budget to make sure those ads show as often as possible.

If you're planning your ad budget by product line, you can create a campaign for each product and adjust your daily totals accordingly. Also, you might create multiple campaigns if you want them to start and end on different dates. Lastly, while your ad will always show on Google domains, you can create one campaign to appear only on the search network, and a second campaign only for the content network. To learn more about the search and content networks please refer to the lesson on Ad Distribution.

## Campaign Strategy

When you start a campaign, think hard about your keywords. What exact words would a prospect search for on Google if he or she was looking for your product? The most specific keywords are usually combinations of words that describe your product or service. For example, instead of the keyword 'exercise,' try 'exercise equipment' or 'women's exercise barbells.'

Consider removing any single-word or general keywords; these are often too broad and can lead to clicks from people who don't really want what you're offering.

The right keywords lay the groundwork for the Ad Groups and ads you'll soon create. For extra efficiency, group your keyword list into similar items, either by product line or keyword theme. Then group your keywords by theme. For each theme, you can write ads that target that particular interest. For example, you can create different Ad Groups promoting 'truffles,' 'premium chocolates,' and 'chocolate stores online.'

| Truffles | Premium Chocolates | Chocolate Stores Online |
|---|---|---|
| Gourmet truffles | Gourmet chocolate | Chocolate online |
| Nut truffles | Gourmet chocolates | Chocolate stores |
| Truffles | Premium chocolate | |

## Targeting by Language and Location

Objective: Learn how to target your prospects by language and location.

## Name your campaign and Ad Group

The first step in the sign-up wizard is to name your campaign and your Ad Group. Both will help you find your ads and keywords easily, so the names you choose should reflect the contents of the campaign and Ad Group.

We'll get into more Ad Group details later in this lesson.

## Choose Your Language Targeting

Pick the language(s) of the users you want to reach.

We use this setting to target your AdWords campaign to the right users, based on the language preference individual Google users indicate for searches on Google domains. For example, if you choose French as your target language, your ad will be shown only to Google users who have selected French as their search language.

## Choose Your Location Targeting

To make full use of this feature, it's important to understand how Google determines the location of each user. The AdWords system interprets the user's Internet Protocol or IP address, Internet domain, and query location.

*IP Address*: The IP address is the unique number assigned to every computer connected to the internet. An IP address looks like this: 10.32.20.135. Clues to the computer's physical geographic location are contained in that address.

*Internet Domain*: The internet domain is the suffix attached to every web address. It also specifies location. Examples of domains for different countries include:

| | |
|---|---|
| www.google.fr | (France) |
| www.google.es | (Spain) |
| www.google.de | (Germany) |
| www.google.co.uk | (Great Britain) |

*Query Location*: Query location is the most obvious form of targeting. When a user

enters a location as part of their query, they'll see ads targeted to that location. For example: a Google.com user types 'home loans Texas' as their search. Google understands that this user is looking for home loans in Texas, and displays ads targeted to Texas. This is also true for a user searching on other Google domains. For instance, a user searching on the keyword 'hotels Madrid' (hoteles Madrid) on Google.es will see ads targeted to Madrid, Spain.

### Location Targeting Options

You should only target Google users who can purchase your products or use your services. For example, if you don't ship your products outside of Europe, then you'll want to select only European country targets. If you're advertising a day spa in Paris, France, you may prefer to target only the Paris area. On the other hand, if you think a sufficient number of Europeans may want spa services while visiting Paris, you might consider targeting France or other countries or regions.

You have three targeting options: country, region and city, and customized.

After you make your selection, click **Continue**. You'll be able to further target your audience on the following page of the wizard.

### Choose Your Location Targeting

To select individual countries in which to show your ads, select **Countries**. (On the next page you'll pick a country or countries to target.) Selecting **English** and **All Countries** will show your ads to users around the world who have their Google language preference set to English. Choosing the country 'United States' will show your ads only to users in the U.S. Overall, this option is the best for businesses that sell globally or across all of specific countries.

### Regional Location Targeting

To target your campaigns to certain regions or cities within one country, choose the **Regions and Cities** option during the account set-up process. (On the next page you'll specify a country and then choose the regions or cities where your ads will display.) This option works best for local businesses operating in certain cities and regions, and for stores with customers located only throughout certain cities. If you don't see the region or city you are looking for within the regional options, you can also add specific cities. Please note that not all cities are recognized by the AdWords system at this time.

### Customized Targeting

This option lets you restrict your ad to Internet users within a specified distance from your business. On the next page you'll identify this territory using either the street address of your business or by selecting a point on an interactive map to find its geographic coordinates (that is, its latitude and longitude). For even greater control, click the **Multi-point option** link to create your own region by specifying three or more points on a map, or by entering latitude and longitude coordinates manually.

Targeting by street address is currently only available to advertisers targeting the U.S. and Canada. For more information on location targeting capabilities, review the Language and Location lesson.

## Ad Groups, Ads, and Maximum Cost-Per-Click

Objective: Learn how to create a successful Ad Group by writing effective ad text, choosing the right maximum cost-per-click, and estimating traffic and potential costs.

## What is an Ad Group?

An Ad Group is the combination of a set of keywords with one or more ads. Here's a sample Ad Group with its keywords and ads:

| Keywords: | Ad 1: | Ad 2: |
|---|---|---|
| gourmet chocolate premium chocolate truffles | Gourmet Chocolates Shop Our Premium Selection of Delicious Chocolate Truffles! www.ChocolateStore.com | Gourmet Chocolates Nuts, Darks & Milks Galore! The Web's Premier Chocolatier. www.ChocolateStore.com |

These ads would display when 'gourmet chocolate' or the other keywords are searched for. When an Ad Group has multiple ads (as with the example above), the ads will rotate evenly until one ad's clickthrough rate (CTR) begins to outperform the others. Then the higher-performing ad will be shown more frequently. You can see the CTR for each ad on your **Campaign Management** screen.

## Ad Group Naming

You named your Ad Group at the start of the sign-up wizard process, For the Ad Group in the example above, you might have named the Ad Group 'Gourmet Chocolates.'

## Ad Creation

Your text ad contains three lines of text: a headline of up to 25 characters, and two description lines of up to 35 characters (limit is lower with double-byte characters and some special symbols that require more space). Ad Groups are limited to a maximum of 50 text or image ads.

It's generally best to avoid putting your company's name in the headline of your ad. Instead, write a headline that is closely tied to the keywords you'll be placing in this Ad Group and to the users who search for those keywords.

To maximize your Quality Score, and thus improve your ad's position on the page, be as specific as you possibly can in the description lines. Avoid hype; you'll see the best results when you tell users in plain language exactly what you have to offer.

After your three lines of text you'll enter a Display URL, which is the main URL of the website you are advertising. This URL must be 35 characters or less. The Destination URL is the page on which users will actually land on your website. This URL can be up to 1024 characters (it won't appear on your ad). Many advertisers link their ads to particular destination pages within their website, but use the simpler URL of their homepage as the Display URL.

Be sure your ad meets the format and content requirements listed in the AdWords Editorial Guidelines.

After completing your ad text, click **Continue**.

## Enter Keywords

Now it's time to place the keywords you've chosen into the text box provided. Each keyword should be on its own line. The keywords you enter should be highly specific to the nature of your Ad Group to ensure that you receive the most cost-effective results.

You can also find additional relevant keywords by entering a term into the Keyword Tool box and clicking **Get More Keywords**. Our system will suggest related keywords which you may find useful.

You'll be able to create additional Ad Groups or edit existing Ad Groups later, so you may want to start with just a few keywords here to begin testing what works. If you delay the account set-up process for too long, your session may expire and you'll lose your work. It's best to move purposefully through the set-up process, save your account, and then log in to your completed account to make additional changes.

Once you enter your keywords, click **Continue** to move on to the pricing page.

## Choose a Currency

Now you'll select the currency to be used for your account. The currency you choose will apply to both billing and payment. For example, if you select U.S. dollars, payment will be accepted only in U.S. dollars. Once you've selected the currency for your account, it is not possible to change it later. The currency you select will also affect the payment options available to you. To learn more, please visit our payment options page.

## Choose Your Maximum Cost-Per-Click (CPC)

Now you'll select a maximum cost-per-click (CPC) for your keywords.

Your maximum CPC is a lot like a bid at an auction. It represents the highest amount that you're willing to pay for a click on your ad. The maximum CPC helps determine whether your ad appears above or below other advertisers' ads.

However, Ad Rank is based on more than just the maximum CPC. To ensure that users find useful information on Google and Google's partner sites, ads are also rewarded for being relevant. The higher an ad's Quality Score, the more relevant it is. Your keyword-targeted ad's position on search and content results pages is determined by your maximum CPC multiplied by the matched keyword's Quality

Score. The higher your ad on the search results page, the more likely it is to receive clicks.

