# EXHIBIT F

# Google

**Google Help Center**

Google Home

About Google

**Help Center**

**Search Guides**
Basics of Search
Advanced Search
Search Results Page
Setting Preferences

**Search Features**
Spell checker, calculator & more

**Services & Tools**
Desktop Search, Toolbar, News & more

Help Center > Google basics > Preferences/Settings

## How do I stop Google.com from redirecting to another Google domain?

We normally redirect users in countries other than the United States from Google.com to one of our country-specific sites (e.g. www.google.co.uk for Google UK) to provide easy access to country-specific search features. We use your computer's IP address, which is frequently the internet address of your Internet Service Provider (ISP), to determine your location and the corresponding Google domain.

If you'd prefer to visit Google.com instead, click on the "Google.com" link on the bottom right-hand side of the Google homepage.

If you have cookies enabled, your browser will connect directly to Google.com on all subsequent visits. For more information on cookies, please visit http://www.google.com/cookies.html and http://www.google.com/privacy.html

If cookies are disabled, you'll experience the same redirect each time you visit Google. You can solve this either by enabling cookies or setting a bookmark for http://www.google.com/webhp. In the latter case, you'll be taken to http://www.google.com/webhp, which is exactly the same as Google.com, each time you select the bookmark.

Finally, if you feel that we're detecting your IP address incorrectly, please use the "Contact us" link below to send us the following information.

1. Your IP address.
If you don't know your IP address and you're using the Windows operating system, please click "Start" > "Run" > type "cmd" > click "OK" > type "ipconfig" > press Enter. Your IP address will look something like this: 217.148.184.7

2. Your physical location (for example, Paris, France).

3. The Google site you're being redirected to (for example, Google.co.in).

**Search Help Center**

[ Search ]

**Learn from other Google users**

Find answers and discuss Google services in our user support discussion forum.