# EXHIBIT G

Dockets.Justia.com

### Lih Y. Lin, 34

*University of Washington*
Built micromirror switches for faster,
all-optical telecommunications networks

AT ABOUT three times the diameter of a
human hair, the micromechanical optical
switches that Lih Lin designed for AT&T in
1997 and 1998 were scarcely visible. And
the minuscule machines she subsequently
built solved a fundamental problem in



telecommunications.
Information travels at
high speed over the
optical fibers that form
the backbones of tele-
com networks, but
converting the optical
signals to electronic bits for processing
by traditional circuitry limits the net-
work's overall transmission rate and
increases its cost. Lin introduced pivoting
micromirrors that can switch light-wave
signals directly, circumventing the pitfalls
of electronic manipulation. Her technique
has since been widely developed and is
enhancing the capacity and reducing the
cost of the optical-fiber network,
as well as enabling faster and
broader-band data and video
transmission over the Internet.
Lin's work has yielded 16 patents
and 120 published papers. As a
newly appointed associate pro-
fessor of electrical engineering at
the University of Washington in
Seattle, she plans to apply her knowledge
of photonics and micromechanics to bio-
technology to devise new kinds of imaging
tools that can analyze individual cells.



### Paul Meyer, 33



*Voxiva*
Brings database and Web-like services to remote areas
through touch-tone phones

THERE ARE about 2.5 billion phones worldwide but only 600 mil-
lion computers. Knowing this, Paul Meyer, a Yale Law School grad
and former speechwriter for President Clinton, founded Washing-
ton, DC-based Voxiva in 2001 to help isolated communities access
computing power through touch-tone telephones. Because phone use requires neither lit-
eracy nor much electricity, the system benefits regions that are short on both. Launched
with funding from the Markle Foundation and the World Bank, Voxiva enables users to in-
put and retrieve information by tapping phone buttons, listening to messages, and speak-
ing responses. In Peru, health-care workers can call a Voxiva server to submit reports about
patient symptoms or disease outbreaks. Peru's Ministry of Health has already collected
50,000 reports on threatening diseases. Meyer's ingenuity has benefited other countries as
well. Working with the International Rescue Committee in 1999, he built a wireless network
that became Kosovo's first Internet service provider. He also set up a Lotus Notes system to
help reunite refugees in Guinea. Impressed with Voxiva's performance, the U.S. govern-
ment hired the company to track the effect of smallpox vaccinations on U.S. soldiers.

### Sanjay Parekh, 29

*Digital Envoy*
Develops software that lets companies tailor services to their customers' locations

STUCK BEHIND a dial-up connection in 1999, Sanjay Parekh grew frustrated having to enter
information like his city and state before he could find store locations on, say, the Federal



Express and Ikea Web sites. "These sites should already know where I am," he
thought. Rather than curse at his monitor, he formed Digital Envoy in Norcross,
GA, to make his idea real. Four years later his product, NetAcuity, is used by eBay,
AOL Time Warner, Microsoft, and others to determine a visitor's locality. It traces
connections back through Internet switching stations to the network nodes
where log-ons originate—almost always in a visitor's city or town. This is close
enough to give users local weather forecasts, or the addresses of nearby elec-
tronics stores, without their having to enter any data. NetAcuity also enables Web sites to auto-
matically tailor advertisements. A billboard ad for Home Depot, for example, could announce a
sale at a store near the visitor's home. Indeed, Google uses NetAcuity to target area-specific ads.
"A lot of people don't know about us," Parekh
says, "but everyone is touched by us."

### Reuben Singh, 27

*alldayPA*
Provides support services and startup money for entrepreneurs

REUBEN SINGH combines technology and capital to help other entrepreneurs. He started his
first business—a fashion accessories shop—at age 18, and four years later, as CEO of a retail
chain, he was worth millions. Relying heavily on eight assistants, he realized that most other
time-strapped entrepreneurs could use the same kind of support. So in 1999, he used $6 mil-
lion of his own money to found alldayPA in Manchester, England. The company uses custom
software that enables a team of live personal assistants to handle calls, manage calendars,
type letters, and perform other tasks for business owners, whose customers need never know
that the assistants are at a 650-seat around-the-clock call center. AlldayPA now has a database
of 94,000 registered customers, who save money by not having to hire employees. Meantime,
Singh's Golden Fund, a $24 million war chest for acquiring and turning around ailing informa-
tion technology companies, has aided more than a dozen businesses. The Bentley-driving CEO
is helping other entrepreneurs through Dream On Attitude, a venture capital fund that invests
his and other people's cash in startups founded by innovators younger than 25.

