# EXHIBIT H

Welcome to WebmasterWorld Guest from 65.171.130.2
**Webmaster World.com**
register, login, site search, glossary, subscribe, help, library, conference, recent posts


Get The Edge!
PubCon by WebmasterWorld

Home / Forums Index / The Google World / Google AdWords
Forum Library, Charter Moderators: skibum & eWhisper & mona

# Google AdWords

This 53 message thread spans 6 pages: << ( 1 2 [3] 4 5 6 ) >>

Regional Targeting in USA for Adwords
beta..

**rcjordan**
Senior Member

user profile
joined:Apr 22, 2000
posts:9138
msg #:21

5:14 pm on Oct 24, 2003 (utc 0)

>Please know that we're staying alert to advertiser feedback here

Let 'er rip. This is it, the gusher.

>as to whether International users would like this feature as well.

Uuum, yes.

**werty**
Moderator Forum 98

user profile
joined-Dec 3, 2002
posts:1348
msg #:22

6:56 pm on Oct 24, 2003 (utc 0)

Some of my affiliate ads have been updated. This could be one of the greatest tools for affiliate pushers.

It would also be cool if you could select an entire state.

I cannot wait until you have regional areas for countries outside of the US.

**MrSpeed**
Preferred Member

user profile
joined:Jan 16, 2003
posts: 618
msg #:23

8:21 pm on Oct 24, 2003 (utc 0)

Why is this so great for advertisers?

Let's assume we're talking real estate like in the Google FAQ.
The advertiser who has a rent available in NYC still has to compete with companies with very deep pockets for ad position correct?

Is it the hope that the surfer eventually gets trained to look for regional listings and thus the CTR/ROI goes higher? Therefore lowering the CPC for the regional advertiser so he can compete?

**jeremy goodrich**
Senior Member

8:24 pm on Oct 24, 2003 (utc 0)

This will be so cool. Maybe now my uncle who owns just the type of regional business that can't really see the benefit of something like AdWords, will be

joined-Aug 4, 2000
posts:3336
msg #:24

interested. :)

I can see this as a huge boon to small business, all over the USA. Way to go Google.

**martinibuster**
Moderator Forum 12

8:26 pm on Oct 24, 2003 (utc 0)

joined-Apr 13, 2002
posts:6928
msg #:25

The advertiser who has a rent available in NYC still has to compete with companies with very deep pockets for ad position correct?

Yes, but your hypothetical realtor no longer has to compete with the Tennessee realtor for the same AdWords real estate. Surfers looking for real estate type in Real Estate, not San Francisco Real Estate or New York Real Estate. This causes the situation where you have non-competing advertisers competing against each other.

It's also a pain to negative out 49 states and several hundred cities just to reach those local surfers who do search for NY real estate by typing in the terms, "Real Estate."

Do people really do that? Yup, they do. And that's what has, in the past, made catching these surfers so difficult.

**andrewhime**
New User

10:34 pm on Oct 24, 2003 (utc 0)

joined:Aug 22, 2003
posts:20
msg #:26

This is EXACTLY what I needed. If only I hadn't found out at 5pm on Friday...

See my thread to see why. :)

**GoogleGuy**
Senior Member

7:52 pm on Oct 27, 2003 (utc 0)

joined-Oct 8, 2001
posts:2846
msg #:27

This is something that I'm pretty excited about. Bear in mind that it's in beta (only U.S. targetting for now, for example), but I think this will be a tool that advertisers can use in lots of neat ways. In the same way that country targetting lets you snip out traffic to places you don't want to reach, this will let people target even more specific geographical areas. I often hear people asking about regional targeting, so I'm glad we're adding this tool to advertisers' toolboxes. More targeted ads are better for users and should give better ROI for advertisers too.

Hope that people enjoy playing with it. :)

**Shak**
Senior Member

8:35 pm on Oct 27, 2003 (utc 0)

joined-June 28, 2002
posts:4102
msg #:28

finally managed to get a screenshot of how the interface when using regional targeting looks

**Screen Shot**

n-joy

**Shak**

many many thanks to the 2 people who spent some time getting this for me, lattes on me

[edited by: Shak at 8:41 pm (utc) on Oct. 27, 2003]

**ReRun**
New User

user profile
joined:Jan 9, 2003
posts: 21
msg #:29

8:40 pm on Oct 27, 2003 (utc 0)

I expect we'll be a huge user of this, as our regional distribution network currently requires us to target our marketing locally. We've used citysearch to date, and obviously this will be a big improvement.

We added regional ads to our nationwide campaign on Saturday night. It's not yet clear to us what hierarchy exists between regional and national ads.

It appears that in cases where region can be identified by IP, our regional ads are running and our national ads are not. It also seems that the top 2 slots may be reserved for national campaigns.

Can anyone confirm this behavior? Seems like an ideal solution, although we're a bit concerned about being boxed out of slots 1-2.

**Learning Curve**
Preferred Member

user profile
joined-Aug 25, 2001
posts:441
msg #:30

9:27 pm on Oct 27, 2003 (utc 0)

Anyone getting good clicks?

I'm disappointed so far - around 2 percent of my Adword clicks are regional. It may be too early to tell.

I assume other products are doing better than mine.

**travisk**
New User

user profile
joined:Oct 20, 2003
posts: 33
msg #:31

10:27 pm on Oct 27, 2003 (utc 0)

Does this mean that it would make sense for me to duplicate all of my normal ads that are regionally targeted?

Example: I have ads for keywords "widget los angeles". Should I make a new regional campaign with the same keywords, but targeted to that specific area?

This 53 message thread spans 6 pages: < < ( 1 2 [3] 4 5 6 ) > >

Terms of Service | Privacy Policy | Report Problem | About
All trademarks and copyrights held by respective owners. Member comments are owned by the poster.
WebmasterWorld and PubCon are Registered Trademarks of WebmasterWorld Inc. BestBBS v3.39 (c) WebmasterWorld Inc. 1997-2006 *all rights reserved*