# EXHIBIT J

Dockets.Justia.com

```
From rob@digitalenvoy.net  Thu Nov  2 13:39:43 2000
Return-Path: <rob@digitalenvoy.net>
Received: from corp.corp.google.com (corp.google.com [10.3.0.1] (may be
forged))
        by mail.corp.google.com (8.9.3/8.9.3) with ESMTP id NAA15087

        for <matt@mail.corp.google.com>; Thu, 2 Nov 2000 13:39:43 -0800
Received: from ns.google.com (ns.google.com [209.185.108.134])
        by corp.corp.google.com (8.9.3/8.9.3) with ESMTP id NAA30608
        for <matt@corp.google.com>; Thu, 2 Nov 2000 13:39:41 -0800
Received: from digitalenvoy.net ([208.62.67.35])
        by ns.google.com (8.9.3/8.9.3) with ESMTP id NAA20810
        for <matt@google.com>; Thu, 2 Nov 2000 13:39:39 -0800
Received: from robfriedman (rob-friedman.digitalenvoy.net [192.168.1.100])
        by digitalenvoy.net (8.9.3/8.9.3) with SMTP id QAA04749
        for <matt@google.com>; Thu, 2 Nov 2000 16:39:37 -0500
From: "Rob Friedman" <rob@digitalenvoy.net>
To: "Matt Cutts" <matt@google.com>
Subject: RE: geotargeting
Date: Thu, 2 Nov 2000 16:38:07 -0500
Message-ID: <CIEFICKHBDONILKNAOJCKECOCGAA.rob@digitalenvoy.net>
MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="-----=_NextPart_000_002D_01C044EB.47CDB200"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook IMO, Build 9.0.2416 (9.0.2910.0)
Importance: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6700
In-Reply-To: <200011022045.eA2KjV529465@cutts.corp.google.com>
Status: RO
```

This is a multi-part message in MIME format.

```
------=_NextPart_000_002D_01C044EB.47CDB200
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: 7bit
```

Matt,

I totally understand--we can worry about the NDA and the actual APIs during
the next phase.  See below for your answers...  I've also provided you with
the API documentation.

  - How do you handle ISP proxy caches such as AOL?
        We have a patent-pending way to deal with AOL.  We have not yet
        deployed
this solution, but we have talked with folks inside of AOL and they have
indicated that it will work.  It should be deployed in the next couple of
months.  We know of no other company that can do this (the folks we talked
to at AOL hadn't even thought of it).

> - What percentage of the time is the geolocation at the country level
>   in contrast to finer granularity (metro area/zip)?

        For US, we return city level responses approximately 90% of the time.

> - What external verification do you do? Do you have estimates for how
>   accurate your product is?

        We verify based on testing against accurate registration data that we
received from partners.  We do not use registration data as one of our data
collection methods, so we feel that this is a good way of testing.  Digital
Island reverifies our internal results.

Schimmel
Plf
EXHIBIT NO. 12
9-23-04
A. DUB, CSR RMR CRR

GOOG 000458
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

We are over 99% accurate on country, over 80% accurate on
   state/region and
around 80% or more accurate on city in North America.


> - How many IP addresses can your product resolve per second?

server.  Our latency is significantly under 1 ms.                                    y

> - A copy of your license agreement would be helpful so I can run it
>   by our legal department in advance.

          See attached.


Please let me know if you have any questions regarding my answers.  We will
run those IPs through our system and return them to you...

Cheers,

Rob


Rob Friedman
Chief Business Envoy
Digital Envoy
(678) 474-9766
rob@digitalenvoy.net



-----Original Message-----
From: Matt Cutts [mailto:matt@google.com]
Sent: Thursday, November 02, 2000 3:46 PM
To: Rob Friedman
Subject: Re: geotargeting


Hi Rob, thanks for your message. We're trying to stay "NDA-free" in
the first stage of this test because it's a pain to push through our
legal department, plus we have an in-house project going too and want
to avoid any appearance of impropriety.

