# EXHIBIT M

**digital** envoy

News Alerts | Site Map | Send To A Fr

Company | Business Units | News | Contact Us

DIGITAL ENVOY
The inventor of IP Intelligenc

## News : Releases

**Digital Envoy and translations.com Partner To Offer Multilingual Personalized Content Solution**
*Location-, Language- and Currency-Specific Content Served in Real Time*

◘ Releases

◘ Articles

*Atlanta* - Digital Envoy, the leading provider of geographically intelligent Internet solutions, and translations.com, Inc., a leader in website globalization, today announced that they have signed an agreement to offer their current and prospective enterprise customers a comprehensive solution for customized Web site globalization and localization. Together, the companies will offer an end-to-end solution for website translation and real-time global content delivery based on user location.

translations.com provides customers with Web site translation services that strategically expand corporate content and messages across cultures and markets. Digital Envoy allows companies to serve localized, language- and currency-specific content in real time via its patent-pending NetAcuity geo-location technology, which utilizes IP addresses to non-invasively identify the location of website visitors down to the city level, worldwide. Together, the companies offer a content development and delivery solution that recognizes an end user's location and delivers content that is specific to their location in their preferred language.

"This partnership offers significant value to current and prospective customers," said Dave Keller, president and CEO, Digital Envoy. "Companies are trying to become good global corporate citizens, and by automatically delivering locally-relevant, language-specific content to an online visitor, enterprises have the ability to build stronger relationships with their global online audiences."

"This partnership is a natural fit," said Phil Shawe, President and CEO of translations.com. "Our language services help our clients expand their operations on a global scale and now they will have the ability to make their worldwide online presence even more relevant for their users by delivering exactly the right localized content, instantaneously. That type of valuable seamless intelligence is the sign of a truly savvy global operation."

**About Digital Envoy**

As the leader in geographic intelligence, Digital Envoy provides solutions that identify the location and modem connection speed of Internet users down to the city level worldwide, enabling companies to tailor and target Web content, control content distribution and more effectively route network traffic.

Digital Envoy's customers include some of the largest networks and Web sites on the Internet such as AOL Time Warner, Cable and Wireless, Siemens, Google, Abbott Labs, Network Associates, VeriSign, Xbox, Speedera, Advertising.com, and Avenue A. Digital Envoy is headquartered in Atlanta and has offices in San Francisco, Washington, D.C., Chicago, Los Angeles, Malibu, Calif., and New York. For more information, visit www.digitalenvoy.net.

**About translations.com**

translations.com, inc. provides full-service enterprise language translation, website globalization and software localization solutions to clients in virtually every major industry. The company's clients include American Express, Anheuser-Busch, Blockbuster Entertainment, Budget Rent a Car,

Catalyst, j.crew, Nortel Networks, Royal Caribbean and The Home Depot. translations.com's business services are focused on the strategic needs of organizations seeking to communicate and conduct business in international markets. translations.com, Inc. has an established global presence on three continents and continues to pioneer new techniques and technologies for the rapid development of multilingual business solutions. For more information on the company and its solutions, visit the translations.com web site at www.translations.com or e-mail info@translations.com.

**Tim Coughlin**
Director of Communications
translations.com
+1-212-689-1616
tcoughlin@translations.com