# EXHIBIT N

digital envoy

News Alerts | Site Map | Send To A Fr

Company | Business Units | News | Contact Us

DIGITAL ENVO
The inventor of IP Intelligenc

## News : Releases

**Digital Envoy Teams with VeriSign to Analyze Global Internet Traffic Patterns to Improve Internet Performance**

*VeriSign Research Group Will Utilize Digital Envoy's NetAcuity™ Geo-Location Technology to Understand Network Topology and Traffic Flow Trends of the Entire Internet for More Efficient Placement of Generic Top Level Domain (gTLD) Servers*

- Releases
- Articles

*Atlanta* - Digital Envoy, the leading provider of geographically intelligent Internet solutions, today announced that VeriSign, Inc., the leading provider of digital trust solutions, will utilize its NetAcuity™ geo-location technology to determine the geographic origin of domain name system (DNS) servers that query the company's thirteen generic top level domain (gTLD) servers. By understanding where the DNS servers doing the queries are located, VeriSign Research can evaluate the geographic utilization and placement of its gTLD servers to ensure that queries are handled in the most efficient manner on a global basis.

VeriSign operates the exclusive domain name registry for the generic top level domains ".com", ".net" and ".org". Whenever an Internet user searches for a Web site that contains one of the gTLD names, the user's machine queries a domain name server, which then contacts one of the gTLD servers to retrieve the Web site's IP address, which is needed to return the requested web page. By utilizing Digital Envoy's industry-leading NetAcuity technology, which utilizes IP addresses and other non-invasive, patent-pending methods to identify the location and connection speed of any machine on the Internet down to a city level worldwide, VeriSign can analyze and "visualize" where the requesting DNS servers reside, and can then recommend ways to increase the efficiency of the current gTLD constellation, and in turn, the performance of the Internet.

"By utilizing NetAcuity to understand worldwide DNS traffic patterns, VeriSign will gain valuable topological and traffic flow knowledge that applies to the Internet community as a whole," said Sanjay Parekh, co-founder, executive vice president, and chief strategy officer for Digital Envoy. "VeriSign will also be able to make decisions about future placement of gTLD servers so that they are more effective for the greatest number of hosts and users."

**About Digital Envoy**

As the leader in geographic intelligence, Digital Envoy provides solutions that identify the location and modem connection speed of Internet users down to the city level worldwide, enabling companies to tailor and target Web content, control content distribution and more effectively route network traffic.

Digital Envoy's customers include some of the largest networks and Web sites on the Internet such as AOL Time Warner, Cable & Wireless, Siemens, Google, Abbott Labs, Network Associates, Speedera, Advertising.com, and Avenue A. Digital Envoy is headquartered in Atlanta and has offices in San Francisco, Washington, D.C., Chicago, Los Angeles, Malibu, Calif., and New York. For more information, visit www.digitalenvoy.net.

Copyright © 2000-2005 Digital Envoy. All rights reserved. Privacy Policy.