Digital Envoy Inc., v. Google Inc.,

Case 5:04-cv-01497-RS    Document 432-17    Filed 04/14/2006    Page 1 of 3

Doc. 432 Att. 16

# EXHIBIT O

Dockets.Justia.com

News Alerts | Site Map | Send To A Fr

**digital** envoy

Company | Business Units | News | Contact Us

DIGITAL ENVOY
The Inventor of IP Intelligenc

## News : Releases

**Engage Selects Digital Envoy As New Geo-Targeting Solution Provider for Ad Serving and Promotional Solutions Portfolio**
*Interactive Publishers and Marketers Increase Online Advertising, Marketing Campaign Effectiveness*

▫ Releases

▫ Articles

*Atlanta, GA, June 17, 2002* - Digital Envoy today announced that it was selected by Engage, Inc. (Nasdaq: ENGA), a leading provider of software solutions and services for advertisers, marketers and publishers, to help increase the effectiveness of online advertising and marketing campaigns for its Internet Advertising software by providing Engage customers with the ability to serve location-specific content.

Digital Envoy, the leading provider of geographically intelligent Internet solutions, allows companies to serve localized and targeted content in real time via its patent-pending NetAcuity geo-location technology, which utilizes IP addresses to identify the location of Web site visitors down to the city level worldwide.

"We chose Digital Envoy for the quality, accuracy and depth of its data," said Christopher Cuddy, president and CEO, Engage. "By adding Digital Envoy's geo-targeting technology, we will be able to provide our customers with better capabilities to pinpoint local Web site visitors allowing them to better serve their advertisers and increase local advertising revenue."

Engage will be including NetAcuity in its AdManager and AdBureau products which both provide interactive publishers with the tools and technology needed to automate online advertising while maintaining control of ad sales.

The Engage PromoManager product delivers an array of online promotional content while simplifying the management and delivery of promotional campaigns. With the addition of NetAcuity, marketers can now tie online promotional campaigns to specific geographies and drive traffic into local stores to increase offline sales.

"Our NetAcuity technology is becoming a must have for online advertisers and marketers," said Dave Keller, president and CEO, Digital Envoy. "The ability to show advertising, promotions and merchandise that fits the needs of online visitors where they live is a sure fire way to improve CPMs and increase both online and offline sales."

NetAcuity is a privacy-compliant technology that does not rely on cookies, third-party databases or personally identifiable information about a user.

**About Digital Envoy**

As the leader in geographic intelligence, Digital Envoy provides solutions that identify the location and modem connection speed of Internet users down to the city level worldwide, enabling companies to tailor and target Web content, control content distribution and more effectively route network traffic.

Digital Envoy's customers include some of the largest networks and Web sites on the Internet such as AOL Time Warner, Cable & Wireless, Siemens, Google, Abbott Labs, Network Associates, Advertising.com, and Avenue A. Digital Envoy is headquartered in Atlanta and has offices in San Francisco, Washington, D.C., Chicago, Los Angeles, and New York. For more information, visit

www.digitalenvoy.net.

Company | Business Units | News | Contact Us | Signup | Site Map
Copyright © 2000-2005 Digital Envoy. All rights reserved. Privacy Policy.