# EXHIBIT P

**digital** envoy

News Alerts | Site Map | Send To A Fr

Company | Business Units | News | Contact Us

**DIGITAL ENVOY**
The Inventor of IP Intelligenc

## News : Releases

**International Online Shopping Gets Faster and Easier With E4X's New Dynamic Currency Detector**
*Geo-location Component Pinpoints Shoppers IP Addresses for Local Prices*

▫ Releases

▫ Articles

*New York, NY, December 9, 2002* - E4X, Inc., a provider of a multi-currency solution that enables businesses to sell in their local currencies without currency risks, today announced that its multi currency software now features a dynamic currency detector that allows merchants to automatically display prices in the shopper's local currency through a geo-location technology.

E4X provides a foreign exchange solution that enables merchants to display guaranteed, final prices in local currencies on-screen and allows them to receive exact and expected payment in U.S. dollars--without incurring any foreign exchange risks and costs. With the added Currency Detector feature E4X allows merchants to provide an even friendlier and easier shopping experience to global shoppers by automatically displaying prices in the shopper's local currency on the catalogue and payment pages, so online shoppers no longer need to manually select their currency themselves.

"Our Currency Detector feature provides merchants with two very important benefits: gaining satisfied global shoppers and increasing revenues, " said Yuval Tal, CEO of E4X, Inc. "E4X allows merchants to profit from each global transaction from foreign exchange revenues - automatic display of prices in the shoppers' local currencies will increases the number of multi currency transactions thus increasing revenues."

The E4X Currency Detector feature integrates Digital Envoy's industry-leading geo-location technology, which uses IP addresses to identify the location of Web site visitors down to the city level worldwide. Similar to the other components of the E4X solution, the new feature is integrated behind the scenes and does not affect site performance or robustness while providing updated and reliable IP data to the site.

### About E4X, Inc.

E4X, Inc. enables businesses that are expanding globally to sell in foreign currencies easily and without currency risks. By employing E4X's cost-effective solution, online businesses can display final prices in local currencies, while receiving exact payment in their currency of choice. This multi-currency solution is easy to integrate, minimizes costs and hassles and is designed to support local marketing strategies. Compatible with all major payment systems and eCommerce environments, E4X eliminates all foreign currency exchange risks by bringing advanced financial tools to the point of sale. Founded in 1999, E4X is based in New York and is privately held. The company has sales offices in New York and Tel-Aviv and operates its research and development facility in Tel Aviv, Israel. For further information, visit www.e4x.com.

### About Digital Envoy

Digital Envoy is the leading provider of IP-based intelligence technologies, developed to improve the delivery of Internet content. Digital Envoy is able to offer the most accurate and reliable technologies on the market through patent-pending methods that automatically and non-invasively identify the location of IP-enabled devices down to a city level worldwide. Some of the world's largest networks, Web sites and enterprises including AOL Time Warner, AT&T, Cable & Wireless, CNN.com, eBay, Google, Microsoft and Verisign use these technologies to more effectively reach their Internet audiences. For more information on how IP-based intelligence

technologies can maximize the value of current enterprise or networking applications, visit www.digitalenvoy.net.

Company | Business Units | News | Contact Us | Signup | Site Map
Copyright © 2000-2005 Digital Envoy. All rights reserved. Privacy Policy.