Digital Envoy Inc., v. Google Inc.,

Doc. 432 Att. 18

Case 5:04-cv-01497-RS    Document 432-19    Filed 04/14/2006    Page 1 of 3

# EXHIBIT Q

Dockets.Justia.com



**Company | Business Units | News | Contact Us**

**DIGITAL ENVOY**
The Inventor of IP Intelligence

News : Releases

**Digital Envoy Introduces First Intelligent Routing Technology Based on Network Topology and Geography**
*RealPath Technology Enables Routing Decisions To Be Made Up To 500 Times Faster, Increasing Network Performance for Content Distribution Networks, Networking Appliances and Switches*

◘ Releases

◘ Articles

*Atlanta* - Digital Envoy, the leading provider of geographically intelligent Internet solutions, today announced the availability of its RealPath™ intelligent routing technology that allows instant Internet traffic management decisions to be made for global load balancing or content distribution network applications, based on the analysis of network topology and city-level geographic location.

RealPath provides capabilities that currently don't exist in the infrastructure marketplace by combining topology- and city-level geography-based Internet routing. RealPath, broadly covered in seven separate patent filings, was specifically designed for incorporation into content networking switches and appliances to enable quickest-path routing decisions based on topology, as well as to allow for content targeting and restriction based on the geographic location of an Internet user.

RealPath allows enterprises to increase network performance and enhance traffic management while optimizing bandwidth and decreasing processing costs. With real-time measurement and analysis, routing decisions are made up to 500 times faster. Current infrastructure technologies only make decisions based on fewest-hop analysis and probing techniques, whereas RealPath's global topological view enables companies to more effectively route and balance Web traffic with real-time decision making, as well as serve and restrict content.

According to Rob Batchelder, research director with Gartner, Inc., geographic traffic management is pushing the networking technology envelope because it brings a new dimension to how content is individualized and delivered.

"Ideally, the optimum approach to content delivery is to analyze the characteristics of the network from the core to the 'edge' and dynamically alter not only how, but what content is delivered. The more refined that analysis is, the more efficient and personalized that delivery can be,' said Batchelder. "Increasing the 'IQ' of a network, not only injects new levels of relevance to content, but enables better routing, storage, placement and, ultimately, end-user experience."

"True geographical and topological routing is the holy grail of intelligent traffic management and represents a significant enhancement to existing routing technologies," said Rob Friedman, executive vice president of corporate development for Digital Envoy. "By adding RealPath intelligence from the edge to the core of a network, companies can instantly improve overall network efficiency and transparently enhance the online experience for its users."

Already, companies including Digital Island (a Cable & Wireless Company), AOL Time Warner, Williams Communications, Siemens and Coyote Point are utilizing RealPath in numerous infrastructure applications including:

○ Global Load Balancing and Traffic Management - Enables global companies to automate the delivery of city-level location-specific content while routing global traffic with maximum efficiency among geographically dispersed server farms;
○ Content Distribution - Provides more effective content distribution and intelligent caching for global and enterprise content networks by instantly routing traffic to the server best able to

- handle the request based on destination; and
- Content Localization -Allows enterprises to automatically serve language- and currency-specific content and products, enhancing customers' online experiences.

"We are excited to be the first company to offer our customers RealPath technology in our global load balancer," said Bill Kish, president of Coyote Point. "We believe that our Emissary product has proximity routing and geo-targeting capabilities that are unsurpassed in the market, enabling enterprises to both more efficiently use bandwidth and increase sales through targeted product offerings down to a city-level worldwide."

In addition, Digital Envoy's geo-location technology is featured in Speedera's SpeedSuite offering.

**About Digital Envoy**

As the leader in geographic intelligence, Digital Envoy provides solutions that identify the location and modem connection speed of Internet users down to the city level worldwide, enabling companies to tailor and target Web content, control content distribution and more effectively route network traffic.

Digital Envoy's customers include some of the largest networks and Web sites on the Internet such as AOL Time Warner, Cable and Wireless, Siemens, Google, Abbott Labs, Network Associates, Speedera, Advertising.com, and Avenue A. Digital Envoy is headquartered in Atlanta and has offices in San Francisco, Washington, D.C., Chicago, Los Angeles, Malibu, Calif., and New York. For more information, visit www.digitalenvoy.net.