P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
BRIAN D. ANDERSON, Cal. Bar No. 221645
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5500
Facsimile: 404.443.5751

PATRICK J. FLINN, Cal. Bar No. 104423
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant/Counterclaimant. | Case No. C 04 01497 RS <br><br> **DECLARATION OF ROBERT J. WADDELL, JR.** <br><br> [EXHIBITS K, AND M-R SUBMITTED UNDER SEAL] <br><br> The Honorable Richard Seeborg |

-1-

W02-SF:5BA1\61491413.1      DECLARATION OF ROBERT J. WADDELL, JR.

1  I, Robert J. Waddell, Jr., hereby declare:

2

3  1.  I am over twenty-one years of age and not under any disability. The facts attested to below are based on my own personal knowledge.

5  2.  I am an attorney with the law firm McGuireWoods LLP. My firm represents Digital Envoy, Inc. ("Digital Envoy") in this litigation.

7  3.  Attached as Exhibit A is a true and correct copy of the Complaint for Breach of Contract and Declaratory Judgment, and its attachments, filed in this case on April 16, 2004, by Google, Inc ("Google").

10  4.  Attached as Exhibit B is a true and correct copy of "Google Information for Webmasters" from Google's web site viewed and printed by me.

12  5.  Attached as Exhibit C is a true and correct copy of the February 1, 2005, Cease and Desist letter sent from David H. Kramer to Timothy H. Kratz.

14  6.  Attached as Exhibit D is a true and correct copy of the publicly available article "Web Search For A Planet: The Google Cluster Architecture" viewed and printed by me.

17  7.  Attached as Exhibit E is a true and correct copy of the November 28, 2002 New York Times article "Postcards From Planet Google" viewed and printed by me.

20  8.  Attached as Exhibit F is a true and correct copy of a March 14, 2002, Digital Envoy press release "Coyote Point Systems and Digital Envoy Named Finalists for Networking Computing's 2002 Well-Connected Awards" viewed and printed by me.

24  9.  Attached as Exhibit G is a true and correct copy of a June 15, 2004 InfoWorld article "Akamai outage hobbles Google, Microsoft, others" viewed and printed by me.

1  10. Attached as Exhibit H is a true and correct copy of a September 1, 2003
2  NetworkWorld article "Speedy returns are Google's Goal" viewed and printed by
3  me.
4  11. Attached as Exhibit I is a true and correct copy of a June 1, 2000
5  Internetweek.com article "Google Bets The Farm On Linux" viewed and printed by
6  me.
7  12. Attached as Exhibit J is a true and correct copy of February 4, 2003,
8  Webmasterworld.com message board in which the participants discuss indexing
9  based upon a user's IP address. This exhibit was viewed and printed by me.
10 13. Attached as Exhibit K is a true and correct copy of Defendant's
11 Deposition Exhibit 103.
12 14. Attached as Exhibit L is a true and correct copy of the January 3, 2003,
13 Sydney Age newspaper article "Ga-ga over Google" viewed and printed by me.
14 15. Attached as Exhibit M is a true and correct copy of Google, Inc.'s
15 Identification of Trade Secrets Pursuant to Cal. Code Civ. P. § 2019.
16 16. Attached as Exhibit N is a true and correct copy of Google, Inc.'s
17 Amended Identification of Trade Secrets Pursuant to Cal. Code Civ. P. § 2019.
18 17. Attached as Exhibit O is a true and correct copy of Google, Inc.'s
19 Responses to Digital Envoy's Third Set of Document Requests.
20 18. Attached as Exhibit P is a true and correct copy of Google, Inc.'s
21 Responses to Digital Envoy, Inc.'s Third Interrogatories.
22 19. Attached as Exhibit Q is a true and correct copy of a May 25, 2005
23 Order issued from the United States District Court from the Northern District of
24 Georgia in the case Digital Envoy, Inc. v. Google, Inc., Case No. 04-CV-8684.
25 20. Attached as Exhibit R are true and correct copies of Documents
26 DE004445-004460; DE003457-003471; DE004554-004566; DE004727-004740;
27 DE004538-004552; DE003349- 003361.
28

1  21.  Attached as Exhibit S is a true and correct copy of U.S. Patent
2 Application Publication US 2005/0050027.
3  I declare these things under penalty of perjury and under the laws of the
4 United States of America.

6 This 12th day of April, 2006.

7                                              /s/ Robert J. Waddell, Jr.
                                               Robert J. Waddell, Jr.
8