# EXHIBIT C

Dockets.Justia.com

PAGE 2/2 * RCVD AT 2/1/2005 8:13:11 PM [Eastern Standard Time] * SVR:RIGHTFAX/22 * DNIS:4632 * CSID:650 565 5100 * DURATION (mm-ss):01-08

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050

PHONE 650.493.9300
FAX 650.493.6811

www.wsgr.com

February 1, 2005

<u>Via Facsimile to (404) 443-5751</u>

Timothy H. Kratz
McGuire Woods, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309

Re:  *Digital Envoy v. Google*
United States District Court, Northern District of California
Case No.: C-04-01497

Dear Tim:

As you are presumably aware, the License Agreement between Google and Digital Envoy expired yesterday. Notwithstanding the expiration of the Agreement, Digital Envoy continues to prominently mention Google as a customer on its website. Based on documents we have seen in the litigation, we surmise that it continues to reference Google as a customer in its marketing materials as well.

As there is no longer any relationship between the parties, please ensure that all references to Google are immediately removed from any and all Digital Envoy materials. The continued display or distribution of materials falsely implying an association between the parties is actionable. Please confirm in writing by no later than February 8, that there will be no further display or distribution of any such materials.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*D H Kr*

David H. Kramer

PALO ALTO    AUSTIN    NEW YORK    RESTON    SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE

02/01/05   17:15   WILSON SONSINI → S M G   LLP              NO.819   D02

PAGE 1/2 * RCVD AT 2/1/2005 8:13:11 PM [Eastern Standard Time] * SVR:RIGHTFAX/22 * DNIS:4632 * CSID:650 565 5100 * DURATION (mm-ss):01-08

# WSGR Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Date: February 1, 2005

To: Mr. Timothy Kratz           Fax: (404) 443-5784        ☐ Use this fax number only

Company: McGuire Woods LLP      Phone: (404) 443-5730      ☐ Notify recipient before sending

From: David H. Kramer      Phone: (650) 493-9300 x4741      Return Fax: (650) 565-5100

Original: ☐ To follow via mail   ☐ To follow via courier   ☐ To follow via email   ☒ Original will not follow

Fax Contains: __2__ pages (including this sheet). If incomplete, call Deborah @ (650) 565-5171.

Message:

Ref: 21622.514           Return Original to: Deborah Grubbs           Location: BA 2-1

650 Page Mill Road, Palo Alto, CA 94304-1050 • 650.493.9300 Tel • 650.493.6811 Fax • www.wsgr.com

This fax may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and destroy all copies.
Entire Transmission Copyright © 2003 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.

2822777_1.DOC (437)