# EXHIBIT F

Dockets.Justia.com



| Company | Business Units | News | Contact Us |

**DIGITAL ENVO**
The inventor of IP Intelligenc

## News : Releases

**Coyote Point Systems and Digital Envoy Named Finalists for Network Computing's 2002 Well-Connected Awards**
*Jointly Developed Emissary™, First ITM Appliance with Geographic Intelligence Capabilities, Tops Load Balancing Solution Category*

◘  **Releases**

◘  **Articles**

*San Jose, CA and Atlanta (Mar. 14, 2002)* -- Coyote Point Systems and Digital Envoy today announced that Emissary™, the first global load balancing appliance incorporating geo-location capabilities, has been named a 2002 Well-Connected Award finalist in the Load Balancing Solution category by technical editors at Network Computing, a CMP Media LLC magazine.

Jointly developed by the two companies and available immediately, Emissary enables global companies to automate the delivery of location-specific content while intelligently routing traffic among geographically dispersed server farms. Using Emissary, enterprises can target Web content based on the user's geographic location down to a city level worldwide, providing geo-targeted products and content in the appropriate language and currency, as well as in compliance with local laws, regulations and digital rights. At the same time, Emissary reduces download times and avoids broken connections by bypassing down servers or server farms.

This year, the winners of the Network Computing Well-Connected Awards will be revealed at a gala event held on the evening before NetWorld+Interop 2002 Las Vegas, one of the industry's largest trade shows. All finalists will be highlighted in the May 13 issue of Network Computing and also on Network Computing Online at www.networkcomputing.com.

A "Sneak Preview" review of Emissary, appearing in Network Computing's Mar. 18, 2002 issue, concluded that Emissary is "an affordable, easy-to-manage Layer 4 load balancing device. And the product's geotargeting capability makes it a great solution for enterprises and service providers that want to offer personalized, location-specific content for clients without writing a ton of code or investing in a costlier Layer 7 solution."

Technology editor Lori MacVittie also noted Emissary's "flexible geolocation-configuration options and the ease in which the product integrated into our network."

"No other annual awards program in the industry uses hands-on evaluations to choose its winners," said Fritz Nelson, publisher of CMP's Network Computing. "Our editors worked at length to research and test the best offerings in the enterprise arena. Being named a Well-Connected Award Finalist is a true reflection of product quality rather than merely product popularity or marketing effectiveness."

"We're thrilled that Network Computing has recognized Emissary as a breakthrough product - one that gives a huge boost to the 'localization' of the Web," said Bill Kish, Coyote Point's president. "We're also pleased with our high marks for usability and ease of setup, always a core value for both Coyote Point and Digital Envoy."

"This award affirms that Emissary is a feature-rich and cost-effective alternative to Layer 7 switches," said Rob Friedman, executive vice president of corporate development for Digital Envoy. "The ability to localize content has a huge range of business applications, while distributed load has become an essential best practice for global companies.

**About Coyote Point Systems**

Coyote Point Systems, Inc. is a leading provider of traffic management devices for enabling scalable, highly available server clusters. Recognized for intuitive configuration and low maintenance, price/performance and superior trending analysis, Coyote Point products ensure fast connections and fail-safe 24x7 access to web sites and other critical Internet and intranet applications. Headquartered in San Jose, CA, Coyote Point can be contacted directly at 1-650-969-6000 or on the web at www.coyotepoint.com.

**About Digital Envoy**

As the leader in geographic intelligence, Digital Envoy provides solutions that identify the location and connection speed of Internet users down to the city level worldwide, enabling companies to tailor and target Web content, control content distribution and more effectively route network traffic.

Digital Envoy's customers include some of the largest networks and Web sites on the Internet such as AOL Time Warner, Cable and Wireless, Siemens, Google, Abbott Labs, Network Associates, Speedera, Advertising.com, and Avenue A. Digital Envoy is headquartered in Atlanta and has offices in San Francisco, Washington, D.C., Chicago, Los Angeles, Malibu, Calif., and New York. For more information, visit www.digitalenvoy.net.

**About Network Computing**

Network Computing (www.networkcomputing.com) published by CMP Media LLC, Manhasset, N.Y., defines the core issues facing people who manage technology in business -analyzing the critical decision points in purchasing the products, technologies and services that achieve corporate initiatives. Twice a month 220,000 IT professionals turn to Network Computing to get the information they need to make the right purchase decisions.

**About CMP Media LLC**

CMP Media LLC (www.cmpnet.com) is a leading high-tech media company providing essential information and marketing services to the entire technology spectrum-the builders, sellers and users of technology worldwide. Capitalizing on its editorial strength, CMP is uniquely positioned to offer marketers' comprehensive, integrated media solutions tailored to meet their individual needs. Its diverse products and services include newspapers, magazines, Internet products, research, direct marketing services, education and training, trade shows and conferences, custom publishing, testing and consulting.

Company | Business Units | News | Contact Us | Signup | Site Map
Copyright © 2000-2005 Digital Envoy. All rights reserved. Privacy Policy.