# EXHIBIT G

About InfoWorld :

 

SPECIAL REPORTS | RSS FEEDS

 GET THE FACTS
Read the Tommy Hilfiger case study.  

# Akamai outage hobbles Google, Microsoft, others
Content hosts DNS servers stopped responding at about 8:30 a.m. Tuesday

**By Paul Roberts, IDG News Service**
June 15, 2004

BOSTON - A service disruption at content hosting company Akamai Technologies Inc. cut off access to some of the Internet's major W sites Tuesday, including Google.com, and Microsoft.com, according to The SANS Institute's Internet Storm Center.

Free IT resource
Dual Core Processor Spotlight
Sponsored by Intel

Free IT resource
Attend the Industry's Definitive Forum for Service-Oriented Architecture
Sponsored by InfoWorld

Domain name system (DNS) servers that Akamai uses to host DNS services for some customers stopped responding at around 8:30 a.m. Eastern Time in the U.S., leaving Web surfers who were trying to reach those sites high and dry, said Johannes Ullrich, chief technology officer at the Internet Storm Center. Andy Ellis, Akamai's chief security architect, declined to comment on Tuesday, but did not deny that the Cambridge, Massachusetts, company was experiencing problems.



An Akamai spokesman did not respond to requests for comment.

Akamai offers an "Enhanced DNS" service, in which customers use Akamai's network of DNS servers to resolve Internet requests for their domain, such as Google.com. The distributed, worldwide network of servers is marketed by Akamai as a more stable and robust solution than internally managed DNS servers, which are susceptible to failure or attack.

However, users began reporting problems Tuesday reaching popular sites, like Google.com and Yahoo.com, that use the service. The Internet Storm Center received reports of troubles from across the world, including Asia and South America, Ullrich said.

An investigation into the problem revealed that Akamai's DNS servers were not responding to requests. The problem appeared to affec the company's worldwide network of DNS servers, suggesting that the problem may have been with caused by a problem within Akama rather than an external attack on its DNS servers, Ullrich said.

"It could be anything – somebody tripping on an power cord. I think an attack is unlikely, unless somebody was able to hit a central con node," he said.

While some Internet users were prevented from reaching the affected sites during the outage, others were unaffected, due to the distributed nature of the DNS infrastructure. DNS, which translates reader-friendly names like "Yahoo.com" into numeric Internet Protoc addresses used on the Internet, is a tree-like structure of distributed servers, each with its own frequently-updated list of server and dor addresses. Problems in one part of the DNS system often do not affect other parts of the infrastructure for hours, or more, Ullrich said.

The hiccup in Akamai's service is the second in less than a month. In May, a software glitch slowed Akamai servers used to host custor Web pages and other information, making it difficult to reach some of its customers' Web sites for around 90 minutes, Akamai acknowledged.

Akamai blamed that service interruption on a bug in content management software that Akamai customers use to update content on Akamai servers, said Jeff Young, an Akamai spokesman.

Yahoo.com, Google.com and Microsoft.com were all reachable again within two hours of the reported interruption.



**TOP NEWS:**

» **BlackBerry, meet China's RedBerry**
China Unicom introduces a rival push e-mail service with a very similar name to RIM's

» **NetApp expands design center in India**
Network storage company plans to spend more than $150M in India ove the next two years

» **Tokyo taxis to accept e-money**
BitWallet system will enable passengers to pay using electronic money starting in August

» **Ex-UMC executives heads to court**
Case of execs accused of helping establish a Chinese semiconductor company will begin in May

» **Update: Microsoft's Google Scholar rival set to go Live**
Windows Live Academic Search expected in beta this week

» **Sony unveils new lineup of Vaio L desktops**
Sony's new product family consists of 41 models

## InfoWorld WEBCASTS

**MANAGED COMPLIANCE REPORTING SERVICES**
This Webcast will discuss how your organization can effectively manage critical log data in order to satisfy regulatory requirements and protect your network from security threats. Sponsored by Counterpane & LogLogic.

» **Click here to view this Webcast**



**SERVICE-ORIENTED ARCHITECTURE (SOA)**
Although the concept of Service-Oriented Architecture (SOA) is simple, its execution can b more challenging, Find out how to develop a successful SOA implementation strategy by downloading this IT Strategy Guide now, sponsored by SSA Global.

» **Click here to download now**

*Microsoft*

**XEROX GLOBAL SERVICES MANAGES 7 MILLION TRANSACTIONS A DAY WITH SQL SERVER 2005.**
**FIND OUT HOW >>**

Microsoft' SQL Server 2005

- Special Advertising Partners -

**WHITE PAPERS**

» **Buyer's Guide: Application Delivery Solutions By Industry Analyst Jim Metzler** - Jim Metzler, leading analyst and Network World contributor, has written a buyer's guide for Application Delivery products. He discusses a variety of product selection criteria, covering performance, ...
» **Move Beyond the Best Effort Internet** - Your Brand Experience Is At Stake No matter your industry, if your website user experience is inconsistent, frustrating or slow performing, many visitors will not return. Learn from online retailers ...
» **Technology Sales: Finding Buyers Before the RFP is Published.** - Find out how CRM technology can help your sales staff maximize efficiency. This paper examines the benefits of deploying your CRM technology in conjunction with the TrueLeads software solution in ...

>> WHITE PAPERS LIBRARY

WHITE PAPERS E-MAIL ALERT
Find out when the latest white paper is available:

E-mail Address 

- » HA VENDOR REQUIREMENTS WHITE PAPER
- » BUSINESS DRIVERS FOR HA WHITE PAPER
- » HA TECHNOLOGY REQUIREMENTS WHITE PAPER

MORE APPLICATIONS WHITE PAPERS

» **Prove Control of the Infrastructure Using Tripwire**
An organization's success is linked to the reliability, availability and security of IT. Management ...
» **Infrastructure Integrity**
IT managers need to build a solid foundation upon which a coherent, secure, and functional network ...
» **Enterprise Planning & Performance Management**
Eliminate Spreadsheet Hell! Improve planning processes & drive bottom line efficiency. Learn more ...
» **8 Tips for Meeting End User Demands: Free Paper**
In the face of limited IT budgets, computing resources, and staff time, meeting end-user performance ...
» **Efficient load testing of Web Applications**
A detailed description of the characteristics automated test tools must have for efficient testing ...

WHITE PAPERS BY TOPIC
- Application development
- Applications
- Business
- Hardware
- Networking
- Platforms
- Security
- Standards
- Storage
- Telecom
- Web services
- Wireless

SPONSORED LINKS

- » **Informatica** - The Data Integration Company.
- » **Novell** - 6 Webcasts show you how to simplify password management & enhance security
- » **SSA Global** - Start responding to customer demand in real time. Now.
- » **Microsoft** - Free Security Tools & Updates
- » **JBoss** - Learn how to evaluate the financial impact of open source. Go!

INFOWORLD MARKETPLACE

» **Transform your IT business model with IBM**
Successful CIOs see IT as a prime stimulus for business innovation-and themselves as key ...
» **TechExcel HelpDesk Software Suite**
With both Windows and Web user interfaces, TechExcel HelpDesk provides powerful solutions for help ...
» **Learn how much you save with open source.**
Find out how much of a financial impact open source can have on your enterprise. Get these tools ...
» **Help Desk Software - Get Free Quotes**
Compare Help Desk Software prices and features: Trouble Ticket, IT Support, Incident Management & ...
» **Web based bug tracking - AdminiTrack.com**
AdminiTrack offers an effective web-based bug tracking system designed for professional software ...

>> BUY A LINK NO

# FREE SUBSCRIPTION



Order today to get your FREE subscription (a $195 value!) to InfoWorld magazine, the weekly publication that provides indispensable product information to IT professionals

NOTE: Complimentary subscriptions sent only to those applicants who qualify.

First Name:

Company Name:

Mailing Address:

State/Province:
Select One

Email Address:

Last Name:

Title:

City:

Zip/Postal Code:

CONTINUE

NOTE: Offer valid in U.S. and Canada only
Non-U.S. click here

| HOME | NEWS | TEST CENTER | OPINIONS | PRODUCT GUIDE | TECHINDEX | CAREERS |

About :: Advertise :: Sub:

Copyright © 2006, Reprints, Permissions, Licensing, IDG Network, Privacy Policy.
All Rights reserved. InfoWorld is a leading publisher of technology information and product reviews on topics including viruses, phishing, wo wireless, databases, and web services.

Computerworld :: Network World :: CIO :: PC World :: Darwin :: CMO :: CSO :: Bio-IT World
IT Careers :: JavaWorld :: Macworld :: Mac Central :: Playlist :: GamePro :: GameStar :: Gamerł
ITWorld Canada :: Computerwoche :: Techworld UK :: tecChannel :: IDG.se :: IDG.no :: IDG.p

| HOME | NEWS | TEST CENTER | OPINIONS | PRODUCT GUIDE | TECHINDEX | CAREERS |