# EXHIBIT J

 Welcome to WebmasterWorld Guest from 65.171.130.2
register, login, site search, glossary, subscribe, help, library, conference, recent posts

WebmasterWorld Pubcon Exhibitor:


Home / Forums Index / The Google World / Google News Archive
Forum Library, Charter Moderator: open

# Google News Archive

This 20 message thread spans 2 pages: ( [1] 2 ) >>

Google getting locations wrong from IP addresses
UK based web servers excluded from results in google.co.uk

**igloo**     3:40 pm on Feb 4, 2003 (utc 0)
Junior Member

user profile
joined:May 30, 2002
posts: 35
msg #:1

After the last Google update a number of my own sites (and also other people's sites that I have been able to check) no longer appear in google.co.uk results, although results on the .com are unaffected (or in some cases improved ;))

The sites concerned have non-UK specific domain names and so I guess Google determines their location by the IP address. If I use online services to locate the IP (I've used as many different ones as I can) then it always shows up as being in the UK (even down to the district where it is located in some cases).

What happened? Is anyone else affected? And does anyone know anything I can do (short of switching all the sites on my server to .co.uk domains) to fix this?

I know of some servers located in the same building that DO show up in .co.uk results, and also some that DON'T. This is really confusing and my traffic has taken a painful hit as a result. Any comments/advice would be greatly appreciated.

**quiet_man**     4:04 pm on Feb 4, 2003 (utc 0)
Full Member

user profile
joined-Mar 25, 2002
posts:267
msg #:2

Hi Igloo, and Welcome!

This issue has been discussed a number of times:

Why not appearing in Google's UK pages?
UK hosted site not appearing on Google.co.uk
Listed in [Google] .co.uk, but not in .com?
Non-US hosting: Does it hurt your rankings in Google.com?

Hopefully there'll be something in there to help you. The flaws in Google's implementation of regional identification are indeed frustrating. If switching to UK domains would help restore your traffic, maybe you'll have to consider biting this bullet.

**igloo**     4:14 pm on Feb 4, 2003 (utc 0)
Junior Member

user profile
joined: May 30, 2002
posts: 35
msg #:3

Thanks for the advice - I was aware of earlier postings on the subject, but it seems that no-one has satisfactorily resolved this issue.
I would love to just switch to .co.uk domains, but after many months promotion of .com/.net/.org sites this is a pretty impossible choice :(
- settle for not being in .co.uk results, or start from scratch....

If enough people are affected does this not warrant some investigation from Google themselves, after all, it's in everyone's interests for Google.co.uk to return UK sites regardless of the choice of domain name.

**quiet_man**
Full Member

4:27 pm on Feb 4, 2003 (utc 0)

user profile
joined: Mar 25, 2002
posts: 267
msg #:4

>>does this not warrant some investigation from Google themselves<<

I'd like to think that a company so focused on delivering relevant results to searchers would always be looking to improve things. But if traffic is hurting, can you afford to wait for someone else to do something?

Just thinking about your first post though - doesn't google.co.uk default to searching 'the Web', rather than 'pages from the UK'? AFAIK, it would only be the 'pages from the UK' results that are affected by regional filters. You must have had a lot of traffic that chose to 'search UK sites only'?

**Receptional Andy**
Preferred Member

4:38 pm on Feb 4, 2003 (utc 0)

user profile
joined: Jan 27, 2003
posts: 615
msg #:5

Searches from the .co.uk results pages have been rising pretty steadily recently so there is a lot to be said for regional traffic. I get around a 50/50 split from google.com and .co.uk on some sites.

**jmccormac**
Preferred Member

5:12 pm on Feb 4, 2003 (utc 0)

user profile
joined: Aug 30, 2002
posts: 578
msg #:6

I was aware of earlier postings on the subject, but it seems that no-one has satisfactorily resolved this issue.

It is a very difficult issue to resolve - I know because it is something I have been working on for some time. The 'dark web' problem is worse for smaller countries that don't have a good internet infrastructure but at first estimates, it is running at 15% for the UK. For countries like Ireland, the error margin on com/net/org domains can be as high as 50%. Google's methodology seems to centre on filtering websites with .uk on the end and websites hosted on UK IP ranges to generate its 'pages from $country' index. It is far from perfect and ignores websites hosted outside the UK. Furthermore it can induce problems by including websites that are relevant to other countries into the UK results simply because they are hosted on UK IP ranges.

If enough people are affected does this not warrant some investigation from Google themselves, after all, it's in everyone's interests for Google.co.uk to return UK sites regardless of the choice of domain name.

> Determining what is and what is not a related website for one country is hard enough but on a global scale, you are dealing with hundreds of countries. I don't think that Google's current methodology is capable of doing this for each country. (I even e-mailed Google about a methodology that would work a lot better than its quick and nasty method this but got nothing other than the canned e-mail reply). The issue is closer than to cryptography than to search engine work.
>
> Regards...jmcc

**NFFC**
Senior Member

5:20 pm on Feb 4, 2003 (utc 0)


joined-June 22, 2000
posts:3604
msg #:7

>no longer appear in google.co.uk results

Just to be clear, the sites *were* showing the UK index, IP hasn't changed and now they don't?

If so that is very bad news for webmasters.

**makemetop**
Senior Member

6:12 pm on Feb 4, 2003 (utc 0)


joined-July 21, 2000
posts:1261
msg #:8

As the Internet matures in the UK, I have seen an upturn in people looking for .co.uk domains.

Two years ago, I picked up lots of nice traffic from keywordhere.com domains. Now it has fallen, with UK searchers looking for keywordhere.co.uk domains growing substantially. I really do think that if you are targeting the UK, you should use a country domain - not just because it will help on the SEs - but because your target market is looking for it - rather than 'just another .com'.

**igloo**
Junior Member

10:13 am on Feb 5, 2003 (utc 0)


joined:May 30, 2002
posts: 35
msg #:9

Many thanks for your advice and comments everyone.

>>But if traffic is hurting, can you afford to wait for someone else to do something?<<

As far as I can see I have 3 choices - I can either hope that Google will look at their method of IP location (and as I say, looking up the location using online services ALWAYS returns the correct country (including http://www.ripe.net/perl/whois )) which in all probability will never happen, I can settle for lost traffic from uk specific searchers, or I can rebuild my sites from scratch using .co.uk domain names. None of these is a particularly attractive prospect.

I also noticed something really strange - some of my sites DO appear in the .co.uk results, but always near the end of results pages, and never the home page - does this mean Google thinks some of the pages ARE in the UK? Or my PR in the UK is different than in the US?
This is very confusing.

I can understand that it is not an issue of paramount importance to Google - but it does affect search relevancy. And if there are so many good ways to locate countries by IP, why are Google using a bad one?

**glengara**
Senior Member

user profile
joined: July 22, 2001
posts: 1396
msg #:10

10:45 am on Feb 5, 2003 (utc 0)

A less drastic solution may be to switch hosting to a company whose IPs definitely are recognised as UK ones.

This 20 message thread spans 2 pages: ( [1] 2 ) > >

In association with SearchEngineWorld
Terms of Service | Privacy Policy | Report Problem | About
All trademarks and copyrights held by respective owners. Member comments are owned by the poster.
WebmasterWorld and PubCon are Registered Trademarks of WebmasterWorld Inc. BestBBS v3.39 (c) WebmasterWorld Inc. 1997-2006 *all rights reserved*