# EXHIBIT N

Dockets.Justia.com

| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | BRIAN D. ANDERSON, Cal Bar No. 221645 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:    415-434-9100 |
| | Facsimile:    415-434-3947 |
| 5 | |
| | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| 6 | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| | ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*) |
| 7 | JOHN A. LOCKETT III (Admitted *Pro Hac Vice*) |
| | MCGUIRE WOODS, L.L.P |
| 8 | 1170 Peachtree Street, N.E., Suite 2100 |
| | Atlanta, Georgia 30309 |
| 9 | Telephone: 404-443-5500 |
| | Facsimile: 404-443-5751 |
| 10 | |
| | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | |
| v. | **MANUAL FILING NOTIFICATION OF EXHIBIT N TO THE DECLARATION OF ROBERT WADDELL, JR.** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | **The Honorable Richard Seeborg** |

**DIGITAL ENVOY, INC. v. GOOGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT N TO THE DECLARATION OF ROBERT WADDELL, JR.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____


DATED:  April 14, 2006

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


              By        /s/ Brian D. Anderson
                        P. CRAIG CARDON
                        BRIAN R. BLACKMAN
                        BRIAN D. ANDERSON


                    Attorneys for DIGITAL ENVOY, INC.