# EXHIBIT P

```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  BRIAN D. ANDERSON, Cal Bar No. 221645
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 5
    TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
 6  LUKE ANDERSON (Admitted Pro Hac Vice)
    ROBERT J. WADDELL, JR. (Admitted Pro Hac Vice)
 7  JOHN A. LOCKETT III (Admitted Pro Hac Vice)
    MCGUIRE WOODS, L.L.P
 8  1170 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30309
 9  Telephone: 404-443-5500
    Facsimile:  404-443-5751
10
    Attorneys for DIGITAL ENVOY, INC.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
|---|---|
| Plaintiff/Counter defendant, | |
| v. | **MANUAL FILING NOTIFICATION OF EXHIBIT P TO THE DECLARATION OF ROBERT WADDELL, JR.** |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | **The Honorable Richard Seeborg** |

-1-

W02-SF:5BA1\61491732.1                           MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOOGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT P TO THE DECLARATION OF ROBERT WADDELL, JR.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 14, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Brian D. Anderson
P. CRAIG CARDON
BRIAN R. BLACKMAN
BRIAN D. ANDERSON

Attorneys for DIGITAL ENVOY, INC.