Digital Envoy Inc., v. Google Inc., Doc. 433 Att. 18
Case 5:04-cv-01497-RS  Document 433-19  Filed 04/14/2006  Page 1 of 3

# EXHIBIT R

Dockets.Justia.com

1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON, Cal Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:   415-434-9100
   Facsimile:   415-434-3947
5
   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON (Admitted *Pro Hac Vice*)
   ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*)
7  JOHN A. LOCKETT III (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, L.L.P
8  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
9  Telephone: 404-443-5500
   Facsimile: 404-443-5751
10
   Attorneys for DIGITAL ENVOY, INC.
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14
   DIGITAL ENVOY, INC.,                | Case No. C 04 01497 RS
15                                     |
           Plaintiff/Counter defendant,|
16                                     | **MANUAL FILING NOTIFICATION OF**
        v.                             | **EXHIBIT R TO THE DECLARATION OF**
17                                     | **ROBERT WADDELL, JR.**
   GOOGLE, INC.,                       |
18                                     |
           Defendant/Counterclaimant.  | **The Honorable Richard Seeborg**
19

20

21

22

23

24

25

26

27

28

                                -1-
W02-SF:5BA1\61491734.1                              MANUAL FILING NOTIFICATION

**DIGITAL ENVOY, INC. v. GOOGLE, INC. MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT R TO THE DECLARATION OF ROBERT WADDELL, JR.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

**X** Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 14, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian D. Anderson
P. CRAIG CARDON
BRIAN R. BLACKMAN
BRIAN D. ANDERSON

Attorneys for DIGITAL ENVOY, INC.