```
 1  P. CRAIG CARDON, Cal. Bar No. 168646
    BRIAN R. BLACKMAN, Cal. Bar No. 196996
 2  BRIAN D. ANDERSON, Cal. Bar No. 221645
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 3  Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
 4  Telephone:   415-434-9100
    Facsimile:   415-434-3947
 5
    TIMOTHY H. KRATZ (Admitted Pro Hac Vice)
 6  LUKE ANDERSON (Admitted Pro Hac Vice)
    MCGUIRE WOODS, L.L.P
 7  1170 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30309
 8  Telephone: 404.443.5500
    Facsimile: 404.443.5751
 9
    Attorneys for DIGITAL ENVOY, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., | Case No. C 04 01497 RS |
| Plaintiff/Counter defendant, | **DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, PORTIONS OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT; PORTIONS OF THE DECLARATION OF ROBERT B. FRIEDMAN; EXHIBIT A TO THE DECLARATION OF ANDREW LINDER; AND EXHIBITS K AND M-R TO THE DECLARATION OF ROBERT WADDELL, JR.** |
| v. | |
| GOOGLE, INC., | |
| Defendant/Counterclaimant. | |
| | **The Honorable Richard Seeborg** |

-1-

1  Plaintiff Digital Envoy, Inc. requests that the Court permit it to file under seal portions of Digital Envoy's Motion for Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.

Defendant Google, Inc. has identified these documents, and the redacted portions thereof, as "Confidential" pursuant to the Stipulation and Protective Order Regarding Confidentiality filed August 23, 2004 in this matter. These documents, or the redacted portions thereof, would disclose that which Google contends is a trade secret. Without concurring in Google's view, in light of its designation, Digital Envoy requests an Order permitting it to file portions of Digital Envoy's Motion for Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr., under seal.

Respectfully submitted,

DATED: April 18, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          /s/ Brian D. Anderson
            P. CRAIG CARDON
            BRIAN D. ANDERSON

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile: 404.443.5751

Attorneys for DIGITAL ENVOY, INC.