# ATTACHMENT

Dockets.Justia.com

P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN R. BLACKMAN, Cal. Bar No. 196996
BRIAN D. ANDERSON, Cal. Bar No. 221645
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
LUKE ANDERSON (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone:     404-443-5500
Facsimile:     404-443-5751

Attorneys for DIGITAL ENVOY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC.,<br><br>        Plaintiff/Counter defendant,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>        Defendant/Counterclaimant. | Case No. C 04 01497 RS<br><br>**[PROPOSED] ORDER GRANTING DIGITAL ENVOY'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL, PURSUANT TO LOCAL RULES 7-11 AND 79-5, PORTIONS OF DIGITAL ENVOY'S MOTION FOR SUMMARY JUDGMENT; PORTIONS OF THE DECLARATION OF ROBERT B. FRIEDMAN; EXHIBIT A TO THE DECLARATION OF ANDREW LINDER; AND EXHIBITS K AND M-R TO THE DECLARATION OF ROBERT WADDELL, JR.**<br><br>**The Honorable Richard Seeborg** |

-1-

1

2          Having considered Plaintiff Digital Envoy, Inc.'s Miscellaneous Administrative Request to

3   File Under Seal, Pursuant to Local Rules 7-11 and 79-5, portions of Digital Envoy's Motion for

4   Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the

5   Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.,

6   lodged with the Court, the Court HEREBY ORDERS that portions of Digital Envoy's Motion for

7   Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the

8   Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.

9   be filed under seal.

10

11  DATED:  April __, 2006

12

13

14                                      By

15                                            _____
                                                    The Honorable Richard Seeborg
16                                                  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

W02-SF:5BA1\61491418.1                                    [PROPOSED] ORDER GRANTING
                                                          ADMIN. REQUEST TO FILE UNDER SEAL