1  P. CRAIG CARDON, Cal. Bar No. 168646
   BRIAN R. BLACKMAN, Cal. Bar No. 196996
2  BRIAN D. ANDERSON, Cal. Bar No. 221645
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
4  Telephone:    415-434-9100
   Facsimile:    415-434-3947
5
   TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
6  LUKE ANDERSON (Admitted *Pro Hac Vice*)
   MCGUIRE WOODS, L.L.P
7  1170 Peachtree Street, N.E., Suite 2100
   Atlanta, Georgia 30309
8  Telephone:    404-443-5500
   Facsimile:    404-443-5751
9
   Attorneys for DIGITAL ENVOY, INC.
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13
   DIGITAL ENVOY, INC.,                    Case No. C 04 01497 RS
14
                Plaintiff/Counter defendant,
15                                         [PROPOSED] ORDER GRANTING
        v.                                 DIGITAL ENVOY'S MISCELLANEOUS
16                                         ADMINISTRATIVE REQUEST TO FILE
   GOOGLE, INC.,                           UNDER SEAL, PURSUANT TO LOCAL
17                                         RULES 7-11 AND 79-5, PORTIONS OF
                Defendant/Counterclaimant. DIGITAL ENVOY'S MOTION FOR
18                                         SUMMARY JUDGMENT; PORTIONS OF
                                           THE DECLARATION OF ROBERT B.
19                                         FRIEDMAN; EXHIBIT A TO THE
                                           DECLARATION OF ANDREW LINDER;
20                                         AND EXHIBITS K AND M-R TO THE
                                           DECLARATION OF ROBERT
21                                         WADDELL, JR.

22                                         The Honorable Richard Seeborg

**FILED** APR 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

-1-

W02-SF:5BA1\61491418.1                    [PROPOSED] ORDER GRANTING
                                           ADMIN. REQUEST TO FILE UNDER SEAL

1
2    Having considered Plaintiff Digital Envoy, Inc.'s Miscellaneous Administrative Request to
3 File Under Seal, Pursuant to Local Rules 7-11 and 79-5, portions of Digital Envoy's Motion for
4 Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the
5 Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.,
6 lodged with the Court, the Court HEREBY ORDERS that portions of Digital Envoy's Motion for
7 Summary Judgment; portions of the Declaration of Robert B. Friedman; Exhibit A to the
8 Declaration of Andrew Linder; and Exhibits K and M-R to the Declaration of Robert Waddell, Jr.
9 be filed under seal.
10
11   DATED: April 19, 2006
12
13
14            By _____
15               The Honorable Richard Seeborg
                 United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

W02-SF:5BA1\61491418.1                    [PROPOSED] ORDER GRANTING
                                     ADMIN. REQUEST TO FILE UNDER SEAL