| | |
|---|---|
| 1 | P. CRAIG CARDON, Cal. Bar No. 168646 |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 2 | BRIAN D. ANDERSON, Cal. Bar No. 221645 |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4106 |
| 4 | Telephone:   415-434-9100 |
| | Facsimile:    415-434-3947 |
| 5 | |
| 6 | TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*) |
| | LUKE ANDERSON (Admitted *Pro Hac Vice*) |
| 7 | ROBERT J. WADDELL, JR. (Admitted *Pro Hac Vice*) |
| | JOHN A. LOCKETT III (Admitted *Pro Hac Vice*) |
| 8 | MCGUIREWOODS LLP |
| | 1170 Peachtree Street, N.E., Suite 2100 |
| 9 | Atlanta, Georgia 30309 |
| | Telephone:    404.443.5500 |
| 10 | Facsimile:    404.443.5751 |
| 11 | PATRICK J. FLINN, Cal. Bar No. 104423 |
| | ALSTON & BIRD LLP |
| 12 | One Atlantic Center |
| | 1201 West Peachtree Street |
| 13 | Atlanta, Georgia 30309 |
| | Telephone: 404-881-7000 |
| 14 | Facsimile: 404-881-7777 |
| 15 | Attorneys for DIGITAL ENVOY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIGITAL ENVOY, INC., | | Case No. C 04 01497 RS |
| | Plaintiff/Counterdefendant, | **DIGITAL ENVOY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | | |
| GOOGLE, INC., | | Date:         May 17, 2006 |
| | | Time:         9:30 a.m. |
| | Defendant/Counterclaimant. | Courtroom:  4, 5th Floor |
| | | **The Honorable Richard Seeborg** |

PLEASE TAKE NOTICE THAT on May 17, 2006, at 9:30 a.m. or as soon thereafter as it may be heard, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant Digital Envoy, Inc. ("Digital Envoy") will move and hereby does move for entry of Summary Judgment against the remaining counterclaims of Google, Inc.'s ("Google"). While the moving papers were filed and served on April 12, 2006, the Notice of Motion was inadvertently omitted. Google's counsel previously indicated their availability for a hearing on May 17, 2006, reserving the right to seek additional time if after seeing the motion Google believed it needed more time to get its declarants in order.

Digital Envoy makes this motion on the grounds that there are no remaining triable issues of fact with respect any of Google's remaining counterclaims, and that Digital Envoy is entitled to judgment as a matter of law. Digital Envoy's motion is supported by the following memorandum, the declarations of Robert J. Waddell, Jr., Robert B. Friedman and Andrew Linder, the exhibits attached to those declarations, and any other matters properly before the Court.

DATED: April 20, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Brian Blackman
P. CRAIG CARDON
BRIAN R. BLACKMAN

TIMOTHY H. KRATZ (Admitted *Pro Hac Vice*)
MCGUIRE WOODS, L.L.P
1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404.443.5706
Facsimile:  404.443.5751

Attorneys for DIGITAL ENVOY, INC.