1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   COLLEEN BAL, State Bar No. 167637 (cbal@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
   Google Inc.

7  P. CRAIG CARDON, State Bar No. 168646
8  BRIAN R. BLACKMAN, State Bar No. 196996
   KENDALL M. BURTON, State Bar No. 228720
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
10 San Francisco, California 94111-4106
   Telephone: (415) 434-9100
11 Facsimile: (415) 434-3947

12 TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
   LUKE ANDERSON, (Admitted *Pro Hac Vice*)
13 ROBERT J. WADDELL, JR. (*Admitted Pro Hac Vice*)
   MCGUIREWOODS LLP
14 1170 Peachtree Street N.E., Suite 2100
   Atlanta, Georgia 30309
15 Telephone: (404) 443-5500
   Facsimile: (404) 443-5751
16
   Attorneys for Plaintiff/Counterdefendant,
17 Digital Envoy, Inc.

18                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
20                       SAN JOSE DIVISION
21

22 DIGITAL ENVOY, INC.,           )   CASE NO.: C 04 01497 RS
                                  )
23         Plaintiff/Counterdefendant,  )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER OF DISMISSAL WITH**
24   v.                           )   **PREJUDICE**
                                  )
25 GOOGLE INC.,                   )
                                  )
26         Defendant/Counterclaimant.  )
                                  )
27                                )
                                  )
28

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
C 04 01497 RS

C:\Documents and Settings\nvg\Local Settings\Temporary
Internet Files\OLK11\Stipulation of dismissal with
prejudice.DOC

Dockets.Justia.com

Plaintiff/counterdefendant Digital Envoy, Inc. ("Digital Envoy") and defendant/counterclaimant Google Inc. ("Google") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1) and 41(c), as follows:

(1) Digital Envoy's claims against Google are dismissed with prejudice;

(2) Google's counterclaims against Digital Envoy are dismissed with prejudice;

(3) Each party bears its own costs and fees; and

(4) Each party hereby waives its right of appeal.

Dated: April 24, 2006					MCGUIREWOODS LLP

							By: /s/ Timothy H. Kratz
							       Timothy H. Kratz

							Attorneys for Plaintiff and Counterdefendant
							DIGITAL ENVOY, INC.


Dated: April 24, 2006					WILSON SONSINI GOODRICH & ROSATI
							Professional Corporation

							By: /s/ David L. Lansky
							       David L. Lansky

							Attorneys for Defendant and Counterclaimant
							GOOGLE INC.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2006
							_____
							HONORABLE RICHARD SEEBORG
							UNITED STATES DISTRICT JUDGE

# CERTIFICATION

I, David L. Lansky, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: April 24, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David L. Lansky
       David L. Lansky

Attorneys for Defendant / Counterclaimant
GOOGLE INC.