1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   COLLEEN BAL, State Bar No. 167637 (cbal@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300                          *E-FILED 4/24/06*
5  Facsimile:   (650) 565-5100

6  Attorneys for Defendant/Counterclaimant
   Google Inc.
7
   P. CRAIG CARDON, State Bar No. 168646
8  BRIAN R. BLACKMAN, State Bar No. 196996
   KENDALL M. BURTON, State Bar No. 228720
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
10 San Francisco, California  94111-4106
   Telephone:  (415) 434-9100
11 Facsimile:   (415) 434-3947

12 TIMOTHY H. KRATZ, (Admitted *Pro Hac Vice*)
   LUKE ANDERSON, (Admitted *Pro Hac Vice*)
13 ROBERT J. WADDELL, JR. (*Admitted Pro Hac Vice*)
   MCGUIREWOODS LLP
14 1170 Peachtree Street N.E., Suite 2100
   Atlanta, Georgia  30309
15 Telephone:  (404) 443-5500
   Facsimile:   (404) 443-5751
16
   Attorneys for Plaintiff/Counterdefendant,
17 Digital Envoy, Inc.

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21

22 DIGITAL ENVOY, INC.,                    )  CASE NO.:  C 04 01497 RS
                                           )
23         Plaintiff/Counterdefendant,     )  **STIPULATION AND [PROPOSED]**
                                           )  **ORDER OF DISMISSAL WITH**
24      v.                                 )  **PREJUDICE**
                                           )
25 GOOGLE INC.,                            )
                                           )
26         Defendant/Counterclaimant.      )
                                           )
27 _____)
                                           )
28

STIPULATION  AND [PROPOSED] ORDER OF          C:\Documents and Settings\nvg\Local Settings\Temporary
DISMISSAL WITH PREJUDICE                      Internet Files\OLK11\Stipulation of dismissal with
C 04 01497 RS                                                          prejudice.DOC

                                                    Dockets.Justia.com

1    Plaintiff/counterdefendant Digital Envoy, Inc. ("Digital Envoy") and defendant/

2  counterclaimant Google Inc. ("Google") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1) and

3  41(c), as follows:

4        (1)  Digital Envoy's claims against Google are dismissed with prejudice;

5        (2) Google's counterclaims against Digital Envoy are dismissed with prejudice;

6        (3) Each party bears its own costs and fees; and

7        (4) Each party hereby waives its right of appeal.

8

9  Dated:  April 24, 2006                     MCGUIREWOODS LLP

10

11                                            By:  /s/ Timothy H. Kratz
                                                    Timothy H. Kratz

12                                            Attorneys for Plaintiff and Counterdefendant
                                              DIGITAL ENVOY, INC.
13

14

15  Dated:  April 24, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
16

17                                            By:  /s/ David L. Lansky
                                                    David L. Lansky
18
                                              Attorneys for Defendant and Counterclaimant
19                                            GOOGLE INC.

20

21

22                          <u>**ORDER**</u>

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated:____April 24____, 2006

26                                            HONORABLE RICHARD SEEBORG
                                              UNITED STATES ~~DISTRICT~~ ~~JUDGE~~
27                                                    MAGISTRATE JUDGE

28

STIPULATION AND [PROPOSED] ORDER OF          1          C:\Documents and Settings\nvg\Local Settings\Temporary
DISMISSAL WITH PREJUDICE                                 Internet Files\OLK11\Stipulation of dismissal with
C 04 01497 RS                                            prejudice.DOC

1

## **CERTIFICATION**

2        I, David L. Lansky, am the ECF User whose identification and password are being used

3   to file the **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH**

4   **PREJUDICE**.  In compliance with General Order 45.X.B, I hereby attest that all parties have

5   concurred in this filing.

6

7   DATED:  April 24, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
8

9
                                               By:    /s/ David L. Lansky
10                                                     David L. Lansky

11                                             Attorneys for Defendant / Counterclaimant
                                               GOOGLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF        2        C:\Documents and Settings\nvg\Local Settings\Temporary
DISMISSAL WITH PREJUDICE                                Internet Files\OLK11\Stipulation of dismissal with
C 04 01497 RS                                                              prejudice.DOC