The most important factor in setting your maximum CPC is understanding how much a visitor to your website is worth. In other words, what is the likelihood someone who clicks on your ad will purchase your product or use your services? You may not need to have your ad in the number one position if you find that you get a better return on your investment with a lower CPC.

During the sign-up process, the AdWords program will suggest a maximum CPC for your keywords. You can accept this value, or adjust it to fit your advertising goals and budget. Your maximum CPC should not be higher than your intended daily budget.

Once you set a maximum CPC for each of your Ad Groups, you'll also have the option of setting a maximum CPC for individual keywords. If you don't specify a maximum CPC for a given keyword, the Ad Group maximum CPC will automatically apply to that keyword.

### The AdWords Discounter

With AdWords, you never need to worry about overbidding for keywords. The actual cost-per-click (CPC) you pay is always reduced by the AdWords Discounter. The AdWords Discounter discounts your maximum CPC to only what you should pay to stay above your nearest competitor.

When you view your account reports, you'll see the actual CPC shown as an average. This reflects the dynamic, market-driven nature of pricing in AdWords.

### Calculate Traffic Estimates

After you select your preferred currency and maximum cost-per-click (CPC), click **View Traffic Estimator**. You'll see estimates of the number of clicks per day, the average CPC, your cost per day, your average positioning, and keyword status - all based on your chosen keywords, targeting, and maximum CPC.

If necessary, you can raise or lower your maximum CPC and recalculate by clicking the **Get New Estimates** button until you reach your desired daily ad placement and cost balance.

Here's a little more information about the categories you'll see:

*Average Position*: This is the estimated rank of your ad on the page. 1.0 is the highest possible position. (Because these positions are averages, you may see fractional numbers like 1.2 or 7.4.) Keep in mind that Google domains display up to 10 ads on the search results pages. If your estimated position is higher than 8, your ad may appear on our second page of search results, where it is likely to receive fewer clicks.

*Clicks*: This column displays the estimated number of clicks your ad will receive per day. If your account is new, these estimates are based on the past performance of similar keywords in other accounts. If you already have an account, and are building a new campaign with keywords you've used in other campaigns, then the estimate is based on the past performance of those keywords in your account.

*Cost.* This is the estimated total daily cost of running your ad, based on the maximum CPC you have set. The quick formula for daily cost is: estimated clicks per day multiplied by the average CPC. These values are rounded to the nearest cent for your convenience, and may not match exactly. Remember the daily cost figure when setting your daily budget. If you set your daily budget lower than this estimated daily budget, your ads may not receive maximum exposure.

*Average CPC:* This column shows your expected average CPC. This is based on the minimum amount necessary to stay ranked above the next lowest ad. (See notes on the AdWords Discounter, above). The average CPC may be similar to your full maximum CPC bid, or it may be significantly lower, depending on the popularity of your keywords and other factors.

*Status:* This column gives you a peek at how we expect your ad to perform, based on your keyword's Quality Score and maximum CPC. Active keywords are expected to perform well and trigger your ads to run. Inactive keywords don't have a high enough Quality Score and maximum CPC to perform well, in which case your ads would stop running for those keywords. If you have keywords labeled 'inactive,' we strongly suggest you delete them now, or refine them so that they more precisely fit your target audience. In addition, you can try raising your maximum CPC to the minimum bid listed to move them into an active state.

## Traffic Strategy

Using the Keyword Tool (linked from the Traffic Estimator), you can add or delete keywords, or ask for keyword terms related to a particular keyword you have chosen.

If you're not satisfied with the estimated volume of clicks, use the Keyword Tool to generate additional keywords that might help increase your traffic. If the estimated cost is more than you want to spend, reduce your maximum cost-per-click or delete some of your less-specific keywords to cut back on traffic.

Keep in mind that the results generated by the Traffic Estimator are only estimates. The actual performance and cost of your keywords may vary.

The next step in creating your campaign is setting your daily budget.

## Daily Budget

Objective: Learn how to set a daily budget, and grasp the impact that daily budget has on your ad delivery.

## What is a Daily Budget?

The daily budget is the primary way to control your overall costs. You set a daily budget for each campaign in your account. So, if you have multiple campaigns, adding up all of your daily budgets will give you an idea of how much you could spend per day for your entire account.

There are no limits to your minimum or maximum daily budget in the AdWords program as long as your maximum CPC setting is lower than your daily budget.

The daily budget determines how often we can show your ads throughout the day. If your daily budget doesn't support the number of times your ads could be clicked in a day, we'll stagger the appearance of your ad, showing it less frequently but over the course of the entire day rather than only in the beginning. Therefore, Daily budgets that are too low will result in ads that don't show every time a search is performed on one of your keyword.

A campaign's actual charges on any given day may be up to 20% more than your daily budget. This gives the AdWords system the flexibility to provide your ad(s) with extra exposure on days of heavy demand and to make up for other days when demand is below normal.

However, your monthly budget will not be exceeded. (Multiply your daily budget by the number of days in the month to calculate your full monthly budget.) The maximum charges for a 30-day month will never be more than 30 times your daily budget. At the end of each month you'll be credited for any charges in excess of your monthly budget. If you don't reach your full monthly budget, of course, you are charged only for the clicks you actually receive.

**Setting a Daily Budget**

Based on your keywords, maximum cost-per-click and estimated traffic, the AdWords system recommends a daily budget. This is the amount our system predicts will be necessary in order for your ads to receive maximum exposure throughout each day.

If you choose a lower amount, the ads from this campaign may not show every time searches are performed on your keywords. In that case, your ad delivery will be spread evenly throughout the day to ensure that you don't accrue all of your charges early in the day, and that your campaign doesn't generate charges far in excess of the daily budget you set.

(Note: This is the most common reason why advertisers can't see their ads when they search for them.)

Once you set your daily budget, click **Continue**.

Next you'll be able to review all the account details you've entered so far, including your language preferences, ad text, keywords and daily budget. You can make adjustments to any of these choices before proceeding on to the final step of setting up your account.

When you've confirmed that all the details are as you like them, click **Continue to Sign Up**.

**Completing the Account Set-Up Process**

Objective: Learn what it takes to complete the account set-up process, how to confirm your email address, and how to activate your new account.

**Setting Your Login Information**

Creating an AdWords account requires only an email address and a password, which you'll use to log in to your AdWords account.

If you entered your email address at the start of the sign-up process, you'll see it already entered here in the final step of creating your account. If not, enter your email address now.

Make sure you use an email address you check often: it's the address our support specialists will use to contact you about billing issues or other important account-related matters. You'll be asked to verify your address before your account goes live.

Choose a secure password. For security, your password must be seven characters or more, and must include both letters and numbers.

When you're ready, click the **Create my AdWords Account** button. You've now saved your new AdWords account and your first Ad Group. You'll soon receive an email telling you how to verify your email address and activate your ads.

You aren't committed to spending any money until you've completed the activation steps. Your ads will not run until you log in to your account and enter your credit card or direct debit information. Depending on your currency and billing location, you may be able to select bank transfer as a payment option. Bank transfer is a prepay method, and your ads won't run until we receive your first payment.

Note: If you're an agency or will be managing multiple accounts for different advertisers, you'll want to review the My Client Center lesson.

### Email Verification and Billing Information

You will receive an email asking you to verify the information you have provided. Click the link in that email to visit the AdWords login page, where you can access your account using the email address and password you chose.

Once you log in to your account, you'll see a large red box at the top of your account page asking you to submit your billing information. Click on the link in that message to begin the process of selecting your payment options and entering your billing information.

The payment options available to you will depend on your billing currency and location, so please review our payment options page. If you choose to pay by direct debit or credit card (recommended), your ads will begin to run soon after you submit your billing information. If you opt for bank transfer, your ads will run after we receive your first payment (typically 2-4 weeks after you initiate the transfer).

## 2b. Account Navigation

### AdWords Account Navigation

Objective: Learn to navigate the main sections of your AdWords account.

**Accessing AdWords**

To access or create an AdWords account, visit the AdWords homepage at https://adwords.google.com.

To create a new AdWords account, hit the **Click to begin** button under **Sign Up Now**. To log in to an existing acc
enter your email address and password in the login fields, and click **login**.

**Navigating the Tabs**

There are three main tabs, or sections, in all AdWords accounts: **Campaign Management**, **Reports**, and **My Account**. Each section can have one or more sub-sections, which are listed as links directly underneath the tabs
may vary depending on your account settings.

If you create a My Client Center account you will see slightly different tabs. Similarly, if you sign up to be a Google
Advertising Professional, you'll see an additional **Pro Center** tab.

$1.$ **Campaign Management**: A summary of your account's performance and useful tools for managing your
campaigns. Sub-sections: 'Campaign Summary' (from which you can drill down to view Campaign details -> Cam
settings -> Ad Group details), 'Tools,' 'Conversion Tracking.'

$2.$ **Reports**: Create detailed reports on your account's performance. Sub-sections: 'Create Report' and 'Downloa
Center.' To learn more, please see the Reports lesson.

$3.$ **My Account**: View and edit your billing and account login information. Sub-sections: 'Billing Summary,' 'Billin
Preferences,' 'Account Preferences,' and 'Access.' If you are paying by bank transfer, you will also have a 'Make
Payments' sub-section, where you can request reference numbers and/or a refund.

**Campaign Management**

Objective: Learn to navigate through your account on the **Campaign Summary** page, and understand how to edi
information at the campaign level.

**Creating New Campaigns**

You can create a new site-targeted or keyword-targeted campaign at any time. To create a new campaign of eith
type:

1. Log in to your AdWords account (if you aren't logged in already).
2. On the **Campaign Summary page**, find the 'Create a new campaign' links just above the table of existing
   campaigns.
3. Click either the **site-targeted** or **keyword-targeted** link to begin creating a new campaign of that type.

If you selected a site-targeted campaign, follow the signup wizard instructions to create your campaign.

If you selected a keyword-targeted campaign, you'll be offered the option of using the one-page signup wizard, wh
allows you to copy and edit settings from an existing campaign. To switch to the one-page wizard, use the pull-do
menu to select an existing campaign to copy, then click 'Go' and follow the instructions on the next page.

To use the full multi-page signup wizard for a keyword-targeted campaign, ignore the one-page signup option and follow the regular instructions to create your campaign.

## Campaign Summary



**Figure:** Top-level view of an account.

From here you can:

**Search**: Use the **Search my campaigns** box to search for words or phrases across all campaigns, Ad Groups and ads in your account. This is a big help if you're trying to find all references to a particular product or keyword.

**Receive alerts**: You may see an alert box tinted yellow, green, or red. These alerts provide important information about your account and about new AdWords features. For instance, an alert might notify you of a declined payment.

**Create a New Campaign**: Use the links just above the table to begin creating either a site-targeted or keyword-targeted campaign.

**Change campaign status and settings**: Pause, resume, delete, or edit campaign settings by checking the box to the left of one or more campaigns and then selecting one of the buttons above the table. The settings you can edit are campaign name, daily budget, language/country/regional targeting, start and end dates, and ad distribution preference.

**Review the Campaign Summary table**: Displays summary data about all campaigns in your account. Use the date range drop-down menus to select the day or the range of dates you'd like to review. Use the drop-down menu on left to display campaigns by their status. The default setting is 'Show all campaigns,' but you can choose to show active campaigns, or all campaigns except those you've deleted. Below are descriptions of each table column:

**Campaign Name**: All your campaigns are listed here. Each must have a unique name. Click the name of any campaign to see the Ad Groups within that campaign and any other relevant statistics.

**Current Status**: Displays the status of each campaign. A campaign's status can be Active, Paused, Deleted, Pending or Ended:

- *Active*: Set to run normally.
- *Paused*: Temporarily suspended and not currently running.
- *Deleted*: Deleted and no longer running.
- *Pending*: Not yet started running because its start date is in the future.
- *Ended*: End date has passed and is no longer running.

**Current Budget**: The current daily budget of each campaign.

**Clicks**: The number of user clicks the ads in each campaign have received.

**Impr.** (impressions): The number of times the campaign's ads have been displayed on Google or on one of our partner sites.

**CTR** (clickthrough rate): The number of clicks divided by the number of impressions that a campaign, Ad Group, or keyword has received. This is expressed as a percentage: 2 clicks for 100 page views equals a 2% CTR.

**Avg. CPC** (average cost-per-click): The average cost accrued for clicks on the ads within that campaign.

**Avg. CPM** (average cost per thousand impressions): If you are running site-targeted campaigns, you'll see the average cost per thousand impressions listed here.

**Cost**: The total overall costs that a campaign has accrued during the time frame you selected.

**Conv. Rate** (conversion rate): How many user clicks turned into actual conversions for the advertiser. Conversion rate equals the number of conversions divided by the number of ad clicks. This applies only to those users who have signed up for conversion tracking.

**Cost/Conv.**: The total cost divided by the total number of conversions. This tells you how much each conversion costs.

Users who don't want to track conversions can choose **No Thanks** to hide the conversion tracking columns. The same columns can be re-enabled at any time from the **Tools** or **Conversion Tracking** sub-sections. To learn more about conversion tracking, see the Basic ROI and Conversions lesson.

## Editing Campaign Settings

You can access this page via **Edit Settings** on the **Campaign Summary** page and **Edit Campaign Settings** on **Campaign Details** page.



Figure: Campaign settings page

From this page you can edit:

**Campaign name**: Simply enter the new campaign name in the field provided.

**Daily budget**: Enter the amount you want to spend on ads each day. If you're not sure what an appropriate daily budget might be, click the **Recommended Budget** link below the daily budget field, and the system will recomme one for you.

**Start and end date**: You can edit your campaign end dates at any time, even after the campaign is marked 'Ende To do so, use the drop-down menus to select the new date that you'd like your campaign to end.

**Optimize serving**: Check the 'automatically optimize' box, and AdWords will determine which ads have the highe clickthrough rate for each keyword within that Ad Group, and it will show those ads more often than the others. Th setting is relevant only when you have multiple ads running on the same keywords within an Ad Group or campai

**Ad distribution**: All keyword-targeted ads will run on Google.com. You also can choose to have ads in this camp run on search network sites and content network sites in the Google Network of partner sites. To modify these settings, select or deselect the checkboxes next to **search network** and **content network**. For more information, please see the Ad Distribution lesson about the Google Network.

**Languages and Locations**: Adjust the target languages for your ads by clicking on the language(s) you prefer. N the location targets for your ads by clicking the **Edit** button next to Locations. To learn more, please see the Lang and Location Targeting lesson.

When making changes to multiple campaigns within the **Edit Campaign Settings** page, the first campaign will ha yellow 'v' icons displayed next to the criteria that you can edit on this page. By editing any of the settings on the fii campaign, and then clicking the 'v' icon next to that setting, the value that you've chosen will be applied to all the campaigns you've selected. Each 'v' is associated with its own setting only. So, for example, clicking the 'v' next tc daily budget won't affect search and content network settings.

Once you've changed settings, you must click the **Save All Changes** link. Click **Cancel** to return to the original settings instead of saving the new ones.

### Campaign details

Clicking on a campaign name in the Campaign Summary table brings you to the **Campaign Details** page. From I you can review/edit your selected campaign and the Ad Groups in that campaign.



**Figure** : Campaign details for an active campaign

Here are few actions you can take:

**Campaign Level**

> **Edit selected campaign:** Pause, resume, delete, and undelete the selected campaign. If you delete a campaign, you'll see an **Undelete Campaign** button in case you later decide to reinstate your campaign. You can also access the **Edit Campaign Settings** page.

> **Edit/Add Campaign Negatives:** For more information on campaign negative keywords, please see the Keyword Matching lesson.

**Ad Group Level**

> **Change Ad Group states & name:** Pause, resume, delete, and rename the Ad Group(s) in the table. Check the box next to the Ad Group(s) you want to edit, and click the relevant button. When renaming, a box will appear with editable fields for each selected Ad Group's name. Enter a unique name for each Ad Group you've selected. Don't forget to save your changes.

> **Filter:** Use the Ad Group filtering menu to show all Ad Groups, only active Ad Groups, or all but deleted Ad Groups.

> **Create New Ad Groups:** Use the link below the basic campaign data to create a new Ad Group within the current campaign.

> **Review Summary Statistics for your Ad Groups:** This table is similar to the other tables in your account, but with two additional columns of statistics on the **Campaign Details** page:

> - *Max CPC* (maximum cost-per-click): This column shows the current maximum CPC setting for each Ad Group within a campaign.
> - *Avg. Pos.* (Average Position): This shows the overall average placement for ads within each Ad Group. (When running site-targeted campaigns, you'll see *Max CPM* in place of *Max CPC*, and the

    *Avg. Pos.* column will not appear.)

To look at any Ad Group in greater detail, click its name to see the Ad Group detail screen. Click **View all Ad Gro** to see the details for all Ad Groups on one page.

## Ad Group Management

Objective: Learn to locate and interpret data at the Ad Group level and to edit Ad Groups and keywords from the Campaign Details page or the Ad Group view.

## The Ad Group Detail Page

Campaign Summary > Campaign #1 > Bookstore

**Bookstore** Active | Pause Ad Group | Delete Ad Group                   1 of 3 Ad Groups | N
Current maximum CPC USD $1.00 [edit]
2 campaign negative keywords also affect this Ad Group [View edit]

**Mar 16, 2005**
Tools  • Filter Keywords  |  • Add Keywords  |  Edit Keywords  |  Keyword Tool                        1 - 10 of 10 keyword

Find New and Used Books        • Create New Text Ad | Image Ad
Special Shakespeare Collection
Huge Selection. Order Online Today!   1 of 3 Ads   View all below
www.bookstore-example.com



| ☐ **Keyword** | **Status ▾** | **clicks** | **Impr.** | **ctr** | **Avg. CPC** | **cost** | **Avg. Pos** | **Conv. Rate** | **Cost/Co** |
|---|---|---|---|---|---|---|---|---|---|
| **Search Total** | | 15 | 488 | 3.0% | $0.60 | $8.94 | 2.5 | | |
| **Content Total** | | 0 | 25 | 0.0% | . | . | 1.4 | | |
| ☐ find book | Normal | 9 | 222 | 4.0% | $0.64 | $5.71 | 1.7 | | |
| ☐ buy books | Normal | 2 | 155 | 1.2% | $0.79 | $1.58 | 4.1 | | |
| ☐ find books | Normal | 3 | 79 | 3.7% | $0.33 | $0.97 | 1.4 | | |
| ☐ buy book | Normal | 0 | 17 | 0.0% | . | . | 4.4 | | |
| ☐ shakespeare books | Normal | 0 | 5 | 0.0% | . | . | 1.4 | | |
| ☐ order book | Normal | 0 | 3 | 0.0% | . | . | 2.7 | | |
| ☐ locate book | Normal | 0 | 2 | 0.0% | . | . | 1.5 | | |
| ☐ first edition shakespeare | Normal | 1 | 1 | 100.0% | $0.68 | $0.68 | 2.0 | | |
| ☐ locate books | Normal | 0 | 1 | 0.0% | . | . | 5.0 | | |
| ☐ used books | Normal | 0 | 1 | 0.0% | . | . | 2.0 | | |
| (1 Deleted Keywords) | | 0 | 2 | 0.0% | . | . | 1.0 | | |

**Figure:** Ad Group view

The Ad Group view gives you detailed Ad Group statistics for Clicks, Impressions (Impr.), Clickthrough Rate (CTF Average CPC (Avg. CPC), Maximum CPC settings, Cost, and Average Position (Avg. Pos). Certain Ad Group edi tasks can be completed from this screen as well as from the Campaign Details screen. Some of the functionality a column headers here (such as the date range menu) is the same as we've seen on previous pages.

**1.** **Ad Management**: View/create/edit/delete ads at any time, and view statistics on specific ad performance.

**2.** **Keyword/Price Management:** Add/Edit/Delete keywords and change your maximum CPC settings for your A Groups at any time. Set specific maximum CPCs and Destination URLs for each keyword, or post several at a tim

- **Filter Tool:** Filter your keyword list by text, stats, type, or status.
- **Keyword Tool:** Get additional keyword suggestions for your keyword list.

## 3. Detailed Ad Group Statistics:

- **Clicks:** The clicks accrued for the relevant campaign.
- **Impressions:** The number of times an ad is displayed on Google and on Google's ad network.
- **Clickthrough Rate:** Clickthrough rate (CTR) is the number of clicks your ad receives divided by the numbe times your ad is shown (impressions).
- **Average CPC:** The default keyword matching option is broad matching, and unless you choose to target y keywords as exact matches, your ad will show for all variations of your keyword up to your maximum CPC amount. Because your keyword can have many variations, each with their own unique CPC, the CPC shov the average for all variations of your keyword.
- **Cost:** The actual cost accrued for clicks on your ad.
- **Average Position:** Unless you choose specific keyword matching options, your ads will likely appear for m variations of your keyword. Your position will vary according to your maximum CPC/keywords and will be influenced by competing advertisers' maximum CPC/keywords. Therefore, the position shown is the averag unique positions associated with each variation of your keywords. (When running site-targeted campaigns, you'll see *Max CPM* in place of *Max CPC*, and the *Avg. Pos.* column will not appear.)

### Editing Maximum CPCs & URLs

### Campaign Details page

Edit the maximum CPC for one or more Ad Groups. Select the checkbox next to those Ad Groups, and click the **Change Max CPC** button. The **Change CPC** screen will appear, where you can enter new values for each Ad Gr maximum CPC. You can use the 'v' button to apply the same value to all of the Ad Groups you selected.

### Ad Group Details page

Edit the maximum CPC for an individual Ad Group by clicking **edit** above the keyword table. The **Edit Keywords CPC** screen will appear. You'll then be able to enter a new maximum CPC for this Ad Group, and estimate the keyword traffic that your new maximum CPC setting could allow.

You can also attach a unique maximum CPC and/or Destination URL to each keyword. Check the box next to the keywords you'd like to modify, and click the **Edit CPCs/URLs** button located above the keyword list. A new page appear, where you'll be able to attach a unique maximum CPC or Destination URL to any keyword. Any setting th you enter for an individual keyword will override the Ad Group setting. Use the 'v' button to apply the same chang all keywords on the page. If the new amount you enter isn't high enough for your keywords to run, we'll let you kn and list the minimum bid needed in order for your keywords to trigger ads.

### Keyword Lists

### Adding

To add new keywords to an existing Ad Group, click **Add Keywords** within the Ad Group view. Enter the new keywords in the box that appears, and click **Estimate Traffic** to see estimates of the clicks and costs of each new keyword. Click **Save** to save your changes

### Editing

To edit existing keywords, click the **Edit Keywords** link within the Ad Group view. The resulting view will let you c

add, edit, or delete keywords. You can also enter a new maximum cost per click, and click **Estimate Traffic** to se general estimates of the costs, position, and clicks your ad would receive with the new CPC setting.

### Deleting

You can delete keywords via the **Edit Keywords** screen, or from the Ad Group view by checking the box next to keywords you'd like to remove, and clicking the **Delete** button.

### Filtering

Click the **Filter Keywords** link to limit the keywords displayed in your keyword table for easier assessment. You filter keywords based on the text they contain, individual statistics (use the pull-down menu to select the type of s the keyword matching type, or the keyword status.

## Creating New Ads

### Text Ads

To create a new text ad within an Ad Group, click the **Create New Text Ad** link that appears to the right of any ex ad at the top of the keyword table.

Simply enter your new ad text and URLs in the spaces provided. (For your reference, these fields will already hav been filled automatically with text from an existing ad within your Ad Group.) Click **Save New Text Ad** to save yo changes.

### Image Ads

To create a new image ad within an Ad Group:

1. Click **Create New Image Ad**.
2. Decide on the size of your image ad.
3. Browse your hard drive to select the image you'd like to use.
4. Name your image.
5. Enter your chosen URLs.
6. If applicable, check the box to agree to image adjustments.
7. Then click **Save New Image Ad**.

Be sure to read our online Editorial Guidelines for text and image ads before creating any new ads.

## Editing Ads

When an Ad Group has only one active ad, you can edit it by clicking the **Edit** link next to the ad at the top of the

If an Ad Group has multiple active ads, the interface will be slightly different, and you can view all of the ads avail for editing by clicking the **View All Below** link that appears to the right of the ad at the top of the page. All of the a ads within an Ad Group will show, and you can click the **Edit** link below any ad. The edit screen will appear and y be able to edit that ad's text and URLs.

## Deleting Ads

When an Ad Group has only one active ad, you can delete it by clicking the **Delete** link next to the ad at the top o page.

If an Ad Group has multiple active ads, you can view all of the ads that can be deleted by clicking the **View All Be**
link. All the active ads within an Ad Group will show, and you can choose the ad(s) that you'd like to delete.

## Reports & My Account

Objective: Learn how to navigate to the Report Center, find billing information, and edit information under the **My Account** tab.

## The Report Center

Report Center offers more detailed account statistics than you'll find under the **Campaign Management** tab. The **Report Center** tab contains both the **Create Report** and the **Download Center** sections. In **Create Report**, you generate reports for many different levels of your account, including keywords, ad text and campaigns. The **Dowr Center** is where your report files become available for retrieval. To learn more, please see the Reports lesson.

## My Account Tab

Next, let's take a quick look at the **My Account** tab. The **My Account** tab contains four sections: Billing Summary Billing Preferences, Account Preferences, and Access. For qualifying advertisers, there is an additional Budget section.

## Billing Summary

On the Billing Summary page you'll see invoices for your account. You can access more detailed information abo each invoice by clicking the invoice number link. To learn more, please see the Billing Cycle lesson.

## Billing Preferences

On the **Billing Preferences** page, you can view your method of billing and form of payment. You also can edit the credit card or account that you are using for payment and change your billing address or contact phone number. ` may also enter any promotional codes you may have received.

## Account Preferences

On the **Account Preferences** page, you can:

- Edit your login email address, password, and display language.
- Decide whether to receive newsletters, market research, or special offers from AdWords.
- Select your primary business type.
- Edit your Google Analytics auto-linking capability.
- Review the AdWords Terms and Conditions for your account.

## The Budget Page

The **Budget** page lets you view active, past and future account-level budgets. Account-level budgets are issued t qualified advertisers who prefer to be billed on a monthly basis with invoices. The **Budget** page displays the conti account budget, contract start and end date, and shows what portion has been consumed to date. To learn more, please see the Invoicing lesson.

## Access

The **Access** page lets your view and control other's access levels and keep your own information secure. This pa comes in handy if your share your AdWords account with other users or if a client manager helps manage your account.

On this page, you can invite other users to share the account with you, grant users access, and disable a user or manager's access.

# 2c. Keyword Matching

## Keyword Matching Options

Objective: Understand the various keyword matching options and how to use them to your advantage in your campaigns.

## Introduction to Keyword Matching Options

Keyword matching allows you to control how precise a user's search must be to trigger your ad. Defining how broadly or narrowly your ads are targeted helps you reach the audience you want. In general, the more targeted your keywords and ads are, the more likely you are to reach potential customers.

The primary matching options you can apply to your keywords are:

- Broad
- Phrase
- Exact
- Negative

AdWords also offers a more advanced matching option called embedded matching, which will be discussed in greater detail later in this lesson.

## Broad Match

Broad match is the default setting for your keywords. Therefore, if you submit a new keyword to your Ad Group it will appear as a broad-matched term.

When your keyword is broad-matched, it will trigger your ad whenever that keyword or similar term appears in a user's query. This means that your ad will still appear even if:

- Other words are included in the query.
- Terms in the query are not written in the same sequence in your keyword (for example, if your keyword is 'x,' your ad may be triggered by search terms 'xyz,' 'zx,' or 'zyx').
- The query is similar to your keyword. This includes plurals and synonyms.

Broad matching is an effective way to reach a wide audience. To specify a broad-matched keyword, enter your keyword without including quotes, brackets, or other punctuation.

*Example:* For the broad-matched keyword 'used book,' your ad could appear when users enter the following queries:

Used book dealer
Buy used book
Used and rare book
Used book for sale
Used book finder

## Phrase Match

A phrase-matched keyword will trigger your ad for any query on Google that includes your keyword or phrase in the exact sequence and form that you specify. (Additional terms in a user's query can precede or follow the phrase.)

Phrase matching helps restrict your ad from showing on irrelevant variations of your keyword and target your audience more accurately. To enable phrase matching for a particular keyword, enclose it with quotation marks.

*Example:* For the phrase-matched keyword "used book", your ad will appear when Google users enter the following queries:

| Ad will appear: | Ad won't appear: |
|---|---|
| used book dealer | used paperback book |
| buy used book | book of used matches |
| | rare and used books |

## Exact Match

Exact match is the most precise method for targeting your keywords. Use exact match when you want your ad to appear only on a query that precisely matches the keyword you have chosen. With exact match, your ad won't appear for search queries that include extra words or letters or for queries that don't match the sequence of your exact-matched keyword.

Exact-match keywords are enclosed in square brackets.

*Example:* For the exact-matched keyword [used book], your ad will display when Google.com users enter the following query:

| Ad will appear: | Ad won't appear: |
|---|---|
| used book | used book seller |
| | used books |

## Negative Match

Negative keywords prevent your ad from appearing when a search includes a

keyword that isn't relevant to your ad. Your ad won't appear when a negative keyword you've specified is included in a user's search query.

To specify a negative keyword, add a minus sign (-) before the keyword or phrase you want to limit. Negative matches may not restrict your other keywords as much as phrase or exact matches might.

*Example:* For broad-matched keyword 'used book' and negative keyword '-college', your ad will display when Google.com users enter the following query:

Ad will appear:    Ad won't appear:
used book seller  used college book

## Embedded Match

Embedded match is a sophisticated form of keyword matching that allows you to prevent your ad from appearing in relation to certain phrase or exact matches. This is popular when an advertiser sells merchandise related to a movie or book, but not the actual movie or book.

*Example:* An advertiser selling *Toy Story* merchandise might use the embedded match option of a negative and exact match on -[Toy Story]. This way, the advertiser's ads appear for 'Toy Story dolls' and 'Toy Story products,' but not for the exact match 'Toy Story.'

## Keyword Matching Functions and Benefits

Objectives: You'll learn how to use keyword matching to:

- Better target ads and control costs.
- Improve your keyword's clickthrough rate (CTR) and Quality Score, boost your ad position, and increase your return on investment (ROI).

## Broad match keywords

Broad match keywords are typed as plain words, such as 'used book.' The function of broad matching is to allow your ad to appear for all relevant variations of your keyword, including synonyms, related phrases, and plurals.

Using broad-matched keywords ensures as many potential customers as possible view your ad, and you don't have to spend time developing an exhaustive keyword list. With the wide distribution potential of broad matching, your ad may accrue impressions quickly. It's important these impressions, particularly the ones triggered by more general keywords, are delivering clicks and providing a good ROI.

## Phrase match keywords

Phrase-matched keywords appear with quotes around them, such as "used books." Using phrase match ensures that your keyword or keyword phrase corresponds to

a user's entered search term, even though the user may have entered other words both before and after your matching keyword.

The benefits are controlled cost and improved ROI. Ads triggered by phrase matches typically accrue fewer impressions than broad matches, so your campaign may not require as high a daily budget to display your ads. You'll spend less of your advertising dollars on clicks that are unlikely to gain you a conversion or sale. Additionally, because phrase-matched keywords help your ad reach a targeted audience, the more potential your business will have for an improved ROI.

## Exact-Match Keywords

Exact match is the most targeted keyword matching option. Exact match keywords are enclosed in square brackets, such as [used books]. Exact match keywords are very specific and can be useful for targeting ads when more broadly targeted variations of the same keyword haven't resulted in many clicks.

The benefit of exact-match keywords is that your ad is shown to an audience looking for precisely what you're advertising. This increases the likelihood your ad will receive relevant clicks and maintain a high Quality Score, while keeping your costs down.

## Negative match keywords

Negative match keywords appear with a minus sign (-)in front, such as -college. Negative keywords or keyword phrases prevent your ad from appearing even if a user searches on one of your other keywords. Negative keywords can be created at the Ad Group level. They can also be applied at the campaign level if you'd like the negative match to apply to the keywords in each of the campaign's Ad Groups.

While broad, phrase, and exact match help you control who sees your ad, negative keywords allow you to control who won't see your ad. This may increase your CTR and ROI. Negative matches may also reduce the cost of your ad by collecting fewer, higher quality clicks.

## Embedded match keywords

Embedded matching is an advanced feature of AdWords using a combination of matching features. For example, -[Toy Story] uses both negative matching (the minus sign) and exact matching (square brackets). This technique allows you to combine the features of negative and exact match, or negative and phrase match. Therefore, the potential benefits would include controlled costs, and improved ROI (and potentially, CTR).

## Implementing Keyword Matching Options

Objective: Learn how to implement keyword matching to target your audience most effectively.

## Example 1

When creating your keyword list, you can use the keyword matching options to target your ads to users looking specifically for your products or services. The following examples will show how keyword matching options can affect the number of qualified customers you reach, and the performance of your ad.

Find New and Used Books
Special Shakespeare Collection
Huge Selection. Order Online Today!
www.Bookstore-Example.com

Potential Keywords:
used books
Shakespeare
"used books"
"Shakespeare books"

The broad-match keyword 'used books' will probably be too general to be effective for this ad. The ad would appear on queries such as 'used biology books', or 'used shelves for books.' As a result, the ad would probably accrue many impressions, but few clicks.

Similarly, the broad-match keyword 'Shakespeare' might be too general. Common variations such as 'Shakespeare festival' would trigger your ad, but won't bring visitors interested in your business.

Adding "used books" as a phrase match better targets the ad by ensuring that it will appear only if users search on the terms 'used books' in that order. You ad would appear if users search on 'Shakespeare used books' or 'used books of plays'. You'll know that you're reaching only people looking for different variations of 'used books'.

The phrase match "Shakespeare books" may be even more effective, as it represents precisely what you sell.

### Example 2

Broad-matched keywords are the best way for your ad to get a lot of impressions. However, because they distribute your ad on synonyms and variations of the keyword, broad matching is best used with multi-word phrases. A single-word, broad-match keyword will usually generate a lot of impressions and potentially untargeted clicks, which would lead to a poor ROI.

Find New and Used Books
Special Shakespeare Collection
Huge Selection. Order Online Today!
www.Bookstore-Example.com

Potential Keywords:
used rare books
used Shakespeare plays
"used book"

The broad-matched, multi-word keywords 'used rare books' and 'used Shakespeare plays' may work well. Implementing phrase-matched keywords may eliminate unwanted variations that don't pertain to your service. As a result, phrase-matched keywords can be more effective with general terms. The keyword phrase "used book" is appropriate since the advertiser is selling used books, but doesn't offer text books or blue book estimates for used cars.

### Example 3



Negative keywords also help target your ads. When used with broad- or phrase-matched keywords, negative keywords eliminate irrelevant keyword variations that don't pertain to the ad or business.

Find New and Used Books
Special Shakespeare Collection
Huge Selection. Order Online Today!
www.Bookstore-Example.com

Potential Keywords:
Shakespeare plays
Performance
Auditions

The broad-match keyword 'Shakespeare plays' doesn't differentiate between users searching for books of Shakespeare plays, performances of Shakespeare plans, or auditions for Shakespeare plays. Adding the negative keywords 'performance' and 'auditions' would eliminate many unwanted impressions, and possibly improve your ROI as well.

You can apply negative match keywords to all of the Ad Groups in a campaign, or to an individual Ad Group. To apply negative keywords at the campaign level, click **Tools** on the **Campaign Management** tab, and then click **Edit Campaign Negative Keywords**.

## 2d. Language & Location Targeting

### How AdWords Targets Users

Objective: We can use an advertiser's language and location targeting settings to reach users in many different areas around the world. Learn how Google determines the location and/or language of a user by Internet Protocol (IP) address, Internet domain, query parsing, and language preference detection.

### IP Address

Google can identify a user's IP address, which is the unique number assigned to each computer connected to the Internet such as 10.32.20.135, to pinpoint a user's general physical location. The IP address is always a series of four numbers separated by three decimal points. Ads on Google and other sites in the Google Network are shown in a language according to a user's IP address. For example, if a user is searching on Google.com and his/her IP address is registered in France, the user will see ads targeted to France and/or French speakers.

### Internet Domain

Google has over 100 country-specific domain extensions to which AdWords ads can be targeted. The Internet domain is the suffix attached to each web address, such as .com, .fr, and .es. Google.com is geared to English speakers, Google.fr to French speakers, and Google.es to Spanish speakers.

If a user searches on any of the hundreds of Google domains, ads will be displayed according to the domain extension used. For example, if a user located in Spain searches on Google.fr, the user will see ads targeted to France and/or French speakers.

## Query Parsing

With query parsing, Google can use the user's search query to determine when to show ads targeted to a specific city, regardless of the user's IP address. For example, if a user with an IP address in New York searches for 'hotels in Hollywood,' the user will see ads targeted to users in Hollywood.

This feature is only available in the United States.

## Language Preference

The **Preferences** link on the Google home page lets users choose the language in which they want to search. When the user sets the language preference, Google will only display ads that are targeted to the chosen language. For example, users who choose Spanish as their language preference will see ads targeted to Spanish speakers.

Google does not translate ads. If an advertiser writes an ad in English and targets the Spanish language, the ad will appear in English, regardless of the targeted language.

## Language and Country Targeting

Objective: Targeting users by one or more languages or countries is the best option for businesses that sell globally or to specific countries. Learn when and how to target by language or country.

## Targeting by Language or Country

### Language targeting

You should use language-specific targeting if your audience only speaks one or more languages. Because people speak many different languages in many different locations, a sure-fire way to reach these users is to target by language instead of location. By doing this, you can find more qualified leads, which helps decrease irrelevant ad clicks and increase your ad's relevancy.

For example, if an advertiser sells Spanish books, he can choose to target his ads to the Spanish language. When we detect that a user speaks Spanish by one of the methods listed in the topic above (How Google Targets Users), we'll display the advertiser's ad.

Google offers dozens of different language targeting options. On your Edit Campaign Settings page within your AdWords account, you can choose to target one, several, or all languages.

### Country targeting

You should target by country – using the 'Countries' location targeting option – if you have a large audience and offer services/products to one or more countries. If

you have a global business, it would make sense to target all countries, ensuring that your campaigns get exposure across the world.

For example, if you sell maps of the United States and only ship within the United States, you should target your campaign to the United States. However, if you sell DVDs worldwide, you should target your campaign to all countries and all languages.

For more information about advertising outside the United States, please see our Advertising Outside of the United States lesson.

## Implementation

### New Campaign

When creating a new campaign in your AdWords account, you must choose your language and location targeting options. Here's how to set your location setting by country in your AdWords account:

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the **Create new AdWords campaign** link on your Campaign Summary page.
3. Name your campaign and Ad Group.
4. Select the language(s) you wish to target.
5. Under **Target customers by location**, choose **Countries**.
6. Choose the country or countries you wish to target.
7. Click **Continue**, and finish creating your campaign.

### Existing campaign

To change your language or geographic targeting settings for an existing campaign in your AdWords account, please follow these steps:

1. Log in to your AdWords account at adwords.google.com.
2. Click the campaign you with to edit.
3. Click the **Edit Campaign Settings** link above the table.
4. Select a language to target.
5. Click **Edit** beside the **Locations** section.
6. Click **OK** if you receive a pop-up dialog box.
7. Click **Change option**, and **OK**.
8. Select **Countries**, and click **Continue**.
9. Select one or more countries you wish to target, and click **Continue** (Figure 4).

## Region and City Targeting

Objective: Target your ads to small geographic areas using region and city targeting to reach a specific population. Learn why and when to use region and city targeting, and get step-by-step instructions on setting this option for your AdWords campaign.

### Why and When Should I Target a Region or City?

Region and city targeting is best used by advertisers whose audience is concentrated in defined areas. With region and city targeting, you can capture a smaller population segment and receive more qualified clicks. This helps keep your Quality Score high and your costs low. Additionally, you can create more customized ad text and landing pages that highlight special promotions or pricing based on the audience you're targeting.

Region and city targeting usually works best for region-specific businesses, such as boutiques, stores, restaurants, or hotels. For example, if you sell flowers and only deliver in the New York City area, you should target your campaign to that area only.

Region and city targeting may not be offered in your country. The available options will be displayed when you set up your campaign.

### What Will Regionally Targeted Ads Look Like?

AdWords will identify your chosen region or city (whichever is the most specific) in the last line of ad text in your region and city targeted ads to distinguish them from nationally-targeted ads. These ads will appear on Google and on some of our partner sites.

### Implementation

To set up region and city targeting for a new AdWords campaign in your account, please follow these steps:

1. Log in to your AdWords account at adwords.google.com.
2. Click the **Create new AdWords campaign** link on your Campaign Summary page.
3. Name your campaign and Ad Group.
4. Select the language(s) you wish to target.
5. Under **Target customers by location**, choose **Regions and cities**.
6. Use the drop-down menu to select the country you wish to target. (Figure 6).
7. Select the regions or cities you wish to target. Please note that region and city targeting is only available for some countries.
8. Click **Continue**, and finish creating your campaign.

To set up region and city targeting for an existing AdWords campaign, please follow these steps:

1. Log in to your AdWords account at adwords.google.com.
2. Click the campaign you with to edit.
3. Click the **Edit Campaign Settings** link above the table.
4. Click **Edit** beside the Locations section.
5. Click **OK** if you receive a pop-up dialog box.
6. Click **Change option**, and **OK**.
7. Choose **Regions and cities**, and click **Continue** (Figure 5).
8. Use the drop-down menu to select the country you wish to target.
9. Select the regions or cities you wish to target. Please note that region and city targeting is only available for some countries (Figure 6).
10. Click **Continue**.

### Region and City Targeting Accuracy



Some Internet Service Providers (ISPs) assign their users an IP address that masks the user's location. This excludes these users from seeing region- and city-targeted ads.

To reach these ISP users, we recommend you also create a nationally targeted campaign with region-specific keywords and ad text to capture additional traffic. Here's an example of a used car dealer in San Francisco that has created both region and city and national campaigns.

| Campaign 1: Region and City | Campaign 2: National |
|---|---|
| Location Targeting: San Francisco | Location Targeting: United States |
| Keywords: | Keywords: |
| - used car | - San Francisco car dealer |
| - used truck | - San Francisco used truck |
| - car dealer | - San Francisco used car |
| - buy pre-owned car | - buy pre-owned car in San Francisco |

## Customized Targeting

Objective: Customized targeting uses specific latitude and longitude points on a map or a physical address to target a specific area. Learn when and how to use this option to reach more qualified leads.

### When to Use Customized Targeting

Customized targeting is best suited for advertisers with an audience in very specific areas. If you select the customized targeting option for your campaign(s), your ads will only appear to customers searching for results within (or located within) a specified distance from your business or within the area you define.

Additionally, customized targeting doesn't limit you to the cities and regions offered by region and city targeting. For example, an advertiser owns a restaurant chain in Southern California. With customized targeting, the advertiser could choose to target the entire southern half of California instead of specific regions or cities.

### Three Types of Customized Targeting

When setting up customized targeting, you have three options: enter a physical address, select a point on the map, or enter multiple latitude and longitude points to form a polygon.

- *Enter a physical address*: With this option, you enter a street or business address. (This option is available for the U.S and Canada only.) You then choose a distance (such as 50 miles or kilometers) that forms the radius of a circle around the address. Only users located within this circle, or those who include in their search the names of cities within this circle, will see your ads.

- *Select a point on the map*: Instead of entering an address, you can define the center of your advertising circle by dragging the interactive map to place a red marker on your location. This location will automatically be converted to exact latitude and longitude coordinates, which the AdWords system will

use in targeting your advertising.

- *Multi-point (or polygon)*: Multi-point targeting lets you click three or more points on an interactive map to outline the advertising region of your choice. (Again, the system will convert the points you select to latitude and longitude automatically.) Using multi-point targeting, you can create target areas of virtually any size and shape.

## Implementation

To set up customized targeting for a new campaign, please follow these steps:

1. Log in to your AdWords account at adwords.google.com.
2. Click the **Create new AdWords campaign** link on your Campaign Summary page.
3. Under **Target customers by location**, select **Customized** and **Continue**.
4. Choose your settings.
5. Click **Continue**, and finish creating your campaign.

To set up customized targeting for an existing campaign, please follow these steps:

1. Log in to your AdWords account.
2. Click the campaign you with to edit.
3. Click the **Edit Campaign Settings** link above the table.
4. Click **Edit** beside the **Locations** section.
5. Click **OK** if you receive a pop-up dialog box.
6. Click **Change option** and **OK**.
7. Select **Customized** and **Continue** (Figure 8).
8. Choose your settings using the on-screen instructions.
9. Click **Save and Continue**.

To capture both a local and national audience, it's a good idea to create two separate campaigns - one targeted by country and one targeted by specific location. When creating national campaigns for a specific audience, it's a good idea to include the location-specific information in the keywords and ad text (such as San Francisco flower delivery).

# 2e. International Advertising

## Benefits of International Advertising

Objectives: Discover how and when to target AdWords ads to multiple countries. Learn to assess the impact of global targeting for a given ad campaign. Understand how to explain the benefits of this kind of targeting.

## Google Interfaces

With ads, two entirely separate systems must work together: the search interface and the AdWords interface.

**Search interface**: What Google users see when they enter a search query and get a reply. It is available in 90 different languages.

**AdWords interface**: What an advertiser sees when working with his or her AdWords account. It is available in more than 40 languages.

## Ad Targeting

Advertisers can target their ads (decide where the ads will appear) by language and by location.

Ads can be written in all of the languages in which we have an AdWords interface. (AdWords does not translate your ads for you, so you'll need to write your ad in a specific language if you want your ad to appear in that language.) Based on the language you write your ad, you can target users who speak the same language.

You can then narrow down your audience by choosing specific locations to target. AdWords offers several levels of location targeting: country, regional, and customized.

For example, an advertiser could create an English-language ad and have it displayed in the U.S., Australia, and Sweden. Or, the same advertiser could write an ad in Swedish and have it displayed in the same countries, in Sweden alone, or around the world.

To learn more, please see the Language and Location Targeting lesson.

## Identifying the Benefits of International Advertising

Why advertise in the international market? Simply put: flexibility. Flexibility is a cornerstone of the AdWords program: when you advertise in multiple countries and languages, you can speak directly to each individual audience for your product or service.

With nearly 200 countries to choose from, AdWords can be an inexpensive way to measure interest for your product in different markets. You also can benefit by creating campaigns directed at specific market demographics in different countries. Advertising in more countries means a wider reach - and that means bigger opportunities for your business.

## When Does it Make Sense?

Understanding your goals is the key to developing successful campaigns. Without a clear understanding of your objectives, you'll find it difficult to identify desirable targets.

It's common for new advertisers to target 'All Countries' in the hope of widening their reach. However, by doing this you may be targeting people who can't read the language of your advertisement or website, or whom you won't be able to help even if they wanted to become a customer of yours.

If your business has a national audience, select only that nation as your target. It makes no sense for British businesses to target people in Japan or Germany if they can't sell to those customers.

On the other hand, if you run a hotel for tourists, you may indeed want to target users around the globe. The best way to assess where you should advertise is to

answer these questions:

- What are my (or my client's) advertising goals?
- Who is my (or my client's) intended audience?

## Targeting Your International Audience

Objective: Learn how to target ads using languages and locations and how to minimize costs when advertising internationally.

### Customized Targeting

To reach highly specialized audiences - for instance, only customers within ten miles of your place of business - you can create your own customized target region. For more on this very useful tool, please see the Language and Location Targeting lesson.

### AdWords Makes International Ads Easy

As we learned earlier, AdWords advertisers can create new advertising campaigns targeted to different countries. You need not create a new account to do this - different campaigns can be run under the umbrella of your single original account.

To create a new campaign, simply click the **Create New Campaign** link that appears above the existing campaigns within your account. One of the first steps in creating a new campaign will be to choose your language targets. After choosing your target language(s), you'll choose your target location(s).

You can target by country or by individual regions and cities within countries. You can also specify a customized region of your own creation.

### Avoid Unnecessary Cost

Targeting your ads internationally may lead to more impressions for your ads, and more impressions can be good. However, beware of low-quality clicks from an audience that is too large and poorly defined. Well-targeted ads do more than reach the right audience: they increase your clickthrough rate, which can help your ads improve their ranking among other ads on the page.

### Before Creating Ads - Local Targeting

We've been talking about targeting on a large scale, to countries and groups of countries. Let's look at a different possibility: targeting only cities and regions within certain countries (not yet available for all countries).

Local targeting means your ads appear only to customers searching for, or located in, the cities or regions you've selected. This is extremely useful if your business serves only particular areas -- if you are, for instance, a florist with shops in Milan, Florence, and Venice.

Local targeting is one of the first options in creating a new campaign. First you select a country, and then you'll be given the chance to target one or more regions, cities or metropolitan areas in that country.

## Developing International Campaigns and Ads

Objective: Learn to write ad text targeted to local markets, using the appropriate local languages, and understand payment options available to advertisers around the world.

### Organize Account for Easy Maintenance

Before you target multiple countries, get organized. Clearly defined campaigns are easy to identify and manage. Jumbled campaigns will be an endless source of confusion.

Start by naming your campaigns or Ad Groups to reflect their particular targeted countries and content. A little effort creating unique campaigns and Ad Group names will save you time and energy later.

### Target Your Campaigns

Advertisers sometimes make the mistake of mixing languages between the ads and keywords. This is not an effective way to advertise with AdWords.

For example, if your Ad Group has an ad in French and a keyword list with keywords in different languages, all of the keywords will trigger the same ad written in French. It's a fair bet that users who enter search queries in Japanese will be less interested in an ad written in French - if they can read them at all. The result is often a low clickthrough rate and a low return on investment.

The better solution is to create separate Ad Groups so you can group your French ad with your French keywords and your Japanese ad with Japanese keywords.

### Ad Text Using Local Languages

With AdWords you can create ad text using double-byte characters, such as those used in many East Asian languages. However, be aware that double-byte characters have special requirements.

Double-byte characters need nearly twice the display space as single-byte characters. For example, the title line of an English ad has a 25 character limit. However, the limit for that same title line is 12 characters for a double-byte language. The second and third lines of English ad text are limited to 35 characters, while the limit for double-byte characters is 17.

Two other rules to follow when creating ads with double-byte characters:

- Use single-byte characters for symbols, such as punctuation marks and currency symbols.

- Use single-byte characters for alphanumeric characters.

When creating a double-byte character ad in the English interface, the character limit on the screen is wrong. To avoid receiving an error message, enter only the correct character length.

お探しの書籍必ず見つかる ｜ Max 25 characters

シェークスピア全集、有名作家の｜ Max 35 characters

初版本サイン入りあります。送料無料｜ Max 35 characters

**Figure**: Japanese ad in U.S. AdWords interface

お探しの書籍が必ず見つかる    Max 25 characters

シェークスピアの全集が$100から ｜ Max 35 characters

DVDとCDも。今なら送料無料！    Max 35 characters

**Figure**: Single-byte characters and numbers inside of a double-byte ad

**Currency Selection and Payment Options**

You can specify your account's payment currency only when you first create your AdWords account. This becomes the currency you'll use to manage your account and in which you'll be billed for your ads.

If you set your currency as U.S. dollars, you'll continue to work in U.S. dollars even if you decide to run ads in Indonesia or Brazil or if your billing address changes to France. Once your account is created, you can't change your payment currency.

You'll be asked to set your currency near the end of the account set-up process. Just choose the currency you want from the drop-down menu showing all the currencies available. Payment types and methods vary depending on your currency. For instance, not every country and every currency allows bank transfer transactions. For more detail, please review our payment options page.

# 2f. Site Targeting

## Introduction to site targeting

Objective: Learn how site-targeted ad campaigns work, and who should create them.

## What are site-targeted ads?

Site targeting lets advertisers choose individual sites in the Google content network where they'd like their ads to appear. With a site-targeted campaign, an ad appears on specific websites selected by the advertiser, and nowhere else. Site targeting also allows advertisers to bid for these spaces via a cost-per-thousand (CPM) rate, rather than by the classic AdWords cost-per-click (CPC) model.

Site-targeted ads appear only on the Google content network. They don't appear on Google or the Google search network.

Site targeting is an alternative to traditional AdWords keyword-targeted campaigns. Many advertisers simply prefer the ability to advertise on a favorite site or sites. Some advertisers want the flexibility to reach customers early in the advertising cycle, with ads designed to increase awareness but not necessarily generate clicks or traffic. (These are sometimes called 'branding campaigns.') Many larger corporate advertisers also prefer the traditional industry metrics of CPM campaigns.

### Eligibility for site-targeting

Any AdWords advertiser can create a site-targeted campaign.

Advertisers enable site targeting by checking a box under **User Preferences** on the **My Account** tab. From that point, every time the advertiser creates a new campaign, he or she will be given the choice of creating either a keyword-targeted or site-targeted campaign. Each campaign can contain site-targeted ads or keyword-targeted ads, but not both.

Site-targeted campaigns are primarily a good choice for businesses who want to promote a brand or a new product to a specific audience. However, we expect that most AdWords advertisers will use keyword targeting as their main advertising approach.

All advertisers must have at least one keyword-targeted campaign in their account before creating site-targeted campaigns.

### Appearance and location

Site-targeted campaigns can include text ads, image ads, or both. Site-targeted ads appear in the same format sizes and the same page positions as standard keyword-targeted ads. Animated ads are allowed.

Whether images or text, site-targeted ads always fill the entire ad position themselves. If the advertiser is running a text ad, the expanded text format enlarges the ad so that it fills the entire position.

Site-targeted campaigns currently appear only on content sites in the Google Network. (Keyword-targeted ads can appear on Google, on Google search partner sites, and on content and partner sites in the Google Network.)

### Formatting Expanded Text Ads

An expanded text ad is an AdWords text ad that fills an entire ad unit on its own, rather than being grouped with other text ads. Examples of ad unit arrangements can be found on our ad format page.

Expanded text ads are available with both site-targeted and keyword-targeted campaigns in Google AdWords. An expanded text ad contains the same number of characters and the same editorial guidelines as a regular text ad, but the font and layout are increased to fill the entire banner, box or skyscraper space.

## Creating a site-targeted campaign

Objective: Learn the steps for creating site-targeted ads and choosing where they will appear.

## Campaign creation basics

Site-targeted ads are created in much the same manner as keyword-targeted ads. The key differences:

- Instead of creating a list of keywords to trigger their ad, advertisers create a list of sites where the ad will appear.
- Instead of a keyword tool, advertisers use a site discovery tool. They enter terms and URLs that show the kind of site they're looking for, and the AdWords system suggests potential sites from the Google content network.
- Instead of making a keyword CPC bid, advertisers make a maximum CPM bid ? the highest amount they're willing to pay for every 1000 views their ad receives on a given site.

When new advertisers first create an account, the first campaign they create is always a keyword-targeted campaign. Once the advertiser activates their account and enables site targeting, the advertiser will be given a choice of keyword targeting or site targeting when creating new campaigns.

## Campaign Creation - Step by Step

You can create a new site-targeted or keyword-targeted campaign at any time. To create a new campaign of either type:

1. Log in to your AdWords account (if you aren't logged in already).
2. On the **Campaign Summary page**, find the 'Create a new campaign' links just above the table of existing campaigns.
3. Click either the **site-targeted** or **keyword-targeted** link to begin creating a new campaign of that type.

If you selected a site-targeted campaign, follow the signup wizard instructions to create your campaign.

If you selected a keyword-targeted campaign, you'll be offered the option of using the one-page signup wizard, which allows you to copy and edit settings from an existing campaign. To switch to the one-page wizard, use the pull-down menu to select an existing campaign to copy, then click 'Go' and follow the instructions on the next page.

To use the full multi-page signup wizard for a keyword-targeted campaign, ignore the one-page signup option and follow the regular instructions to create your campaign.

## Choosing the sites where your ad appears

The signup wizard includes a site discovery tool to help advertisers find Google

Network sites where they'd like to advertise. This is similar to the role the keyword tool plays for keyword-targeted campaigns.

After first targeting languages and locations and creating your ad, you'll come to a section of the signup wizard titled 'Target your ad: Identify sites.' You're presented with two entry fields, one for sites and one for keywords.

In the **site** field, enter the URLs of sites where you'd like to see your ad appear. You can also enter sites which simply represent the type of content you think your ad is best suited for. If you are advertising tennis equipment, you might enter the URLs of tennis or sports websites.

In the **keyword** field, enter terms which describe the themes and topics of sites where you'd like to advertise. (Examples: *tennis, sports, rackets*.) Enter only one word per line; multiple-word entries aren't accepted. Note that you will not be advertising on searches for these keywords, as with keyword-targeted advertising. These keywords are only for the purpose of finding potential publishers on the Google Network.

Once you fill in the fields and click 'Find Sites,' the AdWords system instantly scans the content of the sites you have selected, as well as the keywords you entered, and uses the results to suggest a list of **candidate sites**. This is the initial list of sites which may be suitable for your ad. Each candidate site includes an estimate of the **Max. Impressions/Day** ? a rough estimate of the number of impressions available to all advertisers on this URL in the average day.

If the URLs you entered are available on the Google Network, they'll be displayed in the list of candidate sites. If not, you'll see a message telling you those sites are not available.

Check the box next to all candidate sites where you'd like your ad to appear, then click **Add** to move those sites to the selected sites field. This is the list of sites where your ad will actually run.

Once you've added some sites, click **Refresh Candidate Sites** and the system will analyze your selections and use the results to create an even more refined list of candidate sites. You can select new sites and hit **Refresh Candidate Sites** as many times as you like. You can also remove sites from your selected site list by highlighting the URL and clicking **Remove**.

The final choice of sites is entirely up to you. When you're satisfied with your list of sites, click **Continue** and you'll see a total of the sites you selected, as well as an estimate of the total number of available impressions for all those sites.

### Pricing, competition, and campaign management

Objective: Understand how cost-per-impression pricing works, how CPM ads compete with CPC ads, and how site-targeted ads are managed in the AdWords account.

### Pricing for site-targeted ads

With site-targeted ads, you set the maximum price you want to pay for every

thousand impressions your ad gets on that site. (This is called the maximum CPM.)
CPM ads accrue charges whether a user clicks your ad or not.

The maximum CPM must be at least US$0.25 or the local currency equivalent. (To
determine a local currency equivalent, visit the Account Fees and Payment Options
page.) As with CPC pricing, Google technology will lower the actual CPM to the
minimum price needed to place a site-targeted ad in a given position. That means
that in many cases, advertisers will pay a price lower than their maximum CPM.
This model is different from other CPM (cost-per-impression) models, where
advertisers must pay a fixed CPM.

CPM pricing is currently available only with site-targeted ads, and cost-per-click
(CPC) pricing is available only with keyword-targeted ads.

### How site-targeted ads compete for ranking

When you run a site-targeted AdWords campaign, you set the maximum price you
want to pay for every thousand impressions your ad gets on that site. This is called
the maximum CPM. When you run a traditional AdWords keyword-targeted
campaign, you set the maximum price you want to pay every time someone clicks
on your ad. This is the maximum cost-per-click, or maximum CPC.

Because the two pricing systems are different, AdWords uses a system of effective
CPM, or eCPM, to compare and rank them.

For keyword-targeted ads, the AdWords dynamic ranking system considers the ad's
cost per click (CPC), clickthrough rate (CTR), and other relevance factors, all taken
across 1000 impressions. The resulting figure is the ad's eCPM, or effective cost
per 1000 impressions.

For any available ad position, the eCPMs of keyword-targeted ads are compared to
each other and to the max CPM prices of eligible site-targeted ads. The highest-
ranking ad wins the position and is displayed to the user. As with all image ads, a
site-targeted ad must outrank the eCPM of the top four keyword-targeted text ads in
order to win the space.

When a CPC ad is displayed, it is charged only if the user clicks on the ad. A CPM
ad is charged for an impression whether clicked or not. No matter which type of ad
wins the position, the AdWords discounter monitors the competition and ensures
that the winning ad is charged only what is necessary to maintain its ranking above
the next-highest ad.

Site-targeted ads can appear only the Google content network, so at present that is
the only place where site-targeted and keyword-targeted ads compete. On search
results pages and other Google Network properties, keyword-targeted ads continue
to compete as they always have.

### Managing site-targeted campaigns

Advertisers who run site-targeted campaigns continue to use the standard
**Campaign Management**, **Reports**, and **My Accounts** tabs in their AdWords
account.

Site lists and maximum CPMs for site-targeted campaigns can be edited by
selecting the appropriate campaign and Ad Group in the **Campaign Management**

tab and then clicking **Edit Sites and CPMs**.

When viewing campaign summaries, site-targeted advertisers will see an additional column showing the average CPM (Avg. CPM) for their site-targeted ads.