I totally understand if you can't send a copy of your API without an
NDA. For the other vendor who asked for an NDA, we decided against
getting their API until after the first stage of the test was over.
After we get a chance to compare accuracy for this test set, we'll
be ready to talk in more detail about licensing and NDAs though.
If you could give us some feedback on the more general questions, I
would appreciate it.

best wishes,
Matt

> I'm glad our timing is good!
>
> We are definitely interested in entering the Google geo-targeting
> sweepstakes and are certainly willing to submit to the 2000 IP
test--please
> send them along.
>



GOOG 000459
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

> If you could sign our attached NDA (it should be pretty standard stuff), it
> would help me speed along the process and I can supply you with answers to
> your questions and a copy of our APIs ASAP. If it is ok, please fax it back
> to me at 678 474-0724.
>
> Thanks!
>
> Cheers,
>
> Rob
>
>
> Rob Friedman
> Chief Business Envoy
> Digital Envoy
> (678) 474-9766
> rob@digitalenvoy.net
>
> -----Original Message-----
> From: Matt Cutts [mailto:matt@google.com]
> Sent: Thursday, November 02, 2000 2:05 PM
> To: rob@digitalenvoy.net
> Subject: geotargeting
>
> Hello Rob, this is Matt Cutts at Google. Sergey and Craig passed your
> email on to me because I'm evaluating geolocation vendors. Your timing
> is great--we're in the middle of evaluating three different companies
> and hope to make a decision within a month. If you'd like to jump into
> consideration, I'm interested in how Digital Envoy compares. I have a list
> of 2000 IP addresses that I've culled from our logs, and I'll enclose
> that. If you don't mind running these through your system and telling
> us the results, we'll evaluate NetAcuity's accuracy against the results
> from the other companies.
>
> I also had a few questions. Any answers or additional information that
> you can provide would be helpful in evaluating your product:
> - How do you handle ISP proxy caches such as AOL?
> - What percentage of the time is the geolocation at the country level
>   in contrast to finer granularity (metro area/zip)?
> - What external verification do you do? Do you have estimates for how
>   accurate your product is?
> - How many IP addresses can your product resolve per second?
> - A copy of your license agreement would be helpful so I can run it
>   by our legal department in advance.
> - It would be helpful to get a feel for your API. Not sure if you are
>   insisting on an NDA for that level of detail (one vendor has asked
>   for an NDA and one didn't).
>
> Thanks in advance for your help facilitating these answers. We'll
> be comparing NetAcuity to Akamai, CAIDA, Quova, and an in-house
> research project that tries to resolve to zip-code level detail.
> If you have any questions or problems, please feel free to email
> or call me at 650-330-0100, x1088.
>
> best wishes,
> Matt Cutts
> matt@google.com
>
> > Sergey and Craig,
> >
> > Digital Envoy is the world leader in real-time geo-targeting of
> > web content.
> > Our patent-pending NetAcuity(tm) technology

GOOG 000460
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

> > uses a proprietary combination of over 20 different methods to allow web
> > sites to accurately determine the country, state/region and metro-area
> of
> > their users instantaneously, so that they can seamlessly customize
> content
> > to reflect user origin.  Importantly, our technology respects user
> privacy
> > and does not collect ANY personal information or use cookies or on-line
> > registrations.  In addition, our technology can provide the speed at
> which
> > users are connected to the Internet.
> >
> > We have significant alliances with Digital Island (a customer and a
>
> > technology partner) and Siemens (a technology partner, customer, and
> > distributor) that enabled us to create our industry-leading
> product---see
> > these links for more information:
> > http://biz.yahoo.com/prnews/000918/ga_digital.html
> > http://www.digitalenvoy.net/press8-2.htm
> >
> > We would like to talk Google because I believe that our geo-targeting
> > product could help you target search results and advertising on a
> > geographic
> > basis.  We will be in the Mountain View area in early November and would
> > like to meet then if you are interested.
> >
> > Please feel free to e-mail me or give me a call at 678 474-9766
> > (ext 202) if
> > you are interested in talking further.  Also, please visit our web site
> at
> > www.digitalenvoy.net for more information on Digital Envoy.
> >
> > Cheers,
> >
> > Rob
> >
> > Rob Friedman
> > Chief Business Envoy
> > Digital Envoy
> > (678) 474-9766
> > rob@digitalenvoy.net

------=_NextPart_000_002D_01C044EB.47CDB200
Content-Type: application/msword;
        name="demodelagreement.doc"
Content-Transfer-Encoding: base64
Content-Disposition: attachment;
        filename="demodelagreement.doc"


------=_NextPart_000_002D_01C044EB.47CDB200
Content-Type: application/x-zip-compressed;
        name="Digital Envoy API Docs.zip"
Content-Transfer-Encoding: base64
Content-Disposition: attachment;
        filename="Digital Envoy API Docs.zip"


------=_NextPart_000_002D_01C044EB.47CDB200--

####################### End of email #######################

GOOG 000461
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY